IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiffs, | : | Civil Action No. IP99-1693 C-M/S |
| State of New York, | : | |
| State of New Jersey, | | |
| State of Connecticut, | : | |
| Hoosier Environmental Council, and | | |
| Ohio Environmental Council, | : | |
| Plaintiff-Intervenors, | : | Judge McKinney |
| vs. | : | Magistrate Judge Shields |
| Cinergy Corp., | : | |
| PSI Energy, Inc., and | | |
| The Cincinnati Gas & Electric Company, | : | |
| Defendants. | : | |

### DEFENDANTS' MOTION TO QUASH OR LIMIT PLAINTIFFS' RULE 30(B)(6) DEPOSITION NOTICES ON MODELING AND FORECASTING

Pursuant to Rules 26(c), 26(b)(2), and 26(d) of the Federal Rules of Civil Procedure, Defendants Cinergy Corp., PSI Energy Inc., and The Cincinnati Gas & Electric Company (hereinafter "Defendants" or "the Cinergy Companies") respectfully request the Court to enter an Order quashing or, in the alternative, limiting Plaintiffs' Rule 30(b)(6) deposition notices on Modeling and Forecasting ("Modeling Notices").

Plaintiffs served their Modeling Notices on October 30, 2003. Defendants filed a Motion for Protective Order objecting to the vast breadth and scope of the topics and document requests set forth in the Modeling Notices on December 5, 2003, which Magistrate Judge Shields held in abeyance pending further negotiations about the scope of the Notices. On December 10, 2003, Magistrate Judge Shields urged the parties "to narrow the topics raised in and information sought by" the Plaintiffs' Notices. Since that time, and despite Defendants' production of over 900,000

pages of modeling and forecasting documents responsive to the Notices, the Plaintiffs have refused to narrow any of the topics raised in and information sought by the Notices. Only days before the Modeling depositions were scheduled to occur, the Plaintiffs sent Defendants a proposed "revised" Modeling Notice that sets forth exactly the same broad categories of information that the Plaintiffs objected to last December. Defendants encouraged the Plaintiffs to agree to a more reasonable proposed Notice, which Defendants offered to the Plaintiffs, but Plaintiffs refused. Accordingly, Defendants are left with no alternative but to file the instant Motion to Quash or Limit the Plaintiffs' Rule 30(b)(6) Modeling Notices.

Additional arguments in support of this Amended Motion are set forth in the accompanying Memorandum in Support. A Local Rule 37.1 Certification is attached hereto as Exhibit 1. Alternative Proposed Orders to Quash or Limit Plaintiffs' Rule 30(b)(6) deposition notices are attached hereto as Exhibits 2 and 3, respectively.

DATED: March 11 , 2004.

Respectfully submitted,

CINERGY CORP., PSI ENERGY, INC., AND
THE CINCINNATI GAS & ELECTRIC CO.

By: /s/Scott E. North
Attorneys for Cinergy Corp., PSI Energy, Inc.
and Cincinnati Gas & Electric Company

James A. King
Scott E. North
Porter Wright Morris & Arthur LLP
41 S. High Street
Columbus, Ohio  43215

Defendants' Motion to Quash or Limit
Rule 30(b)(6) Deposition Notices
Page 3

Julie L. Ezell
Cinergy Services, Inc.
1000 East Main Street
Plainfield, IN  46168-1782

Barbara Fruehling Gambill
Cinergy Services, Inc.
139 East Fourth Street
P.O. Box 960
Cincinnati, OH  45202

George M. Plews
Peter M. Racher
Brett E. Nelson
Plews Shadley Racher & Braun
1346 North Delaware Street
Indianapolis, IN  46202-2415

Kathryn B. Thomson
Thomas C. Green
David T. Buente
Sidley Austin Brown & Wood
1501 K Street, N.W.
Washington, DC  20005

Defendants' Motion to Quash or Limit
Rule 30(b)(6) Deposition Notices
Page 4

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amended Motion for Protective Order was served upon the following counsel of record, via electronic mail, this 11th day of March, 2004:

FOR PLAINTIFF, UNITED STATES OF AMERICA:

Sarah D. Himmelhoch
Jeffrey K. Sands
Larry Martin Corcoran
Richard Mark Gladstein
Steven David Ellis
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611

Gaylene Vasaturo
Thomas Williams
Ignacio Arrazola
Charles Mikalian
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region V
77 West Jackson Blvd.
Chicago, IL 60604-35901

Thomas Kieper
Assistant United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

FOR PLAINTIFF-INTERVENOR, THE STATE OF NEW YORK:

Jared Snyder
Eugene Kelly
Robert T. Rosenthal
New York Attorney General's Office
The Capitol
Albany, NY 12224-2534

Defendants' Motion to Quash or Limit
Rule 30(b)(6) Deposition Notices
Page 5

FOR PLAINTIFF-INTERVENOR, THE STATE OF NEW JERSEY:

James Murphy
Kevin Auerbacher
Maurice Griffin
Deputy Attorney General
New Jersey Division of Law
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625

FOR PLAINTIFF-INTERVENOR, THE STATE OF CONNECTICUT:

Carmel Motherway
Assistant Attorney General
Connecticut Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

FOR PLAINTIFFS-INTERVENORS:

Keith Guthrie
13242 South 600 East
Elizabethtown, IN 47232

FOR PLAINTIFF-INTERVENORS HOOSIER ENVIRONMENTAL COUNCIL AND OHIO ENVIRONMENTAL COUNCIL:

Ann R. Johnston
Clean Air Task Force
65 Bow Street
Lexington, Massachusetts 02420

              /s/Scott E. Nelson
              Scott E. North