UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CINERGY CORP., et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. IP99-1693 C-M/S |

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINTS

The Revised Case Management Order provides the United States, State of New York, State of Connecticut, State of New Jersey, Hoosier Environmental Council, and Ohio Environmental Council ("Plaintiffs") until May 3, 2004 to add additional claims and parties to the action. Pursuant to that order, and Federal Rule of Civil Procedure 15(a), Plaintiffs jointly seek leave to amend their respective complaints. The proposed amendments will drop certain modifications from the claims asserted earlier in this action, add a smaller number of modifications to the claims, alter certain allegations to reflect facts obtained from materials that were within the control of Defendants, clarify certain of the United States' claims regarding failure to obtain an operating permit, and add a new defendant company that is related to the current Defendants and which Plaintiffs allege is also an operator of the plants that are the subject of this action.

The grounds for this motion are set forth in the attached Memorandum in Support of Plaintiffs' Motion to Amend Their Complaints, exhibits, and appendix. A proposed order is also attached.

Dated: May 3, 2004  Respectfully Requested,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division

SARAH HIMMELHOCH
RICHARD GLADSTEIN
JEFFREY K. SANDS
STEVEN D. ELLIS
LARRY M. CORCORAN
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20530
202-514-3163

SUSAN W. BROOKS
United States Attorney
Southern District of Indiana

THOMAS E. KIEPER
Assistant United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048

ELIOT SPITZER
ATTORNEY GENERAL
OF THE STATE OF NEW YORK
ROBERT ROSENTHAL
EUGENE KELLY
Assistant Attorneys General
The Capitol
Albany, NY 12224
(518) 402-2260

JOHN J. FARMER, JR.
ATTORNEY GENERAL
OF THE STATE OF NEW JERSEY
KEVIN AUERBACHER
MAURICE GRIFFIN
Deputy Attorneys General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-4503
(609) 984-2860

RICHARD BLUMENTHAL
ATTORNEY GENERAL
OF THE STATE OF CONNECTICUT
CARMEL MOTHERWAY
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06141-0120
(860) 808-5250
HOOSIER ENVIRONMENTAL COUNCIL
OHIO ENVIRONMENTAL COUNCIL

ANN R. JOHNSTON
ALAN BIRNBAUM
65 Bow Street
Lexington, MA 02420
(781) 862-5411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CINERGY CORPORATION, PSI ENERGY, INCORPORATED, CINCINNATI GAS & ELECTRIC COMPANY,<br><br>Defendants. | Civil Action No. IP99-1693 C-M/S |

**CERTIFICATE OF SERVICE**

     I hereby certify that copies of those portions of Plaintiffs' Motion for Leave to Amend Complaints, Memorandum in Support, Exhibits, and Proposed Order that were not filed under seal were made available to be distributed to the following counsel via the Court's electronic system on May 3, 2004.  I further certify that copies of those portions of the foregoing documents that were filed under seal were distributed to the following counsel by electronic mail on May 3, 2004.

FOR THE DEFENDANTS:

     Julie L. Ezell
     Cinergy Services, Inc.
     1000 East Main Street
     Plainfield, IN  46168-1782

     Barbara Fruehling Gambill
     Cinergy Services, Inc.
     139 East Fourth Street
     P.O. Box 960
     Cincinnati, OH 45201-0960

     George Plews
     Sue A. Shadley
     Peter M. Racher
     Christopher J. Braun
     Counsel for the Defendants
     Plews Shadley Racher & Braun
     1346 North Delaware Street

Indianapolis, IN 46204

James A. King
Scott E. North
Porter, Wright, Morris & Arthur, LLP
Huntington Center
41 South High Street
Columbus, Ohio 43215-6194

Thomas C. Green
David T. Buente
Kathryn B. Thomson
Sidley, Austin, Brown & Wood, LLP
1501 K Street, N.W.
Washington, D.C. 20005

FOR PLAINTIFF, UNITED STATES OF AMERICA:

Gaylene Vasaturo
Thomas Williams
Ignacio Arrazola
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region V
77 West Jackson Blvd.
Chicago, Illinois 60604-35901

FOR PLAINTIFFS-INTERVENORS :

Keith Guthrie
9693 East 850 South
Elizabethtown, Indiana 47232

FOR PLAINTIFF-INTERVENOR, THE STATE OF NEW YORK:

Jared Snyder
Gene Kelly
Robert Rosenthal
Assistant Attorneys General
The Capitol
Albany, New York 12224-2534

FOR PLAINTIFF-INTERVENOR, THE STATE OF NEW JERSEY:

    Kevin Auerbacher
    Maurice Griffin
    Deputy Attorney General
    New Jersey Division of Law
    R.J. Hughes Justice Complex
    25 Market Street
    P.O. Box 093
    Trenton, New Jersey 08625

FOR PLAINTIFF-INTERVENOR, THE STATE OF CONNECTICUT:

    Carmel Motherway
    Assistant Attorney General
    55 Elm Street
    P.O. Box 120
    Hartford, Connecticut 06141-0120

FOR PLAINTIFFS-INTERVENORS HOOSIER ENVIRONMENTAL COUNCIL AND OHIO ENVIRONMENTAL COUNCIL:

    Ann R. Johnston
    Alan Birnbaum
    65 Bow Street
    Lexington, MA  02420

                                                                                                             _____