UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. IP99-1693 C-M/S |
| CINERGY CORP., et al., | ) |
| Defendants. | ) |

[PROPOSED] ORDER

Upon Plaintiffs' Motion for Leave to Amend Their Complaints, IT IS HEREBY ORDERED that the Plaintiffs' Motion is GRANTED, and that the Plaintiffs may each file its amended complaint.

5/18/04
Date

_LARRY J. McKINNEY, CHIEF JUDGE_
United States District Court
Southern District of Indiana