UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:99-cv-1693-LJM-VSS |
| | ) | |
| CINERGY CORPORATION, *et al.*, | ) | |
|     Defendants. | ) | |

ORDER ON MOTION TO INTERVENE

The Court, being duly advised, now OVERRULES the Motion to Intervene filed by the Louisville Metro Air Pollution Control District.  The District has failed to show, as required, that representation by the current party Plaintiffs will fail to adequately represent its interests.

IT IS SO ORDERED this 2$4^{th}$ day of June, 2004.

LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distributed electronically to:

Scott R. Alexander
SOMMER BARNARD ACKERSON, PC
salexander@sbalawyers.com

Lauren Anderson
JEFFERSON COUNTY ATTORNEY'S OFFICE
lauren.anderson@loukymetro.org

Kevin P. Auerbacher
State of New Jersey
Dept. of Law & Public Safety
auerbkev@law.dol.lps.state.nj.us

Christopher J. Braun
PLEWS SHADLEY RACHER & BRAUN
cbraun@psrb.com

David T. Buente
SIDLEY AUSTIN BROWN & WOOD, LLP
dbuente@sidley.com

Robert R. Clark
SOMMER BARNARD ACKERSON, PC
rclark@sbalawyers.com

Larry Martin Corcoran
ENVIRONMENTAL AND NATURAL RESOURCES DIVISION
larry.corcoran@usdoj.gov

Steven David Ellis
ENVIRONMENTAL AND NATURAL RESOURCES DIVISION
steven.ellis@usdoj.gov

Julie L. Ezell
CINERGY SERVICES, INC.
Julie.ezell@cinergy.com

Thomas Charles Green
SIDLEY AUSTIN BROWN & WOOD, LLP
tcgreen@sidley.com

Richard Mark Gladstein
U.S. DEPARTMENT OF JUSTICE
richard.gladstein@usdoj.gov

Thomas Charles Green
SIDLEY AUSTIN BROWN & WOOD LLP
tcgreen@sidley.com

Maurice A. Griffin
State of New Jersey
Dept. of Law & Public Safety
griffmau@law.dol.lps.state.nj.us

R. Keith Guthrie
k.guthrie@insightbb.com

Sarah Dale Himmelhock
U.S. DEPARTMENT OF JUSTICE
sarah.himmelhock@usdoj.gov

Ann Renfrew Johnston
LAW OFFICE OF ANN JOHNSTON
annrjohnston@aol.com

Eugene J. Kelly
New York State Attorney General
epaejk@oag.state.ny.us

Thomas E. Kieper
U.S. Attorney's Office
tom.kieper@usdoj.gov

James A. King
PORTER WRIGHT MORRIS & ARTHUR, LLP
jking@porterwright.com

Debra McVicker Lynch
SOMMER BARNARD ACKERSON
dlynch@sbalawyers.com

Donna C. Marron
PLEWS SHADLEY RACHER & BRAUN
dmarron@psrb.com

John D. Moriarty
PLEWS SHADLEY RACHER & BRAUN
jmoriarty@psrb.com

Carmel Alicia Motherway
Connecticut Attorney General
carmel.motherway@po.state.ct.us

Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN
bnelson@psrb.com

Scott E. North
PORTER WRIGHT MORRIS & ARTHUR, LLP
snorth@porterwright.com

John D. Papageorge
SOMMER BARNARD ACKERSON
jpapageorge@sbalawyers.com
csmith@sbalawyers.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Peter M. Racher
PLEWS SHADLEY RACHER & BRAUN
pracher@psrb.com

Robert T. Rosenthal
NEW YORK ATTORNEY GENERAL'S OFFICE
robert.rosenthal@oag.state.ny.us

Jeffrey K. Sands
U.S. DEPARTMENT OF JUSTICE
jeffrey.sands@usdoj.gov

Sue A. Shadley
PLEWS SHADLEY RACHER & BRAUN
sshadley@psrb.com

Jose A. Suarez
OFFICE OF THE ATTORNEY GENERAL
jose.suarez@po.state.ct.us

Kathryn B. Thomson
SIDLEY AUSTIN BROWN & WOOD, LLP
kthomson@sidley.com

Gaylene Vasaturo
U.S. ENVIRONMENTAL PROTECTION AGENCY
vasaturo.gaylene@epa.gov

Distributed via U.S. Postal Service to:

Alan Birnbaum
CLEAN AIR TASK FORCE
77 Summer Street, 8th Floor
Boston, MA 02110

Richard Blumenthal
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Stefanie A. Brand
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625

Mary E. Costigan
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625

Barbara Fruehling Gambill
CINERGY SERVICES, INC.
Atrium II 25th Floor
P.O. Box 960
Cincinnati, OH 45201-0960

Jon C. Martin
OFFICE OF THE ATTORNEY GENERAL
25 Market Street
P.O. Box 093
Trenton, NJ 08625-0093

Kimberly P. Massicotte
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Judith Merrill, Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

James A. Murphy
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625

J. Jared Snyder
The Capitol
Albany, NY 12224