UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:99-cv-1693-LJM/VSS |
| | ) |
| CINERGY CORP., et al., | ) |
| | ) |
| Defendants. | ) |

### ENTRY ON MOTION TO COMPEL

This cause is before the magistrate judge on the USA's Motion to Compel Production of Videotapes, Sworn Declarations, and Specific Data, which was filed on June 27, 2005. The motion is fully-briefed, and the magistrate judge, being duly advised, **GRANTS** the USA's motion to the extent and for the reasons set forth below.

In its motion, the USA seeks to compel production of three categories of information. The defendants have agreed to produce two of the three categories, leaving the only remaining dispute whether the defendants must produce Generating Availability Data Systems ("GADS") information from the Northeast Electric Reliability Council ("NERC") and operating data for three of the units at issue in this case for the period from May 2003 to the present. The USA argues that this information is relevant because the 1992 federal PSD regulations require the examination of data for the five years following the completion of a project in order to determine whether the project resulted in an increase in emissions. Cinergy disputes that the regulations cited by the USA are applicable, arguing that they apply only if the utility elects for them to. The court will have to make that determination at the appropriate time; however, at this point the data sought by the USA clearly is relevant to the USA's claims in this case. The magistrate judge's previous rulings prohibiting discovery regarding post-complaint projects are inapposite to the instant issue,

inasmuch as they apply to projects undertaken by the defendants after this case was filed, whereas the information sought here is data regarding the very projects at issue in this case. Accordingly, the USA's motion to compel is **GRANTED**, and the defendants shall produce the information at issue as soon as practicable, but in no event later than 30 days from the date of this Entry.

    SO ORDERED:

Copies to all counsel of record registered to receive electronic notice