IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| STATE OF NEW YORK, STATE OF NEW JERSEY, STATE OF CONNECTICUT, HOOSIER ENVIRONMENTAL COUNCIL, and OHIO ENVIRONMENTAL COUNCIL, | ) ) ) ) |
| | ) Civil Action No. IP99-1693 C-M/S |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) |
| | ) |
| CINERGY CORP., CINERGY SERVICES, INC., PSI ENERGY, INC., and THE CINCINNATI GAS & ELECTRIC COMPANY, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**CINERGY'S MOTION TO AMEND THE ORDER OF
AUGUST 29, 2005 AND SEPTEMBER 8, 2005
AND TO CERTIFY AN INTERLOCUTORY APPEAL**

Defendants Cinergy Corp., Cinergy Services, Inc., PSI Energy, Inc., and Cincinnati Gas & Electric Co. ("Cinergy"), pursuant to 28 U.S.C. § 1292(b) and Federal Rule of Appellate Procedure 5(a)(3), respectfully request that the Court amend its August 29, 2005 Order on Cross-Motions for Partial Summary Judgment Regarding the Applicable Test for Emissions Increases, as corrected by the Court's Order of September 8, 2005 (collectively, the "Order") to permit an interlocutory appeal, and to certify the question resolved in the Order for immediate appeal.

Cinergy seeks leave to file an immediate, interlocutory appeal because the issue resolved in the Order is a controlling, contestable question of law, and its final resolution will advance the ultimate termination of this litigation.  This motion is filed within a reasonable time after the

entry of the Order. Accordingly, Cinergy requests the certification of the following issue for interlocutory appeal:

> Whether the definition of "modification" in the Clean Air Act and its implementing regulations and the Seventh Circuit's decision and remand order in *Wisconsin Electric Power Co. v. Reilly*, 893 F.2d 901 (7th Cir. 1990), require hours and conditions of operation to be held constant when determining whether a project will cause a net emissions increase, as the courts have held in *United States v. Duke Energy Corp.*, 411 F.3d 539 (4th Cir. 2005), *United States v. Duke Energy Corp.*, 278 F. Supp. 2d 619 (M.D.N.C. 2003), and *United States v. Alabama Power Co.*, 372 F. Supp. 2d 1283 (N.D. Ala. 2005).

If the Court grants this motion, Cinergy will seek expedited review and propose a briefing schedule in the Seventh Circuit that allows a prompt decision on appeal while maintaining this Court's schedule for trial.

DATED: September 12, 2005

Respectfully Submitted,

CINERGY CORP, CINERGY SERVICES, INC., PSI ENERGY, INC., AND THE CINCINNATI GAS & ELECTRIC COMPANY

By:   /s/ Stephen M. Nickelsburg
Attorneys for Cinergy Corp., Cinergy Services, Inc., PSI Energy, Inc. and The Cincinnati Gas & Electric Company

Scott R. Alexander
Robert R. Clark
John D. Papageorge
Debra McVicker Lynch
Sommer Barnard Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204

James A. King
Scott E. North
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, OH  43215

Julie L. Ezell
Cinergy Services, Inc.
1000 East Main Street
Plainfield, IN 46168-1782

Thomas C. Green
Mark D. Hopson
Samuel B. Boxerman
Kathryn B. Thomson
Frank R. Volpe
Stephen M. Nickelsburg
Sidley Austin Brown & Wood LLP
1501 K Street, NW
Washington, DC  20005