**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| STATE OF NEW YORK, STATE OF NEW JERSEY, STATE OF CONNECTICUT, HOOSIER ENVIRONMENTAL COUNCIL, and OHIO ENVIRONMENTAL COUNCIL, | ) ) ) ) ) |
| | ) Civil Action No. IP99-1693 C-M/S |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) |
| | ) |
| CINERGY CORP., CINERGY SERVICES, INC., PSI ENERGY, INC., and THE CINCINNATI GAS & ELECTRIC COMPANY, | ) ) ) ) |
| | ) |
| Defendants. | |

**THE CINERGY COMPANIES' MOTION FOR EXPEDITED BRIEFING AND
CONSIDERATION OF MOTION TO AMEND THE AUGUST 29, 2005 AND
SEPTEMBER 8, 2005 ORDERS AND TO CERTIFY AN INTERLOCUTORY APPEAL**

Defendants Cinergy Corp., Cinergy Services, Inc., PSI Energy, Inc., and Cincinnati Gas & Electric Company (collectively, "Cinergy") respectfully request that the Court order expedited briefing of Cinergy's Motion To Amend The August 29, 2005 And September 8, 2005 Orders And To Certify An Interlocutory Appeal ("Motion to Certify"), filed on September 12, 2005 (Docket Nos. 575 and 576).  In support, Cinergy states:

1. The issue resolved in the August 29, 2005 Order and the September 8, 2005 Corrected Order involve a controlling, contestable question of law.

2. This case is scheduled for a jury trial commencing on February 6, 2006.

3. All the parties have acknowledged that the issue resolved in the August 29, 2005 and September 8, 2005 Orders is of central importance to the parties' presentations at trial.

4. Expedited briefing by the parties will facilitate this Court's prompt consideration of the Motion to Certify.

5. Cinergy requests that Plaintiffs be ordered to respond to the Motion to Certify within seven business days of the filing of the Motion to Certify (*i.e.*, by September 21, 2005), and that Cinergy's reply brief be filed by no later than five business days thereafter (*i.e.*, by September 28, 2005).

DATED: September 13, 2005

                                              Respectfully Submitted,

                                              CINERGY CORP, CINERGY SERVICES, INC., PSI ENERGY, INC., AND THE CINCINNATI GAS & ELECTRIC COMPANY

                                              By: /s/ Kathryn B. Thomson_____

                                              Attorneys for Cinergy Corp., Cinergy Services, Inc., PSI Energy, Inc. and The Cincinnati Gas & Electric Company

Scott R. Alexander
Robert R. Clark
John D. Papageorge
Debra McVicker Lynch
Sommer Barnard Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204

James A. King
Scott E. North
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, OH  43215

Julie L. Ezell
Cinergy Services, Inc.
1000 East Main Street
Plainfield, IN 46168-1782

Thomas C. Green
Mark D. Hopson
Samuel B. Boxerman
Kathryn B. Thomson
Frank R. Volpe
Stephen M. Nickelsburg
Sidley Austin Brown & Wood LLP
1501 K Street, NW
Washington, DC  20005

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 13, 2005, a copy of the foregoing was filed electronically with the Court.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

**FOR PLAINTIFF, UNITED STATES OF AMERICA:**

Jeffrey K. Sands
E-mail:  jeffrey.sands@usdoj.gov
Sarah Dale Himmelhoch
E-mail:  sarah.himmelhoch@usdoj.gov
Larry Martin Corcoran
E-mail:  larry.corcoran@usdoj.gov
James Lofton
E-mail:  jim.lofton@usdoj.gov
Katherine Vanderhook
E-mail:  katherine.vanderhook@usdoj.gov
Cynthia Ferguson
E-mail:  cynthia.ferguson@usdoj.gov
Deborah Behles
E-mail:  deborah.behles@usdoj.gov
Environmental and Natural Resources Division
United States Department of Justice

Gaylene Vasaturo
E-mail:  vasaturo.gaylene@epa.gov
Charles V. Mikalian
E-mail:  mikalian.charles@epa.gov
Ignacio L. Arrazola
E-mail:  arrazola.ignacio@epa.gov
Thomas Williams
E-mail:  williams.tom@epa.gov
United States Environmental Protection Agency

Thomas E. Kieper
E-mail:  tom.kieper@usdoj.gov
United States Attorney's Office

**FOR PLAINTIFF-INTERVENOR, THE STATE OF NEW YORK:**

Eugene J. Kelly, Jr.
E-mail:  epaejk@oag.state.ny.us
Robert T. Rosenthal
E-mail:  robert.rosenthal@oag.state.ny.us
J. Jared Snyder
E-mail:  jared.snyder@oag.state.ny.us
New York State Attorney General

**FOR PLAINTIFF-INTERVENOR, THE STATE OF CONNECTICUT:**

Carmel Alicia Motherway
E-mail:  carmel.motherway@po.state.ct.us
Jose A. Suarez
E-mail:  jose.suarez@po.state.ct.us
R. Keith Guthrie
E-mail:  kgmail@comcast.net
Connecticut Attorney General

**FOR PLAINTIFF-INTERVENOR, THE STATE OF NEW JERSEY:**

| | |
|---|---|
| Kevin P. Auerbacher<br>E-mail: auerbkev@law.dol.lps.state.nj.us<br>Jean Patrice Reilly<br>E-mail: reilljea@law.dol.lps.state.nj.us<br>Jon C. Martin<br>E-mail: martijon@law.dol.lps.state.nj.us<br>State of New Jersey, Department of Law<br>  & Public Safety | Christine F. Lewis<br>Email: christine.lewis@dol.lps.state.nj.us<br>Christopher D. Ball<br>Email: christopher.ball@dol.lps.state.nj.us<br>Maurice A. Griffin<br>E-mail: maurice.griffin@dol.lps.state.nj.us<br>New Jersey Office of the Attorney General |

**FOR THE DEFENDANTS:**

| | |
|---|---|
| Julie L. Ezell<br>E-mail: julie.ezell@cinergy.com<br>Cinergy Services, Inc.<br><br>James A. King<br>E-mail: jking@porterwright.com<br>Scott E. North<br>E-mail: snorth@porterwright.com<br>Porter Wright Morris & Arthur, LLP | Samuel B. Boxerman<br>E-mail: sboxerman@sidley.com<br>David T. Buente<br>E-mail: dbuente@sidley.com<br>Kathryn B. Thomson<br>E-mail: kthomson@sidley.com<br>Thomas Charles Green<br>E-mail: tcgreen@sidley.com<br>Frank R. Volpe<br>E-mail: fvolpe@sidley.com<br>Mark Hopson<br>E-mail: mhopson@sidley.com<br>Sidley Austin Brown & Wood, LLP |

**FOR PLAINTIFFS-INTERVENORS, HOOSIER ENVIRONMENTAL COUNCIL AND OHIO ENVIRONMENTAL COUNCIL:**

Ann Renfrew Johnston
Law Office of Ann Johnston
E-mail:  annrjohnston@aol.com


                                                _/s/  Kathryn B. Thomson_
                                                        Attorney