UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.     ) | |
| ) | |
| Plaintiff,     ) | Civil Action No. IP99-C-1693-M/S |
| ) | |
| v.     ) | District Judge McKinney |
| ) | |
| CINERGY CORP, et al.     ) | |
| ) | |
| Defendants.     ) | |
| ) | |

**PLAINTIFFS' MOTION IN LIMINE
TO EXCLUDE MATERIALS IRRELEVANT UNDER *FARLEY***

Pursuant to *Farley*, this Court's earlier rulings, and Federal Rules of Evidence 402 and 403, Plaintiffs move this Court for an Order in Limine to preclude Cinergy from proffering during the liability phase any evidence purporting to establish the meaning of the regulations or the notice provided by those regulations through the suppositions or statements of agency staff not authorized to speak on behalf of the agency on these matters. This Court has held that "[w]here a district court must interpret a regulation or statute, the suppositions of agency staff members are not relevant." *United States v. Cinergy Corp.*, Civ. No. 99-1693, slip op. at 5 (S.D. Ind. Mar. 11, 2005) (quoting *United States v. Farley*, 11 F.3d 1385, 1390 (7th Cir. 1993)). Notwithstanding this clear ruling and the standard for the relevance of individual staff views set forth in *Farley*, Cinergy has identified numerous documents that go to the question of what EPA staff thought the regulations meant at various times.

As set forth more fully in the attached memorandum of law, any such evidence, or argument premised on such evidence, is inadmissible and should be excluded from evidence at trial pursuant to Federal Rules of Evidence 402 and 403. A preliminary ruling on this issue will

assist the parties in reviewing the proposed exhibit lists and should reduce the number of objections which need to be raised and addressed at the pretrial conference or during the trial.

Dated: December 22, 2005                    Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s/ Sarah D. Himmelhoch

SARAH D. HIMMELHOCH
JAMES LOFTON
JEFFREY K. SANDS
DEBORAH BEHLES
KATHERINE VANDERHOOK
LARRY M. CORCORAN
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20530
202-514-0180
sarah.himmelhoch@usdoj.gov

SUSAN W. BROOKS
United States Attorney
Southern District of Indiana

THOMAS E. KIEPER
Assistant United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048

ELIOT SPITZER
ATTORNEY GENERAL
OF THE STATE OF NEW YORK

EUGENE KELLY
Assistant Attorney General
The Capitol
Albany, NY 12224
(518) 402-2260

JOHN J. FARMER, JR.
ATTORNEY GENERAL
OF THE STATE OF NEW JERSEY

KEVIN AUERBACHER
MAURICE GRIFFIN
Deputy Attorneys General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-4503
(609) 984-2860

RICHARD BLUMENTHAL
ATTORNEY GENERAL
OF THE STATE OF CONNECTICUT

CARMEL MOTHERWAY
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06141-0120
(860) 808-5250

HOOSIER ENVIRONMENTAL COUNCIL
OHIO ENVIRONMENTAL COUNCIL

ANN R. JOHNSTON
65 Bow Street
Lexington, MA 02420
(781) 862-5411

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing memorandum of law was filed on December 22, 2005 using the Court's ECF system and that, therefore, service was accomplished upon counsel of record by the Court's system.

                                      /s/ Sarah D. Himmelhoch

                                      Sarah D. Himmelhoch