IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| STATE OF NEW YORK, STATE OF NEW | ) | |
| JERSEY, STATE OF CONNECTICUT, | ) | |
| HOOSIER ENVIRONMENTAL COUNCIL, | ) | |
| and OHIO ENVIRONMENTAL COUNCIL, | ) | |
| | ) | Civil Action No. IP99-1693 C-M/S |
| Plaintiff-Intervenors, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CINERGY CORP., CINERGY SERVICES, | ) | |
| INC., PSI ENERGY, INC., and THE | ) | |
| CINCINNATI GAS & ELECTRIC | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**CINERGY'S MOTION *IN LIMINE* TO EXCLUDE PORTIONS OF THE PROPOSED
TESTIMONY OF PLAINTIFFS' WITNESS BRUCE BIEWALD**

Defendants Cinergy Corp., Cinergy Corporation, Cinergy Services, Inc., PSI

Energy, Inc., and The Cincinnati Gas & Electric Company (collectively, "Cinergy") move to

exclude those portions of the proposed testimony of Plaintiffs' expert witness Bruce Biewald that

are (a) irrelevant to the issues in this litigation, (b) not helpful to the trier of fact, (c) outside Mr.

Biewald's areas of expertise, or (d) based on insufficient data.

DATED:  December 22, 2005

Respectfully submitted,

CINERGY CORP., CINERGY SERVICES, INC., PSI ENERGY, INC., AND THE CINCINNATI GAS & ELECTRIC COMPANY

By:   /s/ Kathryn B. Thomson
Attorney for Cinergy Corp., PSI Energy, Inc. and The Cincinnati Gas & Electric Company

Robert R. Clark
Scott R. Alexander
John D. Papageorge
Debra McVicker Lynch
Sommer Barnard Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204

James A. King
Scott E. North
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, OH  43215-6194

Julie L. Ezell
Cinergy Services, Inc.
1000 East Main Street
Plainfield, IN  46168-1782

Thomas C. Green
Mark D. Hopson
Samuel B. Boxerman
Kathryn B. Thomson
Frank R. Volpe
Sidley Austin Brown & Wood LLP
1501 K Street, NW
Washington, DC  20005

## Certificate of Service

I hereby certify that on December 22, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**FOR PLAINTIFF, UNITED STATES OF AMERICA:**

Jeffrey K. Sands
E-mail: jeffrey.sands@usdoj.gov
Richard Mark Gladstein
E-mail: richard.gladstein@usdoj.gov
Sarah Dale Himmelhoch
E-mail: sarah.himmelhoch@usdoj.gov
Deborah N. Behles
E-mail: deborah.behles@usdoj.gov
Katherine L. Vanderhook
E-mail: katherine.vanderhook@usdoj.gov
United States Department of Justice

Thomas E. Kieper
E-mail: tom.kieper@usdoj.gov
United States Attorney's Office

Larry Martin Corcoran
E-mail: larry.corcoran@usdoj.gov
Steven David Ellis
E-mail: steven.ellis@usdoj.gov
Environmental and Natural Resources Division
United States Department of Justice

Gaylene Vasaturo
E-mail: vasaturo.gaylene@epa.gov
Charles V. Mikalian
E-mail: mikalian.charles@epa.gov
Ignacio L. Arrazola
E-mail: arrazola.ignacio@epa.gov
Thomas Williams
E-mail: williams.tom@epa.gov
Crissy Pellegrin
E-mail: pellegrin.crissy@epa.gov
United States Environmental Protection Agency

FOR PLAINTIFF-INTERVENOR, THE STATE OF NEW YORK:

Eugene J. Kelly, Jr.
E-mail: epaejk@oag.state.ny.us
Robert T. Rosenthal
E-mail: robert.rosenthal@oag.state.ny.us
J. Jared Snyder
E-mail: jared.snyder@oag.state.ny.us
Michael J. Myers
E-mail: michael.myers@oag.state.ny.us
New York State Attorney General

FOR PLAINTIFF-INTERVENOR, THE STATE OF CONNECTICUT:

Carmel Alicia Motherway
E-mail:  carmel.motherway@po.state.ct.us
Jose A. Suarez
E-mail:  jose.suarez@po.state.ct.us
R. Keith Guthrie
E-mail:  kgmail@comcast.net
Connecticut Attorney General

FOR PLAINTIFF-INTERVENOR, THE STATE OF NEW JERSEY:

Kevin P. Auerbacher
E-mail:  auerbkev@law.dol.lps.state.nj.us
Jean Patrice Reilly
E-mail:  reilljea@law.dol.lps.state.nj.us
Jon C. Martin
E-mail: martijon@law.dol.lps.state.nj.us
State of New Jersey, Department of Law
   & Public Safety

Christine F. Lewis
Email:  christine.lewis@dol.lps.state.nj.us
Christopher D. Ball
Email:  christopher.ball@dol.lps.state.nj.us
Maurice A. Griffin
E-mail:  maurice.griffin@dol.lps.state.nj.us
New Jersey Office of the Attorney General

FOR THE DEFENDANTS:

Julie L. Ezell
E-mail:  julie.ezell@cinergy.com
Cinergy Services, Inc.

James A. King
E-mail:  jking@porterwright.com
Scott E. North
E-mail:  snorth@porterwright.com
Porter Wright Morris & Arthur, LLP

Samuel B. Boxerman
E-mail:  sboxerman@sidley.com
David T. Buente
E-mail:  dbuente@sidley.com
Kathryn B. Thomson
E-mail:  kthomson@sidley.com
Thomas Charles Green
E-mail:  tcgreen@sidley.com
Frank R. Volpe
E-mail:  fvolpe@sidley.com
Mark Hopson
E-mail:  mhopson@sidley.com
Sidley Austin Brown & Wood, LLP

FOR PLAINTIFFS-INTERVENORS, HOOSIER ENVIRONMENTAL COUNCIL AND OHIO
ENVIRONMENTAL COUNCIL:

Ann Renfrew Johnston
Law Office of Ann Johnston
E-mail:  annrjohnston@aol.com

Alan Jeffrey Birnbaum
Clean Air Task Force
Email:  abirnbaum@catf.us

I hereby certify that on December 22, 2005, a copy of the foregoing was mailed, by first class mail, postage prepaid and properly addressed to the following:

Kimberly P. Massicotte
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Richard Blumenthal
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Barbara Fruehling Gambill
Cinergy Services, Inc.
Atrium II, 25th Floor
P.O. Box 960
Cincinnati, OH 45201-0960

Stefanie A. Brand
RJ Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625

James A. Murphy
RJ Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625

Mary E. Costigan
RJ Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625

  /s/ Kathryn B. Thomson