For PSI, growth in sales over this period was rather steady, with and average annual growth rate of 2.6%. For CG&E, growth in sales to ultimate customers declined in 2001 and again in 2002, presumably related to retail electricity deregulation in Ohio.

These sales to ultimate customers are, however, only one portion of the sales that these electric companies make. They also sell electricity to municipal customers and to other companies. In the case of the Cinergy companies, they also have transactions with each other. That is PSI and CG&E buy and sell electricity with each other.

Looking at one year of data on sales may be instructive. PSI and CG&E sales reported to the Federal Energy Regulatory Commission for the year 1995 are as follows (in megawatt-hours):[5]

Table 2.  PSI and CG&E Sales by Type in 1995 (in MWh)

|  | PSI | CG&E |
|---|---|---|
| Sales to Ultimate Customers (Including Interdepartmental Sales) | 22,709,682 | 18,083,892 |
| Requirements Sales for Resale | 2,126,038 | 3,734,877 |
| Non-Requirements Sales for Resale | 5,330,103 | 3,809,794 |
| Energy Used by the Company (Electric Department Only, Excluding Station Use) | 56,204 | 25,934 |
| Total Energy Losses | 1,617,571 | 1,342,445 |
| Total | 31,839,598 | 26,996,942 |

The definition in the FERC Form 1 for "requirements service" is

"service which the provider plans to provide on an ongoing basis (i.e., the supplier includes projected load for this service in its system resource planning). In addition, the reliability of requirements service must be the same as, or second only to, the supplier's service to its own ultimate customers."[6]

For CG&E, the 1995 FERC filing identifies "requirements" sales during that year to a couple of associated utilities (Union Light, Heat and Power and West Harrison) and a half dozen municipalities (including City of Lebanon, Village of Georgetown, Village of Hammersville, and others) and "other service" sales during that year to a number of utilities and public authorities including Dayton Power and Light, Louisville Gas and Electric, Ohio Power Company, PECO Energy Company, Tennessee Valley Authority, and others as well as its affiliate PSI Energy, Inc.

For PSI, the 1995 FERC filing identifies "requirements" sales during that year to more than a dozen municipalities (including Brooklyn, Coatesville, Dublin, Dunreith, and others) and "other service" sales during that year to a number of utilities and public authorities including Indianapolis Power and Light Company, Kentucky Utilities

---

[5] Data from PSI and CG&E FERC Form No. 1 filings for the year 1995, page 401a.
[6] CG&E 1995 FERC Form No. 1, page 310.3.

Company, City of Logansport, Louis Dreyfus Electric Power Inc., Louisville Electric and Gas Company, LG&E Power Marketing, Northern Indiana Public Service Company, and others, as well as its affiliate CG&E.

The analogous sales data for the year 2000 is summarized in Table 3, below.[7]

Table 3. PSI and CG&E Sales by Type in 2000 (in MWh)

|  | PSI | CG&E |
|---|---|---|
| Sales to Ultimate Customers (Including Interdepartmental Sales) | 25,976,605 | 20,300,417 |
| Requirements Sales for Resale | 2,501,368 | 4,244,806 |
| Non-Requirements Sales for Resale | 11,592,663 | 6,050,788 |
| Energy Used by the Company (Electric Department Only, Excluding Station Use) | 45,405 | 22,789 |
| Total Energy Losses | 2,984,647 | 1,218,862 |
| Total | 43,100,688 | 31,837,662 |

In the year 2000, the list of companies to which PSI and CG&E made sales for resale grew considerably, as wholesale electricity market restructuring greatly increased the number of entities active in the wholesale electricity markets.

Tables and Graphs of PSI and CG&E sales are provided on pages C-2 through C-10 of Attachment C.

In general, utilities have an obligation to plan to serve their native load reliably and to honor firm sales contracts. Non-firm and short-run off-system sales are made on an opportunistic basis, if the expected revenues from such sales exceed the expected costs of supplying the electricity sold.

