represented as load duration curves. The core of the simulations is the way in which the fleet of generating units is operated to serve customer loads throughout a particular time period. The model outputs can include tables of the amount of electricity generation and fuel consumption by generating unit, the amount of air emissions of various types by generating unit, and the operating costs (fuel and O&M) for generating units. Totals of these items for the system and for subsets of the generators are also frequently reported.

The differences between the system simulation models have to do with the way certain details of the system are represented, specific formats of inputs and outputs, and the emphasis of the models. An important difference in emphasis would be the focus of PROMOD upon system dispatch and the focus of PROSCREEN upon capacity expansion planning.

The Electric Generation Expansion Analysis System, or "EGEAS," was a model developed and used at the Massachusetts Institute of Technology, Stone and Webster, and the Electric Power Research Institute. CG&E used EGEAS for its system capacity expansion planning. For example, in a 1988 analysis CG&E developed its generation plan with EGEAS, and explained that the model "uses a state-of-the-art dynamic optimization algorithm to determine the capacity expansion plan that will meet the forecasted load and yield the lowest cost to the ratepayer over the 20-year planning period plus a 10-year extension period."[26] CG&E also applied EGEAS in identifying existing generating units that were good candidates for life extension investments.[27]

PSI also used of EGEAS. For example, PSI developed a twenty year system expansion plan in 1984, using EGEAS, PROMOD, and "various internally developed capital analysis programs."[28]

EGEAS was used occasionally by PSI and CG&E, but PROMOD and PROSCREEN appear to be the models most relied upon by the Company's for system planning and simulation analysis. Cinergy today uses PROMOD for rate case production costing analysis and STRATEGIST for planning. The STRATEGIST model is essentially the latest version of PROSCREEN.

PROMOD and PROSCREEN were both developed and offered by Energy Management Associates (EMA), a company headquartered in Atlanta, Georgia. EMA later became NewEnergy Associates (NEA), which was subsequently acquired by Siemens Westinghouse Power Corporation.

PROMOD is a detailed probabilistic production costing tool that is generally used for short to medium term planning analysis. It uses a load duration curve algorithm that

---

[26] 1988 Electric Long-Term Forecast Report, CG&E, pages 2-20 and 2-21. Bates CGE022977 and CGE022879.
[27] "Life Extension at Cincinnati Gas & Electric 'Lessons Learned'," Barry E. Pulskamp, CG&E, presented at EEI Prime Movers Committee Meeting, September 28-30, Amarillo, Texas, pages 1 and 2. Bates PSI-0359213 and PSI-0359214.
[28] "Progress of the Twenty-Year Plan," M.E. Martin, May 30, 1984. Bates PSI-0093961.

13

relies on a convolution probabilistic technique. This means that loads and generating unit forced outages are represented as probabilistic functions and the dispatch is performed on an aggregate basis that loses track of hour by hour results. It is a reasonably fast algorithm that can produce very accurate results.[29]

Like PROMOD, PROSCREEN was also developed and offered by EMA and NEA. It is a long range planning tool with automatic expansion logic that is used in evaluating and helping to select alternative resource expansion plans over long term planning periods. PROSCREEN is an integrated package that incorporates a production cost model, a utility finance model, and a resource optimization tool all in one package. PROSCREEN's dispatch algorithm represents the load curve in a simplified manner, and relative to PROMOD its dispatch simulation is faster but less accurate.

The vendors of PROMOD and PROSCREEN offer a program, the "GAF Translation" tool, that allows users to create PROSCREEN input files from PROMOD data. This allows runs of PROMOD and PROSCREEN to be done with consistent input data sets and it allows the users of PROMOD to develop detailed input data sets for dispatch analysis that can then be translated by the computer into input data for planning analysis.

System modeling purposes

Electric system dispatch and planning models, such as PROMOD and PROSCREEN, have many applications. The applications include:

- System planning
- Integrated resource planning
- Environmental compliance
- Specific resource decision-making
- Fuel and financial budgeting
- Rate case costing analysis
- Other purposes

The system planning analyses can be done for internal corporate purposes or to satisfy regulatory requirements. Ohio's Administrative Code Rule 4901:5-3-01, is an example of a state requirement for annual reports from utilities. The reports in Ohio include forecasts of sales and peak demand, generation plans with unit additions and retirements,[30] and transmission system plans. In my experience working in state proceedings across the United States, I would say that regulators take these plans quite seriously. The work developing a plan can be extensive, but the benefits of good system planning can be enormous.

---

[29] The degree of accuracy in the results from a computer model will, of course, depend upon the accuracy of the input data.
[30] The plans also include upratings and deratings at existing generating units.

14

Integrated resource planning is really a type of system planning in which many types of impacts and resource options are considered. Traditional utility system planning focused upon demand forecasting and expansion of generating capacity to meet that load. IRP can include consideration of environmental impacts, and risks to shareholders and customers, as well as direct costs.[31] Resource options considered in an IRP will include demand side resources, such as energy efficiency and peak demand response, as well as a range of supply technologies for generation.

