efficient manner over a longer period of time, approximately twenty years beyond the unit's originally expected retirement date."[63]

PSI's refurbishment program was described in a document titled "Future Planning for Generating Plants" presented by 3 PSI employees to the Public Service Indiana First Engineering Conference, in September 1986. That document details the life extension approach and application. It explains the Company's motivation as follows:

> Historically, Public Service Indiana has added new generating capacity to meet the demands of load growth, offset the retirement of older and more costly units, and to take full advantage of new technology efficiency increases. Current economics have necessitated a reevaluation of that strategy. The rapid escalation of construction costs for new plants since the mid '70s, along with the increased regulatory requirements now mandated, make the risk of building new capacity increasingly unattractive and uncertain. For a new pulverized coal generating unit of approximately 500 MW with complete pollution systems capable of meeting new source performance standards, the cost is now estimated to be between 1600 and 2100 $/KW. When compared to the 1982 cost of Gibson Unit 5 or approximately 650 $/KW, the magnitude of the cost increases becomes readily apparent.[64]

They go on to describe PSI's Life Extension Program in a fair amount of detail. The motivation for the program is primarily economic driven, and the implementation of the program emphasizes the inspection of each generating unit and the economic justification of each investment.

The summary and conclusions section of the "Future Planning for Generating Plants" document observes that "The Gallagher 4 Life Extension Study is Public Service Indiana's initial effort into making our generating units last longer than design life through the economical refurbishment of plant components."[65] It also discusses the benefits of life extension:

> The highest potential benefits of life extension are not realized until the period when new capacity would otherwise be built. In the near term, the highest savings or most benefits should be seen on units with high capacity factors,

[63] Testimony of John U. Bott, Jr. in FERC Docket No. ER95-626-000, page 4. Bates PSI-0026994.
[64] "Future Planning for Generating Plants," prepared by J.W. Cross, T.L. McLarty, B.R. Orender, presented to Public Service of Indiana First Engineering Conference, September 24, 1986. Page 1 of Section 1. Bates GAL-028685.
[65] Ibid., page 1 of Section IV. Bates GAL-028710.

large potential for performance improvement, high
replacement power costs, or opportunities for off-system
sales.[66]

This is consistent with the view that I took in a 1994 report on "Life Extension and
Repowering for Fossil Plants."[67]   In that report, we observed that the existing fleet of
fossil fuelled power plants in the US was aging and that "[e]lectric utilities are also
becoming more interested in Repowering and life extension because of the constraints on
building new capacity."[68]  We developed a database for analysis of power plant
performance and projects to extend the life or to repower existing plants.  We explained
that evaluations of life extension or repowering should include a number of specific
elements including the following:

Evaluations should account for the long-term system-wide
impacts, including impacts on power plant dispatch,
purchases and sales.

All resource options (and plans) should be compared, in part,
on the basis of present value revenue requirements over the
same time period, which extends through the expected
remaining life of the facility.

The revenue requirements should include all economic
expenses and revenues associated with compliance with
existing environmental regulations, including those related to
SO2 and NOx allowance trading, and purchases and sales of
pollutant "offsets."  In addition, the dispatch costs of power
plants should include the prices of SO2 and NOx allowances,
and any other direct cost that will vary with the amount of
generation.[69]

In the 1994 report we created an "illustrative list" of steam turbines in the U.S. with
potential for repowering life extension on the basis of the following four criteria:

(a) Lower than average capacity factor as a function of age.
(b) Higher than average heat rate as a function of age.
(c) Generator unit is at least 30 years old.
(d) Name plate capacity is at least 100 MW.[70]

---

[66] Ibid., page 1 of Section IV.  Bates GAL-028710.
[67] "Life Extension and Repowering for Fossil Plants: Guidelines for Evaluating Projects," prepared for the
Energy Foundation, by Timothy Woolf, Bruce Biewald, and Stephen Bernow, Tellus Institute, August 3,
1994.
[68] Ibid., page 1.
[69] Ibid., pages 8 and 9.
[70] Ibid., Figure 4, discussed on page 5.

