UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| STATE OF NEW YORK, STATE OF NEW JERSEY, STATE OF CONNECTICUT, HOOSIER ENVIRONMENTAL COUNCIL, and OHIO ENVIRONMENTAL COUNCIL, | ) ) ) ) |
| | ) Civil Action No. 1:99-cv-1693-LJM-JMS |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) |
| | ) |
| CINERGY CORP., CINERGY SERVICES, INC., PSI ENERGY, INC., and THE CINCINNATI GAS & ELECTRIC COMPANY, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**REPLY MEMORANDUM IN SUPPORT OF CINERGY'S MOTION *IN LIMINE* TO EXCLUDE ANY POST-PROJECT DATA AND EVIDENCE**

**EXHIBIT 1**

**Excerpt of Kenneth J. Slater Deposition Testimony in *United States v. Cinergy Corp.* (Jan. 3, 2008)**

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

---------------------------------X

UNITED STATES OF AMERICA, et    :

al.,                            :

       Plaintiffs,          :

       v.                   : No. IP99-1693-M/S

CINERGY CORPORATION, et al.,    :

       Defendants.          :

---------------------------------X

Washington, D.C.

Thursday, January 3, 2008

    Videotaped deposition of KENNETH J. SLATER, a witness herein, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being duly sworn by DENNIS A. DINKEL, a Notary Public in and for the District of Columbia, taken at the offices of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. at 9:15 a.m., Thursday, January 3, 2008, and the proceedings being taken down by Stenotype by DENNIS A. DINKEL, FAPR, CRR, and transcribed under his direction.

4ee83a4d-6578-4fc4-8b92-bf90e0794627

Page 270

1  wouldn't those PROMOD runs tell you something about
2  the expectation of sulfur content in the fuel?
3      A.  Not when we're looking at these projects
4  that were in the middle '80s, it wouldn't.
5      Q.  Okay.  When would it first show up?
6      A.  The parameters didn't go into PROMOD until
7  after that.
8      Q.  Approximately when did they go into
9  PROMOD?
10     A.  My recollection is that they went into
11 PROMOD in the late '80s.
12     Q.  Okay.  From the late '80s forward, if
13 Cinergy or its predecessor companies had done PROMOD
14 runs, would you expect to be able to look at those
15 PROMOD runs and see what the assumptions were for
16 fuel sulfur?
17     A.  I expect if they were doing those runs
18 with emissions in them, I would expect to be able to
19 see that.
20     Q.  Did you ask to see any of those?
21     A.  I did ask if there were any PROMOD runs
22 around, and I was told no, there weren't any PROMOD

Page 271

1  runs around relative to these projects.
2      Q.  Did that surprise you?
3      A.  No.  It doesn't.
4      Q.  Is it normal course for companies to not
5  retain the model forecasts that are used to make
6  reports to things like the public utility commission?
7  Is that standard practice?
8      A.  They might have them around for a couple
9  of years, but then they wouldn't.
10     Q.  Why not?
11     A.  I'm not totally sure why, but we ourselves
12 don't even keep PROMOD runs in the form where we
13 could reinterpret them for you three years, four
14 years later.  It is just -- the volume of PROMOD runs
15 that people would do in some of these exercises, they
16 would only be interested in the results.  They
17 wouldn't necessarily keep all the runs.  They're
18 interested in keeping an up to date database of all
19 their units and loads and things like that.  But
20 beyond that, old runs are old runs.  They're not of
21 any immediate value to them.  I am not surprised the
22 utilities don't keep them.

Page 272

1      Q.  Do some utilities keep them?
2          MR. BOXERMAN:  Objection.
3          MR. BROOKS:  To your knowledge.
4          MR. BOXERMAN:  How long?  Where?  In what
5  place?
6          MR. BROOKS:  Sure.  Those are good
7  questions.
8          THE WITNESS:  And I can't answer them.
9          BY MR. BROOKS:
10     Q.  Okay.
11     A.  But I am not surprised when a utility
12 says, no, we don't have any runs for you.
13     Q.  Have you gone back through to check the
14 sulfur content that you used here in your appendix 5
15 with the numbers that Mr. Harris generated?
16     A.  Well, they are the same numbers.  The
17 numbers that he used are the numbers that I've put in
18 here.  And yes, I have gone and checked some.
19     Q.  Well, I'm a little confused, because I'm
20 not sure that that's actually right.  But just so I
21 understand, what you intended use was Mr. Slater --
22 sorry, Mr. Harris's numbers, right?

