UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> STATE OF NEW YORK, STATE OF NEW JERSEY, STATE OF CONNECTICUT, HOOSIER ENVIRONMENTAL COUNCIL, and OHIO ENVIRONMENTAL COUNCIL, <br>     Plaintiff-Intervenors, <br><br> vs. <br><br> CINERGY CORP., PSI ENERGY, INC., and THE CINCINNATI GAS & ELECTRIC COMPANY, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:99-cv-1693-LJM-JMS |

## **ORDER**

This cause is before the Court on several motions *in limine* and challenges to various experts under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Parmaceuticals, Inc.*, 509 U.S. 579 (1993). This Order addresses the motions listed on the docket as Docket Nos. 1046, 1048, 1050, 1052, 1080, 1083, 1085, 1097, 1106, 1108, and 1109. All other motions *in limine* remain under advisement.

Having considered the motions, the Court now issues the following rulings:

| | |
|---|---|
| Defendants' Motion to Exclude Evidence of Prior Ruling on the Application of the Routine Maintenance, Repair and Replacement Exclusion as to Certain Other Projects (Docket No. 1046) | **GRANTED.** Neither party should be permitted to present such testimony or evidence to the jury because it is irrelevant to the issues remaining in this case. |
| Defendants' Motion to Exclude the Proposed Testimony of John Mooney (Docket No. 1048) | **GRANTED.** The proposed testimony is irrelevant and would not be helpful to the jury on the remaining issues. |

| | |
|---|---|
| Defendants' Motion to Exclude Evidence and Statements Regarding Health and Environmental Effects (Docket No. 1050) | **GRANTED.** Such information is irrelevant to the remaining issues. |
| Defendants' Motion to Exclude the Proposed Testimony of Dr. Edward Rothman (Docket No. 1052) | **DENIED**. |
| Defendants' Motion to Exclude Any Post-Project Evidence and Data (Docket No. 1080) | **GRANTED.** The information is largely irrelevant to the remaining issues; however, if there is a specific instance in which Plaintiffs wish to offer this information, they can offer it outside of the presence of the jury and the Court will consider whether the evidence warrants presentation to the jury. |
| Defendants' Motion to Exclude the Proposed Testimony of Bruce Biewald (Docket No. 1097) | **DENIED.** |
| Plaintiffs' Motion to Exclude Kenneth Slater's Opinion (Docket No. 1106) | **DENIED.** |

In addition to the foregoing, the Court concludes that a *Daubert* hearing is necessary to address the objections contained in Plaintiffs' Motion to Exclude the Expert Report and Testimony of Dr. Gary Liberson (Docket No. 1083), Defendants' Motion to Exclude the Proposed Testimony of Dr. Ranajit Sahu (Docket No. 1085), Defendants' Motion to Exclude the Proposed Testimony of Robert H. Koppe (Docket No. 1108), and Defendants' Motion to Exclude the Proposed Testimony of Dr. Richard Rosen (Docket No. 1109). Accordingly, the Court **SETS this matter for a *Daubert* hearing on these witnesses for Thursday, April 10, 2008, from 8:00 a.m. to 11:00 a.m., in Courtroom 307**, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Finally, the Court **RE-SETS THE TIME for the April 10, 2008, Final Pretrial Conference to 3:00 p.m.** The location for the conference remains as **Courtroom 307**.

IT IS SO ORDERED this 20th day of March, 2008.

*[signature]*
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

**Electronically distributed to:**

Scott R. Alexander
SOMMER BARNARD ATTORNEYS, PC
salexander@sommerbarnard.com

Kevin P. Auerbacher
STATE OF NEW JERSEY, DEPT. OF LAW & PUB. SAFETY
auerbkev@law.dol.lps.state.nj.us

Christopher D. Ball
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
christopher.ball@dol.lps.state.nj.us

Deborah Nicole Behles
U.S. DEPARTMENT OF JUSTICE
deborah.behles@usdoj.gov

Thomas Andrew Benson
U.S. DEPARTMENT OF JUSTICE
thomas.benson@usdoj.gov

Samuel B. Boxerman
SIDLEY AUSTIN LLP
sboxerman@sidley.com

Robert R. Clark
SOMMER BARNARD ATTORNEYS, PC
rclark@sommerbarnard.com

Larry Martin Corcoran
ENVIRONMENTAL & NATURAL RESOURCES DIVISION
larry.corcoran@usdoj.gov

