UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| STATE OF NEW YORK, STATE OF NEW | ) | |
| JERSEY, STATE OF CONNECTICUT, | ) | |
| HOOSIER ENVIRONMENTAL COUNCIL, | ) | |
| and OHIO ENVIRONMENTAL COUNCIL, | ) | |
| Plaintiff-Intervenors, | ) | |
| | ) | |
| vs. | ) | 1:99-cv-1693-LJM-JMS |
| | ) | |
| PSI ENERGY, INC., and | ) | |
| THE CINCINNATI GAS & ELECTRIC | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |

## ORDER

This cause is before the Court on Defendants' Motion and Memorandum for Reconsideration

of Order on Cinergy's Revised Deposition Designations (Docket No. 1315), Motion for Entry of

Judgment on Certain Claims (Docket No. 1320), Motion to Permit Jim Stanley to Testify to the

Regulation of Costs By Public Utility Commissions (Docket No. 1322), and Motion to Offer

Evidence of Pollution Controls at the Units at Issue (Docket No. 1323).  The Court addresses each

motion in turn.

Defendants' Motion and Memorandum for Reconsideration is **GRANTED**.  The Court will

permit Defendants to present to the jury the limited information contained in the motion, including

the inspection report prepared by David Schulz.  Defendants are cautioned, however, that they will

not be permitted to use the limited information to argue or elicit testimony about fair notice issues,

characterize Mr. Schulz's testimony as an opinion or interpretation on the law, or rehash an estoppel-type argument regarding the EPA's policy or changes in policy on enforcement of the Clean Air Act.

Defendants' Motion for Entry of Judgment on Certain Claims is **DENIED** at this time. Defendants may renew their request if they desire after the case has been submitted to the jury for its consideration and the jury has rendered its verdict.

Defendants' Motion to Permit Jim Stanley to Testify to the Regulation of Costs By Public Utility Commissions is **DENIED**. The Court previously advised that evidence and testimony regarding ratemaking or suggestions about passing compliance costs on to the consumer would not be permitted. The parties are reminded that the liability phase is not about pollution control costs or policy decisions involving the costs and benefits of installing pollution controls; Congress already decided what balance to strike on those issues when it passed the Clean Air Act and its policies will not be argued in this matter.

Finally, Defendants' Motion to Offer Evidence of Pollution Controls at the Units at Issue is **DENIED**. The Court notes that Defendants' objection at this stage to Plaintiffs' repeated use of the word "pollution" is well-taken. The Court advises the parties that it will not permit, on objection, further use of the word pollution, nor will the Court tolerate argument about the evils of pollution. Defendants are correct that this is a trial concerning emissions, notably, after consideration of the RMRR exclusion, and whether a reasonable power plant operator should have anticipated an increase of 40 tons or more of emissions of sulfur dioxide or nitrogen oxides. It is the Court's purpose to ensure that the jury will not be confused as to its role in the resolution of this dispute.

The Court's proposed Final Jury Instructions sufficiently advise the jury that one of the questions it must consider is emissions increases in sulfur dioxide and nitrogen oxides.

     IT IS SO ORDERED this 16th day of May, 2008.


LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana


**Electronically distributed to:**

Scott R. Alexander
SOMMER BARNARD ATTORNEYS, PC
salexander@sommerbarnard.com

Kevin P. Auerbacher
STATE OF NEW JERSEY, DEPT. OF LAW & PUB. SAFETY
auerbkev@law.dol.lps.state.nj.us

Christopher D. Ball
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
christopher.ball@dol.lps.state.nj.us

Deborah Nicole Behles
U.S. DEPARTMENT OF JUSTICE
deborah.behles@usdoj.gov

Thomas Andrew Benson
U.S. DEPARTMENT OF JUSTICE
thomas.benson@usdoj.gov

Samuel B. Boxerman
SIDLEY AUSTIN LLP
sboxerman@sidley.com

Phillip Brooks
U.S. DEPARTMENT OF JUSTICE
phillip.brooks@usdoj.gov

Robert R. Clark
SOMMER BARNARD ATTORNEYS, PC
rclark@sommerbarnard.com

Larry Martin Corcoran
ENVIRONMENTAL & NATURAL RESOURCES DIVISION
larry.corcoran@usdoj.gov

