UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>STATE OF NEW YORK,<br>STATE OF NEW JERSEY,<br>STATE OF CONNECTICUT,<br>HOOSIER ENVIRONMENTAL COUNCIL,<br>and OHIO ENVIRONMENTAL COUNCIL,<br>    Plaintiff-Intervenors,<br><br>vs.<br><br>PSI ENERGY, INC. and<br>THE CINCINNATI GAS & ELECTRIC<br>COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   1:99-cv-1693-LJM-JMS<br>)<br>)<br>)<br>)<br>)<br>) |

## VERDICT FORM

We, the Jury in the above-entitled action, unanimously find in favor of:

**PROJECTS FOR WHICH DEFENDANTS ASSERT A
ROUTINE MAINTENANCE, REPAIR, AND REPLACEMENT DEFENSE**

\_\_\_\_ Plaintiffs     ✓ Defendants     on Project #4, the condensor retubing project at Beckjord unit 5 from January 1991 to February 1991;

\_\_\_\_ Plaintiffs     ✓ Defendants     on Project #5, the condensor retubing project at Beckjord unit 6 from September 1994 to November 1994;

✓ Plaintiffs     \_\_\_\_ Defendants     on Project #11, the front wall radiant superheater replacement project at Wabash River unit 2 from June 1989 to July 1989;

__✓__ Plaintiffs    ____ Defendants    on Project #12, the high temperature finishing superheater tubes and upper reheater tubing assemblies replacement project at Wabash River unit 2 from May 1992 to September 1992;

__✓__ Plaintiffs    ____ Defendants    on Project #13, the finishing, intermediate, and radiant superheater tubes and upper reheat tube bundles replacement project at Wabash River unit 3 from June 1989 to October 1989;

__✓__ Plaintiffs    ____ Defendants    on Project #15, the boiler pass and heat recovery actions replacement project at Wabash River unit 5 from February 1990 to May 1990;

## REMAINING PROJECTS

____ Plaintiffs    __✓__ Defendants    on Project #1, the life extension project at Beckjord unit 1 from November 1987 to February 1988;

____ Plaintiffs    __✓__ Defendants    on Project #2, the life extension project at Beckjord unit 2 from October 1987 to January 1988;

____ Plaintiffs    __✓__ Defendants    on Project #3, the life extension project at Beckjord unit 3 from October 1985 to January 1986;

____ Plaintiffs    __✓__ Defendants    on Project #6, the pulverizers replacement project at Gallagher unit 1 from April 1998 to July 1998;

____ Plaintiffs    __✓__ Defendants    on Project #7, the condensor retubing project at Gallagher unit 2 from August 1990 to December 1990;

____ Plaintiffs    __✓__ Defendants    on Project #8, the pulverizers replacement project at Gallagher unit 3 from February 1999 to April 1999;

____ Plaintiffs    __✓__ Defendants    on Project #9, the reheater tube section replacement project at Gibson unit 2 from February 2001 to May 2001; and

____ Plaintiffs     ✓ Defendants

on Project #10, the slope tubes and lower headers replacement project at Miami Fort unit 5, January 1995 to March 1995.

SEE COURT FILE

FOR ORIGINAL

_____May 22, 2008_____
Date