IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| STATE OF NEW YORK, STATE OF NEW JERSEY, STATE OF CONNECTICUT, HOOSIER ENVIRONMENTAL COUNCIL, and OHIO ENVIRONMENTAL COUNCIL, | ) ) ) ) ) |
| | ) Civil Action No. 1:99-cv-1693-LJM-JMS |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) |
| | ) |
| CINERGY CORP., PSI ENERGY, INC., and THE CINCINNATI GAS & ELECTRIC COMPANY, | ) ) ) |
| | ) |
| Defendants. | ) |

## **RENEWED MOTION FOR ENTRY OF JUDGMENT ON CERTAIN CLAIMS**

Pursuant to Rules 50 and/or 56 of the Federal Rules of Civil Procedure, PSI Energy, Inc. and The Cincinnati Gas & Electric Co. ("Cinergy") hereby renews its Motion requesting that the Court issue an Order entering a judgment as a matter of law in this action with respect to the Claims (or portions thereof) which Plaintiffs have elected not to pursue (or, in the case of Wabash River Unit 4, were precluded from pursuing based on this Court's rulings) at trial and which were not resolved by the jury verdict rendered on May 22, 2008.

Cinergy initially filed this Motion on May 15, 2008, at the conclusion of Plaintiffs' case-in-chief. (Docket No. 1320). Although Plaintiffs did not dispute the substantive matters addressed in the Motion, they nonetheless opposed the Motion based on their belief that the matters were more properly addressed in a request to conform the pleadings to the evidence

at the conclusion of trial.  For that reason, this Court denied Cinergy's Motion on May 16, 2008 (Docket No. 1327), but stated that "Defendants may renew their request if they desire after the case has been submitted to the jury for its consideration and the jury has returned its verdict."

Now that the jury has returned its verdict, Cinergy renews it Motion for Entry of Judgment on Certain Claims as described below.  Plaintiffs have advised that they do not oppose "some form of motion" but are currently consulting appellate counsel and are not in a position to either oppose or agree to this particular Motion.

1. Cinergy requests that the Court enter judgment in favor of Defendants with respect to the following Claims, only as they pertain to the following projects:

| Project | U.S. Third Amended Complaint | States' Second Amended Complaint | Citizens' First Amended Complaint |
|---|---|---|---|
| Cayuga Unit 1 replacement of reheater front pendant tubes in 1995 | First Claim (PSD) Second Claim (Indiana SIP) | Thirteenth Claim (PSD and NNSR) | First Claim (PSD) Second Claim (Indiana SIP) |
| Cayuga Unit 1 replacement of lower slope tubes in 1996 | First Claim (PSD) Second Claim (Indiana SIP) | Thirteenth Claim (PSD and NNSR) | First Claim (PSD) Second Claim (Indiana SIP) |
| Gallagher Unit 1 radiant superheater tube replacement in 1992 | Fifth Claim (PSD) Sixth Claim (NNSR) Seventh Claim (Indiana SIP) | Thirteenth Claim (PSD and NNSR) | Fifth Claim (PSD) Sixth Claim (NNSR) Seventh Claim (Indiana SIP) |
| Gallagher Unit 1 high temperature superheater tube section replacement in 1994 | Fifth Claim (PSD) Sixth Claim (NNSR) Seventh Claim (Indiana SIP) | Thirteenth Claim (PSD and NNSR) | Fifth Claim (PSD) Sixth Claim (NNSR) Seventh Claim (Indiana SIP) |
| Wabash River 4 replacement of finishing superheater | Ninth Claim (PSD) Tenth Claim (NSR) Eleventh Claim (Indiana SIP) | Thirteenth Claim (PSD/NSR) | Ninth Claim (PSD) Tenth Claim (NSR) Eleventh Claim (Indiana SIP) |
| Miami Fort 7 replacement of boiler upper waterwall tubes in 1990 | Twenty-First Claim (PSD) Twenty-Second Claim (NNSR) | Fourteenth Claim (PSD) Fifteenth Claim (NNSR) | Twenty-First Claim (PSD) Twenty-Second Claim (NNSR) |
| Miami Fort 7 replacement of primary superheater in 1990, 1992 and 1995 | Twenty-First Claim (PSD) Twenty-Second Claim (NNSR) | Fourteenth Claim (PSD) Fifteenth Claim (NNSR) | Twenty-First Claim (PSD) Twenty-Second Claim (NNSR) |

2. Cinergy further requests that the Court enter judgment in Defendants' favor with respect to the following Claims, only as they pertain to the project and pollutant listed below:

| Project | U.S. Third Amended Complaint | State's Second Amended Complaint | Citizen's First Amended Complaint | Pollutants for Which Plaintiffs Show No Increase |
|---|---|---|---|---|
| Miami Fort 5 – Replacement of boiler slope tubes and lower headers in 1995 | Twenty-First Claim (PSD) Twenty-Second Claim (NSR) | Fourteenth Claim (PSD) Fifteenth Claim (NSR) | Twenty-First Claim (PSD) Twenty-Second Claim (NSR) | NOx |

DATED:  May 30, 2008

    Respectfully submitted,

    PSI ENERGY, INC., AND THE CINCINNATI GAS & ELECTRIC COMPANY

    By:   /s/  Kathryn B. Thomson

    THOMAS C. GREEN
    MARK D. HOPSON
    SAMUEL B. BOXERMAN
    KATHRYN B. THOMSON
    FRANK R. VOLPE
    Sidley Austin LLP
    1501 K Street, NW
    Washington, DC 20005
    (202) 736-8131

