IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. IP99-1693 C-M/S |
| ) | |
| CINERGY CORP., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' RESPONSE TO CINERGY'S RENEWED MOTION FOR ENTRY OF JUDGMENT ON CERTAIN CLAIMS AND PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**

Citing Rules 50 and 56, Cinergy has apparently moved for judgement as a matter of law or, alternatively, for summary judgment on the claims (or portions thereof) that were not litigated during the liability phase of trial. As neither is appropriate at this time for reasons that will be articulated below, Plaintiffs move, pursuant to Rule 41(a)(2), for the voluntary dismissal of the claims listed in Cinergy's motion, with the exception of claims pertaining to the project at Wabash River Unit 4.

Though Cinergy asserts entitlement to judgement as a matter of law on the claims Plaintiffs did not pursue at trial, Rule 50 applies when, "a party has been fully heard on an issue during a jury trial..." The claims identified by Cinergy were not heard at trial. Additionally, Rule 56 requires showing that there are no genuine issues of material fact still in dispute. Cinergy has proposed no allegedly undisputed facts to accompany its renewed motion. For those reasons, Plaintiffs submit that neither Rule 50 nor Rule 56 is applies with regard to the unlitigated claims.

Plaintiffs suggest that, pursuant to Rule 41(a)(2), the voluntary dismissal of the claims listed in Cinergy's motion (with the exception of the claims pertaining to the project at Wabash River Unit 4) is a more appropriate way to resolve this matter. The Rule states, "... an action may be dismissed at the plaintiff's request only by court order, on the terms that the court considers proper." Fed. R. Civ. P. 41. Under Rule 41(a), the Court may dismiss the lion's share of the unlitigated claims cited in Cinergy's motion without prejudice, thereby releasing them from this case without entering judgment on those claims prior to the remedy trial.

Plaintiffs respectfully request that the Court refrain from entering judgment on the Wabash River Unit 4 claims at this time. Unlike the other claims at issue in the underlying motion, Plaintiffs offered evidence into the record supporting the merits of the Wabash River Unit 4 claims (though those claims were not ultimately pursued before the jury in light of the Court's pretrial ruling on the matter). While Plaintiffs reserve the right to appeal the Court's decision to exclude those claims upon entry of final judgment at the conclusion of these proceedings, we are concerned that action at this stage could trigger deadlines that might further splinter the proceedings by setting that appeal along its own course and potentially jeopardizing the possibility that the remedy phase of trial will commence December 8, as scheduled.

For purposes of clarity and judicial economy, Plaintiffs respectfully request that the Court deny Cinergy's renewed motion for Entry of Judgment on Certain Claims and dismiss all but the Wabash River Unit 4 claims, thereby allowing the remedy trial to proceed as scheduled and permitting all potential appellate deadlines to be triggered simultaneously at the conclusion of the proceedings. A proposed order is attached.

DATED: June 2, 2008

    Respectfully submitted,

    RONALD J. TENPAS
    Acting Assistant Attorney General
    Environment & Natural Resources Division

    By:  /s/ Danielle Rosengarten

    SARAH D. HIMMELHOCH
    PHILLIP BROOKS
    JAMES LOFTON
    DEBORAH BEHLES
    KATHERINE VANDERHOOK
    THOMAS BENSON
    DANIELLE ROSENGARTEN
    Environmental Enforcement Section
    Environment & Natural Resources Division
    U.S. Department of Justice
    P.O. Box 7611
    Washington, D.C. 20530
    (202) 305-8307
    danielle.rosengarten@usdoj.gov

    TIMOTHY MORRISON
    United States Attorney
    Southern District of Indiana

    THOMAS E. KIEPER
    Assistant United States Attorney
    Southern District of Indiana
    10 West Market Street, Suite 2100
    Indianapolis, IN  46204-3048

    ANDREW CUOMO
    ATTORNEY GENERAL
    OF THE STATE OF NEW YORK

    MICHAEL MYERS
    JOSEPH KOWALCZYK
    Assistant Attorneys General
    The Capitol
    Albany, NY 12224

(518) 402-2594

ANNE MILGRAM
ATTORNEY GENERAL
OF THE STATE OF NEW JERSEY

MAURICE GRIFFIN
Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-4503
(609) 984-2845

RICHARD BLUMENTHAL
ATTORNEY GENERAL
OF THE STATE OF CONNECTICUT
CARMEL MOTHERWAY
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06141-0120
(860) 808-5101

HOOSIER ENVIRONMENTAL COUNCIL
OHIO ENVIRONMENTAL COUNCIL

JONATHAN LEWIS
CLEAN AIR TASK FORCE
337 Squire Canyon Road
San Luis Obispo, CA 93401
(805) 269-0133