UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>          Plaintiff,                                         )<br>                                                                  )<br>STATE OF NEW YORK, STATE OF NEW   )<br>JERSEY, STATE OF CONNECTICUT,        )<br>HOOSIER ENVIRONMENTAL COUNCIL,  )<br>and OHIO ENVIRONMENTAL COUNCIL,  )<br>          Plaintiff-Intervenors,                       )<br>                                                                  )<br>          vs.                                                  )<br>                                                                  )<br>CINERGY CORP., PSI ENERGY, INC., and   )<br>THE CINCINNATI GAS & ELECTRIC         )<br>COMPANY,                                                 )<br>          Defendants.                                      ) | 1:99-cv-1693-LJM-JMS |

## ORDER

This cause is before the Court on Defendants' Renewed Motion for Entry of Judgment on Certain Claims (Docket No. 1342) and Plaintiffs' Response thereto and Motion for Voluntary Dismissal of those claims (Docket No. 1344).  Prior to the jury trial on liability in this matter, Plaintiffs informed the Court and Defendants that they would not present evidence on six of their remaining claims.  *See* Plaintiffs' Comments on Draft Issue Instructions at 5-6 (Docket No. 1274-2). In addition, in light of the Court's ruling regarding the "*WEPCo* Backstop" provision, Plaintiffs elected not to pursue their claim on the Wabash River Unit 4 replacement of finishing superheater project.  Defendants' original request for an Entry of Judgment on these claims was denied with leave to renew the request once the jury had reached its verdict.  *See* May 16, 2008, Order at 2 (Docket No. 1327).

In principle, the parties do not dispute the general notion that some action should be taken on these claims in order to clean up the record. Their debate centers on the appropriate mechanism for resolving these claims. Defendants rely on Rules 50 and 56 of the Federal Rules of Civil Procedure while, in contrast, Plaintiffs invoke Rule 41(A)(2) to voluntarily dismiss all of these claims except for the Wabash River Unit 4 claim. Defendants are critical of the use of Rule 41(A)(2) because they believe that it applies to dismissal of an entire case rather than individual claims. Defendants further contend that a request for dismissal without prejudice under Rule 41(A)(2) is unwarranted given the years spent in litigation over the claims at issue in the instant motion.

The Court agrees with Defendants that, after nearly a decade of litigation, a dismissal of the claims without prejudice would not be justified. Instead, the Court concludes that any dismissal should be with prejudice. The Court disagrees, however, that a judgment is appropriate at this juncture.

Under Rule 54(B), the Court "may direct the entry of final judgment as to one or more but fewer than all of the claims . . . only upon an express determination that there is no just reason for delay." This rule is designed to allow piecemeal appeal in the unusual case in which a delay would be unduly harsh. *See Bank of Lincolnwood v. Fed. Leasing, Inc.,* 622 F.2d 944, 949, n.7 (7th Cir. 1980). A party moving for judgment on less than all claims has the burden to show that it will suffer unjust harm from the normal delay pending resolution of all claims in the case. *See Wright v. Kosciusko Med. Clinic, Inc.*, 791 F. Supp. 1327, 1334 (N.D. Ind. 1992); *Architectural Floor Prods. Co. v. Don Brann & Assocs., Inc.,* 551 F. Supp. 802, 808 (N.D. Ill.1982). Defendants have not met such a burden in this case. Specifically, they have not shown that a judgment cannot wait until after the trial on the proper remedy to impose has concluded. The trial on the proper remedy is scheduled

to begin on December 8, 2008, and, although the issues will be tried to the Court, resolution of those issues should occur promptly thereafter. Defendants have presented no evidence that a six-month delay in entering judgment on the withdrawn claims will prejudice them in any way.

In light of the foregoing, the parties' respective motions are **DENIED**. The Court will enter judgment on the withdrawn claims at the same time that it issues judgment on all other claims in this cause.

