1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF INDIANA
2                        INDIANAPOLIS DIVISION

3
     UNITED STATES OF AMERICA,       )
4            Plaintiff,              )
                                     )
5    STATE OF NEW YORK, STATE OF     )1:99-cv-1693-LJM-JMS
     NEW JERSEY, STATE OF CONNECTICUT,)
6    HOOSIER ENVIRONMENTAL COUNCIL   )
     and OHIO ENVIRONMENTAL          )
7    COUNCIL,                        )
             Plaintiff-Intervenors,  )Indianapolis, Indiana
8                                    )May 6, 2008
             -vs-                    )8:00 a.m.
9    CINERGY CORP., PSI ENERGY, INC., )Volume II
     and THE CINCINNATI GAS &        )
10   ELECTRIC COMPANY,               )
             Defendants.             )

11

12

13

14                          **BEFORE THE**
                    **HONORABLE LARRY J. McKINNEY**

15

16            OFFICIAL REPORTER'S TRANSCRIPT OF

17                    TRIAL PROCEEDINGS

18

19

20   Court Reporter:    Cathy Easley Jones, RPR, FCRR
                        Official Court Reporter
21                      46 East Ohio Street, Room 291
                        Indianapolis, IN  46204

22

23

24

25          PROCEEDINGS TAKEN BY MACHINE SHORTHAND
              COMPUTER-AIDED TRANSCRIPTION

Vol. II-24

1                          A P P E A R A N C E S

2

3   FOR THE PLAINTIFF:          Mr. Thomas Andrew Benson
                                Ms. Sarah Dale Himmelhoch
4                               Mr. Phillip Brooks
                                U.S. DEPARTMENT OF JUSTICE
5                               P.O. Box 7611
                                Ben Franklin Station
6                               Washington, DC  20044

7

8   FOR PLAINTIFF-             Mr. R. Keith Guthrie
    INTERVENORS:               ATTORNEY AT LAW
9                              13242 South 600 East
                               Elizabethtown, IN  47232
10

11  FOR THE DEFENDANTS:        Mr. Mark D. Hopson
                               Mr. Thomas Charles Green
12                             Ms. Kathryn B. Thomson
                               Ms. Meghan Delaney
13                             SIDLEY AUSTIN LLP
                               1501 K Street, NW
14                             Washington, DC  20005

15                             Mr. Robert R. Clark
                               SOMMER BARNARD
16                             One Indiana Square
                               Suite 3500
17                             Indianapolis, IN  46204

18

19

20

21

22

23

24

25

Vol. II–25

1                           **INDEX**

2                                           **PAGE**

3   OPENING STATEMENTS:

4   PLAINTIFF.................................. 27

5   DEFENDANT.................................. 54

6

7

8               **INDEX OF WITNESSES**

9   JOSEPH BRADLEY
    Direct Examination by Mr. Lofton ...............78
10  Cross-examination by Mr. Hopson ..............117
    Redirect examination by Mr. Lofton ...........142
11

12  ALAN MICHAEL HEKKING
    Direct Examination by Mr. Lofton .............144
13

14

15

16

17

18

19

20

21              **INDEX OF EXHIBITS**

22                                      PAGE
    Exhibit No.:
23
    1344 .......................................94
24

25

Vol. II-26

1          *(In open court)*

2          THE COURT:  Evidently we've got as many things up as

3    possible.  We don't have the one that runs for the audience

4    anyway.  You know what, I have no sympathy for the audience.

5    I think we're ready except for one thing.  I've got these

6    contested exhibits that I didn't look at yesterday, the two

7    accountant's handbooks and the Glossary of Electrical Terms.

8    We're just going to see how that works.  They may come in.

9    They may not.  Let's go.  Get the jury.

10          Are you ready for your openings?

11          MS. HIMMELHOCH:  Yes, Your Honor.

12          THE COURT:  And everything otherwise wired the way

13    you want it?

14          All right.

15          MR. LOFTON:  Judge, we didn't hear your second

16    question.

17          THE COURT:  What?  Oh, wired.  Is it all wired the

18    way you want it?

19          MS. HIMMELHOCH:  Yes, Your Honor.

20          THE COURT:  I didn't mean to say you were all wired.

21          MR. BROOKS:  That was yesterday.

22          MR. GREEN:  Your Honor, Mr. Stanley, who is a

23    representative of Cinergy and Duke Energy, is all ready.  He

24    is a representative, but he's also going to be a witness.

25          THE COURT:  That's all right.  You're entitled to

Vol. II-27

1  represent -- I think I already told you that was okay, or not.

2    *(Jury in.)*

3        You may be seated.

4        Good morning, ladies and gentlemen.  Anybody see or

5  read anything about this last night?  No.  I don't think we've

6  captured the imagination of the press on this case.  And so, I

7  think we're ready to proceed.  We'll hear the opening

8  statements of counsel.  We'll hear from the Plaintiff.

9                **PLAINTIFFS' OPENING STATEMENT**

10        MS. HIMMELHOCH:  Thank you, ladies and gentlemen.

11  Good morning, ladies and gentlemen.  I'm Sarah Himmelhoch.  I

12  represent the U.S. Department of Justice.

13        And I'm here representing the United States of

14  America.  With me at counsel's table are Phillip Brooks, James

15  Lofton, Thomas Benson, Danielle Rosengarten and Keith Guthrie.

16        In addition to the United States, the states of

17  Connecticut, New Jersey and New York are co-Plaintiffs in this

18  case.  As the Judge informed you yesterday -- if we could have

19  the first image, please -- one of the purposes of the PSD

20  program you will be hearing about during this trial is to

21  assure that emissions that a source from one state do not

22  interfere with a plan to prevent significant deterioration of

23  air quality in another state.  Finally, there are two citizens

24  groups who are participants in this lawsuit, Hoosier

25  Environmental Council and Ohio Environmental Council.

1          As you heard from Judge McKinney yesterday, the Clean

2   Air Act gives citizens the right to bring lawsuits to enforce

3   the provisions of the statute.

4          Before I get into the depth of my presentation, I

5   would like to thank you for your service.  You heard from

6   Judge McKinney that this is going to be a fairly long trial,

7   and we know that this is a significant commitment of your time

8   and your energy, and we will do our best to be efficient in

9   our presentation.

10          We will be asking a lot of you as Judge McKinney

11   explained to you yesterday, there are a lot of acronyms and a

12   lot of information we're going to be throwing at you.  We're

13   going to be asking you to step outside of your particular area

14   of expertise, and step into the world of electric generating.

15   But even though you're going to be hearing from experts about

16   boilers and accountants and perhaps statisticians, you don't

17   have to be boiler experts or accountants or statisticians to

18   understand the facts, to weigh them, and to conclude that

19   Cinergy did not follow the law when it undertook the 14

20   projects you will hear about.

21          In the end, the reason we are here and the questions

22   that we are going to ask you to answer are, in fact, pretty

23   straightforward.  The reason we are here is a simple one.  The

24   Plaintiffs are asking the Court to order Cinergy to install

25   pollution controls to significantly reduce the thousands of

1  pounds of pollution that come out of the stacks every single

2  year.

3       As Judge McKinney instructed you yesterday -- and if

4  we could have the next image, please, and these are in your

5  notebook if you prefer not to read on the screen -- the two

6  questions you have to answer are were certain of the projects

7  a physical change.  And he goes on -- he went on later to

8  explain that Cinergy has claimed that some of these projects

9  were routine maintenance repair or replacement.

10      And the second question we're going to ask you to

11  answer is should a reasonable power plant owner or operator

12  have expected the projects we will describe to you to result

13  in a significant increase in air pollution.

14      For all of the projects, you will hear evidence only

15  about what was known to Cinergy at the time the projects were

16  undertaken.  This is because as Judge McKinney instructed you

17  yesterday, the prediction must be based on what was known to

18  the company at the time the projects were undertaken; and

19  therefore, you will only hear about what Cinergy knew about

20  the time the project was undertaken.

21      For all of the projects, it is our burden to show you

22  that a reasonable power plant owner or operator should have

23  expected the projects to result in a significant net emissions

24  increase.

25      We will prove this for you out of Cinergy's own mouth

Vol. II-30

1  using their own documents and the testimony of their current

2  and former employees.  We will prove it to you with the

3  testimony of experts in the industry, and we will prove it by

4  giving you enough facts that you have the information

5  necessary to apply common sense and conclude that Cinergy, in

6  fact, violated the law by undertaking these projects without

7  installing pollution controls.

8         The proof will be that these power companies owned

9  and operated some very old and deteriorating power plants.

10  These plants were beginning to wear out.  Malfunctions were

11  causing the plants to go out of operation.  They were coming

12  down.  They weren't able to produce the electricity they were

13  required to produce.  As a result, the companies were losing

14  money.

15         The solution to this problem was to replace the big

16  components in the boiler that were causing the problems that

17  caused the power plants to go out of service.

18         Now, there is nothing wrong, and we're not asking you

19  to find that Cinergy somehow was improper in trying to fix up

20  its power plants in trying to meet its customers' demands.  Of

21  course, Cinergy can do that; but Cinergy like every other

22  company in the country must do it in compliance with the law,

23  and our evidence will show you that they didn't do it in

24  compliance with the law.

25         The law that we're talking about today is the New

Vol. II-31

1  Source Review provisions of the Clean Air Act.  If we could
2  call up the next image.

3        As Judge McKinney instructed you yesterday, or
4  actually these provisions were put in place in 1977, and as
5  Judge McKinney instructed you yesterday, the first purpose
6  that Congress gave for this program was to protect public
7  health and welfare from the actual -- any actual or potential
8  effects of air pollution.

9        In the end, the requirements of the New Source Review
10  program can be summed up in one simple way.  If you expect to
11  generate more pollution, you have to put on better controls.

12        When the program was established in the 1970s,
13  Congress required brand new sources of pollution to put on
14  pollution controls when the source was built.  The idea being
15  very simple that if you're building a brand new plant, you can
16  put on state-of-the-art controls when you're building it.  But
17  Congress gave the older plants a break.  These plants did not
18  have to go back and immediately install state-of-the-art
19  pollution control until they undertook a change that would
20  make those plants emit more pollution.

21        In other words, the law gave older plants a break,
22  but it wasn't a free pass.  The law said that once you make
23  this change that will result in a significant net emissions
24  increase, you must install state-of-the-art pollution controls
25  and you must obtain a permit.

1          The bottom line is that no matter how old the plant

2     was, if a project was intended or expected to result, or

3     should have been expected to result in an increase in

4     emissions, pollution controls were required.

5          You will hear that EPA has set a health-based level

6     of what is a significant net emissions increase.  You will

7     hear that EPA has set that level at 40 tons per year.  In

8     other words, EPA has found that 40 tons per year or more is a

9     significant net emissions increase.  And the pollution that

10    you will hear about during this trial is either 40 tons per

11    year of sulfur dioxide pollution or 40 tons per year of

12    nitrogen oxides pollution.

13         The evidence will show you that Cinergy undertook 14

14    separate projects at its older plants.  You will see that a

15    reasonable power plant operator or owner should have expected

16    these projects to result in an increase of at least 40 tons

17    per year of sulfur dioxide or nitrogen oxides pollutions.

18         Now that I've given you a brief overview of our

19    proof, I will try to provide you with some guideposts that you

20    can follow as we present our evidence to you.

21         First, I will describe where the plants are and how

22    they work.  Next, I will give you a sense of the projects that

23    you will hear about.  And then I will walk you through our

24    witnesses we will present and some of the evidence you're

25    likely to hear in this trial.

Vol. II-33

1              If we could have the next image, please.

2              You'll see here on the screen a map, and in the

3    center of that map, you'll see that white mark that is

4    delineating Indianapolis.  This map came off of Cinergy's

5    website.  We are involved with only five of the plants on this

6    map.  The first one is the Wabash River station, and I'll give

7    you a moment to find that on the map.  That is located on the

8    Wabash River in Vigo County, Indiana near west Terre Haute.

9    This plant was built mostly in the 1950s.

10             The next plant we're going to talk about is the

11   Gibson plant, and that's just a little bit further down on the

12   map.  The Gibson plant is also located on the Wabash River,

13   but this time in Gibson County near Mount Carmel, Illinois.

14   Unit 2, the unit you'll be hearing about, was built in 1975.

15             The Gallagher plant, which if you just sort of start

16   moving counterclockwise around the map you will see.  The

17   Gallagher plant is located on the Ohio River in Floyd County

18   in New Albany, Indiana.  It was built mostly in the late 1950s

19   and early 1960s.  If you keep going around the circle, you'll

20   see the Beckjord plant, which is located in Clermont County in

21   New Richmond, Ohio.  It was built between 1952 and 1969.

22             If you keep going around the circle, stay in Ohio,

23   you will see Miami Fort located in North Bend in Hamilton

24   County, Ohio, and that was built between 1949 and 1975.

25             You can see that these plants circle the city of

Vol. II-34

1 Indianapolis, and each of them by this day today have been

2 operating for a very long time.

3          So I don't know if any of you have ever been to a

4 power plant, but I assume like most of the public, you may not

5 have ever been in one, and you may not know all the details of

6 a power plant.  So what is a power plant?

7          If we could have the next image, please.

8          This is a photograph taken from the air of the Wabash

9 River station.  It's the first plant I referenced in my

10 discussion of where the plants were located.

11          And at a plant like this, that is a coal-fired

12 boiler, and all that means is that the energy that is used

13 comes from coal.  A coal-fired boiler basically makes

14 electricity by separating the energy from the coal from

15 everything else which winds up being the pollution that either

16 comes out the bottom as ash or goes out the stack as

17 particulate matter, sulfur dioxide and nitrogen oxides.

18          So how is that process of separating the energy from

19 everything else done?

20          If you could call up the next image, please.

21          Each of the power plants that you will hear about has

22 more than one what is called "unit."  Now, a unit is simply a

23 part of the plant that can alone produce electricity.  It

24 consists of a boiler and the equipment that serves the boiler.

25          Each of those units will have a different size that's

Vol. II-35

1   calibrated depending on how much electricity they generate.

2          If we could have the next image, please.

3          This is the inside of one of those boilers, or at

4   least a representation of it, and this is Unit 5 at Wabash

5   River.  Now, a coal-fired boiler like this one looks very

6   complicated.  In essence, what it is is a collection of tubes

7   surrounding a fire; and those tubes are carrying water, and as

8   the fire heats the water, it turns into steam.

9          The steam goes out to the turbine.  The turbine

10  spins.  It charges the generator, and the electricity flows

11  out to the lines to our homes so when we switch on the lights,

12  there's electricity there.  The fire that heats this water to

13  steam is created by beating the coal, pulverizing the coal

14  until it's very fine like talcum powder, like baby powder, and

15  blowing that coal in where it's lit on fire to create the heat

16  to turn the water into steam.

17         Because all of the water -- all of the electricity

18  depends on heat from the coal, you will see that to generate

19  more electricity after these projects, the plants would have

20  to burn more coal.  And you will hear that if you burn more

21  coal, you emit more sulfur dioxide and nitrogen oxides unless

22  you install pollution controls or take other measures.

23         So I've now given you sort of an orientation of the

24  boiler, and I assure you there will be a lot more information

25  for you about how all this works.  But I've given you a basic

Vol. II-36

1  concept of how a plant works.  So let me explain to you what

2  the projects are because you've just heard about these

3  mysterious projects now.

4        These projects, the evidence will show, were very

5  large projects.  They were components that weighed thousands

6  of pounds that involved hundreds of miles -- hundreds of feet

7  of tubing, sometimes miles.  One of the components replaced in

8  one of these projects involved 43 miles of tubes.  And if you

9  think about that, that's enough to drive pretty much from

10  Dayton to Cincinnati, or if you're from Indianapolis, pretty

11  much to drive you from Muncie to Indianapolis, a little bit

12  less, but that's the sort of scale we're talking about.

13        Now, Mr. Green is going to show you in his opening

14  statement some boiler tubes, and each one individually may

15  seem a little bit small, but he's going to only show you a

16  small portion of it.  These go on for miles, as I said, and

17  they're in bundles, and they're but into the boiler and each

18  of these components serve a different function.

19        There's a component of the boiler that is the first

20  place where the water gets heated to steam, and then there's

21  another part of the boiler where it gets heated even higher,

22  and then there's another part of the boiler where it's cooled

23  down.  So there's all these different parts of these tubes

24  that perform different functions.  Even those parts are quite

25  significantly big.

Vol. II-37

1          You will hear that these projects involved the

2    complete replacement of large sections of the boiler.  You

3    will hear that these projects were extremely expensive.  The

4    small ones were over a million dollars.  The big ones,

5    19 million, 18 million, 16 million, I don't know, on that

6    order.

7          You will hear that the very reason Cinergy performed

8    these projects was to make the plants more available to

9    generate electricity.  What they were hoping to do with these

10   projects was take out the parts that were causing the unit to

11   shut down and replace them with new parts, and sometimes even

12   better components; and therefore, in the future not have those

13   same outages that they were having before they did the

14   project.  That was the point, so that when they needed that

15   plant to run and generate electricity, it could.  It was

16   available to generate that electricity.

17         The evidence will show that was why Cinergy undertook

18   these projects.  As I said before, there's nothing wrong with

19   undertaking projects to make your plants more reliable and

20   generate more electricity; but there is something wrong if you

21   do that without following the requirements of the law.

22         These projects were intended to increase the

23   generation of electricity.  The evidence will show you that a

24   reasonable power plant owner or operator would have looked at

25   the number of hours of additional generation that would have

Vol. II-38

1  come as a result of these projects and concluded that they

2  could be expected to result in an increase of 40 tons per year

3  or more.

4        Now, why were these components failing?  Think about

5  what I've described.  I've described a bunch of tubes that are

6  surrounding a fire.  A fire seems like a pretty tame idea, but

7  think about the fact that these tubes are subjected to

8  thousands of degrees of heat, and they're subjected to all

9  kinds of things blowing around in the boiler, the coal dust

10  and water in the boiler causing corrosion on the tubes, and

11  eventually, they simply start to get thinner.

12        As they get thinner, they spring leaks.  When one of

13  these tubes springs leaks, particularly in certain parts of

14  the boiler, the boiler has to come down because the amount of

15  steam coming out does two things.

16        It means that you're not producing anywhere near the

17  same amount of electricity for the amount of coal you're

18  burning because a lot of the energy is going out the leak in

19  the tube and not going to the turbine to create electricity.

20        And the other problem is the steam is coming out at

21  such a high temperature and such a high speed that it can do

22  damage to other parts of the boiler.  So you have to bring the

23  unit down, fix the problem, and bring it back up.  That can be

24  several days before you can get that unit back up and

25  operated.

Vol. II-39

1          As I said, when the plant is shut down and it can't

2     operate, it's said to be unavailable.  Electric generating

3     companies live or die by the availability of their units.  If

4     a unit is not operational, it obviously can't generate power.

5     Power is the product of these companies.  It's not a product

6     you can put in a box and put in the store in the grocery shop

7     and have somebody pick it up a couple days later or a couple

8     months later.  This is a product that has to be delivered at

9     the time the demand is made.

10          So power companies are very careful in tracking, in

11     analyzing, in projecting what's happening to the availability

12     of their power units so that they can meet the demand.

13          I'll describe for you, now that you've heard why they

14     did these projects, just one of these projects.  You're going

15     to hear about 14 of them, but I'm only going to describe one

16     this morning so that you'll have a general sense of the

17     projects and why we contend these projects violated the New

18     Source Review requirements.

19          Now, bear in mind I'm describing for you one of the

20     smaller projects.  There are some projects that were much

21     bigger than this; and there may be a couple projects that seem

22     a little bit smaller to you, but this isn't the biggest of the

23     projects that you'll hear about.

24          At Wabash River, the plant that you've been hearing

25     about, Cinergy undertook what's called a life extension study.

1  You will hear that life extension was a strategy that the

2  utility industry developed about the same time that the New

3  Source Review requirements began coming into effect.

4       You will hear that life extension represented a

5  change in the industry's philosophy about aging plants and

6  what to do about them.  You will hear that industry had

7  accepted for a very long time that a coal-fired boiler would

8  start out with a couple of kinks.  When it was first built,

9  they would start it up and there would be a couple things that

10  weren't installed quite right.  But basically after that first

11  shake-down period, these coal-fired boilers would run very

12  reliably for 20 or 30 years, and then all the effects of all

13  that operation would begin to show on the plants; and as the

14  plant aged, the tubes would begin to wear out and instead of

15  being able to count on these units, they started seeing them

16  go down for outages for three, four days.  Then they'd fix it.

17  They'd start it up and in a couple months it would go down

18  again for another three or four days.

19       Up until the 1970s when a plant reached that point,

20  which was usually 20, 25, 30 years, the intention was to

21  retire the plant and build a new one.  In reaction to the

22  requirements to put pollution controls on new plants and other

23  factors going on at the time, utility companies began looking

24  at their old plants and saying we've got these existing units

25  and if we just put some money into them, maybe we can keep

Vol. II-41

1  them going for another 20 or 30 years rather than having to

2  build a new plant and figure out where to put it and go

3  through the permitting process and all of that.

4        Wabash River is one of the plants where Cinergy

5  looked at the plant and said this is one we might be able to

6  get some more service out of.  Rather than retire it as they

7  were thinking in the '90s, maybe we can fix it up so that it

8  can run into the 2000s.  That was what you will hear Cinergy

9  was thinking.

10        So Cinergy hired contractors who went into the boiler

11  and looked at nearly every inch of this boiler.  This was not

12  a walk-through to check out by eye.  This was a testing and

13  analyzing and examining every part of the boiler that Cinergy

14  thought was causing these problems of three- or four-day

15  outages, and every problem, every component that they thought

16  might be old enough that it could start causing these kinds of

17  problems in the near future.

18        You will hear that after reviewing this study that

19  their contractors prepared, Cinergy sat down and started

20  picking out projects to do to keep the Wabash River Unit 2

21  running longer.

22        You will see that Cinergy decided to do these

23  projects one at a time and they prioritized them.  You will

24  hear that they prioritized them by the extent of problems that

25  they were creating for the boilers.

1          At Unit 2 in 1992, Cinergy undertook one of the

2    projects that was recommended in the life extension study.

3    And this project involved replacing 162 tube assemblies.  I'm

4    sure you don't have a sense of what a tube assembly is, but I

5    can tell you one tube assembly weighs over a thousand pounds,

6    and they replaced 162 of them.

7          This project cost $1.7 million.  It didn't happen

8    overnight.  There was months of planning leading up to the

9    project.  The outage took eight weeks.  The time period in

10   which the unit was down that this repair happened was eight

11   weeks.  Other things went on during that eight weeks, but this

12   was a lengthy outage that they took to do this project.

13         Cinergy itself, when it justified this project, when

14   the engineer sent this project up for approval to corporate

15   management, the engineer said that this project would make the

16   unit more available.  And Cinergy's managers signed off on the

17   work order and authorized the work order.  And that work order

18   again said we're going to make Wabash River more available.

19         Now, because Wabash River was one of the relatively

20   inexpensive units to run, when it was available, it tended to

21   operate.  So if they made Wabash River more available, they

22   would run it more.  They should have expected to run it more.

23         And as I've said, and you're probably sick of hearing

24   me say, if you run a unit more, you burn more coal, and if you

25   burn more coal, you spew more pollution unless you install

Vol. II-43

1  pollution controls or take other measures.

2         So how am I going to show all of this to you, or I

3  and my team going to show all of this to you?

4         If you could call up the next image, please.

5         Much of what you will hear in the course of the trial

6  comes from Cinergy's own documents.  The reason that these

7  projects were done is spelled out in Cinergy's documents.  I

8  described for you the work order authorization.  That's the

9  request by the engineer to management for approval that this

10 project be done.

11        There were studies undertaken by Cinergy's own

12 employees and by Cinergy's contractors.  Cinergy's accounting

13 records will shed light on why these projects were done, and

14 Cinergy's data that it keeps on how available its units are

15 and why they are out of service at particular times will also

16 help you understand why they did these projects and why they

17 should have expected an emissions increase.

18        What these documents will consistently show you is

19 that Cinergy expected and should have expected these projects

20 to result in the generation of more electricity.

21        But we won't just stop with Cinergy's documents.  You

22 will hear from a number of witnesses.

23        The first witness you will hear from is Mr. Joe

24 Bradley.  Mr. Bradley is a former employee of a company called

25 Sterling Boiler and Mechanical.  Sterling Boiler and

1  Mechanical is one of those companies that's in the business of

2  coming into various plants and doing these big projects.

3       You will hear that Mr. Bradley worked at the Wabash

4  River plant for Sterling Boiler on a number of projects,

5  including two of the projects at issue in this case.  Although

6  he will not tell you much about those projects because it's

7  been some time since he participated, he can tell you about

8  the Wabash River boiler and what it looks like and what it's

9  like to be in that boiler and what some of the large

10 components looked like.

11      Mr. Bradley will tell you that it's very hard and

12 even dangerous work, and Mr. Bradley can tell you what it's

13 like to be on one of these jobs.  And he can tell you how

14 often this type of major boiler work is done at any particular

15 boiler, and he'll tell you that it's not very often on a

16 boiler that is properly maintained.

17      After Mr. Bradley, you will hear from a gentleman

18 named Alan Michael Hekking.  Alan Michael Hekking is a

19 mechanical engineer who began his career at the lower rungs of

20 the engineering staff in the Tennessee Valley Authority, which

21 is an electric generating company, and Mr. Hekking worked for

22 them for over 20 years.  By the end of his career, he was a

23 plant manager at one of TVA's coal-fired boilers.

24      He will tell you that he has had over 20 years of

25 experience in plant operation and maintenance.  This former

1  plant manager will tell us what he knows for sure, and that is

2  that replacing a major component, like the components replaced

3  in these projects, can improve the availability of the unit

4  and allow it to operate more hours every year.  He'll tell you

5  that that's the logical reason that these projects are done.

6        Mr. Hekking will be followed by a gentleman named

7  Mr. Hugh Larkin.  Mr. Larkin is an accountant who has spent

8  decades working with the accounting system that is used by

9  utilities to report the way they spend their money and their

10  income.

11        Mr. Larkin will tell you that accounting is

12  essentially the discipline of converting and reporting how

13  money is spent and earned to shareholders and regulators.

14  That's the point of accounting.  Mr. Larkin will testify that

15  Cinergy treated each of these projects as a capital project.

16  And he will tell you that to be a capital project under the

17  rules that these utilities operate under, Cinergy had to

18  consider the project as adding value to the unit.  If Cinergy

19  simply thought that these projects were maintaining the status

20  quo, they would not be properly reported as capital projects.

21        In other words, Mr. Larkin will tell you that the

22  accounting records of these Defendants told the regulators and

23  shareholders that these projects would improve the value of

24  the units.

25        You will hear about maintenance activities from both

Vol. II-46

1  our experts and some deposition testimony.  I don't know if

2  any of you have ever been in a deposition, but all a

3  deposition is is lawyers and a witness sitting in a room with

4  a court reporter testifying under oath; and we will read you

5  some of that testimony that occurred; and between that

6  testimony and the testimony of our experts, you will hear that

7  there are two distinctly different types of maintenance and

8  repair.

9       The first type is a daily, annual or monthly kind of

10 repair that is done by plant employees, that's done with funds

11 out of the operation and maintenance budget, that's not

12 reported to shareholders and regulators as improving the value

13 of the unit, that doesn't require high-level company approval,

14 that usually comes from the supervisor of the maintenance

15 floor who says go out and make sure this bearing is changed or

16 this tube -- you know, this particular small segment of tube

17 is replaced.

18      You'll hear that generally each of these projects

19 doesn't take very long, and you'll hear that these projects

20 are generally done by individuals using parts from the

21 storeroom or at least parts that you can get quickly from your

22 supplier.

23      You will hear in contrast that the large capital

24 projects we're telling you about were performed by contractors

25 hired by Cinergy that involved studies before the projects

Vol. II-47

1  were undertaken to scope out exactly how much was going to be

2  removed, what materials to use to analyze, all the different

3  aspects of the project before they were undertaken.

4       They were paid for out of the capital budget, and the

5  capital budget was approved by the board of directors.  They

6  will tell you that because they were capitalized, they were

7  reported to the shareholders and the regulators as improving

8  the value of the unit.

9       They will tell you that these projects individually

10 often required extremely high levels of approval.  Some of the

11 projects only went to one level in the corporate office, but

12 many of these projects went all the way up to the president of

13 the company.

14       You will hear that these projects didn't take a day

15 or two or three days to do.  These were projects that took

16 weeks to implement.

17       After you hear about the nature of the projects and

18 their scope, you will hear from Mr. Koppe.  Mr. Bob Koppe is

19 an engineer who helped develop the availability tracking

20 system for utility companies.  The availability tracking

21 system that Mr. Koppe helped develop is the one that is used

22 by 90 percent of the electric generating units in this

23 country.  And he knows for certain, after 34 years of looking

24 at this question of what projects will do to the availability

25 of a unit, he knows for certain that replacing major

Vol. II-48

1  components can improve availability.

2          In fact, for 30 years, he has done calculations of

3  exactly how much availability you will get from these kinds of

4  projects; and most of the time when he was making those

5  projections, he was working for the utility companies.

6          You will hear that Mr. Koppe developed his method for

7  quantifying how much availability Cinergy should have expected

8  by doing these projects.  In the late 1970s, early 1980s, you

9  will hear that he used the same method that he began using in

10  the '70s and '80s in this case.

11          Mr. Koppe will tell you that the method he followed

12  follows a simple principle:  if a power company has a

13  component that is causing lots of problems and is 30 years

14  old, and you take that component out and you put in a brand

15  new component or even sometimes an improved component, you're

16  going to have better performance of that unit; and you won't

17  have those four-day outages that you were having as a result

18  of this component.

19          He will tell you that utilities have accepted this

20  idea for a long time, and he will tell you that the industry

21  has been proven right time and time again in these

22  expectations.

23          After you hear from Mr. Koppe, you'll finally hear

24  how all this improved availability and generation relates to

25  the question you have to answer, which is did it result in

Vol. II–49

1  significant net pollution increases.

2        Dr. Rosen is a utility analyst with 30 years of

3  experience in reviewing and evaluating utility operations.  He

4  is certain that many utilities would place these components

5  for the purpose of increasing availability and generation.

6        He is certain that given the history of these units,

7  a reasonable power plant operator would expect an increase in

8  generation, and that that amount of increased generation from

9  each of these projects is more than enough to cause a

10  significant increase in pollution from each of the units that

11  is at issue in this case.

12        Dr. Rosen will explain to you how using

13  widely-accepted standard utility principles, he was able to

14  convert hours of availability into tons of pollution emitted.

15        In addition, Dr. Rosen will tell you that he reviewed

16  Cinergy's documents, and will testify that these documents

17  demonstrate that Cinergy not only should have expected these

18  projects to result in increased generation, they intended

19  these projects to increase the levels of operation over what

20  they had been before the project was undertaken.

21        In essence, Dr. Rosen concludes that each of the

22  projects at issue resulted in at least -- or should have been

23  expected to result in at least 40 tons of additional pollution

24  of either sulfur dioxide or nitrogen oxide each year.

