1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
2                  INDIANAPOLIS DIVISION

3

   UNITED STATES OF AMERICA,        )
4          Plaintiff,               )
                                    )
5  STATE OF NEW YORK, STATE OF      )1:99-cv-1693-LJM-JMS
   NEW JERSEY, STATE OF CONNECTICUT,)
6  HOOSIER ENVIRONMENTAL COUNCIL    )
   and OHIO ENVIRONMENTAL           )
7  COUNCIL,                         )
           Plaintiff-Intervenors,   )Indianapolis, Indiana
8                                   )May 7, 2008
             -vs-                   )8:00 a.m.
9  CINERGY CORP., PSI ENERGY, INC., )Volume III
   and THE CINCINNATI GAS &         )
10 ELECTRIC COMPANY,                )
           Defendants.              )

11

12

13

14                      **BEFORE THE**
                **HONORABLE LARRY J. McKINNEY**

15

16         OFFICIAL REPORTER'S TRANSCRIPT OF

17             TRIAL PROCEEDINGS

18

19

20 Court Reporter:     Cathy Easley Jones, RPR, FCRR
                       Official Court Reporter
21                     46 East Ohio Street, Room 291
                       Indianapolis, IN  46204

22

23

24

25        PROCEEDINGS TAKEN BY MACHINE SHORTHAND
            COMPUTER-AIDED TRANSCRIPTION

Vol. III-241

1                        A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:          Mr. Thomas Andrew Benson
                                 Mr. James A. Lofton
4                                Ms. Sarah Dale Himmelhoch
                                 Mr. Phillip Brooks
5                                U.S. DEPARTMENT OF JUSTICE
                                 P.O. Box 7611
6                                Ben Franklin Station
                                 Washington, DC  20044
7

8    FOR PLAINTIFF-             Mr. R. Keith Guthrie
     INTERVENORS:               ATTORNEY AT LAW
9                               13242 South 600 East
                                Elizabethtown, IN  47232
10

11   FOR THE DEFENDANTS:        Mr. Mark D. Hopson
                                Mr. Thomas Charles Green
12                              Ms. Kathryn B. Thomson
                                Ms. Meghan Delaney
13                              SIDLEY AUSTIN LLP
                                1501 K Street, NW
14                              Washington, DC  20005

15                              Mr. Robert R. Clark
                                SOMMER BARNARD
16                              One Indiana Square
                                Suite 3500
17                              Indianapolis, IN  46204

18

19

20

21

22

23

24

25

Vol. III-242

1                           **INDEX OF WITNESSES**

2                                                          **PAGE**

3   ALAN MICHAEL HEKKING (Continued)

4   Direct Examination (Continued) by Mr. Lofton.. 244
    Cross-examination by Mr. Green................ 370
5

6

7

8

9

10

11

12

13              **I N D E X   O F   E X H I B I T S**

14                                                    PAGE
    Plaintiff's Exhibit No.:
15
    1210........................................329
16

17

18

19

20

21

22

23

24

25

Vol. III-243

1                     (In open court)

2          MR. GREEN:  One preliminary matter.  If Your Honor,

3   please, when we adjourned yesterday, I heard I think

4   Mr. Lofton said he's going to turn his attention to Gallagher

5   2.  There are only six projects now that are left in this case

6   where the Defendants are contending that they qualified as

7   RMRR.  This is the Government's witness on RMRR, and I believe

8   that his testimony and his opinion ought to be restricted to

9   the six projects in this case where RMRR is an issue, Your

10  Honor.

11          THE COURT:  Okay.  Thank you.

12          MR. LOFTON:  Your Honor, Mr. Hekking is an expert on

13  plant operations and maintenance; and he is going to simply

14  lay the foundation for Mr. Koppe's testimony.

15          The images that we've done, that the Defendants have

16  not objected to, were prepared by Mr. Hekking, and we simply

17  want the jury to be able to see what the Gallagher pulverizers

18  looked like and lay the foundation for Mr. Koppe's testimony.

19          Mr. Hekking is not going to testimony about what

20  category the Gallagher 3 boiler projects falls in.  I think we

21  can do it in about 20, 25 minutes.

22          MR. GREEN:  I thought the previous witness that was

23  here was brought for that specific purpose, to educate the

24  jury about how a boiler operates.  So I look at there proposed

25  testimony from Mr. Hekking as just cumulative and really not

Vol. III-244

1 related to RMRR projects, Your Honor.

2          THE COURT:  Okay.  I'm going to let him testify.

3          Ready to go?

4          Bring in the jury, please.

5     (Jury in.)

6          THE COURT:  Good morning, ladies and gentlemen.  How

7 are we doing this morning?  Good to see all of you back this

8 morning.

9          All right.  I'll just remind you, sir, you're still

10 under oath.  You may proceed.

11         MR. LOFTON:  Thank you, Your Honor.  Good morning,

12 ladies and gentlemen.

13              **HEKKING, PLAINTIFF'S WITNESS, SWORN**

14                   <u>**DIRECT EXAMINATION**</u>

15 BY MR. LOFTON:

16 Q   Mr. Hekking, we're going to turn our attention now to the

17 Gallagher plant, which we heard earlier is located in New

18 Albany, Indiana, about two hours south of Indianapolis.  Can

19 we have the 12th image, please?

20         Mr. Hekking, is this an aerial photograph of the

21 Gallagher plant?

22 A   Yes, it is.

23 Q   Does this show the plant located -- where is the plant

24 located?  What river is that?

25 A   That's the Ohio River, and that is the north bank.

HEKKING – DIRECT/LOFTON        Vol. III-245

1  Q    North bank of the Ohio River.

2         Now, have you prepared a series of drawings to show

3  the jury what this plant looks like and what the major

4  components are in the Gallagher plant?

5  A    Yes.

6  Q    Now, are these –– were these drawings done to scale?

7  A    Yes, they are to scale.

8  Q    Can you tell us just real briefly how these drawings were

9  prepared; how you were able to do these to scale?

10  A    We received mechanical drawings of the Gallagher plant

11  which shows the layout, gives dimensions.  These are, shall I

12  say, top down views, as well as side elevation views.  From

13  those drawings, we were able to produce the images that you're

14  going to see.

15  Q    All right.  Can we see the first image, please?

16         What's this image?

17  A    I prepared this image.  It's to show you –– this is our

18  image and it represents exactly what you just saw in the

19  photograph.

20  Q    Again, was this drawn to scale?

21  A    It is.

22  Q    How many generating units does each of the –– how many

23  generating units were at the Gallagher station?

24  A    There are four electric generating units at Gallagher.

25  Q    Can we go to the next image, please?

1        Can you describe what we see here, Mr. Hekking?

2   A    A little closer in, I cut away the walls of the powerhouse

3   so you can see the inside.  You can see the four generating

4   units and their major pieces of equipment.

5        The darker images, of course, I call it the boiler

6   island.  The mustard yellow images are the turbine generator,

7   and you can see there's four generating units here.

8   Q    Do you recall when the units at Gallagher were built?

9   A    I believe they went on line, commercial operation, in 1958

10  through '61.

11  Q    Okay.  Do you recall what the capacity is of the units of

12  the Gallagher station?

13  A    These are all 150-megawatt units.  As I would term them,

14  they're sister units.  They're identical.  Same manufacturer,

15  same design.

16  Q    Yesterday you said that a megawatt was a million watts; is

17  that right?

18  A    That's right.

19  Q    So each of these was 150-megawatt unit capacity units; is

20  that right?

21  A    That's correct, total plant capacity of 600 megawatts.

22  Q    Did -- are each of the boilers on these units the same?

23  Are they identical?

24  A    Yes, they are.

25  Q    Now, in the beginning of your testimony yesterday you

1  talked briefly about what pulverizers were.

2        Now, can you show us what the pulverizers looked like

3  on these units?

4  A   What you're looking at is the backside of these boilers.

5  In the upper part of the picture you'll see three conical

6  structures.  Those are the coal silos.  That's where the coal

7  is stored on a daily basis.

8        You saw from the image yesterday both conveyers

9  bringing it into the plant and it drops down from these silos.

10 From the silos, the coal drops into these pulverizing systems

11 that you see here, and I'll describe them in more detail, but

12 this is the backside of the boiler where the pulverizer

13 systems are installed.

14 Q   Now, were each of the pulverizers on the Gallagher units

15 the same when the plant was built?

16 A   Yes.  These are Foster Wheeler pulverizing systems, Foster

17 Wheeler boiler, Foster Wheeler pulverizing systems.  They're

18 all identical.

19 Q   Can we see a closer image to see one of the pulverizers

20 that each of the units looks like?

21       Can you explain here what we see and what the parts

22 are of the pulverizer system?

23 A   They're labeled -- and I'll walk through as the coal is

24 handled.

25       Starting on the right, you'll see a pipe that goes

1 down into what's called a disk type feeder.  As I said,

2 gravity flows down -- I'm sorry -- the coal flows down by

3 gravity into this disk type feeder.  This feeder has variable

4 speeds.  You have a plate that goes in.  The coal drops down

5 on this rotating plate.  Depending on how far you stick this

6 plate in there, it sort of peels the coal off.  That's how you

7 control the feed rate.  From there it drops down into a

8 crusher.  I've got it marked here as the dryer crusher.  Its

9 purpose is to do a first stage of crushing of this coal, makes

10 sure no coal gets into the pulverizer itself that's larger

11 than I believe an inch and a half in diameter.  So you've got,

12 I'll say, a first stage of crushing.

13        Also, there is a hot air stream that mixes with the

14 coal in this crusher to dry the coal.

15        After it goes through the first stage of crushing, it

16 again drops down by gravity into the pulverizer itself.  Now,

17 this pulverizer is -- I'll describe it like a front-loading

18 washing machine.  It's a barrel.  It turns on a horizontal

19 axis and it turns slow.  I remember maybe 13 to 15RPMs.  So

20 it's slow.

21 Q   Have you ever seen one of these in operation?

22 A   Yes.  Unfortunately, I had to operate and maintain very

23 similar systems in my career, and I remember them well.

24 Q   Which plant?

25 A   The Johnsonville plant.

1  Q    When you were the maintenance supervisor there?

2  A    Yes.

3  Q    Okay.

4  A    Inside this drum are tons and tons of steel balls -- small

5  steel balls.  The coal goes in there and this tumbling action

6  with the steel balls, it's again like a front-loading washing

7  machine, it just tumbles the coal and steel balls.  This

8  tumbling action pulverizes the coal.

9        Again, I told you yesterday the consistency of this

10  coal that you want coming out of this pulverizer is extremely

11  fine, like talcum powder.  What you've got here is an air

12  stream through this pulverizer.  When the coal gets fine

13  enough, the airstream will pick it up.  Then it starts a

14  vertical movement.

15        The next direction it moves is up through this

16  classifier.  The classifier basically separates any larger

17  particles to make sure the coal stream again is very fine.

18  You've got larger particles that are going to drop down and

19  get more grinding.

20        From the classifier, it goes up to the exhauster,

21  which is nothing more than a big paddle wheel fan.  Again,

22  you've got hot air that mixes with the stream.  That's what

23  the white duct work is that you see here is the hot airstream.

24  The hot airstream goes into the fan with the coal mix, and it

25  forces this air coal mixture into the individual burners on

HEKKING – DIRECT/LOFTON      Vol. III-250

1  the boiler.

2  Q   Now, can you tell us very briefly about the motors on

3  these pulverizers; what size they were?

4  A   Well, you can see on the back end of this rotary drum, the

5  motor is located –– and I'll tell you because we're going to

6  talk about it in a little bit more detail later –– because it

7  turns so slow, you've got a pretty significant reduction.  So

8  there's a gear reducer arrangement between the motor and this

9  rotating drum.  As I said, it's an electric motor, 400

10 horsepower.  This is the original pulverizing installation.

11 Q   Now, you've got one pulverizer highlighted.

12        Are there three pulverizers for each unit?

13 A   Yes.  You can see the other two in the background there

14 faded out.

15 Q   What was the capacity to grind coal and feed at this time

16 into the boiler of each of the three pulverizers on one

17 particular unit?

18 A   Each individual system, as pictured here, had a capacity

19 of 49,000 pounds of coal an hour, which is 24 1/2 tons of coal

20 an hour.  So the three systems gave a total capacity of ––

21 what's that, 73 1/2 tons of coal per hour.  You would need ––

22 that's basically the amount of coal that you need to operate

23 this unit at full capacity.

24 Q   Now, the Gallagher plant is owned by PSI; is that correct?

25 A   Yes.

HEKKING – DIRECT/LOFTON      Vol. III–251

1  Q    Or was owned --

2  A    At this time, yes.

3  Q    Did PSI have any performance or maintenance problems with

4  the pulverizer systems at the Gallagher units?

5  A    Yes.  I'll go back to the reduction gear I was talking

6  about.  This rotating drum turns very slow.  I don't remember

7  exactly what the horse -- I mean, the RPMs of the motor is.

8  Somewhere in the neighborhood of 1180.  So you've got a pretty

9  substantial reduction.

10       This gear box, lots of problems.  Very difficult to

11 keep it in operation.  It had a poor lubrication system.  It's

12 an open lubrication system.  It's just very tough duty.  In my

13 opinion, it is poorly designed and, as I said, almost constant

14 problems with it.

15       Another problem with this system that PSI experienced

16 is it does not like wet coal.  The capacity starting right at

17 the top of the coal feeder through this dryer crusher and into

18 the pulverizer, if you've got wet coal, which happens, of

19 course, on rainy days.  You can receive wet coal in a bar.

20 Wet coal is a pretty common problem in a power plant.

21 Basically, you can't get -- how shall I say -- the normal

22 through put.  So they suffered with that over the years.

23       Another problem is this disk feeder.  Really, I want

24 to say 1940s, '50s vintage type of equipment.  Hard to

25 control, high maintenance and it didn't work very well.

1  Another big problem.

2        The classifier system did not work very well.  They

3  had a lot of carryover of larger particles, which meant the

4  coal didn't burn very well in the boiler.  A lot of leakage

5  into this system, air and leakage.  What that does, the way

6  this system operates, basically you control the level of coal

7  in this pulverizer as it tumbles.  You do that by a pressure

8  differential.  I'm trying not to be too technical here, but

9  you're looking at a pressure differential in this pulverizer.

10  With air in leakage, it distorts the readings of these

11  pressure sensors.  So they had difficulty controlling the

12  level in this mill; they had difficulty controlling the feed

13  to this mill; difficulty with the drive mechanism; and there

14  were some other problems as well; all of which led to, I'll

15  say, basically deratings on many occasions.  In fact, I ran

16  read in some of the information I was provided there were even

17  some long-term deratings that resulted from trying to operate

18  and maintain this system.

19  Q   We've got another new term, "derating."

20        What does that mean?

21  A   Very basically, I told you these are 150-megawatt units at

22  full capacity.  A derating would mean you've got some problem

23  that keeps you from operating at full capacity.  Typically,

24  you talk in terms of how much derating would be.  Say a

25  30-megawatt derating, that means the best you can do is 120

1  megawatts, very simply put.

2  Q   Were any of the units at the Gallagher station ever D

3  rated because of the pulverizer system?

4  A   Yes.  From the information I read, it was a lot of

5  deratings over the lifetime of this system.

6  Q   Let's talk about Gallagher Unit 3 specifically.

7       Were there deratings at Gallagher Unit 3 that were

8  caused directly by the Gallagher pulverizing system?

9  A   Yes.  If I can refer to my report, I have some specific...

10      In 1995 Gallagher Unit 3 experienced 7,301-megawatt

11  hours of lost generation attributable to pulverizer and fuel

12  feed problems.  So I've kind of explained what that is.

13      Also, I saw in 1983 where there was a long-term

14  12-megawatt derating.  So those are two examples of things

15  that I saw where they had suffered through trying to operate

16  and maintain this equipment.

17  Q   You used another term, "a megawatt hour."  You said there

18  were more than 7,000 megawatt hours lost because of the

19  pulverizer problems in 1995.

20      What is a "megawatt hour"?

21  A   Very simply, 1 megawatt produced for a period of one hour.

22  So a megawatt for an hour.

23  Q   Eventually, did the company decide to replace the system

24  that you've shown the jury this morning?

25  A   Yes, they did.

HEKKING – DIRECT/LOFTON        Vol. III–254

1  Q    Can you describe what the company chose to replace the

2  system with?

3  A    Yes.  I have some images.

4  Q    Let's go to the first image.

5        Before we start the disassembly of the old system, can

6  you briefly describe what choices the company made in terms of

7  replacing the old pulverizer system that we see here?

8  A    Two basic choices were continue to try and –– how shall I

9  say, make this system work.  Various studies.  There were some

10  things they could do and some things they had done over the

11  years to improve the operation of the system.  So one of the

12  alternatives was maybe spend more maintenance money, put more

13  effort into it and try and keep it more reliable.  The other

14  alternative, of course, is replace it with something that

15  worked better.

16  Q    What did the company decide to replace it with?

17        Can you just tell us where they got the new

18  pulverizers?

19  A    They –– yes.  I'll keep it brief.  They ultimately found

20  some used pulverizers.  As you'll see from the images, really

21  a different type altogether, much more modern design.  They

22  found some of them in Canada I believe –– in Ontario, Canada

23  at a power company up there.  They also found some in Italy.

24  Q    Why would they go to Italy to buy used pulverizers?

25  A    Basically, over the years, the plant management had

HEKKING – DIRECT/LOFTON      Vol. III–255

1  forwarded projects done, cost benefit analysis, looking to

2  justify a replacement of this system.

3       As I said, it's quite a pain in the neck to try to

4  keep this system operating, so -- they had tried for 10 years

5  or more the best I recall.  They never could quite get over

6  the hump in terms of this project paying for itself.

7       When they found the used pulverizers, of course, that

8  dropped the price considerably.  And it made the -- how shall

9  I say -- the economic projections, it made it finally work.

10 So buying the used pulverizers lowered the overall costs of

11 the project.  They were able to justify it.

12 Q  Did they install the pulverizers that they found in Canada

13 and Italy as they were when they bought them?

14 A  No.  They hired contractors to go and disassemble these

15 pulverizers.  There's a lot more equipment than just the

16 pulverizers itself.  I guess I ought to say pulverizer system.

17 They went, say, to Ontario.  They hired contractors.  They

18 disassembled them.  A lot of pieces.  You know, you match mark

19 them, what came off of where, that sort of thing, crated them

20 up and shipped them to Combustion Engineering shops.

21       Combustion Engineering was the designer and

22 manufacturer of these new -- used pulverizers originally.

23 They shipped them back to the OEM.  They went through them,

24 replaced parts as necessary, checked tolerances, all that sort

25 of thing.  Went through, I'll say essentially made them like

1  new, and then shipped them to Gallagher for installation.

2  Q    What was the capacity of the new refurbished pulverizers

3  that they bought?

4  A    I recall it being 29-tons an hour, each pulverizer.  The

5  new equipment they bought was three systems also.  So each new

6  pulverizer had a capacity of 29-tons per hour.

7  Q    So how much more capacity was that than the old system?

8  A    Let me do the math here.  I think I said 73 1/2 tons, the

9  combination of the three on the old system.  The new system

10 would be 87-tons, which if I remember right, about an

11 18 percent capacity improvement.

12 Q    Okay.  Now, what's the capacity of brand new Combustion

13 Engine -- Can you give us what kind of pulverizers these new

14 ones were?

15 A    Yes, they're bowl mills.  Totally different design the way

16 they operate.  They're manufactured by Combustion Engineering.

17 Q    What's the number?  That's what I was looking for.

18 A    The ones that they found were a model 753.

19 Q    The Combustion Engineering model 753, what's the capacity

20 of a brand new model 753 system of pulverizers?

21 A    The type of coal that you're grinding is -- but with the

22 type of coal that they were burning, this pulverizer was

23 designed to burn -- I'm sorry -- to grind 29-tons of coal an

24 hour.

25          MR. GREEN:  Your Honor, I object.  Lack of foundation

HEKKING – DIRECT/LOFTON        Vol. III–257

1  as to the type of coal that they're burning.

2       The witness -- there's been no interrogation how the

3  witness would know what specific type of coal they're burning.

4       Also, there are a number of times when the witness

5  basically again begins to interpret what was in the minds of

6  Cinergy engineers or management, weaves that into his answer.

7  I think that's impermissible, sir, and I'll object.

8       THE COURT:  I would like to have a little foundation

9  on how he knows what type of coal they were burning.  I can't

10 very well go back and look at each specific instance, so we'll

11 leave it at that.

12      I would like to have a foundation though on how he

13 knows what kind of coal they're burning.

14      MR. LOFTON:  Your Honor, all I'm trying to establish

15 is what the capacity --

16      THE COURT:  I understand you are.  But once he says

17 some coals burn at different capacities, we ought to know what

18 we're talking about.

19 BY MR. LOFTON:

20 Q   Mr. Hekking, when you were the plant manager at the Allen

21 plant, did you deal with what types of coal the boiler could

22 burn?

23 A   Yes.

24 Q   When you were the maintenance supervisor at the

25 Johnsonville plant and you dealt specifically with the same

HEKKING – DIRECT/LOFTON       Vol. III–258

1  type of pulverizers that we're looking at here on the screen,

2  did you deal with issues about which types of coal these

3  particular pulverizers could burn?

4  A    Generally speaking, yes.  I understand –– as best I

5  understand your question, yes.

6  Q    Now, have you reviewed documents provided by Cinergy that

7  discussed different types of coal that was used with this

8  project?

9  A    Not specifically.  Actually, the 29–tons per hour is from

10  their documents.  I did not pull that off of any Combustion

11  Engineering literature.  That's what their documents said.

12        Quite honestly, I don't know what kind of coal they

13  were burning.  Their documents said that's what the capacity

14  of this system was and that's what I'm telling you.

15        MR. LOFTON:  I think that's our only point, Your

16  Honor.

17        THE COURT:  We'll leave it at that then.  We won't

18  have any discussion about how the different types of coal

19  might change the production.

20        MR. LOFTON:  It's not an important point for us.

21        THE COURT:  Thank you.

22  BY MR. LOFTON:

23  Q    So what you're saying is that there was a capacity

24  increase through buying these refurbished ––

25  A    Yes, on the order of 18 percent.

HEKKING – DIRECT/LOFTON        Vol. III–259

1  Q   Now, what I'm really driving at were the refurbished

2  pulverizers.

3         Do they have the same capacity as brand new

4  pulverizers?

5  A   I would expect that, yes.  That's my experience.

6  Q   Now, what are we looking at on the screen here?

7  A   I have a series of images that gives the Court an idea of

8  the amount of work and effort, the scope of a project of this

9  magnitude.

10 Q   Can we walk through, and can you describe for us exactly,

11 what was done to replace the old bowl mill pulverizers that

12 were originally installed when the plant was originally built

13 and replaced them with these new refurbished pulverizers?

14        What do we see on this first --

15 A   You see workers at basically two elevations.  They're

16 going to disassemble all this heavy equipment a piece at a

17 time and haul it to the scrap pile basically.  This is very

18 heavy equipment, as you can imagine.  It takes a lot of

19 equipment and, if you will, the next image we'll walk through

20 them pretty quickly but pretty good sized effort.

21        They're going to tear all this equipment down piece by

22 piece and haul them out of the plant all the way down to the

23 foundation.  Because of the new equipment that's going in, new

24 foundations -- one of the things that I omitted from this,

25 simply to make the image a little more palatable, is all the

1  structural steel that supports equipment, wiring, conduit,

2  instrumentation, all those sorts of things that go along with

3  this equipment.  Obviously that's not in these images.

4       Just to give you a quick view, if you will, the next

5  image, as we go through and disassemble it, as I said, we're

6  going to take these all the way down to the foundation.

7       Next image.  It's coming out a piece at a time.  You

8  can see up to −− the top elevation.  This is about the main

9  floor of this power house.  They're pulling the exhausters

10 off.  They've pretty well got that area stripped.  They're

11 going to strip the entire area before they start building this

12 system back.

13      Next image.  Essentially all gone.  We're down to the

14 concrete foundations and that's, you know −− basically you're

15 down to jackhammer work at that time, that point in time.

16      Next image.  Foundation is coming out.

17      Next image, please.  All right.  We've got all the old

18 system out of the way.

19      Next image.  The first thing you do is you start with

20 foundations for the new equipment.  We'll very acceleratedly

21 assemble this equipment.  The new pulverizers are a vertical

22 type grinding machine.  They're assembled in, I believe, four

23 large sections that you're going to see here.

24      Next image.  You see the first two sections have been

25 set now.  I might point out the −− kind of hard to see here,

1  but the red highlighted pieces you see on two of the three,

2  those are actually the grinding rolls.  We'll see that in a

3  little more detail, but we're assembling the new pulverizers.

4       Next image.  All right.  We're in the grinding

5  section.  They're putting the top half of the grinding section

6  on now.

7       Next image.  This top section you see going on now is

8  again the classifier section.  You'll find that in every

9  pulverizer.  You've got to have a way to make sure the ground

10  coal is at the consistency that you need.  Different type of

11  classifier certainly but a classifier nonetheless.

12       Next image.  You see essentially almost all the

13  pulverizers assembled now.  Of course, you've got coal feeders

14  and some of the other equipment to go.

15       Next image.  Installing the motors on the new

16  foundations.

17       Next image.  All right.  We're -- ultimately you've

18  got all this coal piping -- I'm trying to remember.  I think

19  there were 18 coal burners on this unit.  If you remember from

20  yesterday, there's round images on the walls, walls of the

21  furnace where the coal goes in.  I think there's 18 of those.

22  Each pulverizer is going to feed six burners.  So there's a

23  lot of coal piping -- of course, new design because it's

24  relocated, all that sort of thing.  All this new coal piping

25  has to go in as well.