In general, it is easier to predict native load sales that it is to predict off-system sales. In IURC Cause Nos. 42622 and 42718 PSI was asked about apparent discrepancies between recent actual generation at Cinergy generating units and projected generation from Cinergy generating units. There was a drop of about 8 percent between the figures for 2003 (actual) and for 2004 (projected in the Strategist model). PSI witness Diane Jenner explained the difference in a response to a data request as follows:

> The difference in actual generation for 2003 and projected generation for 2004 is due to a difference in the level of actual off-system sales that occurred in 2003 compared to the projected level for 2004 from a model. The level of off-system sales is determined by the economics of Cinergy's generating units compared to the market. This level can vary

---

[7] Data from PSI and CG&E FERC Form No. 1 filings for the year 2000, page 401a.

> considerably depending on a number of factors including market prices, fuel prices, emission allowance prices, unit availability, and operating constraints. To the extent that the actual values for these factors are different from forecasted values in a model, the level of off-system sales will differ.[8]

In response to a similar question about whether capacity factors projected with the Strategist model for Beckjord, Gallagher, and Miami Fort were "realistic," PSI witness Diane Jenner, responded:

> The estimated capacity factors of smaller intermediate units are highly dependent on the economics of these generating units compared to the market. Their capacity factors can vary considerably depending on a number of factors including market prices, fuel prices, emission allowance prices, unit availability, and operating constraints. Therefore, the capacity factors of these units can be much more volatile than the capacity factors of larger baseload units. In addition, because STRATEGIST® performs a high level dispatch in order to solve in a reasonable period of time, it does not model all operating constraints in detail.[9]

PSI is correct that there are many factors that can influence the capacity factors of individual generating units, and that these factors include the amount of sales (on and off-system), the availability of the units, and other variables.

It was mentioned above that PSI and CG&E have transactions between either other. The nature of these transactions has evolved over time. Part of the rationale for the 1994 merger was the opportunity to realize savings through the joint dispatch of the generating units owned by the two companies. Provisions were made for energy exchanges and payment for those energy exchanges. In effect, if there was need for an additional unit of generation to meet the joint system load, the least cost source of available generation would be used to meet that load, regardless of which Company owned that generation. To the extent that one Company's generation was being used to serve the other Company's load, a payment would be made to compensate the "selling" Company.

In the year 2001 there a settlement agreement was filed with state and federal regulators that allowed for the implementation of a Joint Generation and Dispatch Agreement (JGDA) that replaced the 1994 operating agreement. The settlement was approved by the IURC in September 2001 and by the FERC in March 2002, allowing for April 1, 2002 implementation of the JGDA. Prior to the implementation of the JGDA, both PSI and CG&E made off-system sales, and the net revenues from those sales were allocated to the

---

[8] PSI response to CACI Data Request Set No. 13, request received February 11, 2005, CAC 13.15, IURC Cause Nos. 42622 and 42718.
[9] PSI Response to CACI Data Request Set No. 15, request received February 17, 2005, CAC 15.1, IURC Cause Nos. 42622 and 42718.

operating companies. On the Indiana side some portion of those net off-system sales profits were returned to customers through a rate rider. With the implementation of the JGDA in 2002, there were provisions put in place for pricing hourly energy transfers between the two operating companies based in large part upon a Cinergy computed proxy for hourly market price, since no true hourly market price existed. Then, Cinergy unilaterally decided to have all off-system sales originate with CG&E. In other words, generation from PSI power plants was "sold" from PSI to CG&E at internal transfer prices, and then CG&E would sell power to other companies in the Midwest bilateral market at significantly higher prices. This practice deprived PSI customers from realizing the full benefit of sales of surplus power from PSI generating units that those customers were paying for in base rates.[10]

CG&E's annual Long Term Forecast Reports each include a forecast of the Company's sales. The 1991 Long Term Forecast Report explains that the Company's forecasting employs a "service area economic model" (SAEM), and electric energy model, and a peak load model.[11] Prior to 1989 CG&E used the Utility Planning Model (UPM) and the Load Management Strategies Testing Model (LMSTM) for forecasting and planning.[12]

Forecasts of Demand

CG&E's annual forecasts of system peak demand are available in the Electric Long-Term Forecast Reports. These forecasts, done during the period from 1980 to 1993 are presented in a graph on page C-11 of Attachment C.