Throughout the 1980s and 1990s, and continuing to the present, compliance with environmental rules has been a challenge for electric utilities. Companies are expected to comply with existing environmental rules, and to anticipate future rules that are likely to be put in place. In a context where the details of future regulations are not known with certainty, and where existing regulations can change, there is value to flexibility in utility resource plans, and in an ability to develop plans in a systematic and rigorous manner. Computer models are essential to this compliance planning process. Decisions must be made, for example, about whether and when to retire existing generating units, about fuel choices for generators, and about emission controls retrofits (equipment type, timing, and so on). In Indiana, Cinergy filed a major analysis and plan for environmental compliance in November of 2004. The Company ran the STRATEGIST model as part of its compliance planning in that case.[32]

System dispatch and planning models are often applied to specific resource decisions. For example, in a model can be helpful in evaluating potential power purchases, and deciding which if any to buy. A model might also be used in determining whether a particular power sale is in the interest of the Company and its customers.

System dispatch and planning models are also used for fuel procurement and financial planning purposes. Electric utilities that own and operate power plants typically buy large amounts of fuel. The short run and long run fuel requirements can depend upon system characteristics that change over time and influence fuel requirements in complex ways. System models can incorporate such factors, which include changes in customer electricity usage (which itself is driven by the economy, weather, and other factors), changes in the system capacity mix, and environmental requirements. Similarly, a Company's financial picture is influenced by these factors in complex ways, making computer models quite useful for financial budgeting exercises.

Utility rate cases, discussed in Section 3 above, require a calculation of power costs for the rate year. Models such as PROMOD are frequently used for these filings because of the models' ability to represent fuel use by generators and system transactions in a detailed manner. PSI used PROMOD, for example, in its last rate case filing.[33]

This is by no means intended to be a comprehensive list of the applications of models by electric utilities. System models are sometimes used for creating inputs for other

---

[31] The direct costs are typically measured as present value of revenue requirements over the study period.
[32] Indiana Utility Regulatory Commission Cause Nos. 42622 and 42718.
[33] Indiana Utility Regulatory Commission Cause No. 42359. PSI Testimony Prefiled March 28, 2003.

models. They are used for analysis of corporate mergers. The models are quite powerful and useful, and so they find applications in many situations.

Model input and output files

The key input data to PROMOD include the customer hourly demands for electricity, the characteristics of the generating units (capacity, forced outage rates, planned outages, fuel and O&M costs), the system transactions (purchases and sales of various types, and various control parameters. The model can produce a wide variety of output reports including various diagnostic reports, a system summary report for specified time periods (typically for a month or a year), reports with generation and capacity factors by unit, reports with fuel use by unit, reports with air emissions by unit, reports with marginal costs and total costs, and many others. Often it is useful to compare two model reports to see how changes in one or more input parameters cause changes in the output results.

The inputs to PROSCREEN are similar to the inputs to PROMOD, but PROSCREEN inputs include available resource options (e.g., DSM programs and new generating plant types) that are characterized in terms of cost and performance. The PROSCREEN model then picks from among the available resource options to create "plans" that are then ranked and evaluated against each other.

The input data and output reports for PROMOD and PROSCREEN are identified and discussed in the model manuals. See, for example, the PROMOD IV "User's Manual"[34] and the PROSCREEN II "Reference Manual."[35]

The Companies provided thousands of computer model input and output files to the government in this case. These files ranged from complete outputs from detailed multi-year PROMOD runs to small fragments of files. They included what appear to be base case runs and what appear to be isolated test runs to consider specific decisions under sensitivity case conditions.

Company witness Diane Jenner explained in he July 21, 2004 Affidavit that

> Plaintiffs requests that Defendants specifically identify and comprehensively match input files and output files for those production cost model runs used to generate data in turn used to prepare regulatory filings and internal company budgets. It is impossible to do so because, as noted above, these inputs and outputs were generally not stored, catalogued, or archived by the Defendants in any systematic fashion that

---

[34] "PROMOD IV User's Manual," Volume 1, Reference, EDS Utilities Division. Start Bates PSI-0510452.
[35] "PROSCREEN II Integrated Corporate Planning System, Reference Manual," Energy Management Associates, The Utilities Division of EDS. Start Bates PSI-0512373.

16

> would permit Defendants to match specific inputs to specific outputs.
>
> Plaintiffs have also requested that Defendants, after comprehensively matching all input files and output files, in turn take those matched input files and output files and link them to the specific end use for each output run scenario, such as a specific regulatory file or internal company budget, over three decades. This is also impossible to do because the multiple scenario case runs for each modeling exercise are generally not identified as having generated the specific data for a specific end use.[36]

In the 30(b)(6) deposition on August 5, Diane Jenner elaborated on the Company's filing and labeling of model runs. She explained, for example, that there would probably be multiple versions of a particular budget run, and that "We don't know for sure, if there were multiple runs, which one they used, whether they made any modifications after we passed information to them."[37] See also explained that "a lot of" the information that would allow one output report to be distinguished from another would be communicated "verbally" and so would not appear in the paper documents or the run output header itself.[38] In short, the Company was not able to match model inputs files to model outputs files, or to match model runs to model purposes such as regulatory filings and Company budgets. Indeed, the Company asserted that such matching was impossible.