CG&E's Miami Fort 5 was one of the 18 units in the U.S. that we identified with potential for repowering or life extension.

CG&E Planning Examples

CG&E's system planning in the early 1981s was dominated by the Zimmer project, originally planned as a 1300 MW nuclear generating unit, of which CG&E's share would have been about 600 MW. Construction of the Zimmer nuclear station began in 1972.[71] In 1981 CG&E expected Zimmer to start commercial operation in 1982.[72] The 1982 and 1983 Long-Term Forecast Reports show Zimmer expected to begin commercial operation in 1983.[73] But the project suffered from schedule delays and construction cost increases to the point where it was cancelled. The 1984 Long-Term Forecast Report indicates that the Zimmer project had been cancelled as a nuclear plant, and would be completed as a coal unit, expected to begin operation in 1991.[74] In 1985 a stipulation was entered into by the owners, the staff of the Public Utility Commission of Ohio, and other parties, calling for, among other things, the write off of $861 million.[75] Construction of Zimmer as a coal unit commenced in March of 1987[76] and the project was completed as a 1300 MW coal unit in March of 1991.[77]

During the time period from 1983 to 1988 CG&E's Electric Long-Term Forecast Reports show an expected retirement date for Miami Fort 5 in the early 1990s. Starting with the 1989 Electric Long-Term Forecast Report, the retirement date for Miami Fort 5 is listed as "unknown."[78] At that point the Company's assumption for purposes of system planning was that Miami Fort 5's operating life would be extended through the entire planning period.

CG&E's forecasting of peak demand and capacity reserve requirements was discussed above in Section 4. Recall from that discussion that the Company's actual and projected capacity situation became very tight in the 1980s.

During the 1980s, CG&E became focused on generating unit life extension analysis. This was in part a result of the resource need created by problems with Zimmer construction. CG&E evaluated its units to determine which ones were the best candidates for life extension, and identified Beckjord units 1, 2 and 3 as "very good candidates for

---

[71] 1985 Electric Long-Term Forecast Report, CG&E, page 2-55-A. Bates 002872.

[72] 1981 Electric Long-Term Forecast Report, CG&E, page 2-33. Bates CGE024032.

[73] 1982 Electric Long-Term Forecast Report, CG&E, page 2-02 (Bates CGE024180) and 1983 Electric Long-Term Forecast Report, CG&E, page 2-21A (Bates CGE024404).

[74] 1984 Electric Long-Term Forecast Report, CG&E, page 2-21-A. Bates CGE024783.

[75] Zimmer Conversion Project, Staff Reconnaissance Report, Utilities Department, Public Utilities Commission of Ohio, July 1990, page 1. Bates CGE-0403510.

[76] 1990 Electric Long-Term Forecast Report, CG&E, page 2-36. Bates CGE023796.

[77] 1992 Electric Long-Term Forecast Report, CG&E, page 3-100. Bates CGE059352.

[78] 1989 Electric Long-Term Forecast Report, CG&E, page 2-16. Bates CGE023555.

life extension."[79]  The Company's analysis involved some top down screen analysis, followed by more detailed studies that "evaluated each and every component on the units."[80]  The economic approach used involved comparing the costs of unit life extension to the costs of new unit construction.  The Company concluded that

> "For CG&E, life extension of the three candidate units was a
> very attractive alternative to new construction, costing as
> little as one-tenth of new construction costs and one-tenth of
> what we could justify for life extension.
> W.C. Beckjord Station-Units 1, 2, and 3 were identified for
> life extension and plans were made to implement the
> modifications required."[81]

While the basic evaluation method used was "economic" system capacity reserves considerations figured into that.  Specifically, CG&E's stated primary objective of the life extension was "to provide optimum availability and reliability for these units"[82] and CG&E was aware of its need for generating capacity to be available to meet system capacity requirements:

> Until our next coal unit is brought on line in 1991, our
> generating reserve margins will become uncomfortably low.
> Without the life extension of Beckjord-Units 1, 2, and , it was
> questionable whether system reliability could support the low
> projected reserve margin.  The life extension units must be
> ready and capable of generating reliable power during these
> critical years.[83]

CG&E's newsletter for employees from March, 1988, explained the situation of overall system capacity requirements in clear language:

> Electric Peak demand by CG&E customers is expected to
> grow about 1.2% annually between 1988 and 1992.  CG&E's
> reserve margin for electric generating capacity, based on the
> record peak demand reached last summer was 13.2%.  The
> generally accepted industry standard for reserve margin is
> 20%.[84]

---

[79] "Life Extension at Cincinnati Gas & Electric 'Lessons Learned'," Barry E. Pulskamp, CG&E, presented at EEI Prime Movers Committee Meeting, September 28-30, Amarillo, Texas, abstract. Bates PSI-0359213.

[80] Ibid, page 2. Bates PSI-0359214.

[81] Ibid, pages 2 and 3. Bates PSI-0359214 and PSI-0359215.

[82] Ibid, page 3. Bates PSI-0359215.

[83] Ibid, page 3. Bates PSI-0359215.

[84] "1.6 Billion For Construction," OK News, CG&E, published for the employees, retirees and families of CG&E and subsidiary companies, page 5. Bates CGE-0357125.

And that same CG&E newsletter discussed the Beckjord Life Extension Project. It quoted Barry Pulskamp, the manager of the project, stating that "we may be the first company in the country to complete three full life extension programs on generating units" and noted that the Beckjord units were selected for life extension based on comparison of the benefits with the costs.[85]

The relationship between fossil power plant availability and age is depicted in the Graph reproduced here on page C-24 of Attachment C. It is from a paper in the proceedings of a 1985 Electric Power Research Institute (EPRI) workshop on fossil plant life extension.[86] This shows a "maturing" trend during the first decade or so of operation, during which time the forced outage rate will generally decline, and an "aging" trend after 20 years or so of operation after which the forced outage rate will generally increase. This particular graph shows a forced outage rate of about 5 percent at age 20, increasing to a forced outage rate of about 20 percent at age 40.

## 8. THE RELATIONSHIP BETWEEN UNIT GENERATING AVAILABILTY AND UNIT OPERATION

The connections between generating unit availability and generating unit operations have been discussed in parts of this report, above. In this section, I will address directly the connections between availability (as measured by equivalent availability factor) and operation (in terms of capacity factor, generation, fuel use, and emissions). In the PROMOD and PROSYM models, as in the actual operation of the Cinergy, PSI, and CG&E systems, plant availability will have a direct impact upon plant generation. Specifically, the basic flow of causation from a modification that improves the forced outage rate of a generating unit is as follows.

A decrease in forced outage rate (which can also be expressed as an increase in plant availability or "equivalent availability factor") results in increased generation from the plant (which can also be expressed in terms of increased "capacity factor"). The relationship between EAF and CF tends to be a simple linear one, with CF increasing in direct proportion to EAF improvements, if all other variables are held constant.

The increase in generation will typically be associated with a nearly proportional increase in coal use, and – if there are no changes in the type of coal burned or the emission controls on the plant – a very nearly proportional increase in air emissions.

---

[85] "Third Beckjord Unit Gets Life Extension," ," OK News, CG&E, published for the employees, retirees and families of CG&E and subsidiary companies, page 5. Bates CGE-0357125.

[86] "Power Plant and Turbine-Generator Upgrading Economics," prepared by H.H. Heiges and H.G. Stoll, General Electric Company, in "Proceedings: Fossil Plant Life Extension Conference and Workshop," Electric Power Research Institute, EPRI CS-4207, Project 1862-3, August 1985. Bates EP003844.