Page 273

1      A.  Yes.
2      Q.  So if I find in your workpaper that there
3  was a different number, that would be an error?
4      A.  I don't know.  If you're talking about my
5  workpapers, there were -- in the effort of producing
6  to you all of the workpapers that I generated during
7  the course of this project, whether I used them from
8  my report or not, I did include some evaluations for
9  I think Cayuga and Gallagher, where I had used just
10 to see what was really going on, I used 24-month
11 rolling average emissions from the post-project
12 period.  I used sulfur content for the 24-month
13 rolling average after the project.
14     Q.  But you feel confident that in your
15 Exhibit 5 to your report that the value that you used
16 to come up with your statement less or much less than
17 the threshold, is Mr. Harris's sulfur content number,
18 right?
19     A.  Not only Mr. Harris's sulfur content
20 number, but his calculation, his variation of
21 Dr. Rosen's numbers.
22     Q.  Well --

Page 274

1   A.  The workpapers that you're talking about,
2   that I believe you're talking about, were not used in
3   the report at all.
4       Q.  Can you show me where, for example, Miami
5   4 and 5 -- can you help me find what value you used?
6           MR. BOXERMAN:  For what?
7           MR. BROOKS:  For sulfur content, percent
8   sulfur.
9           THE WITNESS:  Just let me find Miami 4 and
10  5.  There it is.  I could tell you that if I went to
11  Mr. Harris's workpapers.  I could tell you his
12  Exhibit 18 workpapers.
13          MR. BROOKS:  Harris's workpapers.  Do we
14  have those?  Why don't I give you first Mr. Harris's
15  report, and maybe you can -- is it in his Exhibit 18
16  of his report?
17          MR. BOXERMAN:  Could we have a copy,
18  please?
19          THE WITNESS:  No.  It is not in his
20  Exhibit 18.  It is in the workpapers behind his
21  Exhibit 18.
22          BY MR. BROOKS:

Page 275

1       Q.  Okay.  Did you go through those workpapers
2   with Mr. Harris?
3       A.  I didn't go through them with Mr. Harris.
4   I have gone and looked at probably not all of them,
5   but I've looked at some of them, at least to see what
6   he did.  To check what he did.
7       Q.  Did you talk with Mr. Harris at all about
8   his workpapers?
9       A.  No.
10      Q.  Okay.  So this is based on your
11  interpretation of his workpapers?
12      A.  Yes.  Just a minute.  You said, is this --
13  is this your interpretation of his workpapers?  What
14  did you mean by "this"?
15      Q.  The results that you give in your Exhibit
16  5 that are based on recognition of changes to sulfur
17  content of fuel, all of those numbers are based on
18  your interpretation of Mr. Harris's workpapers; is
19  that right?
20      A.  Mr. Harris's calculations in his
21  workpapers, yes.
22      Q.  Okay.

Page 276

1       A.  Yes.
2       Q.  In other words, you don't have any
3   information about that that I wouldn't have if I went
4   and looked at those workpapers; is that right?
5       A.  That's right.
6       Q.  Were any of the units involved in this
7   case changed in a way that would prevent them from
8   burning coal with the sulfur content that Mr. Rosen
9   used in his projection?
10      A.  Not that I'm aware of.
11          MR. BROOKS:  Let's take five minutes.
12  He's going to change the tape.
13          THE VIDEOGRAPHER:  The time is 5:11 p.m.
14  This completes tape number 3.
15          (Recess.)
16          THE VIDEOGRAPHER:  The time is 5:20 p.m.
17  This is the beginning of tape number 4.
18          THE WITNESS:  Before we begin, on your
19  question, you asked me before the break before last,
20  did I have any disagreements with NOx emission rates.
21  I said no.  But I do.
22          BY MR. BROOKS:

Page 277

1       Q.  Oh, okay.
2       A.  I forgot.  If you look at page 28, bottom
3   half of the page in my report.
4       Q.  Okay.  All right.
5       A.  I do have a disagreement about Wabash
6   River 5, the emission rate that was used during
7   the -- subsequent to the 1990 outage that they had.
8   In reading the documents concerning that outage, the
9   burners were replaced during that outage.  Low NOx
10  burners were installed.  And the last -- last couple
11  of paragraphs of the report discuss that, the fact
12  that they had been guaranteed a reduction in their
13  NOx emission rates by the providers of the low NOx
14  burners.  And they, in fact, achieved more than that.
15          So they would have -- if they had done a
16  forecast, they would have forecast a drop in NOx
17  emissions as a result of the low NOx burners.
18          Mr. Koppe and Dr. Rosen recognized the low
19  NOx burners later than that, after the over-fire air
20  had been added as well.  It is not that they didn't
21  recognize them ever, it is just that their timing was
22  off.