Carol Lynn DeMarco
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
carol.demarco@dol.lps.state.nj.us

Michael E. DiRienzo
KAHN DEES DONOVAN & KAHN
miked@k2d2.com

Steven David Ellis
ENVIRONMENTAL & NATURAL RESOURCES
steven.ellis@usdoj.gov

Julie L. Ezell
DUKE ENERGY LEGAL DEPARTMENT
julie.ezell@duke-energy.com

Cynthia Marie Ferguson
ENVIRONMENTAL & NATURAL RESOURCES
cynthia.ferguson@usdoj.gov

Richard Mark Gladstein
U.S. DEPARTMENT OF JUSTICE
richard.gladstein@usdoj.gov

Thomas Charles Green
SIDLEY AUSTIN LLP
tcgreen@sidley.com

Maurice A. Griffin
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
maurice.griffin@dol.lps.state.nj.us

R. Keith Guthrie
kgmail@comcast.net

Sarah Dale Himmelhoch
U.S. DEPARTMENT OF JUSTICE
sarah.himmelhoch@usdoj.gov

Eugene J. Kelly Jr.
NEW YORK STATE ATTORNEY GENERAL
eugene.kelly@oag.state.ny.us

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

James A. King
PORTER WRIGHT MORRIS & ARTHUR LLP
jking@porterwright.com

Joseph M. Kowalczyk
NEW YORK STATE ATTORNEY GENERAL
joseph.kowalczyk@oag.state.ny.us

Christine F. Lewis
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
christine.lewis@dol.lps.state.nj.us

Jonathan F. Lewis
CLEAN AIR TASK FORCE
jlewis@catf.us

James A. Lofton
U.S. DEPARTMENT OF JUSTICE
jim.lofton@usdoj.gov

Debra McVicker Lynch
SOMMER BARNARD ATTORNEYS, PC
dlynch@sommerbarnard.com

Jon C. Martin
STATE OF NEW JERSEY, DEPT. OF LAW & PUB. SAFETY
martijon@law.dol.lps.state.nj.us

Kimberly P. Massicotte
OFFICE OF THE ATTORNEY GENERAL
kimberly.massicotte@po.state.ct.us

Carmel Alicia Motherway
CONNECTICUT ATTORNEY GENERAL
carmel.motherway@po.state.ct.us

Michael Joseph Myers
NEW YORK STATE DEPARTMENT OF LAW
michael.myers@oag.state.ny.us

John D. Papageorge
SOMMER BARNARD ATTORNEYS, PC
jpapageorge@sommerbarnard.com

Crissy Lyn Pellegrin
ENVIRONMENTAL PROTECTION AGENCY
pellegrin.crissy@epa.gov

Jean Patrice Reilly
STATE OF NEW JERSEY, DEPT. OF LAW & PUB. SAFETY
reilljea@law.dol.lps.state.nj.us

Danielle Brody Rosengarten
U.S. DEPARTMENT OF JUSTICE
danielle.rosengarten@usdoj.gov

Robert T. Rosenthal
NEW YORK ATTORNEY GENERAL'S OFFICE
robert.rosenthal@oag.state.ny.us

Jeffrey K. Sands
U.S. DEPARTMENT OF JUSTICE
jeffrey.sands@usdoj.gov

J. Jared Snyder
OFFICE OF THE ATTORNEY GENERAL
jared.snyder@oag.state.ny.us

Kathryn B. Thomson
SIDLEY AUSTIN LLP
kthomson@sidley.com

Katherine Lynn Vanderhook
U.S. DEPARTMENT OF JUSTICE
katherine.vanderhook@usdoj.gov

Gaylene Vasaturo
ENVIRONMENTAL PROTECTION AGENCY
vasaturo.gaylene@epa.gov

Frank R. Volpe
SIDLEY AUSTIN LLP
fvolpe@sidley.com