Carol Lynn DeMarco
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
carol.demarco@dol.lps.state.nj.us

Michael E. DiRienzo
KAHN DEES DONOVAN & KAHN
miked@k2d2.com

Steven David Ellis
ENVIRONMENTAL & NATURAL RESOURCES
steven.ellis@usdoj.gov

Julie L. Ezell
DUKE ENERGY LEGAL DEPARTMENT
julie.ezell@duke-energy.com

Cynthia Marie Ferguson
ENVIRONMENTAL & NATURAL RESOURCES
cynthia.ferguson@usdoj.gov

Richard Mark Gladstein
U.S. DEPARTMENT OF JUSTICE
richard.gladstein@usdoj.gov

Thomas Charles Green
SIDLEY AUSTIN LLP
tcgreen@sidley.com

Maurice A. Griffin
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
maurice.griffin@dol.lps.state.nj.us

R. Keith Guthrie
kgmail@comcast.net

Sarah Dale Himmelhoch
U.S. DEPARTMENT OF JUSTICE
sarah.himmelhoch@usdoj.gov

Eugene J. Kelly Jr.
NEW YORK  STATE ATTORNEY GENERAL
eugene.kelly@oag.state.ny.us

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

James A. King
PORTER WRIGHT MORRIS & ARTHUR LLP
jking@porterwright.com

Joseph M. Kowalczyk
NEW YORK  STATE ATTORNEY GENERAL
joseph.kowalczyk@oag.state.ny.us

Christine F. Lewis
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
christine.lewis@dol.lps.state.nj.us

Jonathan F. Lewis
CLEAN AIR TASK FORCE
jlewis@catf.us

James A. Lofton
U.S. DEPARTMENT OF JUSTICE
jim.lofton@usdoj.gov

Debra McVicker Lynch
SOMMER BARNARD ATTORNEYS, PC
dlynch@sommerbarnard.com

Jon C. Martin
STATE OF NEW JERSEY, DEPT. OF LAW & PUB. SAFETY
martijon@law.dol.lps.state.nj.us

Kimberly P. Massicotte
OFFICE OF THE ATTORNEY GENERAL
kimberly.massicotte@po.state.ct.us

Carmel Alicia Motherway
CONNECTICUT ATTORNEY GENERAL
carmel.motherway@po.state.ct.us

Michael Joseph Myers
NEW YORK STATE DEPARTMENT OF LAW
michael.myers@oag.state.ny.us

John D. Papageorge
SOMMER BARNARD ATTORNEYS, PC
jpapageorge@sommerbarnard.com

Crissy Lyn Pellegrin
ENVIRONMENTAL PROTECTION AGENCY
pellegrin.crissy@epa.gov

Jean Patrice Reilly
STATE OF NEW JERSEY, DEPT. OF LAW & PUB. SAFETY
reilljea@law.dol.lps.state.nj.us

Danielle Brody Rosengarten
U.S. DEPARTMENT OF JUSTICE
danielle.rosengarten@usdoj.gov

Robert T. Rosenthal
NEW YORK ATTORNEY GENERAL'S OFFICE
robert.rosenthal@oag.state.ny.us

Jeffrey K. Sands
U.S. DEPARTMENT OF JUSTICE
jeffrey.sands@usdoj.gov

J. Jared Snyder
OFFICE OF THE ATTORNEY GENERAL
jared.snyder@oag.state.ny.us

Kathryn B. Thomson
SIDLEY AUSTIN LLP
kthomson@sidley.com

Katherine Lynn Vanderhook
U.S. DEPARTMENT OF JUSTICE
katherine.vanderhook@usdoj.gov

Gaylene Vasaturo
ENVIRONMENTAL PROTECTION AGENCY
vasaturo.gaylene@epa.gov

Frank R. Volpe
SIDLEY AUSTIN LLP
fvolpe@sidley.com