    SCOTT R. ALEXANDER
    ROBERT R. CLARK
    DEBRA MCVICKER LYNCH
    JOHN D. PAPAGEORGE
    Taft Stettinius & Hollister LLP
    One Indiana Square, Suite 3500
    Indianapolis, IN  46204

    JAMES A. KING
    Porter Wright Morris & Arthur LLP

41 South High Street
Columbus, OH  43215

JULIE L. EZELL
Duke Energy Shared Services, Inc.
1000 East Main Street
Plainfield, IN 46168-1782

DEAN M. MOESSER
Duke Energy Corp.
5555 San Felipe Street
Houston, TX 77056

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2008, a copy of the foregoing was filed electronically with the Court.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

**FOR PLAINTIFF, UNITED STATES OF AMERICA:**

Jeffrey K. Sands
E-mail:  jeffrey.sands@usdoj.gov
Sarah Dale Himmelhoch
E-mail:  sarah.himmelhoch@usdoj.gov
Larry Martin Corcoran
E-mail:  larry.corcoran@usdoj.gov
James Lofton
E-mail:  jim.lofton@usdoj.gov
Katherine Vanderhook
E-mail:  katherine.vanderhook@usdoj.gov
Cynthia Ferguson
E-mail:  cynthia.ferguson@usdoj.gov
Deborah Behles
E-mail:  deborah.behles@usdoj.gov
Thomas Benson
E-mail:  thomas.benson@usdoj.gov
Danielle Rosengarten
E-mail:  danielle.rosengarten@usdoj.gov
Phillip Brooks
E-mail:  phillip.brooks@usdoj.gov
Environmental and Natural Resources Division
United States Department of Justice

Gaylene Vasaturo
E-mail:  vasaturo.gaylene@epa.gov
Charles V. Mikalian
E-mail:  mikalian.charles@epa.gov
Ignacio L. Arrazola
E-mail:  arrazola.ignacio@epa.gov
Thomas Williams
E-mail:  williams.tom@epa.gov
United States Environmental Protection Agency


Thomas E. Kieper
E-mail:  tom.kieper@usdoj.gov
United States Attorney's Office

**FOR PLAINTIFF-INTERVENOR, THE STATE OF NEW YORK:**

Robert T. Rosenthal
E-mail:  robert.rosenthal@oag.state.ny.us
J. Jared Snyder
E-mail:  jared.snyder@oag.state.ny.us
Joseph M. Kowalczyk
E-mail:  joseph.kowalczyk@oag.state.ny.us
New York State Attorney General


**FOR PLAINTIFF-INTERVENOR, THE STATE OF CONNECTICUT:**

Carmel Alicia Motherway
E-mail:  carmel.motherway@po.state.ct.us
R. Keith Guthrie

E-mail:  kgmail@comcast.net
Connecticut Attorney General

**FOR PLAINTIFF-INTERVENOR, THE STATE OF NEW JERSEY:**

Kevin P. Auerbacher
E-mail:  auerbkev@law.dol.lps.state.nj.us
Jean Patrice Reilly
E-mail:  reilljea@law.dol.lps.state.nj.us
Jon C. Martin
E-mail:  martijon@law.dol.lps.state.nj.us
State of New Jersey, Department of Law
 & Public Safety
New Jersey Office of the Attorney General

Christine A. Lewis
Email:  christine.lewis@dol.lps.state.nj.us
Christopher D. Ball
Email:  christopher.ball@dol.lps.state.nj.us
Maurice A. Griffin
E-mail:  maurice.griffin@dol.lps.state.nj.us
Carol DeMarco
E-mail:  carol.demarco@dol.lps.state.nj.us

**FOR THE DEFENDANTS:**

Julie L. Ezell
E-mail:  julie.ezell@duke-energy.com
Duke Energy Shared Services

Dean M. Moesser
E-mail:  dmoesser@duke_energy.com
Duke Energy Corp.

James A. King
E-mail:  jking@porterwright.com
Porter Wright Morris & Arthur, LLP

Scott R. Alexander
E-mail:  salexander@sommerbarnard.com
Robert R. Clark
E-mail:  rclark@sommerbarnard.com
Debra McVicker Lynch
E-mail:  dlynch@sommerbarnard.com
John D. Papageorge
E-mail:  jpapageorge@sommerbarnard.com
Sommer Barnard PC

Samuel B. Boxerman
E-mail:  sboxerman@sidley.com
Kathryn B. Thomson
E-mail:  kthomson@sidley.com
Thomas Charles Green
E-mail:  tcgreen@sidley.com
Frank R. Volpe
E-mail:  fvolpe@sidley.com
Mark D. Hopson
E-mail:  mhopson@sidley.com
Meghan C. Delaney
E-mail:  mcdelaney@sidley.com
Kosta Stojilkovic
E-mail:  kstojilkovic@sidley.com
Sidley Austin LLP

**FOR PLAINTIFFS-INTERVENORS, HOOSIER ENVIRONMENTAL COUNCIL AND OHIO ENVIRONMENTAL COUNCIL:**

Jonathan Lewis
jlewis@catf.us
Clean Air Task Force

2

                By:    /s/ Kathryn B. Thomson_____
                          Attorney
                      Sidley Austin LLP
                      1501 K Street, NW
                      Washington, DC 20005
                      kthomson@sidley.com