IT IS SO ORDERED this 17th day of June, 2008.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Electronically distributed to:

Scott R. Alexander
TAFT STETTINIUS & HOLLISTER LLP
salexander@sommerbarnard.com

Kevin P. Auerbacher
STATE OF NEW JERSEY, DEPT. OF LAW & PUBLIC SAFETY
auerbkev@law.dol.lps.state.nj.us

Christopher D. Ball
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
christopher.ball@dol.lps.state.nj.us

Deborah Nicole Behles
U.S. DEPARTMENT OF JUSTICE
deborah.behles@usdoj.gov

Thomas Andrew Benson
U.S. DEPARTMENT OF JUSTICE - ENVIRONMENTAL ENFORCEMENT
thomas.benson@usdoj.gov

Samuel B. Boxerman
SIDLEY AUSTIN LLP
sboxerman@sidley.com

Phillip Brooks
U.S. DEPARTMENT OF JUSTICE
phillip.brooks@usdoj.gov

Robert R. Clark
TAFT STETTINIUS & HOLLISTER LLP
rclark@taftlaw.com

Larry Martin Corcoran
ENVIRONMENTAL AND NATURAL RESOURCES DIVISION
larry.corcoran@usdoj.gov

Carol Lynn DeMarco
NEW JERSEY ATTORNEY GENERAL'S OFFICE
carol.demarco@dol.lps.state.nj.us

Meghan Colleen Delaney
SIDLEY AUSTIN LLP
mberroya@sidley.com

Michael E. DiRienzo
KAHN DEES DONOVAN & KAHN
miked@k2d2.com

Steven David Ellis
ENVIRONMENTAL & NATURAL RESOURCES
steven.ellis@usdoj.gov

Julie L. Ezell
DUKE ENERGY LEGAL DEPARTMENT
julie.ezell@duke-energy.com

Cynthia Marie Ferguson
U.S. DEPARTMENT OF JUSTICE - ENVIRONMENT & NATURAL RESOURCES
cynthia.ferguson@usdoj.gov

Richard Mark Gladstein
U.S. DEPARTMENT OF JUSTICE
richard.gladstein@usdoj.gov

Thomas Charles Green
SIDLEY AUSTIN LLP
tcgreen@sidley.com

Maurice A. Griffin
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
maurice.griffin@dol.lps.state.nj.us

R. Keith Guthrie
ATTORNEY AT LAW
kgmail@comcast.net

Sarah Dale Himmelhoch
U.S. DEPARTMENT OF JUSTICE
sarah.himmelhoch@usdoj.gov

Eugene J. Kelly Jr.
NEW YORK STATE ATTORNEY GENERAL
eugene.kelly@oag.state.ny.us

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

James A. King
PORTER WRIGHT MORRIS & ARTHUR LLP
jking@porterwright.com

Joseph M. Kowalczyk
NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
joseph.kowalczyk@oag.state.ny.us

Christine F. Lewis
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
christopher.ball@dol.lps.state.nj.us

Jonathan F. Lewis
CLEAN AIR TASK FORCE
jlewis@catf.us

James A. Lofton
U.S. DEPARTMENT OF JUSTICE
jim.lofton@usdoj.gov

Debra McVicker Lynch
TAFT STETTINIUS & HOLLISTER LLP
dlynch@taftlaw.com

Jon C. Martin
STATE OF NEW JERSEY
martijon@law.dol.lps.state.nj.us

Kimberly P. Massicotte
OFFICE OF THE ATTORNEY GENERAL
kimberly.massicotte@po.state.ct.us

Carmel Alicia Motherway
CONNECTICUT ATTORNEY GENERAL
carmel.motherway@po.state.ct.us

Michael Joseph Myers
NEW YORK STATE DEPARTMENT OF LAW
michael.myers@oag.state.ny.us

John D. Papageorge
TAFT STETTINIUS & HOLLISTER LLP
jpapageorge@taftlaw.com

Crissy Lyn Pellegrin
ENVIRONMENTAL PROTECTION AGENCY
pellegrin.crissy@epa.gov

Jean Patrice Reilly
STATE OF NEW JERSEY
martijon@law.dol.lps.state.nj.us

Danielle Brody Rosengarten
U.S. DEPT OF JUSTICE
danielle.rosengarten@usdoj.gov

Robert T. Rosenthal
NEW YORK ATTORNEY GENERAL'S OFFICE
robert.rosenthal@oag.state.ny.us

Jeffrey K. Sands
UNITED STATES DEPT. OF JUSTICE
jeffrey.sands@usdoj.gov

J. Jared Snyder
OFFICE OF THE ATTORNEY GENERAL
jared.snyder@oag.state.ny.us

Kathryn B. Thomson
SIDLEY AUSTIN LLP
kthomson@sidley.com

Katherine Lynn Vanderhook
UNITED STATES DEPARTMENT OF JUSTICE
katherine.vanderhook@usdoj.gov

Gaylene Vasaturo
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
vasaturo.gaylene@epa.gov

Frank R. Volpe
SIDLEY AUSTIN LLP
fvolpe@sidley.com