25        Cinergy doesn't dispute that it undertook these

1  projects.  It is also undisputed that Cinergy never did -- sat

2  down and did a mathematical calculation of what the impact of

3  these projects would be on emissions.  We expect, however,

4  that Cinergy will respond to our evidence with many excuses;

5  and the first excuse that they will offer to you is that some

6  of these projects were what they call routine maintenance,

7  repair and replacement.  But Judge McKinney instructed you

8  yesterday -- and if we could have that image, please, and

9  again, you can use your notebook if you prefer -- Judge

10 McKinney instructed you yesterday that this exception that

11 they're citing to applies to a narrow range of activities, and

12 that Cinergy is required to show you that this narrow

13 exception for routine maintenance, routine repair or routine

14 replacement was actually routine based on its extent, how big

15 was the project, its purpose.

16        I've told you we're going to show you that the

17 purpose of these projects was not to maintain the status quo,

18 but to improve generation from these units; how often this

19 project was done at this unit.  We will show you each of these

20 projects was only done once in the 30-plus years of the use of

21 these units.

22        The cost of the project, how costly were they?  And

23 I've told you that these projects range from about a million

24 dollars to 16-, $18 million, although -- I'm sorry.  I must

25 correct myself.  Cinergy is not contending the $18 million

Vol. II-51

1   project was routine maintenance, repair and replacement.

2          Finally, you need to look at how frequently this is

3   done at other units in the industry.  You will hear, as I've

4   described to you, these projects were huge.  They were

5   expensive.  They occurred only once or twice in the lifetime

6   of any particular unit; and they were designed to improve the

7   availability of the unit.  They were approved at high levels

8   of the company.  They were in a budget that was -- that had to

9   be approved by the board of directors.

10          You will see in short that these projects were

11  anything but the routine maintenance of going out and patching

12  a single tube or going out and changing the oil in a

13  particular pump.  These were not routine projects.

14          Cinergy may also try to convince you that the very

15  same power company that can manage an incredibly complex

16  system that makes sure that every time one of us switches on

17  the light, we can have light, that that company couldn't

18  figure out whether or not these projects would result in

19  increased emissions.

20          They will tell you that it's too complicated to

21  identify any particular emissions increase from any particular

22  unit.

23          Cinergy will, in essence, ask you to believe that

24  they spent millions of dollars on projects without expecting

25  additional hours of generation from the units.  The evidence

Vol. II-52

1  will not support this argument.

2       You will hear that Cinergy, like all power companies,

3  was deeply concerned about making sure their units were more

4  available, and that it had numerous tools and methods and

5  people involved in tracking availability at the plant level,

6  at the system level, and that they had many ways of analyzing

7  the effect of these projects on unit availability.

8       You will also see that what Cinergy says today about

9  not expecting an increase in emissions is not what their

10 engineers were saying about the projects when they submitted

11 them for approval to the company management.  They are,

12 therefore, not what the company management signed off on.

13      In fact, you will see that statements the engineers

14 made to their managers about what these projects would do

15 before Cinergy was sued indicated an expected increase in

16 generation from these units.

17      Finally, Cinergy may make all sorts of claims about

18 the Government's motives in bringing this lawsuit and may even

19 attack the Government or our experts as having invented

20 methodologies just to bring this case.

21      In the end, that judgment will be up to you.  You

22 will have to listen to the testimony and make your own

23 decision.  We simply ask that you focus on the two questions

24 that His Honor presented to you yesterday; and in the end, we

25 will ask you to listen to the evidence and hear that Cinergy

Vol. II-53

1  said that these projects would improve the units by making

2  them more available; and if a unit is more available, it will

3  run more, and if it runs more, it will generate more

4  electricity; and if it runs more, it has to burn more coal.

5  And if you burn more coal and you don't take any measures, you

6  will increase the pollution from the unit.

7        For all of these reasons, at the conclusion of the

8  evidence, we will ask you to find Cinergy liable for having

9  violated the law by undertaking these projects without

10  installing pollution control so that Judge McKinney can decide

11  what is appropriate to do about those violations.

12        We will ask you to find that it is time for Cinergy

13  to do what every owner or operator of a new power plant since

14  1977 has been required to do, and that everyone else who has

15  modified a plant since 1977 has been required by the law to

16  do:  Install pollution controls so that we can meet Congress'

17  goal of protecting the air we breathe.  Thank you.

18        THE COURT:  Thank you, Ms. Himmelhoch.

19        We will hear from the defense, Mr. Green.

20        MR. GREEN:  Your Honor, I just want to discuss with

21  you one item about my opening so I can clear it with you.

22        THE COURT:  All right.

23        MR. GREEN:  May we approach?

24        THE COURT:  Sure.

25    *(A bench conference was held on the record.)*

Vol. II-54

1          MR. GREEN:  Your Honor, you undoubtedly heard that

2     Miss Himmelhoch went to some length to make reference to our

3     documents, our project evaluation documents and so forth, that

4     she believes are probative of what we knew about these

5     projects or should have expected.

6          One of the things we have to do as a public utility

7     is that we need to create a document, which in this case is a

8     project evaluation document.  And then before we can even do

9     that, we have to seek approval from the Public Utility

10     Commission in order that they pass on the projected costs.

11          So there's a point in my opening where I say to the

12     jurors and to the Court that part of the reason for putting

13     these documents together is so that we get approval from the

14     Public Utility Commission, and they pass on the

15     appropriateness of the costs and that is entered into the rate

16     base.

17          THE COURT:  At this point for your opening, let's

18     just leave it that you have to get the approval.  Let's leave

19     the costs out of it.

20          MR. GREEN:  All right.  I'll do that.

21          THE COURT:  Thank you.

22                    *(In open court)*

23               **DEFENDANTS' OPENING STATEMENT**

24          MR. GREEN:  May it please the Court, counsel for the

25     Plaintiffs, and ladies and gentlemen of the jury.  My name is

Vol. II-55

1  Tom Green, and I represent the Defendant Cinergy.

2          Now, during the jury selection, you saw some of us

3  and the Judge identified us, but as counsel for the Plaintiffs

4  did, I think it's probably appropriate that I reintroduce you

5  to some of the ladies and gentlemen who will be helping me in

6  this case.

7          The first individual here, if I can get out of the

8  way, is Mr. Stanley, Jim Stanley, a former vice president of

9  Cinergy and now the president of Duke Energy-Indiana; my

10 partner, Mark Hopson, will be helping me; Katie Thomson, also

11 one of my partners will be assisting in this case; Meghan

12 Delaney is working the computer; Frank Volpe is in the back.

13 Frank, why don't you stand for a second?  Sam Boxerman is also

14 out there, and Kosta Stojilkovic is also at the table and Ann

15 Gedicks is helping with the manipulation of the computers and

16 so forth.

17         As Ms. Himmelhoch did, I want to thank you for taking

18 the time out of your lives.  Whatever your verdict may be in

19 this case, we know full well that this is an imposition, and

20 it's a critical, a critical service that you perform in

21 connection with the administration of justice and we

22 appreciate it very, very much.

23         Now, one thing may or may not be clear, and that is

24 that because we are the Defendants, the Plaintiffs will have

25 the first shot at calling witnesses and introducing evidence

 1  in this case.

 2          While I and my colleagues will have an opportunity to

 3  cross-examine those witnesses, it's going to be some time

 4  before we begin to present the witnesses on behalf of Cinergy.

 5  So what I'm asking you to do is just be patient, and as the

 6  Judge said yesterday, please try to keep an open mind until

 7  you've heard everything, and then it will be for you to reach

 8  your decision.

 9          Let me talk just a minute about Cinergy.  Cinergy is

10  the name that was given to the company that was formed as a

11  merger in the fall of 1994.  Public Service of Indiana and

12  Cincinnati Gas & Electric in Ohio came together to form

13  Cinergy.

14          Then there was actually another merger in 2005 when

15  Cinergy merged with Duke Energy, and the company now operates

16  under the name of Duke Energy; but we're going to call Cinergy

17  "Cinergy" in this case because all of the projects that the

18  Plaintiffs are interested in occurred in connection with this

19  energy system.

20          Now, we're an electrical utility.  We generate

21  electricity, and we generate electricity in a number of ways.

22  We do have units that burn coal to make electricity.  We have

23  units that burn natural gas to make electricity.  We have

24  units that burn oil.  And we've actually got three

25  hydroelectric plants on the Ohio River that make electricity;

Vol. II-57

1  but this case is only about our units that burn coal to make

2  steam as the Government has explained.

3        Now, I want to show you if I can -- I want to bring

4  up the system in Indiana.  If I can have that slide, please,

5  and our Indiana plants will come up.

6        There are six stations in Indiana at Noblesville,

7  Cayuga, Wabash River, Edwardsport Station, Gibson and

8  Gallagher.  What I'd like to show you, and we'll bring up

9  another slide here, is the coal-fired units that are at each

10 of these stations.

11       There's 21 coal-fired units in all of Indiana on the

12 Cinergy system, and you can see the number of units at each of

13 the power stations there.  Let me just review with you quickly

14 what the Cinergy system looks like in Ohio.  This is all as of

15 1999 as you can see on the top of the slide there.  And I'm

16 using 1999 because that is the year that the Plaintiffs filed

17 their complaint in this case.

18       In Ohio, we have three stations, coal-burning

19 generating stations.  Now let's bring up, if you would,

20 Meghan, the units at each station.  We have 11 stations or 11

21 units rather in Ohio for a total of 32 coal-burning units on

22 the system.

23       All these units and the power stations are connected

24 on a grid.  Can we bring the grid up, please.

25       The grid will fill in here in a second.  You can see

1  the interconnection between all of the power stations and the

2  Cinergy system in Indiana and Ohio.  Then I want you to see

3  that this grid is connected further to a regional grid.  And,

4  in fact, it's a little hard to see but I think you get the

5  idea.  The regional grid is connected into other grids in

6  other regions of the country.

7        We are essentially all connected together.  All the

8  utilities are connected together; and that's done to provide

9  continuity of electrical service and reliable service

10  throughout our system and literally throughout the country in

11  case there's any need to divert electricity to other regions

12  of the country to sustain service.

13        Thank you.  You can take that down now (indicating).

14        I want to talk a little bit about permits in this

15  case.  All these power plants that you saw indicated on the

16  initial slides have operating permits granted by the states of

17  Ohio and Indiana.  And these permits which we have set limits

18  on allowable emissions, and the allowable emissions are equal

19  to the maximum amount of emissions.

20        The maximum amount of emissions that could come from

21  each unit if it were run in theory at a maximum power at 24

22  hours a day, seven days a week every day of the year.

23        Now, I'll tell you that our units have never run

24  simultaneously at maximum power like that, but they are

25  permitted for that amount of emissions.  I think it's

Vol. II-59

1  important to point out that this case does not involve our

2  state permits, the ones I just identified, or any allegations

3  about any violations of state permits.

4        Now, as you know from listening to Ms. Himmelhoch,

5  this case is about New Source Review permits.  They're issued

6  by the United States EPA according to the New Source Review

7  regulations.  And the key issue in this case, ladies and

8  gentlemen, is whether or not we had to obtain a New Source

9  Review permit before we started each of the repair and

10 replacement projects that are a part of this case.

11       Now, lest you think, or perhaps you got the idea that

12 we don't have any New Source Review permits, let me assure you

13 that the evidence will show that we do.  Every time over the

14 last 30 years or so when we constructed a new generating

15 plant, which would obviously be a new source of emissions, we

16 applied for and received a New Source Review permit.  But it

17 is correct that we did not apply for a permit for these now 14

18 projects which consist of 12 tube repair projects and two

19 projects involving the replacement of pulverizers at our

20 Gallagher station in Indiana.

21       So I'd like to outline for you the evidence which

22 will explain why these 14 projects went forward and were

23 completed without NSR permits.

24       This case spans a period of time from 1985 to 2001.

25 And during that period, the evidence will show that Cinergy

Vol. II-60

1  completed about a thousand substantial repair and replacement

2  projects every year on all of our coal-fired units.

3       Many of these projects are what Ms. Himmelhoch

4  described as capital projects; and that means that we had to

5  capitalize the costs, which means that we have to spread the

6  costs out over a number of years if it's capitalized.  We

7  can't deduct the expense of that project in a single year.

8       Now, there's a federal agency in the United States

9  Government called the Federal Regulatory -- Federal Energy

10  Regulatory Commission, FERC, F-E-R-C, which issues rules about

11  whether or not a project has to be carried on our books as a

12  capital project.

13       Ladies and gentlemen, it's our contention that these

14  accounting rules issued by that other agency, FERC, really

15  have nothing to do with the issues in this case.  They're not

16  determinative of the issues in this case; and I'll demonstrate

17  that to you during the course of the evidence.

18       So over that 16- or 17-year period that we're talking

19  about in this case -- that's 1985 to roughly 2001 -- we

20  undertook and completed, depending on how you count them,

21  about 16,000 or 17,000 substantial repair and replacement

22  projects.  It sounds like a lot of projects.  It is a lot of

23  projects.

24       But of those 17,000 projects, only about 14 are at

25  issue in this case.  And here they are in chronological order.

Vol. II-61

1  I'm going to bring up a slide.

2          Now actually, if you counted all of the projects

3  here, you'd have 15.  And that's because, listening to the

4  Government's opening, it's apparent to me they have dropped

5  one of the projects, and I believe it's Wabash River 4.

6          Is that correct?

7          MS. HIMMELHOCH:  That's correct, sir.

8          MR. GREEN:  So Wabash River 4 -- I just heard that

9  this morning during Ms. Himmelhoch's opening, so I didn't have

10 time to rework this chart, if you will, but we will.  I'll do

11 it tonight.

12         So Wabash River 4 is off this chart, but those are

13 the projects; now 14.

14         Now, one thing, if you see the earliest one dates

15 from 1985 to 1986; that's a project at Beckjord 3.  If we go

16 to the end, Gibson 2 was in 2001, and the red line indicates

17 in chronological placement there the date when this lawsuit

18 was filed in 1999.  So one of the things that's apparent, just

19 from looking at this graph or chart, is that many of these

20 projects were over and done with, completed by a fair amount

21 of years before the Government in this case suddenly decided

22 that in 1999 Cinergy should have gotten an NSR permit.

23         One of the things I'm going to prove to you in this

24 case is that until the Government got around to issuing

25 notices of violation in 1999, no one at Cinergy had ever heard

Vol. II-62

1  a peep from the EPA or anyone else in the federal government

2  about an NSR permit.

3        And that's so even though the NSR regulations have

4  been around for a pretty long time.  I'll be showing you that

5  the regulations have their origins in the 1970s and the first

6  NSR, New Source Review regulations were issued in 1980.

7        Now, again, the part of the NSR regulations that

8  concern all of us, and which the Court addressed in its

9  preliminary instruction, is this requirement that Cinergy had

10  to make a prediction about whether a component replacement

11  project at a coal-fired boiler would result in an increase in

12  emissions.

13        We have to make a prediction, and it's a prediction

14  that we had to make before we started the project.  This is an

15  unusual process, this process of prediction, because there's

16  not a lot of laws or regulations in the country that requires

17  someone to make a prediction, but that's what's involved here.

18        Keep in mind, ladies and gentlemen, that the law does

19  not require that any prediction made by Cinergy be correct

20  because it's only a prediction.  What is required is that the

21  prediction be reasonable.  That's going to be the ultimate

22  issue that you're going to have to decide.

23        And whether or not emissions actually increased

24  following any replacement project doesn't count for purposes

25  of this case because this case focuses and turns on the

1  reasonableness of our prediction at the time that we made it.

2  So I would like to take a few minutes and discuss the evidence

3  which will demonstrate why we do these component replacement

4  projects, why we make other repairs to our coal-fired units.

5  In that regard, let me suggest that you really need to know

6  only a few important facts about these units; and this is what

7  the evidence will show.  Here is fact No. 1.

8          The evidence will show that a coal-fired boiler is a

9  very, very tough environment.  I want to talk about the size

10 of a boiler for a minute; and Your Honor, forgive me for using

11 your beautiful courtroom as a measure of reference; but if you

12 visualize an area about 1 1/2 times the size of this

13 courtroom, you will have the perimeter of the boiler -- just

14 the boiler now -- you will have the perimeter of the boiler as

15 one of our smaller units.

16         If you visualize a structure two times larger than

17 this courtroom, you will have the perimeter of one of our

18 larger boilers.

19         Then I want you to visualize going straight up for 10

20 stories -- 10 stories.  That would be the size of one of the

21 smaller boilers.  And going up 20 stories, straight up, 20

22 stories in a cavern that's twice the size of this courtroom,

23 and that would be the interior of one of the larger boilers.

24         Then I will show you, in the course of the evidence

25 that we will present, that virtually the surface of every

Vol. II-64

1   square inch of every wall is covered with tubes.  And what

2   goes on inside this cavern, inside this structure is literally

3   a towering inferno with flame filling the entire space from

4   the ground to the top.  And that fire, that fire ball heats

5   the water that flows through literally hundreds of miles of

6   tubing until it turns it into steam; and then that steam is

7   released under high pressure.  Steam moves the turbine.  The

8   turbine spins the generator and the generator makes

9   electricity.

10         Inside that boiler, the fire temperature is around

11  2,700 degrees; and the water temperature, upwards of

12  1,000 degrees; and the pressure in pounds per square inch is

13  north of 3,600 pounds per square inch.  So the stress on the

14  tubes and the tube components in the boiler is enormous.

15         Here is the second fact that I will demonstrate with

16  the evidence, and I think it's the second fact you have to --

17  the fundamental fact you have to know about these boilers.

18         The evidence will show that over time, ladies and

19  gentlemen, in a very random and very, very unpredictable way,

20  these tubes begin to leak in various locations in the boiler,

21  and then they split.  And then they fail to the point where

22  they have to be cut out and replaced.  And they have to be cut

23  out and replaced either individually or in bunches of tubes.

24  A component inside a boiler, these -- the project description

25  basically talks about components.

Vol. II-65

1          A superheater is a component.  An upper economizer is

2   a component.  A condenser is a component.  A component is just

3   a collection of tubes.  It's still individual tubes that are

4   just collected together into a component; and when the tubes

5   split and when the tubes fail, that boiler has to be shut

6   down.

7          It has to be cooled down because maintenance

8   personnel can't enter into that environment until that

9   happens.  And when it's shut off and when it's cooled down, we

10  have an outage.  The boiler is out of service.

11         Let me show you -- I just want to show you, this

12  comes out of Beckjord 1.  This is what happens under that high

13  pressure inside a boiler.  The tubes fail, tubes split and

14  ultimately they have to come out.  This comes out of an

15  economizer, and here's another tube out of Beckjord that comes

16  out of an upper outer wall area, a little different size tube,

17  a little different kind of tube.  You see the hole.  You see

18  the rupture.  You see the split.

19         That's what we're doing.  That's what we're cutting

20  out and repairing in these projects.

21         Now, let me move to the third fact.

22         The evidence will show, ladies and gentlemen, that

23  even after we cut out tubes like that and put new tubes in,

24  whether it's individually or in a component, in the days or

25  weeks or the months that follow, there's going to be other

1  tube failures.  It's just constant.

2        As I said, it's random and it's unpredictable and

3  sometimes we have to repair individual tubes.  Sometimes we've

4  got to pull out a component, and we have to replace it with a

5  new component and the same with pulverizers.

6        We have to repair parts and portions of pulverizers

7  as well.  So there's a constant rate of failure of these tubes

8  and components inside these coal-fired boilers.

9        I think the next point, the fourth point is that

10  much, if not most, of the maintenance we do on coal-burning

11  units in the Cinergy system -- and I think I can say the same

12  thing for other utilities -- is devoted to repairing boiler

13  tubes just like the tubes I showed you.

14        If you look at this chart, now 12 of these

15  projects -- was 13 -- 12 of these projects are tube

16  replacement projects.  It doesn't matter really how they're

17  described here, but -- and some of them explicitly refer to

18  tubes, but they're tube replacement projects; the large, large

19  majority.  There are two pulverizer projects as well.

20        So what you're going to learn from the evidence is

21  that Cinergy, like every other utility, we're engaged in

22  constant maintenance to keep these units up and available to

23  make electricity.

24        If we ignored those problems, if we let them

25  deteriorate, the availability of that unit would begin to fall

Vol. II-67

1  off and fall off to a point where we just couldn't use it to

2  generate electricity.

3          So let me get back to focusing on the prediction that

4  we had to make about whether any of these projects would cause

5  an increase in emissions from the generating unit.

6          During the years covered by this case, the people

7  that were making the prediction for Cinergy were its

8  engineers, not hired experts; and they were our engineers

9  because they were the people most familiar with the company's

10 generation units and the repair projects that were about to

11 take place.

12          What you're going to be asked to do in the final

13 analysis, ladies and gentlemen, what you're going to be asked

14 to do is determine whether a reasonable Cinergy engineer back

15 in 1985 when Beckjord 3 was contemplated, the project there,

16 and in '86 and in '87, and in each of those years before that

17 project started, you're going to be asked to determine whether

18 or not a reasonable Cinergy engineer, based on the information

19 available to him or to her at the time, should have predicted

20 that each of the projects that they were about to do would

21 cause an increase in emissions from the unit of nitrogen

22 oxides -- and you'll hear nitrogen oxides referred to as NOX.

23 That's an abbreviation we use for nitrogen oxides, and also

24 emissions from sulfur dioxide.  We call that SOX, S-O-X.

25          The prediction had to be whether there was going to

Vol. II-68

1  be an increase in emissions greater than 40 tons per year.

2  Now the Government says yeah, we should have predicted that.

3  The Government has the burden of proof to convince you of

4  that.

5      Cinergy believes that the evidence will show that we

6  reasonably and correctly predicted that these projects would

7  not cause an increase in emissions.  I'm going to prove to you

8  that our prediction was both logical and consistent with

9  common sense.

10      One of the things I'm going to ask you to look for in

11  this case, as you listen to the Government's evidence, is

12  whether the Government introduces any evidence whatsoever to

13  prove to you that a tube replacement project, taking out one

14  tube and putting in another tube, or for that matter any

15  repair project, doing a tube replacement project can cause a

16  unit to emit more emissions.

17      I want you to see if they present evidence to

18  convince you that doing a tube replacement can cause a unit to

19  increase its emissions.

20      So let me use the rest of my opening statement to

21  outline for you what the evidence will show about how our

22  engineers made the prediction.  And here is what they did

23  based on years and years of hands-on experience with these

24  boilers; and I'm going to tell you what they understood and

25  thought about when they made the prediction.

1          The evidence is going to show that our engineers --

2    and you're going to meet them.  They're going to take the

3    witness stand.  They're going to testify right here in this

4    courtroom.  They knew and they understood and they thought

5    about the fact that a new tube -- if I had a new tube here I'd

6    show you one, but it's just one without a hole in it there --

7    a new tube doesn't emit anything.  A tube doesn't emit

8    anything at all.

9          Even if you replace a component full of tubes, the

10   component doesn't by itself emit anything because the evidence

11   is going to show that the only thing that emits anything is

12   the entire boiler.  After it's been fired up, after it's

13   making power, that's what emits emissions, not a tube

14   replacement job.

15         The evidence will show that Cinergy's engineers

16   really knew and understood and thought about the fact that all

17   these repair projects, virtually all of them, every one of

18   them except for the two pulverizer projects but the analysis

19   is the same -- that they were just tube repair projects.

20         And they also knew and understood and thought about

21   the fact that they were replacing failed tubes, split tubes,

22   ruptured tubes with new tubes.  Old parts for new parts, like

23   parts for like parts.  And the evidence will show that they

24   knew and understood and thought about the fact that none of

25   these tube replacement projects or the pulverizer projects for

1  that matter were going to cause these units to function any

2  differently from the way they functioned, you know, before.

3          This is going to be the same unit.  They're going to

4  function in exactly the same way.  And they also knew and

5  understood and thought about the fact that none of these tube

6  repairs or the pulverizer replacements would ever change the

7  maximum capacity of the boiler to generate electricity.

8          Finally, ladies and gentlemen, I'm going to show you

9  that our engineers knew and understood and thought about the

10  fact that replacing one tube or even a component of a lot of

11  tubes will not and cannot increase the availability of the

12  entire generating unit by itself because in the days, in the

13  weeks, in the months following, there are going to be other

14  failures, other tube failures, other maintenance problems; and

15  when that happens, the boiler has to be brought down again for

16  another outage and repaired.

17          Life in a coal-fired public utility is a life of

18  constant maintenance and constant repair, and availability

19  stays virtually constant over time.

20          Now, how do they know these things?  Well, the

21  evidence will show that they knew it because they had years

22  and years of hands-on historical experience with these units.

23  They lived with these units in stark contrast to the

24  Government's experts.  The evidence will show that as a result

25  of all that experience, they understood that looking at how

Vol. II-71

1 these units operated over prior years was the best predicter

2 of how they were going to operate in the future.

3         I'm also going to present evidence, ladies and

4 gentlemen, that Cinergy's engineers knew that the replacement

5 of a tube or a component in a generating unit will not by

6 itself cause that unit to be run more, or for that matter to

7 be run the same as it was before the repair or for that matter

8 to be run less in the future.

9         What I'll prove to you is that the replacement of a

10 component, a tube repair project, has no bearing and can have

11 no bearing on how the unit is run at all.

12         And the reason for that is because the decision

13 whether to even turn on a unit, whether to run it at all and

14 how hard to run it is made by other people.  That decision is

15 made by dispatchers who have a separate unique system for how

16 they select and control the output of these generating units

17 to match customer demand at any time in any day.  And you'll

18 hear evidence about how demand fluctuates up and down

19 throughout the day.

20         So these units are always in flux as to their output

21 and the mix of units that are used to meet demand.  All of

22 that is administered by the dispatchers.

23         So all this evidence will demonstrate that performing

24 a tube replacement or even replacing a component of tubes at

25 one of our units can't impact how the unit is used; and

Vol. II-72

1  therefore, it doesn't impact the emissions.  There's simply no

2  cause and effect.  That's going to be one of the principal

3  contentions here from Cinergy.  There's no cause and effect

4  between a component replacement in a generating unit and the

5  emissions that come from that unit in the immediate years

6  after the repair, even in the immediate weeks or immediate

7  days.

8       So that sums up basically the evidence that you're

9  going to hear about how we made our prediction.  And the

10  Government is correct.  I heard Ms. Himmelhoch say we didn't

11  use any mathematical calculation or computation.  We didn't.

12       We didn't create any documents or reams of documents

13  describing our analysis.  But the evidence is going to show

14  that there was no legal requirement to do this, no requirement

15  to use a mathematical calculation, no requirement to keep

16  documentation.

17       If the regulations or the Environmental Protection

18  Agency or anyone else had ever said that the prediction

19  process had to be in writing or that we had to use some

20  mathematical calculation instead of our common sense, we would

21  have done it.  It's that simple.

22       Now, I want to switch horses for a minute and talk

23  about what Cinergy's evidence will show about the way the

24  Government made its prediction.  I don't think there's any

25  doubt now having listen to the Government's opening that

Vol. II-73

1  they're going to rely heavily on the testimony of experts, and

2  in particular these two gentlemen, Mr. Koppe and Mr. Rosen.

3        So the first thing I'm going to prove to you is that

4  neither of these expert witnesses has ever been engaged in the

5  business of repairing or operating or dispatching coal-fired

6  generating units.

7        The second thing I'm going to prove to you is that

8  their methodology and the mathematical formulas that they use

9  for predicting increases in emissions were literally dreamed

10 up in brainstorming sessions with the Plaintiffs' lawyers

11 right around the time -- they were dreamed up in these

12 brainstorming sessions right about the time this complaint was

13 filed in 1999, years and years after these repair and

14 replacement projects had been completed.

15       The third thing I'm going to prove to you is that the

16 Government's experts and their lawyers spent months trying out

17 as many as nine or ten different formulas before finding the

18 one that they liked.

19       And the fourth thing I'm going to prove to you is

20 that none of these formulas had ever been tested, they never

21 have been tested, and that the Government's methodology is

22 based on assumptions that don't track the real-life experience

23 of Cinergy's engineers.

24       The fifth thing I'm going to prove to you about their

25 methodology -- and it will come as no surprise to you -- is

Vol. II-74

1  that the methodology that they finally landed on always

2  results in the finding of an emissions increase.

3          But you'll learn that when it looked like this

4  methodology they were trying to scope out might produce a

5  wrong answer in as many as three or four of these projects,

6  they just changed the formula so that they could get the

7  answer they needed.

8          And the sixth thing I'm going to prove to you is that

9  before these brainstorming sessions in 1999, no one in the EPA

10  or in the entire utility industry in the United States ever

11  used these kinds of formulas to make emissions predictions for

12  New Source Review permits.

13          I'm going to prove to you that the EPA waited 14

14  years after Cinergy started and completed that first project,

15  Beckjord 3, 14 years before it ever said a thing about a

16  possible New Source Review permit violation.

17          Now, I heard Ms. Himmelhoch tell you that the

18  Government's experts aren't doing anything different from what

19  we did -- Cinergy's people did when we evaluated possible

20  repair and replacement projects, and she referred to a number

21  of our documents that apparently she intends to analyze with

22  you in the course of this case.

23          Those documents, some of them are called our project

24  evaluation documents.  Well, here's what the evidence is going

25  to show about those kinds of documents and, in particular, our

Vol. II-75

1  project evaluation documents.

2          As you can see, we've got a lot of coal-fired units

3  in the system all requiring constant maintenance because of

4  these random and unpredictable tube failures.  The evidence is

5  going to show that every time an engineer thinks that some

6  part or component needs to be repaired or replaced, they have

7  to write up a justification which makes sense, and the reason

8  for that is because we have limited maintenance dollars to

9  spend in any given year.

10          We can't complete all of the projects that get

11  recommended up the line.  So Cinergy, like every other

12  utility, we've got to find a way to prioritize from amongst

13  all these projects, to rank them.  We literally list them out.

14          Can I bring up a copy of the list?  Maybe that can --

15  will that morph into -- that's not very clear but -- maybe

16  it's coming up a little bit more here.  I'm not very

17  technological, I'm sorry.  Can the yellow be -- but you'll see

18  that up close.

19          The point is that you've got -- here's a typical list

20  from 1999.  You've got 187 projects there that engineers have

21  recommended and, you know, what we have to do to figure out

22  which one we're going to do first and which one we're going to

23  do second and which one we're going to do third is that we

24  have to do a cost benefit analysis.

25          Some projects get done, and some get deferred.  So

1  we're not using this kind of analysis, this ranking analysis

2  to make emissions predictions.

3          You can take that down now.  Thank you.

4          You know, we understand that the project evaluation

5  documents have to look at each proposed repair in isolation

6  and look at the benefits and detriments associated with each

7  individual repair.  In that process, we do make some

8  assumptions, but we make those assumptions only to rank those

9  projects so we can decide which ones to do first.  And if we

10 do -- you know, if we use the same assumptions throughout our

11 analysis, then we get a fair comparison among the projects.