1          Next image.  The green equipment you see here are the
2    new feeders.  As you can see, they're quite a bit different
3    design, really a sophisticated piece of equipment.  I've had
4    the fortune of having some of these myself and they're a
5    wonderful piece of equipment.
6          Next image.  Pretty much completed job here.  You can
7    see the difference very quickly in what the old system was
8    versus the new system they installed.
9    Q    How long did this job take?
10   A    This job took eight weeks, as best I recall.
11   Q    What did the new system cost?
12   A    Roughly 5 1/2 million dollars.
13   Q    Can we see a comparison of the old system versus the new
14   system?
15   A    Yes.
16   Q    Can you point out the differences?
17   A    Yes.
18   Q    Next image, please.
19          Can you just summarize for us what the difference
20   between the two systems are in terms of the amount of
21   capacity?
22   A    Well, you know, it's -- you got two systems here.
23   Basically they're doing the same thing, but there's quite a
24   bit of difference in the way they do it.
25          The system on the right is the new system and it is

1  considerably better from essentially every aspect.  It has

2  little or no problem with wet coal.  These new design feeders,

3  the operator has infinite control over his feed rate.  Your

4  maintenance is –– well, any pulverizer system has considerable

5  maintenance.  These are head and shoulders above the old

6  system.

7        You can also see, as I've told you, the capacity was

8  increased fairly significantly.  You know, you can look.  The

9  old system had a 400–horsepower motor.  The new system was a

10  700–horsepower motor.

11  Q   One final question about the Gallagher 3 system.

12        Was the new system intended to eliminate the deratings

13  on the unit?

14  A   Certainly, yes.

15  Q   We're going to turn our attention now to the Wabash River

16  plant.

17        Can we see the next image, please, Jeff?

18        Is this a picture of the Wabash River station,

19  Mr. Hekking?

20  A   Yes.  This is an aerial photograph of the Wabash station

21  and, I'll tell you, it was taken in the wintertime.

22  Q   How can you tell?

23  A   From the plumes coming off the top of the plant and the

24  stack.  That's predominantly steam.  You see that certainly a

25  lot more clearer in cold weather.

HEKKING – DIRECT/LOFTON      Vol. III–264

1  Q   Now, we heard yesterday that the plant's located in Vigo

2  County near West Terre Haute.

3       What river is that?

4  A   This would be on the Wabash River.

5  Q   Now, are you familiar with the Wabash River power station

6  and the boiler components in particular at the station?

7  A   Yes, I am.

8  Q   Do you also have some drawings or images to show to the

9  jury what this power station looks like and what the boiler

10 components look like?

11 A   Yes, I do.

12 Q   Were these prepared in the same way?

13 A   Yes, from drawings and sketches that were provided by

14 Cinergy.

15 Q   Are all of the drawings drawn to scale?

16 A   Yes, all of the images you see are to scale.

17 Q   Let's take a look at the next image, please.

18      This is an image of the outside of the plant; is that

19 right?

20 A   Yes.  You know, I made this particular image to -- how

21 shall I say, to blend in with the photograph that you just

22 saw.

23 Q   Let's take a look at the inside of the powerhouse.

24      How many units does the Wabash River station have?

25 A   This plant has six electric generating units.

1  Q   Can you tell us the range of capacity at each of the

2  units?

3  A   The first four units, again, are like sister units.

4  They're roughly the same design, same capacity, and they are

5  90-megawatt units.

6  Q   How about 5 and 6?

7  A   Unit 5 is a 125-megawatt unit.  You can see from the image

8  here it's a little larger.  Unit 6 is the largest of the bunch

9  and it's 350-megawatts.

10  Q   Now, you talked about yesterday the life extension study

11  on the Wabash River plant.

12        Can we go back to Plaintiffs' Exhibit 1319?  That's

13  the next image, please.

14        Is this the life extension study that was done for the

15  Wabash River Unit 2?

16  A   It's the executive summary.  There were 12 volumes.  A lot

17  of them.  This is just the cover page of one of the books.

18  Q   This study -- this big study had to do specifically with

19  Wabash River 2.

20        Did it have any application to the other units?

21  A   As I said, Wabash 1 through 4 units were sister units,

22  essentially identical, same design.  To avoid -- I'll say to

23  reduce cost, they spent the necessary monies to go through

24  Unit 2 in great detail.  I think I said somewhere in the

25  neighborhood of 14 or $15 million to do that condition

HEKKING – DIRECT/LOFTON      Vol. III–266

1  assessment, with the thinking being –– their thinking being

2  that whatever they found on Unit 2 would also be applicable to

3  the other three units because they were of the same age, same

4  design and had been operating the same period of time.

5         MR. GREEN:  Excuse me.  May we have an exhibit

6  number?

7         MR. LOFTON:  1319.

8         THE COURT:  1319 I think he said.

9         MR. GREEN:  Thank you, sir.

10  BY MR. LOFTON:

11  Q   Okay.  We're going to start our discussion on the Wabash

12  River plant with Unit 3.  I would like to go back to one of

13  the pages we looked at yesterday in the Life Extension study.

14  So can we look at the next image, please.  We saw this image

15  yesterday.

16         Can you call out the table there, Jeff?

17         Okay.  Looking at Unit 3, the third line there, when

18  did Unit 3 begin operating?

19  A   1954.

20  Q   When did the company plan to retire this unit?

21  A   After 40 years of operation, which would be 1994.

22  Q   We're going to focus on the late 1980s for the present

23  when the plant was about 35 years old.

24         Did the company decide to extend the life of this

25  unit?

HEKKING – DIRECT/LOFTON        Vol. III–267

1  A   Yes.

2  Q   What were some of the life extension projects that the

3  company undertook beginning in 1989?

4  A   We're talking Unit 3?

5  Q   Unit 3.

6  A   Radiant superheater -- replacement of the radiant

7  superheater.  Replacement of the finishing superheater.

8  Replacement of the intermediate superheater and replacement of

9  the upper reheater section of the boilers.

10  Q   Have you prepared a drawing that shows each of those

11  components in the Wabash 3 boiler?

12  A   Yes.

13  Q   Can we see that image, please?  It should be the next one.

14        All right.  Can you point out each of these

15  components, Mr. Hekking, where they're located in the boiler

16  and what their specific function is?

17  A   Well, the graphic has pretty well done it for me.  They're

18  color coded.  On the left side of the image you can see the

19  radiant superheater.  I'll again call your attention to the

20  round openings.  Those are the burners I've been talking

21  about, talked about yesterday.  You can even see the old

22  pulverizer system to the left that's faded out.  That's the

23  front wall of the boiler.  You can see they've also got the

24  roof area over on the right–hand side.  The mustard yellow

25  section is the finishing superheater.  Below it is the

HEKKING – DIRECT/LOFTON        Vol. III–268

1  intermediate superheater and below it is the reheater.

2  Q   Can you tell us what the function of each of these

3  components is?

4  A   The first three parts of this boiler, radiant superheater,

5  finishing superheater, intermediate superheater, all have to

6  do with –– as I explained yesterday in boiler 101, you got a

7  steam drum where water is circulating and being heated up.

8  Steam comes out the top of that drum and goes through various

9  sections of the boiler where the final temperature is raised

10 to a thousand degrees.  These are the sections I was talking

11 about.

12         First, coming out of the drum, the first section it

13 has to go through is the radiant superheat.  From there it

14 goes to the intermediate superheat.  From the intermediate

15 superheat it goes to the finishing superheat.  At that time

16 the steam is 1,000 degrees.  It goes to the turbine.

17 Q   Now, we heard some testimony yesterday about how big the

18 finishing superheater is in Unit 2.

19         Is the finishing superheater that we see here the same

20 in –– in Unit 3 the same size as the finishing superheater in

21 Unit 2 that the jury heard about yesterday?

22 A   Yes.  As I said, the first four units are identical.

23 Q   How many tube assemblies can you remind us are in the

24 finishing superheater?

25 A   Across the width of the boiler, from sidewall to sidewall,

HEKKING – DIRECT/LOFTON        Vol. III–269

1  there's 162 of these tube assemblies.

2  Q   Now, the radiant superheaters, how many tubes are in the

3  radiant superheater?

4  A   There are –– all the way across the front wall, I recall

5  122 upflow tubes.  I'm using a new term.  Upflow tubes and 122

6  downflow tubes, for a total of 244.

7  Q   A total of 244 tubes.

8       Tell us what you meant when you said "upflow" and

9  "downflow"?

10 A   I'm referring to the direction of steam flow.  In this

11 particular section of the boiler, the flow is split.

12 Obviously downflow, the steam is going down.  It turns around

13 through the other half of the section and comes back up.

14 Q   Okay.  How many tubes in the intermediate superheater?

15 A   I recall 122 elements, tube assemblies from sidewall to

16 sidewall.

17 Q   Do those go the whole width of the boiler?

18 A   Yes, sidewall to sidewall.

19 Q   How about the reheater?  How many tube assemblies in the

20 reheater?

21 A   The reheater also had 162 elements, again from sidewall to

22 sidewall.  It crossed the full width of the furnace.

23 Q   Now, you said these were life extension projects.

24      All these components were replaced?

25 A   Yes.

1  Q    In one outage?

2  A    In one outage, yes.

3  Q    In what year?

4  A    1989.

5  Q    Now, tell us what the specific problems were with each of

6  these components, briefly?

7  A    Well, the problems were primarily age related.  This

8  boiler —— what, in 1989 —— 35 years old.  Many start-up and

9  shutdown cycles, heating and cooling, a lot of years exposure

10  to a very hot fire in this furnace.  The condition of the

11  tubes had deteriorated and, obviously, what happens then is

12  you start having leaks.  They were having leaks which, of

13  course, means you can't generate electricity.  So you've got

14  forced outages that are associated with your leaks.

15  Q    Okay.  Now, you've reviewed a lot of documents in this

16  case.  Have you looked at the work order that the company

17  prepared for the replacement of all of these components?

18  A    Yes.  I recall looking at it, yes.

19  Q    That's Plaintiffs' Exhibit 1307 which has been admitted.

20        Can we show that, please?  Should be the next image.

21        How does the work order authorization characterize the

22  need for the work?

23  A    It's a little hard for me to read.

24  Q    Can we call the highlights out there in the middle of the

25  page, Jeff?

HEKKING – DIRECT/LOFTON     Vol. III–271

1  A   In the box that's titled "Necessity of Project," it reads,

2  "Increasing number of tube leaks in the above mentioned areas,

3  resulting in unavailability."

4  Q   There's that "availability" term again.

5       What does that mean to you as a power plant engineer?

6  A   Basically, it was breaking down and you could not operate

7  it –– how should I say –– over an extended period of time.

8  Tube leaks basically are forced outages.  You shut down and

9  you fix them.  That's what it means to me.  Unavailability, of

10  course, is the opposite of availability.

11  Q   Okay.  Now, when did the planning –– let's go back to the

12  work order.  And can we call out down at the bottom the

13  highlights down there and see if we can see the year that this

14  was signed off?

15       When was this signed off, this work order

16  authorization?

17  A   I'm not sure I can make out the date.  It looks like

18  September of 1988.

19  Q   When did they start planning this project?

20  A   Well, I recall the –– I think we talked some about it

21  yesterday.  The Gilbert Commonwealth condition assessment that

22  was done on Unit 2 in 1984, they identified five areas in the

23  Unit 2 boiler that basically –– something had to be done in

24  the immediate future if they wanted this unit to run another

25  15 or 20 years.  So there were five areas.  As I recall, three

1  of those five are in this project.

2  Q   So this project had been planned for four years?

3  A   Well, it was done in '89.  So I would say yes, it was

4  proposed and planned and, you know -- overall, yes, about five

5  years.

6  Q   Now, who approved this project?

7  A   I'm not sure I can make out the initials, but it looks

8  like a Mr. Baker, who was the president of the company.

9  Q   This approval had to go all the way to the president of

10  the company?

11  A   Yes.

12  Q   Let's turn to Exhibit 1279, which has also been admitted

13  into evidence.  Now, this is a spreadsheet.  It's a little

14  hard to see, Mr. Hekking.

15        You've reviewed this document, haven't you?

16  A   I have.

17  Q   What does this show?

18        Let's call out the top portion and see if we can get

19  the first two highlights, Jeff.

20  A   What this document is is a printout of an economic

21  analysis that was performed on this project.  As I've

22  testified earlier, projects of this type have an economic

23  analysis that you go through and you show what your benefits

24  are going to be, how the project is going to pay for itself.

25  This is a printout showing some of the data that goes into

1  this calculation and the numbers that it generated.

2  Q   Does this show the expected benefits from the project?

3  A   That's exactly what it does.  It quantifies those

4  benefits.

5  Q   Can we walk through what those expected benefits were

6  according to this document?

7  A   The first benefit that's identified is replacement power

8  cost.

9  Q   What does that mean?

10  A   That would be basically when this unit is shut down, some

11  other source of generation has to happen to meet customer

12  demand; and that would be a more expensive source of power.

13  So this is the additional monies that it would cost the

14  company when they initiated the shutdown.  So if they can

15  eliminate these forced outages, it's worth this much money to

16  them.  The numbers here, by the way, the columns go out to the

17  right; and this is the first year after the project is done.

18  Looks like 4400 -- I'm sorry, $45,390.  That would be the

19  amount of money they would expect to recover in the first year

20  after this project is done based upon eliminating the forced

21  outages.

22  Q   How about the second highlight there, that 117,136?

23  A   This is outage frequency.  This is the benefit that they

24  would receive -- you know, if you have a tube leak once a

25  week, basically you've got an outage frequency of once a week.

1  If you can eliminate those or eliminate 5 percent of them,

2  that frequency is going to go three months, whatever.  Again,

3  this is the amount of money it's worth to them after this

4  project is done.

5  Q   Let's go back to the whole document and look at the next

6  set of highlights.  Right there.  Start-up costs, $48,400.

7        What does that mean?

8  A   It's relatively expensive to start a unit up.  The biggest

9  cost, of course, is the oil.  Typically, it's easier to start

10 up on fuel oil.  Before you can put coal in and get a good

11 coal fire going, you have igniters.  You put oil in, get a

12 good oil fire going, start heating the boiler up.  After you

13 get some heat in it, then you start putting coal in.

14       Anyway, this has to do with the extra cost of starting

15 this unit up after each and every forced outage.  You

16 eliminate forced outages.  You eliminate start-ups.  It's

17 worth this much money to you.

18 Q   Let's look at the next highlights.  Get both of those.

19 This says "repair costs."  I believe it's $39,000, if I'm

20 looking at that correctly.

21       What's that about?

22 A   Every time you have a forced outage -- I showed you

23 yesterday an example -- you've got to send your mechanics in.

24 They've got to make repairs.  This is the amount of money

25 they'll save again by eliminating forced outages.  Obviously,

HEKKING – DIRECT/LOFTON      Vol. III–275

1  you don't have all this repair work.  You save money, 30 –– I

2  can't tell whether it's 33 or 39.  Looks like $39,000 in the

3  first year.

4  Q   Are those the kind of normal maintenance costs that you

5  talked about yesterday?

6  A   Yes, yes.  That $39,000 would come out of your maintenance

7  budget.

8  Q   Finally, the heat rate improvement, again that looks

9  like –– we'll say it's $39,000.

10  A   All right.  Heat rate improvement basically is efficiency.

11  That's the way you measure the efficiency.  Where you gain by

12  eliminating forced outages here is basically –– it's very

13  inefficient to shut down a unit and start it back up again.  I

14  explained how you've got to fire it with fuel oil.  You build

15  a fire in this thing.

16       Once you start with coal, it takes several hours to

17  build up enough temperature where you're making steam.  If you

18  can eliminate that process and you can keep this unit

19  operating at a very high capacity, it's much more efficient.

20  When you have to shut it down, start it back up again, that's

21  inefficient.  So you're going to gain considerable efficiency

22  to the amount of $39,000 in the first year.

23  Q   Okay.  Now –– I think we're done with that document.

24  Let's talk about the actual replacement, how that was done

25  with each of these particular units.

1          Did the power company have materials on hand in their

2    maintenance inventory for all of these major components in the

3    boiler that were replaced?

4    A    Certainly not.

5    Q    Where did they get the new material?

6    A    Let me refer to my report.

7          They bought the materials from Combustion Engineering.

8    Q    Combustion Engineering is one of the companies you talked

9    about yesterday.

10          Can you remind us who Combustion Engineering is?

11    A    They're one of the principal –– one of the major

12    designers, manufacturers of boilers and related equipment in

13    the industry.

14    Q    All right.  What exactly were the materials that were

15    ordered?

16    A    488 radiant superheater assemblies.  I'm talking about

17    this front image, the red tubes; 122 intermediate superheater

18    tube assemblies; 162 finishing superheater assemblies; and 162

19    upper reheater assemblies.

20    Q    Now, you talked about the maintenance staff at the power

21    plant yesterday.

22          Wabash River has a maintenance staff, doesn't it?

23    A    Yes, they do.

24    Q    Did the Wabash River maintenance staff install the

25    materials that were bought from Combustion Engineering?

1  A   No.

2  Q   In your experience as a power plant engineer, does the

3  maintenance staff have the capability to install the major

4  boiler components that you've described?

5  A   No, they don't.

6  Q   Why not.

7  A   Well, very simply, the maintenance staff is there for a

8  different purpose.  You have the numbers of people, the amount

9  of money, the materials in inventory to take care of the tasks

10  that they do every day.  Some of this is a rare occurrence.

11  Obviously you're not going to keep millions of dollars worth

12  of inventory, this kind of stuff sitting around for 30 years;

13  and you don't have the numbers of people, the skills necessary

14  to do work like this.  This is not what your maintenance force

15  is for.

16  Q   Who actually installed the radiant superheater, the

17  finishing superheater, the intermediate superheater and the

18  upper reheater?

19  A   Blunt Construction Company.

20  Q   What kind of company, if you know, is Blunt Construction?

21  A   How shall I say, they are a contracting firm that does

22  this type of work in this industry.

23  Q   All right.  Now, have you prepared an animation to show

24  the jury how this work was performed at the Wabash unit river

25  3 station?

HEKKING – DIRECT/LOFTON        Vol. III–278

1  A    I have.

2          MR. LOFTON:  We would like to show that now, if

3  that's all right, Judge?

4          THE COURT:  Yes.

5  A    We'll start with the images we saw.  Again, this is the

6  Wabash river plant.  We're talking about Unit 3 here, which is

7  going to be in the middle.

8  BY MR. LOFTON:

9  Q    What's just happened here?

10 A    Peeling away the walls so you can see the inside of this

11 powerhouse.

12 Q    Okay.  We're looking at all six units?

13 A    Yes.  Now, we've got units 2, 3 and 4 highlighted here.

14 Again, Unit 3 is the unit we're talking about, the boiler that

15 we're talking about.  Try and get you located here.  That will

16 be the center boiler.

17 Q    We're looking at which units?

18 A    That's 2, 3 and 4.

19 Q    We're going to focus in on Unit 3?

20 A    We're looking at the sidewall of the boiler.  One of the

21 first things –– if you will, pause it right there.

22          One of the first things for a job of this magnitude

23 that you've got to consider is material handling.  As you can

24 see, there's an awful lot of material –– heavy material, big

25 material that's got to be handled.  You've got to get the old

HEKKING – DIRECT/LOFTON       Vol. III–279

1  stuff out.  You've got to get the new stuff in.  There's no

2  openings in the boiler large enough to get material of this

3  size and quantity in and out.  So you've got to sort of figure

4  out how you're going to do it and you're going to cut access

5  openings.  So, go ahead.

6  Q    What has just happened?

7  A    What I've done is I've removed the sidewall so we can look

8  in and see.  That is the entire radiant superheater that

9  you're looking at.  I'm just highlighting the sections that

10 are going to be replaced.  There's your intermediate.  There's

11 your reheater.  There's the economizer below it.

12 Q    The economizer was not replaced, was it?

13 A    That's correct.  You can see we've got several areas of

14 this boiler that we're going to take old material out, put new

15 material in.  I would say we've got more than one work area

16 the way I would define it.

17 Q    Let's pause it right there.

18      What do we see here?

19 A    I've depicted –– on the right-hand side of the screen you

20 can see some work platforms, scaffolding as we call them, that

21 have been built.  They're going to open up this side of the

22 boiler up and this is how they're going to get in and get this

23 material out and, of course, put the new material in.

24      On the left side of the screen you see the inside of

25 the furnace.  In this case what they did was they built

HEKKING – DIRECT/LOFTON        Vol. III–280

1  scaffolds from the bottom of this furnace all the way up to

2  the roof.  They're going to take essentially the whole roof

3  out of this boiler also.  They've got two work areas –– two

4  principal work areas inside the furnace on the left.  Then the

5  majority of the rest of the material is going to come out on

6  the upper part of the boiler on the right.  So that's what I'm

7  showing here.

8        We're going to zero in.  These tubes –– to get the old

9  tubes out, you really have to saw cut them.  You can't afford

10 to torch cut them because you're going to get slag and, how

11 shall I say, foreign material inside the tubes that you're

12 leaving in.  So they're saw cut.

13       What I'm depicting here is these tubes are going to

14 come out one at a time, cut them across to –– cut them across

15 the bottom, drop them through the opening that you see in the

16 work platform.  All this I'm showing happening pretty fast.

17 You can see them bringing in a new tube.  You can see how the

18 bent tubes form the openings of the burners.  Very quickly

19 they got all those tubes out, all back in.  Then they've got

20 all the welds, I think what I said, 244 on the bottom, 244 on

21 the top, all high pressure certified welds that you've got to

22 make.  Typically you x-ray 10 percent of those.

23 Q   How many boilermakers are working on a job like this at a

24 time?

25 A   I'll be honest with you, I don't recall numbers.  I can

HEKKING – DIRECT/LOFTON      Vol. III–281

1  give you a pretty good idea.  You've got one, two, three work

2  areas.  Typically there's going to be an eight, 10 man crew in

3  each of these areas.

4      What you don't see in this picture is all the material

5  handling that's happening on the outside.  When you get all

6  this stuff out you've got crews taking all this old stuff to

7  the scrap pile.  You've got new people rigging it in, taking

8  it up.  They need five crews with maybe eight people, maybe

9  40, 50 people on a shift.

10  Q   Now, before we start it up again, did the contractor

11  encounter any problems with the installation job when this job

12  started?

13  A   I remember one problem in particular.  We're not going to

14  see it in this image.  We're going to see it when we go back

15  on the backside of the boiler.

16  Q   Let's wait then.

17  A   Very quickly, as I said, they took all the roof tubes out,

18  so you've got 288 high pressure welds.  I'm going to tell you

19  some of those, you can see the guy in the back, he's making an

20  overhead weld and that's tough.

21      Quickly, we're going to open up the backside of this

22  boiler.  What you do is you take the outside metal casing off.

23  There's insulation refractory.  You strip that off.  It

24  exposes the wall tubes on the inside.  You cut those out.

25  Then you've got an opening where you can take material in and

HEKKING – DIRECT/LOFTON      Vol. III-282

1  out.  That's basically what you see here very briefly.

2  Q    Let's stop there very briefly.  We heard some testimony

3  yesterday about an access opening being cut in the side of the

4  boiler.

5         Can you briefly tell us what size we're looking at

6  there?

7         We're looking at -- let's say that window right there

8  is the access opening.

9         Can you give us a reference point about how big the

10 access opening would be to be cut into the boiler?

11 A    Well, I would say this is -- again, these are to scale.

12 These are 6-foot boilermakers.  You can see -- what's that,

13 maybe 10-foot by 15 feet or something?  I think that's pretty

14 representative.  Depending upon how the material is laid in

15 the furnace sort of dictates how big a hole you've got to have

16 to get the material in and out.  You'll see why --

17 Q    Can you compare it to that window on the back wall?

18 A    I'm going to say the opening was wider than that window,

19 but maybe a third as tall.

20 Q    Okay.  All right.  Let's pick it up there.

21 A    Once you see inside, you'll see the reason that the

22 opening has to be this size because -- you can see basically

23 that's the size of the elements.  They're right up against

24 this wall.  So if you don't make the opening that big, you've

25 got no room to turn it to get it out.  The size of the element

HEKKING - DIRECT/LOFTON        Vol. III-283

1  dictates the size of the opening obviously.

2  Q   What do we see happening now?

3  A   This is an illustration of how you go about getting this

4  stuff out of the boiler.

5  Q   What section are the boilermakers working in right now?

6  A   This is the upper reheat.  So it would be -- I'll say the

7  lower area.  What you do is you're going to clean all the

8  material out in front of the opening which creates you some

9  work room.  Then you can start dropping stuff from above, drop

10 it into the opening and bring it out.

11        Again, material handling is a very, very important

12 part of this job.  You've got so much material.  One of the

13 first things you do is you set up rigging, is what I call it,

14 how you're going to transport.  You've got monorails, lifting

15 equipment.  Obviously you want to be able to get this material

16 in and out very quickly.  The long time of this job really is

17 the welding.  There's a lot of lot of welds associated with

18 this job.  You can't start welding until you've got material

19 going back in.

20 Q   We see this happening pretty fast in the animation.

21        Do these tubes come out one at a time?

22 A   Yes.  That's the only way you can get them out, one at a

23 time.

24        Now we've got the opening where we're dropping the

25 elements.  You can see how they turn and lay them.  Again,

1  they'll drop them down to the lower part of the powerhouse,

2  load them on trucks, whatever, and get them out into the scrap

3  yard.  You can see very quickly all the finishing superheater

4  tubes coming out.

5  Q   What are we looking at now here?

6  A   Pause it, please.

7       This is a representation of what I know as the

8  lay-down area.  The reason you have a lay-down area is you've

9  got a lot of material coming in.  You've got to put it

10 somewhere.  There's too much material to put in the powerhouse

11 somewhere.  You have a lay-down area.  You stack it up.  You

12 organize it so that it's easy to grab and get so to speak.

13      Part of the lay-down area is going to be where you

14 take the old material and stack it up also.  I've got this

15 again to scale.  You can see it closer.  You can see there's

16 the right number of piles, 162 assemblies of this and 162

17 assemblies of that.  That's pretty representative of the

18 lay-down area, what you would have.

19 Q   All right.  Let's continue.

20 A   You can see the jumble piles.  That's your scrap piles.

21 The neat piles is the new stuff that's come to the site.

22 Q   Let's pause it right there.

23      Let me ask you again, Mr. Hekking, is this all drawn

24 to scale?

25 A   Yes.

1  Q   So this is an accurate representation of what the job site

2  would have looked like with the new materials laid out?

3  A   This is typically the way it's laid out.  You can see the

4  18-wheeler in the background.  In the background you've got

5  your standard 6-foot boilermakers, again to give you an idea

6  of the scale.

7       All right.  I think we've got all the material out.

8  You can see it coming back in.  It goes back in the same way

9  it comes out.  I guess it's like putting a puzzle together.