The slope of the CG&E forecasts is remarkably constant over this period. In other words, the slopes of the forecast lines indicate annual average projected growth in peak of something between about 50 and 100 MW. CG&E's actual peaks did not grow much during the early 1980s, but the growth was quite strong between 1984 and 1988. The forecasts during the early 1980s tended to over-predict actual demand growth. The forecasts during the high growth period from 1984 to 1988 tended to under-predict the actual demand growth.

A similar graph of PSI's summer peak demand forecasts is provided on page C-12 of Attachment C. For PSI fewer forecasts were available, since PSI did not produce annual "forecast reports" to its state regulators.

For Cinergy, after the 1994 merger, peak demand forecasts for the combined system are shown in a graph on page C-16 of Attachment C. The Cinergy forecasts consistently show an expectation of gradually increasing system demand.

---

[10] See Direct Testimony of Robert M. Fagan in IURC Cause No. 41954, April, 2005.
[11] 1991 Electric Long-Term Forecast Report, CG&E, page 1-51. Bates CGE058149.
[12] 1989 Electric Long-Term Forecast Report, CG&E, page 1-10G. Bates CGE023234.

Electric System Reliability and Capacity Requirements

Capacity requirements for an electric system depend upon the demand forecast, the availability of generating units, and the system's reliability criterion, and other factors. For a given reliability criterion, and system characteristics, a "reserve margin" target may be established for use in planning. The reserve margin is defined as the total capacity in excess of the system's peak load, expressed as a percentage of peak load.[13]

The availability of individual generating units on an electric power system is an important factor in the ability of the system to meeting total customer electricity demands reliability. I identified the "forced outage rates of generating unit" as a major characteristic of a utility system that affects reliability and reserve requirements in a paper that I wrote in 1988.[14] That paper stated that "…lower forced outage rates for generating units will result in greater system reliability and, consequently a lower reserve margin to meet a given reliability criterion."[15]

This is a sensible and intuitive result that can be quantified using computer simulation models. CG&E, for example, did computer simulation analysis of its system and specifically analyzed the relationship between unit availability and system reliability. The Company's report explains that at higher levels of generating unit availability (e.g., lower forced outage rates) that the system can achieve a desired level of overall reliability at lower levels of capacity reserves. In other words, improving the availability of individual generating units helps the utility company to meet peak loads. This is summarized concisely in a figure presented on page 2-34 of CG&E's report[16] (and reproduced here in Attachment C on page C-23). The Company's discussion of its reliability analysis also indicates that economic considerations were central in determining its capacity reserve levels:

> …both reserve margin and unit availability translate into money spent by the utility. If one roughly equates these two factors, one can add a constant cost line A-B to the reliability window as shown in Figure 2-6. This line recognizes the fact that extraordinary improvements in system equivalent availability can be made that will offset a declining reserve margin. The exact slope of this line is the subject of continual study.[17]

---

[13] There are details in the determination of a reserve margin such as how certain items such as purchased power are treated. This is largely a matter of deciding upon a convention to use and being clear about those assumptions.
[14] "Electric Utility System Reliability Analysis: Determining the Need for Generating Capacity," by Stephen Bernow and Bruce Biewald, in the proceedings of the Sixth NARUC Biennial Regulatory Information Conference, September 1988.
[15] Ibid., page 9.
[16] 1983 Electric Long-Term Forecast Report, CG&E, page 2-34. Bates CGE024423.
[17] Ibid., pages 2-36 and 2-37. Bates CGE024425 and CGE024426.

In later years, CG&E relied upon analysis using the PISCES and WASP models to examine the connections between unit operations, system reliability, capacity requirements, and costs. PISCES is the "Probabilistic Investigation of System Capacity and Energy Shortages" model.[18] WASP is the "Wien Automatic System Planning Program."[19] That analysis considered reserve requirements at different levels in order to determine the economic levels of capacity reserves, which the study concluded was in the range from 20% to 30% reserve margin for the East Central region.[20]

In testimony in IURC Cause Nos. 39646 and 39584-S1, PSI witness Diane Jenner discusses reserve requirements. She explains that on a stand-alone basis PSI uses a minimum reserve margin requirement of 20%, in addition to a maximum amount of "expected unserved energy."[21] A reserve margin of 20% is also used by the Ohio Commission Staff in its 1990 Report on CG&E's Zimmer project.[22]