System Planning Objectives

The basic of objective of electric system planning is to minimize present value costs, subject to various constraints with consideration of uncertainty. The costs would generally be expressed in terms of the present value (or "discounted") revenue requirements that would be charged to the Company's customers. The constraints could include a system reliability criterion (e.g., one day in ten years loss-of-load-expectation), environmental regulations, and generating unit operating limits such as ramp rates and minimum down time. The recognition to uncertainty is important because key factors such as demand, fuel prices, and environmental regulations can not be forecast with certainty. So risk minimization calls for the use of sensitivity analyses (and other techniques) in planning in order that plans be reasonably robust.

---

[36] "Affidavit of Diane Lee Jenner in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Compliance with the Court's May 13, 2004 Entry on Pending Discovery Motions," July 21, 2004. Deposition Exhibit 3.
[37] Deposition of Diane Jenner, August 5, 2004, Transcript page 113.
[38] Ibid., transcript page 114.

CG&E's Annual Electric Long-Term Forecast Reports also discuss the methods and objectives of the Company's system planning. For example, the 1991 Report explains how the various computer models are used in the overall planning process, with the PROVIEW model at the center of the exercise.[39] The Company's planning approach uses this model to development and selection of a plan based primarily upon the economics of the plan relative to others:

> The methodology for arriving at the selected plan is presenting in 4901:5-5-03(D) (4). Based upon that methodology and the assumptions employed, the plan selected should represent the lowest present value total cost and lowest present value rate. In addition, out of the plans examined, the selected plan should also contain the lower present value of revenue requirements.[40]

In general terms, a utility's plans should minimize present value costs subject to various constraints (such as providing adequate levels of system reliability) and various risk considerations (such as uncertainties in construction costs, fuel prices, and so on).

In this case, PSI, CG&E, and Cinergy provide a large number of computer model files and documents related to modeling and model runs. These were from the last twenty five years or so, and include fractions of input and output files. Most of the electronic formatted model files were associated with the PROMOD and PROSCREEN models, but other models were represented in the materials as well. Some of the files were organized in a directory structure and others were not. Some of the files were in their original electronic (ASCII) format and others were images or paper pages.

The files provided make it quite clear that system dispatch and planning models were used extensively by PSI and CG&E since the early 1980s. And system dispatch and planning models continue to be used by Cinergy today. It is, however, extraordinarily difficult to determine specifically which files were used for what purposes. While this should be possible, we found that given the lack of organization, poor record keeping, and failure to accurately label model files, it was for practical purposes impossible to determine the links between model runs and their purposes with confidence. According to the Company's deposition witness on this topic, runs that are labeled base cases could be one-off cases that were run to test some specific thing and were not labeled accordingly; and multiple runs might be done for a particular application without an indication of which was the final run.[41]

---

[39] See, for example, Ibid. Page 3-70. Bates CGE058469.
[40] Ibid., page 3-66. Bates CGE058465.
[41] Deposition of Diane Jenner, August 5, 2004.

18

# 6. POWER PLANT CAPTIAL INVESTMENT PLANNING AND ECONOMIC ANALYSIS

## Planning Analysis of Specific Capital Projects

The approach taken by utilities to analyzing capital projects at specific generating is similar in many ways to the approach used in system planning. In both types of analyses the focus is upon economics, with an aim toward selecting a course of action that will minimize present value costs subject to various constraints and risk factors.

Company witness Stephen Wodtke explained in his 30(b)(6) deposition that the Companies used several computer-based evaluation tools since 1982 including PROVAL, PPEM, EEP, and PET.[42]

I am familiar with Cinergy's current method of planning environmental compliance investments from my work in the recent case in Indiana, IURC Cause No. 42359, in which PSI witnesses conducted system modeling analysis and unit-specific engineering-economic analysis. The system and unit analyses in current use are comparable to the methods used previously by Cinergy, PSI, and CG&E. That is, the details of the methodologies have evolved over time, but the focus on minimizing the present value of the projected cost streams has remained constant.

## PSI Method for Economic Analysis of Capital Projects

The same economic considerations that are applied in system planning analyses are applied on a unit or plant specific basis in evaluating capital projects at particular generating units. PSI had procedures for evaluating specific construction projects. These are described in a series of "Project Evaluation Guides." The 1991 Guide explains its purpose.

> The purpose of this guide is to:
>
> 1. Introduce the new PROVAL model, which is the preferred tool for project justification studies at PSI Energy;
> 2. Document and review economic methods that can be used for performing project justification studies;
> 3. Document the generally accepted criteria used by PSI in evaluating construction project budgets; and
> 4. Provide a convenient source of data for evaluating project economics that can be updated annually.

---

[42] Deposition of Stephen Wodtke, February 25, 2005, transcript pages 20 and 21.