The specific numerical relationships will depend upon the specific unit and the system in which it operates, but the general structure of the relationships, however, will be universally applicable. That is, holding all other parameters constant, one can expect the amount of generation from a unit to be higher if its availability rate is higher. One can also expect that this relationship will be roughly linear for a large power system such as Cinergy, PSI, or CG&E.

The high correlation is not surprising, of course, given the underlying principles that govern the operation of the system. That is, for any particular unit in any particular electric system, one can calculate the fraction of the time that the unit is actually operated out of the total time that the unit is available to operate. If the outages are decreased, then the unit will be available more of the time, but of that time it will only actually be operated for a portion. That portion will generally be similar to the overall utilization for the unit, since the additional hours are, by definition, distributed throughout the time period.

The PROMOD model used by Cinergy, PSI, and CG&E, uses a probabilistic algorithm that "accounts not only for the effects of a unit's outages and derations on its own operation, but also for the effects of a unit's outage on the operation of all other units in the utility system."[87] PSI's PROVAL model for analyzing the benefits of improvements to the availability of individual generating units recognize this same connection in its use of "utilization factor" and "replacement energy costs" in the project evaluation methodology, and PSI would actually create some of the PROVAL inputs from PROMOD outputs.[88] The Company's system and unit capital investment methods both recognize the straightforward relationships between unit availability and unit generation. With all other things equal, a reasonable utility system planner would, prior to a modification that improves unit availability, expect increases in unit generation, fuel use, and emissions that correspond to the availability improvements.

---

[87] "PROMOD IV User's Manual," Volume 1, Reference, EDS Utilities Division, page 2-1. Bates PSI-0510490.
[88] 1989 Power Economic Evaluation Guide, pages 3-8 and 3-10. Bates PSI-0151398 and PSI-0151400.

**Attachment A**

# Bruce Edward Biewald

President
**Synapse Energy Economics, Inc.**
22 Pearl Street, Cambridge, MA 02139
(617) 661-3248 ext. 22 • fax: (617) 661-0599
www.synapse-energy.com
bbiewald@synapse-energy.com

## PROFESSIONAL EXPERIENCE

**Synapse Energy Economics, Inc.**, Cambridge, MA.  President, 1996 to present.
Consulting on issues of energy economics, environmental impacts, and utility regulatory policy, including electric industry restructuring, electric power system planning, performance-based regulation, stranded costs, system benefits, market power, mergers and acquisitions, generation asset valuation and divestiture, nuclear and fossil power plant costs and performance, renewable resources, power supply contracts and performance standards, green marketing of electricity, environmental disclosure, nuclear plant decommissioning and radioactive waste issues, climate change policy, environmental externalities valuation, energy conservation and demand-side management, electric power system reliability, avoided costs, fuel prices, purchased power availability and cost, dispatch modeling, economic analysis of power plants and resource plans, portfolio management, risk analysis and risk management.

**Tellus Institute**, Boston, MA.  Senior Scientist and Manager of the Electricity Program, 1989 to 1996.  Responsible for research and consulting on all aspects of electric system planning, regulation, and restructuring.
Research Associate, later Associate Scientist, 1980 to 1988.

## EDUCATION

Massachusetts Institute of Technology,
BS 1981, Architecture, Building Technology, Energy Use in Buildings.
Harvard University Extension School,
1989/90, Graduate courses in micro and macroeconomics.

## SUMMARY OF TESTIMONY, PUBLICATIONS, AND PRESENTATIONS

Expert testimony on energy, economic, and environmental issues in more than eighty utility regulatory proceedings in twenty six states and two Canadian provinces, in cases in State and Federal Courts, and in proceeedings of the Nuclear Regulatory Commission's Atomic Safety and Licensing Board.

Co-author of more than one hundred reports, including studies for the Electric Power Research Institute, the U.S. Department of Energy, the U.S. Environmental Protection Agency, the Office of Technology Assessment, the New England Governors' Conference, and the National Association of Regulatory Utility Commissioners.