12         But again, these documents, and any of the documents

13 that the Government might show you in this regard, don't

14 determine, if you think about it, don't determine and can't

15 determine how the unit is going to be run weeks or months

16 later after the replacement project is completed.

17         These project evaluation documents, it seems like

18 you're going to see in this case, the project evaluation

19 documents, they're not sent to the dispatchers who make the

20 decisions whether to run a unit on any given day and how hard

21 to run it.

22         In fact, the dispatchers, the ladies and gentlemen

23 who are actually manipulating these units minute by unit

24 throughout the day don't even know whether parts or components

25 were replaced in a boiler.  It's not information they need to

1  know when they dispatch the units.

2       Now, the evidence will also show that part of the

3  reason we create these project evaluation documents and do

4  this ranking is because we're a public utility, which means

5  that our business is regulated by the public utility

6  commissions in both Indiana and in Ohio.  And we need approval

7  for these projects from those commissions.

8       Now, before winding down here, I want to talk for

9  just a couple of minutes about this concept of RMRR, routine

10  maintenance, repair and replacement.  As you know, and as the

11  Court has explained to you, that if a project qualifies as

12  routine maintenance repair or replacement, a utility like

13  Cinergy does not have to apply for an NSR permit, and Cinergy

14  would not have to make a prediction whether the project would

15  cause a significant increase in emissions.

16       In this case, we believe that 7 of the now 14

17  projects that are left in this case qualify as routine

18  maintenance, repair and replacement.  But I want you to keep

19  in mind that even in regard to these 7 projects for which

20  there will be abundant testimony and evidence in this case, we

21  still predicted -- we did still predict that these projects

22  would not cause any significant increase in emissions, and for

23  that reason, we didn't need an NSR permit as well.

24       So our contention is that they were routine

25  maintenance, repair and replacement, but we also made a

Vol. II-78

1  prediction that in any event, they wouldn't cause an increase

2  in emissions.

3          Now, Judge McKinney gave you the factors that you

4  need to consider when evaluating whether or not a project is

5  RMRR.  Here are the factors he listed.  I've just taken them

6  out of his construction:  nature of the project, extent of

7  work, purpose, how frequently the project is performed at the

8  facility, how frequently the type of project is performed

9  within the industry at other facilities and the cost of the

10 project.

11         Now, I'm not going to take your time to outline the

12 evidence which marries each of those factors to the seven

13 projects during my opening statement; but you'll hear from

14 Cinergy's witnesses how they reached their conclusion that the

15 seven projects which will be identified shortly once the

16 evidence gets underway were indeed routine maintenance, repair

17 and replacement.

18         So that, ladies and gentlemen, essentially brings me

19 to the end of my opening statement and a summary of Cinergy's

20 defense and what we expect to prove.  After you have heard all

21 the evidence in the case, I am hopeful that you will agree

22 with me that no Cinergy engineer should have reasonably

23 predicted that these 14 projects would cause a significant

24 emissions increase, and I'm confident that we can prove to you

25 that our assessment that 7 of these projects qualify as RMRR

1  was absolutely correct; and for all of those reasons, when we

2  come back to make our final argument to you after all the

3  evidence is in, I'm going to ask you to return a verdict in

4  favor of Cinergy on each and every one of these projects.

5  Thank you.

6          THE COURT:  Thank you, Mr. Green.

7          Ms. Himmelhoch, you can call your first witness.

8          MS. HIMMELHOCH:  Mr. Lofton will be calling our first

9  witness, Your Honor.

10         MR. LOFTON:  Call Mr. Joseph Bradley.

11         We have an exhibit notebook, Your Honor, for the

12  witness.

13         THE COURT:  Thanks.

14         MS. HIMMELHOCH:  Your Honor, may I approach?

15         THE COURT:  Sure.

16         Thank you.

17         Right there is fine, sir.  If you would raise your

18  right hand, please.

19         **JOSEPH BRADLEY, PLAINTIFFS' WITNESS, SWORN**

20                    <u>**DIRECT EXAMINATION**</u>

21         THE COURT:  You may be seated.  There's a microphone

22  there on your right.  If you would attach the smaller end

23  toward the top of your tie, please.  There's a switch there on

24  the top of the other -- between the antenna and the wire.

25  That's good.  Thank you very much.

JOSEPH BRADLEY – DIRECT/LOFTON     Vol. II–80

1          You may inquire, sir.

2          MR. LOFTON:  Thank you, Your Honor.

3   BY MR. LOFTON:

4   Q   Good morning, ladies and gentlemen.  My name is Jim

5   Lofton.  I'm one of the attorneys for the Plaintiffs.  I work

6   for the U.S. Department of Justice.

7          Mr. Bradley, could you introduce yourself to the jury?

8   A   My name is Joe Bradley.

9   Q   Where do you live, sir?

10  A   I live in Cumming, Georgia.  The address is 4255 Morning

11  Mist Lane, Cumming, Georgia.

12  Q   Are you employed?

13  A   Yes, sir, I am.

14  Q   What company do you work for?

15  A   I work for Summit Construction.

16  Q   What does Summit Construction do?

17  A   They are a major construction firm out of Alpharetta,

18  Georgia.  We build boiler component parts and we install them.

19  Q   Where are you currently working, what location?

20  A   Cartersville, Georgia, at the Bowen Generating Station.

21  Q   Is that a power plant?

22  A   Yes, sir, it is.  There's four units in.

23  Q   What specific kind of work are you doing?

24  A   We are installing SCR units, emission control units on

25  four boilers.  Units 3 and 4 are just about done.  1 and 2 are

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-81

1  in process.

2  Q    Where are you originally from, Mr. Bradley?

3  A    Evansville, Indiana.

4  Q    So you're a Hoosier?

5  A    Yes, sir, and proud of it.

6  Q    Why did you move to Georgia?

7  A    Chasing daughters and grandbabies.

8  Q    How long have you lived there?

9  A    About five years this July.

10  Q    Now, where were you born?

11  A    I was born in Evansville December 18th, 1945.

12  Q    Where did you go to high school?

13  A    Bosse High School.

14  Q    In Evansville?

15  A    It's in Evansville on Washington Avenue.

16  Q    Okay.  Now, you graduated from high school there?

17  A    I did, sir.

18  Q    Did you attend some college?

19  A    I did.  At that time it was a small college, Evansville

20  College, now the University of Evansville.

21  Q    How long did you taken college?

22  A    Two years.

23  Q    Why did you leave college?

24  A    Married my high school sweetheart and I got tired of

25  waking up with my head in my breakfast at the kitchen table

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-82

1  working for McDonald's at 85 cents an hour, and decided I

2  needed to man up and take care of my wife and what was going

3  to be a baby, so I got into the field of construction.

4  Q   Did you work in the construction industry?

5  A   I did, sir.

6  Q   How long have you worked in the construction industry?

7  A   Since 1967.

8  Q   Briefly I'd like you to tell us about your experience in

9  the construction industry.  When did you first get involved in

10 the construction industry, and particularly as it relates to

11 boiler making and power plants.

12 A   June 6th, 1967, I was inducted into Boilermaker Local 374,

13 and I stayed in that situation for more than 30 years working

14 as a tradesman in the boilermaker trade.

15 Q   Can you tell us about your progression as a boilermaker?

16 Where did you start and what kind of job did you start in as a

17 boilermaker?

18 A   Very first job was working at Babcock Wilcox at their

19 nuclear facility building nukes for the Department of Defense.

20 Shortly after that, I ventured off into field construction and

21 then traveled extensively doing the boilermaker work

22 throughout the country.

23 Q   Tell us who Babcock & Wilcox is.  What kind of company is

24 that?

25 A   At that time, Babcock Wilcox was the, if you will, the

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-83

1  800-pound gorilla of boiler part manufacturing and boiler

2  erection, and they were worldwide.

3  Q    How long did you work for Babcock & Wilcox as a

4  boilermaker?

5  A    Approximately a year and a half for them directly.

6  Q    Okay.  What did you do after you left Babcock & Wilcox?

7  A    I began to apply my trade through Boilermaker Local 374,

8  worked for a multiple of contractors on various job sites

9  throughout the country.  Boilermakers is a trade where you

10  have to travel to get to your jobs.

11  Q    Did you work in Indiana in the 1960s and 1970s?

12  A    Yes, sir, I did.

13  Q    Can you tell us about that?

14  A    I've worked at almost all of the established utilities

15  companies throughout Indiana.  I can list them for you if you

16  wish, but you would finish one job and move on to the other

17  for another utility company.

18  Q    Okay.  Now tell us what a boilermaker is.  Some of the

19  jury may not know exactly what that trade is, what that skill

20  is.

21  A    A boilermaker, in today's terms, works on utility boilers.

22  We're the ones that take the raw product, the end product from

23  the manufacturer.  We assemble it, put it together.  It

24  generates your electricity that you either live by or work by.

25  That's what we do.

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-84

1  Q   Does it involve welding?

2  A   Yes, sir, it does.

3  Q   Tell us about the skills that a boilermaker has in terms

4  of welding.

5  A   A boilermaker is a uniquely-skilled individual in that he

6  has to make welds that are out of position, very difficult at

7  times to get to; and it's a high skilled trade that's applied

8  there, and he has to be able to fit it.  He has to be able to

9  rig it.  He has to be able to exercise all the tools, and then

10 he has to be able to weld it together.

11 Q   Is there certification for welders?

12 A   Yes, there is.

13 Q   Are there different levels of certification?

14 A   Yes, there is.  There is ASME, the American Society of

15 Mechanical Engineers.  And AWS.  AWS is a basically your lower

16 level of welding.  Your ASME puts a boilermaker welder in the

17 elite class of welding, high pressure welding.

18 Q   Now, you said "high pressure welding."  Are there certain

19 types of welding that a boilermaker can do on jobs in a power

20 plant?

21 A   Yes.  The proponents of a good boilermaker welder will be

22 all high pressure welding --

23         COURT REPORTER:  I need you to slow down.

24         THE WITNESS:  I'm sorry.

25         COURT REPORTER:  Tubes --

1  A    -- high pressure welding, and it will involve tube welding

2  and heavy wall pipe welding, which is called downcomers.

3  Q    Now, you said that you worked in Indiana as a welder in

4  the 1960s and 1970s.

5  A    That's correct.

6  Q    Did you work at any plants owned by Public Service of

7  Indiana in the '60s and '70s?

8  A    Yes, sir, I did.

9  Q    Which ones?

10  A    Wabash Generating Station outside of Terre Haute, Indiana,

11  and the Gibson Generating Station just west of -- not

12  Booneville -- Princeton, Indiana.

13  Q    Now, did you progress in your career as a welder, as a

14  boilermaker?

15  A    Yes, sir, I did.  Early on, I decided that I wanted to be

16  the very best I could be.  Therefore, I wanted to be not only

17  a good boilermaker mechanic, a man that works with tools, but

18  I wanted to be able to be the best welder I could be.  I

19  wanted to also be able to read the blueprints and learn all

20  the different facets of the boilermaker trade.

21  Q    What are the different types of welders and is there a

22  progression in terms of getting promoted as a welder?

23  A    You start off at your basic, which is AWS.  That's just

24  welding two pieces of steel together.  Then the next step

25  would be into heel arc welding, which is a two-handed process,

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-86

1  and you'll go from light, small tubes to larger, and then to

2  the heavy wall pipe that comes off the steam drums.

3       When you get to that level, then you've achieved the

4  highest status you can achieve as a boilermaker welder.

5  Q   Did you achieve that status?

6  A   Yes, I did.

7  Q   Did you ever become a foreman?

8  A   Yes, sir, I did.

9  Q   Can you very briefly explain to us your work as a foreman

10 as a boilermaker or welder?

11 A   Okay.  I wanted to be a boilermaker foreman.  I wanted to

12 be in control of other people.  I wanted to learn all the

13 facets of my trade and learn more about what we're doing

14 versus being under a hood.

15      In the late '60s, I had my first opportunity to be a

16 foreman over a few men, and from that point on, I decided that

17 it whetted my appetite and I wanted to work my way up to a

18 general foreman and eventually superintendent status.

19 Q   Did you become a general foreman and a superintendent as

20 well?

21 A   Yes, sir, I did.

22 Q   Let me ask you a little bit about the conditions that

23 boilermakers work under.  Is that kind of work dangerous?

24 A   Extremely dangerous.  In my career, I've been involved in

25 three serious incidences where I nearly lost my life, and I

JOSEPH BRADLEY – DIRECT/LOFTON     Vol. II-87

1 have seen some very dangerous things happen, yes, sir.  It is

2 definitely a dangerous occupation to be in.

3 Q   Let's talk about one of those instances.  When you were a

4 young welder, were you ever hurt on the job?

5 A   Yes, sir, I was.

6 Q   Where was that?

7 A   That was at the generating station –– Wabash generating

8 station just north of Terre Haute.

9 Q   Tell us briefly what happened.

10 A   There was probably about 15 of us on the job.  We were

11 welding on the boiler.  It was a boiler outage.  The lockout,

12 tag-out system that prevents equipment from being engaged was

13 not locked.  It was tagged.  The fan handles were turned on.

14       It exposed us to high velocity wind.  It blew us the

15 length of the boiler.  It almost killed me, and it did, in

16 fact, kill one man that they revived at the hospital.

17 Q   Now, do you know a company called Sterling Boiler and

18 Mechanical?

19 A   Yes, sir.

20 Q   Did you ever work for Sterling Boiler?

21 A   Yes, sir, I did.

22 Q   What was the years basically that you worked for Sterling

23 Boiler?

24 A   Started roughly 1988 and worked approximately 14, 15 years

25 for them.

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-88

1  Q    So did you work for Sterling Boiler throughout the '90s?

2  A    Yes, sir, I did.

3  Q    What kind of work did Sterling Boiler do?

4  A    They do boiler renovations, repairs, installation of new

5  equipment.

6  Q    Tell us what your jobs were at Sterling Boiler.

7  A    The first job I had for Sterling Boiler I was a project

8  superintendent on a boiler outage.  After that, they asked me

9  to go into quality control because they were being pressured

10 by different clients to develop a quality control program, and

11 they asked me if I would do that and I complied.  I went into

12 quality control.

13 Q    How long did you work in quality control for Sterling

14 Boiler?

15 A    For the duration of my career.

16 Q    So for the entire 1990s, were you working as a quality

17 control officer or person for Sterling Boiler?

18 A    Yes, sir, I was.

19 Q    Tell us what kind of work Sterling Boiler does.  What do

20 they do?  What are they in business to do?

21 A    They repair boilers.  They do scheduled outages and forced

22 outages.

23 Q    You used two new terms here.  Let's stop and explain them.

24 What's a forced outage?

25 A    A forced outage is when there's a tube eruption or

1  something happens to the boiler, it takes itself offline.

2  That is a forced outage.  It's not scheduled.  It happens at

3  the wee hours of the morning, and it just takes itself

4  offline.  It ruptures.

5  Q   Now, you're talking about a tube in a boiler; is that

6  right?

7  A   That's correct.

8  Q   Then what happens in a forced outage?  The tube ruptures?

9  A   Well, in a forced outage, the unit comes offline.

10 Immediately the plant has a preferred list of contractors that

11 they'll call.  In this case, it was Sterling Boiler a good

12 number of times.  They would respond if it was two o'clock in

13 the morning or eight o'clock, whatever time.  They would tool

14 up and be there quickly.  We would man the job and commence

15 work on the boiler as soon as we possibly could.

16 Q   Can you give us a range of how long a forced outage would

17 last to repair a leak in a single tube?

18 A   In a single tube, a range there could run from -- it could

19 run from 48 hours to 72 or more hours, bearing in mind that

20 from the time that we mobilize, the unit comes off line.  They

21 have to let it cool sufficiently for us to get in there to

22 work on it.  So probably 48 hours to 72 on a one tube outage.

23 Q   Is it fair to say that a boiler is pretty hot when it's

24 operating?

25 A   Absolutely.

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-90

1  Q    Now you used another term, a "scheduled outage."  What

2  does that mean?

3  A    If a utility company is going to do major work, major

4  renovation work, they will have to schedule as much as six

5  months, maybe even a year, into the future to be able to

6  allocate enough time to be able to schedule that unit to come

7  offline for X number of weeks or X number of months.  So they

8  know in January if they're going to come off line in June.

9  That's a scheduled outage.

10 Q    Now, who were Sterling Boiler's customers?  Can you give

11 us the types of customers they worked for?

12 A    Sure, Southern Indiana Gas and Electric would be one.  PSI

13 would be another one.  AEP is another one.  NIPSCO is another

14 one, and the list goes on.  They cater to any utility company

15 that would allow them to bid on their work.  That's who their

16 clients were.

17 Q    Can you describe the types of work that Sterling did for

18 electric utilities at coal burning power plants?

19 A    Sure.  They could either do small stuff like we were just

20 talking about on the forced outages on the one or two or three

21 tubes, or we could go into and do a major renovation to our

22 water wall sections to be taken out.

23         COURT REPORTER:  I'm sorry, water --

24 A    Entire water wall sections.

25 Q    Now, typically, how did Sterling get hired by a power

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-91

1  company?  What was the process?

2  A    One of two ways.  Either plant engineers or managers from

3  one facility would recommend them or they would contact the

4  purchasing department, present their credentials and their

5  certifications and get on a qualified bidder's list.  And then

6  at such time, they would be called to effectively bid

7  competitively against other contractors.

8  Q    Did Sterling do any work for the power company, PSI, when

9  you were employed at Sterling Boiler?

10  A    Yes, sir, we did.

11  Q    What kind of work did Sterling do for PSI?

12  A    Numbers of things.  Again, the forced outages, we would

13  respond quickly.  The major repairs, such as water walls or

14  anything like that.  We could do other things, too, as far as

15  power piping and emission control repairs, things of that

16  nature.

17  Q    Are you familiar with the term "superheater"?

18  A    Yes, sir, I am.

19  Q    Is that a major component in a boiler?

20  A    Yes, sir.  That's a major component.

21  Q    How about the term "finishing superheater"?

22  A    Yes, sir.  Coequal as far as major in importance.

23  Q    How about "reheater"?  Are you familiar with that term?

24  A    Yes, sir, I am.

25  Q    Okay.  We're going to look at those a little later.

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-92

1        Now, you said you'd been to the Wabash River plant

2   because you worked as a young welder there.  Have you ever

3   been to the Wabash River since that first encounter where you

4   got hurt?

5   A    Multiple times.

6   Q    Throughout which, from what year --

7   A    Over a 30-year period, I could have been on a project up

8   there 10 or 15 times.  I don't have an explicit number to give

9   you; but boilermakers travel a circuit, if you will; and I

10  have been in and out of that plant on all their boilers

11  numbers of times in my career.

12  Q    Let me ask you this:  Wabash River has, do you recall how

13  many units?

14  A    Six I believe.

15  Q    It has six separate generating units?

16  A    Yes, sir.

17  Q    Six separate boilers?

18  A    Yes, sir.

19  Q    Have you been inside any of the Wabash River boilers?

20  A    Yes, sir, I have?

21  Q    How many?  Which ones?

22  A    All of them.

23  Q    Now, have you ever seen a major boiler component like a

24  finishing superheater replaced at the Wabash River plant?

25  A    Yes, sir.

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-93

1  Q    Now, did you work at Sterling Boiler in 1992?  I think you

2  said in the '90s you did.

3  A    Yes, I did.

4  Q    Were you involved in any major jobs that Sterling did at

5  the Wabash River plant during those years?

6  A    As a quality control representative, yes, sir, I did.

7  Q    How many?

8  A    Oh, multiple.  Are you talking about at that particular

9  plant or just in general?

10  Q    In general right now.

11  A    Numerous.  The numbers -- that's how we made our money and

12  that's how we kept employed, just a lot of work throughout the

13  system.

14  Q    Okay.  Now, specifically, were you involved in any

15  projects at the Wabash River plant during the 1990s?

16  A    Yes, sir.

17  Q    Did you see any finishing super heaters replaced?

18  A    Yes, sir.

19  Q    How about reheaters?  Did you see finishing super

20  heaters -- I mean, I'm sorry, did you see a reheater replaced?

21  A    Yes, sir, I did.

22  Q    Let's turn in your exhibit notebook, please, to

23  Plaintiffs' Exhibit 1344.  Can you identify this document?

24  A    I'm sorry, which one was it?

25  Q    Tab No. 1 in your exhibit notebook?

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-94

1  A   Okay.  Does it start with Lundy Engineers of Chicago?

2  Q   Yes.  Can you identify that document?

3  A   Yes, I can.

4  Q   What is it?

5  A   It's a specification packet for a specific job, Unit 2,

6  Wabash River generating station.

7  Q   What's the scope of work?

8  A   Receive, unload, store, remove from storage, and

9  install --

10        COURT REPORTER:  Could you repeat that?

11  A   Let's just say it this way:  Finishing superheater two

12  bundle, upper reheat two bundle, and 163 slag screen tubes

13  complete with tube shields.

14        MR. LOFTON:  Judge, may we publish that to the jury?

15        THE COURT:  Yes.

16        I'm sorry, is this already admitted?

17        MR. LOFTON:  Yes, it is, Your Honor.

18        THE COURT:  Then we need a list.  I need to tell the

19  jury what's already in.  Just because we agreed a couple of

20  days ago that they're in doesn't make them in.  So we'll admit

21  Exhibit 1344 so you can publish it.

22     *(Plaintiffs' Exhibit 1344 was received in evidence.)*

23        MR. LOFTON:  This has been admitted, Your Honor.

24  Let's show this to the jury, please.

25

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–95

1  BY MR. LOFTON:

2  Q   Now, who prepared this specification?

3  A   It would be Sergeant & Lundy.

4  Q   What is Sargent & Lundy?

5  A   It's an engineering firm.

6  Q   Who did Sargent Lundy prepare this specification for?

7  A   It would have been for PSI at the Wabash River generating

8  station.

9  Q   Turn over –– let's go two pages into the document and look

10 at the scope of work.

11      Now, tell us what the scope of work calls for.

12 A   To remove and to replace new finishing superheater tube

13 bundles, upper reheat tube bundles, and 163 slag screen tubes

14 complete with tube shields.

15 Q   Now, let's stop right there and talk about our

16 terminology.  Well, first of all, let's back up one step.  Did

17 Sterling Boiler bid on this job?

18 A   They did, sir.

19 Q   Did Sterling Boiler win the bid?

20 A   They were successful, yes.

21 Q   Does that mean they were the low bidder on the job?

22 A   Most likely.

23 Q   Now, you said that this contract –– was this the

24 specification for the job that Sterling Boiler used?

25 A   Yes.

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-96

1  Q   Exactly what was the type of work that Sterling Boiler

2  contracted to do on this particular job?

3  A   To cut out the existing elements that's stated here, to

4  install new elements to satisfactory condition for operation,

5  and to close the boiler back up and put the boiler back on

6  line.

7  Q   Now, you said you've been in this particular boiler, the

8  Wabash River Unit 2 boiler?

9  A   Yes.

10 Q   Are you familiar with what the boiler looks like on the

11 inside?

12 A   Yes, sir.

13 Q   Do you know where the major components are in the boiler

14 and what they look like?

15 A   Yes, sir.

16 Q   Would you turn over to Tab 2 in your notebook?  Tell us

17 what you see there.

18 A   Finishing superheater sections and the reheater section.

19 Q   All right.

20       MR. LOFTON:  This is a demonstrative exhibit, Your

21 Honor.  There has been no objection to this.  We'd like to

22 show it to the jury.

23       THE COURT:  All right.

24 BY MR. LOFTON:

25 Q   All right.  Let's stop just a moment, Mr. Bradley, and can

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-97

1  you tell us what we're looking at here?  What is this image

2  that's on the screen?

3  A   You're looking through a side wall, if you will, that's

4  been removed, a side wall consisting of vertical tubes, a wall

5  of tubes.  And that's been removed and you're looking at the

6  back pass of the boiler itself, the finishing superheater

7  above as noted, and the reheater section halfway down as

8  noted, both of them in the back pass of the boiler.

9        MR. LOFTON:  Your Honor, if he touches the screen,

10  will it outline?

11        THE COURT:  It usually makes a little arrow or

12  something so you'll know what he's talking about.

13  Q   Mr. Bradley, if you touch the screen, can you show us the

14  outline of the boiler?  Outline the boiler.  It's on the front

15  wall.  Is that helping any?  Is that doing it?  You just have

16  to press harder, I suppose.

17  A   (Witness demonstrating).

18  Q   You've outlined the boiler for us.  Tell us what we see

19  inside the boiler there that's been labeled.

20  A   This area here that I'm drawing is the fire box.  That's

21  where they -- the immediate fire takes place, and then this is

22  called the back pass where I'm pointing right now; and as the

23  water rises, we go from hot water to hot steam, from hot steam

24  to dry steam, from dry steam to the turbine to the generator.

25  Q   How big is the finishing super heater in the Wabash River

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-98

1  Unit 2 boiler?

2  A    Fairly large, fairly large.  Now, you're talking about

3  individual panels or the entire --

4  Q    Let's start with this question:  What are we seeing here

5  when we're looking at this image that's labeled "finishing

6  superheater"?

7  A    Basically it's just showing you one element -- you can't

8  see the others that are stacked up behind it, but you're

9  seeing one element in its proper position in relation to the

10  boiler.

11  Q    You've used another new term, "element."  What does that

12  mean?

13  A    One panel of tubes.  We hang them in elements.  They don't

14  come in in groups of 10 or 20 or 30.  They come in singularly,

15  and so they'll all be hung individually.  Just like your

16  fingers, they'll be hung individually.

17  Q    How many tubes or tube assemblies or elements are in the

18  finishing superheater?

19  A    162.

20  Q    How about the reheater there.  We're looking at a cutaway

21  and we're seeing one side; is that right?

22  A    That is correct, sir.

23  Q    How many individual assemblies or elements are in the

24  reheater?

25  A    162.

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-99

1  Q   Can we look at a closer image of the finishing super

2  heater and the reheater?

3       Let's go to the next image, please.  Whoops, how do we

4  make the green part go away?

5       THE COURT:  You've got a button on your machine there

6  that will do that.

7       MR. LOFTON:  This machine?

8       THE COURT:  It's off (indicating).

9       MR. LOFTON:  Sorry.

10 BY MR. LOFTON:

11 Q   What are we looking at here, Mr. Bradley?

12 A   That's a cross view of the same thing.  It's A finishing

13 super heater section and the reheater section.

14 Q   So we're seeing all 162 of the tube assemblies?

15 A   That is correct.

16 Q   What does the little man on the right represent?

17 A   Well, that would represent a boilermaker, and he's

18 making -- it looks like he's making one of the welds at the

19 bottom of one of the panels -- or the elements of the

20 superheater section.

21 Q   Now, looking around in the courtroom here, how much space

22 would the finishing superheater take in the courtroom here?

23 A   It would most likely run from wall to wall, from where

24 this figure of the boilermaker is to the opposite end.  It

25 would almost be from where I'm sitting to the rear wall over

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-100

1  here.

2  Q   How high would it go up to the ceiling?

3  A   Very close to the top of those windows.

4  Q   So this is a big piece of material?

5  A   It's a large area.

6  Q   Now, where is this located in the boiler?

7  A   It's called the upper back pass.

8  Q   What does that mean, "upper back pass"?

9  A   Well, your boiler is broke down in the fire box, and then

10  as the flue gas and heat rises and goes toward the rear of the

11  boiler, that's called the back pass of the boiler.  It's a

12  separate section from the fire box.

13  Q   Now, you said each of these assemblies -- I'm sorry.

14  There are 162 assemblies in each of these major components?

15  A   Yes, sir.

16  Q   Can one of these boilermakers, could he pick up one of

17  those assemblies?

18  A   Not a chance.  That is a lot of weight there.

19  Q   Can we see what one of those assemblies looks like?  Can

20  we go to the next image, please?

21       What are we looking at here, Mr. Bradley?

22  A   A single element.  That's how they would be hung on an

23  outage coming in one at a time.

24  Q   How much does one of those assemblies weigh?

25  A   Without having the shipping invoice on it, I don't know

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-101

1  exactly; but I would say no less than 1,000 pounds but

2  probably closer to 1,500 to 2,000 pounds.

3  Q    So how does Sterling Boiler lift one of these assemblies

4  to get it in and out of a boiler?

5  A    They would have to install a monorail system, and I beam,

6  that looks just like an I, have to install it in that hole

7  which you're looking at, and there would be a trolley.  There

8  would be some lifting device attached to a trolley.

9        Once they hooked onto this particular panel where down

10  at this gentleman's feet they would cut it loose and take

11  loose any kind of supporting material on top, and exit the

12  hole affixed to the beam trolley.

13  Q    So it takes some rigging to lift this?

14  A    Absolutely.

15  Q    All right.  Now, you talked about forced outages and

16  scheduled outage.  When a component like the finishing super

17  heater is replaced in a boiler, does that happen when the

18  boiler is online when electricity is being made?

19  A    Oh, no, absolutely not.  Nobody can work inside a boiler

20  when it's on line.  It's like an inferno.

21  Q    Now, can we go back to the previous image?  Jeff, please?

22        So when Sterling Boiler replaced finishing super

23  heaters and reheaters at the Wabash River station, can you

24  walk us through exactly how this is done?

25  A    Sure.

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-102

1  Q   Start at the very beginning.  What's the very first thing

2  that happens when the boiler goes offline for one of these

3  projects to be done that would include the replacement of a

4  finishing super heater.

5  A   The client would call in a specialty firm, large vacuum

6  trucks once the boiler is cooled off sufficiently to go in.

7  This area you're looking at right here is probably full of

8  scale and fly ash and debris, and they would begin to suck all

9  that stuff out as best they could.

10       At the same time that that company would be onsite,

11  Sterling would be moving on site establishing an office

12  presence, an unloading crew because the new elements you see

13  going in here will have already have been shipped in.  We

14  would have to set up our cranes, lifting devices, tools,

15  welding machines, things of that nature, so it's all

16  preparatory work.

17       Once it's cleaned out, then at a predesigned

18  elevation, they would tell Sterling Boiler, okay, this is

19  where you're going to make a cut, in the side wall.  The first

20  graphic where we were looking into the side of the boiler,

21  only in just one section here, they would tell us make your

22  cuts here --

23  Q   Let's stop right here.  You're talking about cuts in the

24  boiler?

25  A   Yes.

1  Q   Why would you have to make cuts in the boiler?

2  A   You have to have access to get these large elements in and

3  out.  So the most convenient way to do it -- and remember,

4  we're on a tight schedule -- is to have an opening in the side

5  of the boiler to cut a water wall section out.  But there's

6  more material that has to be removed before you even get to

7  the water wall section.

8  Q   Aren't there doors for access to get into the boiler?

9  A   Probably about 30 inch doors.  They're 30 inches and

10 they're oval-shaped, 30 inches tall by maybe 20 to 25 inches

11 wide.  It's just for man access to go in and either inspect or

12 do minor repairs.  Something of this nature, you have to

13 create an access to be able to get this much material in and

14 out.

15 Q   All right.  Let's stop and explain how you create that

16 access in the boiler on the -- in the tube assemblies.