10  While you've got an open area, you can lift the stuff up.

11       Once you get some of these assemblies going back in

12  the boiler, you can start your welders in.  You can start

13  welding as you're continuing to put the new material in.  As

14  I've said, welding is really the time consuming part of this

15  job.

16       I think we've got the intermediate superheaters going

17  in now.  That's the red.  The last thing, of course, will be

18  the tubes in front of the opening and that was the reheat

19  section.

20       What we're going to see here –– a question you asked

21  earlier –– I don't remember how you phrased it.  Something

22  unusual that happened.

23  Q   Did the contractors encounter any problems in this job?

24  A   One of the things I discovered in looking at this job was

25  the condition of the reheat section of this boiler evidently

1 severely deteriorated to the point that rather than repair the

2 tube leaks, the practice had become –– go to the end of the

3 assemblies –– what I'll say the headers where the tubes empty

4 into.  They would go to each end of the assembly, simply cut

5 the tube and drop a plug in and weld it.

6        MR. GREEN:  I'll object, Your Honor, if the witness

7 interviewed some individuals and knows that, but it seems to

8 me there's a lack of foundation for that.

9        THE COURT:  Okay.  He can tell us where he got that

10 information.

11 BY MR. LOFTON:

12 Q   Where did you get that information, Mr. Hekking?

13 A   From their documents.  If you need to know the specific

14 document, I'll go to my report and give you reference.  But

15 I'm –– this is coming out of my report.

16        MR. GREEN:  Well, it may come out of the report, Your

17 Honor; but it appears as if he's again interpreting and

18 looking into the minds of the people and concluding what they

19 thought.

20        MR. LOFTON:  Your Honor, none of these facts are in

21 dispute.  These all are in his expert report.

22        THE COURT:  So they came from ––

23        MR. LOFTON:  They came from Cinergy documents.  His

24 description is factual.  It's verbatim from their documents.

25        THE COURT:  All right.  Go ahead, sir.

1  A    I've lost my place.

2  BY MR. LOFTON:

3  Q    You were talking about problems the contractor

4  encountered.  You said the reheater tubes were plugged.

5  A    The reheater was in such bad condition that rather than

6  fix the leaks when they occurred, they would go in and

7  basically plug the tube on both ends and take it out of

8  service.  No steam would pass through it, so it didn't matter

9  if it had a hole in it or not.  This happened, evidently,

10 repeatedly over time; and part of this job -- part of the

11 specifications that they wrote in this job was to go back and

12 get -- I believe there were 24 of the 162 elements or

13 assemblies that had been plugged in the fashion that I just

14 described.  So those 24 assemblies required more work.  They

15 had to go much further and replace all the tubing down to the

16 headers.

17        When they attempted to do that, they found out that

18 they -- it was -- it was impractical to do that.  The damage

19 to the tubing that they were going to make the welds to was in

20 such a condition that they couldn't do it.  So they fabricated

21 a new temporary header and they basically rerouted the tubes

22 from these 24 assemblies into this new header rather than --

23 how shall I say -- put it back like it was originally

24 designed.

25        They took the output or the discharge from the header

1  and ran it directly into the reheat steam line.  This was a

2  reheat section of the boiler and they ran it into the reheat

3  steam line.  Pretty unusual.  I'm not sure I've ever seen it

4  done before.

5  Q   I'm sorry, I couldn't hear you.

6  A   Personally I never seen that done before.  I've heard

7  of it, but I've never seen it done.

8  Q   Tell us what a header is just so everybody knows?

9  A   The best way to describe it is you've got 162 of these

10  assemblies across the board.  In the case of the reheat,

11  you've got like a big pipe that all these assemblies go into.

12  You've got one on the inlet side and you've got one on the

13  outlet side.  You've got a big pipe on the end.  All these

14  tubes go into it.  That's a header.

15  Q   All right.  Let's continue with the animation.

16  A   All right.  We've got the last of the reheat in.  I've got

17  some images here that give you an idea of what I'm talking

18  about, where they had to put this temporary header in.  I

19  believe that's the last of the new reheat sections to go in.

20       All right.  Just to the right of the opening now he's

21  going to cut another opening, and they're going to put this

22  new header –– they're going to insert it into the back area of

23  this boiler.

24       There we go.  We've got the wall cut away so you can

25  see what's back on that side.  What's highlighted there, the

HEKKING – DIRECT/LOFTON        Vol. III–289

1  original, we're going to make the tie-in to the old tubes.

2  Those were in such bad shape they could not do that.  You can

3  see the temporary header going in the back.

4  Q   That big piece of pipe is the header?

5  A   Yes.  Then they had to fabricate, I would call them jumper

6  tubes, to connect those 24 assemblies -- there's a pretty good

7  image of how it works.

8       The job's done.  We finished our welds.  You put the

9  wall back together again.

10 Q   This is going pretty fast here.  The work to put the wall

11 back in, can you stop it there?

12      Can you just briefly explain again what are the

13 different parts that have to go back into the wall to complete

14 that work?

15 A   From this view, the first thing you see is a metal

16 enclosure, sheet metal basically, maybe 18 gauge steel.  That

17 would be 5/16ths of an inch thick.  You've got steel sheeting.

18 Inside of that you've got typically 4 inches of insulation.

19 Inside that you've got a layer of refractory, which is a high

20 temperature of cement.  Inside of the refractory you've got

21 the boiler tubes.  You saw one yesterday.  I think in this

22 case these walls were at least 2 1/2 inches in diameter.  They

23 butt up side to side.  So that's how that wall was put

24 together.

25 Q   Let's finish up with the animation on this unit.

HEKKING – DIRECT/LOFTON        Vol. III–290

1  A    Okay.

2  Q    Now, you talked about Combustion Engineering fabricating

3  the new materials that went into this job.

4  A    Yes.

5  Q    Did Combustion Engineering do an inspection during the

6  outage when this was -- when this work was done?

7  A    Yes.  I suppose it was a separate contract, but they had a

8  contract to come in and do a boiler inspection, a thorough

9  analysis of the condition of this boiler.

10        One of the reasons -- when you remove this much

11  material from the inside of the boiler, you expose the areas

12  that you can't get to otherwise.  So this was a -- how shall I

13  say -- a golden opportunity to go in and look at some areas

14  that otherwise you would not be able to see.

15  Q    All right.  Let's turn to Plaintiffs' Exhibit 1304 which

16  has been admitted into evidence.

17        Have you reviewed this Combustion Engineering

18  inspection report on Wabash Unit 3, Mr. Hekking?

19  A    Yes.  This is the report that was written by Combustion

20  Engineering that gives the results of the assessment that they

21  did during this outage.

22  Q    Let's turn to one of the pages in this document.  Can we

23  go to the next image, please?

24        First of all, before we call it out there, what did

25  the Combustion Engineering inspectors find when they inspected

HEKKING – DIRECT/LOFTON        Vol. III–291

1  this boiler?

2      Were there any unusual conditions or problems that

3  they saw?

4  A   Yeah.  I'm sort of drawing a blank about any specifics;

5  but as I said earlier, this inspector had access to a lot of

6  areas that you just can't get to under normal circumstances.

7  Q   Let's highlight the second paragraph, Jeff.

8      I'm sorry.  Can you show us what the problems were

9  that the Combustion Engineering inspectors noted on this

10 boiler during the outage where all this work took place?

11 A   Yes.  Here's a list of some of them.  Damage supports for

12 the furnace's front wall casing, superheater roof tubes and

13 reheat bypass rear wall tubes.  Again, as I said, he was able

14 to get to these areas because they were exposed with all this

15 work going on. so that's two additional problems that he

16 found.

17     Another problem down at the bottom he found was

18 problems with the reheat inlet header support system.

19 Q   Okay.  Let's go to the highlighted area in the last

20 paragraph there.

21     Show us what this highlighted area says, Mr. Hekking.

22 A   Along with the pressure part replacement ––

23 Q   Which is all the work that we're talking about or that

24 you've already talked about?

25 A   Right, the radiant superheater, finishing super, et

HEKKING – DIRECT/LOFTON        Vol. III–292

1  cetera.  Those are the pressure parts he's talking about.

2        Along with the pressure part replacement, there was

3  also the normal boiler maintenance requirements for tube

4  shields, refractory repairs and ash removal.

5  Q   Tell us what tube shielding, refractory repairs and ash

6  removal is.

7  A   Well, collectively, these are the types of things that you

8  do every outage.  You go in and look for these types of

9  problems.  These were activities that are, as I said, done

10  essentially every outage on a boiler.

11        In the case of tube shielding, the tubing sections say

12  the -- the reheat section we've talked about, they're all the

13  way across the boiler and the tubes are, how shall I say,

14  lined up with passages so that the hot gases can pass between

15  them and obviously heat all the tubes.

16        It's important that those tubes stay aligned because

17  this gas is moving along pretty fast.  In fact, typically the

18  range is on the order of 30, 40 feet per second.  So if you've

19  got ash in it, that's pretty abrasive.  You want to keep those

20  tubes lined up.  If the gas stream is moving this direction,

21  what you'll do is you'll go in and make like a half tube

22  shield and weld it on.  Really, what that does is it protects

23  the first tube and all the tubes behind it.  That's the first

24  shield.  All you're doing is protecting it from the erosion.

25        The second item, refractory repairs.  I've talked

HEKKING – DIRECT/LOFTON     Vol. III-293

1  about refractory is just a high temperature cement or a mud,

2  as we call it.  You use it throughout the boiler to seal

3  areas, fill in cracks.  It's used as like a cement on the

4  outside of the walls.  Refractory all through this boiler.

5  You know, obviously it helps contain the boiler.  It's part of

6  the containment.  It seals the boiler to keep stuff from

7  leaking out into the powerhouse.  That's one of the things you

8  look at.  You look at conditions of refractory, you make

9  repairs, whatever, to keep the refractory in good shape.

10  That's what he's talking about here.

11  Q   You talked about some regular or prescribed or normal

12  boiler maintenance yesterday.

13       Is this the same kind of activities that you talked

14  about yesterday?

15  A   Yes.

16  Q   Are the Combustion Engineering inspectors referring to the

17  types of boiler replacements that you described on Wabash

18  Unit 3 to replace the major components in the boiler?

19       Is that normal maintenance they're talking about in

20  those projects there?

21  A   He differentiates between the pressure part replacement

22  and normal boiler maintenance requirements.

23  Q   Now, the work that was done to replace the radiant

24  superheater, the finishing superheater, the intermediate

25  superheater and the upper reheater, you showed us a video of

HEKKING – DIRECT/LOFTON        Vol. III–294

1  that, and it seemed like a pretty big job.

2       How many hours did the power company anticipate that

3  that would take before the work was begun?

4  A   I'm going to have to refer to my report.  56,000 man–hours

5  were, how shall I say, estimated to perform this work.  That

6  would include all the labor to, you know, open the boiler up,

7  get all the old materials out, and put the new materials in,

8  56,000 man–hours.

9  Q   Give us a reference.

10      What's that equivalent to, in terms of work, by

11 boilermakers?

12 A   The numbers I use, 2000 man–hours, is roughly one man

13 working a full year.  So 56 divided by 2000, what's that, 28?

14 28 men working an entire year would be the equivalent.  That's

15 a lot of man–hours.

16 Q   And that was just to install.  That wasn't to fabricate

17 the materials?

18 A   Well, it was –– you know, it was to get in there all the

19 scaffolding, take all the stuff out and put the new stuff in;

20 but it did not include the fabrication of the new materials,

21 no, it did not.

22 Q   How long was this unit out of service and not generating

23 electricity while all of this work was going on; do you

24 recall?

25 A   I think I remember.  As best I remember, it took three

1  months to do this work.

2  Q    Now, do you recall what the total cost was for all of the

3  major capital improvements that were done on this boiler?

4  A    Approximately, $3 million.

5  Q    Now -- and that $3 million was in capital dollars?

6  A    Yes, yes.  Not maintenance money.

7  Q    And you said it was approved by the president of the

8  company.  Not this gentleman here, but a president?

9  A    Yes.  I believe Mr. Baker.

10  Q    Now, let me ask you a question about maintenance

11  expenditures on the six boilers on Wabash River.

12        Let's go -- we have a group of exhibits that are

13  numbered together.  Let's go to the next image; and these are

14  grouped as Plaintiffs' Exhibits 813, 814, 817, 818, 819, 820

15  and 821.  You can we see the first image there.

16        What are these forms, Mr. Hekking?

17  A    FERC form 1s.  It says here "annual report of major

18  electric utilities, licensees and others."

19  Q    Did you review these forms?

20  A    Yes, I recall these forms.  They were in the documents

21  that were supplied to me.

22  Q    Is there information in here about the amount of

23  maintenance money that the company actually spent on the

24  Wabash River unit?

25  A    Yes.  It's in this report.

HEKKING – DIRECT/LOFTON      Vol. III–296

1  Q   And this first document is 1989.

2      Do you recall during 1989, and let's say through the

3  mid 1990s, how much money the company spent on maintenance at

4  all six of these units for an entire year?

5  A   I recall looking at the time period 1989 to 1995.

6      MR. GREEN:  Your Honor, all six of these units are

7  not at issue in this case.

8      THE COURT:  I understand that, but I'm going to let

9  him give this summary.

10     Go ahead.

11 A   I looked at these FERC form 1s for the time period 1989 to

12 1995.  The amount of money that the owner spent to maintain

13 all six boilers for an entire year range from roughly

14 $4.1 million to $5.7 million.  Again, that's to maintain all

15 six boilers for an entire year.

16 BY MR. LOFTON:

17 Q   And that's everything in the boiler for a whole year?

18 A   That's boilers, pulverizers, burners, everything, the

19 boilers themselves and everything associated with the boilers.

20 Q   So in a relative sense, how does the capital work –– that

21 you've just described for the jury –– compare to the

22 maintenance expenses for an entire year on all six boilers?

23 A   Well, I think I just testified that this project cost

24 3 1/2 million dollars.  They were spending somewhere 4.1 to

25 $5.7 million to maintain all six of them.

HEKKING – DIRECT/LOFTON      Vol. III-297

1      So making the comparison, this is almost as much money
2   as they would spend an entire year to maintain all six
3   boilers.
4   Q   Now, when the company paid for this project to replace the
5   radiant superheater, the intermediate superheater, the
6   finishing superheater and the upper reheater in 1989, how many
7   times in the history of the operation of this boiler had they
8   done this kind of work on Wabash Unit 3?
9   A   36 years -- no, I'm sorry.  '54 to -- 35 years.  This was
10  the first time that they had replaced these boiler components.
11  Q   One time in 35 years?
12  A   Yes.
13  Q   In your experience as a power plant engineer, and your
14  experience as a plant manager at the Allen plant where you
15  said you did similar projects, typically how often are
16  components like these replaced in a coal-burning power plant?
17      MR. GREEN:  Objection, Your Honor.  This gentleman
18  has experience at one other utility, TVA; and this question
19  seems to ask for some average that extends throughout the
20  entire industry in the United States.  I don't think there's a
21  foundation for that.
22      MR. LOFTON:  He has experience at a number of
23  coal-burning power plants in the TVA system; and he also has
24  looked at multiple documents in at least 10 other power
25  companies at multiple -- probably several dozen power stations

HEKKING - DIRECT/LOFTON      Vol. III-298

1  within different companies.

2       THE COURT:  Within that area of experience, he can

3  answer the question.

4  BY MR. LOFTON:

5  Q   Based on your experience, Mr. Hekking, typically within

6  that range, how often are these types of components, the

7  radiant superheater, the finishing superheater, the

8  intermediate superheater and the reheater, how often are those

9  replaced in your experience?

10  A   In a 30 year -- 35 year period I would have to say rarely,

11  if ever.  Of course, if it's 35 years old, my experience tells

12  me they're worn out.

13  Q   Okay.  One more question.

14       You said earlier that these were life extension

15  projects.

16  A   Yes.

17  Q   Are these units -- is Wabash River Unit 3 running today?

18  A   As best I know.  I didn't check this morning; but as best

19  I know, it is.

20  Q   All right.  Let's turn to Wabash River Unit 2 and look at

21  the capital improvement project that was done there.  Let's go

22  to the next image and look at Unit 2.

23       Is Unit 2, I think you said, a sister of Unit 3?

24  A   Yes.

25  Q   Same size?

1  A    Same size.  The images are going to be identical.

2  Q    Now, let's go back to the Life Extension study.  In fact,

3  this was on Unit 2, so let's go to the next image and –– this

4  again is in Plaintiffs' 1319.  Can we go to the next image in

5  1319, Jeff?

6        Okay.  Let's call out this same chart and focus on

7  Unit 2.  You told us earlier that this was a 90-megawatt unit,

8  commercial operation in 1953.

9        When did the company plan to retire this unit?

10  A    In 1993, which would have been after 40 years of

11  operation.

12  Q    So did the company extend the life of this unit?  I'm

13  sorry?

14  A    Yes, they did.

15  Q    Did the company do some life extension projects?

16  A    Yes, they did.

17  Q    Were these major capital improvement projects on the

18  boiler?

19  A    Yes.

20  Q    Can you show us the capital improvements that the power

21  company made to this boiler between 1989 and 1992 as part of

22  its life extension program?

23        Let's look at the next image, please.

24  A    It may seem a bit repetitive, but remember we're looking

25  at Unit 2 now.  You see the same components; the radiant

1  superheater in red on the left, which includes the burn area

2  and the roof.  On the right-hand side you see the finishing

3  superheater and the reheater.

4  Q   We're not going to go through these in quite as much

5  detail.

6       Are these components all configured the same way as

7  the components in the Wabash 3 boiler?

8  A   Yes.  Same numbers of assemblies, same size, yes.  They're

9  the same.

10 Q   Let me ask you how big is the radiant superheater in these

11 units?  How many square feet of heating surface?

12 A   5,900 square feet.

13 Q   In terms of square footage, can you give us an example of

14 how big that is?

15 A   A typical house, 2000 square feet floor plan, that would

16 be the equivalent of three typical houses, roughly 6,000

17 square feet.

18 Q   Okay.  Let's start with the radiant superheater.

19       Now, this was done in what year?

20 A   The radiant superheater was done on Unit 2 in 1989.

21 Q   So the rest of this work, the finishing superheater and

22 reheater was done in a different outage?

23 A   Yes.  They were replaced in 1992.

24 Q   Okay.  Let's start with the earlier project, the 1989

25 project.  Let's turn to -- go back to the same life extension

1  study.  If we can go to the next image, Jeff.

2      What does the life extension study show were the

3  specific problems with the radiant superheater?

4      We can go to the next image, please.

5      First of all, can you highlight the middle part of the

6  page there, Jeff, that shows the sentence above the bullets?

7  There we go.

8      First of all, identify for us in the life extension

9  study what the major concerns were with the boiler?

10 A   I think I testified earlier that Gilbert Commonwealth was

11 the firm that did the assessment -- it was Wabash Unit 2.

12 They did it back in 1984.  They identified, as I say here,

13 five major concerns that had to be addressed if they were

14 going to extend the life of these boilers, and there's the

15 list of the five boilers.  They include the superheater outlet

16 headers, radiant superheater, finishing super heater, reheater

17 upper bank and boiler duct work.

18 Q   In the same document, let's go to the next image, please,

19 and show what the problem was with the radiant superheater.

20 Call that out, please.

21     Can you show us what the problems were with this piece

22 of equipment?

23 A   Again, very briefly, tube leaks.  The condition of the

24 tubes was such that failures, as it says here, there's an

25 increase in trend in tube failures around the burner zone.

1  They –– the tube sample analysis also supports the expectation

2  of escalating radiant wall tube failure rates.  25 percent of

3  the samples showed signs of overheating.  So that's the

4  problems they were dealing with.

5  Q   Let's turn now to Plaintiffs' Exhibit 1439 which has also

6  been admitted into evidence.  This a memo dated June 9,

7  1988 by a Mr. Leonard Baughman.

8       Can you show us what Mr. Baughman said were the

9  expected benefits of replacing the radiant superheater on

10 Wabash River Unit 2?

11 A   Mr. Baughman says, "Based upon eliminating a 30-megawatt

12 derating ––" I'm sorry "–– 30-megawatt derate 75 percent of

13 the time due to combustion problems associated with the front

14 wall, this project has a benefit/cost ratio of 1.06."

15 Q   Let's stop you right there, a cost/benefit ratio of 1.06?

16 A   That's a measure of basically you look at what the project

17 is going to cost.  You look at the financial benefits that you

18 would gain from it.  If that is a positive number, then

19 generally that means you're going to make money.  The higher

20 the number, the quicker you're going to get that money back.

21 Q   How do you get the money back?

22 A   Well, we went through that earlier.  Reduce forced

23 outages, reduce maintenance cost, improve efficiency, avoiding

24 having to pay higher prices for generating electricity.

25 That's where you make money.

1  Q    Okay.  Can you pick up there?

2  A    I'm sorry, "In addition to the lost generation, there is

3  the added problem that the existing condition over stressing

4  the tube connection to the header --" I'm sorry, I'm having a

5  little trouble.  "This condition will necessitate more

6  extensive repairs if left unattended.  Based upon the lost

7  generation and the need to alleviate the stresses at the

8  header, I recommended we proceed with this project."

9  Q    Again, we see the term "derate" here.  He talks about

10  30-megawatt derate.

11       This unit was 90 megawatts?

12  A    Yes.

13  Q    What does that mean, this unit was derated 30 megawatts?

14  A    The full capacity of this unit was 90.  If you derate it

15  30 megawatts, that means the best you're going to do is 60

16  megawatts, which is roughly -- you've lost a third of the

17  capacity of this unit.

18  Q    All right.  Do you recall when the company planned to

19  replace the radiant superheater on Unit 2; what outage the

20  company had planned for?

21  A    The best I recall, it was planned for a 1991 outage.  They

22  had an extended outage with enough time in it to do this job.

23  That's when they were planning on doing it.

24  Q    Did that actually happen?

25  A    No.

1  Q   When did they actually replace the radiant superheater?

2  A   In 1989 there was another tube leak in this section of the

3  boiler.  When they cooled the unit -- they took the unit off,

4  cooled the unit down.  When they went inside, they found that

5  the condition of the tubing was so bad that they made the

6  decision to keep the unit off and replace it now.  So they did

7  it in 1989 rather than '91.

8  Q   Okay.  Now, let's go through the job a little quicker than

9  we did with the Wabash River because it's a similar job.

10        Were the materials available in inventory for the

11  radiant superheater replacement?

12  A   No.

13  Q   Who did they order the materials from?

14  A   They got the materials from Combustion Engineering also.

15  And I'll add that, somewhat fortunate in this case, the Unit 3

16  job that I've already talked about, where they did the same

17  work, was planned to start in just a matter of a few months.

18  So Combustion Engineering had already fabricated or was near

19  to finish fabricating the same material for Unit 3.

20        Because of that, they had the drawings.  They had

21  already made a lot of stuff.  They knew what they were doing.

22  They were able to do a real quick -- I think on the order of

23  two months turnaround to get this material fabricated for

24  Unit 2.  So a little bit of good fortune there.

25  Q   Was it the same number of tube assemblies as the Wabash

1  Unit 3 job?

2  A   Yes.  There's 122 downflow tubes, and 122 upflow tubes,

3  for a total of 244.

4  Q   How many hours did the power company anticipate that it

5  would take to remove the old radiant superheater tubes and

6  install them once these materials had arrived at the job site?

7  A   Just give me a moment.  I'm going to have to find that

8  number.

9        They estimated 9,500 man-hours to do this job.

10 Q   Was that for both the removal and the installation?

11 A   Pardon me, I didn't read far enough.  9,500 man-hours to

12 remove the old tube.  15,000 man-hours to install the new

13 material.

14 Q   So a total of 24,500 hours?

15 A   That's correct.

16 Q   Just for the field work?

17 A   Yes.

18 Q   And how many weeks did it take to accomplish that work?

19 A   This job took eight weeks.

20 Q   All right.  Let's look at the other life extension project

21 on Wabash River Unit 2 that was done in 1992.  These are the

22 finishing superheater and upper reheater -- this is the

23 finishing superheater and the upper reheater.  Let's see that

24 image, Jeff, please.

25        Now, you said this replacement of the finishing

HEKKING – DIRECT/LOFTON        Vol. III–306

1  superheater and reheater was done in 1992?

2  A    Yes.

3  Q    Did the power company have the same kinds of problems with

4  the finishing superheater and the upper heater on this unit as

5  they had on Unit 3?

6  A    Yes.

7  Q    Can we turn back to Plaintiffs' Exhibit 1319 and look at

8  that page again on the major concerns?  The next page, please.

9        Were these also –– these components also listed as

10 major concerns regarding the boiler and the life extension

11 study?

12 A    Yes.  The finishing superheater and the reheater were two

13 of the five major concerns in this boiler.

14 Q    All right.  Now, you told us yesterday that a project that

15 took more than four weeks was called a long duration job by

16 the power company.

17       How long did this job take?

18 A    This job took eight weeks.  Eight weeks.

19 Q    Let's talk about frequency, again.

20       How many times –– I think you said that this unit

21 started up in 1953.  So when this job was done –– when the

22 radiant superheater was replaced, the unit was 36 years old;

23 and when the finishing superheater and the upper reheater was

24 replaced, it was almost 40 years old.

25       How many times in the life of this unit, since it

1  first went into operation in 1953, had the company replaced

2  these two major components?

3  A    This was the first time.

4  Q    Who approved these projects or what level of approval was

5  necessary?

6  A    I don't recall the –– whether it was the president of the

7  company, but I do recall that it was very high in the

8  corporate management.

9  Q    How much did each of the replacements that you've just

10  described cost, the radiant superheater, the finishing

11  superheater and the upper reheater?

12  A    Almost $2 million.  Right at $2 million.

13  Q    For which of these components?

14  A    I combined the two.  According to my report here, the cost

15  of the finishing superheater and the reheater replacement was

16  almost $2 million.

17  Q    How about the radiant superheater?

18  A    Almost $1.2 million.

19  Q    So together these three components, these life extension

20  projects, were around $3 million?

21  A    Yes.

22  Q    Again, same question that I asked you about the

23  replacements on Wabash Unit 3.

24       In a relative sense, compared to the maintenance costs

25  that are expended –– that were actually expended to this

1 plant –– all of the boilers at this plant, how does that

2 compare to the capital cost for these projects?