In addition to the relationships between generating unit availability and overall system reserve margin requirements, there is a direct connection between improvements to unit availability and the need for new generating capacity. PSI's witness James Benning explains this as follows:

> The Company's customers benefit from having our generating equipment available to produce electricity when needed. As our load grows, and we operate closer to our minimum reserve margin levels, it will be increasingly more important for our generating equipment to be available and functioning to avoid having to purchase more expensive power.[23]

He goes on to explain that PSI's generating units had, as a group, shown continuous improvement in EAF between 1988 and 1992. There was some increase in each year relative to the prior year, and the overall increase was very impressive, from 72.14% EAF in 1988 to 85.94% EAF in 1992.[24] Mr. Benning suggests that "[i]t is conceivable that with higher reliability of existing units, future units could be deferred."[25]

---

[18] 1991 Electric Long-Term Forecast Report, CG&E, page 3-40. Bates CGE058438.
[19] Ibid., page 3-46. Bates CGE058445.
[20] Ibid., page 3-52. Bates CGE058451.
[21] Testimony of Diane Jenner, IURC Cause Nos. 39646 and 39584-S1, June 23, 1993, page 8. Bates PSI-0213180.
[22] "Zimmer Conversion Project, Staff Reconnaissance Report, PUCO Utilities Department, July 1990, pages 31, 32, and Exhibit IV-4. Bates CGE-0403540, CGE0403541, and CGE0403665.
[23] Testimony of James Benning, IURC Cause Nos. 39646 and 39584-S1, June 23, 1993, pages 6 and 7. Bates PSI-0213221 and PSI-0213222.
[24] Ibid., page 8 and Exhibit JEB-2. Bates PSI-0213223 and PSI-0213243.
[25] Ibid., page 8. Bates PSI-0213223.

Forecasts of Capacity Requirements

The timing and degree of capacity needs can be examined by putting together the demand forecasts with the reserve margin requirement and the amount of existing capacity. I show an illustration of this for CG&E in the graph on page C-17 of Attachment C. The lines in the figure above show the reserve margins for CG&E on an annual basis. I have excluded purchased power which was sometimes used to address reserve shortfalls, and I have also excluded planned changes to capacity (e.g., unit retirements, upratings, and additions). I present the information in this way in order to show the capacity needed in addition to the then existing capacity in order to meet the forecast demand growth on the system. What these figures show is that CG&E actual reserves fell precipitously between 1982 and 1988. In terms of projected reserve margins, the 1982, 1983, and 1984 projections show a short window of reserves above 20%, while the projected reserve margins for the other forecasts are below 20% from the start. This is consistent with the situation described in Section 7, with completion of CG&E's Zimmer nuclear project delayed and then cancelled in 1984 creating a gap in the Company's capacity reserves which was a factor in the Company's interest in fossil unit refurbishment and life extension.

For PSI, the analogous graph, on page C-20 of Attachment C, shows much higher actual reserve margins during the 1980s. These PSI reserve margin figures were created by the same method as described above for the CG&E figures, with one exception. Specifically, in the 1977 forecast Gibson units 3 and 4 were nearly completed (scheduled online in 1978 and 1979, respectively) and so that capacity was included in the projection.

For Cinergy, the period from 1994 to 2000 has seen declining actual reserve margins, as the system relies increasingly on purchased power to meet summer peak load requirements. This is shown in the graph on page C-22 of Attachment C.

## 5. ELECTRIC SYSTEM PLANNING AND ECONOMIC ANALYSIS

### System dispatch and planning models

PSI, CG&E, and Cinergy ran various system simulation models at different points in time over the last two decades or so. These models include EGEAS, PROSCREEN, and PROMOD. While these models have some similarities they also have significant differences.

The main similarity among these models is that they represent the dispatch of the electric power system to serve customer loads. They include inputs for the Companies' generating units, such as the capacity ratings, forced outage rates, planned outages, fuel costs, and O&M costs. They include customer loads, either on an hourly basis or

12