17 A   On the outside of the boiler, you have lagging, the first

18 level, then insulation.  Then there's steel on the inside.

19 It's called "skin casing."  All this has to be removed and set

20 aside to reinstall later.

21 Q   How would you remove it?

22 A   Generally with screw guns.  It comes out with screw guns,

23 the lighter sheet metal.  The insulation is usually wire

24 clips.  So you just bend that and take it off.  When we get to

25 the steel, we have to cut it usually with a torch to have

JOSEPH BRADLEY – DIRECT/LOFTON     Vol. II–104

1  panels to be able to evacuate these elements.

2  Q   So you've got to cut a hole in the side of the boiler?

3  A   That's correct.

4  Q   In the power house?

5  A   That's correct.

6  Q   How big a hole would you have to cut to get these

7  assemblies in?

8  A   It could easily be 20-foot by 20-foot.

9  Q   So we're talking about something on the order of the size

10 of the window here?

11 A   Yes.  That's a good description.

12 Q   Okay.  So you've got this hole cut in the side of the

13 boiler.  What happens next?

14 A   Well, if we have to remove any staircases or any other

15 equipment, that has to be removed.  At the same time that's

16 going on, we're starting to move equipment -- or tools into

17 this area to begin the demolition process.  The first thing

18 that has to go up is a monorail system.

19 Q   What's a monorail?

20 A   It's the I beam I was talking about.  And you can't see it

21 in the drawing we're looking at right now but it would fit

22 above the little icon -- above him but in an opening, and it

23 would run the full length like if this was the length we're

24 looking at, it would be the full length.

25         This monorail would be supported in such a fashion

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-105

1  that when we connect these elements to the rigging at the

2  bottom of that monorail, the monorail is carrying the load and

3  not the men.

4  Q   Now, is the monorail something normally that's in the

5  boiler?

6  A   No, sir, it's not.  We have to install that.

7        THE COURT:  I think we'll stop at the monorail and

8  we'll start again about 10:15.

9        COURT CLERK:  All rise.

10                    (*A recess was taken*.)

11        THE COURT:  You may be seated.

12        You may proceed, sir.

13        MR. LOFTON:  Thank you, Your Honor.

14 BY MR. LOFTON:

15 Q   Mr. Bradley, when we stopped, we were talking about the

16 replacement of the finishing super heater and reheater at the

17 Wabash River station, and I think we'd gotten the monorail

18 erected.  Can you pick up your testimony at that part?  Once

19 the monorail is installed, what would Sterling Boiler do next?

20 A   Sterling Boiler would then begin to start cutting the

21 first element out nearest the opening that we would cut in the

22 side water wall.

23 Q   What kind of tools would you use?

24 A   On this particular job, they would probably use a

25 high-speed cutting wafer blade.  It's a four-inch diameter,

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-106

1  very thin, high-strength disk that runs at a high rate of

2  speed.  The reason they do that is to keep slag from going

3  down inside the header.

4  Q    What is slag?

5  A    Slag would be a residue.  If you use a blow torch, once

6  you cut the metal, it becomes liquified.  And when you blow it

7  away, as soon as it gets away it turns black and it becomes

8  balls, if you will, various sizes, degrees, and that becomes

9  slag.  It's just wasted metal.

10 Q    Let's stop just a moment and talk about the skills that

11 Sterling Boiler has on the job site at a job like this.

12 A    Skills meaning, sir?

13 Q    The trade, the boilermaker skills, the different types of

14 personnel that are on the job.

15 A    First of all, generally the way Sterling Boiler would do

16 it, their lead man, if you will, would be a

17 superintendent/boilermaker general foreman.  He would be the

18 project manager also.  Under him would be possibly two

19 foremen.

20        Under those foremen would be anywhere between 15 and

21 30 boilermakers because it's boilermaker work.  And amongst

22 those groups of boilermakers, I would say you would probably

23 have 12 to 15 that would be certified welders.

24 Q    Okay.  Any other type of personnel working to help bring

25 the equipment -- or the assemblies --

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-107

1  A    Yes.

2  Q    -- up to the place in the boiler where they're being

3  replaced?

4  A    It's a category called mechanic or rigger.  Several

5  boilermakers are very proficient in rigging heavy, heavy loads

6  that are difficult.  In this case, these elements would be

7  difficult because they're vertical run.

8        So you would have highly-skilled and highly-trained

9  riggers that would know what size chokers to use, what size

10 equipment to use in association with that, the size of trolley

11 and the size of monorail.

12 Q    So how many shifts would you work?

13 A    Most likely on a job this big, two shifts, 12-hour shifts.

14 Q    Each has a set of boilermakers working on shifts?

15 A    That's correct.

16 Q    How many hours a day?

17 A    Probably 12.

18 Q    12 and 12?

19 A    Correct.

20 Q    So a job like this would be run 24 hours a day, 7 days a

21 week?

22 A    Yes, sir.

23 Q    Until the job is finished?

24 A    Yes, sir.

25 Q    So the total number of boilermakers, foremen, riggers,

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–108

1  superintendent, what's the total number of people that would
2  be required to do a job of this magnitude?
3  A    Depending on additional work being picked up, you could
4  see between 35 and 50 people on a job such as this.
5  Q    Okay.  Now, we've gotten the monorail installed inside.
6  We've gone in the cut in the boiler, the access opening, and
7  you begin to install the tubes.  How long does it actually
8  take to install -- I'm sorry -- to cut out the assemblies,
9  each of those 162 assemblies?
10  A    Actually making the individual cuts on one assembly
11  doesn't take long because that wafer wheel connected to the
12  right grinder will go right through that light wall tube
13  rather quickly.  So the actual cut doesn't take long.
14        It's the rigging, making sure that you're rigged on
15  the right panel when the guys on the bottom begin to make
16  their cuts.  If they rig on the wrong panel and they make the
17  cut, people get hurt.  So the actual cutting process doesn't
18  take long, maybe five minutes a tube or less.  The rigging
19  process in the demolition is the preponderance of the work
20  there.
21  Q    Now, in order to get all of these 1,000 to 1,500–pound
22  assemblies cut, rigged and out of the boiler and down on the
23  ground, how long would that take?
24  A    It could be two, two and a half weeks.
25  Q    Okay.  So we've gotten to that stage where, let's say, all

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-109

1  of the scrap tubes, the old tubes from the super heater are

2  out.  They've been rigged.  They're down on the ground.

3  What's the next step?

4  A    Well, as soon as we could, we would start as many as four

5  people working with milling tools to -- where we made the cut

6  to prep the end of that existing tube where the new one is

7  going to make the connection.  So you'd use a milling tool to

8  start making that preparation.

9  Q    What exactly is a milling tool?

10  A    The best way to describe it, a milling tool is a drill

11  motor on steroids.  It's a large apparatus that has a cutting

12  wheel on the end of it or a mounted head for cutting knives.

13  In the center of it is a mechanism that inserts itself inside

14  the area that you're going to want to mill.  It expands.

15          There's a drive nut back here that expands it.  A flat

16  plate like my hand has knives that stick out like my fingers,

17  and when you start it, it's generally an air motor, it begins

18  to run a circular motion.  It cuts a bevel, and puts an edge

19  on that particular tube stub, and it's ready to accommodate

20  the new tube material coming in.

21          Each one of those has to be done like that.  That

22  takes some time, and it takes a high degree of skill level.

23  You can lose fingers working with that tool.

24  Q    Well, you talked about the dangerous aspect of this work.

25  Can you just give us a mental picture of what it's like to be

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-110

1  in one of these boilers when this work is being done, what you

2  see, what you smell?

3  A   Let's suppose that we have made the skin casing cut.  The

4  truck has been there and done as good a job as they can,

5  although it's not clean like this environment here.  It will

6  be gaseous.  It will be dark, close quarters.  Most oftentimes

7  not anywhere near as lit as this.  You might have a light

8  stringer down through there.  Then again, you might not.

9         It will be dirty.  It will still be very, very hot.

10  It won't be so hot that you can't work in there, but the

11  environment is very inhospitable.  The boilermaker trade is a

12  very difficult trade.

13  Q   Remind us what part of the building we're working in here.

14  Is this ground level?

15  A   No, sir.  It's in the upper section, the rear part of the

16  boiler.

17  Q   How tall is the Wabash River Unit 2 boiler?

18  A   I can only guess, 180 feet.

19  Q   So you're working up in the top portion of this boiler to

20  remove and replace --

21  A   Yes, sir.

22  Q   -- these major components?

23  A   That's correct.

24  Q   How do you get up there?

25  A   Well, you either have stairwells on the outside or in some

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-111

1  cases, like the generating station, there will be an elevator

2  that sometimes the plan people will allow tradesmen to use the

3  elevator to expedite the work.  Most oftentimes, it's

4  stairwells.

5  Q   Okay.  Now, I stopped you -- I think on the job, we've

6  gotten all of the old assemblies rigged and taken out of the

7  boiler.  I think you said you were well prepping?

8  A   Well prepping.  That has to happen before any elements can

9  be welded.  But as you take elements out, you're creating a

10 hole, correct?  You're creating a hole.

11       So as soon as you can, you drop people in there with a

12 milling tool.  So that's going on at the same time while more

13 removal of existing equipment is going on.

14       Again, if you visualize in your mind, these elements

15 can be going over your head or by you as you're working with a

16 milling tool.  The more tube stubs we get exposed, we can drop

17 more people in there with additional milling tools.

18       So it's imperative that we get those tube stubs milled

19 as quickly as possible so when we get the last element out,

20 and the new elements start coming back in, as soon as we hang

21 enough elements to be able to keep some welders in there, then

22 we start the very first crew of welders behind them; and as

23 the riggers continue to hang elements, we drop more and more

24 welders in behind them.

25 Q   Describe for us what the welders are doing.

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-112

1  A   They will take that milled prep tube that we were just

2  talking about and the tube in from the new element.  They'll

3  bring it together.  They'll set the right gap and the right

4  alignment and they'll just weld it out.

5  Q   How many welds do they have to make on a finishing

6  superheater that has 162 assemblies?

7  A   It would be, what, 324?  324 welds.

8  Q   Okay.  Do these go in one at a time?

9  A   They do.  It's too difficult and too dangerous to try to

10 hang them in larger sections.  I have seen them on various

11 jobs around the country come in in groups of three and four,

12 but we never like to hang that kind of weight in a series like

13 that because we have so many people working in such close

14 proximity.  If something happens, people die.  That's why we

15 try to do it one panel at a time.

16 Q   Mr. Bradley, do you know what the original tube material

17 was in the Wabash River tubes when the plant was built?

18 A   The original?

19 Q   The type of material.

20 A   In the back pass area, super heat section, it was probably

21 going to be a P5 material, which means it's a high grade.

22 It's not your basic P1 material that you see in your fire box.

23 It's probably going to be either 80 or 90 grade material.

24 Q   What does that mean?

25 A   Well, it's a high tensile strength material.

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-113

1  Q   When these elements were replaced in the finishing

2  superheater, was the same material put back in?

3  A   I believe it was an SA213T22 material.

4         COURT REPORTER:  Could you repeat that?

5         THE WITNESS:  SA213T22 material.

6  Q   What is T22?

7  A   I'm pretty sure -- it's been a long time since I've looked

8  at the code book, but I'm pretty sure it's a P5 material which

9  means it's a 9018 weld.

10  Q   That's a pretty technical explanation?

11  A   It means that it's high resistant.  It's high alloy, very

12  expensive material.

13  Q   Was that an upgraded material?

14  A   Yes.

15  Q   Now, does it take a particular type of welder to install

16  T22 material?

17  A   It does indeed.  Those welders that we would put on that

18  particular weld would have to be some of the very best.

19  Q   Now, what's the next step?  Let's say we're looking at

20  finally the new tubes.  They've been installed, the new tube

21  assemblies for the super heater and the reheater.  They're all

22  there.  What's the next step Sterling does?

23  A   Are we assuming all the welds are done?

24  Q   All the welds are done.

25  A   Then we would put an air test on a unit.  An air test is

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-114

1  simply where they pump air into the boiler, and we would look

2  at every field weld that we put in, and we would spray it

3  probably with soapy substance to see if there's any bubbles

4  which would indicate an air leak.

5        Once that is done, the next step would be for us to

6  extract all of the tools that we possibly could, get

7  everything out of there, the monorail, welds, everything,

8  rigging.  Then they would put a hydrostatic test on the

9  boiler.

10       Now, that is an insurance requirement; and they would

11  take it to a minimum of operating pressure, pump the boiler

12  full of water, start the boiler feed pumps, put pressure

13  behind it and look at the welds again.  That's a requirement.

14  An air test may not show you all the leaks, if there is any.

15       One thing I didn't mention is that in the process of

16  doing the welding, as we begin to weld these things out, every

17  client wants a certain amount of those welds to be x-rayed

18  because we're hired to do x-ray caliber welds.

19  Q   What does that mean?

20  A   We would hire a third-party independent contractor to come

21  in.  That's what they do.  They're particularly trained to do

22  x-rays of tubes and pipes and things of that nature.  They

23  would pick out 10 percent of each welder's welds and they

24  would x-ray those welds.

25       Then based on the clarity of the weld, they would

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–115

1  present that to the client and say this is either a good weld

2  or a bad weld would.  We would have to go back in, make the

3  bad welds.  If all the welds were good, the next phase would

4  be the hydrostatic test.

5  Q    Let's say you've x-rayed the welds and Hartford has told

6  you it's okay, the welds are good, it's been repaired. what's

7  next?

8  A    Pulling the tools out, getting everything out of that area

9  that doesn't need to be there, start the hydrostatic test.  I

10 have seen it go both ways where they allow us to put the skin

11 casing back on first, weld it out, then do the test.  Or they

12 would go ahead and do the test, then have us weld the skin

13 casing later; one of those two scenarios.  In this case, they

14 would probably do a hydrostatic test first because there are

15 so many welds and they're difficult welds to get to.

16 Q    Let's say that's done.

17 A    Okay.

18 Q    Does the hole have to be closed back up in the boiler?

19 A    Yes, yes.  We have to set that wall panel back into

20 place -- I'm sorry.  I need to back up.  The water wall panel

21 is already in place, then we have to the skin casing on, then

22 the insulation, then the lagging, end of job.  It's a matter

23 then of just rolling up your tools and moving offsite.

24 Q    Now, you've been at the Wabash River plant on and off for

25 how many years?

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-116

1  A    Over 30 years.

2  Q    Are you familiar with the type of work that the

3  maintenance staff at the Wabash River plant does?

4  A    Yes.

5  Q    In your experience, could the maintenance staff at the

6  Wabash River plant perform the work you've just described?

7  A    Absolutely not.

8  Q    Why not?

9  A    Not enough rigging experience, not enough certified

10 welders, just not enough people there, skilled people there to

11 do a job of this size.

12 Q    Now, can we go back to the single image, Jeff, please, I

13 mean the single assembly?  It would be the next one.  There we

14 go.

15      Now, you've told us there are 162 of these tube

16 assemblies in each of the boiler components that you've

17 described, the finishing superheater and the upper reheater.

18      Typically, how long will a unit run like the Wabash

19 River Unit 2 before just one of these assemblies needs to be

20 replaced?

21 A    Could be 10 or 15 years for just one of them.

22      COURT REPORTER:  Could you repeat that?

23 A    Could be 10 or 15 years for just one of them.

24 Q    All right.  How long will a unit run typically in your 30

25 years of experience before you have -- go to the next image,

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–117

1  please?

2  A    It could be 30 or 40 years.

3  Q    30 or 40 years before you have to replace the whole bank

4  that goes the length of the boiler?

5  A    That is correct.

6  Q    Now, you've said that you're familiar with the types of

7  maintenance activities that are normally or regularly done at

8  the power station by the maintenance staff?

9  A    Yes, sir.

10 Q    In fact, you've said that Sterling Boiler has also done

11 some of the small projects that the maintenance staff does?

12 A    That's true.

13 Q    Now, would the replacement of a finishing super heater

14 like the one that we're looking at now be normal upkeep on the

15 boiler or on the plant?

16 A    No, sir.

17 Q    How about the upper reheat?  Would that just be normal

18 upkeep, the type of activities that are done to keep the

19 boiler operating in its current condition?

20 A    No, sir.

21 Q    Why not?

22 A    Just the sheer volume of work there.  Those elements are

23 designed for longevity.  They're designed to be there for a

24 long time.  It's the idea of putting in new elements and not

25 have your units come off line.  That's just a major

JOSEPH BRADLEY - DIRECT/LOFTON   Vol. II-118

1  undertaking when you're looking at a job of this size.

2  Q   Now, Mr. Bradley, the jury has come in and they're giving

3  their service to the Court here today and for a number of

4  days.  Are you being paid?

5  A   No, sir, I'm not.

6  Q   Why are you here?

7      MR. HOPSON:  Objection, Your Honor, relevance.

8      THE COURT:  He can answer.

9  A   It's just the right thing to do.

10     MR. LOFTON:  Thank you, Mr. Bradley.

11     THE COURT:  Cross-examine?

12  **CROSS-EXAMINATION,**

13   **QUESTIONS BY MR. HOPSON:**

14  BY MR. HOPSON:

15  Q   Good morning, Mr. Bradley?

16  A   Good morning, sir.  How are you?

17  Q   I'm okay.  My name is Mark Hopson.  We've never met

18  before.  Well, honestly, we did meet before about 10 minutes

19  ago.  I introduced myself to you, right?

20  A   Yes, you did.

21  Q   You walked us through the nuts and bolts of a single

22  project at Wabash River 2 during most of your direct

23  testimony; isn't that right?

24  A   Yes, sir.

25  Q   But I also heard you say that you have spent many years

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-119

1  traveling around, working on different boilers.  I don't know

2  if you said all over the country, but certainly all over this

3  region; is that correct?

4  A   That is correct.

5  Q   And the Wabash project involved a finishing superheater;

6  is that correct?

7  A   Yes, sir.

8  Q   Have you worked on other replacements of finishing super

9  heaters in your travels around the country?

10 A   I have.

11 Q   Could you give the ladies and gentlemen of the jury a

12 guesstimate -- I'm not testing your memory here today,

13 Mr. Bradley, but can you give us a guesstimate of how many

14 finishing super heaters you've replaced during your years of

15 travel?

16        MR. LOFTON:  Objection.  He's asking the witness to

17 guess.

18        MR. HOPSON:  I asked for an estimate.

19        THE COURT:  He can give us the best he knows.

20 A   I would say in the course of 30 years?

21 Q   Yes.

22 A   Rough guess?

23 Q   Rough guess, best you can do.

24 A   25.  Maybe as many as 40.

25 Q   Maybe as many as 40?

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-120

1  A    Uh-huh.

2  Q    How about upper reheaters?  How many upper reheaters have

3  you replaced for various electric utilities around the

4  country?

5  A    Many.

6  Q    Same guess, 25 to 40?

7  A    Um-hum.

8  Q    And I take it if I were to ask you that question about

9  other components of a boiler, that your answer would basically

10  be the same?

11  A    It would be the same.

12  Q    There are thousands of components in one of these

13  generating units; isn't that correct?

14  A    Yes, sir.

15  Q    And, for example, a gentleman like you who has worked on

16  replacements of many, many finishing super reheaters, you

17  develop some expertise in how to do that; isn't that right,

18  Mr. Bradley?

19  A    I suppose that's correct.

20  Q    In fact, over the years, you and your company, Sterling

21  Boiler, will develop kind of standard routine procedures for

22  how one goes about a finishing superheater replacement; isn't

23  that correct?

24  A    Not necessarily.  A standard routine procedure?

25  Q    Um-hum.

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–121

1  A    Because each boiler, if you have a Babcock Wilcox, Foster

2  Wheeler, J.M. Foster, Combustion Engineering, designs within

3  those companies are different, and they even vary as they

4  progress and they redesign, reconfigure and design and build

5  new units.  So that's constantly in a change of flux.  So

6  routine wouldn't actually be accurate.

7  Q    Routine wouldn't be accurate but it would be the fact that

8  you and Sterling Boiler have experience with all those

9  different boilers, unlike most of us in the world, so you

10 would know how to go about doing a finishing superheater

11 replacement, right?

12 A    A general knowledge, right.

13 Q    A lot of these projects that you worked on at Sterling are

14 done pursuant to a bidding process; isn't that right?

15 A    Most.

16 Q    And one of the things that you're well aware of that

17 companies like PSI or Cinergy are interested in is the amount

18 of experience the contractor has with the specific component

19 replacement at issue; isn't that correct?

20 A    Most of the time, that's correct.

21 Q    So for example, when you're working on responding to a

22 bid, you might have to list your experience in finishing super

23 heater replacements; is that true?

24 A    Not necessarily.  What they're looking for primarily is

25 does the contractor have an R stamp?  Does it have a history

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-122

1  of working with other clients satisfactorily against that R

2  stamp?  Do they have a proven track record with Hartford Steam

3  Boiler or the insurance carrier --

4      COURT REPORTER:  A proven track record?

5  A   -- a proven track record with other clients?  Do they have

6  access to a competent viable workforce?  That's some of the

7  things a client will look at when they decide to bid.

8  Q   That's a very good point because you've got to do these

9  projects on a timetable, right?

10  A   Generally speaking, yes.

11  Q   The utilities want to have these projects done during the

12  outages that they've planned, correct?

13  A   Except for the forced outages.

14  Q   Right, except for the forced outages.  Let's talk about

15  for now -- I'll ask you something about forced outages, but

16  for now let's talk about scheduled outages.

17      It's your obligation, to the best of your ability when

18  you're working for Sterling, to try to fit the work into the

19  planned outage period or scheduled outage period; isn't that

20  correct?

21  A   That's true.

22  Q   That ability to get that work done in that time frame is

23  very important to utility customers like my client, Cinergy,

24  right?

25  A   That's correct.

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-123

1  Q   And that's why you have -- I can't remember exactly what

2  you said -- as many as 15 or 30 boilermakers and 12 to 15

3  certified welders on the job at any time, right?

4  A   That's correct.

5  Q   You were one of the guys that I believe certified or

6  tested welders; isn't that right?

7  A   That is correct.

8  Q   You were also -- I'm not sure what the right word is,

9  Mr. Bradley, help me -- certified to sign R2s; was that right?

10  A   R1s.

11  Q   R1s.  Will you tell the ladies and gentlemen of the jury

12  what that is?

13  A   The R1 document is a sheet that governs what you're doing,

14  how it's being done, by whom, under what conditions and

15  there's a place on this document that, in this case, Sterling

16  Boiler would sign off, and as their site representative I

17  would, or another designated person would, and then Hartford

18  Steam Boiler -- in this case, that was generally our insurance

19  carrier -- they would sign off also.

20        The R1 is a legal document that says they did it

21  according to ASME codes and that Hartford would then insure

22  that boiler for its operation.

23                        (Pause)

24  Q   Just letting the court reporter catch up, sir.

25        You mentioned codes.  There are codes that govern this

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-124

1  work; isn't that correct?

2  A    There are.

3  Q    Not everybody who works as a boilermaker, for example, can

4  sign these forms that you just described to the jury; is that

5  right?

6  A    That's correct.

7  Q    It's another indication of the way the companies like

8  Sterling Boiler have developed the expertise to do these kind

9  of jobs; is that correct?

10 A    Yes.

11 Q    You talked a little bit -- I'm going to change subjects

12 here.  You talked a little bit about upgraded materials.  I

13 heard the word "T2" and "P" something.  I didn't quite follow,

14 but can you tell me when you put in the new finishing

15 superheater after the replacement that you described, do the

16 pipes or the tubes basically look the same?

17 A    Yes.

18 Q    They're cleaner, right?

19 A    They're new.

20 Q    They're new.  Do they basically function the same?

21 A    They do.

22 Q    Now, I think what you were describing in your testimony

23 about T22s, or whatever it was, was a change in the alloy of

24 the metal; is that right?

25 A    Yes.  The T22, if memory serves me correctly, is commonly

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–125

1  referred to as a P5, P5 material.  You see that a lot in the

2  back pass of everybody's boiler design.  Until you get to the

3  lower section, you don't go back to a P1, which is the lowest

4  grade.  So your P5 for your super heat section is pretty much

5  common industry material.

6  Q    I think you lost me but let me see if I can get at it this

7  way.  There are improvements over time in the qualities of the

8  metals that are used in these tubes, right?

9  A    That's true.

10  Q    It's not a dramatic change in metallurgy, it's just minor

11  improvements that are made over time, right?

12  A    No, sir.  When you go from P1 material to a P5 material,

13  you're talking about a significant upgrade in material;

14  significant.

15  Q    And the reason that that's important to you -- you sat

16  forward there to tell me that.  The reason it's important to

17  you is because of the conditions inside these boilers, right?

18  A    The operational conditions, the heat transfer, all those

19  things play a part.

20  Q    For example, we have testimony in the record in this case

21  that the fire ball within that boiler can be as hot as

22  2,700 degrees; is that correct?

23  A    I'm going to say that that's probably correct.

24  Q    And the temperature of that water that we're turning into

25  steam inside those tubes can be as high as 1,000 degrees,

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-126

1  right?

2  A   Yes.

3  Q   And the steam pressure can be as high as 3,600 pounds per

4  square inch, right, Mr. Bradley?

5  A   Could be.  Each boiler has its own operating pressure

6  which will vary from job site to job site.

7  Q   And it's because of the conditions in the -- operating

8  conditions, as you say, in the boiler that it's important that

9  these welds be tested and checked and even x-rayed; isn't that

10  correct?

11  A   That's correct.

12  Q   Because the components in the boiler, no matter what the

13  exact number is, you and I agree that the components in that

14  boiler are subject to enormous stress; is that not true?

15  A   That's true.

16  Q   And the reason you talked to us about checking these welds

17  and x-raying things and testing things and certifying welders

18  is if it's not done exactly right, you're going to have

19  another outage at the weld; isn't that right, Mr. Bradley?

20  A   That's correct.

21  Q   In fact, in your experience, there have been circumstances

22  where there have been outages from the component you just

23  replaced because of a flaw or -- forget about because of a

24  flaw -- because of the way it was installed; is that correct?

25  A   That's entirely possible.

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–127

1  Q    I'm sorry, sir?

2  A    That's entirely possible.

3  Q    It's not only entirely possible.  It's happened in your

4  experience, hasn't it, sir?

5  A    One time that I can particularly testify to that that

6  indeed did happen.

7  Q    We've heard a lot about what will happen over time in

8  these boilers; and without getting too technical about it,

9  what we're concerned about here is leaks in these various tube

10  components in the boilers, right?

11  A    Okay.

12  Q    Is that true?

13  A    Yes.

14  Q    And there are –– I have heard said and I'll ask you if you

15  agree with me –– miles and miles of these tubes within the

16  boiler; isn't that true?

17  A    That's a good description.

18  Q    Sometimes if you have a leak in some of these tubes in the

19  boiler, you're going to have a forced outage, right,

20  Mr. Bradley?

21  A    That's right.

22  Q    And because there are thousands of components and parts

23  within the boiler and miles and miles of tubes, no one knows

24  exactly where the next forced outage is going to come from; is

25  that a fair statement?

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-128

1  A    That's a fair statement.

2  Q    In fact, any one of the thousands of components within the

3  boiler could cause an outage, right, sir?

4  A    I assume so.

5  Q    You talked about, if I heard you correctly, being called

6  out to respond to some utilities' forced outages; is that

7  correct?

8  A    Yes.

9  Q    Was that also a part of your regular employment over the

10 last decades?

11 A    Yes.

12 Q    I take it when that happened that you and your crews would

13 have to mobilize quite quickly; is that true?

14 A    That's true, yes.

15 Q    You guys would have to jump in the truck or the car and go

16 to wherever the boiler was you needed to work at, right?

17 A    Yes, sir.

18 Q    And the reason was -- is that those forced outages caused

19 by the ruptures or leaks in the tubes were in no way

20 predictable, right?

21 A    Yes.

22 Q    These forced outages occur on a fairly random basis.

23 Isn't that fair to say?

24 A    I'm not sure if that's totally accurate.  If we can back

25 up just a moment, boiler operators, in my history working in

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-129

1  the construction industry, have been able to tell us where

2  they're starting to begin to generate hot spots.  They know

3  there's going to be a leak there.  The units are online.

4  They're monitoring.  They're not going to take it off yet but

5  they know full well that there's going to be a failure there

6  sooner or later.  So what you just said isn't totally

7  accurate.

8  Q    Sure.  I mean the guys that run these boilers, the

9  engineers that live with these boilers day in and day out

10 certainly are aware where they're starting to have problems in

11 a particular area of the boiler, right?

12 A    Many times they do.

13 Q    Over the course of your career, I think diagnostic tools

14 have improved that allow people to x-ray or examine or I think

15 even do -- use sonogram or CAT scan-type technology to check

16 out these tubes; isn't that true?

17 A    Yes, they do that.

18 Q    And why do they do that?

19 A    To determine just how thin the material is getting.

20 They'll use either a mag particle test, x-ray, ultrasound,

21 things of that nature, and help them plan for future work to

22 identify areas that in the midst of a particular outage,

23 they'll say now we have this area over here we want to look

24 at, we want to do this also.

25 Q    That technology, I take it, sir, wasn't around when you

JOSEPH BRADLEY - DIRECT/LOFTON     Vol. II-130

1  first started as a welder in this industry; is that correct?

2  A    It wasn't in the field construction.  In the nuclear fab

3  shops it was, but in field construction, it was still pretty

4  primitive.

5  Q    The use of this technology -- again, I'll rely on your

6  recollection, but the use of this technology really became

7  prevalent in the '80s in these coal-fired boilers; isn't that

8  right?

9  A    I would say that's a good judge of time, yes.

10 Q    Now, with respect to predictions, you said people can be

11 sensitive to where the tubes are getting thin or where you

12 might be having problems, and I appreciate that; but the

13 specific question is when you finished the work you did on

14 Wabash 2, you guys cleaned up, got out of there and at some

15 point somebody turned on that unit; is that correct?

16 A    That's true.

17 Q    And at the moment somebody turned on that unit, nobody,

18 neither you nor the people operating the boiler, could predict

19 when the next forced outage was going to occur; isn't that

20 correct?

21 A    That's correct.

22 Q    And they couldn't predict what component within the boiler

23 was going to cause that first -- forced outage; isn't that

24 correct?

25 A    I would think so.

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-131

1  Q   And they couldn't predict how long that forced outage

2  would take; isn't that correct, Mr. Bradley?

3  A   That's true.

4  Q   And while we're talking about these forced outages, if

5  you're focusing again on the tube components and assemblies

6  that you walked us through during your direct testimony, if

7  you had a failure, a small leak, you could probably continue

8  to run the boiler if you wanted to, right?

9  A   They have done that in the past, yes.

10 Q   But at some point, if that leak gets bad enough, if that

11 tube –– you didn't see it but we saw some ruptured tubes.

12 You've seen some pretty ruptured tubes in your career I'm

13 sure, haven't you, Mr. Bradley?