3 A   I quoted some numbers earlier.  4.1 to $5.7 million is

4 what I remember to maintain all six units.  So if I had used

5 maintenance money, $3 million of my maintenance money to do

6 this project, I would have used two-thirds of my annual budget

7 just for this work on Unit 2.  It's a major part –– it would

8 be a significant part of your annual expenditures.

9 Q   I don't think I asked you this question:  Were these

10 capitalized?

11 A   Yes, yes.

12 Q   I believe I asked you this question before; but let me

13 just make sure.

14        These capital improvements were part of the company's

15 plan to extend the lives of the Wabash River station; is that

16 right?

17 A   Yes.

18 Q   Has that life extension been successful for this

19 particular unit?

20 A   Yes, certainly.

21 Q   As far as you know, is the unit still in operation today?

22 A   As far as I know.

23 Q   And before the life extension program began, their

24 intention was to retire this unit in what year?

25 A   Unit 2 would have been 1993.

HEKKING - DIRECT/LOFTON        Vol. III-309

1        MR. LOFTON:  Your Honor, we're at a point where we're

2   going to start another project that may take some time.

3        THE COURT:  All right.  We'll take a break at this

4   time, hopefully, about 15 minutes.

5        MR. LOFTON:  Thank you.

6        COURT CLERK:  All rise.  This court stands aside in

7   brief recess.

8                        (A recess was taken.)

9                            (Jury out.)

10        THE COURT:  Are we ready?

11        MR. LOFTON:  Your Honor, I have one preliminary

12   matter I would like to bring to your attention.  There is one

13   demonstrative the Defendants have objected to I would like to

14   use with Mr. Hekking I would like to deal with now.  It's a

15   chart that compares the Gallagher Unit 2 condenser, which the

16   Court has already ruled on, to the Beckjord 5 project and Unit

17   6 project.  I'm happy for the jury not to see this at this

18   point.

19        I would like it proffered into evidence because both

20   the Beckjord projects are larger and more expensive than the

21   ones the Court has already ruled on.  I also would like to be

22   able to use this on cross-examination if their expert says

23   that Beckjord 5 and 6 are routine maintenance.

24        THE COURT:  And your problem with this?

25        MR. GREEN:  Well, this seems to be bootstrapping on

HEKKING – DIRECT/LOFTON        Vol. III–310

1  your earlier order.  It's kind of a backdoor way of getting

2  before the jury that you found that Gallagher 2 was not

3  routine.

4         THE COURT:  It's hard to bootstrap to the backdoor

5  ordinarily.

6         MR. GREEN:  Because Gallagher 2 is no longer in this

7  case for purposes of RMRR.  You've made your ruling on that.

8  Thereby, the subliminal -- maybe it's not so subliminal --

9  impact of comparing Gallagher 2 to something else --

10        THE COURT:  The one really not at issue today.

11        MR. GREEN:  I think it's going to be --

12        THE COURT:  But RMRR you say is not at issue in one

13 of these?

14        MR. GREEN:  For Gallagher 2, as you made a ruling.

15 If you compare something that you've said that isn't RMRR with

16 something that looks like, there's an inference there.

17        MR. LOFTON:  My point is, I want to proffer this as

18 evidence.  I don't mind if the jury doesn't see it now; but if

19 their expert takes the stand and says that the Beckjord

20 condenser projects are routine maintenance, then I would like

21 to cross-examine him using this --

22        THE COURT:  You've put him on notice.  But you can't

23 use it now.

24        MR. LOFTON:  I would like to proffer this now, Your

25 Honor.

HEKKING – DIRECT/LOFTON        Vol. III–311

1        THE COURT:  It is proffered.  What is the number?

2        MR. LOFTON:  It is demonstrative.  We can make it an

3  exhibit.

4        THE COURT:  You're going to have to call it

5  something.

6        MR. LOFTON:  Exhibit 1856 –– Plaintiffs' 1856.

7        THE COURT:  There wasn't a 1856 is proffered.  So can

8  we get the jury, please.

9                    (Jury in.)

10       THE COURT:  You may continue, sir.

11 BY MR. LOFTON:

12 Q   Mr. Hekking, the final Wabash River project we're going to

13 focus on is Wabash River Unit 5.  Can we look at image No. 39,

14 please?

15      Is this the Unit 5 boiler and turbine, Mr. Hekking?

16 A   Yes.

17 Q   Do you recall what the capacity of this unit was or is?

18      Actually, let's turn back to Plaintiffs' Exhibit 1319,

19 which is the life extension study.  Let's call it out to

20 Unit 5.

21 A   125 megawatts.

22 Q   When did this unit go into commercial operation?

23 A   1956.

24 Q   When did the company plan to retire this unit?

25 A   At 40 years of commercial operation, which would be 1996.

HEKKING – DIRECT/LOFTON      Vol. III–312

1

2  Q    So this unit –– is this unit still in operation?

3  A    As best I know, yes.

4  Q    Been in operation now for more than 50 years?

5  A    Yes.

6  Q    Let's look over at the one, two, three, four, five, the

7  fifth column, the Unit 1 through 4 boilers were manufactured

8  by Foster Wheeler?

9        Who manufactured the boiler on Unit 5?

10  A    Riley Stoker.

11  Q    Is the Riley Stoker boiler a little different

12  configuration than the Foster Wheeler type boilers?

13  A    Yes, it is.

14  Q    Let's take a look at a cutaway at the Riley Stoker boiler

15  on Unit 5.

16        Can you explain what we see here, Mr. Hekking?

17  A    Yes.  Again, we got a cut away of the boilers.  I've

18  removed the sidewall so you can see inside and see the various

19  tube assemblies.  I'll say because this is a different

20  manufacturer, they have their own terminology for some of

21  these tubing sections.

22  Q    Let me stop you there.  Is the terminology a little

23  different on the Riley Stoker boilers?

24        Did Riley Stoker use different terminology for various

25  components than Foster Wheeler did?

HEKKING - DIRECT/LOFTON     Vol. III-313

1  A   Yes, they did.

2  Q   Tell us what the components are called in this boiler and

3  whether there's any difference in the function.

4  A   I'll start on the back end of the boiler, which is the

5  left side.  The dark blue sections of the boiler are the

6  economizer.

7  Q   I believe if you touch the screen, you can -- that might

8  show up.

9  A   Did I do that?

10        THE COURT:  Yes, you did.

11  A   Okay.  The dark blue section there is the economizer.  To

12  the left and above that, the lighter blue section is the

13  primary superheat.

14  BY MR. LOFTON:

15  Q   Now, the primary superheat, what did the Foster Wheeler

16  folks call that?

17  A   I'm not too sure that they would have a direct equivalent.

18        I'm sorry, the Foster Wheeler had radiant surface in

19  the front wall, if you remember.  This boiler does not have

20  radiant surface in the front wall.  They make up for that by

21  having this primary superheat section.

22  Q   Does this element actually hang inside the boiler of this

23  component?

24  A   I would not describe it as such.  These are horizontal

25  elements and generally, they are supported off of the

HEKKING — DIRECT/LOFTON        Vol. III-314

1  sidewalls.

2  Q   By "horizontal," you mean the tubes run horizontal in the

3  boiler?

4  A   That's exactly right.  That's what I mean.

5       Again, staying in the back of the boiler, the rear

6  section, the yellow or golden section, that would be your

7  reheat section.  I believe it's your primary reheat.

8  Q   Does that have the same function as the reheater in the

9  Foster Wheeler boilers?

10 A   Yes.  Functionally, these boilers work the same way.

11 You've got a steam drum.  The steam comes off of the drums.

12 It goes through your superheater sections.  In this case that

13 would be the primary and secondary superheater, to the

14 turbine, back into the reheat sections and then back to the

15 turbines.

16      Functionally, these boilers are operated the same way.

17 You're just dealing with just a little bit different

18 configuration and a little bit different terminology.

19 Q   Let's go back to the economizer.

20      Can you tell us about the particular economizer in

21 this unit?

22      If you will, let's try to point to the jury where the

23 economizer is.

24 A   Boy, it doesn't work so well.  Where I touch is not

25 exactly where the arrow ends up.  I'm trying to point to the

1  dark blue section.  I'm close there.  The dark blue sections

2  are the economizer.

3  Q    Tell us how the economizers are configured in this boiler?

4  A    Again, this is the back pass of the boiler.  The

5  right-hand part of the boiler in green below the arrows here,

6  that's where the burners are and that's where the fire takes

7  place.  The fire and the combustion gases go up, turn left in

8  this case and go down.  The one piece of this boiler that I

9  didn't point out earlier is in this back pass where the gases

10 turn down.  There's actually a vertical division wall that

11 separates the gas flow into two paths.  Basically you've got

12 two paths for the gas to flow.  That's the reason that the

13 assemblies are split.  You can control how much flow goes to

14 which side of this boiler.

15      Back to the economizer in the dark blue, you can see

16 that -- I'll say most of the economizer is in the right-hand

17 side of the division wall; but you do have some surface also

18 on the left-hand side of that division wall.  So you've got

19 the economizer surface on both sides.

20 Q    Now, did the company have some problems with this boiler

21 in the mid 1980s?

22 A    Yes.

23 Q    How did the company -- what were the problems?

24 A    In the mid 1980s the company discovered that they had

25 structural failure in the back part of this boiler where we're

1 talking about where the arrows are.  Roughly what that means

2 is these tubes are –– as you saw, they're heavy.  There's a

3 lot of weight.  You have a pretty sophisticated support

4 system –– structural support system to carry this weight.

5         Another feature of that support system is that it has

6 to be flexible in the sense that these are heated up from

7 ambient temperature to a thousand degrees.  So there has to be

8 room for it to grow or expand as it changes temperature.  So

9 you've got a sophisticated support system in there to hold all

10 this massive tubing in place; and it has to have some

11 flexibility.  When they went in in the mid '90s –– I'm sorry,

12 the mid '80s, they found the structural system was failing.

13 Q   What did they do to address those problems?

14 A   Pardon me?

15 Q   What did they do to address those problems?

16 A   They went in and made what I'll say are –– they patched

17 it.  They made a temporary repair.

18         From the information I saw, it looked like what their

19 intent was, get the unit back in service quickly; do a

20 temporary repair; come back and –– how shall I say –– do a

21 more complete repair; do a permanent repair later.  When they

22 discovered the problem, they did a quick fix.

23 Q   Did they eventually decide to do a permanent repair on the

24 problems with this boiler?

25 A   Yes.  Ultimately, necessity put a permanent repair on it,

HEKKING - DIRECT/LOFTON          Vol. III-317

1  yes.

2  Q   Now, do you have another drawing that will show us what

3  was replaced in this boiler?

4  A   Yes.

5  Q   Let's go to the next image, please.

6      What do we see here?  What do we see here,

7  Mr. Hekking?

8  A   Let me explain.  A major capital improvement project was

9  initiated to put the permanent repair on this boiler.  At some

10 point in time before the job actually commenced, another

11 capital improvement project was initiated to deal with the

12 problems up above here that you see highlighted.  The title is

13 "Installed support hangers.  Replaced superheater outlet

14 tubes."

15     That project was started later and was done the same

16 time as this repair for the economizer.  That's the reason

17 both of these are on there.  In the lower area, you can see

18 what was actually replaced, the upper economizer tube

19 assemblies and these intermediate economizer headers.

20 Q   Was this a pretty big job?

21 A   I'm sorry?

22 Q   Was this a pretty big job?

23 A   This was a very big job, yes.

24 Q   Do you recall how many hours of labor the company

25 estimated would be needed to complete all this work?

1  A   I'm going to have to refer to my report.

2       The original scope of work they planned for this, they

3  estimated 18,000 man-hours to do the work.

4  Q   Was any work added to that?

5  A   Yes.  Over time -- I've already talked about the

6  superheater outlet tubes up above the economizer that were

7  added to the scope of work.  As time went on, there were

8  other, how shall I say, problems that were addressed as part

9  of this project.

10 Q   How high in the corporate chain of command did the power

11 company have to go to get this project approved?

12 A   I don't recall the exact level, whether it was the

13 president or not, but it was high up in the corporate ladder,

14 senior vice president or vice president, something of that

15 nature.

16 Q   Did the maintenance staff fabricate the materials for this

17 capital improvement project?

18 A   No.

19 Q   Who did?  Who fabricated the materials?

20 A   Leighton Industries.  I'll spell that for you,

21 L-E-I-G-H-T-O-N.

22 Q   Who exactly is Leighton, if you know?

23 A   They're a specialty company that -- their core business is

24 the manufacture of boiler components such as these, primarily

25 tubular components.

HEKKING – DIRECT/LOFTON       Vol. III–319

1  Q   If you will, tell the jury what Leighton Industry was

2  asked to manufacture for this project?

3  A   The first purchase order that was issued to them was the

4  highlighted economizer sections that you see here, and there

5  were 60 of those, the two headers that you see highlighted

6  there, and also the superheater outlet tubes up above that are

7  in yellow, and there were 192 of those.

8  Q   Was any work added or changed to this work order?

9  A   Yes.  Let me back up.  Leighton Industries was awarded the

10  contract to manufacture the materials I just spoke of.

11  Another feature of this project was the company knew that the

12  existing support system, the one that had failed, was not

13  repairable basically.  There were some other reasons, some

14  failure of the support system or the sidewalls.  So in

15  addition to the fabrication of the material, Leighton

16  Industries received a contract to design a new support system.

17         In other words --

18  Q   Now, what do you mean when you say "support system"?

19  A   The existing support system, how it worked was not

20  satisfactory.

21  Q   Tell us exactly what you're talking about when you say

22  "support system"?

23  A   This -- these bundles of tubes are supported in various

24  ways depending on where they are in the boiler.  In the case

25  of the economizer here, they're horizontal aligned tubes.

1  They're typically supported on the ends, the ends being the

2  sidewalls of the boiler.  So you're going to have attachments

3  that are welded to the sidewall tubes.

4         You're also going to have mating attachments that are

5  welded to the economizer assemblies.  What they do is they --

6  they sit down in a saddle arrangement.  They're not hard

7  fixed, but there isn't enough freedom in movement in there to

8  take care of the expansion.  It's a design of a support

9  system.

10        The one that had been in there originally did not

11 work.  They asked Leighton to design a new one as part of the

12 scope of work.

13 Q   Now I would like you to describe the work for us.

14        Do you have an animation for the jury that will help

15 you to describe it?

16 A   Yes.

17        MR. LOFTON:  Can we see that, please?

18 BY MR. LOFTON:

19 Q   Now we're starting with an aerial photograph of the plant

20 here.

21 A   This is the one we saw earlier.  This is the Wabash plant,

22 an actual photograph.

23        Like we did before, we'll take the walls off.  We'll

24 locate this Unit 5 boiler.  We've already seen this a little

25 larger and it's configured somewhat differently than the units

HEKKING – DIRECT/LOFTON       Vol. III–321

1  that we looked at, Unit 2 and 3 previously.

2  Q    Now you're showing all six units here?

3  A    All six units again.  You can see the boilers in the

4  background, the turbine generator in the front.

5        We're going to -- part of the reason I did it this way

6  is so you can get not only a feel for the size of these

7  boilers, but exactly where the boilers are located in these

8  power plants and where the components are located.

9  Q    Now we're going to look at a side view?

10 A    We're looking at a side view.  Actually, we're coming in

11 from the other side of this boiler.  The other images of 2 and

12 3, we were looking at the other angle or the other direction.

13 Q    Is this similar to the still image that we looked at

14 before?

15 A    Yes, yes.

16 Q    What have you highlighted here?

17 A    Again, I peeled away the sidewalls so you can look inside

18 and see the components that were replaced.

19        What's going on here is again, the material

20 handling --

21 Q    Can we stop right there?

22        What are those I-beam looking --

23 A    The brown structures that you see going up sort of by

24 magic there, that's a visualization of the support system that

25 they built to handle all this material, to bring it in, and

1  you've got to get it up into the location.  It's heavy and

2  there's a lot of it, as I said before.  That's the first thing

3  you do.  You can actually do that.  The majority of that you

4  can do before the unit is removed for service.

5  Q   Is that called a monorail?

6  A   There is a monorail in here.  Overall I would call it your

7  rigging system, how you're going to handle this system.  Yes,

8  there is a monorail.  You'll see that further on.

9  Q   All right.  Let's continue.

10  A   Again, you have to build work platforms to get to the

11  area.

12  Q   What do we see here?

13  A   Again, I peeled away some of the tubes and what not to

14  give you a good view of the economizer section.  The

15  economizer section is the dark blue that you saw.  Again, as

16  we did -- as we showed in the Wabash River Unit 3, this

17  material, there's no access, there's no doors or whatever that

18  you can move this much material in and out.  So you basically

19  cut your way into this boiler, cut a hole big enough to get

20  your material in and out, and then you set up your rig.  We've

21  got the rigging set up before the unit comes off.  Then you

22  can see he's going to extend that into the boiler.

23  Q   Is this the economizer we're looking at here?

24  A   Yes, this is the economizer.  You can see, this one is

25  laid out at a 90-degree angle from the tube arrangements we

1  saw in Wabash 3.  You can see the monorail, how it works.

2  They'll go in.  They'll cut the assembly loose top and bottom,

3  attach it with steel cables and you can manually roll these

4  out.  They'll lower them down to the lower elevations of the

5  powerhouse onto the main floor, and then whatever method, a

6  truck or something, they'll get them out of the powerhouse.

7  Q    What was the condition of the economizer when the

8  contractor went in to do this --

9  A    I'm sorry.

10  Q    What was the condition of the economizer when this work

11  started -- the old economizer that was being taken out?

12  A    Well, I think I explained earlier that in the mid '90s the

13  support system failed.  So what happens -- you can see

14  better -- they would support this, say, on that end and --

15  well, there's no -- and on this end you would attach it to the

16  wall tubes so it's held from each end.  Once that fails,

17  they're free to move around in there.  These are heavy.

18  They'll get misaligned.

19        Also, the raising -- raising of the temperature and

20  cooling them over time, they'll warp because they're not being

21  held anymore.  So it was basically, I want to say, like

22  spaghetti.  It was a mess.

23        Now, they did the -- they found the original damage.

24  They went in and made a temporary repair in the mid '80s.

25        When Leighton got this job to fabricate this material

1  and design a new system, the company did not have good

2  drawings.  So Leighton had to come in and take drawings,

3  measure stuff, what's there and all that sort of thing, so

4  that they could design the new system.  When they went in,

5  they found out that the degradation had gotten much worse.

6  The temporary repairs that they made in the mid '80s did not

7  work well.  It was in much worse condition.  The back end of

8  this boiler was in terrible condition.

9  Q   Okay.  Let's continue with the animation.

10 A   All right.  You can see in the middle of the picture the

11 two -- there they are -- the two intermediate headers that

12 they also replaced.  These are -- well, I don't recall the

13 weights, but these are very heavy walls, 2 inches thick, the

14 headers.

15      The first thing they did was they pulled all the

16 elements out; and you can see now that they're going back in

17 with the new elements.  As I said, there's 60 of those.

18 Again, like we saw in the others, you've got all the high

19 pressure welds.  These are cold welds.  They're x-rayed.  Once

20 you get the material in, you've got a 6-foot boiler there

21 making his welds.

22      While this is going on, to keep from confusing you, I

23 just showed you the economizer job.  As I showed you earlier,

24 we've got another project going on up above and we're going to

25 move to that.  These two jobs are actually going concurrently.

1          All right.  We're going to move up to the superheater

2  outlet tubes.

3  Q    What part of the boiler are we in now?

4  A    Actually, it's called a penthouse.  We are above the roof

5  of the boiler.  The big cylindrical object you see there in

6  the middle of the screen, that is the end of one end of the

7  steam drums that we talked about earlier.  We're peeling

8  away –– this part of the boiler, as I said, is called the

9  penthouse.  You can actually –– I think in one of these images

10  you can actually see the roof tubes.  So they're above the

11  roof.

12          This area of the furnace does not see the fire and the

13  flames and the gases.  Hopefully it's sealed off with

14  refractory and that sort of thing, seals.  We'll talk about

15  some of that.  You can see the workers in there –– the 6-foot

16  boilermakers.  They're going to cut all these tubes out.

17  Because of the arrangement, they're going to take them out in

18  a couple different pieces.

19          As they cut them out, they're going to bring them out

20  to the work platform, another example of the kind of rigging

21  you have to have to handle the quantity and weights of

22  materials.

23  Q    Who actually did the work, if you recall, to install the

24  new boiler components in this boiler?

25  A    To do the work, the company went back to Riley Stoker.

1  Q   The original boiler manufacturer?

2  A   The original boiler manufacturer.  I believe I remember

3  reading a document that the main reason there was they

4  needed -- I told you earlier they didn't have good drawings;

5  and there was also some redesign work involved here and they

6  felt that Riley Stoker would be the best choice here because

7  of their familiarity.  They obviously built it and they would

8  be the best choice.

9       All right.  They've got part of the tubes out.  You

10  can see the boilermaker underneath there.  This boilermaker

11  here is actually standing on the roof of the boiler.  So below

12  him is where the fire is.  Above him, hopefully, is sealed off

13  and protected from the flames.

14  Q   Now, once Riley got into the boiler and started this work,

15  was work added as this job went on?

16  A   Well, like I described in Unit 3, when you take this

17  material out and you expose areas that you normally can't get

18  into, you have an opportunity to look at some things.

19  Essentially, everywhere they looked in this boiler, every area

20  they went into, when they uncovered something, they found

21  problems.  The scope of this job continued to expand over

22  time.

23       As I said, they found more and more problems, support

24  problems, not only with the economizer.  They already knew

25  they had that.  But up in the superheater outlet tube area

HEKKING – DIRECT/LOFTON        Vol. III–327

1  where they were working above, the reheat outlet tube areas,

2  the reheat areas they found structural support problems –– as

3  I said, as this job went on it got larger and larger and

4  larger.

5  Q    Where are we now in the plant?

6  A    This is a representation, like I did on Wabash 3, to give

7  you an idea the amount of material.  This is the lay–down

8  area.  That's the new tubes.  The scattered pile is the old

9  tubes, the tube assemblies coming out.

10 Q    Was this image drawn to scale?

11 A    Yes.  You can see the 6–foot boilermakers, correct.

12 Q    Let's start it again.

13 A    This is an example of some of the additional support work

14 that they had to do.  They had to go in and support all these

15 assemblies.  The existing support system had failed.  Some of

16 this work they didn't anticipate ahead of time.  They found it

17 after they went in.  So a lot of additional support work.

18 Q    You put the walls back on this ––

19 A    Got the new tubes in, new support system up above.  Of

20 course, we got the new tubes down in the economizer –– took

21 all the rigging down and your work platforms.  Hopefully, you

22 have no more leaks and put the boiler back in service.

23 Q    Finally, is this showing the work that was actually

24 completed?

25 A    Yes.  I'll go through them very quickly.  The two

HEKKING - DIRECT/LOFTON        Vol. III-328

1  intermediate headers were replaced.  That section of

2  economizer tubes, tube assemblies was replaced.  You can see

3  the superheater outlet tubes, there were 192 of those in the

4  support system.  Those were replaced.

5      The enclosures around some of these tubings, all of

6  that was warped, distorted, that was all replaced.

7      A lot of the roof seals that keeps the products from

8  combustion and ash and things out of this penthouse, those

9  were all replaced and repaired.

10 Q   Let's finish up the video here, the animation.  There we

11 go.

12      All right.  Now, Mr. Hekking, were there any cost

13 overruns on this project?

14 A   Yes.

15      MR. LOFTON:  All right.  Your Honor, we're going to

16 refer next to Plaintiffs' Exhibit 1210.  This document is --

17 has been stipulated as authentic and is non-hearsay.  I'm not

18 sure it's been admitted yet.

19      MR. GREEN:  We need to see it.

20      THE COURT:  Okay.

21      MR. GREEN:  No problem, Your Honor.

22      THE COURT:  Exhibit 1210 is admitted.

23   (Plaintiffs' Exhibit 1210 was received in evidence.)

24 BY MR. LOFTON:

25 Q   Can we take a look at that document, please?

HEKKING — DIRECT/LOFTON        Vol. III–329

1        You've reviewed this document, Mr. Hekking?

2  A    Yes, I recall this document.

3  Q    What does this document explain?

4  A    I'll call it -- it's an interoffice memo written by an

5  S.E. Wodtke.  Basically, it's a memo that describes why the

6  cost overrun.  It gives a list of all the things they ran into

7  during the course of this project that caused the project

8  significant cost overrun.

9  Q    The highlights go over to the next page, but let's call

10 these out first, Jeff.

11        What were the problems that caused the cost overruns

12 on this job?

13 A    The entire boiler roof above the convection section had

14 buckled due to excessive heat, restricting superheat and

15 reheat tube expansion.  This roof was removed and replaced.

16        The boiler roof seal had broken, allowing hot fluid

17 gas into the dead air space above the convection side of the

18 boiler; and below the boiler roof described in Section A,

19 these seals were replaced.

20        Additional boiler roof supports had overheated

21 requiring replacement.  The existing seals on the side corners

22 had deteriorated.  The boiler corner seals were replaced on

23 the radiant side of the boiler.

24 Q    Next page, please.

25        Summarize for us the other five items.

HEKKING – DIRECT/LOFTON        Vol. III-330

1  A    Radiant reheater tube supports, boiler casing, more

2  structural problems with the boiler nose, header supports, and

3  again refractory and insulation, all outside of the original

4  scope of the work but all required repairs.

5  Q    How would you describe this job on this boiler?

6  A    Well, it certainly was a very large undertaking; and, how

7  shall I say, the thing –– one of the things that got my

8  attention about this was, you know, typically on projects like

9  this you have a well-defined scope.  You've got a budget.

10  You've got an approved amount of money to spend.  You've done

11  the engineering and whatnot.  You feel pretty confident when

12  you go in you can get this done for this amount of money.

13        This job –– reading through the literature reports,

14  correspondence, this job was in trouble from the start.  As it

15  went on, this just got worse.  This was a tough one.

16  Q    Now, this unit began operation in 1956.  When was this

17  work done?

18  A    1991, I recall.

19  Q    So the boiler had been in operation for 36 years or so?

20  A    Yes.

21  Q    Had the company ever done a job like this on the Unit 5

22  boiler?