14 A   Yes, I have.

15 Q   They have an expression for that when the tube blows out.

16 What's that called?

17 A   There's ladies present.

18 Q   I didn't hear it called anything that was obscene or

19 inappropriate.  So maybe I'm hanging around different

20 boilermakers than you, but we'll skip that and I thank you.  I

21 appreciate you for not blurting out anything that would have

22 gotten me into trouble with His Honor here.

23        Once you've got this problem in the tube, you can go

24 in with a boilermaker like yourself, or somebody else who has

25 the skills, and you can cut out and weld in a small section of

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–132

1  tube to replace whatever is called –– what has caused the

2  outage, right?

3  A    That's correct.  We call it a "Dutchman."

4  Q    And if you want to go a little bit further, you could, as

5  you suggested, look around the area, particularly calling upon

6  your experience with the operation of that boiler, and you

7  might look for other sections of tube in that area that were

8  either damaged by the leak or are getting thin; is that right?

9  A    That's typical SOP for boiler outages.

10  Q    And the maintenance guys at Cinergy and other utilities do

11  that all the time, correct?

12  A    No.

13  Q    You don't think so?

14  A    No.

15  Q    You don't think that there's anybody at the Cinergy

16  Corporation, say, back in 1992 who could go into a boiler and

17  evaluate those tubes?

18  A    I don't think they do it all the time.  The boiler outages

19  that I've been on, they generally rely on the contractor

20  because a lot of those areas, like in your boiler cavity, the

21  fire box, that requires either working off of swinging

22  stages ––

23  Q    Right.

24  A    –– which is an extremely dangerous situation, or if it's

25  long enough, scaffolding the entire throat of the boiler.

1  Now, if they do that, yes, I've seen their people scurrying

2  around visually inspecting, but the preponderance of the time

3  they leave it up to us.

4  Q    Fair enough.  And they leave it up to you, again, because

5  you guys have the expertise, right?

6  A    Yes.

7  Q    And you have the expertise because you go around the

8  country replacing these components and doing these boiler

9  repair projects all the time, right?

10 A    Boiler repairs, would you define that for me?  What are

11 you calling boiler repairs?

12 Q    I'll withdraw the question, sir.

13 A    Okay.

14 Q    You understand that whether you cut out a small section of

15 tube or do a larger component replacement is basically a cost

16 benefit analysis, right?

17 A    Um-hum.

18 Q    Let me ask you about this.  Has all of your work in this

19 industry been for Sterling Boiler Company?

20 A    No, it has not.

21 Q    I'm sorry if I missed that, sir.  Tell me what other

22 companies you've worked for in the boiler industry.

23 A    Babcock Wilcox, Combustion Engineering, Foster Wheeler,

24 J.M. Foster, Pullman-Kellogg, Black & Veatch.

25 Q    And all of those companies that you just rattled off are

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-134

1  in the same business, more or less, as Sterling; isn't that

2  correct?

3  A    Yes.

4  Q    All of those companies make a living going around doing

5  the same type of component replacement projects that you were

6  walked through in your direct examination, correct?

7  A    Not necessarily true anymore.  What happened back in the

8  '80s was for Sterling's niche -- they found a niche of the

9  Babcock Wilcox, Combustion Engineering, Foster Wheeler, J.M.

10 Foster, we'll talk about those four, they were so top heavy

11 with management, their overhead was too much to come in on

12 boiler outages.  There's not enough money there.

13      Some of the smaller contractors weren't big enough nor

14 had the expertise to be able to gather around them the

15 qualified personnel to do this work in a fashionable time.

16      Sterling Boiler began to develop a reputation as being

17 too big to be little, too little to be big.  They filled that

18 niche of being able to respond quickly.  So then you have

19 companies like Interfab out of Ohio, Industrial Contractors

20 out of Evansville, that tried to fill that niche in

21 competition against Sterling Boiler.  So not every boiler

22 outage could be manned by a large corporation like Babcock

23 Wilcox.

24 Q    Did you like working for the smaller companies better or

25 the bigger companies?

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–135

1  A    If they wrote the check, I liked working for them.

2  Q    I think you and I share a lot of common views here, sir.

3  A    It's all about keeping my wife happy.

4  Q    I've heard that one before, too.

5        Let's talk about Sterling for a minute.  How many ––

6  and again, can we just talk about the time period –– was it

7  1992 when you did that project at Wabash River?

8  A    Yes, uh-huh.

9  Q    In 1992, how many people worked at one time, I mean

10 literally in the field –– let's forget about the management

11 guys, how many guys were out in the field working for Sterling

12 at any one time?

13 A    That would be hard to say because not every job required

14 boilermakers.  They had departments, Iron Workers, Pipe

15 Fitters, electrical, refractory had become a big division in

16 Sterling.  It would be hard for me to tell you because I

17 wasn't involved as quality control in those departments unless

18 it required code welding.

19 Q    In the construction industry sometimes, Mr. Bradley, I've

20 noticed that companies will staff up for a job ––

21 A    Um-hum.

22 Q    –– rather than keeping a lot of men and women on the

23 payroll at all times.  Is it that way in the boiler industry,

24 too?

25 A    Are we talking about companies the size of Sterling Boiler

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-136

1  or everybody in general?

2  Q    Sterling Boiler.  Let's talk about them for a little bit.

3  A    Sterling Boiler is kind of like the Marine Corps.  They

4  just take a few good men.  Sterling Boiler, that's how they

5  become as good and efficient as they were.  They sifted, if

6  you will, various people within a trade to get the very best.

7  Then they required of all of us to wear multiple titles, if

8  you will.

9        So as far as staffing up, I cannot remember a time

10 where Sterling Boiler had a separate project manager, a

11 separate superintendent and a separate general foreman.  That

12 individual usually wore three hats, so staffing up would be

13 kind of an overstatement there.

14 Q    I appreciate you enlightening me.  How many jobs could

15 Sterling Boiler do at a time when we talk about jobs of the

16 size of this super heater replacement?  Did they just do one

17 at a time or were there occasions where you knew them to be

18 doing two or three or four or more at a time?

19 A    There could be occasions where there would be three major

20 jobs at a time; but most of the time, it might be one major

21 outage and multiples of smaller ones.

22 Q    I just want to ask you, you've rattled off some names

23 here, and I confess I can't keep track of them, but the

24 companies that were in the same basic line of business as

25 Sterling Boiler included Babcock; is that correct?

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–137

1  A   Yes.

2  Q   And I think you said Combustion Engineering; is that

3  correct?

4  A   Correct.

5  Q   Foster Wheeler?

6  A   Yes.

7  Q   ABB Combustion Engineering, Inc.?

8  A   Yes.

9  Q   Freitag ––

10 A   Freitag.

11 Q   Freitag-Weinhardt, Inc., correct?

12 A   Yes.

13 Q   Riley Stoker Corporation?

14 A   That's correct.

15 Q   BW –– BMW Constructers, Inc.?

16 A   Yes.

17 Q   That's not the car company?

18 A   I ride one, but no.

19 Q   Kennedy Tank and Manufacturing Company?

20 A   Yes.

21 Q   And did I miss any?

22 A   I'm sure there is, but I mean I was focusing on the names

23 that you were giving me.

24 Q   All these companies are, to use your phrase, making a

25 living going around doing these –– either responding to forced

JOSEPH BRADLEY – DIRECT/LOFTON   Vol. II-138

1  outages or doing these major component replacements, correct?

2  A   Not necessarily.  Again, Freitag-Weinhardt, predominantly

3  pipefitting outfit out of Terre Haute, Indiana, are they not?

4  Their boiler experience is pretty limited.  Kennedy Tank, they

5  tried very hard to be competitive against Sterling Boiler.

6  They never were a serious threat.

7  Q   You're talking about who's good in the industry?

8  A   No.  I'm talking about capabilities of doing this type of

9  work.

10 Q   Didn't those two companies you just mentioned bid against

11 you guys at Sterling for the Wabash River job?

12 A   And guess who got the contract?

13 Q   You guys did.  That doesn't mean they're not in the

14 industry, though?

15 A   They are in the industry, but again, different companies

16 specialize in different things.

17 Q   Was Sterling also in the business of doing a new boiler

18 construction or were you guys solely in the repair and

19 replacement business?

20 A   To my knowledge, Sterling was never financially in a

21 position to tackle a job of that size.

22 Q   How would you describe the companies we're rattling off,

23 whether in your view they're real competitors or pretenders?

24 What is that industry called?  Is that just called

25 boilermakers in your view?

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-139

1  A    No.  Boilermakers is a trade, like millwrights.

2  Q    How would you refer to these companies?

3  A    Four big companies, Babcock Wilcox, Combustion

4  Engineering, Foster Wheeler, Riley Stoker, those were boiler

5  fabricators and erectors.  Sterling makes its bread and butter

6  on repairs, much smaller projects than those four companies

7  would even think about.

8  Q    But they were bidding against you on a regular basis to do

9  these component replacement projects, weren't they?

10  A    I can't really testify they were actually bidding against,

11  but I do know that -- I'm trying to remember the name of the

12  firm out of Texas that tried to bid against Sterling a number

13  of times; were totally unsuccessful.  When you're too top

14  heavy with management, your overhead prohibits you from being

15  anywhere near competitive.

16        That's why Sterling and a few contractors about their

17  size were so effective.  They were very good at what they did

18  and it was very cost effective to the client.

19  Q    You can confirm for the ladies and gentlemen of the jury,

20  though, that in the time period we're talking about here,

21  during your lifetime in this industry, there is a whole

22  industry that exists that helps utilities to replace and

23  repair components, including these kind of tube components; is

24  that correct?

25  A    That's true.

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II-140

1  Q   Part of the reason this industry exists is that it became

2  enormously costly to build new coal-fired generating units;

3  isn't that right?

4  A   I suppose.

5  Q   You had, if I understood your testimony correctly, 40 to

6  50 people on this job at Wabash River 2.  Is that about right?

7  A   I think -- I said it could have been that many.  Total

8  numbers, accurate numbers escape me.

9  Q   16 years ago.

10  A   That's a long time.  I've slept since then.

11  Q   I can't remember what I had for lunch yesterday, so I'm

12  not blaming you for your lack of precision recollection here;

13  but you were describing to us not only a number of people on

14  the job, but a number of people on the job who had fairly

15  specialized skills.  Isn't that right?

16  A   That's true.

17  Q   And companies such as Sterling Boiler exist to provide the

18  skills to do these kind of component repairs and replacements

19  for the electric utility industry, right?

20  A   Yes.

21  Q   And they developed that expertise and that skill by doing

22  these kinds of projects over and over again, right?

23  A   This type of project we're talking about here?

24  Q   Yes.

25  A   This comes about once in a great while.  The preponderance

JOSEPH BRADLEY – DIRECT/LOFTON    Vol. II–141

1  of their work, again, was responding to the needs of a client

2  on a forced outage or something of much, much smaller scale.

3  Q    I understand there's more forced outages than there are

4  high temperature finishing super heater replacements, right?

5  A    True.

6  Q    You yourself, sir, unless I misunderstood you, said that

7  you had worked on somewhere between 25 and 40 super heater

8  replacements during your career?

9  A    Sure.  Over the course of -- if you go coast to coast,

10  border to border, where I've been from Delaware to Los

11  Angeles, it's easy to see where that kind of work can be done

12  in any one individual's career.  Heel arc welders, very good

13  heel arc welders are in high demand.  They were then when I

14  was under the hood.  They are now.  That's how I acquired the

15  work when I would run from border to border telling

16  independent locals I have the skills, I have the

17  certifications.  That's why I was employed and that's why you

18  would see me on jobs of this nature, but most of the work that

19  I was on, much smaller in degree, much smaller.

20  Q    What percentage of your work do you think was responding

21  to forced outages as opposed to the extensive component

22  replacement you just walked us through during your direct

23  testimony?

24  A    75 to 80 percent forced outage.

25  Q    Let me ask you this, if I can get this to work.  Here's a

JOSEPH BRADLEY - DIRECT/LOFTON    Vol. II-142

1  list of the projects at issue in this case.  And I just want

2  to see if I can ask you -- this first one, Beckjord 3, says

3  "super heater outlet tubes."  Can you read that?

4  A   It's fuzzy.  I need to see the optometrist.

5  Q   Hang on a second.  I think I'm making it worse, aren't I?

6  How's that?  Can you read that (indicating)?

7  A   It's okay.

8  Q   Let me just ask you this one.  Have you worked on super

9  heater outlet tubes?

10  A   I'm sorry?

11  Q   Have you personally worked on super heater outlet tubes?

12  A   Yes, I have.

13  Q   Have you worked on secondary reheater outlet tube headers?

14  A   Yes.

15  Q   If we went down the list of components in this case,

16  you've worked on basically all of them, right, sir?

17  A   I'm a boilermaker.

18       MR. HOPSON:  Thank you for your testimony today, sir.

19  I appreciate it.

20       THE WITNESS:  Thank you.

21       THE COURT:  Redirect?

22       MR. LOFTON:  Yes, Your Honor.

23                **REDIRECT EXAMINATION**

24  BY MR. LOFTON:

25  Q   Mr. Bradley, Mr. Hopson was talking about the number of

*BRADLEY – REDIRECT / LOFTON*      Vol. II-143

1  components in a boiler, and I think he got his terminology

2  mixed up.  Are components the same thing as tubes?

3  A    It's a matter of semantics.  When he said "components,"

4  I'm thinking okay, we've got water wall tubes, front, rear and

5  side water wall.  We have the primary super heater, secondary

6  super heater, the reheat section, economizer section.  I's a

7  term that's generic that's used in the industry.

8  Q    What do you call a finishing super heater?  What is that?

9  A    That's an integral part of the boiler itself.  It is one

10  of the last parts of where the hot steam travels through

11  before it exits and goes towards the turbine.

12  Q    Is it fair to call that a component?

13  A    Yes.

14  Q    A major component?

15  A    Absolutely.

16  Q    Are there thousands of components in the boiler that are

17  as big as the super heater that goes the whole length of this

18  courtroom?

19  A    I would say there's hundreds.  I'm not sure about

20  thousands, if I understand your question right; but yes, it

21  will list in the hundreds, maybe approaching a thousand.

22  Q    Now, are you familiar with the term "availability"?

23  A    Yes, sir.

24          MR. HOPSON:  Objection, Your Honor, beyond the scope.

25          MR. LOFTON:  This is exactly what he was getting to

BRADLEY – REDIRECT / LOFTON        Vol. II–144

1  with his questions.

2          MR. HOPSON:  I didn't ask a single question --

3          THE COURT:  I don't think so.  I'll sustain that

4  objection.

5  BY MR. LOFTON:

6  Q   Now, Mr. Hopson was asking you questions about forced

7  outages and when components are replaced about whether or not

8  you can predict when a major component is going down.  If a

9  major component is old and it's wearing out and it is showing

10  a trend of frequent outages that's causing forced outages over

11  time, would you expect that trend to continue if you don't

12  replace the component?

13  A   Absolutely.

14  Q   Would you expect the trend to get worse?

15  A   Yes.

16          MR. LOFTON:  Thank you very much.

17          THE COURT:  Anything else?

18          MR. HOPSON:  No, Your Honor.  I just want to thank

19  Mr. Bradley again.

20          THE COURT:  Thank you, sir.  You may step down.

21  Don't forget my microphone.

22          THE WITNESS:  Thank you, Your Honor.

23          MR. LOFTON:  Your Honor, is Mr. Bradley released?

24          THE COURT:  Yes, he is.

25          MR. BROOKS:  Your Honor, may I have permission to

*BRADLEY – REDIRECT / LOFTON*    Vol. II–145

 1 exit the well and walk the witness out?

 2         THE COURT:  You may.

 3         Your next witness?

 4         MR. LOFTON:  We call Alan Michael Hekking.

 5         MS. HIMMELHOCH:  Your Honor, may I approach?

 6         THE COURT:  Yes.

 7     **ALAN MICHAEL HEKKING, PLAINTIFFS' WITNESS, SWORN**

 8                 **DIRECT EXAMINATION**

 9         THE COURT:  You may inquire, sir.

10         MR. LOFTON:  Thank you.

11         MR. GREEN:  Your Honor, please?

12         THE COURT:  Yes.

13         MR. GREEN:  May Miss Thomson address the Court on

14 some preliminary objections to some of the exhibits?

15         THE COURT:  Well, let's wait until the exhibit gets

16 offered and then you can make your objection.

17 BY MR. LOFTON:

18 Q   Good morning, Mr. Hekking?

19 A   Good morning.

20 Q   Would you introduce yourself to the jury, please?

21 A   Yes.  I am Alan Michael Hekking.

22 Q   Where do you live, sir?

23 A   I live in central South Carolina, 135 Valley Drive.

24 Q   All right.  You're an engineer by training?

25 A   Yes.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–146

1  Q    Where did you get your college degree?

2  A    I graduated from the University of South Carolina in May

3  of 1970.

4  Q    What was your degree in?

5  A    Engineering, with a specialty in Energy Conversion.

6  Q    What is energy conversion?  Can you tell the jury what

7  that is?

8  A    Very simply, the equipment processes and thermodynamic

9  cycles that had to do with converting energy from one form to

10  the other.

11  Q    Now, you graduated in what year?

12  A    1970.

13  Q    1970?  Where did you go to work when you finished college

14  at the University of South Carolina?

15  A    My first job out of college was with the Tennessee Valley

16  Authority in Chattanooga, Tennessee, and I was immediately

17  assigned to the Paradise Steam Plant in southern Kentucky.

18  Q    Now, let's stop just a moment and let me ask you what the

19  Tennessee Valley Authority is.  What is that?

20  A    It is an electric utility and the majority of its service

21  area is Tennessee, but they go into southern Kentucky,

22  northern Mississippi and northern Alabama.

23  Q    Does the Tennessee Valley Authority part of the federal

24  government?

25  A    Yes, they are a federal agency.

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-147

1  Q   How long did you work for the Tennessee Valley Authority

2  or I'm going to abbreviate it TVA?

3  A   21 1/2 years.

4  Q   When did you leave?

5  A   I left in December of 1991.

6  Q   Did you work at coal-burning power stations owned by the

7  Tennessee Valley Authority during that 21-year period?

8  A   Yes, I did.  I worked at a number of them.

9  Q   What I would like you to do is briefly walk the jury

10 through your career at the Tennessee Valley Authority and tell

11 them what your experience is in maintenance, operations,

12 supervising and managing coal-burning power plants.

13 A   All right.  As I first stated, I started at the Paradise

14 plant in southern Kentucky.  My job there as a new engineer

15 was basically -- well, I was assigned to the Maintenance

16 Department.  My job was to write reports, order parts, follow

17 work that the crafts people were doing as far as the status

18 and report back to supervisors, correspondence, those sorts of

19 things.  The first year or two was basically a training

20 experience.

21        MR. HOPSON:  Your Honor, I don't mean to interrupt

22 the examination, but I'm having a little difficulty hearing.

23        THE COURT:  Yes.

24 Q   Is that better?  Let's try it.

25 A   Hello?  Test?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-148

1          THE COURT:  Just a minute.

2          MR. HOPSON:  We're reading you.

3    BY MR. LOFTON:

4    Q    What was the name of the plant you worked at first?

5    A    Paradise Steam Plant.

6    Q    The Paradise Steam Plant was located in what state?

7    A    Southern Kentucky; Muhlenberg County, Kentucky.

8    Q    How long did you work at that plant?

9    A    I left there in about the middle of 1974.  And from there

10   I went to our central maintenance offices in Chattanooga.  I

11   was assigned primarily to the nuclear maintenance group at

12   that time.  TVA's nuclear program was starting up and I spent

13   most of that time at their operational nuclear plants.

14   Q    How long were you there?

15   A    About two years, 18 months to two years, somewhere in that

16   time frame.

17   Q    All right.  When you left the nuclear program, where did

18   you go?

19   A    I went back into the fossil program.  My next job was I

20   was assistant maintenance supervisor at the Widow's Creek

21   Fossil Plant which is in north Alabama.

22          COURT REPORTER:  I'm sorry, Widow's Creek?

23   A    Widow's Creek.

24   Q    Widow's creek, was that a coal-burning power plant?

25   A    Yes, it is.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-149

1  Q    You used a term "a fossil plant."  What does that mean?

2  A    They burn fossil fuels, that being coal, oil.

3  Q    Did Widow's Creek burn coal?

4  A    They were a coal-burning plant, yes.

5  Q    What was your job at the Widow's Creek Power Station?

6  A    That plant was two structures.  Units 1 through 6 -- there

7  were eight electrical generating units at that plant.  1

8  through 6, the older part of the plant was separated from 7 to

9  8, the newer part of the plant.  I was the assistant

10 maintenance supervisor at 7 and 8.

11 Q    What were your duties as the assistant maintenance

12 supervisor at the Widow's Creek Power Station?

13 A    I was responsible for supervising the day-to-day

14 activities of the maintenance staff there, the craftsmen that

15 performed the maintenance on those two units.

16 Q    What years did you work?

17 A    I went there in late '76 and left there, I believe, in

18 early '77.  So I was there maybe six months.  I wasn't there

19 very long.

20 Q    Where did you go after you left?

21 A    From there, I went to the Johnsonville Steam Plant, a

22 fossil plant, which is located in middle Tennessee about

23 halfway between Nashville and Memphis.

24 Q    What was your job there?

25 A    I was the mechanical maintenance supervisor.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-150

1  Q    So you got a promotion?

2  A    I got a promotion, yes, sir.

3  Q    Is that a coal-burning power plant?

4  A    That was a coal-burning power plant, and they had 10

5  coal-burning electric generating units at that plant.

6  Q    Ten separate generating units?

7  A    That's correct.

8  Q    So each separate unit generates electricity on its own?

9  A    That's correct.

10 Q    All right.  What were your duties and responsibilities

11 while you were the maintenance supervisor at the Johnsonville

12 plant?

13 A    Basically, I was the department head, reported directly to

14 the plant manager.  I had some assistant supervisors under me,

15 a foremen and, of course, the -- probably a permanent staff of

16 about 180 craftsmen.  And I was responsible, of course, for

17 budgetary matters, planning, most of the hiring and firing and

18 personnel practices, planning for outages, those sorts of

19 things.

20 Q    So you were responsible for maintenance for all 10 units?

21 A    That's correct, yes.

22 Q    How many --

23 A    Mechanical maintenance.

24 Q    How many were in your maintenance staff workforce

25 approximately?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–151

1  A   I remember having like I said about 180 permanent; but as

2  the work ebbed and flowed, we would hire what we called hourly

3  people out of the union halls and we would supplement our

4  workforce.  If there was a lot of work going on, I could have

5  as many as 3– or 4– or 500 people.

6  Q   How long were you at the Johnsonville plant as the

7  supervisor for the maintenance staff?  Again, this is a TVA

8  plant, right?

9  A   Yes.  I went there, like I said, in '77 and I left there

10 in 1982.

11 Q   So you were there about five years?

12 A   About five years.

13 Q   When you left, where did you go?

14 A   From there, I went to the Allen Fossil Plant, again, a TVA

15 plant, and it's located in Memphis on the Mississippi River.

16 Q   Did you get a promotion?

17 A   Yes.  I went to the Allen plant as the assistant plant

18 manager.

19 Q   What were your responsibilities as the assistant plant

20 manager at the Allen plant?

21 A   My direct supervisor was the plant manager; and I took my

22 assignments from him.  He expected me to, how shall I say,

23 keep up with the day–to–day operation of maintenance of that

24 facility.

25         We had a number of department heads; and they reported

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-152

1  to me and I had a staff meeting, keep up with what's going on.

2  Of course, I was responsible for the overall plant budget,

3  safety, and again personnel matters, all those sorts of

4  things.

5  Q    Again, this was a coal-burning power plant?

6  A    Yes.

7  Q    How many separate generating units did the Allen plant

8  have?

9  A    The Allen plant had three coal-burning steam electric

10 generating units.

11 Q    And how many employees were employed there?

12 A    When I went there in '82, I believe I had -- 256 is the

13 number that comes to mind.  During the years I was there, we

14 went through some cutbacks and downsizing, I guess was the

15 term then.  So I had maybe 200 to 210 when I ultimately left

16 that plant.

17 Q    How old was the Allen plant when you went there?

18 A    It started up in the time frame of '56 to '58.

19 Q    So when you went there in '82, it was how old?

20 A    27 -- 26, 27, 28 years old, somewhere in that time frame.

21 Q    You were the No. 2 guy at the Allen plant when you went

22 there in 1982?

23 A    That's correct.

24 Q    How long were you the assistant plant manager?

25 A    Until 1988.  The incumbent plant manager retired and I was

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-153

1   promoted into his position.  So I became the plant manager in

2   1988.

3   Q    So just so we're clear here, the plant manager is -- he's

4   the head guy at the plant?

5   A    That's correct.

6   Q    He runs the plant?

7   A    That's correct.  My supervisor was 350 miles away.

8   Q    So were you ultimately responsible for all operations and

9   maintenance at the Allen plant during your years as the plant

10  manager there?

11  A    Yes, I was.

12  Q    Now, you said you were there 21 1/2 years.  You were the

13  plant manager until what year?

14  A    I took an early retirement from TVA at the end of 1991;

15  December of 1991.

16  Q    Now, during your years at the Allen plant, this would be

17  1982 through 1991, so you were there about nine years?

18  A    Yes.

19  Q    All right.  Can you describe for us what the condition of

20  the Allen plant was?

21  A    It was in poor condition.  The Allen plant was somewhat of

22  an unusual feature in the TVA system.  It was the only plant

23  that TVA operated that actually belonged to the City of

24  Memphis.

25          TVA operated that plant under a lease agreement until,

ALAN MICHAEL HEKKING − DIRECT/LOFTON Vol. II−154

1  I believe, 1985.  During my tenure at the plant, we actually

2  took ownership.  So up until that time, there was I think −−

3  there was a reluctance to spend the types of maintenance money

4  that the plant really required.  So it was in poor condition

5  when I got there.

6  Q   Now, were you involved in supervising or managing what are

7  called "capital improvement projects" at the Allen plant?

8  A   Yes.

9  Q   Let me take one step back.  While you were at the

10 Johnsonville plant, did you observe major capital improvement

11 projects at the Johnsonville plant?

12 A   Yes, I did.

13 Q   Are you familiar with the term "life extension"?

14 A   I am.

15 Q   Did TVA have a life extension program?

16 A   Yes, they did.

17 Q   Very briefly, we're going to talk about life extension

18 more in detail later; but can you briefly explain what life

19 extension was at TVA within the Tennessee Valley Authority?

20 A   Yes.  It was a −− I'll say a strategy that began to be

21 discussed and considered in the early to mid 1980s.  How shall

22 I say, the purpose of the strategy, the reason for the

23 strategy −−

24      MR. GREEN:  Your Honor, excuse me, if I may.  I don't

25 see the relevance of what TVA thought life extension was.  I

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-155

1  don't think it bears on the issue in this case.

2       THE COURT:  I'll entertain the testimony on what TVA

3  thought life extension was.  Go ahead.

4  A   Let me go back just a little bit.  One of the things

5  electric utilities do that's very important to their business

6  is they have to look ahead, long-term planning.  We're talking

7  10 to 20 years.

8       The reason for that is it takes awhile to create new

9  generation, build it, however you're going to go about it, as

10  they have to anticipate load growth, industrial growth, that

11  sort of thing, so they have a long-term planning program.

12      Part of that long-term planning program, TVA

13  recognized the fact that they had a lot of older coal burning

14  power plants and to -- how should I say -- anticipate future

15  growth, TVA had a large construction program that they

16  initiated, primarily nuclear.

17      Various problems with that expansion program which was

18  designed as I said to meet future generating needs, the

19  strategy that they started exploring was taking their older

20  plants, investing significant capital dollars in those plants

21  and making them run longer than they normally would run.  So

22  that was really the basis of the life extension program at

23  TVA.

24  Q   Were you involved in life extension program -- I mean,

25  life extension projects while you were at the Allen plant?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-156

1  A   Yes, I certainly was.

2  Q   Very briefly, can you describe your involvement with life

3  extension projects while you were either assistant plant

4  manager or the manager at the Allen plant, the plant manager?

5  A   As I said, when I went to the Allen plant in Memphis in

6  1982, it was in poor condition.  One of the directives I was

7  given when I went there was to make significant improvements.

8       The -- for lack of a better term, to keep it in common

9  terms, the plant was breaking down all the time.  We had a

10 hard time keeping it running.  We were not generating the

11 amount of electricity that the system needed.

12      So the primary directive that I got when I went there

13 was to improve the operation of that plant.  The capital

14 improvement projects -- major capital investments that were

15 made in that plant were the vehicle that I used to make those

16 improvements.

17 Q   Now, you just used another term.  You used the term "major

18 capital improvement."  What did that mean to you when you were

19 the assistant plant manager or the plant manager at the Allen

20 plant?

21 A   It was the --

22      MR. GREEN:  I'm going to object, Your Honor.  There's

23 no foundation for his testimony as to what "major capital

24 improvement" is.

25      THE COURT:  I said I think he can testify to what his

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–157

1  understanding was in the position he held at the time.  Go

2  ahead.

3  A   This was the –– how should I say –– the process that we

4  used –– when I say "we," I'm talking about plant managers and

5  corporate managers in TVA to –– well, that included, you know,

6  determining the scope of a project, what that project would

7  cost, a schedule for implementing that project, the approval

8  process.  So it was a process that we used to identify work

9  that needed to be done, how we were going to finance it.

10       Part of that process, of course, was a cost benefit

11 ratio.  You had to be able to show that the project was going

12 to pay for itself.  So that was the capital –– and out of that

13 came capital improvement projects.

14 Q   How do you distinguish between a major capital improvement

15 project and something that's not?

16 A   Well, as plant manager, obviously I had a plant budget.

17 That budget had two primary pieces, and we called it an O&M

18 budget, operations, maintenance.  So, you know, that paid the

19 salaries of the people.  It paid for the tools, the equipment.

20 It paid for all the sorts of things that it took me to operate

21 and maintain that plant on an annual basis.

22       The process I just previously described, the capital

23 improvement process, was different from that.  It was –– how

24 should I say –– more of a corporate program that operated

25 differently.  It was a different set of funds.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–158

1  Q    Okay.  Now, you told us that you retired from TVA in 1991?

2  A    Yes.

3  Q    Do you have any experience in air pollution regulation?

4  A    Yes, I do.

5  Q    Tell us about that.

6         MR. GREEN:  Your Honor, I object.  I would like to

7  approach.

8         THE COURT:  Okay.

9    *(A bench conference was held on the record.)*

10        MR. GREEN:  This witness is being called as an expert

11 on RMRR, routine maintenance, repair and replacement.  Now --

12 references to pollution and pollution control basically in a

13 sense are excluded except for the limited scope that you've

14 allowed it.  I don't know where this is going but --

15        THE COURT:  Where is this going?

16        MR. LOFTON:  Simply his job background, the context.

17        THE COURT:  Yes, and then what else is he going to

18 say?

19        MR. LOFTON:  He's going to describe his experience

20 regulating the Allen plant.

21        THE COURT:  Well, which is what?

22        MR. LOFTON:  He was an air regulator employed by

23 Memphis Shelby County in the local agency and he was

24 responsible for air compliance.