23  A    No.  This was the first time this type of work had been

24  done on this boiler.

25  Q    How much did the work that you've described for us this

1  morning cost?

2  A    Roughly $2.4 million.

3  Q    Was this work capitalized?

4  A    Yes.

5  Q    Do you consider this a major capital improvement project?

6  A    Yes, I do.

7  Q    In simple terms -- and if you can, put it in layman's

8  terms -- why was this work needed on this particular boiler?

9  A    Very simply put, the structural problems that they found

10  in the 1980s severely jeopardized their ability to operate

11  this boiler in the future.  Obviously, they knew that they

12  went in and made temporary repairs knowing that they had to

13  come back.  You just -- in my -- my experience is you just

14  can't afford to operate a boiler in this condition for any

15  length of time.  How shall I say, the potential for tragedy is

16  very high.

17  Q    Was this boiler in an unusual condition?

18  A    I would say it was very unusual, yes.

19  Q    What do you mean?

20  A    In my experience over the years and what I've seen in

21  these many projects I've looked at, this is very unusual to

22  see a structural failure like this.  Then I'll have to say

23  they lived with this structural failure for on the order of

24  six or seven years.  Again, that's unusual.

25  Q    Okay.  All right.  We're going to turn to the Beckjord

1  station and talk about two projects there to finish your

2  testimony, Mr. Hekking.  So we would like to go to the next

3  image and take a look at the Beckjord plant.

4         Is this an aerial photograph of the plant?

5  A   It is.  This is the Beckjord power station.

6  Q   What time of year did this take place?

7  A   I'm sure it's wintertime, very cold outside again, because

8  you can see the steam plumes both off the powerhouse roof and

9  the stacks.

10 Q   You also prepared some visual aids to explain your

11 testimony on the Beckjord project?

12 A   Yes.

13 Q   I'm sorry.  There are two Beckjord projects.  You're going

14 to talk about the condensers at the Beckjord projects.

15        Are you familiar with condensers at power plants?

16 A   Yes, I am.

17 Q   Are you familiar with the condensers at the Beckjord

18 station?

19 A   Yes, I am.

20 Q   Now let's go to the next image, which I believe is a

21 drawing of the aerial photograph.

22        Were these images also all drawn to scale?

23 A   Yes.

24 Q   Next image, please.

25        How many units are at the Beckjord station?

HEKKING – DIRECT/LOFTON        Vol. III–333

1  A   You can see there are six units.  How shall I say, the

2  alignment of these units are opposite where we saw before.

3  Unit 1 starts on the right-hand side of the image.  You can

4  see the boilers in the background and the turbine generators

5  in the foreground.

6  Q   The projects that we're interested in are at Beckjord

7  Unit 5 and Unit 6.  So let's focus in on those and look at the

8  next image, please.

9      Can you tell us how big these units are, Mr. Hekking?

10 A   Yes.  The Beckjord 5 unit is 240 megawatts.  The Beckjord

11 6 unit is 434 megawatts.

12 Q   What year were these two units built?

13 A   Unit 5 began commercial operation in 1962; and Unit 6

14 began commercial operation in 1969.

15 Q   So these units are a little bigger and a little newer than

16 the Wabash River units that you've talked about?

17 A   Yes.

18 Q   All right.  Let's look at the next image and focus in more

19 closely on the condensers at these units.

20      First of all, you talked a little bit in your Boiler

21 101 tutorial about what condensers are.

22      Does each individual generating unit at a power

23 station have a separate condenser?

24 A   Yes, each unit's got its own condenser.

25 Q   Again, tell us the function of a condenser?

1  A   Well, we've heard how the boiler makes steam.  Once the

2  steam gets to the right temperature, approximately

3  1,000 degrees, that steam goes to the high pressure turbine.

4  It does work, turns the turbine, exhausts some of its energy,

5  goes back to the boiler, is reheated, back through the

6  turbine, through the intermediate pressure and low pressure

7  turbine.

8       After it travels through the low pressure turbine,

9  it's given up essentially all of its energy and goes to the

10  condenser.  The primary purpose of the condenser is to turn

11  that steam back into water.  As I said, this is a regenerative

12  cycle, and you want to convert it back to water so you can

13  stop the pumping process back to the boiler.

14  Q   Let's go to the next image and see where the condenser is

15  actually in relation to the turbines on the both of these

16  units.

17       Can you point that out for us?

18  A   You can see in the mustard yellow color both the 5 and 6

19  turbines.  Below them are the condensers; and there is –– I'll

20  call it steel duct work that connects the turbine to the

21  condenser.  The condenser itself is actually the boxes

22  below –– it's called a neck, I guess.  The condensers are

23  actually the boxes below that.  I've got some better images

24  coming.

25  Q   All right.  Let's see inside a typical condenser and what

HEKKING – DIRECT/LOFTON        Vol. III–335

1  the tubes look like and the steam looks like going through the

2  condenser.  If we can have the next image, please.

3          Can you explain what you show here, Mr. Hekking?

4  A   Very simple image to give you an idea how this condenser

5  works.  At the very top of the screen, if you saw my green --

6  help.

7          You've got three large pipes that come in the top.

8  That's the neck I was talking about.  That's the way that the

9  steam comes from the low pressure turbine down into the

10 condenser.  The condenser itself is a big steel box.  Located

11 inside the box are thousands and thousands of tubes.  Through

12 the tubes runs river water.  In this case, Ohio River water.

13 That river water is used to cool the steam that's passing

14 through on the outside of the tubes, of course, converting the

15 steam back to water.

16 Q   So the river water is passing horizontally through the

17 condenser tubes?

18 A   That's correct.  These tubes, as I said, there's thousands

19 of them and they're very small.  They're about 1 inch in

20 diameter.

21 Q   Now, with that background, let's turn to the Beckjord 5

22 condenser and talk about how big it is.

23          Can we see the next image, please?

24          Is this a scaled image of the Beckjord 5 condenser?

25 A   Yes.

HEKKING – DIRECT/LOFTON        Vol. III–336

1  Q    The outside of it?

2  A    Yes, it is.

3  Q    Can you explain what we're looking at here?

4  A    Well, I'll call your attention to the 6-foot boilermaker

5  again to give you an idea of the scale in the foreground.  On

6  the left side of the picture you see some large piping that's

7  labeled inlet and outlet.  That's the river water from the

8  Ohio River, cooling water.  It goes into what's called water

9  boxes, which distributes that water through all the tubes,

10  goes through the tubes to the other side, reverse flow through

11  another set of tubes, through the outlet piping and back to

12  the river.

13       This river water picks up on the order of 15 to

14  20 degrees.  So you're heating the river water up about 15 or

15  20 degrees, which means you're cooling the steam down.

16  Q    Now, we can see the 6-foot boilermakers there.

17       How big is this condenser, just in terms of number of

18  feet, size?

19  A    Physical size -- well, I recall the tubes are 30 feet long

20  and the tubes -- well, I'm hesitant to touch the screen now.

21  The tubes are in the box that you see.  So that box with the

22  two water boxes on the end would be about 40 feet long.  The

23  height is about 15 feet and the width about 25 feet.

24  Q    So it would just about fill the well up here?

25  A    I'm sorry?

HEKKING – DIRECT/LOFTON       Vol. III–337

1  Q   The condenser would just about fill the well back to the

2  gate here?

3       THE COURT:  Excuse me.  Using the well and all these

4  water references is probably difficult here.  The well is the

5  middle of the courtroom.

6  A   I wasn't sure what "well" was here.

7  BY MR. LOFTON:

8  Q   Sorry.  It's lawyer talk.

9  A   It's going to fill the biggest part of it, yes, sir.

10 Pretty big box.

11 Q   How many tubes are in the Beckjord 5 condenser, the tubes

12 that are cooling the river water?

13 A   In this condenser there are 14,760 is what I remember.

14 Q   Do you recall how much water flows through the condenser?

15 A   I believe it's 110,000 gallons per minute.

16 Q   How much cooling surface is in this condenser in those

17 14,760 tubes?

18 A   I believe there's 115,000 square feet of tube surface in

19 this condenser.

20 Q   Let's talk about that for a minute.

21      Can you give us an example?  What's the equivalent of

22 115,000 square feet of cooling surface?

23 A   Well, I'll use an example of a football field, if I may.

24 It's 300 feet long by 160 feet wide.  48,000 square feet on a

25 football field.  This would be bigger than two football

HEKKING – DIRECT/LOFTON        Vol. III–338

1  fields.

2  Q    The cooling surface?

3  A    The cooling surface, correct.

4  Q    Now, let's talk about -- you talked about maintenance

5  activities on a boiler yesterday.  Let's talk about

6  maintenance activities on a condenser.

7        Can you tell us what are the typical kinds of

8  maintenance that are done on a condenser that would be

9  included in those costs that we saw earlier today as

10  maintenance costs?

11  A    The two primary jobs you're going to see repeated that you

12  do on a regular basis in a power plant related to condensers

13  is again tube leaks.  The other job is cleaning.

14        The reason cleaning is such a big part of maintaining

15  these condensers is, as I said, you've got Ohio River water

16  that travels through these tubes; and you've got a lot of it.

17  Because this is a heat exchanger, it's important that these

18  tubes stay clean to maximize the heat transfer.  So because

19  the Ohio River water is relatively dirty, sediment, other

20  debris and that sort of thing, on a regular basis you have to

21  clean the inside of these tubes.  So that's -- obviously with

22  14,000 tubes, that's a big job and you do it on a regular

23  basis.  As I said, the other is repairing tube leaks.

24  Q    Now, you've said "repairing tube leaks."

25        What happens when the condenser tubes begin to leak?

1  A    The water in the tubes, the Ohio River water, is at a

2  higher pressure than the condensate or the steam that's on the

3  outside of the tube.  So when you have a leak, you've got

4  river water that leaks into very, very clean condensate, which

5  is your boiler water.

6  Q    Is that a problem for the operator?

7  A    Yes, that's a big problem.

8  Q    Why?

9  A    The –– the way these boilers work is like a steam kettle.

10  When you boil off water, if you keep boiling it off, you end

11  up with residue down at the bottom.  Steam comes off clean.

12  So any impurities that are in your water that's in the boiler

13  are going to deposit out somewhere in that boiler, on the

14  inside walls of tubes, in your steam drum, somewhere.  But all

15  the impurities in your water are basically going to deposit

16  out on your boiler tubes, which you don't want.  So it's

17  imperative that you have very clean water.

18        If you have a condenser tube leak, even a minute leak,

19  you have to fix it.

20  Q    Now, you talked about how boiler tubes are repaired,

21  either with a pad weld or with a Dutchman yesterday.

22        Are condenser tubes repaired in the same way?

23  A    No.  It's physically impossible to do that because you

24  can't –– the tubes basically are enclosed over their entire

25  length and you just can't get to an individual tube.  They're

HEKKING – DIRECT/LOFTON        Vol. III–340

1  too close together.  So the repair mechanism is you just go to

2  each of the tube –– once you determine which tube is leaking

3  or which tubes, you just go to each end and you put a plug in

4  it.  You just plug each end.  Very simple process which, of

5  course, keeps the river water from going through that tube and

6  stops the leak.

7  Q    So the tube is actually taken out of service?

8  A    Yes.

9  Q    Do you have a drawing that will show what a tube plugging

10  looks like?

11  A    Yes.

12  Q    Can we see the next image?

13       Can we explain this, please?

14  A    Just a very simple image that shows –– excuse me.  These

15  plugs are brass, fairly soft.  You can see the tubes.  The ––

16  how shall I say –– the steel plate that these steel tubes are

17  mounted in is called a tube sheet.  We'll talk about that in a

18  minute.

19       To seal that tube off, like I said, you go to each

20  end.  You drive a brass plug in it.  That's what's depicted

21  here.

22  Q    Now, once a unit has got some age on it and it's been

23  operating for a decade or even two decades, how frequently do

24  condenser tube leaks occur typically?

25  A    Let me put it this way, the older the condenser is, the

HEKKING – DIRECT/LOFTON      Vol. III–341

1  more frequent the leaks.

2  Q   Let's say a condenser is 35 years old.  Is tube plugging

3  like we're seeing here on the screen, is it a pretty common

4  occurrence?

5  A   I would describe it –– it is a fairly regular occurrence,

6  yes.

7  Q   All right.  Now let's talk about cost.

8      How much does one of these plugs cost?

9  A   The plug itself?

10 Q   The plug itself.

11 A   A dollar.  They're not expensive.

12 Q   Who typically would do this kind of work, the plugging?

13 A   Your maintenance mechanics, your maintenance people.

14 Q   At the plant?

15 A   Yes.

16 Q   How much time would this take?

17 A   A few hours, couple of hours.

18 Q   In total cost, start to finish, what's your best estimate

19 of what this type of work would cost?

20 A   You mean to go in and plug one tube?

21 Q   Plug one tube.

22 A   Couple hundred dollars.  Less than $500.

23 Q   Which budget does it come out of?

24 A   Your maintenance budget.

25 Q   Now, with that background, let's talk about the project

1  that we're interested in at Beckjord Unit 5, which is the

2  condenser retubing project.

3         You said the unit started operating in 1962?

4  A   Yes.

5  Q   Let's go forward 25 years to 1987.

6         What was the condition of the condenser tubing in the

7  Beckjord 5 condenser in 1987?

8  A   It had generally degraded.  What the company did was hire

9  specialty contractors -- I'll call them that -- to do this

10  type of work.  Brought them in to determine the actual

11  condition of their tubes.  They found that, generally

12  speaking, erosion was a problem and as much as 50 percent of

13  the tube wall thickness was gone.  This was over -- I guess

14  this happened over 35 or so years.

15  Q   25?

16  A   25, I'm sorry.  The tubes were losing their wall

17  thickness.

18  Q   Let's talk about what that means.  Let's look at the

19  drawing here.

20         What happens to the tube when it gets thin?

21  A   The differential pressure and other mechanisms, you can

22  expect it to start to leak.  The thinner they get, the more

23  likely they are to fail.

24  Q   So in 1987, how much of that wall thickness had the tubes

25  lost?

HEKKING – DIRECT/LOFTON        Vol. III–343

1  A   My recollection is about 50 percent of the wall thickness.

2  Q   The actual tubes had gotten 50 percent thinner in the

3  walls?

4  A   They were half as thick as they were new.

5  Q   Do you recall if there had been any tube pluggings, like

6  we see here on the screen, at the Beckjord 5 condenser in the

7  late 1980s?

8  A   Yes.  There had been a goodly number of tubes plugged.  I

9  remember somewhere on the order of eight 8, 8 1/2 percent of

10 the 14,000 some odd tubes had already been plugged, which

11 means that sometime in the past they had leaks.

12 Q   8 1/2 percent of 14,000, more than a thousand tubes had

13 been plugged in this condenser?

14 A   Yes.

15 Q   And those tubes had been taken out of service; is that

16 right?

17 A   That's correct.

18 Q   Now, you've read the documents on this project.

19        Are you familiar with a company called Kramer and

20 Lyntel?

21 A   Yes, I am.

22 Q   Who is Kramer and Lyntel?

23 A   I would describe them as a specialty company that, among

24 other things, they had the equipment and the experience and

25 the technical know-how to go in and perform physical

HEKKING – DIRECT/LOFTON        Vol. III–344

1  examinations of these tubes, and then tell you basically what

2  their condition is, and even more importantly how much longer

3  they're going to last.

4  Q    Did Kramer and Lyntel do a study on the Beckjord 5

5  condenser?

6  A    Yes, they did.

7  Q    What did the contractor Kramer and Lyntel recommend to the

8  owners of the Beckjord plant?

9  A    Well, once they determined that a condition -- as I said,

10  approximately 50 percent of the wall loss -- they recommended

11  that the tubes be replaced within a -- you know, a matter of a

12  short time, within the next few years.  In fact, because of

13  the deteriorated condition, they also recommended that the

14  company go ahead and buy the tubes now and sort of keep them

15  on the shelf just in case.

16          The reason for that is these condenser tubes are

17  not -- I would say not a stock item.  They're a long lead

18  item.  They're manufactured for use, basically, and if

19  conditions got to the point that they started having massive

20  leaks, you know, you're looking at six months or more to get

21  these tubes.  So their recommendation was to go ahead and buy

22  them now, even if you're not going to put them in, and at

23  least have them.

24  Q    We're talking about all 14,760 tubes?

25  A    Yes.

1  Q   Now, when the station manager at the Beckjord plant got

2  this report, how did he rank this particular project in terms

3  of his recommendation to his management?

4  A   Well, what I recall is Kramer and Lyntel actually

5  performed multiple –– I think for a period of about three

6  years they would come in and do more analysis, look at these

7  tubes again.  Basically, they were seeing a pretty rapid

8  deterioration.

9       I'll say about three years after the first

10 examination, when they saw they had serious problems with this

11 condenser, the plant manager basically identified this

12 project –– I remember him in a memo or something called it,

13 "this is a must project for us."

14 Q   Do you recall what the original material was in the

15 condenser, the tubing, what material the tubing was made of?

16 A   Yes.

17 Q   What was it?

18 A   It was an arsenical admiralty brass.

19 Q   Was that a brass alloy?

20 A   It's a copper alloy.

21 Q   Is that a type of material that was typically used in

22 power plant condensers in 1962?

23 A   Yes.  It was very common on fresh water applications, not

24 salt water applications.

25 Q   Did the –– when the company decided to replace all of the

HEKKING – DIRECT/LOFTON        Vol. III–346

1  almost 15,000 tubes in the condenser, did they decide to use

2  that same admiralty brass material?

3  A    No.  They elected to go with a different alloy copper

4  material.  Some of the tubes they put in were a 9010 copper

5  nickel.  The remainder were a 70–30 copper nickel.

6  Q    Is that an upgrade in material?

7  A    I would consider it such, yes.

8  Q    Let me ask you now to describe how this work was actually

9  done.

10        Do you have a series of still images that will help

11  you show how this work was done?

12  A    Yes, I do.

13  Q    Can we see the first image, please?

14        All right.  We're back to the outside of the Beckjord

15  5 condenser, so let's start with that one.

16        Can you tell us –– can you walk us through these

17  slides and tell us how this works; how this job was done?

18  A    This image is the way it would look in operation.  It's

19  fully assembled.  There's no moving parts in this piece of

20  equipment.

21        The first thing you have to do is you have to get

22  access to the tubes.  The way you do that, the first thing you

23  do is remove the piping.

24        Can we have the next image?

25  Q    Now, how heavy is that piping?

1  A   I don't recall the exact weights; but I believe on Unit 5

2  condenser it's 60 inches in diameter.  Big piping.  The piping

3  is gone and I –– I did not attempt to draw the rigging or

4  include the rigging in here, but I can tell you that you're

5  dealing with some of the same things, a lot of very heavy

6  material, and you've got to move it.

7  Q   Now, is the unit operating?

8       It's probably obvious, but let's get that information.

9  A   No.  In order to do this job, obviously, the unit can't be

10 operating.  So the first thing you do is take the piping off.

11 The next thing you do is take the water boxes off.  You can

12 see what a water box is.  One of them has been removed.

13 Behind it you can kind of see the tube sheet where the

14 openings are, where all the tubes are.

15 Q   How heavy are the water boxes?

16 A   I recall them being on the order of 6 tons each.

17 Q   So this takes some pretty heavy duty rigging?

18 A   Yes.  These are heavy.

19      Now the next image, that second water box is removed.

20 Of course, you've got to get it out of the way.  You've got

21 one end of the condenser exposed.  If you could zero in on it,

22 you would see 14,760 1-inch holes.

23      Next image.  Walking around, going behind this

24 condenser, this is the other end of it.  We've got to get to

25 the other end of the tubes.  So these water boxes have got to

HEKKING – DIRECT/LOFTON        Vol. III–348

 1  come off.

 2  Q    While you're talking about this, is the maintenance staff

 3  doing this job?

 4  A    No, no.

 5  Q    Who does this kind of work?

 6  A    My experience is these are specialty contractors.  When we

 7  get a little further into this, you're going to see -- I'll

 8  try and explain to you some of the specialty tubes and

 9  equipment that's required to do this job.

10        Now we've got both tube sheets exposed on each end.

11  The next thing we're going to do is build some work platforms

12  so workers can get up there and start getting these tubes out.

13  Q    Now, you've taken the walls off of the condenser.

14        Do the walls normally come off when the condenser is

15  retubed?

16  A    No.  As I said earlier, this is a large steel box.  I've

17  never seen a situation where you actually cut away the walls.

18  I just did this so you can look in there and see how the tubes

19  are arranged.

20        You'll notice -- I call them baffles.  The baffle

21  throughout there -- remember, these tubes are 30 feet long.

22  They're copper, which is a soft metal.  So they've got to be

23  supported.  Typically every 3 to 4 feet you're going to find a

24  support plate to support these tubes.

25  Q    Okay.  Let's go to the next image.  Looks like you've

1  constructed a platform here.

2  A   We've got a work platform.  These tubes come out one at a

3  time.  It's a very labor intensive project.  The specialty

4  tubing -- I'm sorry.  The specialty tooling that's required

5  goes in and cuts the individual tube loose from the tube

6  sheet; and then it will grab that tube and physically pull it

7  out, suck it out.  Workers are spaced throughout this

8  condenser; and they're helping -- everybody's helping guide

9  this tube out.

10         As it comes out the tube sheet, remembering that it's

11  30 feet long, this tool that they've got also flattens it from

12  a round tube to -- flattens it and chops it into 18-inch or

13  2 feet pieces.  Makes it a lot easier to handle.

14         What I've got pictured back here, I call it a scrap

15  bin, where they chop the tubing up and goes in the bin.

16  Q   Does this part of the job go pretty fast?

17  A   Actually, it does.  There's a lot of them.  But once

18  everybody gets into position, it goes pretty quickly, yes.  So

19  usually you'll have two different crews.  There's enough room

20  there that works two different crews.  They're going to keep

21  pulling all these tubes out until they get them all out.

22         Next image.  You can see I've got an image here

23  showing you how they use the tool that pulls them out.  It

24  chops them into pieces as they pull them out.  You see how

25  they have to put guys in between each baffle -- how shall I

HEKKING – DIRECT/LOFTON        Vol. III–350

1  say –– to keep the process going.

2  Q   All right.  Next image.

3      Now, where are we in the plant here?  We're obviously

4  outside the condenser.

5  A   Again, to give you an idea of the amount of material

6  involved, what you see in the middle of the picture, these ––

7  as I said earlier, these are very long.  They're flimsy

8  actually, and they're soft metal.  When you ship them, you

9  fabricate these pretty elaborate boxes to make sure they're

10 wrapped and supported all throughout.  So you've got some

11 pretty elaborate boxes.  In this case, I believe they shipped

12 them in 137 30–foot boxes.

13 Q   137 30–foot boxes, is that how many is in this image here?

14 A   Yes.

15 Q   The image is drawn to scale?

16 A   Yes.  To the right of the wood boxes you can see the scrap

17 pile that I drew there to indicate the scrap tubing being

18 removed from the condenser.

19 Q   Is that meant to represent all of the scrap that comes out

20 of the condenser?

21 A   Oh, no.  Actually, that's a very small part of it.

22 Q   Do you recall how much the scrap materials weighed that

23 came out of this condenser?

24 A   I remember it being well over 100,000 pounds.

25 Q   More than 50 tons?

1  A   Yes.  I'll add that this being predominantly copper, this

2  is quite valuable material.

3  Q   They didn't throw this away?

4  A   No.  This is valuable material.

5       Next image.  After you've got all of the old tubes out

6  of the condenser, the next thing you have to do is all of

7  these holes, 1 inch holes, and the tube sheets on the two

8  ends, and all the baffles in between, workers have to go in

9  and clean those holes.  Over the years, fairly dirty

10 conditions.  All those holes have to be cleaned individually.

11 I don't know how many thousands that adds up to.

12      Also, after they clean the holes, they might make sure

13 that the old tubes didn't wallow out the holes, as I would

14 say.  A lot of work making sure before you put the new tubing

15 in that the support plates and tube sheets are in good

16 condition.

17 Q   Is that part of the work very labor intensive?

18 A   Very labor intensive, yes.  Takes a lot of people.

19 Q   Now, while we're on the subject of the labor, what kind of

20 work week was the contractor expected to put in who performed

21 this work?

22 A   What I remember on the Beckjord 5 condenser was CG&E, the

23 company, needed to get this job done very quickly.  So in the

24 specifications they put out for bids to see who would do this

25 job, they specified that this job be worked around the clock,

1 which means 7 days a week, 24 hours a day.  This job was

2 worked around the clock.

3 Q   Well, how many weeks did this job take?

4 A   It took them four weeks to complete this retubing job.

5 Four weeks.

6 Q   Doing labor around the clock?

7 A   Yes.

8       Next image.  Once we get all the tubes out, we got all

9 the holes cleaned and miked, any repairs we need to make, they

10 start bringing the new tubes in.  You can see the boxes

11 stacked up there.  You can look behind the boxes, you can see

12 the workers.  They've got one box set up there.  Typically

13 100, 150 tubes in each box.  They'll pick up each individual

14 tube and again, understanding the flexibility of these tubes,

15 takes several guys to make sure they don't bend it.  You have

16 to put a guide between each baffle plate.  You start sticking

17 it through there.  Everybody guides it through.

18       Part of this is to make sure that everybody hits the

19 same hole.  I say that kind of comically because I've seen it

20 happen where you can get one hole off and you've got a mess on

21 your hands.

22       Anyway, again very labor intensive.  You've got to

23 stick all 14,000 of these tubes individually.

24 Q   Now, this amount of material is not kept in inventory?

25 A   I'm sorry?

HEKKING – DIRECT/LOFTON        Vol. III–353

1   Q    This amount of material is not kept in inventory?

2   A    No.  As I said, you don't even find this in piping company

3   inventories.  It's quite valuable material.  My experience is

4   they don't make this material until you order it.

5   Q    Who manufactured the tubing for the Beckjord 5 condenser?

6   A    This tubing was manufactured by Olin Brass.

7   Q    What kind of company is that?

8   A    This is what they do.  They're a specialty company.

9   Q    Can we go to the next image?

10  A    We've got all the tubes stuck back into the condenser,

11  some 14,000 some odd tubes.