25        THE COURT:  That's fine if he talks about what he had

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–159

1  to do with air compliance, but I don't believe it's fine for

2  him to testify about all the details of what he was doing.

3          MR. LOFTON:  No, sir.

4          THE COURT:  That's what he was doing.  He did air

5  compliance and then we get on to the next thing.

6                    *(In open court)*

7          You may proceed, sir.

8  BY MR. LOFTON:

9  Q   Mr. Hekking, you have experience in air pollution

10  regulation?

11  A   Yes, I do.

12  Q   Briefly tell us what your job was.

13  A   In August of 1994, I took a job with the Memphis Shelby

14  County Health Department.  Part of that health department was

15  the air pollution control division.  I took a job as a

16  supervisor in the air pollution control group.

17  Q   All right.  At that point, did you become familiar with

18  the requirements for the Clean Air Act for stationary sources?

19  A   With considerable study, yes, I did.

20  Q   Were you familiar with the Clean Air Act requirements for

21  stationary sources such as a power plant when you worked at

22  TVA?

23  A   No.

24  Q   So in 1994, this was the first time you became familiar

25  with the Clean Air Act and the requirements for stationary

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–160

1  sources like power plants?

2        MR. GREEN:  Objection, leading, Your Honor.

3        MR. LOFTON:  I can rephrase --

4        THE COURT:  I guess that is a leading question but it

5  was a wonderful leading question.

6        MR. LOFTON:  Well, I can try it again and make it

7  more wonderful.

8        THE COURT:  Try it again.

9  BY MR. LOFTON:

10 Q   Let's see if I can back up.  When did you first become

11 familiar -- let's go back to that -- with the regulations for

12 the Clean Air Act?

13 A   When I took the job with the health department and the air

14 pollution control group, that was my first and primary task

15 was to learn the regulations.

16 Q   Did you have any previous experience with air pollution

17 regulations prior to taking that job at the Memphis Shelby

18 County Health Department?

19 A   I did not.

20 Q   Now, you worked for Memphis Shelby County Health

21 Department; is that right?

22 A   That's correct.

23 Q   Was the Allen plant, where you were the plant manager, was

24 it in your jurisdiction as an air regulator?

25 A   It was.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-161

1  Q   So you've told us about your experience in operation

2  maintenance of power plants and you also had experience in air

3  compliance involving power plants?

4  A   Yes.

5  Q   Now, did the local agency that you worked for, the Memphis

6  Shelby County Health Department have any interaction with the

7  Environmental Protection Agency?

8  A   Yes.  Very simply put, they oversaw our program.  We

9  interfaced with them on a regular basis.  Like I said, they

10 oversaw our program.

11 Q   All right.  During the time that you were employed by the

12 Health Department, did you have any special assignments?

13 A   Yes.

14 Q   Could you tell us about that, please?

15 A   In 1997, I took a special assignment.  I was loaned to

16 EPA.

17 Q   What do you mean you were "loaned" to EPA?

18 A   Detailed to EPA.  EPA, I'm sorry.  Well, let me give you

19 little details.  In 1997, I began talking to the EPA people,

20 and shortly thereafter, in early 1998, I accompanied EPA

21 inspectors on compliance inspections of coal-burning power

22 plants, I'll say all over the eastern half of the United

23 States.

24 Q   Let's back up one step and let's ask you about how you

25 came to take that assignment with EPA.  How did that happen?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–162

1  A   My supervisor at the health department was what was called

2  the "air directer" for that area, and they had regular

3  meetings with EPA.  We were in EPA's Region 4.  So there were

4  regular meetings with air directors from the other states and

5  areas.

6       During one of those meetings in 1997, there were, I

7  guess, conversations or presentations made about an upcoming

8  EPA effort, if you will, where they were going to look at

9  compliance of coal–burning power plants.  So my supervisor, of

10  course, knowing my background offered my assistance to EPA.

11  Q   So you went to work for EPA briefly on a detail or on an

12  assignment.  What years was that?

13  A   We talked some in 1997, but the actual work began early

14  1998.  I went with EPA engineers, I remember about 15 power

15  plants.  Like I said, they were from Florida to Pennsylvania,

16  the eastern half of the United States, about 15 plants in a

17  year and a half's time.

18  Q   So you went to 15 coal–burning power plants in about a

19  year and a half's time?

20  A   That was my recollection.

21  Q   What was your role in accompanying the EPA inspectors?

22  A   My primary role was with my background, I knew

23  coal–burning power plants, how they operated, how they were

24  maintained, how they were staffed, how they were budgeted, how

25  they kept records.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–163

1          You know, I pretty well knew coal-burning power

2    plants.  As they went in, I was of assistance to them in

3    whatever area that they needed assistance in.

4    Q   What did you get to see when you inspected these 15 power

5    plants across the eastern seaboard?  Typically, what did you

6    see?  Did you see the operation and maintenance?

7    A   Well, yes.  I guess the inspections were basically broken

8    into two parts.  We would tour the plant, you know, see the

9    equipment, go through coal handling, just basically look at

10   the plant and the equipment, go through the control rooms.

11         The second part of the inspection was a document

12   review.  We would request certain documents and we would

13   review those documents.

14   Q   Okay.  Now, you're not still on the detail with EPA?

15   A   No.

16   Q   Are you still with the health department?

17   A   No.

18   Q   When did you leave the health department?

19   A   I left the health department in -- I think it was the last

20   day of June 2001.

21   Q   You said you live in South Carolina.  Did you move from

22   Memphis to South Carolina?

23   A   I did.

24   Q   Why did you move to South Carolina?

25   A   Oh, a number of factors, but basically I grew up in South

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-164

1  Carolina.  So in a manner of speaking, I was going home.  I've

2  still got brothers and sisters that live there.  I've also

3  got -- one of my sons is now working there and he's got a

4  family.  So basically, I moved there to retire.

5  Q   Okay.  Now, you're testifying as an expert witness today;

6  is that right?

7  A   Yes.

8  Q   Have you served as an expert in other cases?

9  A   I have.

10 Q   Have you been qualified as an expert witness in other

11 cases involving air pollution at power plants?

12 A   I have.

13 Q   How many times?

14 A   I'm not sure the terminology is right, but I was certified

15 as an expert witness in the Ohio Edison case in Federal Court,

16 and in the Illinois Power case in Federal Court.  I also

17 testified in the TVA Environmental Appeals Board case in 2000.

18 Q   Did that involve the Tennessee Valley Authority?

19 A   It did.

20 Q   Now, did you testify for EPA or for TVA?

21 A   I testified for EPA.

22 Q   Now, are there other cases that you've been involved in

23 that didn't go to court?

24 A   Yes.

25 Q   How many -- what's the range of cases you've been involved

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–165

1  in?

2  A    About 10.

3  Q    So 10 overall, and these are air pollution alleged

4  violations of the Clean Air Act?

5  A    Yes.  10 overall including the three I just mentioned.

6  Q    Did they all involve power plants?

7  A    Yes.

8  Q    All right.  Now, you said you retired.  Are you doing any

9  other consulting work or any other work at all other than your

10 work as an expert witness?

11 A    Well, I bought some property.  I've got a lot of homework,

12 which occupies a good bit of my time, but this is the only

13 paid work that I do, yes.

14 Q    Now, Mr. Hekking, we've heard about your expertise in

15 operating and maintaining coal-burning power plants and that

16 you're going to testify as an expert witness today.  Can you

17 generally, but briefly, tell us what your testimony is going

18 to be about?

19 A    Yes.

20        MR. GREEN:  Your Honor.  I object to a summary of

21 testimony.  I think they should proceed by Q and A and by a

22 summary.

23        THE COURT:  If he can give us a general notion of his

24 testimony, just tell us the areas.

25        MR. LOFTON:  That's all I'm asking, Your Honor.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-166

1      THE COURT:  He can answer that.

2  Q   Just generally tell us the areas.

3  A   I'll be brief.  I'm going to testify about how

4  coal-burning power plants are operated and maintained, what

5  large capital improvement projects are, capital investments,

6  how Cinergy planned, executed these capital projects and how

7  these projects in most cases extended the lives of their

8  coal-burning power plants.

9  Q   All right, thank you.  What types of information have you

10 reviewed for this case?

11 A   Many Cinergy documents.  Also, depositions of Cinergy

12 employees and I'll say other technical literature and

13 technical manuals.

14 Q   All right.  Have you also -- have you visited any of the

15 plants that are at issue in this case?  You said you went on

16 15 inspections.  Have you been to any of the plants that we're

17 going to hear about during this trial?

18 A   Yes.  I visited all the Cinergy plants.  Just so I'm

19 clear, there's a difference between a compliance inspection

20 and a visit.  The Cinergy plants were a visit.

21 Q   All right.  And that would include the Beckjord plant?

22 You've been to the Beckjord plant?

23 A   I have.

24 Q   You've been to the Gallagher plant?

25 A   I have.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–167

1  Q    You've been to the Gibson plant?

2  A    Yes.

3  Q    The Miami Fort plant?

4  A    Yes.

5  Q    And the Wabash River plant?

6  A    Yes.

7  Q    Now, you've got two things up there in front of you.  Can

8  you tell us what you've got up there in front of you?

9  A    The first document or book, if you will, is my expert

10  report that I prepared in this case.  The other large volume

11  is –– contains all of the exhibits that I intend to use in my

12  testimony.

13  Q    Tell us why you've got the expert report up there.

14  A    It's difficult for me to remember all the dates and facts

15  and figures and details.  There's a lot of data.  So I'm sure

16  during the course of my testimony, I'm going to have to rely

17  upon this report for individual pieces of data.

18  Q    All right.  Now, again, you've spent some time telling us

19  about your experience in operating and maintaining

20  coal–burning power plants while you were employed at TVA.

21  Based on what you have seen during these inspections and your

22  experience at TVA, are –– is maintenance –– operation and

23  maintenance at coal–burning power plants done generally the

24  same way across the industry?

25  A    Generally, yes.  Yes.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–168

1  Q   So in your view, was the operation maintenance of the

2  plants that you visited that are at issue in this case –– were

3  they generally maintained and operated the same way as the

4  plants that you worked at when you were working at TVA?

5  A   Yes.  Yes.

6  Q   Okay.  Now, I'm going to ask you to give us a tutorial

7  about the main parts and the equipment of a coal–burning power

8  plant so we can begin to understand that.

9         Have you prepared a visual aid to assist you in

10  explaining this part of your testimony?

11  A   Yes, I have.

12         MR. LOFTON:  Your Honor, I don't believe there is any

13  objection.  This is a demonstrative exhibit.  We would like to

14  show it to the jury at this time.

15         THE COURT:  You may proceed.

16  Q   Before we start, generally what does –– this is actually a

17  movie, is it not, a video?

18  A   It has no sound.  It's a series of images.  There are some

19  moving features about it so, yes, I'd call it a video.

20  Q   Or an animation?

21  A   Yes.

22  Q   Before we start, generally, what does it show?

23  A   It's a very simple model of a coal–burning power plant.

24  I'm going to show you the basic pieces, the large equipment,

25  and briefly describe to you what it does and how it goes about

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–169

1  making electricity.  Very simply on a generic basis.

2         MR. LOFTON:  Do you have a question?

3         MR. GREEN:  I don't know exactly what's coming, but I

4  think what's going to happen is that counsel is going to ask

5  the witness to essentially narrate in an ongoing narration --

6         THE COURT:  Is that what you're going to do or are we

7  going to play it and watch it?

8         MR. LOFTON:  I'm going to ask questions and he will

9  answer questions.

10        THE COURT:  You can stop and go back and forth.

11        MR. LOFTON:  We can stop as we go along.  We don't

12 have any way to stop it except for Jeff in the back here.

13        MR. GREEN:  If it's received by Q and A, then my

14 objection is not well taken, but --

15        MR. LOFTON:  That's my intention, Your Honor.

16        MR. GREEN:  -- if it's a narrative, then I would

17 object.

18        THE COURT:  We'll try question and answer.  That's Q

19 and A.

20 BY MR. LOFTON:

21 Q   Sir, briefly before we start, can you give us a preview of

22 what the jury is going to see?

23 A   As I said, it's very generic in nature.  It's not meant to

24 represent any particular plant.  In fact, I moved some of the

25 equipment around a little bit to sort of get it all in one

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-170

1  image, and I'm going to walk you through how the plant

2  operates.

3       You're going to hear from me a lot of different terms.

4  We're going to talk about economizers and super heaters.  So

5  I'm going to try to introduce you to those terms and what I'm

6  talking about.

7       MR. LOFTON:  All right.  Can we start the video, the

8  animation?

9       It doesn't seem to be working, Your Honor.  Might we

10 have a 5-minute break to see if we can get this working?

11      THE COURT:  Oh, we probably could take our next break

12 at this point.  Let's take about 15 minutes.

13      MR. LOFTON:  Thank you.

14      COURT CLERK:  All rise.

15           (*A recess was taken*.)

16      THE COURT:  You may be seated.  You may proceed, sir.

17      MR. LOFTON:  Thank you, Your Honor.

18 BY MR. LOFTON:

19 Q   I think we're all cued up.  Mr. Hekking, what have we

20 titled our animation here?

21 A   Boiler 101.

22 Q   All right.  Can we start the animation, please?

23      What do we see here, Mr. Hekking?

24 A   The basic components of a coal-burning power plant.

25 Q   What we're going to do is we're going to ask you to start

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-171

 1  at the coal pile and tell us what each major component of the

 2  boiler are.  Now, what has just happened in the movie here?

 3  A    I'm sorry?

 4  Q    What has just happened in the movie here?  Can you see the

 5  screen?  It's right there.  Sorry.

 6  A    On the left of the image, you see a representation of a

 7  coal pile.  There we've got it highlighted.  We've got a coal

 8  conveyor that conveys the coal from the pile up into the

 9  plant.  This is normally done on one to two shifts a day.

10  Inside the plants, you've got some storage, typically 24

11  hours' worth of coal is kept in the plant.

12  Q    What do we see the arrows being pointed to here?

13  A    I'm sorry.  I don't see an arrow.

14  Q    All right, we're going to go close in on the power plant.

15  What area of the power plant --

16  A    Let's pause it right there.  As I said, the coal comes

17  into the plant by conveyor.  Just underneath the top of the

18  conveyor, you see some cylindrical "silos" is what I call

19  them.  That's your daily coal storage for this one generating

20  unit.  I probably didn't say that to start with.  This is one

21  electric generating unit.  Typically plants have 2, 10, maybe

22  even 12 units just like this.  So I'm just showing one of

23  them.

24        The colored image, a little bit left of center, is the

25  boiler.  That's where you burn the coal.

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-172

1  Q    What's the area that's highlighted in green?

2  A    This boiler is a box for lack of a better term.  The box

3  is -- the four walls at the bottom, at the top, all of it's

4  made out of steel tubing.  In that steel tubing is water, and

5  we're going to talk about how that circulates through and is

6  heated up.  The boiler is the enclosure where the combustion

7  takes place and you have the transfer of energy.  The heat

8  from the burning of the coal heats the steam up -- heats the

9  water up and converts it to steam.

10  Q    All right.  Can we continue?  Now, what's being

11  highlighted at this point, Mr. Hekking.

12  A    The coal, silos, as I said, they fill them up daily.  The

13  coal drops out of the silos by gravity and you have

14  pulverizing equipment is what it's called. you grind the coal

15  up.  Ideally in these boilers, you want it as fine as you can

16  get it.  Basically it's talcum powder.

17  Q    Where does the coal go once it's turned into talcum

18  powder?

19  A    It goes through these pulverizers by gravity, it's

20  pulverized and then it's blown into a hot air stream.  You're

21  also heating it because you want to dry it and heat it.  It

22  burns better that way.

23        So you transfer this talcum powder coal on hot air and

24  you actually blow it into the furnace.  The -- how shall I

25  say, the mechanism that mixes the air in the coal in the

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-173

1  furnace are called the burners.  Burners basically mix air and

2  coal so that you get a good stoichiometric.

3        Man, I threw a big word in, I'm sorry.

4         COURT REPORTER:  I'm sorry?

5  A   Stoichiometric.

6        You've got to have a certain amount of oxygen to make

7  sure you've got complete combustion of the coal.  Obviously

8  you want to burn all of the coal.

9  Q   Where does the fire take place in the boiler?

10 A   Well, the boiler that was highlighted earlier is just a

11 large fire box.  Now, the fire itself actually is in the lower

12 part of the furnace; but as fires do, it rises like a chimney,

13 turns over and then turns back down.

14       In the process of moving through this boiler, the hot

15 gases heat up tubes.  We're going to see a lot of tubes a

16 little bit later, how they're laid out in these boilers.

17 Again, it's all part of the process of heating this water up

18 to steam; and ultimately most of the time, these power plants,

19 we're talking about a thousand degree temperature is the final

20 temperature of this steam.

21 Q   All right.  Let's continue.

22 A   You can see I've got the burners highlighted now.  It's a

23 little bit difficult to see but typically -- there we go.  You

24 can see the openings in the boiler walls, the walls being

25 represented in green here, and remember, these are steel

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-174

1  tubes.  So the entire closure -- enclosure where this fire is

2  going on is all steel tubes with water running in them.

3  Q   All right.  Let's stop it there just a minute here.  If

4  this courtroom were the boiler, where would the -- where would

5  the tubes be, the water wall tubes?

6  A   Everything they see.  All four walls, the roof; of course,

7  not many boilers have flat bottoms.  Most of them are sloped

8  so that the slag runs out the bottom.  But if you're inside a

9  boiler, everything you see is steel tubes.

10 Q   Okay.  Let's continue.

11 A   All right.  We saw the burners.  This one has burners on

12 the front and rear walls.  So it's blowing the cold and air

13 mix into the center of this boiler.

14         As I explained earlier, you've got this combustion

15 taking place.  It goes up, over, back down and then it leaves

16 the boiler.  It goes -- you can see the duct work highlighted.

17 Ultimately, it's going to go out to the stack and out into the

18 atmosphere.

19 Q   What do these arrows represent?

20 A   These arrows represent the flow direction of the air and

21 the combustion gases.  They go through the boiler.  You can

22 see how it goes up, over, down and then they go out -- this is

23 a -- the big blue box there is a pollution control device,

24 precipitator, and it takes the particulate out of it -- the

25 majority of the particulate out of the flue gas before it goes

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–175

1  out the stack.

2  Q   What is particulate?

3  A   Small particles, just very small particles.

4  Q   Now, let's talk about the path of the feed water and the

5  steam.  Where does it start, Mr. Hekking?

6  A   I'm starting here.  The big blue image in front is the

7  storage tank.  Right in front of it or to left of it is what

8  we call a boiler feed pump.  It pumps the water to this

9  boiler.  The water is circulating, and I'll describe basically

10 how that happens.  It goes in through all these -- these are

11 called water walls in the roof.  The term is water walls.  It

12 goes through all those tubes first.  That's relatively low

13 temperature.

14 Q   What's the first component that the water goes to in the

15 boiler?

16 A   The very first component is highlighted in the back and

17 it's called an economizer.  It's -- I'll say a bundle of tubes

18 like a coil of sorts.

19 Q   Stop it just a moment.  It's a bundle of tubes?  I'm

20 sorry?

21 A   It's a bundle of tubes in a coil arranged in such a

22 fashion that it's got openings.  They're spaced pretty close

23 together, and the hot flue gas flows over them and heats up

24 the water that's in the tubes.

25 Q   Where is the economizer located in the gas path?

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-176

1  A   Well, the hottest part of this boiler is right where the

2  flame is.  So as you move up, it starts cooling off because

3  you're absorbing some of the heat.  The further it moves down,

4  the cooler the gas gets.  So where the economizer is, I think

5  is your question, that is the coolest part of the boiler.

6  Q   Is that the first part of the boiler to receive the steam

7  or the water that's coming in?

8  A   Yes.  After the water circulates through the economizer

9  tubes, then it goes up to the steam drum.

10 Q   What is the steam drum?

11 A   The steam drum is highlighted in white up at the top.

12 It's just a large reservoir.  You're circulating this water,

13 and the reservoir is -- how shall I say -- a reservoir.  In

14 the top of this reservoir is our moisture separators.  You can

15 picture this reservoir maybe as a kettle.  You're heating it

16 up.  You're circulating the water through these fire zones.

17 It's getting hotter and hotter.

18      At the top, you have steam that boils off.  That

19 happens at the top of this drum.  There's water separators in

20 there to take the water droplets out, so you want a very dry

21 steam.  After you've made steam that's boiled out of the top

22 of this drum, it's got a lot more tube circuits it's got to go

23 through in this furnace because this water is probably about

24 650 -- this water is under a lot of pressure, so it's not

25 going to boil till 6-, 700 degrees.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–177

1          So the steam is coming out of this drum, 6- or

2   700 degrees, we're going to apply more heat to it, and as I

3   said, get it up to 1,000 degrees.

4   Q   All right.  Once it leaves -- once the steam leaves the

5   steam drum, where does it go?

6   A   It starts through the superheater sections.  That's why we

7   call them super heater sections.  Again, it's another series

8   of tube circuits in this furnace.  From this image, you can't

9   see it very well.

10  Q   What have you got highlighted here?

11  A   The green section I think I've already explained are the

12  walls, the total enclosure of this boiler.

13  Q   Do the -- does the steam go from the steam drum to the

14  water walls?

15  A   It circulates through the water walls to the steam drum,

16  back to the water walls, just a continuous circulation.  Out

17  of the top of this drum, you've got steam leaving.  It's

18  boiling off.  That steam goes over first to a set of tubes.

19  You can see it highlighted in yellow called the primary super

20  heater.  It picks up maybe 150, 200 degrees in the primary

21  superheater.  In the primary super heater, the steam then goes

22  to the secondary super heater.

23  Q   Let's stop just a minute and talk about terminology.

24  These are labeled "primary superheater" and WHAT we're going

25  to see HERE in a few seconds IS called "secondary

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–178

1  superheater."  Are those terms used uniformly throughout the

2  industry?

3  A    To a degree.  What –– have we paused?  We're paused

4  (indicating).

5        Each of the different boiler manufacturers sort of

6  likes to put his brand on it.  He might call it a finishing

7  super heater or a high temperature superheater or outlet super

8  heater.  So you're going to hear some different terms; but

9  that's largely the different manufacturers.  They put their

10  own names on it.

11        So I've used relatively generic names here, primary

12  superheater, secondary super heater.  But as we see these

13  other terminologies, I'll attempt to explain them.

14  Q    We're getting ready to see the –– let's start it again.

15  We're going to see the secondary super heater come up.  What's

16  another name for the secondary superheater?

17  A    Finishing superheater, high temperature superheater.

18  Q    How hot does the steam get in the secondary superheater?

19  A    This is the final section where this steam is heated.  So

20  coming out of this section of the boiler, 1,000 degrees.

21  Q    All right.  Where does the steam travel from the secondary

22  super heater?

23  A    From the secondary super heater, the steam now travels to

24  the high–pressure turbine where it's going to do work.  It's

25  going to give up some of its energy, give up some of its

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–179

1  pressure, some of its temperature making this turbine turn.

2        Once it goes through this high pressure turbine, as I

3  said, it's given up a lot of its temperature, a lot of its

4  pressure, a lot of its energy is gone.  We take the steam back

5  to the boiler and we heat it up again.  Obviously that is

6  called a reheater.  It's an efficient thermodynamic cycle.

7        The pressure is considerably lower, but you're going

8  to take this low temperature steam, you're going to heat it

9  back up to 1,000 degrees in the reheater.  Then it's going to

10 go back to the turbine, two more sections of the turbine here,

11 intermediate turbine, low pressure turbine.

12       Again, the steam is going to give up the last of its

13 energy through these two turbine sections and it's going to be

14 exhausted from the turbines.

15 Q    From the turbine, where does it go?

16 A    Underneath the turbine –– and we're certainly going to

17 hear more about these devices –– it goes to the condenser.

18 Q    What exactly is a condenser, just very briefly?

19 A    A big steel box with a lot of tubes in it.  River water

20 runs through the tubes and it cools the steam and it condenses

21 it.  Obviously it changes its form back to water.

22       This is what's called a regenerative cycle.  So the

23 water, steam, is used continuously.  You're just cycling it

24 all the time.  It's a continuous process.  So the condenser

25 changes back to water, goes to the storage tank and passes

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–180

1  back again.

2  Q    In Boiler 101 here, you've placed the condenser alongside

3  the turbines.  Is that correct?  Is it accurate?

4  A    Physically, no.  They're located underneath the turbine.

5  The steam, after it leaves the last stage of the turbine, it

6  exhausts through duct work directly down into the condenser

7  below it.

8  Q    From the condenser, where does the condensed water go?

9  A    It goes –– we start back over to the –– I'll call it the

10  feed water side, the tank where we started and the feed pump.

11  We're going to send it back to the boiler.  It's going to go

12  through the economizer first, and circulate through the water

13  walls, up to the steam drum, it's going to boil out.  It's a

14  regenerative cycle.  It's continuous.  You're heating up

15  water, the steam, doing work, condense it back.

16  Q    Is the water used over and over again?

17  A    Yes.

18  Q    What's the quality of the water in the boiler?

19  A    Because this is a continuous cycle, it's imperative that

20  this water be ultra clean, I mean ultra clean; the reason

21  being because it's leaving boiled steam, any impurities, any

22  solids that are in this water are going to be deposited out of

23  the boiler tubes, or in the drum, or somewhere in this boiler.

24  Over time, you can't have that happen.  It's going to create

25  some problems for you, corrosion problems, all kinds of

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–181

1  problems.  So the purity of this water is pretty extreme.

2  Q   Well, to finish the tutorial, from the generator –– I'm

3  sorry –– from the turbines, where does the steam go?

4  A   Well, the steam is exhausted from the turbine.  We've

5  finished –– the last piece of equipment you see highlighted

6  here, sort of –– we'll call it a peach –– is the generator.

7       The easiest way to think of it is the opposite of a

8  motor.  A motor, you know, you plug it in the wall, you

9  provide electricity to it and it turns a fan or some piece of

10  equipment.

11       A generator is the opposite.  You hook a turbine to it

12  and you turn a generator and you've got electricity coming out

13  the other end.  So the easiest way for you to think about it

14  is it's the opposite of a motor.

15       Obviously you've seen the distribution lines from the

16  generator.  It goes out to a distribution system, ultimately

17  to homes and businesses that consume the electricity.

18  Q   All right.  Thank you.

19       All right.  We can turn that off now.  Thank you,

20  Jeff.

21       Now, let's change topics for a few minutes here and

22  talk about maintenance at a power plant.  Do power plants need

23  regular maintenance?

24  A   Yes.  Yes, they do.

25  Q   Who typically does the types of regular or prescribed

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–182

1  maintenance that's done on a regular basis at a power plant?

2  A    Well, the plant has a staff.  You know, various

3  departments.  You have people that operate it.  You have

4  people that maintain it, depending upon the size and the

5  requirements.

6       It could run anywhere from 50 to several hundred

7  people depending on the size of the plant.  But you'll have

8  all the skills that you need, boilermaker skills, which would

9  include metal fabrication, forming, and of course, a lot of

10 welding.

11      You're going to have pipe fitter skills which

12 typically are going to be piping systems and valves, that sort

13 of equipment.

14      You're going to have a lot of miscellaneous crafts,

15 carpenter skills, insulator skills, even painting, sheet

16 metal, some of those sorts of things.  Of course, you're going

17 to have the basic mechanics that can tear a pump or a fan or a

18 gear box or something down, inspect it, repair it, put in new

19 parts, whatever and put it back together.

20      So you're going to have a pretty broad base of skills

21 that are required to keep that plant running.

22 Q   Now, this case is mostly about the boiler at a power

23 plant, and in two cases, the condensers.  So let's focus right

24 now on the boiler.  Who does the maintenance on the boiler at

25 a power plant?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–183

1 A    Well, I'm sort of old school.  I still think in terms of

2 boilermaker skills, but mechanics, there's different

3 classifications.  The big part of it is welding and

4 fabrication of metal parts.

5 Q    Now, let's get our terminology straight before we go any

6 further.  When you use the term "maintenance," what do you

7 mean?

8 A    I would say it's those activities that are necessary to

9 keep the plant running doing its intended function in its

10 current condition.

11 Q    Now, there are a couple more terms that we're going to

12 hear during this case, maintenance, repair and replacement.

13 Do you use those terms synonymously or are those terms

14 different for you?

15 A    They're not different.  I would say repair and replacement

16 activities are part of maintenance.  In a maintenance

17 activity, you may make a repair.  You may replace a bearing or

18 a part, so I would say repair and replacement falls under the

19 general umbrella of maintenance.

20 Q    And we're going to get to this eventually.  Are there some

21 replacements that are not maintenance?

22 A    Certainly.

23 Q    Okay.  Now again, talking about maintenance, is

24 maintenance generally across the country at coal–burning power

25 plants done about the same way?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–184

1  A   Generally speaking, I would say yes.  The equipment is

2  very similar.  So the maintenance requirements, of course, are

3  going to be very similar.

4  Q   Okay.  Now, I would like you to talk about some of the

5  maintenance activities that maintenance crews like the one

6  that you supervised at the Johnsonville plant do on a

7  day-to-day basis, a regular basis.  We're talking about

8  prescribed maintenance that's done every day.  What are some

9  of those activities?

10 A   Well, the first one that comes to mind is a power plant

11 has a lot of leaks.  They can be steam leaks, water leaks, gas

12 leaks, you know, combustion gases leaking out into the power

13 house.  So the repair of leaks is, you know, I would say is

14 almost a constant activity.  You're repairing leaks every day.

15 Q   We're going to talk a little bit more about repairs to

16 tubes.  So let's skip over that for now and come back to it.

17 What are some of the other activities that regularly come to

18 mind?

19 A   You have a lot of different types of equipment.  Say, in

20 the coal handling system, you're handling literally hundreds

21 of tons of coal an hour.  Things wear out, a lot of wear and

22 tear, so a lot of maintenance associated with your material

23 handling systems.

24      You're also handling a lot of ash that's a result of

25 the burning of the coal.  That again, a lot of abrasive

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–185

1  equipment so there's a lot of maintenance associated with

2  getting rid of the ash.

3        There's parts of this boiler –– I'll say the duct

4  work, the dampers, the burners, there's linkages and controls

5  for those.  There's pumps.

6        There's a lot of scheduled maintenance.  The big

7  equipment generally has maintenance schedules.  Obviously you

8  change oil just like you do in your car.  You have regular oil

9  change intervals.

10        Filters, you have regular filter change intervals.

11  You have regular inspection where you tear stuff down and

12  inspect it, make repairs and put it back together.  So those

13  activities are ongoing all the time.

14  Q   All right, thank you.  Let's go back to the tube repairs

15  and talk about those in more detail.  Do you have some visual

16  aids that you prepared to show the jury what a tube leak looks

17  like?

18  A   Yes, I do.

19        MR. LOFTON:  Your Honor, we would like to show these

20  to the jury at this point.  I don't think there's any

21  objection to those.