12       The next task that you have is you've got to seal each

13  of those tubes in each end of the tube sheet.  Basically, the

14  way you do that is called expansion.  You –- you wedge them

15  into the hole, seal it against the steel tube sheet, and you

16  do that on each end.  That forms the seal.

17  Q    All right.  Next image, please.

18  A    After you've sealed all the tubes, expanded them in the

19  tube sheets, generally what you do then is you will fill this

20  steel box with water and, hopefully, you don't have any leaks.

21  If you have any leaks, you will reseal them.  Usually you'll

22  see it on the tube sheets.  You may have to go back in and

23  reseal the tubes.

24       Once you have good seals, then you put the water boxes

25  back on.

HEKKING – DIRECT/LOFTON        Vol. III–354

1        Next image.  Basically, you reassemble the condenser.

2        Next image.  That's the other end.

3        Next image.  Water boxes back on.

4        Next image.  And then your piping.

5        So you put everything back together again and you're

6   good to go.

7   Q   Do you recall how much this work cost?

8   A   I will have to refer to my report.

9        A little over $1 million.

10  Q   This work was done in what year?

11  A   1991.

12  Q   So the unit was 29 years old when this work was done on

13  the condenser?

14  A   Yes.

15  Q   How many times had this condenser ever been overhauled

16  like this in the history of the operation of the unit?

17  A   This was the first retubing of this condenser since the

18  initial operation in 1962.

19  Q   So once in 29 years?

20  A   Yes.

21  Q   I don't believe I've asked you this:  Was this a capital

22  project?

23  A   This was a major capital improvement project, yes.

24  Q   You talked about the cost of an individual tube plugging

25  on a condenser.

HEKKING – DIRECT/LOFTON        Vol. III–355

1      How much would you expect to spend on the maintenance

2  for a condenser like the one at Beckjord 5, let's say in the

3  year before the tubing was all replaced, when the condenser

4  was overhauled?

5      On an annual basis, for a condenser like this, how

6  much would it cost for the entire year?

7  A   Obviously, if we're talking about the year before they

8  retooled it, they're having leaks on a fairly regular frequent

9  basis I would say.  I estimated $500 or less to plug a tube.

10  You'll do two or three cleanings a year.

11      So off the top of my head, I would say somewhere 50 to

12  $100,000 would be what I would expect to spend to maintain

13  this condenser for a year.

14  Q   So how did the maintenance costs for an entire year on

15  this condenser compare to the capital costs that the company

16  expended when it overhauled the condenser?

17  A   Ten or more times what you would spent on an annual basis

18  to maintain this equipment.

19  Q   We've got a similar project we want to look at on Beckjord

20  Unit 6, so let's take a look at the Beckjord Unit 6 and go

21  back to the image that we started with.

22      Beckjord Unit 6 is a larger unit; is that right?

23  A   Yes, yes.  Much larger.

24  Q   Is the condenser larger?

25  A   Certainly.

HEKKING – DIRECT/LOFTON        Vol. III–356

1  Q   Is that Beckjord 6 condenser configured exactly the same

2  way?

3  A   I would say not.  The image will show it, but this

4  basically has I'll say two boxes.  The Beckjord 5 condenser

5  had one box.  6 has two boxes.

6  Q   Let's take a look at the next image.

7       Is this a little closer view of what the condenser

8  looks like at Beckjord Unit 6?

9  A   You can see what I'm talking about here.  If you look at

10  Unit 5, we've seen it in some detail.  Looking at 6, you can

11  see it's roughly twice the size.  Like I said, it's two boxes.

12  Q   Let's turn to the next image, please.

13       How many tubes are in the Beckjord Unit 6 condenser?

14  A   21,800.

15  Q   How long are each of those tubes?

16  A   These –– the Unit 6 tubes are 40 feet long, 10 feet longer

17  than Unit 5.

18  Q   All right.  You told us how much water flows through the

19  Beckjord 5 condenser.

20       Do you recall how much water flows through the

21  condenser tubes in Beckjord Unit 6?

22  A   Yes.  Beckjord 6 has a condenser circulating water flow of

23  150,000 gallons per minute.

24  Q   Would that be 75,000 gallons in each of those two banks or

25  two shelves?

HEKKING – DIRECT/LOFTON        Vol. III–357

1    A   I'm thinking of the piping layout.  Yes, yes, that's

2    correct.

3    Q   All right.  How much cooling surface is contained in those

4    21,040–foot long condenser tubes?

5    A   I recall this condenser has 225,000 square feet of heat

6    transfer surface.

7    Q   What's that equivalent in something we would all

8    understand?

9    A   I'll go back to my football field again, 48,000 square

10   feet.  This is 225, so it's more than four football fields,

11   four and a half football fields.

12   Q   Now, you said an engineering firm, Kramer and Lyntel, did

13   a condition assessment on the Beckjord 5 condenser in 1987.

14       Was there also an indication of some problems of the

15   Unit 6 condenser at about the same time?

16   A   Yes.  What I recall is Kramer and Lyntel, the same company

17   that did the analysis of Unit 5 in approximately the same time

18   period, they also were looking at Unit 6 and found roughly the

19   same problems.

20       I do recall one additional problem or failure

21   mechanism they found on the Unit 6 condenser was damaged at

22   the baffle area.  You saw earlier how this condenser is made,

23   all these support plates down through there.  If the hole --

24   if it's not a good fit in the hole, it can rattle.  I think

25   that's one of the problems that they found.

1          There was some problems right at those baffles.  When

2     it rattles, of course, over time -- this is soft metal -- it's

3     going to damage the tube.  So they had some problems at the

4     baffles and at the tube sheets, in addition to just general

5     loss of wall thickness over the years.

6     Q   After that, were there any subsequent studies done on the

7     Beckjord 6 condenser?

8     A   In the same manner that they did Unit 5, they analyzed the

9     condition over several years which helped them -- how shall I

10    say -- look at the damage as it progressed.

11    Q   Did you have the same kind of wall thinning in the Unit 6

12    condensers as was experienced in the Unit 5 condenser?

13    A   Yes, the same type of general wall fitting, yes.

14    Q   Do you recall how thin the tube walls had gotten?

15    A   They were at a point where about half of the wall

16    thickness was gone.

17    Q   Based on this testing that was done beginning in 1987, did

18    the power company decide to overall this condenser as well?

19    A   Yes.

20    Q   What year was that done in?

21    A   The Unit 6 condenser was done in 1994, as I recall.

22    Q   Do you happen to recall who approved the project?

23    A   I'll just say again senior management.

24    Q   Now, you told us that there was a material change for the

25    Unit 5 condenser project.

HEKKING – DIRECT/LOFTON       Vol. III–359

1           Was the same material change made for this condenser?

2   A    Yes.  The original material was the same as Unit 5.  It

3   was arsenical admiralty brass.  The new material that went in

4   was a combination of 90–10 copper nickel and 70–30 copper

5   nickel.

6   Q    Did the same company manufacture the condenser unit for

7   Unit 6?

8   A    Yes, same company, Olin Brass.

9   Q    Who performed the work to remove the old tubes and install

10  the new alloy tubes?

11  A    A contractor by the name of Legge Associates.

12  Q    Wasn't done by the maintenance staff?

13  A    No, no.

14  Q    Did the maintenance staff have the resources and the

15  know-how to do this job?

16  A    No.

17  Q    Do you also have some images that you can show how the

18  Beckjord 6 work was done?

19  A    Yes.

20  Q    We won't spend quite as much time on this one.  Let's go

21  through those.  We're starting with this first image.

22          Looks like the piping is quite a bit larger?

23  A    Well, it's a bigger condenser and we're cooling a lot more

24  steam and, of course, we're using a lot more river water.

25          Yes, the piping is much bigger.

HEKKING - DIRECT/LOFTON       Vol. III-360

1  Q    Let's go to the next image, please.

2  A    As before, the first thing you do is get the piping out of

3  the way.  You can see the tube boxes here.  You've got four

4  water boxes on each end.  That's the next thing that has to

5  come off to expose the tubes.

6        Next image.  You can see the -- you can see better now

7  the tube boxes that are in this condenser.  You can also see

8  the tube pattern is a little different also.

9        Next image, please.  Go around the other end.  Take

10 all the water boxes and piping off of it to expose the tubes.

11 We've done that here.  Now we've got both ends.  We've got

12 water boxes and piping out of the way, so we can bring the new

13 tubes in and erect our work platforms.

14       I've taken away the sidewalls so you can see the tubes

15 inside.  We've got the same process going on.  The guys are --

16 with the tooling they've got -- pulling the tubes out one by

17 one chopping them into pieces.  Keep going till you get all

18 the tubes out.

19 Q    All right.  Let's stop right there.  This is another image

20 showing the number of crates or boxes that were delivered to

21 the job by Olin Brass.

22       Do you remember how many boxes were delivered?

23 A    There were 202 boxes, each box weighing about a ton, about

24 2000 pounds.

25 Q    What were the lengths of the boxes?

HEKKING – DIRECT/LOFTON      Vol. III–361

1  A   The tubes were 40 feet long.  So the length of the boxes

2  would be probably 6 inches longer than that.

3  Q   Now you're showing some of the scrap material outside the

4  job site.

5        Is that meant to represent all of the scrap material?

6  A   No.  In fact, I do remember on Beckjord 6, on this

7  condenser, the 259,000 pounds of scrap tubing came out of this

8  condenser.

9  Q   So approximately a quarter of a million pounds of scrap

10 tubing?

11 A   Yes.

12 Q   That wasn't thrown away either?

13 A   That wasn't thrown away, no.

14 Q   Let's go on to the next image.

15 A   As in before, you've got to clean all the holes, all

16 through the baffles through there.  Many, many holes.  Once

17 you get that done, then you're in a position to start putting

18 new tubes back in.

19      Again, I'll emphasize this is a very labor intensive

20 job.  Not necessarily a lot of skill, but it takes a lot of

21 people.

22 Q   What is the piece of equipment we see there on the right

23 side of the drawing?

24 A   Well, it's a forklift that's rigged up with a special

25 lifting device.  Right above the box you can see in the gray

HEKKING – DIRECT/LOFTON        Vol. III–362

1  there, that represents what we typically call a lifting bar.

2  The reason that you had that here again is because you've got

3  to support these 40-foot long boxes every few feet or

4  whatever.  If you just pick it up in the middle or picked it

5  up on each end, it's going to collapse on you.  So you've got

6  to be very careful about how you handle these boxes.

7  Q   Next image, please.

8       We've got all the tubes installed?

9  A   All the tubes are in.

10 Q   Next image.

11 A   You can do a leak test.  If the leak test is good, you can

12 put it back together again.

13      There's two 6-foot boilermakers.

14 Q   Now, do you recall how much time it took, in terms of

15 weeks or months, to overall the Beckjord unit 6 condenser?

16 A   I remember nine weeks.

17 Q   This was using contractors on two shifts?

18 A   Yes.

19 Q   Pretty much around the clock?

20 A   I'm not -- I can't say for sure that this job was worked

21 around the clock, but I know it was worked on at least two

22 shifts.

23 Q   How much did this project cost?

24 A   I'm going to have to refer to my report.

25      A little less than $1.9 million.

HEKKING - DIRECT/LOFTON          Vol. III-363

1  Q   Were these capital monies that were spent for this?

2  A   These were capital dollars as opposed to maintenance

3  dollars.

4  Q   Approved very high in the corporate chain of command?

5  A   Yes.

6  Q   All right.  This job was done in what year, Mr. Hekking?

7  A   1994.

8  Q   So the unit was, what, 25 years old?

9  A   I believe I said this one started up in '69.  It would be

10 25 years, yes.

11 Q   So was this is also the first time in the history of the

12 operation of the unit that the condenser had been overhauled?

13 A   Yes, first time.

14 Q   Now, same question on Unit 6.  You've looked at the

15 maintenance expenditures for these units.

16      How much would you expect to spend on maintenance for

17 a condenser like the one at Beckjord 6 for an entire year, the

18 year preceding -- what year did you say this was done?

19 A   This was done in '94.

20 Q   So in 1993, how much money would you expect to expend on

21 maintenance for the entire year?

22 A   Well, like I said, in the case of Unit 5 being the year

23 before you replaced them, I would expect them to be having

24 leaks on a regular basis.  So, oh, I don't know.  Maybe,

25 again, several cleanings a year, I would expect to spend 100,

HEKKING - DIRECT/LOFTON        Vol. III-364

1  $150,000.  I don't think anymore than that to maintain this

2  over a year.

3  Q   How would those maintenance costs for an entire year

4  compare to the capital dollars that were spent to overall the

5  condenser?

6  A   Well, the retubing job cost $1.9 million.  My annual

7  maintenance expenses -- what did I say -- 100, 150,000.  So

8  considerably more.

9  Q   Thank you, Mr. Hekking, we are almost done.  I'm going to

10  ask you to summarize your testimony by talking again about the

11  characteristics of large capital investments at a power plant.

12       Do you have a chart that will explain your -- help

13  explain your testimony on what you believe to be the

14  characteristics of large capital improvements or large capital

15  investments?

16  A   Yes.

17  Q   Can we see that, please?

18       MR. LOFTON:  Do you have a question, Mr. Green?

19       MR. GREEN:  Your Honor, before it comes up, I mean, I

20  think we've heard his testimony; and to have it repeated again

21  in a summary I think is not appropriate.

22       THE COURT:  I don't have a problem with it.

23       Go ahead.

24       MR. LOFTON:  Thank you, Your Honor.

25

HEKKING – DIRECT/LOFTON        Vol. III–365

1  BY MR. LOFTON:

2  Q    Okay.  What's the first characteristic, Mr. Hekking, that

3  you believe is common -- if we use that word -- for large

4  capital investments at a power plant, let's say for a boiler

5  or condenser project?

6  A    Like it says on the screen.  They're larger in scope and

7  more complex than what you would find on maintaining a power

8  plant on a day-to-day basis.

9  Q    Were each of the projects that you've described here today

10  and yesterday large in scope, more complex in the day-to-day

11  maintenance activities, maintenance repair and replacement

12  activities that normally take place at a power plant?

13  A    Yes.

14  Q    What's your next bullet?

15  A    Long lead times.

16  Q    What do you mean?

17  A    Project scope development, developing a cost estimate,

18  doing a cost/benefit analysis, seeing if you're going to get a

19  rate of return, approval process, procurement of materials and

20  the fabrication of materials, and then the work itself usually

21  takes us a significant amount of time.  That's what I mean by

22  long lead times; plan, prepare and implement.

23  Q    In terms of the implementation of the major capital

24  improvements that you've talked about in your testimony, were

25  all of the projects either four weeks or more?

HEKKING – DIRECT/LOFTON        Vol. III–366

1          Were they all long duration jobs?

2   A    Let me think about it.  I would call the Beckjord 5

3   condenser -- how shall I say -- a very expedited job.  That

4   was worked around the clock.  That was four weeks.  All the

5   others were more than that.  Some much more than that.  They

6   were all long duration jobs.

7   Q    What's the next bullet?

8   A    Approvals to do this scope -- scope of work like these

9   projects, approval to get the money has to go very high up in

10  the organization, sometimes as high as the president of the

11  company.

12  Q    Do maintenance projects require approval at that level?

13  A    No.  Once the plant manager has his maintenance budget,

14  he's pretty much got freedom to spend it how he needs to,

15  within reason, of course.

16  Q    Were each of the major capital improvements that you've

17  described in your testimony required, either the president of

18  the company, or senior vice president, or very high level

19  approval in the company?

20  A    Yes, they did.

21  Q    Let's look at the next bullet.

22          Can you explain that, please?

23  A    The jobs typically require -- the projects typically

24  require outside contractors, engineers, architects.  In some

25  cases we saw some real design, new design that needed to be

HEKKING – DIRECT/LOFTON        Vol. III–367

1  done.  These types of skills and capabilities you don't find

2  in your maintenance organization.

3  Q   Did the maintenance staffs, at any of the plants that

4  you've talked about, perform any of these major capital

5  improvement projects?

6  A   No, they did not.

7  Q   Were they all performed by specialty contractors?

8        Were the specifications written by engineers or

9  architects that were hired from outside the company?

10 A   I didn't hear the very end -- the last part of that.

11 Q   Were the specifications for the project written by either

12 architects or engineers that were hired from outside the

13 company?

14 A   Yes.

15 Q   What's the next bullet?

16 A   Special equipment or access -- and I think I've given some

17 pretty good examples of that.  In the case of the condenser

18 tubing, there's specialty tooling and equipment that's needed.

19 You certainly saw it in the boiler projects.  The pulverizer

20 projects, the type of rigging, access requirements, all those

21 sorts of things are required.  So I find these run through

22 most all major capital improvement projects.

23 Q   Did the major capital improvement projects at issue in

24 this case require these types of special equipment, and did

25 the boiler projects require special access, meaning a big hole

HEKKING – DIRECT/LOFTON        Vol. III–368

1   cut in the side of the boiler?

2   A   Yes.

3   Q   What's the next item or next bullet?

4   A   Quite simply, these projects are not part of the

5   maintenance budget.  They are part of a –– I'll call it a

6   corporate construction or capital budget.  As I called it

7   yesterday, it's a different pocket.

8   Q   I know I asked this question before, but we're almost at

9   the end.

10      Were all of these projects from capital construction

11  budgets rather than from the plant maintenance budget?

12  A   Yes, they were.

13  Q   Next bullet, please.

14      What do you mean here?  What's this item?

15  A   In terms of cost, looking at what these projects cost,

16  comparing that to what it cost to maintain this plant and the

17  individual pieces of equipment, they are much, much more

18  expensive.

19  Q   In a relative sense, compared to the maintenance, the

20  regular upkeep on these units, what's required to keep these

21  units operating in their current condition?

22      How do the capital costs that you've described for us

23  in the last two days compare?

24  A   There's a lot more money.

25  Q   I think we've got one more bullet.  No, sorry, we've got

HEKKING – DIRECT/LOFTON        Vol. III–369

1  two more.

2        Can you describe for us what we see here?

3  A   Increase unit availability and reliability.  What I mean

4  there is I've talked about breakdowns, whether it be tube

5  leaks, whether it be wet coal and problems with your

6  pulverizer system, whether it be leaks in your condenser

7  tubes.  All these types of problems keep you from generating

8  electricity.  These projects were intended to eliminate those

9  problems.  Therefore, they would increase availability and

10  reliability.

11        In most cases –– and I'll exclude the Wabash 5

12  rehabilitation where they had the structural problems in the

13  back and they had to redo the support system for the

14  economizer.  All the other projects I've looked at and

15  described for you were one of the intended benefits.  One of

16  the intended benefits was to make the units run longer, longer

17  than they would have run without the projects.  That one,

18  Unit 5, was a little different.  They had to do that to keep

19  that boiler from falling apart.

20  Q   Okay.  Now I believe there's one more bullet.

21        Frequency.  Why have you listed this?

22  A   How often is it done?  Each of the projects that I've

23  described, it was the first time –– I don't remember the

24  range, but somewhere in the neighborhood of 29 to 39 years of

25  operation.  It was the first time these major components had

HEKKING – DIRECT/LOFTON      Vol. III–370

1 been replaced as opposed to regular maintenance that you do.

2 There's some repetition to it.  That's what I mean by

3 "frequency."

4 Q   So these projects ranged from, I think 25 years to 35

5 years, in the mid thirties.

6       Were each of the major capital improvement projects

7 that you described in your testimony, was it the first time

8 they had ever been done in the history of these operating

9 units?

10 A   Yes, this was the first time.

11       MR. LOFTON:  I have no further questions at this

12 time.

13       THE COURT:  We'll take a break and then we'll come

14 back for cross-examination.

15       COURT CLERK:  All rise.

16       This court stands in brief recess.

17    (A recess was taken.)

18       COURT CLERK:  This court is now in session.  The

19 Honorable Judge Larry J. McKinney presiding.

20    *(Jury in.)*.

21       THE COURT:  You may be seated.  You may

22 cross-examine.

23                 **<u>CROSS EXAMINATION</u>**

24 BY MR. GREEN:

25 Q   Mr. Hekking, I'm Tom Green, one of the lawyers

HEKKING – CROSS/GREEN        Vol. III-371

1  representing Cinergy.  Good afternoon.

2  A    Good afternoon.

3  Q    I would like to start this way, Mr. Hekking:  Are you

4  aware that Cinergy is contending in this lawsuit that six of

5  the 14 projects that are in issue in this lawsuit qualify as

6  routine maintenance repair and replacement?

7  A    I am aware.

8  Q    You're aware of that.

9        Are you offering an opinion that those six projects do

10 not qualify as routine maintenance, repair and replacement?

11        MR. LOFTON:  Objection, Your Honor.  It's beyond the

12 scope of the direct examination.

13        THE COURT:  If it's beyond the scope, then he can

14 tell us the scope.  He can answer that question.

15 BY MR. GREEN:

16 Q    Haven't you been called as an expert witness to offer an

17 opinion that the six projects that Cinergy believes qualify as

18 RMRR are not RMRR?

19 A    Are you talking about in this case or --

20 Q    This case.

21 A    This case?  I'm aware of that.  I think I addressed it

22 specifically in my report.  I don't remember discussing it in

23 my direct testimony.

24 Q    Well, in your report you express the opinion that those

25 six projects do not qualify as RMRR; is that not correct?

HEKKING — CROSS/GREEN          Vol. III-372

1  A    In my opinion, they were not routine maintenance repair

2  and replacement.

3  Q    As that term is used in the New Source Review regulations;

4  is that right?

5  A    Yes.

6  Q    And you stand by that opinion?

7          MR. LOFTON:  Your Honor, excuse me.

8          THE COURT:  Yes?

9          MR. LOFTON:  Our understanding of a previous ruling

10  by this Court is we weren't to invade the province of the

11  Court on this issue.

12          THE COURT:  I think that's right.  I did say that.

13  So why are we getting into that now?

14          MR. GREEN:  Because I need to know whether this

15  witness has abandoned his opinion or whether he's offering

16  that opinion.

17          THE COURT:  Well, in that case let me clear that up

18  for you.

19          In his direct examination he did not offer that

20  opinion, so I think I made a mistake when I said that it was

21  not beyond the scope to ask that.  If that's your purpose for

22  your going into it, I think I'll just have to change my

23  ruling.  He didn't go into that on his opinion and didn't

24  offer that, so I'll have to sustain this objection.

25

*HEKKING – CROSS/GREEN*        Vol. III-373

1  BY MR. GREEN:

2  Q    So, Mr. Hekking, basically your testimony, apart from the

3  excellent explanations of the insides of a boiler was to

4  testify about what you believed to be the characteristics of

5  something called a large capital investment; is that right?

6  A    Yes.

7  Q    Now, do you know whether or not the term "large capital

8  investment" appears anywhere in the New Source Review

9  regulations?

10       MR. LOFTON:  Objection, Your Honor.  Beyond the scope

11 of his direct examination.

12       MR. GREEN:  Your Honor, I think this is at the heart

13 of the case.  I think I'm entitled to inquire.

14       THE COURT:  Given what he testified to and what he

15 didn't testify to, I'll have to agree with the Plaintiff.

16 Sustained.

17 BY MR. GREEN:

18 Q    Mr. Hekking, you realize Cinergy is a public utility?

19 A    Yes.

20 Q    You hesitated about that.

21       Are you unsure that we're a public utility?

22 A    I don't recall thinking about it before, so I just wanted

23 to make sure I was accurate in my response.

24 Q    Do you know what a public utility is?

25 A    I think I do, yes.

HEKKING – CROSS/GREEN          Vol. III–374

1  Q   Do you concede that one of the functions of a public

2  utility is to provide electrical service to the customers that

3  reside in our area?

4  A   I understand that.

5  Q   Electricity is a commodity that cannot be stored; is that

6  right?

7          MR. LOFTON:  Objection, Your Honor, beyond the scope

8  of direct examination.

9          THE COURT:  How does whether he knows whether

10  electricity can be stored or not going to help you?

11          MR. GREEN:  I want to explore the whole subject of

12  keeping power plants available to generate electricity, which

13  is certainly a significant part of his testimony.

14          THE COURT:  You can examine his view about

15  availability and why that's important.  He did testify to

16  that.

17          MR. GREEN:  I'll rephrase the question, Your Honor.

18  BY MR. GREEN:

19  Q   In order to perform our function, Mr. Hekking, of making

20  electricity available to our customers in our service area, we

21  have to keep our units available to generate electricity.

22          Would you agree with that?

23  A   Yes.

24  Q   And if we don't make the kinds of repairs and replacements

25  that you've described over the last two days, those generating

1  units will begin to deteriorate; isn't that correct?

2  A   I'm having a little trouble with your question because --

3  Q   Can you speak up just a little louder, please?

4  A   I'm having trouble with your question because I testified

5  about projects that occurred after the units, or as the units

6  were at the end of life, or in trouble as you put it.

7  Q   Let's just say this:  If we didn't do those projects that

8  you described, those units would be in further trouble,

9  wouldn't they?

10 A   Yes.

11 Q   And you're not suggesting, are you, that we should not

12 have made those repairs, are you?

13 A   I have no opinion on the matter, on whether you should

14 have or shouldn't have done it.

15 Q   Are you contending that we paid too much to have those

16 repairs completed?

17 A   That you paid too much?

18 Q   Yes.

19 A   I don't have an opinion on that matter either.

20 Q   Well, now, you've been at work for the Environmental

21 Protection Agency and Department of Justice for about 10

22 years, have you not?

23 A   Yes, roughly.

24 Q   I believe I heard you say early yesterday that it's been

25 your only paying job for the last 10 years; is that right?

HEKKING — CROSS/GREEN        Vol. III-376

1  A   Yes.

2  Q   In the course of working for the --

3  A   Excuse me --

4  Q   -- of working for the Environmental Protection Agency and

5  Department of Justice, you conducted a number of inspections

6  at other power plants.

7       I think you said approximately 15; is that right?

8  A   Yes.

9       Can we go back to the previous question?  I think I

10 was wrong with my response.

11 Q   What would you like to correct, sir?

12 A   I don't think it's been 10 years.  I left the Health

13 Department in the end of June, 2001.  This is now 2008.  So

14 it's seven years.

15 Q   Seven years.

16 A   Not 10.

17 Q   But I thought you said you started making the inspections

18 in about 1998?