22        THE COURT:  All right.

23  Q   Let's have the first image.

24        Tell us what this image is that we're looking at on

25  the screen now.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-186

1  A   Well, we're taking you very quickly from a generic plant
2  to pretty much a real plant.  This image represents Wabash
3  River Unit 3.
4  Q   Before we go any further, let's talk about the drawing and
5  how this is made.  First of all, is this drawing to scale?  Is
6  this a real drawing?
7  A   It's to scale and it's an accurate representation of
8  Wabash River Unit 3.
9  Q   We see some men down at the bottom that are there to
10  represent boilermakers.  How tall are they?
11  A   All the people you see in this -- all the images that I
12  prepared are 6 feet tall.  I kept it that way so you have a
13  good frame of reference and you can see physically how big
14  things are.
15  Q   So how tall is the boiler at Wabash?  Is this Wabash 2 or
16  Wabash 3?
17  A   I would say it doesn't make any difference because 2 and 3
18  are identical units.  I'm sorry.  I lost your question.
19  Q   Just the range of what we're looking at here, how tall is
20  that in terms of the range of stories?
21  A   I don't remember the dimensions, but off the top of my
22  head, I would say 60, 70 feet tall.
23  Q   All right.  Now, tell us what we're looking at in the dark
24  area.  What have you highlighted there?
25  A   Well, what I've done so that I can -- how should I say --

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-187

1  explain what a tube repair is, or -- I'm sorry -- the side

2  wall off of this boiler.  So what you see if you look in, you

3  can see the round burn -- actually, what they are is burner

4  openings.  That's where the coal and the air comes into this

5  furnace and that's where the fire takes place.  So I've taken

6  the side wall off so you can actually look in.  Again,

7  remember, all those surfaces, that's all steel tubing.

8  Q    What's the light brown area that's shaded?

9  A    Well, I guess I would prefer to describe it as a dark --

10 you can see a dark area -- it's a wet spot is what I tried to

11 draw here on this boiler wall back between the burners.  You

12 see a little dark area.  It's a wet spot.  It indicates about

13 where the tube leak is.  We've got a tube leak in this boiler.

14 The boilermakers are going to go in and find it and repair it.

15 So since I cut the wall away, you can see the wet spot on the

16 wall that will tell you about where the leak is.

17 Q    Down at the bottom of the boiler where you cut that away,

18 it looks like the men are rigging up something.  What is that?

19 A    In order to access this leak to get up to fix it, they

20 have to have some sort of rigging device to carry them up the

21 wall.  We call it a sky climber but it's a work platform that

22 has a hydraulic motor on it.  It will lift and lower the

23 workers up the wall, which you'll see.  I've got that -- but

24 to get it inside the furnace, they bring it in the bottom.

25         There's a large door at the bottom where the ash falls

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-188

1  out.  You can take the door off.  People can get in, and it's

2  big enough area you can get equipment of this size in.  So

3  that's what I've depicted here.  They've taken the door off

4  and they're putting their sky climber in there to go up the

5  wall and make the repairs.

6  Q   All right.  Let's turn to the next image.  What have you

7  depicted here?  Where is this located?

8  A   Well, obviously, we've got closer to the leak.  You can

9  see the burner openings.  You can also see the boilermaker.

10 He's at the location of the leak.  He's in his work platform.

11        The inset you see, this platform is suspended in the

12 roof by steel cable.  Again, you can see -- this closeup, you

13 can see how the roof is also tubes.  So what I've depicted is

14 he has gone in and he's rigged this sky climber up so he can

15 go up this wall and fix the leak.

16 Q   All right.  The next image, please.  What are you showing

17 here?  What is this closeup?

18 A   This is a closeup of the wall.  Across the top of the

19 image you can actually see how they physically cut the tubes

20 so you can see they are steel tubes.  You can see, too,

21 they're pretty thick tubes.

22        In the middle of the picture I've got an image -- it's

23 a crack is what it's supposed to be.  That's the leak that the

24 boilermaker is going up to fix.

25 Q   How does the boilermaker fix the leak?  What does he do

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–189

 1  physically?

 2  A    Next image (indicating).

 3          Next image (indicating).

 4          All right.  This tube is pretty nasty.  You've got a

 5  coal fire going in here, ash and all kinds of debris.  In

 6  order to make a weld –– he's going to make a weld repair.

 7          He's got the grind it, clean it up, get it down to

 8  good clean metal and then he can put a weld repair on it.

 9  He's cleaned this tube up in the area of the damage.  There's

10  enough wall thickness left that he can make a weld repair that

11  will hold which is what he's attempting to do.

12          If we can go back to the previous image.  This just

13  simply depicts the fact that he's making a weld repair.  You

14  can see in his welding equipment there.  You can also notice

15  all the –– he's got three sets of cables hanging below.  He's

16  got to take an air supply up there.  He's got air tools that

17  he uses.  He's got to take electricity up there for his

18  lighting.  Then he's got to take his welding leads up with him

19  also.  So all that is part of the repair process.

20  Q    What does the tube repair look like once he's finished?

21  A    Let's go forward two images.

22          All right, that represents the tube repair.  He's put

23  a nice, what's called a pad weld on this tube, and –– of

24  course, they'll do a leak test on it.  They'll pressurize it,

25  but that looks like a pretty good weld and it would probably

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–190

 1  hold.

 2       Once he's made the repair, they leak test it.  If it

 3  holds and it's a good repair, he'll take all of his equipment

 4  out of the boiler, close the doors up and they give it back to

 5  the operators to put it back in service.

 6       Obviously what's unsaid here is in order to make ––

 7  locate the leak, make the repair, this sort of thing, this

 8  unit is not generating electricity.  There's no fire.  You

 9  have to take the fire out of the boiler, cool it down 12 to 24

10  hours so you can get in and work.  So while this repair is

11  being made, this unit is not generating electricity.

12  Q   All right.  Thank you.  Now, let's talk about some of the

13  references or resources that you might have had in your office

14  when you were the plant manager or the maintenance supervisor

15  at the Johnsonville plant and the Allen plant.  Are there any

16  what you would consider to be authoritative sources on

17  operating and maintaining steam generating boilers?

18  A   Yes.  Yes.  In fact, the two that come to mind, one was

19  titled "*Steam*" and it's made by –– it's produced by or edited

20  by Babcock & Wilcox.  The two largest boiler manufacturers in

21  this country are Babcock & Wilcox and Combustion Engineering.

22  I think they maybe have different names now.  They've been

23  bought and sold over the years, but those are the two basic

24  names.  You'll hear both of those.

25       Both of those companies produced a technical manual

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-191

1  about their boilers that contains all -- a great deal of

2  information about them, not only the design of them and the

3  operation of them, but how to maintain them.  I would consider

4  those two volumes, the "*Steam*" book by B & W, and I believe

5  the Combustion Engineering book called CE, I believe it's

6  titled "Power."

7  Q   All right.  Turn to your exhibit notebook, please, if you

8  would, and turn to Tab No. 2; and I'll ask you if you can

9  identify what you see there.

10 A   Yes.  This is the cover page of the "*Steam*" book, the

11 Babcock & Wilcox book.

12 Q   Is that sitting on the Judge's table there, that

13 burgundy-looking book?

14 A   That's it.  I was going to point out this is the 40th

15 edition, which I believe is 1990, 1991, somewhere in that time

16 frame.

17 Q   Is the 40th edition the most current edition of the

18 "*Steam*" book?

19 A   I don't think so.  I think one came out -- I want to say

20 around 2001; but this is the one, I guess, that I used most

21 frequently; and it also I'll say, this is the one that was

22 published in the time period of the projects that I looked at.

23         MR. LOFTON:  Your Honor, we would like to publish the

24 "*Steam*" book to the jury under Rule 80318.

25         THE COURT:  Excuse me just a minute.  You refer to

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-192

 1  Tab 1 in his report -- or in his -- I have a Plaintiffs'

 2  Exhibit 1767.  Is that the same thing?

 3          MS. HIMMELHOCH:  Yes, Your Honor.  He has a different

 4  notebook than you.

 5          THE COURT:  We need to be consistent.

 6          MR. GREEN:  It has not been admitted into evidence.

 7          THE COURT:  I understand, so the record will reflect

 8  what that exhibit number is.  So now you want to offer this

 9  book?

10          MR. LOFTON:  As a learned treatise.  We're not going

11  to offer it into evidence, but Mr. Hekking would like to refer

12  to it and read from it as provided in the rule.

13          MR. GREEN:  The rule does not provide for that method

14  unless it is admitted into evidence.  I can read the rule...

15          THE COURT:  You don't have to read me the rule.  I

16  have to confess I've read that rule on occasion myself.

17          MR. GREEN:  I would have guessed it.  I would have

18  predicted it.

19          THE COURT:  I think we do have to -- if we're going

20  to use it, it has to be a part of the record, I think, unless

21  we're using it to refresh the witness' memory.

22          MR. LOFTON:  No.  We would like to refer to it as an

23  exhibit.

24          THE COURT:  You want to offer this book as

25  Exhibit No. what?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–193

1        MS. HIMMELHOCH:  1767, Your Honor.

2        THE COURT:  1767, and your objection is?

3        MR. GREEN:  I'll object it's not a learned treatise.

4   It's actually marketing material published by Babcock & Wilcox

5   and it's not a learned treatise at all.

6        THE COURT:  So how do you respond to that?

7        MR. LOFTON:  Well, mr. Hekking can address it better

8   than I can.

9        THE COURT:  Well, why don't we have him address that?

10  A   I have used this book many times over my utility career.

11  I've relied upon it for various information, repair methods,

12  operational questions that I might have with the B & W boiler.

13  I've used it extensively over the years.

14       THE COURT:  Okay, one more time.

15       MR. GREEN:  We don't have any B & W boiler issues

16  left in this case.

17       THE COURT:  Let's tie this up then with what you've

18  been doing.

19  BY MR. LOFTON:

20  Q   Does this book only apply to B & W boilers?

21  A   No, it does not.

22  Q   Does it apply to other utility boilers or other boilers

23  outside of the utility industry?

24  A   Yes.

25       THE COURT:  Okay.  Anything else, Mr. Green?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-194

1    MR. GREEN:  Your Honor, the fact that he relies on it

2    does not make it a learned treatise.  It's not a learned

3    treatise, and there aren't any units manufactured by this

4    company that are at issue in this case with respect to RMRR,

5    and it's a marketing tool for the manufacturer.

6    MR. LOFTON:  I have one other question --

7    THE COURT:  Never mind.  It's not unusual, in fact,

8    to find marketing tools in manufacturing become learned

9    treatises, it's true.  Let's artificial limbs, people that

10   manufacture artificial limbs put these kind of books out and

11   people rely on them as it goes along.  I think we'll allow

12   this as a learned treatise and he can read from it if he

13   wants.  Go ahead.

14   MR. LOFTON:   Thank you.

15   BY MR. LOFTON:

16   Q   All right, let's turn to Tab 4 in your notebook.

17   MR. LOFTON:  And may we publish to the jury, Your

18   Honor?

19   THE COURT:  Yes.

20   BY MR. LOFTON:

21   Q   Let's turn to chapter 44 in the "*Steam*" book.

22   THE COURT:  If I were going to look at the record in

23   this case, where would I find what you just referred to?

24   MS. HIMMELHOCH:  Your Honor, you have a book --

25   THE COURT:  I know what I've got, but I mean, if I'm

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-195

1   reading the record, what would I find?  You just said tab

2   something.  We're not using tabs.

3          MS. HIMMELHOCH:  You would find it as Exhibit 1767,

4   Your Honor.

5          THE COURT:  All right.

6          MR. LOFTON:  I'll try to refer to it by exhibit

7   number, Your Honor.  I apologize.

8          THE COURT:  I think it would make it easier for

9   anybody else if they ever happen to read this.

10          MR. LOFTON:  I'll do my best.  I actually have the

11   exhibit numbers, and I am so chastised.

12   BY MR. LOFTON:

13   Q   Now, can we have the image on the screen, please.

14          All right, Mr. Hekking, what is the title of this

15   chapter?

16   A   This is Chapter 44 in the book we just talked about, the

17   "*Steam*" book and it's entitled Routine Maintenance.

18   Q   All right.  It may be obvious but what's this chapter

19   about?

20   A   The search and maintenance --

21          THE COURT:  Excuse me just a second.  Let's find out

22   why he relies on this or what he uses this for before we go

23   into this, if you don't mind.

24          MR. LOFTON:  I'm sorry.  I'm not sure I understand

25   your question.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-196

1    THE COURT:  What we're interested in from this

2  witness is his experience.  I would like to know -- he calls

3  this a learned treatise, and I want to know why he thinks it's

4  learned, and how it affects what he does before you read it.

5  BY MR. LOFTON:

6  Q   All right.  Mr. Hekking, have you used this book in your

7  career?

8  A   I certainly have.

9  Q   Throughout your 21 years, do other people that do

10  maintenance on power plants use this as a reference book?

11    MR. GREEN:  Objection, lack of foundation.

12    THE COURT:  Well, he can answer if he knows and how

13  would he know.

14  A   Yes, but I think I should tell you, this book is more than

15  maintenance; operation, design, how equipment works -- I mean,

16  there's a lot more in here than just maintenance.

17    THE COURT:  We'll probably get to that, but what

18  we're talking about now is maintenance.  We may get to that

19  before we are done.

20  BY MR. LOFTON:

21  Q   Are you aware of whether other people in the industry use

22  this book as a guide book or a reference or a treatise in

23  looking for guidance on how maintenance is done at a power

24  plant?

25  A   I am aware that other people use this book.  Now, I can't

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–197

1  tell you how many.

2  Q   All right.  In your opinion, what's the most authoritative

3  source on operation maintenance of steam-generating units?

4  A   I'm not sure how to answer your question.  If I have a

5  particular piece –– if I have a particular problem with a

6  piece of equipment, I'm going to go to the owner's manual

7  first.

8       If I can't find what I'm looking for, one of these two

9  books, the B & W book or the CE book, very likely would be the

10  second place I would go.

11  Q   So might you go to this book if you have a problem that

12  you're looking for –– looking an answer for on operation

13  maintenance?

14  A   Yes.

15  Q   Doing that on a power plant?

16  A   Yes.

17       THE COURT:  Go ahead.

18       MR. LOFTON:  I'm not sure what the go ahead means,

19  Your Honor.

20       THE COURT:  Go ahead means ask your next question and

21  see what happens.  That's what "go ahead" means.

22       MR. LOFTON:  My next question, Your Honor, is going

23  to be for him to describe what's set forth in this chapter on

24  routine maintenance.

25       MR. GREEN:  Chapter –– if you'll give me a minute.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-198

1        MR. LOFTON:  Let me say it, Your Honor.  I have very
2   specific questions about the chapter.
3        MR. GREEN:  Your Honor, if you please, it's multiple
4   pages.  I object to the form of the question.
5        MR. LOFTON:  We're going to refer to very specific
6   pages.
7        THE COURT:  Let's have your questions and see.  Go
8   ahead.
9   BY MR. LOFTON:
10  Q   Let's turn to page 44-8 and 44-9 in the "*Steam*" book.
11  That should be the next image; and we have some highlights
12  here.  What's this part of the chapter on routine maintenance
13  in the "*Steam*" book about, Mr. Hekking?
14  A   Well, the highlighted sections that you have there are
15  repairs to pressure parts, and I guess I ought to define that.
16  Pressure parts are basically the tubes, the steam drum.
17  Everything that contains the water and the steam in this
18  boiler is considered a pressure part.  So this is talking
19  about repairs to pressure parts.  The right-hand section
20  that's highlighted gets more specific, and basically it talks
21  about repairs to boiler tubes which are pressure parts.
22  Q   Let's stop right there.  Is this the kind of repair that
23  you talked about earlier in your testimony when you showed us
24  the slides on a pad weld?  What we're seeing here in the
25  "*Steam*" book, is it the same kind of repair?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–199

1   A   No, I would not say that.  No.

2   Q   Let me ask you to take a look at this piece of tube here.

3          MR. LOFTON:  May I approach, Your Honor?

4          THE COURT:  Yes.  Just be careful.

5   BY MR. LOFTON:

6   Q   What is that you're holding there, Mr. Hekking?

7          THE COURT:  Have we got a mark for that as an

8   exhibit?

9          MR. GREEN:  It has not been marked.

10         MS. HIMMELHOCH:  It has not been marked.  It's

11  Defendants' --

12         THE COURT:  I know what it is, but in case anyone

13  ever reads this, they'll want to know what he was looking at.

14  I know it's easier to state we're going to mark it than it is

15  to actually mark it, but --

16         MR. LOFTON:  Your Honor, this doesn't belong to us.

17  We're happy to use it as a demonstrative --

18         THE COURT:  We have to mark it with something.  We

19  have to call it Demonstrative Exhibit R, whatever, or

20  something.

21         MR. LOFTON:  All right.  Do you have a preference,

22  Mr. Green?

23         MR. GREEN:  Whatever you like.

24         MR. LOFTON:  Let's call it Plaintiffs' and

25  Defendants' Joint Demonstrative Exhibit 1.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-200

1    THE COURT:  That's good.  That's what it will be.

2  Q   All right.  What is that, Mr. Hekking?

3  A   This is a piece of boiler tube.  More specifically, this

4  is a piece of a water weld tube.

5  Q   Now, the chapter that we're looking at on Routine

6  Maintenance in the "Steam" book talks about replacing a

7  section of tube.  Is that a good example of what the "*Steam*"

8  book is talking about?

9  A   This is a great example.

10 Q   Now, what do you call it when you replace a section of

11 tube like that?

12 A   I would call this piece of tubing a Dutchman.

13 Q   Is that a term that boilermakers use and maintenance staff

14 people use?

15 A   I've heard it all my life.  I'm not sure where it came

16 from, but that's what we call them.

17 Q   Now, when you do a Dutchman, when you replace something

18 with a Dutchman, how much tubing are we talking about here?

19 A   It varies.  Maybe I'll answer your question this way.

20 Here's the leak.  It's pretty obvious.  What you do, this is

21 damage to the point that you're going to replace this tube.

22 This can't be fixed.

23    What you want to do in the repair is basically what

24 the rules are, you've got to get at least 6 inches -- I'm

25 sorry -- 12 inches of tube when you replace it.  The reason

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–201

1  being you don't want the two welds to be too close together.

2      I think what's kind of remarkable about this is you

3  can see where the leak is.  If it was me, I would -- this is

4  the piece I would take out because you're going to get -- how

5  should I say -- you're going to get roughly the same amount on

6  each end of the repair.

7  Q    Okay.

8  A    You've got a bad leak.  It's got to come out.  You cut a

9  piece like this out and it's called a Dutchman.

10 Q    Again, what's the range of tubing that you would actually

11 physically cut out when you're using a Dutchman?

12 A    It depends upon the damage.  If you're going to make a

13 repair, you've got to get all the damaged material out.  So,

14 you know, if the crack is longer or you get several in here,

15 you know, it could be an 8-foot piece, but you get all the

16 damaged tubing out.

17 Q    Now, referring back to what's on the screen here, is that

18 referring to a Dutchman, what you've called a Dutchman?

19 A    Yes, a section of tube, yes.

20 Q    If we flip to the next page in the "*Steam*" book, how much

21 tubing is the "*Steam*" book referring to in describing how to

22 do this Dutchman?

23 A    Well, I see the 12 inches in there.  That's basically what

24 I recall.  So that's the minimum replacement rule.  Does that

25 answer your question?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–202

1  Q   All right.

2        MR. LOFTON:  May I take that back from Mr. Hekking so

3  he doesn't have to hold it?

4        THE COURT:  You may.

5        MR. LOFTON:   Thank you.

6  BY MR. LOFTON:

7  Q   Just one more question about this.  Is this the kind of

8  repair that the maintenance staff does at a power plant on a

9  daily basis or a weekly basis?

10  A   I was going to say I would hate to think you have to fix

11  one of those every day, but certainly on a regular basis.

12  Q   Thank you.

13        All right.  Let's change topics, a related topic.

14  Does the age of a power plant have any impact on the amount of

15  maintenance that's necessary?

16  A   Certainly.  Certainly.  The older it gets, the more

17  maintenance it requires.

18  Q   What happens to tubing like this as it ages?

19  A   Over its lifetime, there's a, how shall I say, a number of

20  forces acting on these tubes.  One of them is erosion.  You've

21  got -- you know, you've got this fire ball going on one side

22  of it.  Coal particles, ash particles are rubbing against it.

23  Over 25 years, it's going to thin the wall of that tube.

24        Coal has got sulfur in it.  Sulfur is corrosive.  So

25  you're going to end up with -- also, some of the other

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-203

1  constituents of coal and the ash that's left behind are

2  corrosive.  So you're going to end up with some corrosion on

3  the surface of this tube also.

4        Then lastly, the heating up and cooling down over the

5  years, you start this thing up and shut it down so many times.

6  Those thermal cycles take their toll as well.  So those are

7  the primary mechanisms.  So over the years, the tube -- how

8  should I say -- degrades and you can expect to have more

9  leaks.

10 Q   Now, how does plant aging affect the reliability of a

11 generating unit?

12 A   Well, very simply put, as it gets older, you expect more

13 breakdowns.  The more breakdowns you have, the less

14 electricity you're going to make is the ultimate product.

15 Q   Do power plants have an expected life?

16 A   I think so, yes.

17 Q   Now, is that even if you do the sort of regular

18 maintenance activities that you've talked about this morning?

19 A   Yes.  That's -- yes.

20 Q   Now, why is that?  Why do power plants have expected

21 lives?

22 A   Well, it's mechanical equipment.  Pretty tough duty.  It

23 sees a pretty tough environment.  As the old saying goes,

24 nothing lasts forever.  These particular types of materials

25 and this equipment, my experience, 30 to 40 years and your

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-204

1  failure rate is getting such that your -- you get to the point
2  where you're working on it as much as you're running it.  When
3  you get to that point, you start looking at alternatives.
4  Q   All right.  Let's turn back to the "*Steam*" book if we can
5  and look at Chapter 46.  May we have the next image, please.
6      What's this chapter called, Mr. Hekking?
7  A   The title of the chapter is "Life Extension and Upgrades."
8  Q   You told us a little bit about TVA's life extension
9  program and the strategy of life extension at the Tennessee
10 Valley Authority.  Was life extension something that was
11 looked at and talked about generally widely in the industry?
12 A   I would say beginning in the early 1980s it was.  Prior to
13 that, I don't recall much discussion about it.
14 Q   Okay.  Now, again, tell us again what the definition or
15 your understanding of what life extension means.  Can you
16 remind us?
17 A   As I've already testified, the equipment at a coal-burning
18 power plant is subject to a lot of wear and tear, and it's got
19 a finite life.  It's not going to last forever.  When it
20 starts reaching a point as I described earlier where you're
21 making repairs as often as is running, you're no longer making
22 money basically.
23     As I said, you start looking for alternatives.  One of
24 the alternatives is putting more money in, replacing all or
25 major of parts of the boiler or other components; and you get

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-205

1  more life out of it.  You extend it beyond the life that you

2  would normally get.

3  Q   Can we call out the highlighted paragraph on the right

4  side, Jeff, please, on the lower right?

5       Would you mind reading into the record, Mr. Hekking,

6  what the "*Steam*" book says about life extension?

7  A   The highlighted section?

8  Q   Yes, sir.

9  A   "Prior to the 1980s, it was assumed that older plants

10 would be torn down to make room for the newer, larger, more

11 efficient units.  It was common to retire a plant after 35 to

12 40 years of service.

13      "The cost of newer, more efficient plants became more

14 than most boiler operators could readily finance.  As a

15 result, new construction was delayed, and plans to retire the

16 older units were put on hold.

17      "The need to keep the older units running brought

18 about the new strategy of life extension.  This is a strategy

19 that delays the plant retirement while maintaining acceptable

20 availability."

21 Q   All right.  Thank you.  Can we go back to the full page,

22 please?

23      Now, is life extension just another name for the kinds

24 of prescribed normal maintenance that you have talked about

25 earlier?

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-206

1  A   Quite the contrary, no.

2  Q   Let's see what the "*Steam*" book says about that and let's

3  highlight -- let's call out the other highlight there.

4       Can you read the highlighted area there for us,

5  Mr. Hekking?

6  A   Yes.  "Older boilers represent important resources in

7  meeting energy production needs.  A strategic approach is

8  required to optimize and extend the life of these units.

9  Initially, routine maintenance is sufficient to maintain high

10 availability.  However, as the unit matures and components

11 wear, more significant steps become necessary to extend

12 equipment life."

13 Q   All right.  Thank you.

14      Now, you said life extension was discussed in the

15 industry.  Were there any conferences on life extension for

16 power plant managers?

17 A   Yes, there were.

18 Q   Were there any technical papers written?

19 A   There were many.

20 Q   All right.  Were any technical papers written by

21 Cincinnati Gas & Electric employees?

22 A   Yes, there were.

23 Q   Let's turn to Plaintiffs' Exhibit 1633.  That would be

24 No. 7, Jeff.

25      MR. LOFTON:  Your Honor, this has been admitted.  I

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–207

1  don't think there's –– I believe this exhibit has been

2  admitted, if I'm correct.

3          THE COURT:  All right.

4  BY MR. LOFTON:

5  Q   Can you identify this document, Mr. Hekking?

6  A   You're going to have to expand it.  It's a little

7  difficult for me to read on my screen.

8  Q   Have you got it in your exhibit book there, No. 7?

9  A   I didn't find it in my exhibit book.  What tab would I

10  find it under?

11  Q   7.

12  A   It's not in my Tab 7.

13          MR. LOFTON:  May I approach, Your Honor?

14          THE COURT:  Yes.

15          THE WITNESS:  Thank you.

16  BY MR. LOFTON:

17  Q   The title is "Why consider life extension a strategic

18  alternative for utilities?"  Who wrote this paper,

19  Mr. Hekking?

20  A   Steven G. Salay, manager ––

21  Q   Who does it say Mr. Salay is?  I believe Mr. Salay has

22  been listed as a witness in this case.

23  A   I'm sorry?

24  Q   Who does it say Mr. Salay is on the paper here?

25  A   At the time of the writing of this paper, he was the

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-208

1  manager of the electric production department for CG&E.

2  Q   Can you tell us what Mr. Salay says about life extension

3  in this paper and how it affects the life of generating units?

4  A   You need me to read the highlighted area there?

5  Q   Yes.

6  A   "My talk today will be based on my experience as chairman

7  of the life extension task force for prime movers, and at the

8  electric -- and as the electric production manager for the

9  Cincinnati Gas & Electric.

10       "What is life extension?  Let's talk about life

11 extension as increasing the life of a power plant beyond its

12 nominal 35 to 40 year designed life to something greater than

13 60 years while maintaining its efficiency and reliability."

14       Go on?

15 Q   Okay, that's sufficient, I believe.

16       Now, can we go to image No. 8, Jeff?  This is

17 Plaintiffs' Exhibit 1671, which has been admitted into

18 evidence.  Can you identify this document, please, sir?

19       MR. GREEN:  Your Honor, would you indulge me one

20 moment, please, sir?

21       THE COURT:  Yes.

22       MR. GREEN:  Your Honor, this exhibit has not been

23 admitted.

24       MR. LOFTON:  Your order last night, Your Honor.

25       THE COURT:  Well, there's no better proof than that.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–209

1  1671, yes, it is.

2         MR. GREEN:  May I?

3         THE COURT:  You may.  Go ahead, sir.

4  BY MR. LOFTON:

5  Q   Mr. Hekking, can you identify Plaintiffs' Exhibit 1671?

6  A   Yes.  It was a paper delivered to the Prime Movers

7  Committee, Plant Life Extension Task Force.  The title of it

8  is "Plant Life Extension, a Survey of Industry Activity,

9  1986."

10 Q   Who does it say was the chairman of the Edison Electric

11 Institute Prime Movers Committee Plant Life Extension Task

12 Force?

13 A   S.G. Salay is identified here as the chairman.

14 Q   That's the statement Mr. Salay who wrote the previous

15 article?

16 A   I would presume so.

17 Q   Can we turn over to the next page, show that on the screen

18 here, Jeff, please?  One more page, please.

19        All right.  Can we see that okay?  This is a page in

20 the report -- first of all, it's entitled Edison Electric

21 Institute, Prime Movers Committee, Plant Life Extension Task

22 Force, Plant Life Extension, a Survey of Industry Activity,

23 1986, and this is the Executive Summary.

24        Can you show us what the Prime Movers committee says

25 are the goals of life extension as of 1996?  And this is the

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-210

1  committee that Mr. Salay was the chairman of.  Can you look at
2  it on your screen, Mr. Hekking?
3  A    I was looking for the rest of it and I didn't see it in my
4  book.  The goals most frequently cited for life extension
5  programs were life extension, improved availability and
6  improved reliability.
7  Q    Now, we've got a new term here in front of us.  Can you
8  tell us what the term "availability" means to a power plant
9  engineer?
10 A    Well, we've –– I've talked about breakdowns.
11 "Availability" is a term we use in a power plant and very
12 simply put, it is the –– if the equipment is able to run.
13 It's not broken down.  So if it's available, it's either
14 running or it's ready to run.  If it's unavailable, it's
15 broken and it won't run.  That's very simply put.
16 Q    So according to Mr. Salay's committee, one of the goals of
17 life extension were these three things.  Is reliability
18 different from availability?
19 A    I don't consider it such, but let me just say that
20 availability is a very exact number that you calculate.  It's
21 a piece of data; whereas reliability is more of a common term
22 and just talks about –– to me, means few breakdowns or a
23 measure of breakdowns.
24      To me, it has no numerical value, whereas
25 availability, to me, as a numerical value.  It may be

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–211

1  80 percent, 89 1/2 but reliability, I don't associate with a

2  number.

3  Q   So is availability, is that a term that is a term of art

4  in the industry?

5  A   Yes.  Yes.

6  Q   As a power plant manager at the Allen plant, was

7  availability something that was important to you?

8  A   It's -- as I said, it is a measure of breakdowns.  As

9  such, it is a number that I tracked every day.  It was a very

10 important number to me.

11 Q   All right.  Now, we've seen some documents that were

12 either authored by Mr. Salay or were -- at least have his name

13 on them.  Did Cincinnati Gas & Electric, CG&E and Public

14 Service of Indiana have life extension programs?

15 A   Yes.  Both -- they were separate companies at that time,

16 and they both had their own programs.

17 Q   Were these programs for their coal-fired units?

18 A   Yes.

19 Q   When did CG&E and PSI get interested in life extension?

20 These articles are dated in the 1980s.

21 A   1984 is what I recall.

22 Q   All right.  Now, you said CG&E and PSI had life extension

23 programs.  Did they develop those programs in the same way?

24 A   Well, let me put it this way:  Their programs were very

25 similar, had the same elements; but I recall one distinct

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–212

1  difference between the two.

2  Q   What was the difference that you recall?

3  A   I'm struggling because it's, I guess I would like to say

4  these life extension programs have, in my view, three key

5  elements, the way they work and the way people perceive them,

6  I suppose.

7      The first element is you go in and you assess the

8  condition of the equipment, you know, what kind of condition

9  it is, what are the problems, how bad is it, what will it take

10  to fix it, how much more life is left in it.  So you assess

11  the condition of the equipment.