19 A   I thought the question was about this is the only work

20 I've had in 10 years to earn money.  That was an error.  I'm

21 sorry.

22 Q   Let's clear it up.  I gather, while you were still working

23 for the Memphis Shelby Health Department, you were doing

24 inspections for the EPA; is that right?

25 A   Yes.

HEKKING – CROSS/GREEN          Vol. III-377

1  Q    So you've been doing inspections for about ten years; is

2  that right?

3  A    That's correct.  Well, I did them for –– what did I say, a

4  year and a half.  I haven't been doing them for 10 years.

5  Q    You did them for about a year and a half, then you left

6  the Health Department, then you went to work for the

7  Department of Justice; is that correct?

8  A    That's correct.

9  Q    In working for the Department of Justice, did you do

10 anymore visits to any other utilities?

11 A    Yes, yes, I certainly did.

12 Q    How many such visits did you do, sir?

13 A    I did one two weeks ago.  I recall that one.  I recall

14 visiting six Cinergy plants.  I visited AEP plants, Sigeco,

15 S-I-G-E-C-O, and there's been others.  There's been quite a

16 few.

17 Q    In all of that work for the Government, did you assemble

18 any data on the cost of other replacement and repair projects

19 similar to those that you testified to here today and

20 yesterday?

21 A    Outside of my –– the expert reports that I prepared in

22 each case, I have not assembled any other data.

23 Q    Well, I guess the question then is, in the expert reports

24 that you prepared with respect to other cases, did you recite

25 what replacement and repair projects cost that are similar to

*HEKKING − CROSS/GREEN*        Vol. III−378

1  those you testified about yesterday and today?  Or, is this

2  the only case in which you have accumulated the cost data?

3  A   As best I can recall, every project that I looked at I

4  also looked at the cost.

5  Q   And many, many of the projects that you looked at in all

6  those other cases are comparable or similar to the projects

7  that you've testified about here; is that not correct?

8  A   In what respect do you mean "coverable"?

9  Q   Superheater products, economizer projects, condenser

10  retubing?

11  A   Many of the components that were replaced in those

12  projects are the same type of components that were replaced in

13  these.

14  Q   You're not suggesting that the cost or the expense for the

15  projects -- similar projects that was paid for by other

16  utilities is different from or less than what Cinergy paid,

17  are you?

18  A   No.  I don't think so, no.

19  Q   Now, with respect to the projects that you've explained to

20  us, it's not your contention or view, is it, Mr. Hekking, that

21  after these projects were completed, the various boilers at

22  these various generating stations would have no other problems

23  in the future?

24  A   I don't remember any statements along those lines.

25  Q   But you're not implying that, are you?

1          You're not implying that because Cinergy saw fit to

2    undertake these repair and replacement projects, these boilers

3    were going to be trouble free thereafter into the future?

4    A    I don't recall any such implication.

5    Q    In fact, you've conceded that you understand and know that

6    there are many, many components in a coal-fired boiler, as

7    many as a thousand or more; isn't that right?

8    A    I've never sat down to count, but you're correct, there

9    are many.

10   Q    Well, haven't you testified on previous occasions that

11   there are thousands of components in a boiler?

12   A    I don't recall specifically, but it's possible, yes.  It's

13   possible.

14   Q    Let me just ask a question so we don't argue about it

15   because I don't want to do that.

16          Do you agree with me that there are thousands of

17   components in a boiler?

18   A    I think since we're going to get specific about numbers, I

19   think you need -- would it help me for you to tell me what you

20   consider to be a component?

21   Q    Let me just do this, sir.

22          MR. GREEN:  May I approach, Your Honor?

23          MR. LOFTON:  May we have a copy, Your Honor?

24          MR. LOFTON:  Your Honor, if this is impeachment, I

25   object.  It's improper impeachment.

*HEKKING – CROSS/GREEN*        Vol. III-380

1          THE COURT:  I guesses I don't know what it is.  I'm

2    waiting for the next question.

3    BY MR. GREEN:

4    Q   I want you to turn to page 91, sir, of this deposition.

5          First of all, do you recognize this as your sworn

6    testimony given in the Ohio Edison case in March of 2002?

7          MR. LOFTON:  Your Honor, I'm going to renew my

8    objection.

9          THE COURT:  Just a second.  All you need to mention

10   to the witness is, is it a deposition he's taken or statements

11   made under oath.  We don't need references to where and when.

12   "When" may be fine, but the name of the case is not relevant

13   here.

14         MR. GREEN:  Very well, sir.

15   BY MR. GREEN:

16   Q   Is this a statement you previously gave under oath in

17   March of 2002?

18   A   It appears to be, yes.

19   Q   I want to ask you, sir, if you -- at that time were asked

20   the following questions and gave the following answers:

21         "Question --"

22         THE COURT:  Can you tell him where it is?

23   BY MR. GREEN:

24   Q   Page 91, line 12, sir.

25         MR. LOFTON:  What was the reference?

HEKKING – CROSS/GREEN        Vol. III-381

1          MR. GREEN:  91 through 12.

2  A    I don't have a 91.  Mine goes from 90 to 93.

3          MR. GREEN:  May I approach?

4          THE COURT:  Yes.

5  BY MR. GREEN:

6  Q    When I asked you whether you were asked the following

7  question and did you give the following answer:

8          "Question:  Generating unit comprised of components;

9  is that right?

10          "Answer:  I think that's accurate.

11          "Question:  Can you tell me what their components are

12  that make up a generating unit?

13          "Answer:  I think I could list most of them, but I

14  want to give you the same answer I gave you before.  There's

15  many thousands of components.  If you're asking me to relate

16  those, I'm not too sure I could give you half of them or a

17  third of them.  I'm not sure.  My memory is just not that

18  good.  We're talking about a lot of components here."

19          Were you asked that question and did you give that

20  answer, Mr. Hekking?

21  A    I have no reason to think I didn't.  I think this is my

22  testimony.

23  Q    Okay, sir.  Now, with respect to the maintenance and

24  repair of a coal-fired boiler, there are going to be constant

25  forced outages, are there not?

HEKKING – CROSS/GREEN          Vol. III-382

1  A   I wouldn't say that.

2  Q   You wouldn't?

3  A   No.

4  Q   Are they going to be repetitive and outages that continue

5  to occur despite the best efforts at maintenance and repair?

6  A   I have to say no.

7  Q   I'm sorry?

8  A   No.

9  Q   No?

10 A   No.

11 Q   Why is it your view that a boiler will not suffer from

12 continuing forced outages despite efforts to keep it in a

13 state of repair ans available to generate electricity?

14 A   Well, I think that's a little different than what you

15 asked me; but what came to mind is when you asked the

16 question -- I've got a new boiler.  It's been operating two

17 years.  I would hate to think that it's got recurring forced

18 outages and continuing on and despite my best efforts -- I

19 would hate to think I was in that situation with a two-year

20 old boiler.  That's the reason I said no.

21 Q   You think that a new generating unit doesn't suffer forced

22 outages?

23 A   If you've got that inference, I didn't mean that.  I don't

24 think it's going to have many.  I would not expect it to have

25 many.

HEKKING – CROSS/GREEN          Vol. III–383

1  Q   Would you expect that it would continue not to have many

2  outages in perpetuity for the rest of its life; is that what

3  you're telling me?

4  A   No, that's foolish.

5  Q   Let's talk about a couple of the units that were

6  responsible for repairing when you were at Tennessee Valley

7  Administration.

8      Did they have forced outages?

9  A   The boilers that I had?

10 Q   I just want to know were you in charge of boilers that had

11 no forced outages while you were at TVA?

12 A   No, I was not.

13 Q   Did they have recurring outages?

14 A   Yes.

15 Q   Wasn't your life at TVA as a maintenance supervisor and

16 then as a plant manager in charge of these units essentially a

17 life of attending to recurring forced outages in the boiler?

18 A   I have to think a minute because I worked at a number of

19 plants.

20 Q   Okay.  You think about it.

21 A   The Paradise plant was a relatively new plant.  The

22 Johnsonville plant was a very old plant.  The older the plant

23 was, my experience is the more forced outages up to, like you

24 say, recurring.  You could anticipate the problems because you

25 knew they were old.  You knew they were in bad shape.

1          What I'm trying to do is equate it to age.

2  Q   You think it's all age related?  There can't be a

3  spontaneous failure, unpredictable random failure in a boiler

4  because of a part defect or failure?  It's all age related?

5  Is that your opinion?

6  A    That is not my opinion.

7  Q    Pardon?

8  A    That is not my opinion.

9  Q    As a matter of fact, there are spontaneous and

10  unpredictable and random outages in every coal-fired boiler;

11  isn't that correct, sir?

12  A    I certainly haven't made a study; but I think I understand

13  what you're getting at.  If you're asking me if there are

14  occurrences that you didn't expect, I agree with you.

15  Q    That's really the definition of a forced outage, isn't it?

16          Isn't a forced outage an outage that suddenly happens;

17  the boiler has to be taken out of service; there has to be a

18  repair that fixes the problem and the boiler then is taken

19  back into service?  Isn't that what a forced outage is?

20  A    Yes, yes.

21  Q    For the most part, all of these forced outages are

22  unpredictable and they're random; isn't that right,

23  Mr. Hekking?

24  A    Let me put it this way --

25  Q    Can you answer my question first?  Are they not

1 unpredictable and random?

2 A    I can't agree with you.

3 Q    You can't?  Is that because you feel that a competent

4 boiler engineer, a competent utility engineer might be able to

5 anticipate certain problems in the boiler?

6         Is that the caveat that you wish to put on your

7 answer?

8 A    Yes.

9 Q    So absent that -- you know, absent the ability of this

10 competent utility engineer to somehow anticipate that there

11 will be an outage because he or she notices some weakness here

12 or there inside the boiler, there are still going to be random

13 and unpredictable outages which the utility engineer could not

14 anticipate; isn't that right?

15 A    My experience says it doesn't work that way.

16 Q    I'm sorry, sir?

17 A    My experience tells me it doesn't work that way.

18 Q    Well, just -- let's hear from you how your experience

19 tells you it works then.

20 A    There are very sophisticated techniques.  You can examine

21 metal.  It will tell you its current condition, how many

22 thermal cycles it's been through.  You can even extrapolate

23 failure rates based upon certain conditions.  There's a whole

24 science behind that.  To think that a plant manager has to sit

25 there and say, well, I don't know what's going to happen next,

1  it doesn't work that way.

2  Q    So your view is that the science has progressed to the

3  point now where a utility engineer can just sit in his office

4  and just predict when each and every one of his generating

5  units is going to have an outage and that's the life of a

6  utility engineer?  Is that what you're testifying to?

7  A    First of all, I don't think I'm here to talk about the

8  life of a utility engineer, but if you're asking me can I tell

9  you within two minutes when a tube is going to fail, no.  But

10 I can tell you within a reasonable amount of time that I

11 expect within the next month I'm going to have a tube failure

12 in this section of the boiler and here's why and here's the

13 data that supports that assumption.

14 Q    Let's say for purposes of this discussion I agree that you

15 may be able to predict that tube failure.  All I'm trying to

16 get you to concede is that you can't predict a lot of other

17 tube failures, that they're going to happen randomly and

18 unpredictably, and if you disagree with me I'll just move on.

19 A    There are random events and there are also predictable

20 events.

21 Q    Mr. Hekking, you talked -- excuse me.  You talked a lot

22 about life extension, did you not?

23 A    Yes.

24 Q    Can you tell me how many new power plants have been

25 constructed in the United States in the last 20 years?

1    A    I have no idea.  I guess -- I don't know how many nuclear

2    plants.  I don't know how many fossil plants.

3    Q    I'm talking about fossil plants.

4    A    I don't know how many of those either.

5    Q    Do you have any idea whatsoever or is it just a blank?

6    A    Relatively speaking, my knowledge is there's 2000 or more

7    utility boilers out there generating steam that makes

8    electricity.  In the last few years, there's nowhere near that

9    number have been built.  Relative to what's out there in

10    service, it is a very small number.  That's as close as I can

11    get.

12    Q    Do you think that that small number, if you're correct,

13    that that small number of new fossil fuel electrical

14    generating stations is in part because of the difficulty that

15    attaches to finding a site -- a new site for a new generating

16    station and the cost of constructing that station?

17           MR. LOFTON:  Objection, Your Honor.  Beyond the scope

18    of direct examination.

19           MR. GREEN:  I think I'm entitled to elucidate the

20    background to life extension, Your Honor, through this

21    witness.

22           THE COURT:  I think you can, but I think this last

23    question is beyond the scope.  Go ahead.

24    BY MR. GREEN:

25    Q    Let me ask you this then:  If a utility can continue to

HEKKING – CROSS/GREEN        Vol. III–388

1  run a generating plant safely and economically, would it not

2  make sense, sir, to do a life extension project and continue

3  the life of that unit rather than build another plant in

4  today's environment?

5  A   I'm struggling with an answer, but I'll try.

6       It makes good sense, but I'm also aware that there are

7  regulations that is say if you do that and you increase the

8  amount of pollution, then you have to do certain things.

9       I've seen the economics.  I think it makes good sense.

10 I'm just like you and I'm just like the jury.  I want my

11 electric prices, my electric bill to be as low as it can.  I

12 fully expect them to make the best decision they can make.  I

13 want my bill as low as it can get.

14 Q   And you would agree then that as a public utility, we have

15 an obligation to produce electricity at the lowest reasonable

16 cost possible; is that not correct?

17 A   That's my understanding, yes.

18 Q   And it's less expensive to do repairs and renovations on a

19 generating station which is perfectly usable than to build a

20 new generating station; isn't that right?

21 A   Yes.

22 Q   I mean, it wouldn't make any sense just to blow up a

23 generating station because it reached, you know, 30 years of

24 life or 35 years in life; isn't that right?

25 A   I don't know if I could agree with that.

*HEKKING – CROSS/GREEN*        Vol. III-389

1  Q   You think that Cinergy, in attempting to be prudent about

2  the monies that it spends, should just abandon a plant if it

3  can be renovated and used and instead go to new construction?

4  Is that what you're suggesting?

5  A   No.

6  Q   Are you aware that the projects that were undertaken and

7  which you described as life extension projects were all

8  approved by the public utility commissions of Indiana and

9  Ohio?

10  A   I have to tell you I don't recall specifically looking at

11  that kind of information, but I would think they would approve

12  it, yes.  It's a very large expenditure.

13  Q   You've been in this industry for a very, very long time;

14  isn't that right?

15  A   Yes.

16  Q   With respect to the cost of these projects which you

17  testified to, you think it would be sensible for a president

18  of a utility to understand what these projects are going to

19  cost and approve them?

20  A   I think I've already told you, Mr. Green, I've got no

21  problem with the amount of money this company spent on these

22  projects.  I've got no problem with that.

23  Q   Well, you seem to have made a point of the fact that the

24  president or high ranking officials approved a number of these

25  projects.  So all I'm trying to ascertain from you is whether

*HEKKING — CROSS/GREEN*        Vol. III–390

1  you think that's irregular, that the president of a utility

2  would look to see how much money his colleagues are suggesting

3  that the utility spends on the renovation of generation units.

4        Nothing unusual about that, is it?

5  A   I think it would help me if you break that into smaller

6  pieces.  There was a lot in that question.

7  Q   Okay.  Do you have any problem with the president of a

8  utility approving a renovation project to a generation unit

9  that's going to cost, say, $800,000 to $3 million?

10       Is there something wrong with that?

11 A   I don't think I said there was anything wrong with it.

12 I'm not passing judgment.  I didn't mean to pass judgment.  If

13 that's what I said, I'm sorry.  I didn't mean to say that.

14 Q   Did you think that that was unusual for a president to

15 place his signature on a work authorization or a project

16 authorization such as this?

17 A   I said it was a characteristic that ran through all the

18 projects I looked at.

19 Q   Well, let's talk about little bit about the term "capital

20 projects."  One of the exhibits that you saw on the screen was

21 an exhibit from the Federal Energy Regulatory Commission,

22 FERC.

23       Do you recall that?

24 A   The FERC form 1s?

25 Q   FERC form 1s?  You've heard of FERC, right?

HEKKING – CROSS/GREEN          Vol. III–391

1  A    Yes.

2  Q    You know what FERC is, right?

3  A    Yes.

4  Q    So then you're aware of the fact, are you not, that FERC

5  issues rules that tell utilities which projects have to be

6  capitalized?

7          MR. LOFTON:  Objection, Your Honor.  Beyond the scope

8  of direct examination.  This is accounting.  We have different

9  witnesses.

10          THE COURT:  I understand that, but he did bring us a

11  couple -- or you, through him, showed him a couple of FERC

12  forms.  If he knows the answer to this question, he can

13  answer.

14  A    Can I get the question?

15  BY MR. GREEN:

16  Q    You want me to restate the question?  Aren't you aware

17  that FERC issues rules that tell utilities which projects have

18  to be capitalized?

19  A    I would say I'm generally aware.  I don't have a good

20  working knowledge of that process; but yeah.  I'm aware.

21  Q    So then you would agree with me that these projects that

22  are labeled "capital projects" are labeled "capital projects"

23  because Cinergy is following the rules that are issued by

24  FERC; isn't that right?

25  A    I suppose so, yes.

HEKKING – CROSS/GREEN        Vol. III–392

1  Q   Let me take you through some of these units that you

2  talked about and some of these projects.  When a manufacturer

3  manufactures a boiler, he puts a rated capacity on that

4  boiler, does he not?

5  A   That's my experience, yes.

6  Q   Sometimes they call that the face plate capacity, correct?

7  A   You mean nameplate?

8  Q   Nameplate, face plate capacity, correct?

9  A   I'm familiar with that term, yes.

10 Q   And with respect to the replacement of the pulverizers

11 that you were discussing at Gallagher 3 and Gallagher 1, you

12 indicated that the new pulverizers were going to increase the

13 capacity of the pulverizers above the old pulverizers some

14 18 percent; is that right?  Did I get that right?

15 A   Yes, on Unit 3; but I don't remember discussing Unit 1.

16 Q   Let's keep it at Unit 3 then, okay?

17 A   All right.

18 Q   But you're not suggesting that any increase in the

19 capacity of the replacement pulverizers would increase the

20 capacity of the unit itself, the nameplate capacity?

21 A   Is that two questions?

22 Q   No, I think it was one question.  Are you suggesting that

23 any increase in the capacity of the pulverizers could increase

24 the actual manufacturer's capacity of the boiler?

25 A   You're confusing me.  If you mean did the increase in

HEKKING – CROSS/GREEN        Vol. III–393

1  capacity of the new pulverizers increase the capacity of the

2  unit, the answer is yes.

3  Q   Increase the nameplate capacity of the unit so that it

4  could generate more than 150 megawatts?

5  A   I don't know –– I didn't look at the nameplate.  There's a

6  name plate out there.  I don't know if they changed that or

7  not.

8  Q   I thought you told me the capacity of the Gallagher 3

9  unit –– I thought you told the jury and His Honor that the

10  capacity of the Gallagher 3 unit –– I think you said

11  150 megawatts.

12        Did you not testify to that?

13  A   That's what I remember from their documents.  This was a

14  150–megawatt unit, yes.  That's what I testified.

15  Q   Do you think the reference to 150 megawatts in the

16  documents was something other than the nameplate capacity of

17  the boiler?

18  A   That capacity is an instantaneous capacity.  Capacity, in

19  my experience, can mean ability to regenerate 150 megawatts

20  over an hour, over a month or over a year.

21        In this case, the added capacity of these pulverizers

22  was intended to allow this unit to generate more megawatts

23  over a year's time.

24  Q   I just want to try to focus on this.

25        Do you know what the maximum nameplate capacity of the

HEKKING – CROSS/GREEN        Vol. III–394

1  Gallagher 3 unit was; do you?

2  A    Off the top -- I believe I've got it in my report; but off

3  the top of my head -- I remember it being a 150-megawatt unit,

4  all four of them.

5  Q    150-megawatt unit.

6        Are you saying that by changing the pulverizers, that

7  boiler could generate more than 150 megawatts?

8        Is that your testimony?

9  A    I never said that.

10  Q    I just want to make sure.  So the capacity of the boiler

11  remained at 150 megawatts before and after the pulverizer

12  change, the maximum rated capacity didn't change?

13  A    What I stated was --

14        MR. LOFTON:  Your Honor, the facts are undisputed on

15  this.

16        MR. GREEN:  I'm trying to figure out what the facts

17  are, Your Honor.

18        THE COURT:  Ordinarily, I would hear an objection and

19  then you would tell me why you're objecting.

20        MR. LOFTON:  I apologize.  Objection, Your Honor.  We

21  have undisputed facts on the Gallagher 3 capacity.

22        THE COURT:  I understand that, but he's testing the

23  witness' knowledge of this and his understanding of it.  He

24  can ask these questions.

25        Go ahead.

HEKKING – CROSS/GREEN        Vol. III–395

1  BY MR. GREEN:

2  Q   Do you need me to ask you another question?

3  A   Yes.

4  Q   Okay.  I believe you've agreed with me that the rated

5  capacity for the Gallagher 3 unit –– manufacturer's rated

6  capacity was 150 megawatts, correct?

7  A   Yes.

8  Q   Now I'm asking to you agree with me that replacing

9  pulverizers at Gallagher 3 did not change and could not change

10 that rated capacity of 150 megawatts?

11 A   Two things.  One is ––

12 Q   Can you just agree with me or disagree with me?

13 A   This is not a yes or no question for me.

14 Q   It isn't?

15 A   No.

16 Q   So your view is that the switch-out of the pulverizers

17 could enlarge, increase the max capacity of that boiler.

18        Is that your testimony?

19 A   I'm trying to recall.  I do recall when they compared ––

20 how shall I say, the performance of the new pulverizers on

21 Unit 1 –– how should I say?  When they evaluated the

22 performance of the pulverizers on Unit 1 ––

23 Q   I thought we're talking about 3 now?

24 A   Well, I'm trying to go to your question about capacity.

25 Q   But I'm only asking you about Gallagher 3, sir, not

1  Gallagher 1.

2  A    I did not see and I don't remember seeing any post-project

3  results.  What I testified to was these pulverizers over the

4  many years of operation kept this unit from operating at its

5  full potential.  By replacing them, they were able to regain

6  that capacity.  That's what I testified to.

7  Q    But not capacity above and beyond the maximum rated

8  capacity of the boiler; isn't that right?

9  A    I think where our disconnect is you're looking at an

10  instantaneous capacity.  150 megawatts is what that unit will

11  do in one hour.  I'm talking about what that unit will do in a

12  year.  I think that's where our disconnect is.

13  Q    It could be run every hour of the year, could it not?

14  A    These pulverizers would not allow it to run at full

15  capacity for any length of time is what I got.

16  Q    Now, sir, in your review of all the documents that pertain

17  to Gallagher 3, did you see any indication that the Gallagher

18  units were turbine limited?

19  A    Turbine limited?

20  Q    Turbine limited.?

21  A    I don't recall.

22  Q    Did you see any indication in all the documents that you

23  reviewed that the Gallagher units were capacity limited

24  because of the fans that were in the units?

25  A    ID fans and FD fans, is that what you're talking about?

1  Q    Because certain of the fans in the unit were limited?  The

2  units were fan limited?

3           If you don't understand that, then I'll move on.

4  A    I just want to make sure what you're asking me.

5  Q    Have you ever heard that term, "fan limited"?

6  A    Sure.

7  Q    The units were fan limited?

8  A    Sure.

9  Q    Did you see any information, any indication in the

10 documents pertaining to Gallagher 3, that the unit was fan

11 limited?

12 A    I don't recall seeing anything like that, no.

13 Q    Did you see any indication in the documents that the unit

14 under all circumstances, in any circumstances, could only

15 generate 140 megawatts of power?

16          Did you see that?

17 A    I think I testified on Unit 3 that there were periods

18 where they could not generate –– or they lost –– they were

19 reduced by 30 megawatts for extended periods.

20 Q    My question is more specific.

21          Did you see in the documents anywhere that because the

22 units were turbine limited and fan limited, notwithstanding

23 any switch-out of pulverizers, the maximum generating capacity

24 that could come from those units was 140 megawatts?

25          Did you see that?

HEKKING – CROSS/GREEN        Vol. III–398

1  A   I don't recall seeing it; no, sir.

2  Q   Now, sir, yesterday you were shown some documents that

3  pertained to a PSI study of various life extension projects,

4  and you testified about the sum of $948 million.

5         Do you remember that?

6  A   Yes.  I certainly remember the 948 million.

7  Q   And the $948 million was in reference to what, sir?

8  A   This was the amount of money that they -- how shall I

9  say -- estimated it would cost them to upgrade their older

10 coal-burning units, excluding Gibson, based upon a -- an

11 extended implementation.

12 Q   The extended implementation was over 10 years; is that

13 right?

14 A   I remember their plan beginning in 1987.  Oh, boy.

15 Q   You don't remember your testimony yesterday that it was 10

16 years, '87 to '97?

17 A   Yes.  I believe that's what I testified to.

18 Q   So my question to you is how much of that sum was actually

19 expended?

20 A   I don't know.

21 Q   Can you tell me what was the relevance of the

22 948 million-dollar figure if you don't know how much of it was

23 expended?

24        MR. LOFTON:  Objection, Your Honor.  Asking for the

25 relevance.  It's a legal exclusion.

*HEKKING – CROSS/GREEN*         Vol. III–399

1          THE COURT:  I think you could rephrase that.

2    BY MR. GREEN:

3    Q   Okay.  I'm trying to understand the significance of the

4    948 million–dollar figure, other than a possible plan to

5    upgrade units.

6          Is that the full and complete significance of it?

7    A   It's hard for me to reconstruct my thought processes

8    because this came directly out of my report.

9    Q   It was only a thought process yesterday.  This was your

10   thought process yesterday?

11         MR. LOFTON:  Is that a question, Mr. Green?

12         THE COURT:  You do not need to ask the lawyer

13   questions.  If you make an objection, address those to me,

14   otherwise, we would have complete chaos.  No offense to either

15   one of you.

16         MR. LOFTON:  Objection.  I believe he's arguing with

17   the witness.

18         THE COURT:  Let's have a question to the witness.

19   BY MR. GREEN:

20   Q   Mr. Hekking, you said you were having trouble

21   reconstructing your thought process and I was trying to

22   refresh you that I was talking about the thought process you

23   were having yesterday.