12      The second thing you do is once you know the equipment

13  and how much longer it's going to last, then you say what can

14  I do to make it last longer.  So you put a plan together and

15  typically that would be some sort of a project.  In most

16  cases, you're going to replace it, but that's not always the

17  cases.

18      And the third piece of the program -- so you've

19  assessed the damage, put together a plan to fix it, and the

20  third is actually implementing the plan.  So those are the big

21  pieces.

22  Q   Did the companies, the two power companies, CG&E and PSI,

23  implement their life extension programs in the same way?

24  A   That was the difference.  Both of them had the first two

25  pieces pretty much the same.  They went about them the same,

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-213

1  but when it came to actually doing the implementation, they

2  went about it a different way.

3  Q   Now, we're not going to talk about too many of the CG&E

4  projects, so very briefly, tell us how CG&E implemented its

5  life extension program.  And if you want to use an example,

6  that would be fine.

7  A   What I recall was CG&E elected to go after a unit and do

8  everything all at one time, basically shut it down for six

9  months, replace everything that needed to be replaced.  When

10  you start it back up, you essentially had a new or in some

11  cases a better than new unit because a lot of these

12  replacements would be upgrades.  You put in better stuff.

13       So CG&E elected to take their units and shut them down

14  for six months or more, do everything all at one time.  I

15  recall the Beckjord units, Units 1, 2 and 3, that's the way

16  they did them.

17       On the other hand, PSI elected to phase their -- how

18  should I say -- their implementation over time.  They might go

19  in this year and do the things to the turbine that they need

20  to do.

21       The reason to do it over time is to keep from shutting

22  the unit down for six months like CG&E did.  PSI elected to do

23  it in shorter periods of time, 4 weeks, 6 weeks, 8 week

24  outages, kind of nibble away at it and upgrade the unit over

25  time as opposed to all one time.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-214

1  Q   When did PSI first get interested in life extension?

2  A   1984 is what I recall.

3  Q   Was there a specific event that triggered PSI's interest

4  in life extension?

5  A   Yes.  The -- I believe the previous year they canceled

6  the -- they had a nuclear plant.  The Marble Hill nuclear

7  plant was under construction, and they cancelled the

8  construction of that; and of course that would have been new

9  generation for the future.

10        So when they canceled the construction of the nuclear

11  plant, they started looking at life extension strategies.

12  Q   Why?

13  A   To me, they had planned on this nuclear plant being part

14  of the future generation.

15        THE COURT:  Excuse me a second, your objection?

16        MR. GREEN:  I object.  It sounds like he's

17  speculating as to why now and, I think that's outside --

18        THE COURT:  He starts out with "to me."  I'd have to

19  agree with that.

20        MR. LOFTON:  We'll move on.  That's fine.

21  BY MR. LOFTON:

22  Q   Now, did PSI develop a formal life extension program for

23  the generating units that we saw in the opening that were

24  owned by PSI?

25  A   Yes.  I didn't see the opening.  I think I know what

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–215

1  plants you're talking about.

2  Q    All of the PSI coal-fired plants, was there a formal life

3  extension program for those plants?

4  A    Yes, but I recall –– that was the reason I struggled

5  because I recall they looked at their older plants was where

6  the emphasis was.  I recall specifically that Gibson was

7  not –– was their newest plant and was not part of their

8  initial life extension program.

9  Q    Why not?

10  A    Because it was a newer plant.  They looked at the older

11  plants first.

12  Q    So, which stations did it include?

13  A    The rest of them.

14  Q    The rest of them?  Okay.

15       Now, do you happen to recall how much total money PSI

16  expected to spend on this life extension project –– program in

17  this phased approach where they did it over time?

18  A    Yes.  I recall $948 million that they expected to spend

19  over –– I believe they planned to do their life extension of

20  these plants over 10 years from '87 to 1997 is what I recall.

21  Q    Almost a billion dollars?

22  A    Almost a billion dollars, yes.

23  Q    Now, which stations did the power company start with?

24  A    The two power plants that they started with were Wabash

25  River and Gallagher.

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-216

1  Q   Why did they start with those plants?

2  A   Their planners told them that those -- of course, it has

3  to do with economics also, the cost of production; but their

4  planners told them that those two plants were going to see

5  basically a change in mode of operation in the future.

6        They were going to go from cycling, which is what they

7  were doing at the time, to a base load operation.  So Wabash

8  River and Gallagher were the focal point -- that's where they

9  went first.

10 Q   We better stop and explain those terms.  You used the term

11 "cycling units" and "base load units."  Could you explain to

12 the jury what those terms mean and why that's a difference for

13 those two stations?

14 A   Yes.  Let me first off say that the way electricity is

15 used, it makes common sense, but the demand on the system goes

16 up during the day and at night when you go to bed, it goes

17 down.

18        So over the course of 24 hours, electric utilities

19 serve more electricity during the peak times of the day.

20 Also, both summer and winter because -- well, let me talk

21 about summer and winter.  You have lot of load that's

22 associated with heating and cooling.  So summer and winter are

23 also high-load periods.

24        I've gotten off the subject I think.  Ask me the

25 question again.  I'm sorry.

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-217

1  Q   We're trying to explain the terms "cycling units" and

2  "base load" or "peek load units"?

3  A   Because of the fluctuation in the demand over a 24-hour

4  period, the plants have to operate that way as well.  You have

5  plants that will -- during the peak demand, you'll go to full

6  capacity.  At night when people turn their lights off and go

7  to bed, those plants will roll back to maybe half capacity,

8  maybe even a third, but they cycle during the course of 24

9  hours up and down depending on the demand.

10         On the other hand, your most efficient, least cost

11  units, you're going to keep them full power all day long; so

12  all 24 hours, all the time.  They're the ones making you the

13  most money.  So your less expensive -- I'm sorry, your more

14  expensive units, you're going to cycle those with the demand

15  and that's how you control your demand.

16  Q   So let's bring it back to where we were.  You said that

17  the Gallagher station and the Wabash River station got the

18  highest priority in the life extension program because why?

19  A   Because the planners saw them going from this cycling, you

20  know, going up and down every day to, bam, running 24 hours

21  wide open, 24 hours a day, which is, you know, a lot heavier

22  duty, a lot more demand on the system.

23  Q   What were the units at Gallagher and at Wabash River that

24  the planners decided to start with in the life extension

25  program?

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–218

1  A   Well, I described a little bit earlier that these life

2  extension programs have three pieces.  You go in and assess

3  the condition.  You basically make a plan and then you

4  implement the plan.

5       What they did was they selected Gallagher Unit 3 and 4

6  and Wabash River Unit 2 to go in and do a detailed assessment.

7  I'll say also these detailed assessments cost a lot of money.

8  You cut tube samples out.  You send them off to metallurgical

9  labs.  There's a lot, a lot of effort, a lot of work, a lot of

10 expenditures associated with getting this analysis of the

11 condition.

12      So they selected these three units, as I say, two

13 Gallagher units, one Wabash River unit.  That's where they

14 went first, spent the money and got a detailed assessment of

15 their condition.

16 Q   Now, I take it you've looked at these reports?

17 A   I have.

18 Q   Can you give us an estimate of the volume of material to

19 do the life extension study on those plants?

20 A   This is a pretty good-sized the book here.  They would be

21 10, 12, or more volumes of data associated with one unit's

22 condition assessment.

23 Q   Just one unit?

24 A   One unit.

25 Q   Now, do you happen to recall how much money the company

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–219

1  estimated they would spend on life extension on those three

2  units, Gallagher Unit 3, Gallagher Unit 4 —— I'm sorry, Wabash

3  River Unit 2?

4  A    Not —— I know approximately.  They ranged, as best I

5  remember —— I think Wabash 2 was the cheapest.  Roughly 14 1/2

6  million to $17 million they spent just to assess the

7  condition.

8  Q    All right.  Now, let's talk specifically about Wabash

9  River.  You've told us that the power company commissioned an

10 expensive study for life extension on that station.  Who

11 actually did the study?  Did the company employees do it?

12 A    Oh, no.  The —— how shall I say —— the lead

13 architect-engineer that did the study was Gilbert

14 Commonwealth, but obviously there's a lot of other

15 laboratories and analysis, a lot of other people and companies

16 involved, but Gilbert Commonwealth was the lead firm.

17 Q    What kind of company was Gilbert Commonwealth?  What do

18 they do?

19 A    They were —— how should I say —— one of the primary

20 architect, engineering, construction companies in the field of

21 electrical power plants.

22 Q    Now, let's turn to Plaintiffs' Exhibit 1319.

23      MR. LOFTON:  I believe that one has been admitted?

24 No objection to this exhibit, Your Honor.  So this is already

25 in evidence.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–220

1        MS. THOMSON:  To clarify the record, there was an

2   objection but it was admitted over our objection.

3        MR. LOFTON:  Excuse me.

4        THE COURT:  Okay.

5   BY MR. LOFTON:

6   Q    This is already in evidence so let's let the jury take a

7   look at the study here.  Can you tell us what we're looking

8   at, Mr. Hekking?

9   A    This is a cover sheet from, looks like Volumes 1 and 2 of

10  the life extension study that was done on Wabash River Unit 2.

11  Q    Now, are there life extension projects identified in this

12  life extension study that are at issue in this case?

13  A    Yes.

14  Q    What was the intended effect of the life extension

15  projects on the Wabash River plant?

16  A    I'm sorry.  I may have missed something.  I want to make

17  sure I get it right.

18  Q    What was the intended effect of the life extension

19  projects that were done on the Wabash River station?

20  A    Extend the life of the plant.

21  Q    Was there a specific number of years that the company

22  intended to extend the life?

23  A    15 years as best I recall; 15 to 20 years.

24  Q    Let's go to the next image, which is the same document

25  here.  Keep going, please.

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-221

1     Can we call that out, please, Jeff, so we can see it a
2 little better?
3     Now, is this a page from the life extension study,
4 Mr. Hekking?
5     THE COURT:  Can you let the record reflect what that
6 page number is, please.
7     MR. LOFTON:  Yes, this page No. 1-2.  The Bates
8 number is WR000608.
9     THE COURT:  Thank you.
10 BY MR. LOFTON:
11 Q   Tell us what we're looking at here, Mr. Hekking.
12 A   Well, as you said, this is a page out of that study that
13 Gilbert Commonwealth did.
14 Q   What's the first column there?  It says "unit number" and
15 then it's got 1 through 6, just to make sure we're correct,
16 that we're reflecting the record correctly.  What is that
17 referring to?
18 A   This is talking about the Wabash River plant which has six
19 electrical generating units, and 1 through 6, that's what
20 column 1 is.
21 Q   Column No. 2, what exactly is that?
22 A   That is the capacity or the output of each unit.
23 Q   All right.  Well, let's stop and talk about that just a
24 minute so that the jury can understand.  It says "Capacity MW"
25 and then it's got 90, 90, 90, 90, 125 and 350.  What does "MW"

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-222

1  stand for?

2  A    Megawatt.

3  Q    What is a megawatt?

4  A    A megawatt is 1,000-kilowatts, which is 1,000 watts.  I

5  think most of us understand what a watt is, if nothing else,

6  from light bulbs.  So if you –– if you have a 100-watt light

7  bulb and you have a megawatt, a megawatt will light 10,000

8  100-watt light bulbs.

9  Q    So the capacity of Unit 1 was 90 megawatts or is 90

10 megawatts?

11 A    It is.

12 Q    2, 3 an 4, also 90 megawatts, correct?

13 A    Yes.

14 Q    Then 5 and 6, 125 and 350, right?

15 A    Yes.

16 Q    All right.  Now, the third column says "Date of commercial

17 operation."  Is that the years that the unit started

18 generating electricity?

19 A    That's the year it started up, yes.

20 Q    Now, the fourth column, tell us what that is.

21 A    The title of it is "Current Life Expectancy."

22 Q    And the years for these plants are what, Mr. Hekking, for

23 the record?

24 A    '93 through 2008, which basically says that Cinergy or

25 PSI, in this case, expected their –– these particular units

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–223

1  for Wabash River to run 40 years.  At the end of that time,

2  they would retire them or replace them, whatever the case may

3  be.

4  Q    Are those units still running today, Mr. Hekking?

5  A    To the best of my knowledge, they are.

6  Q    Was the life extension program at Wabash River successful?

7  A    I would say it was, yes.

8  Q    Was PSI able to implement its life extension program

9  through its regular maintenance program at the plant?

10  A    No.  Very briefly, as I explained earlier, the Cinergy

11  plants were no different than the TVA plants.  They had an

12  operate -- O&M budget, take care of the plant, keep it running

13  on a day-to-day basis to -- how shall I say -- in effect

14  extend the lives of a power plant and replace the components,

15  do the things you need to do.  There's no way a maintenance

16  budget is going to pay for that, and it wasn't intended to.

17  Q    Thank you.  Let's change topics again just briefly.

18  You've mentioned the term "capital improvement project."  Are

19  you also familiar with the term -- or the term "large capital

20  investment"?

21  A    Yes.  I think I've used that term today.

22  Q    Do you use those terms synonymously, "capital improvement

23  project," "large capital investment"?

24  A    Generally speaking, yes.  I do use them interchangeably.

25  Q    Can you tell us just briefly what those terms mean to a

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-224

1  power plant engineer?

2  A   Well --

3         MR. GREEN:  Your Honor, I don't know how he could

4  give an opinion to what they mean to someone else.  He might

5  be able to give an opinion --

6         THE COURT:  I expect first we would have to find some

7  answers to some other questions.  So why don't you lay a

8  foundation for that if you can.

9  BY MR. LOFTON:

10 Q   Do those terms have meaning to you, Mr. Hekking?

11 A   They do.

12 Q   You've worked in the power industry for 21 years and

13 you've observed it for longer than that; is that correct?

14 A   That's correct.

15 Q   Do those terms also have meaning to other people that

16 you're aware of?

17 A   I have to believe that they had meaning to Cinergy

18 employees.  They used the process.  I feel very comfortable in

19 saying they had meaning, the same meaning that I understood to

20 the many TVA employees that I interfaced with, yes.

21        MR. GREEN:  Objection --

22 BY MR. LOFTON:

23 Q   Let's look at the documents you've reviewed.

24        MR. LOFTON:  Do you have a question?

25        MR. GREEN:  I have an objection.  My objection is

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-225

1  based still on the lack of foundation.  The answer is still

2  predicated --

3          THE COURT:  Are you done laying your foundation?

4          MR. LOFTON:  No, sir.

5          THE COURT:  Then you can continue.  Go ahead, lay

6  your foundation.

7          MR. LOFTON:  All right.

8  BY MR. LOFTON:

9  Q   Now, Mr. Hekking, have you seen documents -- well, let me

10 back up one step.  You've reviewed many Cinergy documents,

11 documents from PSI and from CG&E; is that correct?

12 A   That's correct.

13 Q   Have you seen that term used in the CG&E and the PSI

14 documents --

15 A   Yes, I have.

16 Q   -- or those terms?

17 A   Yes.

18 Q   How have you seen those terms used in the documents that

19 you've reviewed?  What do they apply to?  What do they

20 describe?

21 A   The process of identifying a project, scoping it,

22 assessing its cost.  It's a process -- when it comes to a

23 capital improvement project, it is a process; and I saw the

24 same process take place in Cinergy, both PSI and CG&E, that we

25 had in TVA; and I have seen it in many other utilities.

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-226

1  Q   Let me stop you there.  In the documents that you reviewed

2  for this case, was the term "major capital improvement" used

3  the same way that you use it?

4  A   Yes.

5  Q   Now, you've said you testified in other cases and that

6  you've been involved in, you said, 10 other cases involving

7  power plants?

8  A   Yes.

9  Q   Were those all involving major capital improvement

10 projects?

11 A   Yes.

12 Q   And did you review documents from other power companies in

13 those cases?

14 A   Yes.

15 Q   They used the term "capital" or "major capital improvement

16 project" exactly the same way that you use it?

17 A   As best I recall, yes.  It's pretty well universal

18 throughout the industry in all the utilities I've looked at.

19 I don't recall any differences.

20 Q   All right.  Now, if we look at the *"Steam"* book -- let's

21 see -- Jeff, do you have the third page of Chapter 46 in the

22 *"Steam"* book?

23        MR. LOFTON:  Your Honor, might I borrow your *"Steam"*

24 book?

25        THE COURT:  Sure.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–227

1        MR. LOFTON:  I may need some technical assistance to
2  make the ELMO work.  Sorry, I'm going to take that off until I
3  find the page I'm looking for here.
4        MS. HIMMELHOCH:  Your Honor, I can return a copy if
5  you'd like.
6        THE COURT:  That's all right.  Go ahead.
7        MR. LOFTON:  Is there a way to focus this a little
8  better (indicating)?
9  BY MR. LOFTON:
10 Q   Can you see that okay, Mr. Hekking?
11 A   Yes, I do.
12 Q   We're in Chapter 46 of the "Steam" book, which again is
13 the chapter on life extension and upgrades.
14       MR. GREEN:  Your Honor, would you allow me to state
15 another objection?
16       THE COURT:  Yes, sir.
17       MR. GREEN:  This chart is not referenced in
18 Mr. Hekking's report.  That's No. 1.  No. 2, in the
19 Introductory portion of his report, he describes --
20       THE COURT:  Why don't you just go ahead, take this
21 off your machine, and ask him the question you were laying the
22 foundation for, and see if it survives an objection.
23       MR. LOFTON:  All right.
24 BY MR. LOFTON:
25 Q   Mr. Hekking, does the "Steam" book --

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-228

1    THE COURT:  No, no, no, not that one, the one you

2   were using with the definition that you started in before,

3   where you asked him what's a major modification, how does he

4   know, and I said "Well, let's have a foundation."  Let's try

5   and see if you've laid that foundation.

6    MR. LOFTON:  All right.  I'll take the hint, Your

7   Honor.

8   BY MR. LOFTON:

9   Q   What does the term "major capital investment" or "major

10  capital improvement project" mean to a power plant engineer?

11    MR. GREEN:  That's my objection.  I don't have an

12  objection to the witness telling the Court or the jury what it

13  means to him; but extrapolating to what it means to a power

14  plant engineer at large I do object because there's no

15  foundation.

16    THE COURT:  And I think there is.  I think he's given

17  us the foundation that's necessary.  He's talked about his

18  experience in reviewing all these documents.  I think it's

19  fine.  I'll let him answer.

20  BY MR. LOFTON:

21  Q   Do you need the question again?

22  A   I do.  I'm lost.

23  Q   What do the terms "large capital investment" or "major

24  capital improvement project" mean to a power plant engineer?

25  A   It was a process -- it is a process that is used to either

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-229

1  add equipment capacity or to modify or upgrade or replace a

2  major piece of equipment in a power plant.

3  Q    Okay.  Can you explain the process -- well, first of all,

4  let me back up and make sure I get my foundation question.

5        Is the process for performing a major capital

6  improvement project or a large capital investment on a boiler

7  at a power plant generally the same at Cinergy, PSI, CG&E,

8  Tennessee Valley Authority?  Based on your experience and the

9  documents that you've looked at, is the planning process and

10 the scoping process, is it pretty much the same?

11 A    They are very, very similar, yes.

12 Q    Now, can you explain that process for us of planning,

13 studying, getting it improved and implementing a major capital

14 improvement project on a boiler?

15 A    Would it help if I give an example?

16 Q    Yes.

17 A    I've got a piece of equipment, a major piece of equipment

18 that's breaking down frequently as I've described earlier.

19 It's a big piece of equipment.  I haven't got enough money in

20 my annual budget, my maintenance budget, to replace it.

21       The alternative for me is to look at this capital

22 process.  And what I will do is I will basically figure out

23 what it's going to take to replace this, how much it's going

24 to cost, how long it's going to take, all those sorts of

25 things and get an idea of the cost.

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–230

1     The next thing I have to do is I have to justify

2 spending that kind of money.  We'll just say a million

3 dollars.  I have to justify that.  So I will look at the

4 benefits.  What's this going to do for me?  Well, I'm not

5 going to have as many breakdowns, I'm going to reduce my

6 maintenance costs, a lot of things; but I look at the benefits

7 and I evaluate them and I say this is the payback on it.

8     So I go through that process, and if I can show that

9 investing that million dollars in this piece of equipment, I'm

10 going to get that money back in three years, five years –– the

11 sooner I can get the money back, the more likely I am to get

12 it.

13 Q   How do you get the money back?

14 A   In the case of a coal–burning power plant, the number one

15 way is to make more electricity.  You can also improve

16 efficiency, which means you burn a little less coal for the

17 same amount of electricity.  You can reduce maintenance costs.

18 Those are the three biggies.  That's when you get the money

19 back.

20 Q   Explain to us how performing a major capital improvement

21 project results in generating more electricity.  How does that

22 work?

23 A   Well, quite simply, as I said, I've got a piece of

24 equipment or a component of that equipment that's breaking my

25 back.  Every time I come to work in the morning, it's broken.

ALAN MICHAEL HEKKING - DIRECT/LOFTON Vol. II-231

1  I can't generate electricity like I'm expected to.

2       If I can get that component fixed, replaced, whatever

3  it takes to get out from underneath these problems I've got

4  with it, I can make more electricity and I can make a lot more

5  electricity.  That's what I'm going to tell my boss, give me a

6  million dollars and I'm going to get it back quickly.

7  Q   Now, you talked about earlier this morning --

8       THE COURT:  Excuse me.  Yes?

9       MR. GREEN:  Your Honor, if I may, I object.  The

10 witness is not qualified as an expert in increased generation

11 or increased availability.  It's not in his report.  It's not

12 part of his report.  It's not part of his expertise.  And now

13 he's being asked in effect to offer an opinion on that

14 subject.

15      MR. LOFTON:  No, sir.  I'm simply asking him why you

16 would do a capital improvement project as a plant manager at a

17 plant.  He certainly has experience in that.

18      THE COURT:  Yes, I was going to just say I appreciate

19 counsel's reminding us that he isn't an expert in that area,

20 but I don't think it requires expertise for him to give us the

21 example that he just gave us.  Go ahead.

22      MR. LOFTON:  All right.

23 BY MR. LOFTON:

24 Q   You talked a little bit about budgets.  I want to make

25 sure we're clear about that.  Do maintenance activities and

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-232

1  major capital investments at a power plant come from the same

2  budget?

3  A    No.  No.

4  Q    Explain that to us.

5  A    As I explained earlier, plants have an O&M budget.  It

6  pays for the operation, the maintenance, all the costs to keep

7  it running over a year's time.  Capital budgets, on the other

8  hand, is -- I'll say for better terms it comes out of a

9  different pocket.  It's not the same money.  You go about

10 getting it -- I'm not an accountant.  I'm not sure all the

11 magic behind it, but I know it comes out of a different

12 pocket.

13 Q    Now, who typically approves a maintenance expense?

14 A    Usually the foreman or the first level supervisor.  If I'm

15 the maintenance supervisor, I tell the foreman that you need

16 to go fix a leak on such and such a boiler.  He'll send his

17 guys out.  That's all the approval he needs.  He'll go out.

18 He'll do the job, spend the money, put parts in, whatever.

19 That's how it happens.

20 Q    So it's a first or second line supervisor at the plant?

21 A    Yes.

22 Q    In contrast, if you do a major capital investment at a

23 plant, based on the documents you reviewed, how high does that

24 have to go?  Here's the president of the company.

25 A    They go well above the plant.  I would say up in corporate

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II–233

1  management, senior vice president –– I'm sorry, president of

2  the company, even board of directors.  These are very high

3  level approvals required.

4  Q    Were any of the projects in this case capitalized by the

5  Defendants?

6  A    All of them were.

7  Q    And were all of these major capital improvements funded

8  from the Defendants' capital construction budget?

9  A    Yes.

10  Q    Let's talk very briefly about how a large capital

11  improvement project is performed at the power plant.  We heard

12  some of this from Mr. Bradley so we're not going to repeat it.

13  He told us what a scheduled outage is and a forced outage.

14  Are major capital improvement projects performed during forced

15  outages?

16  A    I see where you're going.  Assuming this project has to do

17  with an operating unit, yes.

18  Q    A forced outage, I'm sorry.

19  A    Oh, a forced outage, I'm sorry.  No, they are typically

20  done in your long, extended outages.

21  Q    Now, based on your review of the Defendants' records in

22  this case, typically, how long is a scheduled outage scheduled

23  for?

24  A    I'm struggling with that because I don't recall looking at

25  a lot of detail.  I could speak to the outages where these

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-234

1  projects were done, but I don't know that I can give you a

2  very accurate answer on how long their outages were

3  historically.

4  Q   Well, when you were at TVA, if there was a planned

5  outage –– first of all, how often were outages planned at TVA?

6  A   Pretty much like Cinergy.  About 18 months.  Every 18

7  months, you're going to shut the unit down for four weeks,

8  sometimes a little more, sometimes a little less; but in the

9  neighborhood of four weeks, and you're going to do all those

10 bigger tasks that you can't do during forced outages, you

11 know, when you shut down for half a day or a day or whatever.

12 So you're going to do the bigger jobs every 18 months.

13 Q   During that four-week period –– I'm sorry.  You said that

14 was at TVA.  A planned outage usually lasted four weeks or so.

15 Based on the documents you've looked at, was that typical of a

16 planned outage?  And I'm not talking about the projects that

17 are at issue in this case, but is that typical for the Cinergy

18 plants that we're going to talk about?

19 A   Yes.

20 Q   Are there any exceptions to a manned outage that might

21 last longer than four weeks?

22 A   Yes.

23 Q   Now, based on your review of the documents and the

24 depositions of employees of the Defendants, what does

25 Cinergy –– how does Cinergy classify a project that lasts more

ALAN MICHAEL HEKKING – DIRECT/LOFTON Vol. II-235

1 than four weeks?

2 A   I remember one deposition that was –– it was called a long

3 duration job, I believe is what they called it.

4 Q   Did any of the projects in this case last more than four

5 weeks and thus were long duration jobs?

6 A   Let me think a minute.  All the projects that I looked at

7 took four or more weeks.  I think there was one that took four

8 weeks, and all the rest took longer.

9 Q   All right.  Thank you.

10       MR. LOFTON:  Your Honor, I'm about to start on the

11 Gallagher plant.  I see it's 5 till 2.

12       THE COURT:  This will be a good place to stop for the

13 day.  I saw somebody in the jury box yawn.  I won't name

14 names.  We'll come back tomorrow morning at eight o'clock.

15 Thank you, ladies and gentlemen.

16       MR. LOFTON:  Your Honor, may we approach with one

17 question?

18       THE COURT:  Before or after?

19       MR. LOFTON:  After is fine.

20       THE COURT:  Well, I'm not going anywhere after

21 anyway.

22       Okay, ladies and gentlemen.

23       COURT CLERK:  All rise.

24   (Jury out.)

25       THE COURT:  You may be seated.

Vol. II-236

1          Yes, sir?  You had something you wanted to mention?

2          MR. LOFTON:  Yes, sir, I had an administrative

3  question.  What is your rule about conversations with witness

4  as we are now, overnight?

5          THE COURT:  I don't care.

6          MR. LOFTON:  You don't care?  All right.

7          THE COURT:  There's one other thing.  There was a

8  motion filed at 9:30 last night.

9          MS. THOMSON:  It's moot now, Your Honor.

10          THE COURT:  I understand that, but I thought I'd rule

11  on it and overrule it rather than make it moot.

12          MR. GREEN:  Now it's really moot.

13          THE COURT:  Now it's really moot.  Now, have we got

14  objections for tomorrow's activities anywhere?

15          MS. THOMSON:  I believe they were submitted --

16          MS. HIMMELHOCH:  Yes.  Tomorrow will be a

17  continuation of witnesses we've already submitted to you this

18  morning, Your Honor.

19          THE COURT:  Okay.

20          MS. HIMMELHOCH:  I do have two administrative

21  questions.  I've had judges interpret sequestration orders

22  differently.  Some say you can discuss openings with the

23  witnesses, and some say you can't.  I just wanted to know so

24  we're on common ground here.

25          THE COURT:  Judges are funny like that.  The primary

Vol. II-237

1  problem with sequestration of witnesses is you don't want

2  witnesses going out and telling each other what they did so

3  that you're getting cooked up stories.

4          MS. HIMMELHOCH:  Right.

5          THE COURT:  Half the time you grant these motions and

6  nobody knows the other's story anyway.  It's kind of a wasted

7  motion most of the time.

8          Then sometimes when I tell them "You're not to share

9  your testimony with anyone who has or will be a witness,"

10  that's the primary purpose of the sequestration motion, and to

11  keep counsel from orchestrating the case as it goes along; but

12  you folks are prepared.  My gosh, you've had this case since

13  1999.  If anybody knows it any better than you, I don't know

14  who it would be.  So I don't mind if you can continue to talk

15  with your witness when you've got him on the witness stand for

16  a couple days.

17          MS. HIMMELHOCH:  May I discuss with my expert witness

18  what was said by Mr. Green about his testimony?  Not what was

19  said --

20          THE COURT:  What Mr. Green said about his testimony

21  in his opening statement?

22          MS. HIMMELHOCH:  Yes.

23          THE COURT:  Just so you can take a picture of his

24  indignation?

25          MS. HIMMELHOCH:  For any purpose, Your Honor.

Vol. II-238

1          MR. GREEN:  It was a beautiful opening statement.

2          THE COURT:  It was, and you'd like to share it with

3     as many folks as you can.

4          MR. GREEN:  I would like to go public with it, Your

5     Honor.

6          MS. HIMMELHOCH:  I just want to make sure we're

7     playing on the same field.

8          MR. GREEN:  I think it would be inappropriate to have

9     the witness now Q and A'd in the context of my opening

10    statement.  I think the witness should stick to what the

11    witness was going to say.  It's only argument.  It's not

12    evidence.

13         THE COURT:  It is only argument and not evidence,

14    that's true, but I don't mind if you tell the witness what he

15    said.  I don't expect to have you drag your witness through

16    his opening statement.

17         MS. HIMMELHOCH:  No, no.  That's not the intention.

18    I just want to make sure I understand what the limits of the

19    order is.

20         My other question is really an administrative

21    question.  That is some of these larger exhibits are going to

22    be used with more than one witness, and I don't know whether,

23    for ease of reference during the testimony, you would like us

24    to produce those again in a separate binder for the new

25    witness or if you want to just only have one copy of any

Vol. II-239

1  exhibit that's been put in.

2          THE COURT:  One copy is all we need.

3          MS. HIMMELHOCH:  Thank you, Your Honor.

4          THE COURT:  You're welcome.  Thank you.

5          COURT CLERK:  All rise.

6          This court stands aside in recess until 8 a.m.

7  tomorrow morning.

8          (The proceedings concluded at *2:00 p.m.*)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        CERTIFICATE OF REPORTER

2

3       I, Cathy Jones, certify that the foregoing is a true and

4   correct transcript of the proceedings in the above-entitled

5   matter.

6

7

8

9                          _____

10                         CATHY JONES, RPR, FCRR
                           OFFICIAL COURT REPORTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25