24         Are you having trouble reconstructing your thought

25   processes from yesterday?

1  A    I don't think so.

2  Q    Then let me ask the question I think I asked earlier which

3  is, does the 948 million-dollar figure that you testified to

4  have any significance beyond a sum that was talked about for

5  future, you know, renovation to PSI units?

6         Is there any other significance to the number?

7  A    It is a piece of data -- I think a significant piece of

8  data that gives one -- gives this Court an idea of the

9  magnitude of the work that's necessary to take this number of

10 old generating units and make them run 20 more years.  That's

11 the significance of the number.

12 Q    But you don't even know how much of it it was spent; is that

13 not correct?

14 A    That is correct.

15 Q    On your summary chart, which was shown to you and he went

16 through all the bullet points, one of your factors is the

17 expense or cost of these projects; is it not?

18 A    Yes.

19 Q    Now, yesterday I also heard you say -- or I thought I

20 heard you say, sir, that Cinergy's base-loaded units run 24

21 hours all the time.

22        Did you testify to anything like that?  Do you

23 remember?

24 A    I remember testifying about base-loaded.  My best

25 recollection is I was asked the difference between a cycling

HEKKING – CROSS/GREEN          Vol. III–401

1  unit and a base-loaded unit.

2  Q    Well, did you intend to leave the impression with the

3  ladies and gentlemen of the jury and His Honor that Cinergy's

4  base-loaded units run flat out, max out, 24 hours a day?

5  A    I think that goes well beyond the scope of what question I

6  was asked and, of course, my response.

7  Q    Well, I want to just -- let me try to get an answer to my

8  question.

9        I need to find out whether you were just offering some

10 view of the world at large or you were offering some view

11 about the generation units that comprise the Cinergy system.

12 I'm trying to figure out again the relevance of some of the

13 things you said yesterday.

14 A    I think you're making more out of it than what it is.  I

15 was simply explaining the difference between a cycling unit

16 and a base-loaded unit as I recall.  I could be wrong, but

17 that's what I recall.

18 Q    What I just want to make sure is that you are not telling

19 the ladies and gentlemen of the jury that Cinergy runs its

20 base-loaded units flat out 24 hours a day because you know

21 that's not true, don't you?

22 A    Excuse me?

23 Q    You know that's not true, don't you?

24 A    I don't recall looking at any detail about how they load

25 their units.  That was -- I don't know that information.

1  Q    In all the documents that you looked at, all the research

2  you did, you didn't take a peek at how they loaded their

3  system?

4  A    No, sir.  I don't recall taking a peek at how they loaded

5  their system.

6  Q    Does the name Dr. Rosen mean anything to you?

7  A    Yes, yes.

8  Q    Are you aware that the Plaintiffs intend to call

9  Dr. Rosen?

10  A    I understand he's one of the witnesses for the Plaintiffs,

11  yes.

12  Q    Have you ever read his report and seen his figures about

13  the extent to which Cinergy ran any of its generating units

14  over a period of time?

15  A    I don't think I've ever read any of his reports, no.  The

16  answer is no.

17  Q    All right.  Now, do you even know what Cinergy's

18  base-loaded units are, which ones Cinergy considered to be its

19  base-loaded units?

20  A    From my testimony yesterday, what I recall is reading a

21  document that Cinergy said they were going to change the

22  operation of Wabash River and Gallagher from cycling to

23  base-load.  That's what I read, and that's what I related

24  yesterday.

25  Q    So is the answer to my question no, that you do not know

HEKKING – CROSS/GREEN          Vol. III-403

1  which of Cinergy's units have been designated as base-loaded

2  other than what you've just told us?

3  A    I don't know that.

4  Q    Now, while we're talking a little bit about the load on

5  units, let me ask you this, Mr. Hekking.

6          Have you ever been involved in the dispatch of

7  generating units?

8  A    I think you're going to have to define that for me.  I may

9  have, but I don't know what you're asking.

10 Q    Have you ever heard the term "to dispatch generating

11 units"?

12 A    Certainly.

13 Q    Do you need me to define it for you because I will if you

14 would like me to.

15 A    Yes, please.

16 Q    I'm talking about the dispatch of generating units in the

17 sense of selecting and matching the units on Cinergy's system

18 to the amount of customer demand at any time and any day.

19 A    With that definition, can I have the question again?

20 Q    The question is, have you ever been involved in the

21 dispatch of units?

22 A    I've never had a job where that was my responsibility.

23 I've gone over my career.  I was basically a plant person.  My

24 involvement would be quite minimal.  I was aware of it.  I

25 knew how it worked.  Sometimes I had input to it.

HEKKING – CROSS/GREEN        Vol. III–404

1  Q   Did you ever sit in the control room, in the dispatch

2  office, and literally make the adjustments to TVA's units or

3  any other utility's units up and down during the day?

4  A   I never touched the controls myself.  I've been there.

5  Q   You know that the demand for electricity fluctuates all

6  through the day; isn't that right?

7  A   I know that, yes.

8  Q   And you know that dispatchers have to regulate the output

9  of the various generation units to meet that fluctuation and

10  demand all day long; isn't that right?

11  A   Yes.  That's my understanding.

12  Q   Now, is it your opinion, sir, that if Cinergy takes a

13  defective tube out of a generating unit –– were you shown one

14  yesterday with a hole in it?  I think you were.

15  A   Yes, I was.

16  Q   If Cinergy takes a defective tube out of one of its

17  boilers –– I don't have a brand new clean one here to show

18  you, but assume I did.

19       If they took out that tube with the big split in the

20  hole and they put in a new tube –– shiny new tube, is it your

21  contention that that tube replacement would cause that boiler

22  to be run any differently than it was before?

23       Would the tube replacement cause the boiler to be

24  running any differently?

25  A   What do you mean "differently"?

HEKKING – CROSS/GREEN        Vol. III-405

1  Q   Would it cause the boiler to be run more than it had been

2  run in the past replacing that tube?

3  A   Replacing one tube, one occurrence, no.  I can't see how

4  it would change anything.

5  Q   If I take an old tube out and put a new tube in, have I

6  changed the way the boiler runs?

7  A   Not the way I would see it.

8  Q   I haven't changed the way the boiler makes electricity,

9  have I?

10 A   The boiler doesn't make electricity.  It makes steam.

11 Q   The unit.  Haven't changed the way the unit makes

12 electricity?

13 A   No.

14 Q   Really haven't changed the way the boiler makes steam

15 either, have I?

16 A   No.

17 Q   Now, if I took 10 tubes out that were defective and had --

18 and I put in 10 new shiny tubes, is that going to cause the

19 boiler to be run anymore in the future than it was run in the

20 past?

21 A   Boy, you're -- what I'm struggling with, I recall a

22 specific instance where that happened to me.

23 Q   Tell us about it.

24 A   It was at the Allen plant, and it was in the reheat

25 section, a very difficult section to get into and work.  We

*HEKKING – CROSS/GREEN*          Vol. III-406

1  had a tube leak.  We went in.  There was a lot of collateral

2  damage, damage to tubes around it.  We repaired it as best we

3  could, but it was not a great repair.  I was not comfortable,

4  but the unit was needed very badly.  I released the unit.

5  They put it back in service.

6  Q   If I asked you to speak up just a little, if you just

7  raised your voice just a little, is that possible?

8  A   Yes, it is.

9  Q   I would like to back up.  Did you say it was not a great

10 repair?

11 A   It was not a great repair.  A short time later had another

12 leak, went in and found it was in the same area, roughly the

13 same circumstances.  To make a good repair would have taken

14 better than a week, and the situation -- the decision with my

15 input, we did a not so good repair, gave it back to the

16 system, they generated again.

17        Sure enough, another week -- and I'm being general

18 here; but probably four forced outages over a short period of

19 time all right there in that area.

20 Q   Were they all predictable?

21 A   Well, I've already told you that I was not comfortable.

22 It was not a good repair.  Based upon that --

23 Q   Why did you allow it to go if it wasn't a good repair?

24        Were you in charge of those repairs?

25 A   Yes.

1  Q   Why did you allow it to go if it wasn't a good repair?

2  A   My management convinced me that even if another leak

3  occurred to hold that unit off for a week and make a proper

4  repair would cost more than a leak in the future.  It was an

5  economic decision.  I gave them the best information I had in

6  terms of what it would take to fix it right, and as I said, it

7  was an economical decision.  We put the unit back on.

8  Q   Are we talking about the TVA here?

9  A   Yes.

10 Q   This is the -- the U.S. Government owns this unit; is that

11 right?

12 A   We're talking about the TVA Allen plant, which probably at

13 that time was owned by Memphis Light, Gas and Water.

14 Q   Okay.  All right.  So your experience teaches us that you

15 can do a repair -- if I may ask this, your experience teaches

16 us you can do a repair and the very part that you repair can

17 fail after you do the repair?

18         Isn't that what you just described?  Not only did it

19 fail once, I thought you just told us it failed twice, three

20 times, four times.

21         Is that not what you just said?

22 A   I think you're taking me a little too literally.

23 Q   I just want to take you at your word.

24 A   We're talking about a group of tubes.  I haven't finished

25 answering your previous question.

1    MR. LOFTON:  Your Honor, that's my objection.

2  Mr. Green is interrupting Mr. Hekking.  He's not allowed to

3  finish his answers.  I would like for him to finish his

4  answer.

5    THE COURT:  That seems like an appropriate thing to

6  do.  You did ask him a question.

7    MR. GREEN:  I'm sorry, Your Honor.  I'm not trying to

8  keep Mr. Hekking from answering any questions he wanted to

9  answer.

10  A   I can answer very quickly.  Once I was given the time, I

11  went in and replaced all the damaged area.  I had no more

12  leaks that I recall in that area.  So I did make an

13  improvement.  It did affect the reliability of that unit.  I

14  think that was the question.

15  BY MR. GREEN:

16  Q   The tubes that you replaced, the tubes that you put in

17  there, how many tubes did you put in?

18  A   I don't recall, but I would say on the order of 12 pieces

19  that long (indicating).

20  Q   Now, if I was holding one of those pieces about that long

21  in my hand, just one of them, would you agree with me that the

22  tube by itself would not emit anything?

23    There would be no emissions coming from that tube; is

24  that right?

25  A   Emissions?

*HEKKING – CROSS/GREEN*          Vol. III–409

1  Q    Emissions.  A tube does not emit emissions, does it?

2  A    I want to make sure –– emissions, you mean pollution?

3  Q    If you want to call it pollution, you can call it

4  pollution.  I'll call it whatever you want to call it.

5         Does it emit anything at all, pollution, steam,

6  whatever goes up a stack at a utility?  Does that tube, when I

7  hold it in my hand, emit anything?

8  A    I think you just cleared it up for me.  I'm not trying to

9  nit-pick.  That was a dirty tube Jim handed me yesterday.  If

10  you shake it, it's going to emit something.

11  Q    (MR. LOFTON) :  Again, Your Honor, he's interrupted him

12  without allowing him to finish his answer.

13         THE COURT:  Mr. Green, let's let him have his answer.

14  Go ahead.

15  BY MR. GREEN:

16  Q    Do you have something else you would like to say?

17  A    No, I'm ready for the next question.

18  Q    I just want to make sure that I got an answer to the

19  question.  A new tube, if I were holding it in my hand, it

20  emits nothing; is that correct?  That's pretty clear?

21  A    I think I understand your question, and the answer is yes,

22  you're right.

23  Q    By itself it emits nothing?

24  A    Yes.

25  Q    All the tubes that we saw that go into making up a

1  reheater or an economizer or any of the other super reheaters,

2  those tubes as a collection of tubes by themselves emit

3  nothing, correct?

4  A    To me, a collection of tubes organized -- I mean, we've

5  had the images.  A boiler is a collection of tubes, and it

6  does emit.

7  Q    But for any emissions to occur a boiler has to be up and

8  operating; is that not right?

9  A    Oh, for sure.  You've got to have a coal fire in it.

10 Q    Got to have it.  Only -- what I'm trying to see, if I can

11 get you to agree with me, is that it's only the boiler as a

12 complete unit when it is running, okay, that any emissions are

13 caused; is that right?

14       Not a great worded question, but all the parts have to

15 be in the boiler, in the unit connected.  The boiler has to be

16 running.  The boiler has to be fired up and then you get

17 emissions, correct?

18 A    I feel like I'm nit-picking you, Mr. Green --

19 Q    Pardon?

20 A    I feel like I'm nit-picking you and I promise you I'm not.

21 Q    I can take it.

22 A    Coal-burning power plants have numerous emission points.

23 You have fly ash systems where you handle coal.  You have coal

24 dust.  I have a problem with saying there are no emissions

25 from a coal-burning power plant if there's no fire in the

1  boiler.  That's where I'm struggling.

2  Q   Okay, sir.

3       If you take -- I think we've established this.  I

4  asked you the question about an individual tube.  If you take

5  an individual tube and we put it in the boiler for a defective

6  tube, we're not going to change the way that that unit makes

7  electricity; is that correct?

8  A   That's correct.

9  Q   Actually, if we take one of these components, even though

10 it may be an improved component because the steel or the

11 metallurgy or the makeup of the component is improved, if we

12 replace a superheater for a super -- a defective superheater

13 with a new superheater -- I'm talking about the entire

14 component now -- we're not going to change the basic way the

15 unit makes electricity, are we?

16 A   You're not going to change the basic way but, potentially,

17 you're going to increase the amount.

18 Q   And you believe that we're going to increase the amount

19 because why, sir?

20 A   If you had -- again, trying to give an example.  If you

21 had a particular piece of this boiler that wasn't working

22 well, breaking down all the time, and you replaced it with

23 something new or better, I agree with you.  It doesn't change

24 the way you make electricity; but by eliminating the problem,

25 you can make more electricity.  I think that's what I'm trying

*HEKKING – CROSS/GREEN*        Vol. III-412

1  to say.

2  Q    You're talking now about the availability of the boiler

3  really, aren't you?

4  A    Yes.

5  Q    So it's your view that the replacement of one component

6  can impact in some meaningful way the availability of a

7  coal-fired unit, the entire unit?

8  A    Yes.

9  Q    And this is a unit that has thousands of components?

10 A    You certainly can.

11 Q    So your theory would be that after you replace a component

12 and correct that problem, because there's not going to be any

13 other outages at the boiler, availability will increase?  Is

14 take your contention?

15         MR. LOFTON:  Objection, Your Honor, for the term

16 "theory".  Mr. Hekking has stated no theories.

17 BY MR. GREEN:

18 Q    Well, that's your conclusion then; is that right?

19 A    It seems to be a compound question.  I think what I heard

20 you say was, if I've got a turbine spindle that's cracked and

21 is keeping me from running that unit maybe past half capacity,

22 if I replace that turbine spindle with a new one, I fully

23 expect that I will get that capacity back.

24 Q    Do you also fully expect that there will be other forced

25 outages which will detract from any increase in availability?

HEKKING – CROSS/GREEN        Vol. III–413

1  A    I'll put it this way.  If I replace the turbine spindle, I

2  wouldn't expect it to improve or decrease the number of tube

3  failures I'm having in the boiler.

4  Q    That replacement isn't going to impact tube failures.

5  Tube failures are going to occur when and if they occur; isn't

6  that correct?

7  A    I can't argue with that.

8  Q    So do you believe that utility engineers assess the

9  availability of a coal-fired unit by looking at the

10  replacement of a single component out of a thousand

11  components?

12        Is that what you believe utility engineers do?

13  A    No.  There's a lot more science to it than that.  I know

14  how it works.

15  Q    There are a lot more science to it, aren't there, sir?

16  You have to look at the entire unit, do you not?

17  A    Well, if you want to improve the entire unit, yes, you're

18  going to look at the entire unit.

19  Q    Would you say that past operations of a boiler or of a

20  generating unit is a good predictor for its availability in

21  the future?

22  A    Past operations?

23  Q    Yes.  Assessing its availability over time historically is

24  a good predictor of its availability in the future given the

25  random and unpredictable nature of forced outages.

HEKKING - CROSS/GREEN        Vol. III-414

1  A   Well, I've already testified that there is a relationship

2  between the age of the unit and the number of breakdowns or

3  the number of failures.  I certainly believe that.  I think

4  that there are some -- how should I say -- relationships --

5  we'll go back to the pulverizers.

6      The long history of problems with these pulverizers, I

7  think that data I would have no problem to say there's no

8  reason for me to think -- unless I do something significant up

9  to and including replacement, they ain't going to get any

10 better.  They're only going to get worse.

11 Q   Okay.  Some of the exhibits you looked at when Mr. Lofton

12 was asking you questions, Plaintiffs reference to heat rate

13 improvement; do you remember that?

14 A   I remember that coming up in one of the economic

15 evaluation forms that they used.

16 Q   If there is an improvement in heat rate in a coal-fired

17 boiler, that means that it will burn and can burn less coal to

18 generate the same amount of heat; isn't that right?

19 A   Yes.

20 Q   Did you find an improvement in heat rate in any of the

21 other documents that you looked at with respect to any of the

22 14 other projects in this case?

23 A   You lost me now.  How did we get 14?  I thought --

24 Q   There's 14 -- are you aware that there are 14 projects at

25 issue in this case?

HEKKING – CROSS/GREEN          Vol. III–415

1  A    You've lost me on numbers.  I think I did –– I looked at

2  27 projects when I wrote my expert report.  I testified about

3  six.  I don't know about 14.

4  Q    Let's talk about the six then.

5  A    Okay.

6  Q    Did you find any other references to an improvement in

7  heat rate in the documents that you looked at with respect to

8  the projects you did testify about?

9  A    The pulverizer project is the only one I recall.

10 Q    So if you burn less coal to get the same amount of heat,

11 that would mean generally that lower emissions would result to

12 produce the same amount of electricity; isn't that right?

13 A    Give me a minute.  Let me think through your question.

14       Yes, yes.

15 Q    Now, I want to ask you whether, while you were at the

16 Tennessee Valley Administration, whether you ever participated

17 in the approval of any –– I'll call them repair and

18 replacement projects?

19 A    Every day.

20 Q    Did you, in the course of those activities, ever have to

21 sign on and authorize any particular project?

22 A    Maybe I'm not understanding you.  Are you talking

23 specifically about major capital improvement projects?  Are we

24 talking about little maintenance projects?  Are we talking

25 about condenser tubes?  I'm not sure what you mean by

HEKKING – CROSS/GREEN          Vol. III–416

1  "projects."

2  Q    Fair question.  Let me get specific.  What I really want

3  to talk about is a project at the Allen plant at Unit 3, in

4  1991, that consisted of the replacement of a horizontal

5  reheater.

6       Do you recall that project?

7  A    Yes, I do.  In fact, that's the same reheater I remembered

8  from my example a little earlier.  Yes, I remember.

9            MR. GREEN:  Your Honor, indulge me just one second.

10           THE COURT:  All right.

11           MR. GREEN:  Let me see if I can work this machine.  I

12  apologize to the Court and to the jury for the fact that this

13  is somewhat difficult to read.

14       I don't think we can get it any better, but I'll help

15  everyone to understand it.

16  BY MR. GREEN:

17  Q    Do you recognize this document, Defendants' Exhibit 2123?

18  A    I can't see the bottom part of it, but I can bet what it

19  is.

20           MR. GREEN:  If Your Honor wishes, I can show him this

21  and he can confirm that he recognizes this document.

22           THE COURT:  Go ahead.

23  BY MR. GREEN:

24  Q    I'll just bring this up to you, sir, and ask if you take a

25  quick look at it and see if he recognize this is document.?

*HEKKING – CROSS/GREEN*        Vol. III–417

1         MR. LOFTON:  Your Honor, I'm sure Mr. Green has a

2    copy for us.

3         MR. GREEN:  Oh, yes, sir, I sure do.

4         MR. LOFTON:  Thank you.

5         MR. GREEN:  You're welcome.

6    BY MR. GREEN:

7    Q   Do you recognize that?

8    A   I do.

9    Q   In fact, is your signature on the last page.

10   A   It is.

11   Q   Just to show that before we get going here, that's your

12   signature?  I've got it in yellow.

13   A   It is.

14   Q   Dated May 1, 1991.  Let me go back to the first page.  It

15   says, "Tennessee Valley Authority, new project authorization

16   summary."  Then it says right here, "replace horizontal

17   reheater, phase III."

18        Do you see that?

19   A   Yes, I do.

20   Q   There's a cost down here and it says in thousands as we

21   can see up here.

22        That cost is really $7,998,000; is that right?

23   A   Yes.

24   Q   Now, just very quickly, if I take this off the screen, if

25   you'll indulge me a minute, and I'm going to put on –– I'm

1  going to put on this –– how do I zoom out of here?

2        May I call for help?

3        MR. HOPSON:  You may have called the wrong guy, but

4  let me give it a shot.

5  BY MR. GREEN:

6  Q   Okay.  This is a list of six projects.

7        Looks like the six projects that you testified about;

8  is that right?

9          THE COURT:  Does this have an exhibit number?

10         MR. GREEN:  It's a demonstrative.  Would you like it

11 marked?

12         THE COURT:  I need a number of some kind.

13         MR. GREEN:  2150, Your Honor.  Defendant 2150.

14         MR. LOFTON:  Might we have a copy, Your Honor?

15 BY MR. GREEN:

16 Q   These are the six projects you testified to?

17 A   Yes.

18 Q   The most expensive project ––

19 A   Excuse me.  The Gallagher pulverizer's not on there.  I

20 don't know whether you meant to delete it or what, but ––

21 Q   All right.  Well, these are all two projects, right?  Are

22 these all two projects?

23 A   Loosely speaking.  Some are boiler tubes.  Some are

24 condenser tubes.

25 Q   Tubes is tubes, right?

*HEKKING – CROSS/GREEN*        Vol. III–419

1  A    Not where I come from.

2  Q    But these are all tube projects?  Aren't they all tube

3  projects?

4  A    I got no problem.

5  Q    They're different kind of tubes, but aren't these all tube

6  replacement projects?

7  A    Very loosely said, yes.  But a condenser tube is not a

8  boiler tube.

9  Q    I understand that, but they're all tube replacement

10  projects, aren't they?

11  A    That's fine.

12  Q    As a matter of fact, the most common repair in a

13  coal-fired boiler is a tube replacement project; is that

14  right?

15  A    No.

16  Q    You tell me what's more common than a tube replacement

17  project, tube repair project?

18  A    I would say repairing a valve leak.

19  Q    Repairing what?

20  A    A valve leak.

21  Q    A valve leak?

22  A    Yes.

23  Q    I'll go for the second most common repair.  Tube

24  replacement.  Is tube repair the second most common repair.

25  A    I don't want to nit-pick again, but there's going to be --

1  every day you're going to fix valve leaks.  You're going to

2  fix flash leaks.  You're going to fix bottom ash leaks.  Well,

3  there's three examples.  A tube leak, on the other hand,

4  whether it's a condenser tube or boiler tube leak, you might

5  only fix once a week, once a month.

6  Q   How about outages?  What's the most kind of repair project

7  that creates an outage?  Would that be a tube repair job?

8  A   I would say the most common occurrence −− the most common

9  cause of a forced outage is boiler tube leaks.

10  Q   All right.  Now on this exhibit, can we agree that the

11  most expensive project that you have here is a

12  3 million-dollar project at Wabash River 3; is that right?

13  A   Yes.

14  Q   Now, if I take this off for a second and put this Exhibit

15  2150 −−

16         MS. THOMSON:  2123.

17         MR. GREEN:  2123.  Let me write that down.

18  BY MR. GREEN:

19  Q   2123, this project here for 7,998,000, almost $800,000 −−

20  well, it's about two and a half times the size of the largest

21  project that you testified to at the Cinergy system in

22  dollars; is that not right?

23  A   Yes.

24  Q   At the bottom of this form is a paragraph that says

25  "Environmental Review."  And it reads −− see if I'm reading

1  this correctly -- "This project is a routine improvement of

2  existing TVA facilities, and it has been determined that this

3  project falls within the categorical exclusion Section 5.2.1

4  of the TVA Instruction No. 9 environmental review" and so

5  forth.  I'll read the rest if you want me to read the rest.

6  Okay.

7        I'm interested in the first part of that sentence,

8  "The project is a routine improvement of existing TVA

9  facilities."

10        Now, was this a capital project of the TVA?

11  A   This was a large capital improvement project, yes.

12  Q   But all the gentlemen who approved this project on the

13  back page with their various titles, project manager -- or

14  technical manager, plant manager -- that's you -- appropriate

15  vice president and manager of financial services also signed

16  off on the fact that it was a routine improvement; is that

17  right?

18  A   Yes.

19  Q   So if we interpret this document correctly, obviously, a

20  capital project can be a routine improvement at a boiler; is

21  that not right?

22        That's what you said when you signed this form in

23  1991?

24  A   The form is what it is, and I signed it.

25  Q   All right, sir.  Now, inasmuch as you're one of the

HEKKING – CROSS/GREEN        Vol. III–422

1  signatories on this form, would you be in a position to tell

2  me whether or not Tennessee Valley Authority applied for a New

3  Source Review permit before this project was undertaken?

4  A    I'm quite sure they did not.

5          MR. GREEN:  Your Honor, indulge me for just one

6  moment.

7          THE COURT:  That's your third indulgence.  Even Saint

8  Peter didn't get more than three to a person.

9          MR. GREEN:  It's five of two.  Maybe this would be a

10  good place to break.

11          THE COURT:  Is this a good place for you to break?

12          MR. GREEN:  Yes.

13          THE COURT:  Then that will be your third indulgence.

14          MR. GREEN:  Thank you, sir.

15          THE COURT:  All right, ladies and gentlemen, we'll

16  break for the day and reconvene tomorrow morning at eight

17  o'clock.

18          COURT CLERK:  All rise.

19     (Jury out.)

20          COURT CLERK:  This court stands aside in recess until

21  8:00 o'clock tomorrow morning.

22          (The proceedings concluded at 2:00 p.m.)

23

24

25

*HEKKING − CROSS/GREEN*

1                CERTIFICATE OF REPORTER

2

3      I, Cathy Jones, certify that the foregoing is a true and

4   correct transcript of the proceedings in the above−entitled

5   matter.

6

7

8

9                        _____

10                        CATHY JONES, RPR, FCRR
                         OFFICIAL COURT REPORTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25