1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
2                 INDIANAPOLIS DIVISION

3

    UNITED STATES OF AMERICA,        )
4          Plaintiff,                )
                                     )
5   STATE OF NEW YORK, STATE OF      )1:99-cv-1693-LJM-JMS
    NEW JERSEY, STATE OF CONNECTICUT,)
6   HOOSIER ENVIRONMENTAL COUNCIL    )
    and OHIO ENVIRONMENTAL           )
7   COUNCIL,                         )
          Plaintiff-Intervenors,     )Indianapolis, Indiana
8                                    )May 9, 2008
            -vs-                     )8:00 a.m.
9   CINERGY CORP., PSI ENERGY, INC., )Volume 5
    and THE CINCINNATI GAS &         )
10  ELECTRIC COMPANY,                )
          Defendants.                )

11

12

13

14                    **BEFORE THE**
              **HONORABLE LARRY J. McKINNEY**

15

16        OFFICIAL REPORTER'S TRANSCRIPT OF

17              TRIAL PROCEEDINGS

18

19

20  Court Reporter:    Cathy Easley Jones, RPR, FCRR
                       Official Court Reporter
21                     46 East Ohio Street, Room 291
                       Indianapolis, IN  46204

22

23

24

25        PROCEEDINGS TAKEN BY MACHINE SHORTHAND
              COMPUTER-AIDED TRANSCRIPTION

Vol. 5-592

1                    **A P P E A R A N C E S**

2

3    FOR THE PLAINTIFF:              Mr. Thomas Andrew Benson
                                    Mr. James A. Lofton
4                                   Ms. Sarah Dale Himmelhoch
                                    Mr. Phillip Brooks
5                                   Mr. Ignacio Arrazola
                                    U.S. DEPARTMENT OF JUSTICE
6                                   P.O. Box 7611
                                    Ben Franklin Station
7                                   Washington, DC  20044

8

9    FOR PLAINTIFF-                 Mr. R. Keith Guthrie
     INTERVENORS:                   ATTORNEY AT LAW
10                                  13242 South 600 East
                                    Elizabethtown, IN  47232
11

12   FOR THE DEFENDANTS:            Mr. Mark D. Hopson
                                    Mr. Thomas Charles Green
13                                  Ms. Kathryn B. Thomson
                                    Ms. Meghan Delaney
14                                  Mr. Samuel B. Boxerman
                                    Mr. Frank R. Volpe
15                                  SIDLEY AUSTIN LLP
                                    1501 K Street, NW
16                                  Washington, DC  20005

17

18

19

20

21

22

23

24

25

Vol. 5-593

1                       **INDEX OF WITNESSES**

2                                              PAGE

3    ROBERT KOPPE

4    Direct Examination (Resumed) by Ms. Himmelhoch 597
     Cross-examination by Mr. Green ................737
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Vol. 5-594

# INDEX OF EXHIBITS

**PAGE**

Plaintiff's Exhibit No.

9 ...............................................648
81 ..............................................685
120 .............................................676
144 .............................................674
245 .............................................686
319 .............................................651
537 .............................................610
651 .............................................708
657 .............................................655
841 .............................................644
952 .............................................661
1265 ............................................636
1650 ...........................................723

Defendant's Exhibit No.:

123 .............................................754
2155 ............................................777

Vol. 5-595

1                        *(In open court)*

2          THE COURT:  Good morning.  Have a seat.

3          MS. HIMMELHOCH:  Your Honor, the Plaintiffs wanted to

4    address with you the juror's question of yesterday.  We were

5    very concerned.  I've gone back.  I've canvassed my various

6    team members, and we can't think of what conduct gave rise to

7    the question; but we are very concerned, and we wanted to

8    advise the Court that if the Court had any concern, we are

9    willing to bring back any of the witnesses and have you

10   inquire of them ex parte.

11         THE COURT:  No, no, I don't think that we'll have a

12   problem with it.  I think sometimes in our enthusiasm when we

13   use direct or cross-examination, sometimes jurors think that's

14   what's going on.  I think once they find out that that's not

15   something that I tolerate if I think it's going on, I think

16   they're all right.

17         They did tell me who the culprit was; but I don't

18   think I'll share it with you at this point because I don't

19   think it's a real serious matter that will cause a problem;

20   because I think in the final analysis, the facts will out in

21   this case.  No offense to you.  I mean, even if you're

22   charming.

23         MS. HIMMELHOCH:  I hope that is the case.

24         THE COURT:  I think -- that's my experience.  We may

25   have this again; and hopefully we will, that the juror will

Vol. 5-596

1  bring it up again, and then I can have some -- another

2  conversation with him, and if they don't, then it isn't

3  troubling them.  So I think at this point we're all right.

4          MS. HIMMELHOCH:  Thank you, Your Honor.

5          THE COURT:  I'll tell you this.  It's not me.  Well,

6  we got to start off Friday morning on a good note, didn't we?

7  All right.  Let's bring in the jury.

8      *(Jury in.)*

9          THE COURT:  You can be seated.  I hate to keep

10 bringing this up, but I do want to mention one more thing to

11 you about yesterday's question.  I want you to know I didn't

12 see anything like that.  I saw enthusiasm.  I saw intensity.

13 I saw some personality coming out during the course of the

14 direct and cross-examine, but I didn't see any of that kind of

15 leading that you were concerned about.

16          So let us proceed.

17          MS. HIMMELHOCH:  Your Honor, the Plaintiffs recall

18 Mr. Bob Koppe.

19          May I have your permission to turn the podium a

20 little bit.

21          THE COURT:  Don't touch my podium.

22          Yes, go ahead.

23          I'll remind you, sir, you're still under oath.

24          All right.  You may inquire.

25          MS. HIMMELHOCH:  Thank you, Your Honor.

Vol. 5-597

1       Good morning, ladies and gentlemen.

2           **ROBERT KOPPE, PLAINTIFF'S WITNESS, RESUMED**

3                   **DIRECT EXAMINATION**

4  BY MS. HIMMELHOCH:

5  Q    Mr. Koppe, when we left off yesterday, we were speaking

6  about the expectation of the performance of the unit after the

7  projects.  Do you recall that?

8  A    Yes.

9  Q    And we were in the course of discussing the Wabash River

10 Unit 5 project, correct?

11 A    Yes.

12 Q    And we had just discussed a statement by Cinergy.  Do you

13 recall the essence of that statement?

14 A    I don't at the moment.

15 Q    If we could have Image 7 back up, please.  And actually

16 turn to Image 8.  Does that refresh your recollection?

17 A    Yes.

18 Q    Could you please just summarize in a brief sentence what

19 we were saying, and then we will be oriented and can move on?

20 A    Well, this time Cinergy, the company, was saying that to

21 project what the availability of the units would be in the

22 future, they had looked at the historical levels of

23 availability and then increased those to account for some

24 problems that had been resolved and weren't expecting to occur

25 again in the future.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-598

1  Q    Now, we've talked about the concept now generally.  Let's

2  apply it to the Wabash River Unit 5 project.  Do you believe

3  there is any reason Cinergy should have expected offsetting

4  increases in other problems that would have decreased the

5  availability of the unit as much as this project increased the

6  availability of the unit?

7  A    No.  I think the -- whatever decreases in availability

8  might have occurred would not nearly be enough to offset the

9  increase that was a result of this project.

10 Q    Have you prepared some demonstratives that will help you

11 show why you think that?

12 A    Yes.

13        MS. HIMMELHOCH:  Your Honor, at this time I'm going

14 to call up a demonstrative to which the Defendants did not

15 object.

16        THE COURT:  All right.

17        MS. HIMMELHOCH:   Image 9, please.

18 BY MS. HIMMELHOCH:

19 Q    Mr. Koppe, can you please explain what this graph says?

20 A    This shows the five years of before the project where the

21 economizer and the superheater at Wabash River 5 were

22 replaced.  It shows the number of hours of outage time each

23 year as a result of leaks in those tubes -- in the economizer

24 and the superheater.

25 Q    What conclusions do you reach as a result of that?

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-599

1  A   Well, as I said yesterday, the average over the five years

2  was about 500 hours a year.  And you can see that while there

3  are ups and downs in the numbers, it's basically constant.

4  Year after year, they're having roughly 500 hours of outage

5  time.

6  Q   Let's turn to the next image in this series.  What does

7  this graph show?

8  A   This shows the amount of unplanned outage hours due to all

9  the other problems in the unit; so whatever else happened,

10 whether it was the turbine or the generator or the condenser

11 or any of the other tubes in the boiler or pulverizers or

12 anything else, every hour of outage time due to every other

13 piece of equipment in the unit.

14 Q   What conclusions do you draw from this data, or these

15 data?

16 A   These data.  Thank you.

17      There are two conclusions.  One is on average over the

18 five years, all these other problems were causing about 600

19 hours of outage time.  Again, you see ups and downs with time,

20 but it doesn't appear overall to be increasing or decreasing.

21 Q   Let's turn to the next image in the slide, please.

22      THE COURT:  I hate to keep harping on this, but we

23 need some number or something so when somebody reviews this,

24 they can say, well, they were looking at this particular

25 chart, okay?  So if you would.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-600

1          MS. HIMMELHOCH:  Okay.

2   BY MS. HIMMELHOCH:

3   Q   Mr. Koppe, can you read the title of the charts and let's

4   go back to Image 8.

5          THE COURT:  I mean, is this Demonstrative

6   Exhibit No. so and so.

7          MS. HIMMELHOCH:  We can certainly number them, Your

8   Honor.

9          THE COURT:  I really think we ought to.

10          MS. HIMMELHOCH:  This will be demonstrative

11   Exhibit No. 8.  That was the first graph that Mr. Koppe

12   referred to.  This would be Demonstrative Exhibit No. 9, and

13   that's the second document that Mr. Koppe just finished

14   describing.

15          Now let's go to Demonstrative Exhibit No. 10.

16   Q   Mr. Koppe, could you please explain what this graph is.

17   A   This is just a combination of the two preceding graphs so

18   you see, in the purplish color, the outage hours per year due

19   to the economizer and the superheater tubes.  The

20   cream-colored bars are the number of outage hours each year

21   due to everything else.

22   Q   What conclusions do you draw from these data?  I'm sorry

23   for interrupting.

24   A   That's okay.  Well, you can see -- remember, I said

25   earlier the superheater and economizer tubes alone were

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-601

1  causing 500 hours of unplanned outage a year.  Everything else

2  was causing another 600 hours.  So roughly, the economizer and

3  the superheater tubes are causing half of all the outage hours

4  at the unit during the year.  Both the number of hours due to

5  the economizer and the superheater, pretty constant.  The

6  number of hours due to everything else, pretty constant.

7        If you solve the problem with the economizer and the

8  superheater, and you don't change anything else, you're going

9  to get rid of half of all the unplanned outage hours every

10 year, and you don't see anything in these data to indicate

11 that you would expect something else to just jump out of

12 nowhere next year and start causing 500 hours of outage time

13 additional.  So what you'd expect is you'd go from having 500

14 plus 600 or about 1,100 hours a year to having about 600 hours

15 a year.  You'd get an improvement of about 500 hours per year.

16        COURT REPORTER:  Can I have you slow down, please?

17        THE WITNESS:  I'll try.

18        COURT REPORTER:  "So what you'd expect is you'd" --

19 A   Well, yes, that the unit would have 500 hours per year

20 less of outage time.  So it would be available to operate for

21 another 500 hours each year.

22 Q   Now, Mr. Koppe, we -- now I understand your expectation

23 with respect to Wabash River Unit 5, but you looked at 13

24 other projects, correct?

25 A   Yes.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-602

1  Q   With respect to those 13 other projects, is the change in

2  outage time quite so dramatic?

3  A   It is for a few of them.  For some of them, it is not as

4  dramatic as this.

5  Q   For those projects where the change isn't quite as

6  dramatic, couldn't the other problems offset the increases in

7  availability that Cinergy should have expected from those

8  problems?

9  A   In theory it could.

10  Q   Why do you say "in theory"?

11  A   Well, if a problem that you're solving was only causing,

12  say, 50 hours of outage time a year, it's possible that some

13  other problem would come along next year that could cause that

14  much outage time.

15  Q   But why is it that you conclude that they should not have

16  expected that in -- with respect to these 13 projects?

17  A   There are several reasons.  First, at the times of many of

18  these projects, the company was doing other things.  There

19  were some other pieces of equipment being replaced that aren't

20  at issue in this case but that also were reducing the amount

21  of outage time.

22        There were generally improvements in maintenance

23  techniques and technology that was going on throughout the

24  whole industry that was tending to improve the availability of

25  units; and in addition, for most of these units, the company

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-603

1  had done a Life Extension Study in the years preceding the

2  project.

3  Q   Why does the Life Extension Study bear on this question of

4  the potential for offsetting decreases?

5  A   This unit and a number of the other units that are at

6  issue here were roughly 30 to 35 years old at the time of the

7  projects at issue.  That is the time -- units originally were

8  designed to last about 30 to 35 years.  When they get to be

9  about that age, you do, in fact, find some parts of the plant,

10 especially boiler tubes, wearing out.

11         When the company decided to extend the lives of these

12 units for another 20 years or more, it did a detailed study of

13 each unit, which included inspecting equipment and performing

14 tests on various tubes to identify not only any problems that

15 existed then, but any problems that might come up over the

16 next 20 years.

17 Q   How does that information about what might arise in the

18 future inform the question of whether Cinergy should have

19 expected future decreases in availability to offset the

20 expected increases in availability from the projects?

21 A   There are several things.  For one thing, by studying all

22 the sections of the boiler tubes, for example, the company

23 knew that there were sections that were in good shape and were

24 going to last another 20 years, weren't going to cause any

25 problems in the future.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-604

1      To the extent that it identified problems that were

2 likely to be –– immediate causes of outages, it was addressing

3 those problems as well.  To the extent that it knew that there

4 was a problem that might come up five or ten years from now,

5 it could monitor the condition of those boiler tubes, say, and

6 be prepared to deal with that should it arise in the future.

7 Q   Mr. Koppe, have you seen any company statements which

8 indicate that Cinergy understood that these kinds of projects

9 would, in fact, result in increases in availability?

10 A   Yes.

11 Q   And if you could please turn to Exhibit 1318, which is in

12 the medium–sized book next to you.  The one on the bottom

13 unfortunately.

14      Mr. Koppe, do you recognize this document?

15 A   Yes.

16 Q   What is it?

17 A   This is a letter –– an internal memo––

18      MS. HIMMELHOCH:  I have laid the foundation the Court

19 has required me to lay.

20      THE COURT:  All right.

21 Q   Mr. Koppe, can you give me your answer again?

22 A   This is an internal Cinergy memo from 1996.

23 Q   Who is the author of the memo?

24 A   Mr. Elkins.

25 Q   Do you know who Mr. Elkins is?

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-605

1  A    At the time of this memo, he was the manager of the Wabash

2  River station.

3  Q    How do you know that?

4  A    I went through the database of all the documents and

5  looked for memos that were written by Mr. Elkins and there

6  were a number in this time period that were signed by him as

7  manager of the station.

8  Q    Do you know who Mr. King is?

9  A    At this time, he was the vice president in charge of

10  operating all of the generating stations.

11  Q    How do you know that?

12  A    There were -- I went through depositions of various

13  Cinergy employees who said that that was his position at that

14  time.

15      MS. HIMMELHOCH:  Your Honor, you had taken this

16  exhibit under advisement --

17      THE COURT:  Yes, I did because I wanted to know who

18  these people are.  Do you have an objection?

19      MR. GREEN:  Yes, sir.

20      THE COURT:  Yes, sir?

21      MR. GREEN:  I have a fundamental objection, Your

22  Honor.  You can see -- I don't know if you have the exhibit in

23  front of you.

24      THE COURT:  I do.

25      MR. GREEN:  This is dated November 2 of 1996 and

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-606

1  talks about Wabash River.  The projects that are in this case

2  date from 1989 at Wabash River 2, 1989 at Wabash River 3, 1990

3  at Wabash River 5, and again 1992 at Wabash River 2.

4        So this memo is dated from either seven years after

5  these projects to about four years after these projects.  All

6  the predictions that Cinergy was required to make would have

7  been completed many years before this memo came into

8  existence.

9        So to the extent that this witness purports to use

10 this memo to suggest that Cinergy expected availability

11 increases from the units four to seven years earlier I think

12 is impossible.

13       MS. HIMMELHOCH:  Your Honor, may I respond?

14       MR. GREEN:  Pardon?

15       THE COURT:  As soon as he's done.

16       MS. HIMMELHOCH:  I'm sorry.  I thought you were done.

17       MR. GREEN:  I am, Your Honor.

18       THE COURT:  Yes.

19       MS. HIMMELHOCH:  I have asked Mr. Koppe about all of

20 the projects at issue in this case; and post-1994, all of the

21 operating units at issue in this case were owned by Cinergy.

22       There are three projects that post-date this

23 memorandum that I can think of off the top of my head.  Those

24 are the two pulverizer replacements at Gallagher and the

25 reheater replacement at Gibson.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-607

1          In addition, in his opening statement, Mr. Green said

2     that he would demonstrate that the projects could not increase

3     availability and that Cinergy never expected the projects to

4     increase availability.

5          This witness' expert opinion on whether or not

6     projects similar to the ones at issue in this case could

7     result in increases in availability and whether Cinergy

8     thought so are relevant to those issues.

9          MR. GREEN:  Your Honor, please, this memo is very

10    specific.  When you page through it, it's about particular

11    Wabash River station units, Unit 2, Unit 3, 5, 6, 7.  This is

12    not some general statement of PSI or Cinergy's advanced

13    expectations of anything.  It's long after these projects were

14    completed in this case.  It's not relevant and I submit it

15    should be excluded.

16         THE COURT:  So the specific reason you want

17    Exhibit 1318 in is what?

18         MS. HIMMELHOCH:  Because Mr. Koppe will testify –– I

19    proffer that Mr. Koppe will testify that the projects

20    discussed in this memorandum are similar to the projects that

21    were performed after this memorandum at Gallagher and Gibson

22    in sense of scope; and because it goes to the question of

23    whether a company could have and therefore should have

24    expected similar projects to result in an emissions increase.

25         THE COURT:  I don't think this helps me or helps the

KOPPE – DIRECT (RESUMED)/HIMMELHOCH     Vol. 5-608

1  jury determine what was on the mind of the Defendants at the

2  time of these projects.  I'm going to sustain this objection.

3          MS. HIMMELHOCH:  Okay, Your Honor.  Thank you.

4  BY MS. HIMMELHOCH:

5  Q   Can you think of any other statements by Cinergy that

6  demonstrated an expectation that projects similar to those at

7  issue in this case would result in an increase in

8  availability?

9  A   Yes.

10 Q   If you could please turn to Exhibit 537, which has been

11 admitted as authentic and nonhearsay.  I believe that's in the

12 big book...

13          THE COURT:  537, did you say?

14          MS. HIMMELHOCH:  Yes, 537.  They are in numerical

15 order except for the last large –– which I am now reminded I

16 did not provide to you, Your Honor.  May I approach?

17          THE COURT:  Sure.  Thank you.

18 BY MS. HIMMELHOCH:

19 Q   Mr. Koppe, do you recognize this document?

20 A   Yes.

21 Q   What is it?

22 A   This is the company's business plan for the Gallagher

23 station for the five years 1992 to 1996.

24 Q   To your knowledge, what were the dates of the projects at

25 issue conducted at the Gallagher station?

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-609

1  A   Around 1990, 1992; and then there were a couple in 1998,

2  1999.

3          MS. HIMMELHOCH:  Your Honor, at this time I move for

4  the admission of Exhibit 537.

5          MR. GREEN:  Your Honor, just allow me a minute.  I

6  don't see where this document pertains to the project in this

7  case, which is the retubing of the condenser at Gallagher 2.

8          MS. HIMMELHOCH:  Your Honor, it goes to the

9  projects --

10          THE COURT:  Just a second.  Are you done?

11          MR. GREEN:  I think I'm done.  I just want to make

12  sure I'm correct.

13          MS. HIMMELHOCH:  We will stipulate that it does not

14  discuss the condenser retubing at Gallagher Unit 2.  It does

15  not predate the retubing.  It does predate the two projects

16  replacing the pulverizer.

17          What it does do is talk about the expectation of the

18  company generally with respect to the reductions of forced

19  outages at the unit.

20          MR. GREEN:  I'm not sure I heard everything she said,

21  but again, I believe that these documents, if they're going to

22  come in and have relevance and be probative of the issues in

23  this case should pertain to the projects in this case and not

24  to other projects that have no relevance here.

25          THE COURT:  I'm going to allow this.  I think this

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-610

1  one is close enough to the time involved in at least two of

2  these projects to give us some help here.  Go ahead.

3       537 is admitted.

4  *(Plaintiffs' Exhibit 537 was received in evidence.)*

5  BY MS. HIMMELHOCH:

6  Q   Could we please call up image 17.  This is the cover page.

7  Can you just indicate to us again what this document is?

8  A   It's the five-year business plan for the Gallagher

9  station.  While it doesn't say on the cover, it says on the

10 next page that it's for 1992 through 1996.

11 Q   Okay.  And if you could please turn to Image 18, which is

12 the page ending 336.  It's the third or fourth page in the

13 document.

14       Mr. Koppe, if you could point out --

15       MR. GREEN:  Your Honor, may I please?

16       THE COURT:  Yes.

17       MR. GREEN:  Mr. Koppe has provided me with another

18 ground for objection, and that is that the Gallagher 2 project

19 occurred in 1990, two years before this document.  The

20 Gallagher 3 project occurred later, but Gallagher 2 occurred

21 two years earlier, sir.

22       THE COURT:  Thank you.  The record is now complete.

23       You may proceed.

24 BY MS. HIMMELHOCH:

25 Q   Mr. Koppe, can you please point to the statements on this

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-611

1  page that indicate Cinergy expected increases in availability

2  resulting from projects similar to those at issue in this

3  case.

4  A   It's the fourth paragraph.  I'm still not getting those

5  arrows very well.

6  Q   I believe I can ask Mr. Maynar to call out that section.

7  A   That's a big help.

8  Q   Can you read the statement you believe relates to this

9  point?

10  A   I'll read the whole paragraph.  "Gallagher's unsurpassed

11  availability record should improve through the next five years

12  by continuous monitoring, accessing and implementing plans to

13  reduce derates and forced outages.  Such projects as

14  replacement of condenser tubes on Units 3 and 4 and the

15  radiant superheater tube replacement on 1 and 2" –- that's

16  "Units 1 and 2, with the planned improvements indicated in the

17  construction and maintenance projects will lead to our five

18  year goal of a one percent forced outage rate by 1994 and

19  beyond, and a 30 percent reduction compared to the last five

20  years average in derates by 1995."

21  Q   Are there any other statements in this document that you

22  believe go to this point?

23  A   Yes.

24  Q   Could we please have Image 19A, which is the page that

25  ends in the numbers 393.  It's well into the document,

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-612

1   approximately 100 pages in -- or maybe -- I'm off, I'm sorry.

2   Approximately 60 pages in.

3   A    Yeah, I see it.

4   Q    I have to wait for His Honor to see it as well.

5        Mr. Koppe, could you please indicate what on this page

6   suggests to you that Cinergy had a similar expectation?

7   A    It's the top section here.  Maybe you could bring that up

8   better.

9   Q    Yes.  Thank you.

10  A    So here it says "Improve Gallagher station forced outage

11  rate to less than 4 percent," and it lists four things that

12  they're going to do to help achieve that goal.  The top one

13  here is "install stainless steel tubes in the No. 1 and No. 2

14  boiler radiant superheater to eliminate boiler tube leaks

15  caused by short-term overheating."

16  Q    Let's go ahead and bring that image down.

17       Mr. Koppe, we've now discussed the expectations with

18  respect to availability both with respect to the project in

19  general and Wabash River 5, but let's turn back to the Wabash

20  River 5 project for a little bit more and let's discuss the

21  other analyses that you did on this project.

22       Earlier, you testified that you looked at heat rate

23  and capability; is that correct?

24  A    That is correct.

25  Q    Why did you look at heat rate?

KOPPE - DIRECT (RESUMED)/HIMMELHOCH     Vol. 5-613

1  A   We're talking about a project here that's going to make

2  the unit available to operate for more hours.  So it will

3  operate for more hours.  It will burn more coal.  It will

4  produce more pollution.

5       If that same project also made the unit more

6  efficient, the unit would be able to produce the same amount

7  of electricity burning less coal.  So there might be a

8  reduction, in theory at least, in the amount of coal that the

9  unit burned, and that could cause a reduction in emissions

10  which could wholly or partly offset the increase due to the

11  increased availability of the unit.

12  Q   Are you saying that -- well, I won't ask that question.

13       Is there anything that could offset this increase in

14  coal burned or did you -- I'm sorry.  I must confess I missed

15  the answer to the question.  I was focusing on my next

16  question.

17       In examining the effect of the project at Wabash River

18  Unit 5, what did you determine with respect to the heat rate?

19  A   I determined that the company should not have expected

20  that this project would have any effect on the heat rate.

21  Q   How did you make that determination?

22  A   Well, there are two things.  First, it's my experience --

23  I've looked at many projects like this, and simply replacing

24  tubes in a section of boiler, even if they're different

25  materials, as long as they're roughly the same, never causes

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-614

1  any substantial change in the heat rate of the unit.

2        Then the second reason is that the company documents

3  that are setting forth the benefits they expect to get from

4  doing this project don't make any mention of an expectation of

5  improving heat rate.

6  Q   Would you expect the company documents to indicate an

7  improvement in heat rate if they had expected one?

8  A   Yes, because someone who's justifying doing this project

9  would set forth everything that he or she thought was going to

10 be a benefit from the project.  So if there was an expectation

11 of any significant improvement in heat rate--

12        MR. GREEN:  Your Honor, I object.  That's just sheer

13 speculation when he gets into this realm.

14        MS. HIMMELHOCH:  Your Honor, I can rephrase the

15 question.

16        THE COURT:  All right.  If you would, please.

17 BY MS. HIMMELHOCH:

18 Q   In your 33 years of reviewing company documents and

19 analyzing the projection of future availability, have you

20 determined whether there is a common practice as to whether

21 engineers identify expectations related to heat rate?

22 A   Yes.  When engineers who are justifying projects expect

23 some substantial improvement in heat rate, they list that as

24 one of the benefits of the project.

25 Q   Now, you indicated that you also looked at the capability

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–615

1  effects of the project at Wabash River Unit 5; is that

2  correct?

3  A    Yes.

4  Q    Why did you look at capability?

5  A    If –– the capability of a unit is how much power it can

6  generate each hour when it's operating.  If a project

7  increases the capability of the unit, that means it can

8  produce more power each hour that it's operating, and that

9  would cause an increase in the total amount of power

10  generated, which would cause an increase in the amount of coal

11  burned.

12  Q    What conclusion did you reach regarding the effect of the

13  project at Wabash River Unit 5 on the capability of the unit?

14  A    This project would not have any effect on the capability

15  of this unit.

16  Q    So I hope I'm not repeating myself, but I just want to

17  make sure I understand, and the jury, more importantly,

18  understands.

19        If you're not expecting an increase in the capability

20  of the unit, why is it that they should have expected an

21  increase in the generation from the unit?

22  A    Well, the unit would still generate the same amount of

23  electricity each hour that it operated; but because all these

24  outage hours would be avoided in the future, the unit could

25  operate for more hours.  Every additional unit it operates, it

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-616

1  would produce more electricity, burn more coal.

2  Q   Let's talk just a little bit more about this project.

3  Yesterday, you testified that there were 2,500 hours of

4  availability lost in the five years preceding this project due

5  to these two components.

6        Were there any availability losses that you did not

7  include in that number?

8  A   There may have been.  I can't be sure.  Well, obviously --

9  remember, I described the ramping losses, the shutting down

10 and starting up of the unit before and after each outage.  And

11 that's not included in those numbers.

12 Q   Is there anything else that wasn't included in the

13 numbers?

14 A   There may be.  I couldn't know for sure, which is why I

15 didn't include them, but -- well --

16 Q   Please describe what they are.

17 A   When you have --

18        MR. GREEN:  Objection, Your Honor, he just said there

19 may be but he doesn't know.  Now she's asking him to describe

20 them.

21 BY MS. HIMMELHOCH:

22 Q   Mr. Koppe, do you have any reason to believe that they

23 would have occurred at this unit?

24 A   Yes.

25 Q   What is that based upon?

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-617

1  A    When --

2  Q    Well, can you answer that without answering the question

3  because I need to lay the foundation first.

4  A    I understand.

5  Q    What information base are you drawing from to conclude

6  that there was probably this effect at the unit?

7  A    The nature of this project and my experience with similar

8  problems throughout the industry.

9  Q    Is it fair to say that you believe this effect probably

10  occurred?

11  A    Yes.

12  Q    What is the reason you didn't include it in the

13  calculation?

14  A    Because I couldn't be certain.

15        MS. HIMMELHOCH:  Your Honor, I believe it is

16  sufficiently certain that he can testify about it,

17  particularly because Cinergy has challenged the accuracy of

18  Mr. Koppe's and Dr. Rosen's calculations; and this is an

19  instance in which there is a probable occurrence that was not

20  included in the calculation.

21        MR. GREEN:  I mean, I think it's clear he's about to

22  guess.  I don't think he should be allowed to do that, Your

23  Honor.

24        THE COURT:  You know, I've told this jury that the

25  burden here is more probably true than not true and that is

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-618

1  not a guess.  So I'll let him answer this question.

2          MR. GREEN:  All right, sir.

3  BY MS. HIMMELHOCH:

4  Q   What is the availability loss that you are not

5  incorporating into your figures?

6  A   It has to do with the planned outages.  What happens

7  throughout the industry is that if a section of boiler tube

8  has major problems, it can end up increasing the amount of

9  time that a planned outage takes because a usual planned

10  outage for boiler inspection, you can go fairly quickly; but

11  if you have a section of tubes that's in bad shape, you have

12  to do more detailed inspections and testing, maybe take

13  samples, which all takes time, and tends to make planned

14  outages longer than they otherwise would be.

15          Then once you resolve that problem, the planned

16  outages become shorter in the future.  That happens more often

17  than not when major problem sections of boiler tubes are

18  replaced.

19          But when I looked through the documents in this case,

20  I could not find anything that told me that that was for

21  certain what happened here.  So I did not take a count of it.

22  Q   Before we wrap up on this project, I want to turn to one

23  slightly different topic.  When we were introducing you to the

24  jury, you described some analysis you did of Life Extension

25  projects on various Duke plants.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-619

1        Did your analysis of this project at Wabash River

2   Unit 5 differ from the work that you did analyzing the Life

3   Extension projects at Duke?

4   A   The overall method that I used is the same.  The kinds of

5   data I used, the GADS data, are the same.  There were some

6   details that were different at the Duke plants that required

7   some differences in the arithmetic; but the overall

8   methodology, the conceptual basis was the same in both cases.

9   Q   Let's turn now to a different project.  Let's focus on the

10  Wabash River Unit 2 project that occurred in 1989.  How did

11  you familiarize yourself with this project?

12  A   I did the same thing I described for Wabash River 5.  I

13  read through the company documents.  I looked at the GADS data

14  that the company had reported for the unit.

15  Q   Let's call up Demonstrative Exhibit No. 11, which is Image

16  21.

17        Mr. Koppe, the jury saw this earlier during the course

18  of Mr. Hekking's testimony, but can you just give a very brief

19  description of what happened in the Wabash River Unit 2 1989

20  replacement project?

21  A   I'll try to be brief.

22        This shows what was replaced at Wabash River 2 in

23  1989.  It also shows what was replaced in 1992, which is the

24  next project we'll talk about.  So part of this is not

25  relevant here.  What was replaced in the 1989 project is these

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-620

1 two sections that are in -- I don't know, purple, magenta, I'm

2 not sure what to call it, but a reddish color that are

3 sections of the tubing in the radiant front wall superheater

4 along the front wall of the furnace.

5 Q   From your review of the documents and your experience,

6 have you concluded why these replacement projects occurred?

7 A   Yes.  This is very soon going to turn into at litany

8 because so many of these projects, at the conceptual level at

9 least, had the same reason.  This unit was 30 to 35 years old.

10 It had run well for a long time but eventually some sections

11 of boiler tubes had deteriorated to the point where they were

12 starting to cause frequent leaks.  The company replaced the

13 tubing to eliminate those leaks in the future and improve the

14 availability of the unit.

15 Q   Have you located any Cinergy documents that confirm that

16 that is why the project was done?

17 A   Yes.

18 Q   If you could please turn to Exhibit 1319, which has

19 previously been admitted into evidence; and I believe that's

20 in the medium-sized binder.

21      MS. HIMMELHOCH:  Oh, no, Your Honor, it's not in your

22 binder because you requested not to be given second copies of

23 the exhibits.

24      THE COURT:  That's true.  I did.

25      MS. HIMMELHOCH:  We will have an image and, in fact,

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5–621

1  can we please go to Image 22?

2  BY MS. HIMMELHOCH:

3  Q   Is that the document --

4       MR. BOXERMAN:  Counsel, we don't have that exhibit.

5  Do you have a copy?  It wasn't in these binders.  We didn't

6  necessarily bring copies.

7       MS. HIMMELHOCH:  Mr. Koppe, since you're going to be

8  looking at the screen, can we use your volume to aid the

9  defense?

10      THE WITNESS:  Certainly.

11      MR. BOXERMAN:  Thank you, counsel.

12 BY MS. HIMMELHOCH:

13 Q   Mr. Koppe, what is this exhibit?

14 A   This is an excerpt from the Life Extension Study for

15 Wabash River 2.  It's a small excerpt.  The whole Life

16 Extension Study fills half a file drawer in one of my file

17 cabinets.

18 Q   Can you indicate just with your hands how big that is?

19 A   (The witness indicated.)

20 Q   If we could turn to the next image, Image 23, which is the

21 page number ending 2279, it's Section B–11.

22      Mr. Koppe, what portion of this page indicates why

23 Cinergy was replacing these tubes?

24 A   It's up towards the top.  If we could make it a little

25 bigger, I think I could read it.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-622

1  Q   Does that assist?

2  A   That's better.

3        It's the first paragraph.

4  Q   Could you please read the portion of that paragraph that

5  is the basis of your conclusion as to why they did the

6  project?

7  A   I guess "Tube failure data indicates an increasing trend

8  of radiant wall failures around the burner zone."

9        Then I'll skip to the last sentence.  "There were

10 seven failures in the 1960s, 15 failures in the 1970s and

11 there have been 32 failures from 1980 through 1986."

12 Q   In your experience, is 32 failures in six years a

13 significant number of outages?

14 A   Yes.  That's about five outages per year.  That's getting

15 to be a section of boiler tubes that's in very serious

16 trouble.

17 Q   Were the tube leaks referenced in this document the only

18 reason Cinergy engineers recommended this project?

19 A   No.

20 Q   What other reasons did they offer?

21 A   There was another problem, which takes a minute to

22 explain, but these tubes -- well, you can't see the picture

23 anymore but they're on the front wall of the boiler.

24 Q   Could we call up Image 21 again, please?

25        Thank you.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-623

1  A    And it's a little hard to see in the picture.  Let's see

2  am I getting -- wow, right on.

3          Those little dimples you see in the tubes there are

4  the burners.  So they're actually good-sized openings in the

5  wall where the coal-air mixture blows into the furnace, and

6  then it burns in this big empty furnace space here.

7          What happened with time is that these tubes became

8  distorted and they would bend and bow and stick out into the

9  furnace; and they interfered with the flow of the coal-air

10 mixture into the furnace space, caused the flame to be not the

11 optimal shape, and the result of that was that some of the

12 carbon in the coal didn't burn.

13 Q    And is that, that phenomenon, sometimes called "loss on

14 ignition"?

15 A    That's the industry term for failure to burn all the coal

16 is called, yes, loss on ignition.

17         And the problem that then is the ash still has some of

18 this carbon with it when it goes out the back end which

19 doesn't show here -- it goes through the precipitators which

20 are great big -- a friend once referred to it as "static

21 cling" that removes the ash from the smoke.

22         The carbon interferes with the workings of the

23 precipitator.  So the precipitator doesn't remove as much of

24 the ash.  Then the company would have to reduce the power

25 level on the unit in order to keep the emissions of ash from

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-624

1  the smoke stack within the limits.

2  Q    Was the result of that a derate?

3  A    Yes.  That reduction in power output is what is called a

4  derate.

5  Q    Do you have any Cinergy documents that you're relying on

6  for that point?

7  A    Yes.

8  Q    If we could turn to Exhibit 1439, which was also

9  previously admitted into evidence.  It's Image 24, please.

10         Mr. Koppe, is this the document you were referring

11  to -- oh, I need to clear off the arrows.  If we could call

12  out -- I'm sorry, is it the document to which you were

13  referring?

14  A    I think so, but I must confess I can barely read it.  If

15  we could make it a little bigger?

16  Q    Well, can we call up the second paragraph?

17  A    Yes.  This is it (indicating).

18  Q    Can you read us the sentence in this that you believe

19  indicates that Cinergy was considering derates as part of the

20  reason it undertook this project?

21  A    Right.  The sentence says "Based upon elimination of a

22  30-megawatt derate 75 percent of the time due to combustion

23  problems associated with the front wall, this project has a

24  benefit/cost ratio of 1.06."

25  Q    The combustion problems, that's what you were talking

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-625

1  about in the loss on ignition?

2  A   Yes.

3  Q   Did you take into account this 30-megawatt derate

4  75 percent of the time in your calculation of lost

5  availability for this project?

6  A   Yes and no.  I took account of part of it but not all of

7  it.

8  Q   Why didn't you take account of all of it?

9  A   I was basing my analyses on the GADS data that the company

10 reported.  When I actually went through the GADS data, they --

11 the company reported a considerable amount of deratings due to

12 this problem; but they were not nearly as extensive as what

13 this memo says.  They were not usually as big as 30-megawatts

14 reduction in output.  They didn't last as long.  So there were

15 substantial deratings but not nearly as much as this memo

16 says.

17 Q   Just so it's clear, the effect of removing these deratings

18 would be?

19 A   By resolving the problem, that is, by replacing the tubes,

20 the deratings were removed, the unit can operate more, it

21 becomes more available, generates more electricity, burns more

22 coal.

23 Q   And if you had taken into account the derate as reported

24 in this Cinergy document, what would be the effect on your

25 estimate of lost availability?

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-626

1  A    The –– if I had accounted for these larger deratings that

2  it says in this memo, rather than the substantial but much

3  smaller deratings in the GADS data, it would have been a

4  bigger effect.  It would have been a bigger increase in the

5  amount of coal burned.

6  Q    In addition to reviewing this document, did you review ––

7  well, let me step back.

8        Did you calculate an estimate of lost availability for

9  this unit?

10  A    Yes.

11  Q    This project at this unit?

12  A    Yes.

13  Q    For the 1989 replacement of the radiant wall superheater,

14  how many hours in total were lost in the five years preceding

15  the project as a result –– as you calculated using the GADS

16  data?

17  A    Yes.  This is with the GADS data, so it's smaller than

18  what I would have gotten if I'd used the numbers in this memo.

19  And the number –– the total number is equivalent to being shut

20  down for 2,297 hours during the five years pre–project.

21  Q    What was the average number of hours each year?

22  A    That's an average of 459 hours per year.

23  Q    Now, did you familiarize yourself with the materials used

24  in the new radiant wall tubes?

25  A    Yes.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-627

1  Q    Was there a change in the tube materials?

2  A    No.

3  Q    If there was no change in materials, do you have any

4  expectation that Cinergy should have expected outages in the

5  five years following the project in this area of the boiler?

6  A    No, they should not -- the company should not have

7  expected outages.  Even though these materials were the same

8  as the original tubes, the original tubes had been in a very

9  harsh environment for something like 35 years and had

10 deteriorated.  The new tubes obviously were new, so they

11 shouldn't have expected any problems at least for 10 or 20

12 years.

13 Q    Did you determine whether Cinergy should have expected any

14 change in the heat rate of Wabash River Unit 2 as a result of

15 replacing the radiant wall superheater?

16 A    I did determine that they should have expected some

17 improvement in the heat rate.

18 Q    Did you quantify that improvement?

19 A    I didn't quantify it.  The data that the company gave us

20 just wasn't sufficient to allow me to quantify it.

21 Q    Do you have an opinion as to whether that decrease in heat

22 rate was sufficient to offset the increases in availability

23 you calculated?

24          MR. GREEN:  Objection, Your Honor.  If he can't

25 quantify it, I don't see how he can have an opinion.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-628

1          THE COURT:  He can answer.  Go ahead.

2    A    The increases in availability due to this project were

3    huge, and it just isn't possible for the kinds of -- for this

4    kind -- while this kind of a project will make us a modest

5    improvement in the heat rate of the unit.  The magnitude of

6    the heat rate improvement could not possibly be large enough

7    to offset the effect of the availability improvement.

8    Q    Did you determine whether this project should have been

9    expected to have an effect on the capability of Wabash River

10   Unit 2?

11   A    I determined that it would have no effect.

12   Q    Let's turn now to the Wabash River 2 project that occurred

13   in 1992.  And if we could please have Image 25 again.

14          Mr. Koppe, using this image, can you briefly describe

15   the work that was done at Wabash River Unit 2 in 1992?

16   A    Yes, that's the -- it's the other parts here that are

17   highlighted.  The radiant superheater was what was done in

18   1989, and it was these other two parts in the back that were

19   replaced in 1992.

20          The upper piece is the finishing section of the

21   superheater which is the highest temperature section of the

22   superheater.  Then down below, the reheater is in two banks,

23   there's an upper bank and a lower bank, and it was the upper

24   bank which is also the highest temperature section that was

25   replaced.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-629

1  Q   Did you determine, based on your review of the documents,

2  why Cinergy undertook this project?

3  A   It's again the same story.  After 30 or 35 years of

4  operation, the tubes had deteriorated.  They were starting to

5  cause leaks which caused outages.  You replace the tubes and

6  you stop having those outages in the future.

7  Q   Have you located any Cinergy documents that indicate that

8  was the reason they performed this replacement?

9  A   Yes.

10 Q   Turning back to Exhibit 1319, Image 26.  Is this the

11 document to which you're referring?

12 A   Yes.  This is the Wabash River 2 Life Extension Study

13 again.

14 Q   If we could go to Image 27.  This is the page that ends

15 2288, Section B-12.  Mr. Koppe, can you tell us which

16 paragraph to enlarge?

17 A   You'll have to give me a minute.

18        Could we make the whole thing a little larger so I can

19 read it?  Thank you.

20        It's the third paragraph.

21 Q   Mr. Koppe, can you please read into the record the section

22 of this page that indicates why Cinergy replaced these tubes?

23 A   "The historical tube failure review revealed 132 tube

24 failures in the TP321 section."  And I'll just diverge a

25 minute to say that TP321 is a type of stainless steel.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-630

1        The next sentence then says "There were 24 failures

2    from 1960 through 1969, 66 failures from 1970 through 1979,

3    and 42 failures from 1980 through 1986."

4        Then the next paragraph is relevant, too.  It says,

5    "The original TP321 material is considered marginal for the

6    high temperature application.  Currently the H (high

7    temperature) grade of TP321 is used for such applications.

8    The inadequacy of the original material is supported by the

9    recent inspections."

10   Q   Now, that addresses the tube failures in the -- if we

11   could pull back to the full page, please.

12       In the finishing superheater section, is there a

13   similar discussion of the reason for the replacement of the

14   radiant -- of the other portion that was replaced in this

15   project?

16   A   The upper section of the reheater, yes.

17   Q   Could we please now turn to page 2298 in that document?

18   It's Image 27A, and this is Section B-13 of the document.

19       Mr. Koppe, I'm going to ask for the first few

20   paragraphs of that section to be called out.  Does this

21   section explain why Cinergy expected the -- why Cinergy

22   decided to replace the radiant superheat -- I mean, the

23   finishing superheater in this project?  I apologize.

24   A   I think this is actually the upper bank of the reheater.

25   Q   My apologies, that's correct.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-631

1  A   It does describe the failures that were taking place.

2  Could I see the next paragraph or two?

3       I don't see anything really pithy to read here, but

4  what it's saying is that both the stainless steel tubing, the

5  TP321, and the portions of the tubing that were made from

6  chrome molybdenum steel, which is the T11 --

7            COURT REPORTER:  I'm sorry, sir?

8  A   Chrome --

9  Q   Molybdenum?

10  A   -- molybdenum steel, which is the T11, had degraded.  I

11  guess perhaps the most relevant section is this last

12  paragraph.  "It is concluded that the high temperature

13  strength capability of the installed TP321," that's the

14  stainless, "material is marginally low with respect to the

15  strength expected of H-grade material.  This theory of

16  material inadequacy is supported by the swelling of the tubing

17  as indicated in the OD measurements."

18       OD is Outside Diameter.  So one of the things one does

19  when inspecting boiler tubes is to go and measure how thick

20  they are.  They measure the outside diameter of the tubing.

21  Some of the -- one of the failure mechanisms that happens in

22  these high temperature steels is that they stretch out very

23  slowly with time and eventually burst.  So if you see tubes

24  that have swollen, that's indicating that they're approaching

25  failure.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–632

1  Q   Now, let's turn to what materials were used in the

2  replacement projects.  Were changes made in the materials used

3  in this project?

4  A   Yes.

5  Q   What changes were made?

6  A   I believe that -- well, as I said, the TP321, which is a

7  moderate grade stainless steel, was replaced with a higher

8  grade steel.  I can't remember for sure whether they used

9  TP321H or maybe 347H, but in any case, they used a higher

10 grade stainless steel.

11         Specifically, it's a stainless steel that is stronger

12 at high temperatures so it is less susceptible to this slow

13 deformation, this creep deformation.

14         I believe they also upgraded some of the chrome

15 molybdenum steels, but I wouldn't be sure of that unless I

16 could see something.

17 Q   Let's go through the questions that you answered for this

18 project.  What was the total number of hours of availability

19 lost in the five years preceding the project as a result of

20 the outages in these two areas of the boiler?

21 A   The unit was shut down for a total of 1,522 hours due to

22 leaks in these tubes.

23 Q   And, Mr. Koppe, I see you're looking at a piece of paper.

24 Can you tell us what you're looking at?

25 A   This is a table I made of all of these hours so I wouldn't

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-633

1  have to memorize them all.

2  Q   What was the yearly average in the five years preceding

3  the project as a result of outages due to these two components

4  in the boiler?

5  A   304 hours each year or per year.

6  Q   What were your -- what do you believe Cinergy should have

7  expected with respect to future outages in these two areas of

8  the boiler post-project?

9  A   As with the other projects, Cinergy should have expected

10 that these new tubes would not cause outages in the future.

11         MR. GREEN:  Your Honor, please, if the witness is

12 consulting a document, even one that's helping to refresh his

13 recollection, I believe I'm entitled to see that.

14         THE COURT:  You are.

15         MS. HIMMELHOCH:  Yes.  May I approach the witness,

16 Your Honor?

17         THE COURT:  You may.

18         MS. HIMMELHOCH:  May I approach again, Your Honor.

19         THE COURT:  You may.

20 BY MS. HIMMELHOCH:

21 Q   So we had gone through the total number of hours and the

22 average number of hours, and you were in the middle of giving

23 your answer on the expectation regarding future outages.

24         Did you believe Cinergy should have expected outages

25 in the future from these two components in the five years

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-634

1  following the project?

2  A    I think I already answered that; but in any case, no,

3  these were new tubes.  Presumably, they were well-designed

4  tubes.  They had upgraded materials.  The company should have

5  expected that they would not have any outages at least for the

6  first 10 or 20 years.

7  Q    Did you conclude that Cinergy should have expected any

8  increase or decrease in the heat rate of the unit?

9  A    The company should not have expected any change in heat

10  rate.

11  Q    Should the company have expected any change in the

12  capability of the unit?

13  A    No.

14  Q    Okay.  Let's move on to the next project at Wabash River

15  Unit 3 which is -- Wabash River, which is the project at

16  Unit 3.  If we could call up Image 28.

17        Again, the jury has heard about this project from

18  Mr. Hekking, but I would like to just orient them.  If you

19  could give just a brief description of what occurred in this

20  project.

21  A    The overview is that at Wabash River 3, the company

22  replaced all of the tubing -- the same tubing that was

23  replaced at Wabash River 2 in both of the projects, both the

24  1989 project and the 1992 project, and also replaced some

25  additional tubing.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-635

1        So you have the same sections of the radiant
2   superheater that were replaced at Wabash River 2 in 1989.  You
3   have the finishing superheater and the upper bank of the
4   reheater, which is what was replaced at Wabash River 2 in
5   1992.
6        In addition, the -- at Wabash River 3, they replaced
7   the intermediate superheater and part of the lower bank of the
8   reheater.  You can't tell that from the drawing, but it's only
9   part of that bank.
10       So in summary, they replaced probably 75 or 80 percent
11  of all of the reheater, and roughly 75 or 80 percent of all of
12  the superheater.
13  Q    In your experience, is this a significantly-sized project?
14  A    Yes.  This is not the biggest project I've ever seen, but
15  this is a very large project.
16  Q    Again, could we hear your opinion as to why Cinergy
17  undertook this project?
18  A    It's the same thing again.  These were sections of tubes
19  that after 30 or 35 years had deteriorated, were causing --
20  there were leaks occurring.  They were causing outages.
21  Replace the tubing with new materials, better materials and
22  eliminate all those outages.
23  Q    Did you locate any documents that suggested Cinergy had
24  that same expectation?
25  A    Yes.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-636

1  Q   If we could call up Image 29.  This is Exhibit 1265, which

2  has been admitted as authentic -- I'm sorry.  Pull it down

3  please.  I haven't yet admitted it.  My mistake.

4       Exhibit 1265, Cinergy has admitted that this is

5  authentic and nonhearsay.

6           MR. GREEN:  1265?

7           MS. HIMMELHOCH:  1265, yes.  It's at the bottom of

8  the big one.

9           MR. GREEN:  We have no objection.

10          THE COURT:  Exhibit's admitted.

11      *(Plaintiffs' Exhibit 1265 was received in evidence.)*

12  Q   May we call the image up now, please.

13          Is this the document you were thinking of?

14  A   Yes.

15  Q   If you could highlight the Project Justification section,

16  please.

17          Mr. Koppe, can you read into the record the Project

18  Justification from this Cinergy document?

19  A   "This boiler is approximately 30 years old.  The

20  experience that we are seeing in the number of forced outages

21  caused by metal fatigue, expansion and contraction from the

22  many bringing-ups and shutdowns of the unit, and the

23  deterioration of refractory and insulation, dictates that we

24  expect this unit to give us several more years of reliable,

25  dependable service" -- it must be cut off on the right -- I

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-637

1 presume it says that "if we expect this unit" -- can we see

2 the original and make sure that's there because that's a

3 crucial F?

4 Q    There is an F.

5 A    So "The deterioration of refractory and insulation

6 dictates that if we expect years of reliable, dependable

7 service, the areas that are itemized on the budget item

8 estimates have to be replaced.  The above-mentioned repairs

9 will mean the difference between a unit that will operate hour

10 after hour, or one that will be down at a rate of one forced

11 outage every week because of tube failures.

12        "As the unit grows older" -- well, that sentence

13 doesn't exactly make sense, but I guess the idea is clear --

14 "and increase in the failure rate will increase."

15 Q    This is the days before when you could just hit

16 "Backspace" on the computer.

17        Are you familiar with whether there were changes in

18 the materials that were used in the new components?

19        COURT REPORTER:  I'm sorry?

20 Q    I will restate the question.

21        Have you determined whether there were any changes in

22 the materials when they installed the new components?

23 A    I believe there were.

24 Q    What were those changes?

25 A    The documents -- the document, if I'm recalling that this

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-638

1   is the project, the documents say that there were no changes

2   in material; but this is exactly the same components as were

3   done at Unit 2, exactly the same problems, and I believe that

4   the same materials upgrades were done at this unit as at

5   Unit 2.

6   Q    Whether or not they changed the materials, do you have the

7   same opinion regarding what Cinergy should have expected with

8   respect to outages in this area of the boiler post-project?

9   A    Yes, because the original materials would give you at

10  least 10 or 15 years of good service before they would start

11  having problems.  The upgraded materials are what you need to

12  do if you want this -- these new tubes to last for 30 or 40

13  years without causing problems; but even the old materials

14  would get you 10, 15, 20 years before you'd start to have

15  problems.

16  Q    Having reviewed the documents and GADS data related to

17  this project, what is your estimate of the total number of

18  hours of availability lost due to these two areas of the

19  boiler in the five years preceding the project?

20  A    It's -- the unit lost the equivalent of being shut down

21  for 5,643 hours during the five years.  While we didn't

22  mention it until now, that includes not just the outages due

23  to tube leaks but also includes deratings as a result of the

24  incomplete combustion because of the problems with the radiant

25  superheater that we talked about on Unit 2.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-639

1  Q   You used the word "equivalent."  Why did you use the word

2  "equivalent"?

3  A   When we're talking about a derating, we generally convert

4  that into an equivalent number of shutdown hours.  So if a

5  unit is limited to half power for four hours, that's

6  equivalent to being shut down for two hours.  It's easier to

7  talk about everything in terms of equivalent hours.

8       So the number I just gave is the actual number of

9  outage hours, and then for the deratings, it takes the

10  deratings and converts them into an equivalent number of

11  shutdown hours.

12  Q   Now, was there anything unusual about the GADS data

13  associated with this particular project?

14  A   There was one -- yes, one very unusual feature.

15  Q   What was that unusual feature?

16  A    In -- at Unit 2 where I said, remember, there were all

17  these deratings due to poor combustion of the coal and

18  therefore the limits on the performance of the precipitator

19  that occurred before the project was implemented; and the GADS

20  data show those deratings stopping at the time the project was

21  implemented, which is exactly what I would expect.

22       For this unit, the GADS data also show the many

23  deratings due to the same problem for the months, years before

24  the project.  Then they show those same problems continuing

25  for about seven months after the project and then suddenly

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-640

1  stopping.  I'm at a loss to explain that.

2  Q    Have you reviewed the documents to determine whether there

3  was another cause for those outages and deratings?

4  A    I reviewed all the documents.  I didn't see any other

5  cause for those deratings.  I didn't see anything that changed

6  at the time the deratings stopped being reported.

7  Q    With that --

8        MR. GREEN:  Your Honor, if I heard correctly, I think

9  there were references made to post-project activity.  And I

10  believe that that's been excluded by the Court.

11        THE COURT:  Well, I don't think what I heard is a

12  violation of what the Court's prior rulings are.  So I'll just

13  have to disagree with you.

14  BY MS. HIMMELHOCH:

15  Q    Even in light of that GADS data, what is your projection

16  about what they should have expected with respect to outages

17  in the five years following the project?

18  A    That the company should have expected that both the

19  outages and the deratings that had occurred pre-project as a

20  result of these problems would not occur post-project.

21  Q    Having reviewed the documents, what conclusion did you

22  reach regarding the effect of this project on the heat rate or

23  the expected effect of this project on the heat rate of Unit 3

24  at Wabash River?

25  A    The replacements of all those sections of tubes up to the

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-641

1  right-hand side of the drawing, the reheater, the intermediate

2  superheater, the finishing superheater, all of those

3  replacements would have no effect on the heat rate of the

4  unit.

5        The replacement of the radiant superheater section

6  would have been expected to cause some improvement in the heat

7  rate.  It's the same as what I described for the radiant

8  superheater replacement for Unit 2.

9  Q   Did you quantify that change?

10 A   Again, it's the same situation that occurred with Unit 2.

11 The company documents didn't give me enough information to

12 quantify it, but my experience and knowledge of these plants,

13 there's just no way that whatever improvement in heat rate

14 there was could be big enough to offset the effect of these

15 huge increases in availability.

16 Q   What effect, if any, did you conclude this project should

17 have had on the capability of the Wabash River Unit 3?

18 A   It would have no effect on the capability of the unit.

19 Q   I just want to ask one additional question with respect to

20 this project.  What were the average number of hours lost each

21 year in the five years preceding this project due to the

22 components that were replaced?

23 A   This is –– this is the Wabash River 3 superheater and

24 reheater replacement; and the average is 1,128 hours per year.

25 Q   Let's turn now to the Gibson reheater project.  Now, the

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-642

1  jury hasn't yet heard about this project, so can you please

2  explain what this project was?

3  A   Like every other project we've talked about so far, it was

4  replacement of a section of tubing in the boiler.

5  Q   Can we call up Image 29A, please?

6      Mr. Koppe, what is this?

7  A   This is a vertical section drawing of the boiler at

8  Gibson 2.  Maybe if we could make it a little bit bigger, it

9  would be easier for me --

10      MS. HIMMELHOCH:  My apologies, Your Honor, I failed

11  to ask permission to call this up.  May I have permission --

12      THE COURT:  Yes.

13  Q   Can we zoom in on the upper part of the boiler, please?

14  Thank you.

15  A   This boiler is generally similar -- very generally similar

16  to the Wabash units.  There are some differences in the layout

17  of the superheaters and reheaters, but you still have -- over

18  on this side, you still have the big furnace.  Then through

19  here, you have various sections of superheater and reheater

20  and economizer.  Now, can I get rid of all those?

21      What was the actual reheater in this unit consists of

22  some banks of horizontal tubes, and then these connecting

23  tubes -- well, these connecting tubes, and then what are

24  called pendant tubes up here.  Then the tubes go out to the --

25  up there.  That's about as clear as mud.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-643

1        So -- but what was replaced was the upper portion of

2    the horizontal banks of the tubes, and that's what's

3    highlighted in yellow down at the bottom.  And then all of the

4    connecting sections of tubes and then all of the pendant

5    sections of tubes.

6    Q    Where did this drawing come from?

7    A    This is a drawing from a company document.  I highlighted

8    the section that was replaced, but other than that, it's a

9    company drawing.

10   Q    Did you determine why they replaced the section of the

11   reheater?

12   A    Yes.  Again, it involved tubing that had deteriorated over

13   time, and had gotten to the point where it was starting to

14   cause more and more frequent leaks.  Perhaps the only

15   difference here is that this is a bigger unit than the Wabash

16   River units.  It was newer, but some of these bigger units

17   that were built in this time period, the materials weren't as

18   good as they should have been for the application and so you

19   get -- you ended up having some units, including Gibson 2

20   here, where the tubing had substantially deteriorated after

21   only about I think it was maybe about 20 years.  Something

22   like -- here we go (indicating).  25 years.

23   Q    Did you locate any Cinergy documents that indicated the

24   reason why Cinergy undertook this project?

25   A    Yes.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-644

1  Q   If you could please turn to Exhibit 841, which is a

2  document that has been admitted as authentic and nonhearsay.

3       MS. HIMMELHOCH:  I move for its admission at this

4  time.  That would be in the big book.

5       MR. GREEN:  Which book is that?

6       MS. HIMMELHOCH:  It should be in the first volume --

7  I'm sorry.  It's in the small volume.  My apologies.

8       MR. GREEN:  No objection.

9       THE COURT:  All right.  The exhibit's admitted.

10      MS. HIMMELHOCH:  Thank you.

11   *(Plaintiff's Exhibit 841 was received in evidence.)*

12  BY MS. HIMMELHOCH:

13  Q   If we could please call up Image 29B.

14      Mr. Koppe, is this the document to which you were

15  referring?

16  A   Yes.

17  Q   And if we could call up the middle section of the

18  document?

19      Could you please read into the record the reason for

20  the budget request.

21  A   "Unit 2 reheater has been in service 24 years and is

22  nearing the end of its useful life.  The upper reheat pendant

23  and vertical tube section" -- that's what I was calling the

24  connecting section earlier -- "has suffered damage from coal

25  ash corrosion, flyash erosion and soot blower erosion.  The

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-645

1  T-22 tube material in this area is highly susceptible to coal

2  ash corrosion.  The work order has already been approved for

3  this project in 1999 and the tube material has been ordered."

4  Q   And then could you please read in the "Economic

5  Considerations Followed in Making Budget Request"?

6  A   Yes.  "It is predicted that six tube leaks per year of

7  four days' duration each would be avoided starting in 2002."

8  Then the rest has to do with cost.  That's the key thing as

9  far as availability.

10 Q   Based on this Cinergy document and your own experience and

11 analysis, do you have an opinion on whether Cinergy should

12 have expected outages in the reheater area of the Gibson

13 boiler in the five years following the project?

14 A   As with all of these, with a new set of tubes and upgraded

15 materials, the company should not have expected outages due to

16 these new tubes after the project.

17 Q   For the jury's information, when was this project

18 undertaken?

19 A   I believe it was in the year 2000.

20 Q   Could it have been 2001?

21 A   It could have been.

22 Q   In approximately 2000, 2001?

23 A   That's -- that is certain, yes.

24 Q   Did you quantify the availability losses due to the leaks

25 in this area of the reheater in the five years preceding the

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-646

1  project?

2  A    Yes.

3  Q    What did you conclude?

4  A    The leaks –– leaks in the reheater at Gibson 2 in the five

5  years before the project caused a total of 7,000 –– I'm

6  sorry –– that would be big –– 767 hours of outage.

7  Q    What was the per year average during that time period?

8  A    153 hours per year.

9  Q    What did you determine with respect to the expectation

10  related to the effect of this project on the heat rate of the

11  Gibson Unit 2 boiler?

12  A    There would be no effect on heat rate.

13  Q    What did you determine with respect to the capability ––

14  the effect –– the expected effect on the capability of Gibson

15  Unit 2 as a result of this project?

16  A    There would be no effect on the capability.

17  Q    Let's turn now to another set of projects, and these are

18  the condenser replacements that occurred at Beckjord Units 5

19  and 6, and Gallagher Unit 2.

20        Let's first start with the Beckjord Unit 5 project.

21  Now, the jury has heard previously about this from

22  Mr. Hekking, but again if we can just orient ourselves with a

23  brief description of this project.

24        Could you please describe it for the jury?

25  A    The condenser sits under the turbine, and when the steam

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-647

1  leaves the turbine, it flows over thousands of copper tubes,

2  cooling water from whatever the local cooling source is, a

3  river or a cooling tower, runs through those tubes and cools

4  them.

5       The water condenses on the outside of those tubes,

6  drips down to the bottom and then gets pumped back to the

7  boiler.  As time goes on, the materials in the tubes can

8  deteriorate and eventually reach the point where it's

9  necessary to replace all of the tubing.

10       And that's what was done at this project.  The full

11  length of each of the tubes, I think, is about 30 feet long.

12  There are something like about 14,000 tubes and all of those

13  tubes were replaced.

14  Q   Did you determine why Cinergy performed this project?

15  A   It, again, is because the tubes had deteriorated and were

16  leaking causing outage time.

17  Q   Did you locate any documents indicating Cinergy's

18  expectations with respect to this project?

19  A   Yes.

20  Q   I'd like to you turn now to Exhibit 9, which should be in

21  the big book.

22       MS. HIMMELHOCH:  Your Honor, this is a Cinergy

23  document that Cinergy has admitted as authentic and

24  nonhearsay, and I move for its admission at this time.

25       MR. GREEN:  No objection.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-648

1          THE COURT:  The exhibit is admitted.

2      *(Plaintiffs' Exhibit 9 was received in evidence.)*

3  BY MS. HIMMELHOCH:

4  Q   If you could call up Image 30.

5          Mr. Koppe, is this one of the documents that you were

6  speaking of?

7  A   Yes.

8  Q   If we could bring out the portion that says "Reasons for

9  Budget Request."  Could you please read into the record the

10  "Reasons for the Budget Request"?

11  A   "There are now over 800 tubes plugged on this condenser.

12  Sampling performed in 1987 showed that average tube wall loss

13  is greater than 30 percent.  Leaks that are too small to be

14  detected by on-line sampling are found at each economy outage,

15  and larger leaks have caused forced outages."

16  Q   Okay.  Let's stop there.  What is an "economy outage"?

17  A   An economy outage is something that's also called a

18  "reserve shutdown."  It's a time when the unit is, at least in

19  theory, available to operate but is not operated.  It's left

20  shut down because it isn't needed.

21  Q   Then let's go ahead and look at the "Economic

22  Considerations Followed in Making Budget Request" in the

23  Cinergy document.

24  A   "The long-term effects of condenser tube leaks are

25  significant.  Condenser tube leaks upset boiler water

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-649

1  chemistry and will result in damage and failure of water wall

2  tubing.  The cost of replacement water wall tubing and the

3  impacts of forced outages can easily exceed the cost of this

4  replacement.  A single condenser tube leak cannot be

5  tolerated."

6  Q    Based on your review of these and other Cinergy documents

7  and the GADS data, have you determined how many hours of

8  availability were lost in the five years preceding the project

9  as a result of leaks in the condenser at Beckjord Unit 5?

10  A    Yes.

11  Q    How many were there?

12  A    It was 337 hours of outage time or equivalent outage time

13  during the five years.

14  Q    And the per year average during that time period?

15  A    67 hours per year.

16  Q    When they replaced these tubes, do you know whether they

17  replaced them with upgraded material?

18  A    They did.

19  Q    What effect did that have on your opinion about what

20  outages Cinergy should have expected in the five years

21  following the project as a result of this replacement?

22  A    Well, even the original material had done reasonably well

23  for the first 10 or 20 years before it started causing

24  problems.  The new material, which is an alloy of copper and

25  nickel, has become standard throughout the industry for most

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-650

1  applications and generally -- and generally will run for 30

2  years or more without causing significant problems.

3  Q   Did you examine whether this project had any effect on the

4  heat rate of Beckjord Unit 5?

5  A   I concluded that there would be no effect or extremely

6  minimal effect on heat rate.

7  Q   Did you conclude that Cinergy should have expected an

8  increase in the capability of Beckjord Unit 5 as a result of

9  this project?

10 A   The company should have expected no change in the

11 capability of the unit.

12 Q   Let's now turn to the Beckjord condenser project at

13 Unit 6.  Do you know approximately when this project took

14 place?

15 A   I'm sorry.  At the moment, I'm not recalling and I don't

16 have it in my notes here.

17 Q   Well, the jury already heard about this from Mr. Hekking,

18 and we'll hope that they were paying attention at that time.

19        MR. GREEN:  I'll stipulate that it took place in

20 1994.

21        MS. HIMMELHOCH:  Thank you, sir.

22 BY MS. HIMMELHOCH:

23 Q   What was done during this project?

24 A   It was -- Beckjord 5 and 6 are essentially the same design

25 units and essentially the same thing was done at both units.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-651

1  Q    And why did Cinergy undertake this project?

2  A    The same reason.  The tubes had reached the point where

3  they were leaking.  That caused the unit to be shut down or

4  derated to replace those leaks -- to repair those leaks; and

5  also, if the problem were allowed to go on, impurities in the

6  cooling water that would come in through the leaks would

7  settle in the boiler and start to damage the boiler tubes.

8  Q    And if we could turn now to Exhibit 319.

9         MS. HIMMELHOCH:  This document has also been admitted

10 as authentic and nonhearsay, and I move for its admission at

11 this time.  That should be in the big book.

12        MR. GREEN:  No objection, Your Honor.

13        THE COURT:  The exhibit's admitted.

14  (Plaintiffs' Exhibit 319 was received in evidence.)

15 BY MS. HIMMELHOCH:

16 Q    May we please call up Image 32.

17        Mr. Koppe, is this one of the Cinergy documents that

18 you were thinking of?

19 A    Yes.

20 Q    And if we could please highlight the first paragraph.

21        Mr. Koppe, can you read the portion of this document

22 that you believe indicates why Cinergy undertook this project?

23 A    It's the first paragraph.  "The existing W.C. Beckjord

24 Station, Unit 6 condenser tubes have reached the end of their

25 useful life.  An increasing number of tube leaks and a high

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-652

1  reduction in tube wall thickness, determined through

2  eddy-current testing, demonstrate the necessity for tube

3  replacement.

4       "The existing tubes are the original installation and

5  are over 20 years old.  The reliability of the unit will be

6  compromised if the tubes are not replaced during the fall 1994

7  outage.

8  Q   Based on your experience, what does the term "reliability

9  of the unit" relate to?

10 A   It's slightly different from but very closely related to

11 availability.  Basically, the more reliable a unit is, the

12 more available it is and vice versa.

13 Q   Do you know what materials were used in the new tubes at

14 the Beckjord Unit 6 condenser?

15 A   As with Beckjord 5, it was alloys of copper and nickel.

16 You can actually see it here in this next paragraph.  What is

17 pretty much standard throughout the industry in recent decades

18 is to use an alloy that's 90 percent copper and 10 percent

19 nickel for most of the condenser.

20      Then in the areas of the condenser where the

21 conditions are the harshest, they use 70 percent copper,

22 30 percent nickel.  So you have that higher nickel content in

23 those tubes to give them added resistance to corrosion.

24 Q   Based on your review of the documents, what is your

25 conclusion regarding what Cinergy should have expected with

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-653

1  respect to outages in the five years following this project?

2  A   The company should not have expected outages due to these

3  tubes during that time.

4  Q   What are the total number of hours that you concluded were

5  lost in terms of availability at Beckjord Unit 6 due to

6  condenser tube leaks in the five years preceding the project?

7  A   It was a total of 299 hours or equivalent hours of outage

8  during the five years.

9  Q   And the average per year?

10  A   60 hours per year.

11  Q   We have one more condenser project to talk about and

12  that's the condenser at Gallagher Unit 2.  Now, the jury has

13  not heard about this project before, so let's begin with

14  telling them when this project took place.

15  A   1990.

16  Q   What did this project involve?

17  A   It's the same as the two at Beckjord in that all of the

18  old tubes in the condenser were removed and replaced with new

19  tubes.

20  Q   Was there any difference between the projects --

21  A   The only --

22  Q   -- other than the unit at which they were done?

23  A   Right.  And there are a different number of tubes in each

24  unit, but the only substantial difference is that while the

25  new tubes at the two Beckjord units were copper-nickel, the

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-654

1  new tubes at Gallagher 2 were titanium.

2  Q   What is —– why use titanium?

3  A   Well, titanium is the Cadillac of condenser tubes.  It's

4  amazingly resistant to corrosion in that kind of service and

5  will last essentially forever.  For most units, utilities

6  don't think that it's —– titanium is also more expensive than

7  copper—nickel, and utilities generally don't think it's worth

8  spending the extra money for the titanium.

9        In this case, the company had a lot of titanium

10  condenser tubes left over from the canceled nuclear unit at

11  Marble Hill.  So they decided to use those tubes in this

12  condenser.

13  Q   What is the significance of their having to use titanium

14  replacement tubes?

15  A   It just means that these tubes were even more resistant to

16  problems, will last something close to half of forever without

17  causing any significant problems.

18  Q   And, therefore, your conclusion regarding expected future

19  outages due to this component in the five years following the

20  project is what?

21  A   Is the same, that they would not expect any outages during

22  that time.

23  Q   Did you locate any documents indicating why Cinergy

24  undertook this project?

25  A   Yes.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-655

1  Q   I'd ask you to turn to Exhibit 657, which I believe is in

2  the smallest of the books.

3          MR. BOXERMAN:  657?

4          MS. HIMMELHOCH:  Yes, in the smallest of the books.

5          MR. BOXERMAN:  It's right here.

6          MS. HIMMELHOCH:  Oh, it's in the big book.  My

7  apologies.  It's in the big book.  And this document has been

8  admitted as authentic and nonhearsay.

9          THE COURT:  I think we actually have it in both

10 places.

11         MS. HIMMELHOCH:  Yes.  You have it in the sanction

12 book as well, sir.

13         MR. GREEN:  I don't have a problem, Your Honor.

14         THE COURT:  The exhibit's admitted.

15     *(Plaintiffs' Exhibit 657 was received in evidence.)*

16 BY MS. HIMMELHOCH:

17 Q   Okay.  Could we please call up Image No. 32.

18         Mr. Koppe, is this the first page of the document you

19 were referring to?

20 A   Yes.

21 Q   Could we now please have Image 33 -- or 32A.  Yes, thank

22 you.

23         This is a document that ends Bates No. GAL-018383; and

24 it has a Public Service letterhead on the top.  It's a memo

25 dated December 14th, 1988.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-656

1        Mr. Koppe, can you please point out the portion of

2   this document that explains why Cinergy undertook the project

3   at Gallagher Unit 2 for retubing of the condenser?

4   A    It's the first paragraph.

5   Q    Could you please read that first paragraph into the

6   record?

7   A    "The No. 1 and No. 2 condensers have been in service for

8   almost 30 years.  Since 1982, Unit 1 and Unit 2 condensers

9   have cost the company 43,126-megawatt hours due to condenser

10  leaks.  The cost of replacement power for this period was

11  $45,730.

12        "Since 1986, the GADS data shows that we have plugged

13  87 tubes in No. 1 and No. 2 condensers, and this pattern of

14  leakage seems to be grow exponentially.  If this pattern of

15  leakage is allowed to continue, Gallagher station will not be

16  a reliable source of power in the mid-1990s due to generation

17  lost replacing [sic] condenser leaks."

18  Q    I think you misread the last portion of that sentence.

19  "Generation lost" --

20  A    "Repairing condenser leaks."

21  Q    Thank you.

22        Based on this Cinergy document, and the other

23  information that you have reviewed, did you reach any

24  conclusion about how many hours of availability were lost due

25  to leaks in the Gallagher condenser in the five years

KOPPE — DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–657

1  preceding the project?

2  A    Yes.  The unit was shut down for the equivalent of 181

3  hours during that five years.

4  Q    And the average each year during that period?

5  A    36 hours per year.

6  Q    Did you reach -- did you conclude that Cinergy should have

7  expected any change in either the heat rate or capability of

8  Gallagher Unit 2 as a result of this project?

9  A    They should not have expected changes in either the heat

10  rate or the capability.

11  Q    Okay.  Let's turn to another project that Cinergy has

12  not -- my apologies -- that the jury has not yet heard about,

13  and that is the Miami Fort Unit 5 tube replacement.

14        Please describe the configuration of Miami Fort

15  Unit 5.

16  A    Miami Fort 5 is the oldest of the units that are at issue

17  in this case, and it has some features that were common for

18  units that were built before and immediately after World

19  War II but have not been used since then.

20        One of those features is that there are two separate

21  boilers, and each boiler provides half of the steam that's

22  needed to run the turbine.  So the two boilers each produce

23  steam.  The steam then comes together in pipes and goes to a

24  single turbine, but there are two separate boilers.

25  Q    Are you familiar with the project that occurred at this

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-658

1  unit in 1995?

2  A   Yes.

3  Q   Can you describe what that project was?

4  A   The –– in each of the two boilers, the lower part of the

5  furnace was replaced.  The tubes on the walls and then the

6  tubes come down –– I don't know if you remember this from

7  other presentations, or if you were even shown this, but at

8  the bottom of a typical boiler, the tubes come down and then

9  bend together and then turn out again.

10       It forms a kind of a hopper or a chute for the ash

11 from the coal to drop down through.  And then the tubes join

12 into headers underneath.  And all of that section of each of

13 the furnaces, the headers and the tubes that run up through

14 the slope and then up the walls, was replaced.

15 Q   Why did Cinergy do that replacement project?

16 A   It's the same as all the other projects we've heard about

17 so far, which is that after years of operation, the tubes had

18 degraded and they were causing outages.

19 Q   Were they causing outages or deratings?

20 A   Well, mostly at this plant, at this unit, they were

21 causing deratings.  Typically, when you only have a single

22 boiler in a unit, if you have a tube leak, you have to shut

23 the whole boiler down to fix it.  The unit is in an outage.

24       In this unit, because there are two boilers and you

25 can run it at half power with one of the boilers operating, if

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–659

1  you have leaks in one of the two boilers, can shut that boiler

2  down and continue to run the unit at half power using the

3  other boiler.

4  Q   What was causing the tube leaks in the sloped tube section

5  of this unit between 1990 and 1995?

6  A   There were two different problems.  One is that the joints

7  where the tubes join to the headers were coming loose and were

8  leaking, and the other was that there was corrosion of the

9  tubes.

10 Q   What is a header?

11 A   A header is –– you can think of it as a long tank.  In

12 many ways, it looks like a big piece of pipe with a cap on

13 each end.

14      Then many tubes, typically hundreds of tubes are

15 connected to the header.  So for each section of boiler tubes,

16 there will be a header at each end.  The water will come into

17 a pipe at the header and then it will be distributed through

18 all the tubes in the section.

19      Then at the other end, all the tubes come to another

20 header, the water is collected in that header and flows off in

21 a pipe to wherever it's going next.

22 Q   Why were there leaks in the joints between the tubes and

23 that header?

24 A   In modern boilers, the tubes –– each tube is welded to the

25 header.  In earlier designed boilers, they would push each

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–660

1  tube into the hole in the header and then go in there and

2  squeeze it and expand the tube out against the header to form

3  a joint, but there was no actual welding.

4        Those joints, at the lower pressures of these earlier

5  boilers, those joints worked reasonably well, but they tend to

6  work loose as the unit is operated over many years.

7  Q   Why was corrosion occurring on the outside of the furnace?

8  A   The design of the boiler was such that ash –– it's hard to

9  try to do this with my hands.

10        If this is the slopes of tubes, ash in the furnace is

11  in here in the middle.  Ash would get around on the outside

12  and collect behind the tubes.  Then moisture would get there,

13  too.  So you'd have this mixture of ash and moisture which is

14  corrosive, and it was just sitting there against the tubes.

15  And over many years, it would slowly eat away at the metal in

16  the tubes.

17  Q   When Cinergy replaced the tubes and headers, were there

18  any changes made in the design?

19  A   Yes.  They made two changes, one to address each of these

20  two problems that had affected the unit.  Where the tubes all

21  joined the headers, they used welded connections, which is

22  standard in modern boilers.

23        In the areas where the ash had been collecting behind

24  the tubes and causing corrosion, they put some casing in

25  there, some metal, that would keep the ash from collecting in

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-661

1  there.

2  Q   Have you located any documents indicating Cinergy's

3  expectations as to what the effect of this project would be?

4  A   Yes.

5  Q   If we could please turn now to Exhibit 952.

6       MS. HIMMELHOCH:  This is a Cinergy document that has

7  been admitted as authentic and nonhearsay, and it should be in

8  the big book.

9       MR. GREEN:  No objection.

10       THE COURT:  Exhibit's admitted.

11  *(Plaintiffs' Exhibit 952 was received in evidence.)*

12       MS. HIMMELHOCH:  May I publish to the jury?

13       THE COURT:  You may.

14  BY MS. HIMMELHOCH:

15  Q   Please call up Image 33.

16       Is this one of the documents you were referring to,

17  Mr. Koppe?

18  A   Yes.

19  Q   And where in this document is the description of Cinergy's

20  expectation?

21  A   The -- the section -- the typed section, the "Reasons for

22  Budget Request."

23  Q   Could we highlight that, please?

24       Could you please read that into the record?

25  A   "The existing slope tubes have deteriorated to

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-662

1  approximately 52 percent of their original wall thickness as a

2  result of internal and external corrosion.  This has resulted

3  in numerous forced outages due to tube failures.

4        "The existing lower water wall headers are original

5  and utilize a rolled tube construction designed for

6  base-loaded operation.  Operation of the units in a peaking

7  mode has resulted in overstress and cracking in the rolled

8  area of the tubes.

9        "Replacement of the tubes and headers is necessary to

10  prevent additional tube failures and to ensure continued

11  reliability of the unit.  A safety concern also exists as this

12  portion of the boiler is near a high personnel traffic area."

13  Q    Let's focus on a couple of terms that were used in this

14  section.  They indicate that -- they discuss base-loaded

15  operation and peaking mode.  Can you explain what those two

16  are?

17  A    Yes.  More economical plants are run all the time that

18  they're available to run, and that's called base-loaded

19  operation.  Whenever the unit's available, it runs.  It may

20  reduce power at night; but when it's available, it's running

21  at some power level.  So such a unit doesn't start up and shut

22  down very often, only when there's a problem and you have an

23  outage.

24        Peaking mode is the units that are less economical,

25  and they're only used during times when the customer's use of

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-663

1  electricity is the highest, and the base-loaded units can't

2  meet of all the demand for electricity.

3      So these units tend to start up and shut down more

4  frequently.  They may start up in the morning, run during the

5  day and then shut down again at night; or more commonly,

6  they'll start up on a Monday and run to Friday and then shut

7  down for the weekend.

8      So they end up starting up and shutting down a lot

9  more often, and that causes -- every time the boiler starts up

10  and shuts down, it gets heated up.  When it starts up, it

11  cools down again.  When it shuts down, that puts stresses on a

12  lot of the parts of the boiler.

13  Q   Let's turn to the second page of this document, and that's

14  Image 34, please.

15      Is there any additional information on this page

16  regarding what Cinergy should have expected as a result of

17  this project?

18  A   I know there is, but I'm having a hard time finding it, if

19  you could make it a little bigger.

20  Q   Perhaps I could direct you to the second -- to the middle

21  of the paragraph, the sentence that begins "Based on"?

22  A   Yes.

23  Q   Could you read that sentence into the record?

24  A   "Based on these problems" -- and those are the problems we

25  were talking about earlier -- "over the past several years, it

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-664

1  is reasonable to believe that reliability and availability --

2  oh, "Based on these problems over the past several years, it

3  is reasonable to believe that reliability and availability

4  problems will continue, particularly during periods of peak

5  power demand."

6  Q    Could you continue with the next sentence, please?

7  A    "With Unit 5 unavailable for service, the company would be

8  reduced to operate combustion turbines, incurring serious

9  economic cost adjustments".

10  Q    Based on this Cinergy document and other Cinergy

11  documents, have you reached a conclusion about what Cinergy

12  should have expected in terms of outages in these areas of the

13  Unit 5 boiler at Miami Fort 5 in the five years following the

14  project?

15  A    If the project was implemented, if the tubes were

16  replaced, Cinergy should have expected that there would not be

17  any outages due to those tubes.

18  Q    And do you know if those tubes were replaced?

19  A    They were.

20  Q    Do you know what materials were used in the replacement

21  tubes?

22  A    I believe -- you can no longer buy exactly the same

23  materials as what were used in the 1940s, but the materials

24  that were used were equivalent to what was used originally.

25  Q    So with brand-new tubes and a faceplate on the outside of

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-665

1  the furnace and a new form of header joints, what is your

2  conclusion -- strike that.  I'm sorry.  I don't know where I

3  was going with that.  I apologize.

4       You calculated the total amount of availability lost

5  due to these problems in the five years preceding the project?

6  A    Yes.

7  Q    And what was that total?

8  A    A -- 333 hours of outage -- or equivalent hours of outage.

9  Q    What was the per year average of losses?

10 A    66.

11 Q    What, if any, change in the heat rate or capability should

12 Cinergy have expected as a result of this project at Miami

13 Fort Unit 5?

14 A    There would be no change in either heat rate or

15 capability.

16 Q    Let's turn now and just start on the Beckjord Life

17 Extension projects before we get to our first break.  You're

18 familiar with these projects at Beckjord Units 1, 2 and 3?

19 A    Yes.

20 Q    Now, the jury hasn't heard about these, so let's talk

21 about these in a little bit of detail.  What kinds of projects

22 were these?

23 A    These were Life Extension projects; and basically, that

24 means that the company went through and identified all the

25 problems the unit had or was likely to have over the next 20

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-666

1  years and made –– replaced equipment and made upgrades to

2  address all of those.

3  Q    When were these projects undertaken?

4  A    Beckjord 3 was done in 1985.  Beckjord 2 was done in 1986,

5  and then Beckjord 1 was done in 1987.

6  Q    At the time the projects were undertaken, approximately

7  how long had each of these units been operating?

8  A    About 30 years.

9  Q    Do you know or do you have an opinion about what Cinergy

10 expected to have done with these units if it had not

11 implemented the Life Extension projects?

12 A    If Cinergy had not implemented the Life Extension

13 projects, it might have continued to operate these units for a

14 few more years; but they would have operated very lightly and

15 would eventually have been retired.

16 Q    Why do you conclude that?

17 A    The –– I've seen other units throughout the industry in a

18 similar situation; and that's what happens.  If you're going

19 to use a unit a fair amount, it's worth spending the money to

20 make it run right, and if you're not going to spent that kind

21 of money to make it run right, then it will just continue to

22 deteriorate and deteriorate and you'll get to the point where

23 you start it up and after a day or two it will have an outage.

24 It just isn't a practical thing to do to run a unit that's

25 that unreliable.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-667

1  Q   Earlier –– or yesterday, you talked about the Life

2  Extension projects at Wabash River Unit –– oh, no.  That was

3  today.  You talked about the Life Extension projects at Wabash

4  River.

5       Were the projects at Beckjord 1, 2 and 3 different

6  from the projects we talked about at Wabash River?

7  A   They were.  In both cases –– I'm sorry.

8  Q   Please explain how they were different.

9  A   In both cases, the decision was made to take these units

10  that had run for 30 or 35 years, which was roughly what they

11  were originally designed for, and make them so that they could

12  operate for another 20 years or more.  So in that way, they

13  were all the same.

14       The difference is that at Wabash River, the units were

15  still in pretty good shape.  There were some major problems

16  with a couple sections of boiler tubes; but overall, the units

17  were in pretty good shape.  So the Life Extension consisted of

18  identifying any future problems, planning for them but not

19  necessarily replacing equipment all right then.  You could

20  wait until –– you could wait five or ten years to replace some

21  of the equipment.

22       At the Beckjord units, the overall condition of the

23  units was much worse.  The units had deteriorated worse.

24  There were quite a number of sections of boiler tube, as well

25  as the condensers, as well as the turbine and the generator

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-668

1  that were all in pretty bad shape.

2      And the company decided to, rather than do things

3  piecemeal over the next 20 years, to just do everything all at

4  once; not only fix the problems that were affecting the unit

5  now, but also if they expected something to be a problem five

6  or ten years from now, fix that now, too.

7  Q   Have you seen any Cinergy documents referring to this as a

8  one-shot refurbishment project?

9  A   Yes.

10 Q   Let's start with Unit 3.  What was done at Unit 3?

11      MS. HIMMELHOCH:  And I'll ask Your Honor's permission

12 to call up Image 35, which is Koppe Demonstrative Exhibit 12.

13 This was something that you ruled we could use yesterday.

14      THE COURT:  All right.

15 BY MS. HIMMELHOCH:

16 Q   Using this summary or chart, can you please explain what

17 was done during the Unit 3 Life Extension project?

18 A   Yes.  This is a list I made that summarized -- I think at

19 Beckjord 3, there were 49 separate projects or replacements

20 that were done, and I've tried to summarize them here.

21      Many of the most important ones are in the boiler.  So

22 they replaced boiler tubes in the primary superheater, the

23 secondary superheater, the primary reheater and the secondary

24 reheater.

25 Q   Let's stop there for a moment.  How big are each of those

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-669

1  components?

2  A   Well, they're comparable to what we've seen at Wabash

3  River, the various Wabash River units.  Each of these is a

4  large section of tubing in the boiler.

5  Q   Can you please continue now?

6  A   They were also replacing three of the high temperature

7  headers.  These are the headers that see the highest

8  temperature steam.  They also replaced the boiler casing and

9  insulation.  I don't know if that's been described up until

10  now, but --

11  Q   No.  Could you please describe what the boiler casing is?

12  A   The shell of a boiler -- it's hard without a picture.  The

13  shell of a boiler is lined with tubes, which usually carry

14  water, in some cases steam, to cool the combustion gases and

15  also to heat the water.

16      But then outside of those tubes, you need insulation

17  so you don't waste a lot of heat and also make the place

18  impossibly hot to work in.

19      Then outside of that insulation is some kind of sheet

20  metal that encases everything, holds everything in place,

21  keeps air from leaking in or out of the boiler.

22  Q   What else was done with respect to the boiler?

23  A   Other things that were replaced included the combustion

24  controls; the igniters, which are kind of like the pilot

25  light, only bigger; and the secondary air dampers.  These are

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-670

1  some of the dampers that control the flow of air and coal into

2  the boiler.

3  Q    What was done in the turbine generator area of this unit?

4  A    Things that were replaced included the inner shell of the

5  high pressure section of the turbine, five rows of blades in

6  the turbine, and then all of the electrical windings in the

7  generator.

8        The generator is a big shell, but the essence of it is

9  all these copper coils, wires, windings.  All of those were

10  replaced both on the rotating part and the stationary part of

11  the generator; the generator exciter.  Also, the turbine seals

12  were changed.  They were originally water seals and they were

13  changed to steam seals.

14  Q    What does that mean?

15  A    The turbine shaft goes in and out of various casings; and

16  inside the casings are high temperature, high pressure steam.

17  You need to have seals where the shaft goes in and out of each

18  of these casings to prevent the steam from leaking out.

19        These seals work by injecting steam or water into a

20  labyrinth, and earlier designs often used water seals.

21  They're not as good as steam seals.  So the seals were

22  upgraded here to use steam, which is what is done in modern

23  turbines.

24  Q    Can you continue with the turbine generator projects?

25  A    Bypass valves were installed around the turbine stop

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–671

1  valves.  There were a number of additions and upgrades to the

2  instruments and controls.

3  Q    Was there anything else done on this project?

4  A    I've listed other equipment which is everything other than

5  the turbine generator and the boiler.  One of the big ones is

6  this first one, replacing all of the tubes in the main

7  condenser.

8  Q    And is that equivalent to the project that we talked about

9  at Beckjord Unit 5?

10 A    Yes.  The hopper chutes and valves associated with the

11 coal bunkers were replaced.  There were problems.  Coal coming

12 down into the pulverizers would get hung up and they'd have to

13 reduce power or shut down to get that loose.  So they replaced

14 those with upgraded equipment so the coal would flow more

15 freely to the pulverizers.

16      They replaced the motors that ran the feeders that

17 carry the coal into the pulverizer.  They replaced the motors,

18 the drives for the –- some of the fans that move air in and

19 out of the boiler.  They replaced the primary air fans.  These

20 are more fans that move air into the boiler.

21      They replaced the makeup demineralizers.  The boiler

22 needs very clean water, very high purity water.  There's a

23 certain amount of leakage throughout the system, so you need

24 to make up water.  You need to bring in a certain amount of

25 clean water into the system with time.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5–672

 1          Typically, they take well water and then run them
 2   through a series of demineralizers.  That system was replaced.
 3   Piping in service water is a system that provides cooling
 4   water for various pieces of equipment throughout the unit.
 5   Some of the piping in the service water system was replaced.
 6   And then various instruments and controls were replaced.
 7          MS. HIMMELHOCH:  Your Honor, this might be a
 8   convenient time for the morning break.
 9          THE COURT:  All right.  We'll take our morning break
10   at this time.
11          COURT CLERK:  All rise.  This court stands aside in
12   brief recess.
13      (Jury out.)
14      (A recess was taken.)
15      (Jury in.)
16                      (In open court)
17          THE COURT:  You may continue.
18          MS. HIMMELHOCH:  Thank you, Your Honor.
19   BY MS. HIMMELHOCH:
20   Q   Mr. Koppe, before we took a break, you had listed out the
21   number of items that were replaced or worked on in the
22   Beckjord Unit 3 Life Extension Project.
23          Just so we can give the jury a sense of the scope of
24   this project, can you compare it in scope to the projects that
25   we've already talked about today?

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-673

1  A   Yes, it's not easy to make an exact comparison in that

2  some of the projects we've talked about are pretty different,

3  but this is four or five or six times as much work as the

4  other projects we've been talking about.

5  Q   Did you examine the availability losses due to the various

6  components that were replaced during the Beckjord Life

7  Extension project at Unit 3?

8  A   Yes.

9  Q   How many hours of availability were lost in the five years

10 preceding the project?

11 A   1,063.

12 Q   On average, how many hours were lost each year?

13 A   213.

14 Q   Did you locate any Cinergy documents indicating why they

15 had undertaken these projects?

16 A   Yes.

17 Q   I'd like to turn now to Exhibit 144, which I believe is in

18 the small book.  The other small book, Your Honor.  That's the

19 image book.

20        THE COURT:  The small book?

21        MS. HIMMELHOCH:  The small book I handed you this

22 morning.

23        THE COURT:  I've got small books all over my desk.

24        MS. HIMMELHOCH:  There should be a copy of it in

25 there as well.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-674

1          THE COURT:  I have it.

2          MS. HIMMELHOCH:  This document has been admitted as

3  authentic and nonhearsay by Cinergy, and I move for its

4  admission.

5          MR. GREEN:  No problem.

6          THE COURT:  The exhibit's admitted.

7      *(Plaintiffs' Exhibit 144 was received in evidence.)*

8  BY MS. HIMMELHOCH:

9  Q   If we could please call up Image 36.

10         Mr. Koppe, is this one of the documents you located?

11 A   Yes.

12 Q   And could you please point us to the page that you would

13 like to refer to?

14 A   We could start to the next page.

15 Q   Could we turn to the next image, please.

16         Could you please tell us what portion of this page we

17 should be looking at?

18 A   This doesn't match what I have.

19         MS. HIMMELHOCH:  Your Honor, may I approach the

20 witness to see what's in his book?

21         THE COURT:  Sure.  You've got page 2.  He's looking

22 at page 1.

23     *(A discussion was held off the record.)*

24         MS. HIMMELHOCH:  My apologies, Your Honor.  I did not

25 give the witness what he had requested.

KOPPE − DIRECT (RESUMED)/HIMMELHOCH    Vol. 5−675

1          If we could, please, turn to Exhibit 120, is that in

2     your book?

3          THE COURT:  120?

4          MS. HIMMELHOCH:  No, it's not?  May I have a moment

5     to confer?

6          THE COURT:  Sure.  120 is in the big book.

7          THE WITNESS:  May I try to assist verbally?

8          THE COURT:  No.  Wait till you consult with her.

9          MS. HIMMELHOCH:  Your Honor, at this time, we move

10    for the admission of Exhibit 120, which has been admitted as

11    authentic and nonhearsay by Cinergy.

12         THE COURT:  If you want to consult with her, you can

13    now.

14         The witness would like to chat with you.

15         MS. HIMMELHOCH:  I'm sorry.  May I approach?

16         THE COURT:  Yes.

17      *(A discussion was held off the record.)*

18         MS. HIMMELHOCH:  I apologize for this delay.  Could

19    we please call up the image that matches 144?

20         MR. GREEN:  Which one am I being asked about?

21         MS. HIMMELHOCH:  144.

22         THE COURT:  So you're not offering 120 then?

23         MS. HIMMELHOCH:  Not at this time.

24         MR. GREEN:  I don't have any problem with it.

25         THE COURT:  It's admitted.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-676

1    *(Plaintiffs' Exhibit 120 was received in evidence.)*

2    BY MS. HIMMELHOCH:

3    Q    If we could turn to the second page of this document.    It

4    should be the next image.

5        Mr. Koppe, can you please direct the jury to the

6    portion of this page that you would like them to read?

7    A    Let's start with the very top paragraph, "Purpose and

8    Necessity."

9    Q    Could you please read the portion that you want them to

10    understand into the record.

11    A    "W.C. Beckjord Unit 3 will be expected to operate an

12    additional 30 years.    In order to prepare the unit for this

13    extended service life, it is necessary to perform various

14    modifications and replacements.    This work order covers the

15    boiler improvements necessary to provide for this extended

16    life operation."

17    Q    Are there any additional portions of this page that go to

18    your understanding of Cinergy's expectations from this project

19    or the reasons for this project?

20    A    There are a number, and let me -- just give me a minute to

21    pick out some of the more important ones.

22    Q    Perhaps rather than reading particular portions, can you

23    summarize your understanding of this document for the jury?

24    A    Yes.    Actually, I found one thing.    So I could read that

25    and then summarize.    Lower down on this same page, the two

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–677

1  banks of the primary reheater.

2  Q   The last paragraph?

3  A   Yes.

4  Q   Could you read the portion that you want to call attention

5  to in this page?

6  A   "In 1984, there were two tube leaks in the top banks of

7  the primary reheater, and an inspection pinpointed five more

8  areas where failure due to erosion is" –– it says "imminent,"

9  I presume it meant "eminent."

10        "We can expect more failures to occur in the next five

11  years.  Since there is not a major outage on the unit for 10

12  years after the 1985 outage, the top two banks of the reheater

13  must be replaced in September 1985.  Replacement is essential

14  to reliable operation of the unit."

15  Q   Are there similar statements regarding the other

16  components being replaced at Beckjord 3 as part of this

17  project?

18        COURT REPORTER:  Could you repeat that question?

19  Q   Sure.  Are there similar statements in this document

20  regarding the other components being proposed for replacement

21  as part of this project?

22  A   There are similar statements regarding some of the other

23  components that were replaced that are in this document, and

24  then there are other documents which contain similar

25  statements regarding other components.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-678

1  Q    Did you reach -- did you conclude that Cinergy should have

2  expected a change in either the heat rate or capability of

3  Beckjord Unit 3 as a result of this project?

4  A    I concluded that it might have expected some small

5  improvement in the heat rate of the unit.  I didn't have

6  enough information to quantify that, but I concluded that it

7  would be small in comparison with the effect of the improved

8  availability.

9  Q    With respect to capability, did you conclude Cinergy

10  should have expected a change in capability?

11  A    They should not.

12  Q    Let's turn now to the Beckjord Unit 2 Life Extension

13  project.  That was the next one that happened, correct?

14  A    Yes.

15  Q    Let's start by saying -- in general, what was the scope of

16  this project?

17  A    In general, it was very similar.  The actual -- the units

18  were similar size and age.  The actual boiler designs and

19  turbine generator designs were different between the two

20  units, so a lot of the details of what were done were

21  different but the overall kinds of things that were done, the

22  overall scope was very similar.

23  Q    Could we please call up Image 41, a copy of

24  Demonstrative -- I believe we're up to 13 now.

25          Mr. Koppe, using this image and your review of the

KOPPE − DIRECT (RESUMED)/HIMMELHOCH    Vol. 5−679

1  documents, can you please explain what was performed at that

2  Life Extension project at Beckjord Unit 2?

3  A   Yes.  This list goes on and on, so maybe I'll just

4  highlight some.  Of course, always one of the biggest and most

5  important things is replacement of boiler tubes.  So I'll go

6  through that.

7       They were going to replace all of the tubes in the low

8  temperature superheater, the high temperature superheater,

9  crossover tubes, the high temperature reheater, and the

10  reheater crossover, the boiler roof, the rear waterwall of the

11  furnace.  That's a lot of sections of tubing in the boiler.

12       Let's see, quite a number of headers; if you look at

13  the fourth bullet, it talks about the reheat outlet junction

14  header, the reheat outlet header, the high temperature

15  superheater outlet header, and the low temperature superheater

16  inlet header.  So something on the order of half of the

17  headers in the superheaters and reheaters.

18       Again, as with Unit 3, the insulation and the casing

19  for the boiler were replaced.  The igniters which, you know,

20  these are the things that light off the flame, kind of like

21  the pilot light on a furnace or a stove, but a lot bigger.

22       There were extensive repairs to the air heaters.

23  There were the modifications to the coal bunkers, hoppers and

24  chutes.  That's the same thing that was done on Unit 3 to

25  eliminate the problem of coal hanging up and not getting into

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-680

1  the pulverizer.

2          They replaced the couplings on the induced draft fans.

3  Those are some of the fans that push air into the boiler.

4  They replaced them.  They had magnetic couplings, which don't

5  work very well, and had replaced them with hydraulic couplings

6  which is a much better design.

7          They replaced some of the soot blowers.  This is

8  another big one.  The control room was virtually gutted to

9  replace all the combustion controls, draft gauges, recorders

10  and --

11          COURT REPORTER:  I'm sorry, could you please slow

12  down.  "To replace"...

13  A   To replace all the combustion controls, draft gauges,

14  recorders and enunciator alarm system.  So much of the

15  instruments and the controls in the control room were

16  replaced.

17  Q   So is it fair to say this was a substantial project again?

18  A   Oh, yes.

19  Q   Do you recall approximately on an order of magnitude how

20  much this project cost?

21  A   I remember – I believe these projects were on the order of

22  15- to $20 million.

23  Q   Did you locate any documents indicating why Cinergy

24  undertook this project at Unit 2?

25  A   Yes.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-681

1  Q   If we could now turn to -- well, why don't you tell us why

2  you think these projects were done?

3  A   It's the same really as Beckjord 3.  The unit, obviously

4  given how much equipment is being replaced here, there was

5  quite a lot of deterioration in these units.

6        After 30 years of operation, the company wanted to

7  make it so that these units would operate for another 30

8  years.  So a lot of equipment was replaced, sometimes just to

9  get new equipment, but often also to improve the design in

10 addition.

11 Q   Do you have any understanding that Cinergy expected this

12 project to result in an increase in availability to the system

13 of this unit?

14 A   Yes.

15 Q   About how many hours of availability were lost during the

16 five years preceding the project due to leaks in the

17 components replaced during this project?

18 A   There were 871 hours or equivalent hours of outage time

19 during the five years.

20 Q   How many hours of availability were lost on average each

21 year in the five years preceding the project due to leaks in

22 the components replaced during this project?

23 A   It's 174 hours lost totally.  Not all -- because some of

24 these projects were not involving tube leaks, but involved

25 controls and other things, not all of the historical outages

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-682

1  were due to leaks.  Some of them were due to other things?

2  But all the problems that were addressed by Life Extension

3  project caused a total of whatever I just said, 174 hours of

4  outage time a year.

5  Q   If you could please raise your voice a little bit so that

6  the jury could hear you a little bit better, that will be

7  great.  And I will try to stand closer to the microphone as

8  well.

9       Mr. Koppe, did you reach a conclusion about whether

10 any of the materials used in the replacement of these

11 components were upgraded in any way?

12 A   There were a number of upgrades in things such as the

13 boiler tube materials, the condenser tube materials, and the

14 turbine blade materials.

15 Q   Did you conclude that Cinergy should have expected a

16 change in the heat rate of Beckjord Unit 2 as a result of this

17 project?

18 A   I concluded that there might have been some small

19 improvement in heat rate.  As with Beckjord 3, I could not

20 quantify it, but I concluded there would be -- its effect

21 would be small in comparison with the effect on availability.

22 Q   What did you conclude with regard to the capability of

23 Beckjord Unit 2 as a result of this project?

24 A   The company should not have expected any change in the

25 capability of the unit.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5–683

1  Q   Let's turn to the last of these three Life Extension

2  projects and that's Beckjord Unit 1.  Can you please describe

3  in general terms –– and if we could call up Image 48 –– what

4  work was done during the Beckjord Unit 1 project?

5  A   This was generally similar to Beckjord 2.  Remember, I

6  said earlier that Beckjord 3 and Beckjord 2 had different

7  boiler designs, but Beckjord 1 and 2 have the same boiler.  So

8  the work that was done was quite similar.

9  Q   Maybe you can just point out some of the components that

10  you believed had an effect on pre–project availability, if you

11  would.

12  A   The very first bullet covers a lot of boiler tubes and, of

13  course, boiler tubes are always a major source of outages at

14  units when they become older.

15      The second bullet talks about some additional sections

16  of boiler tubes.  So actually does the third bullet.  So those

17  are all sections of boiler tubes that would have been causing

18  outages.

19      The next couple of bullets involve headers and those

20  are things that had not been causing outages in the past, but

21  inspection of the headers indicated that they would cause

22  outages in the future if they weren't replaced.  So this is

23  one of the situations where the company was replacing

24  something not to resolve an ongoing problem but to prevent a

25  future problem.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-684

1  Q   Did any of the work on the turbine generator address areas

2  that had been causing problems with availability?

3  A   Not that I recall.  Most, if not all of this work on the

4  turbine generator is to prevent future problems.

5  Q   Among the boiler components that were replaced were the

6  low temperature superheater, the high temperature superheater,

7  the high temperature superheater crossover, the high

8  temperature reheater, the high temperature reheater crossover,

9  the boiler roof, the rear waterwall and side waterwalls were

10 replaced.  Isn't that correct?

11 A   Yes.

12 Q   Did you locate any documents indicating why Cinergy had

13 undertaken this project?

14 A   Yes.

15 Q   If you could please turn to Exhibit 81, which should be in

16 the small book.

17         MS. HIMMELHOCH:  Your Honor, this document has been

18 admitted as authentic and nonhearsay.  And I move its

19 admission at this time.

20         MR. BOXERMAN:  Did you say 81?

21         MS. HIMMELHOCH:  81, yes.  Oh, it's in the big book.

22 My apologies.  This is what happens when you let lawyers mess

23 with their exhibits.  Me, I mean.

24         MR. GREEN:  No problem.

25         THE COURT:  The exhibit's admitted.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-685

1    *(Plaintiffs' Exhibit 81 was received in evidence.)*

2         MS. HIMMELHOCH:  Thank you.

3    BY MS. HIMMELHOCH:

4    Q   Mr. Koppe -- well, could we please call up Exhibit 49.

5         Mr. Koppe, is this one of the documents you were

6    referring to?

7    A   Yes.

8    Q   And rather than make you read out portions -- the jury

9    will be able to look at this document themselves in the jury

10   room -- could you please just explain basically what this

11   document says?

12   A   Basically, it says that many pieces of equipment need to

13   be replaced in order for the unit to operate for another 30

14   years.  Some of those equipment replacements are to eliminate

15   problems that already existed and others are to prevent

16   problems that would otherwise occur in the future.

17   Q   So similar justifications for the Beckjord Unit 3 project?

18   A   Yes.

19   Q   If we can step back to Beckjord Unit 2 in a moment -- for

20   a moment.  I don't think you should put that book down.

21        If we could turn to Exhibit 245.

22        MS. HIMMELHOCH:  This is another Cinergy document

23   that has been admitted as authentic and nonhearsay and I move

24   for its admission at this time.

25        MR. GREEN:  No objection.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-686

1          THE COURT:  The exhibit's admitted.

2     *(Plaintiffs' Exhibit 245 was received in evidence.)*

3          MS. HIMMELHOCH:  Thank you.

4  BY MS. HIMMELHOCH:

5  Q    Mr. Koppe -- could we please call up Image 42.

6          Mr. Koppe, does this exhibit relate to the Beckjord

7  Unit 2 Life Extension project?

8  A    Yes.

9  Q    And is it a document you reviewed in coming to your

10 conclusion about why Cinergy undertook the project?

11 A    Yes.

12 Q    Can you please describe generally what the statements are

13 in this document?

14 A    They're generally similar to what we've seen in other

15 documents; the key thing being the expectation of operating

16 the unit for another 30 years beyond what it was originally

17 intended, and then --

18 Q    Again, if you could speak up a little bit?

19 A    I'm sorry.  The key thing being the intention to operate

20 the unit for another 30 years beyond what had originally been

21 intended.  And then there are discussions of various

22 individual pieces of equipment, what problems they had or what

23 problems they were expected to have in the future, and then a

24 justification for replacing that component as part of the life

25 extension project.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-687

1  Q   Were those justifications similar to what we examined with

2  respect to Beckjord Unit 3?

3  A   Yes.

4  Q   Let's step back now –– I'm sorry to do this a little bit

5  disjointedly, but let's go back to Beckjord Unit 1.  We had

6  talked about the reasons why Cinergy undertook this project.

7       What do you conclude Cinergy should have expected with

8  regard to heat rate and capability on this unit?

9  A   It's the same as the other Life Extension projects.  There

10 may have been some improvement in heat rate but it would have

11 been small and I couldn't quantify it, and no change in the

12 capability of the unit.

13 Q   How many hours of availability had been lost in the five

14 years preceding the project due to problems in the components

15 that were replaced in this project at Beckjord Unit 1?

16 A   424.

17 Q   How many hours per year approximately?

18 A   85.

19 Q   Now that we've run through the Life Extension projects,

20 I'd like to focus on an issue that applies to the projects

21 we've discussed at Miami Fort Unit 5 and Beckjord Units 1

22 through 3.  And I'd like to ask you to tell us if there was

23 anything different about the pre-project operation of these

24 units compared ––

25       COURT REPORTER:  Please slow down.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-688

1          MS. HIMMELHOCH:  I apologize.

2          COURT REPORTER:  "I'd like to ask"...

3   BY MS. HIMMELHOCH:

4   Q   I'd like to ask you if there was anything different about

5   these 3, 4 units, Beckjord Units 1, 2, 3 and Miami Fort Unit 5

6   compared to the pre-project operation of the other units that

7   we've discussed so far?

8   A   Yes.  The other units we've discussed so far, the units at

9   Wabash River and Gibson and Gallagher, all operated for -- all

10  or at least most of the time when they were available.

11         So some of these units, every hour they were

12  available, they would run.  Other units, they might shut down

13  for a day or a week sometime in the spring or fall when

14  customers' use of power was very low.

15         But most of -- even though they were capable of

16  operating, they might shut down just because there wasn't

17  enough need for them.  But most of the time, they would

18  operate whenever they were available.

19         The situation with Miami Fort 5 and Beckjord 1, 2 and

20  3 was different in that these units at this time were

21  operating more as peaking units.  That is to say, they would

22  only run for what would add up to maybe being six weeks a

23  year, just during times when either customers were either

24  using so much power, say, on a very hot day in the summertime

25  when everybody's got their air conditioning on and all the

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-689

1  other plants are running as best they can do, and there's

2  still a need for more power, then you turn these units on to

3  provide the rest of that electricity.

4          Alternatively, it may not be the -- it may not be the

5  hottest day in the summer but it may be a time when some of

6  the other units are shut down.  But in any case, these units

7  only get turned down when they're kind of the last resort to

8  meet the customers' use of electricity.

9  Q   Now, if you say that these units only ran a small fraction

10  of the time when they were -- before the project when they

11  were available, do you still conclude that Cinergy should have

12  expected to use the availability created by the projects we've

13  discussed at these unit?

14  A   Yes.

15  Q   Why do you conclude that?

16  A   Well, the outages that are reported in the GADS data

17  represent times when the company needed the unit, would have

18  operated the unit but couldn't because of some equipment

19  problem.

20          So if that equipment problem hadn't existed, the unit

21  would have run during that time.  The fact that for nine other

22  months of the year it wouldn't have run is irrelevant.  It's

23  during the peak time when they try to run the unit, that's

24  when you find the equipment problems.  That's when you have

25  outages.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–690

1        So these outages are happening when they want to use

2    the unit.  If you fix the problem, you don't have the outages

3    in the future, then you will use the unit at this time.

4    Q   Do you have a demonstrative that can help you explain this

5    concept?

6    A   Yes.

7        MS. HIMMELHOCH:  Your Honor, I would request

8    permission to publish Image 52.  It's a graph titled "Lightly

9    Loaded Unit," and Cinergy has not objected to this.

10        THE COURT:  All right.  Let's see it.

11   BY MS. HIMMELHOCH:

12   Q   Please call up Image 52.

13        Mr. Koppe, what is this image?

14   A   This is an idealized history of what I drew of a unit

15   generally like Miami Fort 5 or Beckjord 1, 2 and 3 that's only

16   used for some time of the year.

17        I should tell you the real world is a lot messier than

18   this.  This is an idealized picture to illustrate the

19   principles.

20        So here we have a unit that doesn't run at all.  Even

21   if it could run, it wouldn't run in the spring and fall and

22   the winter because it isn't needed.  It's only during the

23   summertime when customers are using the most electricity that

24   the unit tries to run.

25        Because this unit has a fair number of problems, it

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-691

1  doesn't run for very long.  It may run for a day or a week or

2  a couple of weeks at best, and then something fails and

3  there's an outage.  And then you fix that problem, you start

4  up again and you run it again.

5      So you can see that this unit was trying to run all

6  the time throughout the summer.  It was only shutting down

7  when equipment failed.  As soon as the equipment was fixed, it

8  would run again.  If you eliminate some of the problems that

9  were causing these outages, the unit would have run during

10  that time.

11 Q   Do you have a real-world example of this principle?

12 A   Yes.

13      MS. HIMMELHOCH:  If we could now turn to Image 53,

14 Your Honor.  This, too, is an image that Cinergy has not

15 objected to.  Please call it out.  This is a graph entitled

16 "History of Beckjord for 10/10/87 to 11/1/87.

17 BY MS. HIMMELHOCH:

18 Q   Mr. Koppe, can you explain where the data on this graph

19 came from?

20 A   Yes.  First, let me say that the "2" got left off.  This

21 is actually Beckjord 2.

22      This is a data -- this is a graph I made from

23 Cinergy's GADS data for Beckjord 2 for those roughly three

24 weeks in October of 1987.

25 Q   So this is some of the GADS data that you used in

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–692

1  estimating the availability numbers we talked about earlier?

2  A   Yes.

3  Q   Can you explain what is depicted on this graph?

4  A   This shows that the unit ran from Monday to Tuesday and

5  then a boiler tube failed, a boiler tube leaked.  "BTF" is

6  boiler tube failure.

7       The unit was shut down for about two days to repair

8  that leak.  It started up again on Thursday, and it ran

9  through the following Thursday.  So it ran about seven days,

10 including through the weekend.  Then on the next Thursday, it

11 was shut down again because of another boiler tube failure.

12      Again, it took about two days to fix that.  The unit

13 then was left shut down during the weekend.  Then on Monday

14 morning --

15 Q   Let's stop.  You have "RS" in that period.  Why do you use

16 "RS"?

17 A   "RS" stands for "reserve shutdown," and that's a

18 situation, also referred to somewhere in the last couple of

19 hours as an "economy outage" or an "economy shut down."

20 That's a situation where the unit, in theory, could have run

21 but the utility decided not to run it because it wasn't

22 needed.

23 Q   And if you could continue on, you've just talked about the

24 reserve shutdown two-day period.  We've now got a BTF, a

25 boiler tube failure?

KOPPE — DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-693

1  A   Right.  Then on Monday morning, when customers start using

2  more electricity again, the company tries to start up the unit

3  and another boiler tube fails.  It takes two days to repair

4  that.

5         Then the unit operates for a day, and then another

6  boiler tube fails, and that takes two days to repair.  By that

7  time, it's Friday.  The weekend is starting.  So they leave

8  the unit shut down on the weekend because they don't need it.

9  Q   I want to talk about a few details in this graph and then

10 we'll talk about the point that comes out of this graph.

11 There's a reserve shutdown in between two boiler tube

12 failures, and I'll see if I can make an arrow.

13        I put a little green mark underneath it.

14        Is it your opinion that but for —— what is your

15 opinion about what would have happened in those two days had

16 there not been a boiler tube failure on the Thursday before?

17 A   One cannot know for sure without more information.  What

18 one sees —— what I see throughout the industry is that

19 sometimes a unit —— units are shut down for reserve shutdown;

20 that is, shut down because they're not needed on weekends even

21 though they had been running and they could continue to run.

22        So that could have happened here.  On the other hand,

23 what often happens is that once a particular unit has been

24 shut down because of a problem, say, a boiler tube leak, it is

25 more economical to leave that unit shut down rather than

1  reduce power in other units.  So even though the unit would

2  have -- otherwise would have operated through the weekend, it

3  would be shut down -- it would be shut down.

4  Q   Well, let's talk about which of these periods of white you

5  included in calculating your availability losses for purposes

6  of your estimate of the total amount lost.

7         So which of the white areas in this time period did

8  you count in your estimate of availability losses?  And let me

9  get rid of my little green dot.

10  A   Basically I -- well, I included all of the time that was

11  reported as due to boiler tube failures, and I did not include

12  any of the time that was reported as due to reserve shutdowns.

13  So I included that and that and that and that, but not that

14  and that (indicating).

15  Q   Are there any other points that you this graph

16  illustrates?

17  A   Well, I think it shows, first, why I believe that had it

18  not been -- had it not been for these boiler tube failures,

19  the company would have run the units during these time

20  periods.  That's the first point.

21         The second point is it shows a way in which my results

22  tend to understate the effect of these boiler tube leaks,

23  because in this situation where the reserve shutdown on

24  Saturday and Sunday and, in fact, the next reserve shutdown

25  also on a weekend, it may be that the company would have shut

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-695

1  the unit down anyway.

2       It may also be that the company would have continued

3  to run the unit if it hadn't been for the boiler tube leaks.

4  I just assumed that all that time is time the company would

5  not have run the unit.  So I'm underestimating the amount of

6  time that the unit was shut down because of these leaks.

7  Q   Let's go ahead and bring this image down, and we'll move

8  on to the last group of projects that we're going to talk

9  about at this point.  And those are the pulverizer

10 replacements at Gallagher Units 1 and 3.

11      Now, Mr. Koppe, the jury heard earlier from

12 Mr. Hekking what the Gallagher Unit 3 pulverizer replacement

13 in 1999 involved.  But again, let's just give a short

14 description of what that project was to reorient ourselves.

15 And if we could please call --

16      MS. HIMMELHOCH:  Your Honor, may I call up Image 555

17 which was used in Mr. Hekking's --

18      THE COURT:  You may.

19 BY MS. HIMMELHOCH:

20 Q   Mr. Koppe, using this image, can you please describe what

21 was done in the Gallagher 3 pulverizer replacement?

22 A   Yes.  It's a little hard to make out in this drawing, but

23 the thing back here is the boiler.  And up front are the coal

24 bunkers, and then the coal comes down through the feeders and

25 into the pulverizers, and it's ground up and mixed with air

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-696

1   and then it goes back to the boiler.  These Gallagher units

2   each have three pulverizers each with its own feeder.

3           What the company did was replace –– can I draw here?

4           All of that (indicating), all three feeders and their

5   motors, all three pulverizers and their motors, and all of the

6   interconnecting equipment, the ducts and the dampers and the

7   instruments and the controls and the foundations and the

8   cooling water and all the things –– the pertinences to that

9   equivalent.

10  Q   And were the pulverizers at Gallagher Unit 1 also

11  replaced?

12  A   Yes.

13  Q   When was that?

14  A   See, this is Gallagher 3, which was 1999.  So Gallagher 1

15  was the year before, 1998.

16  Q   Were the two pulverizer projects similar in any way?

17  A   Oh, they were essentially identical.

18  Q   Why did Cinergy replace the pulverizers at Units 1 and 3?

19  A   This is different in one way from all the other projects

20  we've heard about until now.  For all the other projects, the

21  equipment had operated reasonably well for some number of

22  years, at least 10 or 15 or 20 years or something before

23  developing problems, and then had deteriorated with time

24  causing more and more outages and then was replaced.

25          These pulverizers had been poor performers from the

1  beginning.  They just –– they weren't the worst designed

2  pulverizer that anyone has ever come up with, but they were

3  certainly far from the best.

4  Q    And what problems had they been experiencing?

5  A    There were several problems that are somewhat related.

6  One problem was that the pulverizers just couldn't grind as

7  much coal.  They're designed to –– I can't remember the exact

8  number, but grind 30 some odd tons of coal an hour, each one

9  of them, and they just couldn't do it.  They could grind a lot

10 of coal but not as much as they were intended to do.

11        The second problem with them was that they're supposed

12 to grind the coal very fine.  I don't know if any of you have

13 ever seen the coal in the power plant, but it's like black

14 talcum powder.  It's very, very fine.  And while they ground

15 the coal fine, it wasn't that fine.  It wasn't as fine as it

16 was supposed to be.

17        The third thing is that the individual piece of

18 equipment, the pulverizers and the feeders, failed more often

19 than they should have.

20 Q    When did these problems with the pulverizers begin?

21 A    Oh, they began pretty much the first day the units

22 operated.  I don't know.  They may have run for a few weeks

23 before they started having problems, but they were having

24 problems very early on.

25        The problems were worse at times when the coal that

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-698

1  the unit was burning was wet, but there were problems all
2  through the history of the unit.
3  Q   Now, could these Units 1 and 3 at Gallagher run when the
4  pulverizers were down for repair?
5  A   They could run, but they were usually derated.  That is to
6  say, they couldn't run at full power.
7  Q   Why is that?
8  A   Well, originally when almost all the generating units in
9  the country, when they're designed, it's recognized that
10 pulverizers, even the good ones, have fairly high failure
11 rates.  It's just a very, very messy thing they do and there's
12 a lot of things that can go wrong.
13       So the standard is if you need two pulverizers to run
14 it to put in enough coal to run at full power, you put in
15 three so you'll have a spare.  Then if any one of them is
16 broken, you can fix that and still run at full power.
17       However, because these pulverizers couldn't each grind
18 as much coal as they were intended to do, you needed all three
19 pulverizers to be able to get to full power.  That meant that
20 every time any one of the pulverizers had a problem, the unit
21 was derated, was limited to less than full power.
22 Q   Now, you've made a reference to "full" power.  What was
23 full power for Gallagher Units 1 and 3?
24 A   The design of the unit was 157 megawatts for full power.
25 Q   Now, the jury heard earlier reference to something called

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-699

1  the "nameplate capacity" of the unit –– of a boiler.  Is there

2  a stamp on the boiler that says 157 megawatts?

3  A    There's a metal plate on most boilers that is called the

4  "nameplate," but what it tells you is things about pressures

5  and flows.  It does not tell you how many megawatts the boiler

6  is supposed to make.

7  Q    Can you, from those figures, figure out what the full

8  power of that boiler is?

9  A    Only if you know a lot of other facts about the turbine

10 and the generator and the condenser and all the rest of the

11 unit.  From just the boiler itself, you cannot.

12 Q    Did the 157 megawatt full power change at any time?

13 A    Yes.  There were times in the history of the unit when it

14 was burning pretty good coal when it ran higher than

15 157 megawatts, but for many years prior to the time these

16 pulverizers were replaced, the unit was limited to

17 150 megawatts.

18 Q    Now, you said that the pulverizers, in addition to not

19 being able to grind enough coal, couldn't grind the coal

20 finely enough.  What effect did that have on the unit's

21 generation of electricity?

22 A    It's the same –– it's very comparable to what happened in

23 those Wabash River units that had problems with the radiant

24 superheater in that the coal didn't get completely burned.

25          The mechanism's a little bit different here because ––

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-700

1  it always boggles my mind to think in these huge furnaces you

2  get all this coal dust and air in there and this huge fire,

3  and any given bit of coal actually spends somewhere between

4  one and two seconds in the fire.  It passes through the fire

5  that quickly.

6        If it isn't very fine, it doesn't burn completely by

7  the time it's gone out the top of the furnace.  So that's what

8  was happening.  These particles, which to you or to me for

9  that matter would still look very fine, weren't fine enough.

10 They couldn't burn completely in that very quick time that

11 they're in the fire.

12       So as the ash and air and smoke come out of the top of

13 the furnace, there's a lot of -- a fair amount of carbon

14 that's still left mixed in with that that hasn't had a chance

15 to burn.  That gets carried on into the precipitators.  The

16 precipitators don't work as well when the carbon is present.

17 The unit has a hard time meeting its limits on how much ash it

18 can put out the stack, and sometimes has to reduce power

19 output to stay within those limits.

20 Q   You also -- well, let's turn now to what your conclusions

21 are about the effect of the pulverizer replacements on the

22 units at Gallagher Units 1 and 3.  What do you believe Cinergy

23 should have expected the effects of these replacement projects

24 to be on these units?

25 A   The company should have expected three effects.  The first

1  one is that where the unit had been limited to 150-megawatts

2  output before the projects, the company should have expected

3  that to increase to 157 megawatts.

4  Q   What's the next effect?

5  A   The next effect is that the company should have expected

6  that the unit would be available more because the pulverizers

7  wouldn't fail as often.

8  Q   And the next effect?

9  A   And the next effect is that the company should have

10  expected an improvement in the heat rate; that is, a decrease

11  in the heat rate, that the unit would be more efficient

12  because more of the carbon that's in the coal would get

13  burned, and so you wouldn't need as much coal to make the same

14  amount of electricity.

15  Q   Let's take those one at a time.  Why should Cinergy have

16  expected the capability of the unit to increase from 150 to

17  157 megawatts?

18  A   Well, the unit had been designed for 157 megawatts and had

19  operated at 157 megawatts and even higher in the past.  It had

20  been limited to 150 megawatts because of this problem with the

21  carbon getting into the precipitators and making it hard to

22  meet the emissions limits.

23       The new pulverizers were a much better design, would

24  grind the coal much more finely, should eliminate that

25  problem.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-702

1  Q   Did you see any indications that Cinergy employees

2  actually expected that effect?

3  A   Yes.

4  Q   What were those documents or indications?

5  A   One --

6       MR. GREEN:  Your Honor, would you indulge me one

7  moment?

8       I'm sorry, I'll wait for the next question.

9       THE COURT:  All right.

10 BY MS. HIMMELHOCH:

11 Q   What were the indications you saw that Cinergy should

12 have -- Cinergy employees were actually expecting an increase

13 from 150 to 157 megawatts?

14 A   There are -- there were a couple.  One of them was that

15 Mr. Curry, who was the --

16      MR. GREEN:  I'm now going to object, if I may.  I

17 think the witness is about to make reference to a document

18 that was created post-project, Your Honor.  I think that runs

19 afoul of your ruling.

20      MS. HIMMELHOCH:  Your Honor, he's not.  He's

21 referring to deposition testimony.

22      MR. GREEN:  It's deposition testimony about a

23 post-project.

24      MS. HIMMELHOCH:  I'll ask it solely with respect to

25 Unit 3.  It's a document that was prepared before Unit 3 was

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-703

1  conducted.  In other words, there was a year between the

2  pulverizer replacement at Unit 1 and the pulverizer

3  replacement at Unit 3.  This document was prepared in the

4  intervening year; and therefore, it goes to the expectation of

5  the company for the 1999 project.

6       MR. GREEN:  The document that counsel is making

7  reference to gives reference to Unit 1 --

8       MS. HIMMELHOCH:  Yes, Your Honor --

9       MR. GREEN:  The unit --

10       MS. HIMMELHOCH:  I'm sorry.

11       MR. GREEN:  The Unit 1 project was in 1998.  This

12  document was prepared in 1999 and is talking about

13  post-project analysis.

14       MS. HIMMELHOCH:  Your Honor, the document talks about

15  the effect of what the witness has testified was a nearly

16  identical project on a twin unit of the boiler, and goes to

17  the expectation that Cinergy should have had when it undertook

18  the second project at Gallagher.

19       THE COURT:  Anything else?

20       MR. GREEN:  I think I've stated the grounds for why

21  this should be excluded.

22       THE COURT:  I'm going to overrule the objection.  Go

23  ahead.

24  BY MS. HIMMELHOCH:

25  Q   Could you please describe the testimony you were referring

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–704

1  to?

2  A    What I was originally thinking of was in deposition,

3  Mr. Curry stated that prior to the replacement at Gallagher 1,

4  he had expected that the project would increase the capability

5  of the unit from 150 to 157 megawatts.

6  Q    Did you see any other indications that Cinergy expected

7  the project to result in an increase of capability above

8  150 megawatts?

9  A    Did I understand that I can now talk about what --

10  Mr. Curry's memo after Unit 1 but before Unit 3?

11  Q    Yes, you did.

12  A    After the Unit 1 pulverizers had been installed, again,

13  this is the project engineer for the company on this project

14  said that the -- one of the results of the Gallagher 1

15  pulverizer replacement was that the capability of the unit had

16  increased from 150 to 157 megawatts.

17  Q    Were these pulverizer projects the first time that the

18  Cinergy employees had recommended replacing the pulverizers at

19  these units?

20  A    No.  The employees had recommended in the past that the

21  pulverizers be replaced.

22  Q    Did you review any of the recommendations associated with

23  those -- or any of the documents associated with those earlier

24  recommendations?

25  A    Yes.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–705

1  Q    Did any of those documents bear on the question of whether

2  the pulverizer replacement would increase the capability of

3  Gallagher Units 1 and 3 above 150 megawatts?

4  A    Yes.

5  Q    Can you describe that document, please?

6  A    The document I'm thinking of was written around 1990.  It

7  was a proposal to replace the pulverizers.  At that time, the

8  company decided not to do that work, but the proposal said

9  that at that time the unit had been derated, that is, reduced

10  from 157 megawatts by 12 megawatts, and that replacing the

11  pulverizers would eliminate that derating.

12  Q    So as I understand it, you've pointed to deposition

13  testimony by Mr. Curry that before the '91 project, they

14  expected the increase.  You've pointed to a memo that says

15  they actually experienced the increase after the project at

16  Unit 1, and you've seen that expectation in the early '90s.

17  Is that a correct summary?

18  A    Yes.

19  Q    Let's talk about one topic that's come up earlier in this

20  trial, and that's the question of whether the Gallagher units

21  were fan limited.  Do you understand the term "fan limited"?

22  A    Yes.

23  Q    What does it mean?

24  A    These units mix air and coal and burn it.  It takes a lot

25  of air to burn this much coal.  So there are big fans that

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-706

1  push air through the boiler so it will mix with the coal and

2  burn.

3        If the fans can't push enough air through the boiler,

4  there isn't enough oxygen to burn all the coal and the unit

5  won't be able to operate at full power.  You'll have to reduce

6  the amount of coal going in until it matches the amount of air

7  going in, and then you won't get as much heat as you need to

8  get full power.  You'll be at some limit –– at some reduced

9  power.

10 Q   Have you seen any indication that the Gallagher Units 1

11 and 3 were fan limited to the extent that they could not

12 achieve 157-megawatts in the period after the projects we are

13 discussing?

14 A   There is one mention of fan limits in the study that the

15 company did in 1997 concerning replacement of the pulverizers.

16 Q   What does that document say?

17 A   It says that the design of the units was such that there

18 should be plenty of fan capacity, but that the plant operators

19 said that the unit was fan limited during the summer.

20 Q   Based on that, does that statement affect your conclusion

21 that Cinergy should have expected an increase of 7-megawatt

22 capability as a result of these projects?

23 A   Yes and no.  I mean, it says that there may have been some

24 days during the summer –– and let me just give a little

25 background here.  As it gets hot out, air expands and becomes

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-707

1  less dense.

2       So the fans, they push the same amount of cubic feet

3  of air through the boiler that they do all the time; but if

4  the air is less dense, there won't be as much oxygen in it and

5  there won't be –– there may not be enough oxygen to burn all

6  the coal.

7       So units that have plenty of fan capacity in the

8  spring and the fall and the winter sometimes can be limited

9  on –– in the summer and especially on the very hottest days in

10 the summer.  And that appears to be what was the case at

11 Gallagher.

12      So there may have been some days during the summer

13 when the unit couldn't make the 157 megawatts; but for most of

14 the days, including the days that Mr. Curry was referring to

15 after they put in the Gallagher 1 pulverizers and they did the

16 tests, the unit could, in fact, make the 157 megawatts.

17 Q   You also indicated that Cinergy should have expected an

18 increase in availability.  How big an increase in availability

19 do you believe they should have expected?

20 A   Based on the GADS data and my calculation of how much

21 outage –– of how much –– how much derating time the

22 pulverizers were causing before the project and my calculation

23 of how much derating time they should have expected after the

24 project given the new pulverizers, I calculated something

25 close to a two percentage point increase in availability.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-708

1      Cinergy documents say that they calculated a

2 1.3 percent increase in –– that they expected a 1.3 percent

3 increase in availability.

4 Q   Well, let's stop there for a moment.

5      MS. HIMMELHOCH:  Your Honor, at this time I move for

6 the admission of Exhibit 651.  It's a document that Cinergy

7 has admitted as authentic and nonhearsay.

8      MR. GREEN:  No objection, Your Honor.

9      THE COURT:  The exhibit's admitted.

10   (Plaintiffs' Exhibit 651 was received in evidence.)

11 BY MS. HIMMELHOCH:

12 Q   Please call up Image 56.

13      Mr. Koppe, do you recognize this document?

14 A   Yes.

15 Q   What is it?

16 A   This is the company's study in 1977 that I referred to

17 earlier.

18 Q   So this was a document prepared by Cinergy?

19 A   Yes.

20 Q   And if we could please turn to the page that ends 15 ––

21 14510.  That's Image 56A –– I'm sorry, that's the wrong Bates

22 number.  56A is the correct image number.  The page number is

23 14482.  It's about 100 pages into the document.

24      Mr. Koppe, I'm directing your attention to the bottom

25 part of the page there.  Is there any portion of that page

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-709

1  that you believe relates to the question of whether Cinergy

2  expected an increase in availability?

3  A    I believe it's Item D.

4  Q    Could you please read Item D into the record?

5  A    "The current pulverizer system experiences significant

6  derates due to fuel-related problems.  A review of the past 15

7  years of GADS data indicates an average loss of 1.8 percent

8  EFOR due to these problems."

9  Q    Okay, let's stop there for a moment.  What does "EFOR"

10  stand for?

11  A    "Equivalent Forced Outage Rate."

12  Q    What is EFOR a measure of?

13  A    It's a measure of the amount of outage and derating time

14  that occurs during times when the company tries to run the

15  unit.

16  Q    So is it fair to say it's the availability losses during

17  the time the company's actually trying to run the unit?

18  A    It is not exactly the same, but it is very similar.

19  Q    If you could please continue reading after the 1.8 percent

20  EFOR.

21  A    "The new pulverizer system is projected to add only

22  .5 percent to the EFOR and therefore a reduction of

23  1.3 percent in the EFOR can be reasonably expected."

24  Q    Then can you please continue?

25  A    Oh, I'm sorry, yes.

1           "For analysis purposes, only an increase [sic] of

2  1.0 percent was used to calculate the benefits -- a

3  conservative approach."

4  Q   You read "increase."  Was that correct?

5  A   Did I?  I'm sorry.  "Only a decrease of 1.0 percent was

6  used to calculate the benefits."

7  Q   So based on your experience and your review of the Cinergy

8  documents, what do you understand them to be saying in this

9  paragraph?

10 A   They're expecting that the new pulverizers will cause less

11 deratings, fewer deratings than the old ones had done, and

12 that that will increase the availability of the unit; and to

13 be conservative, that is to say, to be on the pessimistic

14 side, they are understating what they really expect the

15 increase to be.

16 Q   You also indicated that Cinergy should have expected a

17 decrease of 1.5 percent in the heat rate of the units.  What

18 effect would the decrease have on the availability or

19 generation of this unit -- these units?

20 A   A -- I'm not actually -- I don't remember actually saying

21 "1.5 percent."

22 Q   Well, let me ask you then, what do you conclude -- what

23 amount of a decrease in heat rate do you believe Cinergy

24 should have expected as a result of these replacements?

25 A   Cinergy expected and, in fact, they say in the very next

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-711

1  paragraph here in this page that they expected a 1.5 percent

2  decrease in heat rate.  So that's an improvement in the

3  efficiency of the unit, and I don't have any reason to

4  question that.

5  Q   What effect would that decrease in heat rate have on the

6  availability or generation of these units?

7  A   It would have two effects.  The first one is that if

8  you -- and I think I said some of this earlier.  If you make

9  the unit more efficient and you make -- you produce the same

10  amount of electricity, you don't have to burn as much coal and

11  it's more efficient at using the coal.

12       So if the amount of electricity generated stays the

13  same and you make the unit more efficient, you'll burn less

14  coal.

15  Q   Do you conclude that Cinergy should have expected to burn

16  less coal after these projects?

17  A   No, and that's because there's a second effect, which is

18  that utilities run their most efficient units, they're least

19  expensive units first and only run the more expensive units

20  when they have to.

21       So as a unit becomes more efficient, if it doesn't

22  have to burn as much coal to make the same amount of

23  electricity, that means it costs less to make that

24  electricity.  That makes the unit less expensive than some

25  other unit.  So the unit ends up getting used more.

1    And I've seen in this case and in a number of other

2 situations where the -- yes, you burn less coal because the

3 unit became more efficient but now that the unit's cheaper,

4 you run it more.  So you actually end up burning more coal.

5 Q   Did you see any documents indicating that Cinergy expected

6 such an effect at the Gallagher Units 1 and 3 after these

7 projects?

8 A   Yes.

9 Q   If we could please turn to Image 56B, which is page 14429

10 in this document -- I'm sorry, can we start with 57 actually,

11 Image 57, which is the document ending 14486.

12    Mr. Koppe, can you please explain what the information

13 is on this page?

14 A   Could we make it a little big -- keep the whole page or

15 keep the upper half of the page at least and make it a little

16 bit bigger?

17 Q   Thank you.

18 A   This is a page from that same study of replacing the

19 pulverizers.  What the company did was it -- it had a computer

20 model that calculated the costs of operating the various --

21 all the units on its system and how much electricity each unit

22 would produce.

23    What it did here was it established what's called a

24 baseline.  It ran a run of this computer program assuming what

25 it thought was going to be the conditions that would occur in

1  the future, assuming that the Gallagher pulverizers did not

2  get replaced.

3         Then it ran the same model again, keeping everything

4  the same but replacing the Gallagher pulverizers.  This is the

5  run -- the baseline run --

6  Q   Actually, I think we need to go to Image 59 to get the

7  base run.

8         Oh.  We don't have the baseline, so can you explain

9  what the baseline was?  The jury will have the baseline in

10 their books.

11 A   You may be right but could I just see the preceding one

12 just to be sure?

13        Yeah, this is, in fact, the baseline.

14 Q   Oh, I'm sorry then.

15 A   There's a change here but that's a change in the baseline

16 conditions based on a new forecast of fuel cost that had come

17 in a few days before this was run.  So it's a change from the

18 previous baseline but it's the baseline that was in effect at

19 the time when they did this comparison.

20 Q   Oh, I'm sorry then.  Could you please explain what

21 information this provides on the question of what Cinergy

22 expected the effect of this project to be on the use of the

23 unit?

24 A   Well, what this shows is it shows for every one of

25 Cinergy's units what the expected capacity factor of the unit

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-714

1  is.  Capacity factor is just a measure of how much electricity

2  the unit produced.  So it shows in effect how much electricity

3  it expected every unit on the system to produce, including

4  each of the four Gallagher units.

5  Q   Is there a way we can make this easier to understand

6  without all the other numbers?

7  A   Well, the next page --

8  Q   Could we turn to the next image, please, and just make

9  that box -- yes, thank you.

10  A   The previous page had separate numbers for every unit.

11  This one gives the average for each station.  So instead of

12  having a separate number for Gallagher 1, Gallagher 2,

13  Gallagher 3, Gallagher 4, you have an average for all the

14  Gallagher units, and similarly for all the other stations.

15       So here it shows the average capacity factor for

16  Gallagher 1, 2, 3, 4 was 70.2 percent, and this is based on

17  the company's expectations for the future, assuming the

18  pulverizers were not replaced.

19  Q   So essentially they expected to run Gallagher station

20  70 percent of the time if they didn't replace the pulverizers?

21  A   It isn't quite that simple because this includes the

22  effect of running at reduced power, but they intended to

23  reduce 70 percent of the power that the unit -- the units

24  could have produced if they had been able to run at full power

25  every hour of every minute of every day.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–715

1  Q   Now, can we go to the next image?  What is this?

2  A   This is a second run of the same computer program.  All of

3  the inputs, all of the assumptions are the same except that

4  the Gallagher pulverizers are replaced.

5        In addition to assuming everything about all the other

6  units are the same, it also assumes that the coal that will be

7  burned is the same as was burned before.

8  Q   And you know that from the titles of the runs?  Is that

9  how you're getting that information?

10  A   From that, and there's other information in texts in other

11  pages, but that's how I can tell that that's what this run is.

12  Q   So based on the description of the runs in the document,

13  that's what you understand this to be?

14  A   Yes.

15  Q   Can we go to the next image, please?

16        Based on this document, what did Cinergy project --

17  what the capacity factor of Gallagher would be after the

18  pulverizer replacement?

19  A   73.3 percent.

20  Q   What does that mean?

21  A   That means the capacity factor for the four units together

22  was going to increase from, was it 70.2 to 73.3.  So it

23  increased 3.1 percent just due to replacing the pulverizers.

24  Q   Can we now go to Image 56B.

25        What is this page?

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–716

1  A   This is another page from that same 1997 study of

2  replacing the Gallagher pulverizers.

3          THE COURT:  Could you tell us where that is?

4          MS. HIMMELHOCH:  Oh, my apologies.  It is 14429.

5          THE COURT:  Thank you.

6  A   It lists a number of potential environmental

7  considerations that are associated with replacing the

8  pulverizers.

9  Q   What would happen as a result of the increased efficiency?

10 What does it say?

11 A   "Increasing boiler efficiency: Will likely trigger PSD

12 review due to potential increase in annual emissions."

13 Q   What do you understand "PSD" to mean in that paragraph?

14 A   It's an EPA program.  It means "prevention of significant

15 deterioration."

16 Q   As an engineer reviewing these documents, what do you

17 understand that statement to mean?

18 A   The thing we've been talking about earlier, that the

19 reason the heat rate of the unit was expected to improve was

20 because they would grind the coal more finely and more of the

21 coal would get burned.  So that shows up in the way things are

22 calculated as an increase in boiler efficiency.

23          So what they're saying is that making that change,

24 improving the pulverizers so that more of the coal will be

25 burned, the unit will be more efficient, even though that

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-717

1  efficiency in and of itself would reduce the amount of coal,

2  that the increase in the amount the unit would operate would

3  be enough to mean that the overall amount of coal burned and

4  therefore the overall amount of emissions would increase,

5  which is exactly what I found from those other -- the tables

6  we just looked at.

7  Q    Do you know whether PSD is part of the New Source Review

8  program?

9  A    I should but I don't.

10  Q    Well, let's go over in conclusion what your -- what you

11  conclude Cinergy should have expected the overall effect of

12  the pulverizer replacements to be at Gallagher Units 1 and 3.

13        You made a reference to an increase of 7 megawatts in

14  capability.  What do you conclude the effect of that should

15  have been expected to be?

16  A    That alone, the increase in 7 megawatts, would cause the

17  unit to run at higher power levels when it was running; and

18  that would mean it would burn more coal each year.

19  Q    What do you conclude that Cinergy should have expected the

20  increase in availability to have resulted in?

21  A    That alone would allow the unit to operate for more hours

22  each year and therefore, again, it would burn more coal.  Just

23  due to that effect alone, it would burn more coal.

24  Q    What do you conclude Cinergy should have expected the

25  effect of a decrease in the heat rate of Gallagher Units 1 and

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-718

1  3 to be?

2  A    The overall effect would be another increase in the amount

3  of coal burned.  And this is because you reduce the amount of

4  coal burned because the unit is more efficient, but you run

5  the unit more.  The net result is burning more coal.

6  Q    So overall, the combined effect of these three separate

7  effects or results of the pulverizer replacement should have

8  been expected to be what?

9  A    A very substantial increase in the amount of coal burned

10  each year.

11  Q    Before we wrap up your testimony, Mr. Koppe, I would like

12  to talk a little more broadly about some of the principles

13  that we've covered.  You've now described your analysis in

14  this case at length.  Is this the first time you have used

15  this method of analysis?

16  A    No.

17  Q    When have you used it before?

18  A    The basic method, as I've said before, the details change

19  with the particular situation, but the basic method I started

20  using in 1975.  I used it in the Skagitt case that we talked

21  about in 1976.  I used it in the Duke case in 1986.  I've used

22  it in probably 60 other projects -- not projects in the sense

23  here but consulting jobs that I've worked on over the last 33

24  years.

25  Q    Have you seen your methodology used by any utilities in

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-719

1  the industry?

2  A    Yes, many times.

3  Q    Can you give some examples?

4  A    Yes.

5  Q    Please do.

6  A    In the course of some of the other cases that I've worked

7  on, I've seen many such examples.  One example is Illinois

8  Power.

9  Q    Can you describe that example?

10  A    Illinois Power, for a number of years when they were

11  projecting what the future availability of each of their units

12  would be, specifically started with the historical

13  availability, looked to see if there had been any major

14  problems in the past that were resolved because of some piece

15  of equipment replacement, such as the ones that we've been

16  looking at here where they saw such a major piece of equipment

17  replaced.  They would project an increase in the availability

18  of the unit in the future just exactly the same way I was

19  doing here.

20  Q    Did you say you also saw another example with another

21  utility?

22  A    Within these cases in the last few years, yes, I've seen

23  exactly the same thing at American Electric Power in Ohio.

24  Q    Can you describe that for us, please?

25  A    It's basically the same thing.  They would look at all

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–720

 1  their units; and if there hadn't been any major equipment

 2  replacements, major upgrades, they would project that the

 3  availability in the future would be the same as what it had

 4  been in the past.

 5        But if they saw that they had replaced some major

 6  piece of equipment that was causing problems in the past, they

 7  would project an increase in availability equal to what would

 8  happen if you eliminated those historical outages that had

 9  been caused by the problem.  So again, exactly the same thing

10  I did.

11  Q   Mr. Koppe, before you began working with the Government on

12  these lawsuits, had you ever heard a company say that a

13  component replacement project of the type that we've discussed

14  during this case could not result in an increase in

15  availability of the unit?

16        MR. GREEN:  Your Honor, I object to that.

17        THE COURT:  Sustained.

18  BY MS. HIMMELHOCH:

19  Q   Mr. Koppe, do you believe that the failure rate of a

20  generating unit is constant?

21  A   Oh, absolutely not.

22  Q   Why not?

23  A   That's the experience of the industry.  That's my

24  experience over 33 years.  I've done specific analyses looking

25  at how failure rates vary -- in the short term, how they vary

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-721

1  with whether the unit is operating or starting up or running,

2  and in the longer term, how they vary with the age of the

3  unit; and one sees very substantial variations in the failure

4  rate of units with time.

5  Q   Now, you indicated that that's the understanding of the

6  industry.  I would like to turn now to Exhibit 1767, which has

7  previously been admitted.  It's the "*Steam*" book.

8        Mr. Koppe, are you familiar with the "*Steam*" book?

9  A   Yes.

10 Q   What is it?

11 A   It's a book that has been published by Babcock & Wilcox,

12 which is one of the major manufacturers of boilers in the

13 United States.  It has been published for longer than I've

14 been around.  I don't know when the first edition was but a

15 long time ago, and they update it periodically.  It's sort of

16 a primer on how to -- on how boilers are designed and

17 operated.

18 Q   I'd like to turn to Image 65, which is a page drawn from

19 that book.  At the bottom, you can see that this is page

20 No. 467.  And if you could please call up the graph section of

21 this page.

22        Mr. Koppe, do you recognize this graph?

23 A   Yes.

24 Q   What does it show?

25 A   It shows -- they say "theoretical."  It's a typical

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-722

1  situation.  It doesn't necessarily represent the exact history

2  of any one unit, but it is typically what happens to many

3  generating units, including coal-fired units; and

4  specifically, it shows that -- oh, and the graph -- the X axis

5  is forced outage rate and the Y axis is years.  So it shows

6  how the forced outage rate --

7  Q    I'm sorry, Mr. Koppe.  You said the X axis is outage rate?

8  I thought the X axis was the horizontal axis?

9  A    The vertical axis is forced outage rate.

10 Q    So the up and down is forced outage rate?

11 A    Is forced outage.  The horizontal axis is time.

12 Q    Okay.

13 A    And what this shows is that there's a tendency for units

14 to experience a higher frequency of outages when they first

15 start up.  There's a certain number of design mistakes that

16 get made.  There are a certain number of manufacturing errors

17 that get made that show up as fairly high outage rates in the

18 first year or two of operation, those initial bugs.  You know,

19 this is what's called the break-in period, the wear-in period.

20 Those bugs get worked out and then the unit settles into

21 running with a pretty low outage rate.

22       Once a unit gets to be -- and remember again, these

23 units were all designed to operate for something like 30 or 35

24 years.  As they approach that age, some pieces of equipment

25 start to cause a lot more outages.  This is especially true of

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–723

1  boiler tubes and condenser tubes.

2       It also tends to be true of turbines and generators.

3  And barring some heroic efforts, such as replacing major

4  pieces of equipment, the outage rate gets worse and worse with

5  time.

6  Q  So as the unit gets older, the failure rate increases?

7  A  Yes.

8  Q  Have you seen any indication that Cinergy has accepted

9  this principle?

10 A  Yes.

11 Q  I'd like to turn now to Exhibit 1650.

12       MS. HIMMELHOCH:  Cinergy has admitted this document

13 as both authentic and nonhearsay.  I believe that's in the

14 medium-sized book.

15       MR. GREEN:  No objection.

16       THE COURT:  The exhibit is admitted.

17    *(Plaintiffs' Exhibit 1650 was received in evidence.)*

18       MS. HIMMELHOCH:  Your Honor, may I publish to the

19 jury?

20       THE COURT:  You may.

21 BY MS. HIMMELHOCH:

22 Q  I'd like to call up the first page of this document, which

23 is Image 66.

24       Mr. Koppe, is this one of the documents you were

25 referring to?

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-724

1   A   Yes.

2   Q   Can you please describe what this document is?

3   A   This is a technical paper that engineering people at what

4   was then Public Service of Indiana gave at a conference.

5   Q   If we can turn to page 1-4 which bears the Bates numbers

6   GIB047066 and is Image 67.

7        Mr. Koppe, is this the page you were thinking of?

8   A   Yes.

9   Q   Could you please point out what on this page indicates

10  that Cinergy accepted the idea that failure rates increase as

11  a plant ages?

12  A   Yes.  This is a graph –– this actually –– this is a graph

13  that was written by the reliability people at General

14  Electric –– the turbine division of General Electric.

15       General Electric is one of the biggest manufacturers

16  of turbines and generators in the United States.  GE was one

17  of the pioneers in looking at the questions of power plant

18  availability and reliability, and they produced this graph

19  many, many years ago.

20       I've seen it reproduced in many different papers by

21  various utility people and organizations, such as EPRI.  This

22  shows the same kind of pattern that the B & W *Steam* book

23  shows; an initial period of high failure rates early in the

24  life of the unit, and then the unit runs for 20 or 30 years

25  doing pretty well, and then the failure rates start to

KOPPE — DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-725

1  increase.

2  Q   I'd like to turn now to a couple of other subjects before

3  we wrap up.  First of all, in the beginning of your testimony,

4  you described why you became involved in availability issues

5  related to power plants, and you indicated that they had

6  reached the bottom of the curve in the late '70s, early '80s

7  and then had begun to go up, but we didn't hear what had

8  happened after 1985.

9       Based on your experience, what happened to the

10  availability of generating units in the industry between 1985

11  and the present?

12  A   The availabilities of -- the average availabilities of all

13  of the roughly 1,000 coal-fired generating units in the United

14  States continued to increase through the 1980s and through the

15  1990s.  The same thing happened to the hundred and some odd

16  nuclear units in the United States.

17  Q   Do you have an opinion about whether the projects of the

18  nature that you've talked about over the past day and a half

19  had any role in that increase?

20  A   The increases that we've seen in the availabilities of all

21  of these units have been partly due to improvements in the way

22  utilities operate the units, but even more importantly, due to

23  a replacement of a major piece of equipment that was causing

24  problems.  Had the Cinergy units and other units not replaced

25  these components when they reached the end of their lives,

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–726

1  there would have been no improvement in the availability

2  throughout the industry.  In fact, it probably would have gone

3  down.

4  Q   I want to turn to yet another summary topic, and that is

5  the question of whether in the course of your work, you've

6  become familiar with what's happened to the demand for

7  electricity over, say, the period of 1980 to the present?

8  A   Overall, throughout the country, the customer's use of

9  electricity has increased pretty steadily over that time

10  period.

11  Q   As each of us gets all of our gadgets.

12       You've concluded that the projects that we have

13  discussed should have been expected to result in an increase

14  in generation.  Have you done any analysis as to whether that

15  increase would result from the projects rather than from this

16  increase in demand?

17  A   Yes.

18  Q   Can you explain the conclusion that you reached?

19  A   If you have a situation -- and this is what has happened

20  at the Cinergy units and what has happened throughout the

21  industry where you're experiencing or expecting to experience

22  increases in the availability of the unit, and at the same

23  time, you're expecting increases in how much electricity the

24  units are asked to produce, the demand on the unit, you will

25  get overall increases in the amount of generation.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-727

1        Some of that will be due just to the increase in

2   availability.  Some of it will be due just to the increase in

3   demand, and some of it will be due to the combined effect of

4   both.

5   Q   And if we could please call up Image 70.  I'm sorry, could

6   you put it down.

7        MS. HIMMELHOCH:  I forgot to ask your permission.

8   This is a demonstrative we've prepared.  Cinergy has not

9   objected?

10        THE COURT:  Yes.

11   BY MS. HIMMELHOCH:

12   Q   Please publish the image.

13        Mr. Koppe, using this image, can you point out which

14   of the increases would be attributable to the project alone?

15   Well, first, let's start by having you just explain what's

16   depicted here.

17   A   Yes, this is -- I think -- it all blurs together, but I

18   think we saw yesterday this same graph with yellow, and that

19   was in the past.  The unit had been available to operate for

20   six days out of the week, and it had operated for those six

21   days; but it operated at full power during the day and reduced

22   power at night.

23        If, in the future, we eliminate the problem that was

24   causing the Wednesday outages, then even if there's no change

25   in demand, this is a unit that operates every day when it's

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-728

1  available.  If it becomes available on Wednesday, it is going

2  to operate on Wednesday.  It's going to produce more

3  electricity.  Again, it will run at full power in the daytime

4  and at reduced power at night.  So that's what the red

5  represents.

6  Q    So in your view, that's generation resulting solely from

7  the project?

8  A    Solely from the project.  This increase in generation

9  would occur even if there were no change in demand.

10  Q    What about the green areas?

11  A    The green area represents the effect of a change in

12  demand.  If customers ask for more electricity, this unit,

13  like every other unit, will try to meet that.  This is a unit

14  that already operates at full power during the daytime.  It

15  can't do anymore.  But it can operate at more power at night

16  and the green represents additional power generated at night

17  from operating at higher power levels as the customers are

18  asking for more electricity.

19  Q    Is that increase in generation due solely to demand?

20  A    In every day but Wednesday, yes.

21  Q    What about Wednesday?

22  A    Well, Wednesday is the day -- because remember, the unit

23  was already available to operate on Monday and Tuesday and the

24  other days.  If the demand goes up, the unit will -- can meet

25  that increased demand.

KOPPE - DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-729

1         So Wednesday, without the project, the unit couldn't

2    run at all.  So more demand, no more demand, it still doesn't

3    make any electricity.

4         So here we've got this little green bit -- so it made

5    all this additional red power -- not that power is actually

6    color-coded -- but this red power just due to the project, but

7    this bit of green here, just on Wednesday, that's additional

8    power that only occurs if you have both the improvement and

9    availability.

10         So now the unit's able to operate on Wednesday and you

11    have the increase in demand so that people actually want more

12    power on Wednesday.  You need both things, the availability

13    increase and the demand increase, to get that little piece of

14    green.

15    Q   And the availability estimates that you provided to

16    Dr. Rosen for his calculations, did they take into account any

17    of that green area on the Wednesday?

18    A   Yes and no.  The essential thing is that the way --

19    between Dr. Rosen and myself, the way the calculation was

20    done, the green area on the Wednesday is not included.

21    Q   Let's move on to one more -- or two more short little

22    subject matters and then we'll be wrapping up.

23         Mr. Koppe, when you started on this case -- or these

24    cases, these utility enforcement cases -- and you can bring

25    that image down.  Thank you -- did you have brainstorming

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–730

1  sessions with the experts and lawyers on these cases?

2  A   There were two or three meetings with the lawyers and

3  other experts, and there were some phone conversations.  I

4  didn't think of them as brainstorming but there certainly were

5  meetings and phone calls.

6  Q   If you didn't think of them as brainstorming, what did you

7  think of them as?

8  A   Well, I saw those meetings and phone conversations as

9  doing two things.  First, you know, at that point, I'd already

10  been doing availability calculations for 25 years.  I knew

11  what there is to know about that subject, but the lawyers and

12  the other experts didn't have nearly that kind of experience.

13      So a lot of what I was doing is just explaining to

14  people what the -- how availability calculations were done and

15  what it means.

16      Another question we had to deal with was what the

17  interface would be between the experts, what kind of

18  information would I give, say, to Dr. Rosen or Dr. Sahu, what

19  kind of information would they need from me and how would we

20  handle that interface.  So that's what I remember the

21  conversations being mostly about.

22  Q   As a result of these conversations, did you make any

23  changes in the methodology or the aspect -- any aspect of how

24  you analyzed the projects at issue in this case?

25  A   There was no change in the methodology.  There was no

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–731

1  change in the way the calculations were done.  We did have one

2  problem with data that we had to deal with.

3  Q    What was the problem with data?

4  A    It's a fairly arcane part of all of this analysis, but one

5  of the questions we had to deal with is if you eliminate

6  deratings, how much additional power will the unit generate.

7        The way that I have done that in the past uses some

8  input data.  It's what's called a "load duration curve."  You

9  don't need to worry about that, but it shows how much time a

10  unit spends at different power levels.

11        We didn't have that information from the utilities for

12  the time periods of these projects.  So I spent a fair amount

13  of time trying to figure out how I could deduce that

14  information from other data that we did have.

15  Q    Did you come to a conclusion about how to deduce that

16  information?

17  A    I finally came up with a way to do it and was quite

18  jubilant at the time.

19  Q    If you had used the load duration curves instead of this

20  alternative method that you came up with, what effect would

21  that have had on your results?

22  A    Shouldn't have had any effect.  The method I finally came

23  up with was a way to approximate the load duration curve, and

24  there was no reason to think that the numbers I was getting

25  were either higher or lower than what I would have gotten had

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-732

1    I had the load duration curves.

2    Q    Let's go ahead and sum up now.  You've described how

3    you've been applying this methodology for about 33 years.

4    During that time, have you had an opportunity to determine

5    whether the projections you were making were generally

6    accurate, excluding this case?

7            MR. GREEN:  Projections on availability?

8            MS. HIMMELHOCH:  Yes.

9            MR. GREEN:  Is that what you're talking about?

10           MS. HIMMELHOCH:  Yes.

11           MR. GREEN:  All right.  I don't have a problem with

12   that.

13           THE COURT:  You may answer.

14   BY MS. HIMMELHOCH:

15   Q    Mr. Koppe, have you had an opportunity over the past 33

16   years to determine whether your projections of future

17   availability were generally accurate?

18   A    Yes.

19   Q    What have you determined?

20   A    In general, my conclusions were reasonably accurate.  Let

21   me say why I say "in general."  The -- well, first, in many

22   situations, the customers I was working for wanted me to find

23   big increases in availability.  For many years, it was the

24   utilities that wanted me to find big increases in

25   availability.  Now the utilities don't want increases in

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5-733

1  availability but other people do.

2        So now I've gotten in the habit of trying to be what

3  engineers called conservative, that is to say, to

4  underestimate the numbers.  So I can stand up and say honestly

5  this number may be low, but it isn't high.

6        So there's a tendency when you look at what actually

7  happens in the future for it to be higher than what I

8  predicted because I was trying to predict on the low side.

9  Q    Was it higher in every instance?

10 A    No.  The other thing that happens -- of course, there is

11 some situations that I didn't anticipate.  There are -- but

12 also, the availabilities of generating units just go up and

13 down due to randomness and failures.  A lot of equipment

14 failures only cause an outage of a few hours or a few days;

15 that doesn't make a whole lot of difference in year to year.

16        But you get occasional failures, such as a failure of

17 a turbine or a generator, where a single failure can cause a

18 unit to be shut down for three months or five months, and if

19 you get such a failure on a project, that can just overwhelm

20 the effect of the project.

21        On the other hand, if you don't get such a failure,

22 the project will show an even bigger increase.  So what I

23 expect to see is, when I look at a group of units, and I look

24 at what they did before the project, what they did after the

25 project, I expect to see that some units will have improved by

KOPPE - DIRECT (RESUMED)/HIMMELHOCH   Vol. 5-734

1  more than I thought they would.  Some units, because of these

2  random effects, will improve less.  A few may -- a few will

3  even show decreases; but most of the projects will have

4  resulted in increases.

5       And on average over all the projects, the average

6  increase will be as great as or -- equal to or greater than

7  the average increase that I predicted.  That's what I would

8  expect to see and that is generally what I have seen.

9  Q   So let's conclude by going over your conclusions with

10 respect to the projects at issue in this case.

11      MS. HIMMELHOCH:  If we could please call up Image 71.

12 Your Honor, it is a list of the projects.  Cinergy has not

13 objected.

14      THE COURT:  That's fine.

15 BY MS. HIMMELHOCH:

16 Q   Mr. Koppe, we have listed here each of the 14 projects

17 that you have examined.  Could you please place a green dot by

18 pressing your finger onto the screen for each of the projects

19 you concluded should have expected an increase in

20 availability.

21 A   (Witness complied.)

22 Q   So the Beckjord Unit 1, 2 and 3 Life Extensions, the

23 condenser retubing at Beckjord 5, the condenser retubing at

24 Beckjord 6, the pulverizer -- sorry, I got ahead of you -- the

25 pulverizer replacement at Gallagher Unit 1, the condenser

KOPPE – DIRECT (RESUMED)/HIMMELHOCH   Vol. 5–735

1  retubing at Gallagher 2, the pulverizer replacement at

2  Gallagher 3, the reheater replacement at Gibson 2, the slope

3  tube replacement at Miami Fort 5, the radiant superheater

4  replacement at Wabash River Unit 2, the high temperature

5  superheater and upper reheater sections at Wabash River

6  Unit 2, the finishing, intermediate and radiant superheater

7  and upper reheater at Wabash River Unit 3, and the boiler path

8  and heat recovery section at Wabash River Unit 5; is that

9  correct?

10 A   Yes.

11 Q   So for each of these projects, you concluded that Cinergy

12 should have expected an increase in the availability of these

13 units; is that correct?

14 A   That is correct.

15 Q   And for each of these units, do you conclude what should

16 have happened to -- what Cinergy should have expected with

17 respect to generation from these units?

18       MR. GREEN:  I object.  This witness has not been

19 called to express any opinion with respect to increased

20 generation or increased emissions.  He's an expert that's been

21 called on the subject of predicted increase in availability.

22       MS. HIMMELHOCH:  And capability and heat rate, Your

23 Honor, which all relate to generation.

24       MR. GREEN:  Well, if she wishes to ask a question --

25 if counsel wishes to ask a question that is specific to

KOPPE - DIRECT (RESUMED)/HIMMELHOCH     Vol. 5-736

1  capability and to heat rate, that's fine.  But seeking an

2  assessment of an increase in generation, this witness has not

3  been qualified in this case to make that opinion.

4        MS. HIMMELHOCH:  I'll rephrase --oh, I'm sorry, Your

5  Honor, go ahead.

6        THE COURT:  You need to rephrase.

7        MS. HIMMELHOCH:  I will rephrase.

8  BY MS. HIMMELHOCH:

9  Q   Mr. Koppe, in addition to all the availability increases

10 that you have identified, you also concluded that the units at

11 Gallagher 1 and 3 should have expected an increase in

12 capability; isn't that correct?

13 A   That is.

14 Q   How large was that increase?

15 A   Seven megawatts at each unit.

16 Q   Did you conclude that any of the decreases in heat rate

17 would have an effect on the amount of electricity generated

18 from these units?

19 A   In general, I expect that the decreases in heat rate would

20 result in an increase in generation, but I did not quantify

21 those increases.

22 Q   For Gallagher Units 1 and 3, what was your conclusion

23 about the heat rate effect?

24 A   That the overall effect of the improvement in heat rate

25 would be some increase in the amount of coal burned.

KOPPE – DIRECT (RESUMED)/HIMMELHOCH    Vol. 5–737

1          MS. HIMMELHOCH:  Thank you, Your Honor, we have no

2    further questions at this time.

3          THE COURT:  I think we'll take our break for the noon

4    hour then, and come back and cross-examine.

5          COURT CLERK:  All rise.  This court stands aside in

6    brief recess.

7      (Jury out.)

8      (A recess was taken.)

9      (Jury in.)

10          THE COURT:  You may be seated.

11          You may cross, sir.

12          MR. GREEN:  Thank you, Your Honor.

13                      **CROSS EXAMINATION**

14   BY MR. GREEN:

15   Q   Mr. Koppe, my name is Tom Green.  I'm one of the lawyers

16   representing Cinergy.  I'd like to start by focusing in on

17   some things that you said towards the end of your examination

18   with Ms. Himmelhoch, and then we'll move to some of your

19   earlier discussions.

20          With respect to this methodology that you've developed

21   for predicting increases in availability from certain repairs

22   or component replacement works on generating boilers in

23   particular, with respect to that methodology that you told us

24   that you've used over the last 30 years or so, not until you

25   came to kind of work for the Government in these cases did you

1  ever align that methodology with calculations that are going

2  to be performed by Dr. Rosen to make a prediction on an

3  increase in emissions; isn't that the right, for NSR purposes?

4  A   All my calculations have always been expected increases

5  and availability.  As far as I know, no one made this

6  particular use of those calculations prior to these cases.

7  Q   So your methodology for predicting an increase in

8  availability now linked with what we're going to hear from

9  Dr. Rosen, an increase in emissions, that's never been done

10 before, before you came to work for the Government, right?

11 A   As far as I know, my calculations were never used for that

12 purpose prior to that time.

13 Q   Now, we've indicated that you have never actually operated

14 a coal-fired generation unit.  Is that not right?

15 A   That is correct.

16 Q   If I can describe the methodology that you have with

17 Dr. Rosen for predicting increases in emissions as —— I'll

18 call it an "emissions increase methodology."  I'm going to use

19 that term, okay?

20       Has that methodology that I've just described ever

21 been discussed and published in any peer-reviewed journal that

22 you know of?

23 A   The part of the analysis that I did has appeared in

24 publications.  I believe that the part Dr. Rosen has done has

25 appeared in publications.  I don't know if the combination of

*KOPPE – CROSS/GREEN*                    Vol. 5-739

1  the two ever has.

2  Q   I'm not just talking about publications.  I'm talking

3  about peer-reviewed journals?  Ever been published in any

4  peer-reviewed journals?  I'm talking about this combination

5  methodology?

6  A   Not that I know of.

7  Q   Okay, sir.  Do you know of any published assessment of the

8  reliability of this emissions prediction methodology as it

9  relates to the NSR regulations?

10 A   Again, if we're talking about the whole process, including

11 the availability increase as well as the emissions

12 calculations all as one package, I am not aware of such a

13 thing.

14 Q   Now, I want to direct your attention back to the Gallagher

15 units that you were discussing, and in particular, the

16 pulverizer replacement projects.  Do you remember discussing

17 those awhile back?

18 A   Yes.

19 Q   And you said, if I heard you correctly, that the units had

20 a nameplate capacity of, I think, 150 megawatts; is that

21 right?

22 A   No.

23 Q   Pardon?

24 A   No, it's not.

25 Q   Okay.  Then correct me.

*KOPPE — CROSS/GREEN*              Vol. 5-740

1  A   Well, as I said, boilers don't have a nameplate capacity.

2  Q   Okay.

3  A   What I said was that the design capability of the unit as

4  a whole had been -- was 157 megawatts.

5  Q   Okay.  Design capability was 150 megawatts, right?

6  A   157 megawatts.  Just to be sure, we're talking gross here.

7  Q   Okay, 157 megawatts.  And I think you said they were only

8  able to obtain or get 150 megawatts out of those units; is

9  that right?

10  A   During the 1990s, that is correct.  There were earlier

11  times when they had gone well above 157; but during the 1990s,

12  the unit was limited to 150.

13  Q   Then you were directed to Plaintiffs' Exhibit 651.  Do you

14  need another copy of this?

15       MS. HIMMELHOCH:  No, sir.

16  Q   You were directed to Plaintiffs' Exhibit 651, and you were

17  shown four pages out of that document in succession.  And I'm

18  going to see if I can -- oh, okay.

19       And this is the first page that you were shown.  It's

20  the "Gallagher Base 1 New Fuel Forecast."  Do you recognize

21  that?

22  A   Yes.

23  Q   I think I can zoom in here.  There's the Gallagher 2, the

24  Gallagher 3 and the Gallagher 1 unit.  They're all listed as

25  having a net megawatt capacity there of 140-megawatts; is that

KOPPE – CROSS/GREEN                Vol. 5–741

1  right?

2  A   Yes.

3  Q   So this was the analysis apparently done by PSI before the

4  expected pulverizer replacements; is that right?

5  A   That's correct.

6  Q   If –– well, let me just take it this way.  Here's the

7  second page that you showed us.  This is also part of the

8  analysis showing the current state of operations of the

9  Gallagher units before the replacement of the pulverizers,

10  correct?

11  A   I believe what it's showing is the expected future

12  operations of the units absent pulverizer replacements.

13        COURT REPORTER:  I'm sorry, could you repeat that.

14  A   I believe it's not showing the past performance.  Rather,

15  it's showing the expected future performance of the units

16  assuming the pulverizers are not replaced.

17  Q   Assuming they're not replaced?

18        And we can see that Gallagher 1–4 together have a net

19  megawatt capacity of 560 megawatts, correct?

20  A   Yes.

21  Q   And if you divide by 4, you're back to 140; correct?

22  A   That's correct.

23  Q   So nothing's changed in kind of Phase 2 of this analysis;

24  is that right?

25  A   No, that's not ––

*KOPPE - CROSS/GREEN*          Vol. 5-742

1  Q    Nothing's changed as far as megawatt capacity?

2  A    This isn't Phase 2.  This is a summary of the preceding

3  pages, the same case.

4  Q    Let's go to Phase 2 then; because in your testimony, you

5  indicated that Cinergy should have expected an increase in

6  7 megawatts, correct?

7  A    An increase of 7 megawatts, yes.

8  Q    Of 7 megawatts after the replacement of the pulverizers;

9  is that true?

10 A    That's correct.

11 Q    Now, let's go to the -- to this prediction that was

12 predicated on replacing the pulverizers.  There's the top of

13 the page.

14      If we go down here, this shows that after the

15 replacement of the pulverizers, Gallagher 1 is still predicted

16 to have a net megawatt capacity of 140, is it not?

17 A    Yes.

18 Q    If you go up a couple of lines -- I didn't - I forgot to

19 highlight it, but here's Gallagher 3.  Gallagher 3 is still

20 predicted to have 140 megawatts of capacity; isn't that right?

21 A    Yes, it is.

22 Q    So this document is not any evidence that anyone at PSI is

23 predicting a 7-megawatt increase in capacity, is it?

24 A    This document is not -- or this part of this document is

25 not.

KOPPE – CROSS/GREEN            Vol. 5–743

1  Q   Just so we show you the last page so that somebody doesn't

2  think I'm doing something wrong, on the last page of the

3  prediction that PSI made for expected effects or changes with

4  replacement of the pulverizer, again on the second page,

5  Gallagher 1 to 4, 560 net megawatts, you divide –– there's

6  four units.  So you divide 560 by 4 and you get 140 again.  So

7  it's 140 both before and after the replacement of the

8  pulverizers; is that not correct?

9  A   That's correct.  This analysis assumed no change in the

10 capability of the pulverizers.

11 Q   All right, sir.  Now, I'm going to refer you to something

12 else that you addressed kind of late in the game.

13      MR. GREEN:  And may I just give the witness a copy of

14 Plaintiffs' Exhibit 1650, Your Honor?

15      THE COURT:  Yes.

16 BY MR. GREEN:

17 Q   If I may, sir.

18 A   Thank you very much.

19 Q   I believe that 1650 is in evidence, sir.  Let's look at

20 this.  This is future planning for generating plants, and it

21 was presented to Public Service of Indiana on September 24,

22 1986, correct?

23 A   Yes.

24 Q   And you were shown this document because the Government

25 wanted you to talk about this curve that they were talking

1  about.  Do you remember that?  That's at page 1 of 4 right in

2  the front, like the second page in.

3  A   Yes.

4  Q   But I want to direct your attention to another portion of

5  this document, Mr. Koppe.  So if you'll just flip the page

6  from 2 of 4 and work yourself over to page 3 of 4.

7        Are you there?

8  A   Yes.

9  Q   Now, I tell you what I'm going to do here to make this

10  easier.  I want to direct your attention to the sentence that

11  starts right here, "In addition."  Do you see that, sir?  "In

12  addition" right here"?

13  A   I'm sorry.  I went from page 1 of 4 to 2 of 4.

14  Q   3 of 4; on the bottom, it says 3 of 4.

15  A   Okay.  Now I'm on the right page.  "In addition."  Okay.

16  Q   This document recites "In addition, at a recent industry

17  seminar, 43 utilities indicated active Life Extension programs

18  with a wide range of goals and methods to achieve them."

19        The next paragraph reads -- I wish I could focus that

20  just a little better.

21        The next paragraph reads, "Public Service Indiana has

22  established its own Life Extension program, sometimes called

23  'Refurbishment', and has actively been working for almost two

24  years.  The following goals were established to guide the

25  program in the near future."

*KOPPE — CROSS/GREEN*          Vol. 5-745

1      Now, before I get to those goals, I'm assuming that

2  inasmuch as the Government showed you that document, and you

3  were able to talk about that bathtub chart or whatever you

4  called it, you must have looked at the rest of the document;

5  is that right?

6  A    I did.

7  Q    Then you must have read that "The following goals were

8  established to guide the program in the near future:

9      "1.  Operate all generating units at current levels of

10 availability and reliability until the year 2003 through the

11 economical refurbishment and modernization of plant equipment.

12     "2.  Improvements in efficiency, capacity, and

13 environmental emissions reductions are desired and

14 justifiable.

15     "3.  Provide these benefits through a comprehensive

16 program that places maximum emphasis on management controls

17 and documentation of justification; and

18     "4.  Refurbish the generating units on a schedule that

19 will support system load projections and maximizes use of

20 scheduled outage time."

21     Now, I'm assuming that you read all of that, correct?

22 A    Yes.

23 Q    I want to direct your attention to No. 1, where the goal

24 of this program -- future planning for generating plants --

25 was described as "operating all generating units at current

1  levels of availability and reliability until the year 2003."

2        That document makes no reference whatsoever to

3  increasing availability, does it, sir?

4  A   It does not.

5  Q   Now, Mr. Koppe, what I'm going to try to do is simplify a

6  little bit of what I believe to be your methodology.  If I get

7  to the point where I'm getting too simple, you'll let me know.

8  A   Okay.

9  Q   You have conceded on prior occasions that a boiler has

10 many, many components; and you have actually conceded that a

11 boiler has, you know, thousands -- well, we'll just call it a

12 thousand components.  Have you not?

13 A   The boiler itself has far fewer components; but the boiler

14 and all its auxiliary equipment get up in that range.

15 Q   Of course, when you're talking about the availability of

16 the generation unit, you're talking about the availability of

17 the entire unit, right?

18 A   Yes.

19 Q   So are you saying then, are you agreeing with me that an

20 entire unit has a thousand components?

21 A   There's always a question of how one counts components but

22 there are a thousand, probably several thousand components in

23 a generating unit, yes.

24 Q   Now, you've also stated on prior occasions that there are

25 many, many, many minor components.  I think you've actually

1  used that term, "minor components," which if they are repaired

2  or replaced do not increase the overall availability of the

3  entire generating unit; is that right?

4  A    That's correct.

5  Q    And I think you've also said that in your opinion, there

6  are only a handful of what I'll call major components, that if

7  repaired and replaced could conceivably increase the

8  availability of the entire generation unit -- generating unit;

9  isn't that right?

10 A    I would say it's a few handsful, but it is a very small

11 fraction of all the components.

12 Q    Very small fraction?  Probably less than one percent of

13 all the components, isn't that right?

14 A    That is true.

15 Q    Now if you know that the -- if you know that the

16 components that can actually affect, in theory, the

17 availability of the entire unit -- if you know that the number

18 of those components is that small, you would expect that

19 Cinergy's engineers understand that as well, would you not?

20 A    Yes.  I think, just to be clear, it's not that many of

21 these other components can't affect availability.  They do

22 affect availability.  It's that only these major components

23 that can cause the very large increases in outage rates, which

24 is a decrease in availability that one tends to see as these

25 units age, and it is only those components where one has the

*KOPPE — CROSS/GREEN*                    Vol. 5-748

1  potential of where replacing a single component will make a

2  substantial improvement in availability.

3        It's not the same as saying the other components don't

4  affect availability.

5  Q   That's a good point.  I'll bear that in mind.  But with

6  respect to the kinds of components that you just described

7  that could impact unit availability, those are the kinds of

8  components that you believe you've analyzed in this case,

9  right?

10 A   Certainly.  The components at issue in this case are among

11 those components, yes.

12 Q   So back to my question, though, would you agree with me

13 that Cinergy engineers would be expected to know that, by far,

14 the large number of components will not have any such

15 substantial impact on unit availability as these components?

16 A   Yes.

17 Q   It's kind of the old saying that -- you know, you were

18 talking about a valve yesterday, you know, the valve -- you

19 know, the valve went bad or whatever and then you've got to go

20 fix the valve and then another valve goes bad, right?  Isn't

21 that what you said yesterday?

22 A   I talked about that as an illustration of why fixing one

23 valve today doesn't make the availability of the unit any

24 different tomorrow.

25 Q   But my point is, and then I'm going to move on, there's

1  just a lot, a lot of parts, a lot, a lot of components in the

2  boiler that are just that way.  You know, you fix one and then

3  boom, another one breaks or goes out, and you fix that and on

4  you go, and it doesn't have much of an impact on availability;

5  isn't that right?

6  A    Mostly what you said is right.  Again, most of these minor

7  components are not actually in the boiler.  They're in the

8  coal−handling systems and the feed water systems and all the

9  other systems.  The boiler itself is a lot of boiler tubes and

10 headers and not much else.

11 Q    Do you think repairing one tube is going to have a

12 dramatic impact on the availability of an entire generating

13 unit?

14 A    One boiler tube you mean?

15 Q    One boiler tube.

16 A    No.

17 Q    All right.  Now, let me talk about you and Mr. Rosen for a

18 minute.  I used the analogy I was an old wrestler in high

19 school.  So I look at it as kind of a tag team.  I mean, you

20 come in here and you sit and give us your prediction with

21 respect to a predicted increase in availability.

22         Then when you're done, Mr. Rosen comes in and he takes

23 the data that you've given him and he makes some mathematical

24 calculations to come up with a predicted increase in

25 emissions; is that right?  In general, trying to simplify

KOPPE – CROSS/GREEN                    Vol. 5-750

1  this?

2  A    That is correct.

3  Q    You're not here to offer any opinion on any increase in

4  emissions, are you?

5  A    No.

6  Q    The -- this combined methodology that we've been

7  describing here and talking about -- I wasn't sure from one of

8  your answers to Ms. Himmelhoch -- that combined methodology

9  really was conceived in brainstorming sessions, wasn't it?

10 A    No.

11 Q    It wasn't?  Did you attend brainstorming sessions?

12 A    I attended several meetings between the other experts and

13 the lawyers, and we had some phone conversations.  As I said

14 earlier, they did not seem like brainstorming sessions to me,

15 but I was at those meetings.

16 Q    Okay.  You have copies of your depositions there.  I would

17 like you to go to your earlier deposition, if you will.  I

18 would like you to turn to --

19           MS. HIMMELHOCH:  Your Honor, I think --

20           MR. GREEN:  I'm going to impeach him on his last

21 answer.

22           MS. HIMMELHOCH:  I think before going to the

23 deposition, he needs to inquire what he said at the

24 deposition.

25           THE COURT:  Why don't you let him do what he wants to

KOPPE – CROSS/GREEN                Vol. 5-751

1  do and then we'll see.

2          MS. HIMMELHOCH:  Yes, sir.

3          THE COURT:  He might have done this before.

4          MR. GREEN:  One thing Mr. Koppe and I have in common

5  is that we're both figuring out how to retire here.  I have

6  done this before.

7  BY MR. GREEN:

8  Q   Mr. Koppe, if you would go in your deposition to page 130,

9  please?

10 A   I'm sorry, it's really hard for me to read these at this

11 size.  Is this the first one or the second one?

12 Q   November 30.  Do you want me to help?

13 A   I can read it.  It just takes awhile.

14 Q   If you would go to page 130.

15         Actually, I'm going to ask you to look at page 131.

16 A   Okay.

17 Q   Now, this is your deposition that was taken in this case

18 back in November of 2005; is that not right?

19 A   Yes.

20 Q   Now, if you would look at the question that you were asked

21 at line 3 up on page 131; do you have that?

22 A   Yes.

23 Q       "Question:  Did you participate in any meetings with

24 other members of or other experts utilized in the enforcement

25 initiative in which discussions were had regarding developing

1  a methodology or a calculation technique for purposes of

2  evaluating component replacement projects at issue in the

3  enforcement initiative?

4          "Answer:  There were.  I remember some telephone

5  conversations.  I don't remember face-to-face meetings.

6          "Question:  And when did these telephone

7  conversations occur?

8          "Answer:  Roughly three or four years ago.

9          "Question:  Who participated in the telephone

10 conversations?

11         "Answer:  Dr. Rosen and I and others who I'm not

12 remembering at this point.  There were two or three

13 conversations, and I think the people involved in them may

14 have been different.

15         "Question:  Were lawyers involved?

16         "Answer:  There were, I believe, in the

17 conversations I'm remembering, one or more lawyers was in on

18 the phone calls.

19         "Question:  And you said that you recall two or

20 three phone conversations?

21         "Answer:  Yes.

22         "Question:  Who do you recall from the attorneys'

23 standpoint who was involved in the conversations?

24         "Answer:  The only one I remember fairly clearly was

25 Bob Rosenthal from the New York Attorney General's office.  I

*KOPPE – CROSS/GREEN*                Vol. 5-753

1  believe there were other lawyers in one or more of the

2  conversations but I can't recall who.

3         "Question:  Dr. Rosen in his testimony a few weeks

4  ago described those conversations as brainstorming sessions.

5  Would you agree with that characterization?

6         "Answer:  I would agree with that.  I think just to

7  make one thing clear, the time of those conversations, I had

8  already developed the method that I used in the Duke Power and

9  Illinois Power cases, so in some sense, I already thought I

10 had a method that I thought was realistic but I don't -- but

11 with that caveat, I would say yes, they were brainstorming

12 sessions."

13        Is that your testimony?

14 A   That's what I said, sir.

15 Q   All right, sir.

16        MR. GREEN:  May I approach, Your Honor?

17        THE COURT:  Yes.

18 BY MR. GREEN:

19 Q   Mr. Koppe, I'm showing you what has been marked as

20 Defendant's Exhibit 123 for identification.  I'll give

21 Government a copy.  Have you ever seen this document before,

22 sir?

23 A   I have.

24 Q   Are you the author of the document?

25 A   Yes.

KOPPE — CROSS/GREEN              Vol. 5-754

1   Q   Can you tell me when you authored it?

2   A   It doesn't have a date.  It was in the early days of some

3   of these cases during the times of these meetings --

4   Q   During the time of the brainstorming sessions?

5   A   During the telephone conversations we have been

6   discussing, but I can't remember the exact date.

7   Q   I'm having trouble hearing you, sir.

8   A   It was during that time period of the telephone

9   conversations and the meetings, but I cannot recall the exact

10  date.

11          MR. GREEN:  Your Honor, may this be moved into

12  evidence.

13          THE COURT:  Well, certainly it can be moved into

14  evidence.

15          MR. GREEN:  It may?

16          THE COURT:  It may be moved into evidence.

17          MR. GREEN:  May it be accepted?

18          THE COURT:  Well, I don't know.

19          MS. HIMMELHOCH:  No objection, Your Honor.

20          THE COURT:  Yes, it's admitted.

21     (Defendants' Exhibit 123 was received in evidence.)

22  BY MR. GREEN:

23  Q   Mr. Koppe, let's take a look at this memo, here.  It

24  starts with the following sentence, and the word "following"

25  is in that sentence.  "The following is what I hope is the

1  last word on the utilization factors for outages and

2  deratings."

3         Now, is this the subject you were discussing with

4  Dr. Rosen?

5  A    At this time, yes.

6  Q    And then you say "utilization factor for outages."  Maybe

7  we ought to talk a little bit about the utilization factor and

8  see if I can put that into some simple context so that the

9  ladies and gentlemen will understand -- so I'll understand.

10         In your methodology when you predict that there will

11  be increased availability, what you essentially deliver to

12  Dr. Rosen is a number of hours of recovered availability, do

13  you not?

14  A    Number of hours of increased availability.

15  Q    Number of hours of increased availability.

16         Then if I understand the combined methodology that you

17  gentlemen have worked out starting in or about 1999 or 2000,

18  Dr. Rosen says, "Well, a utility isn't -- in our theory, a

19  utility isn't going to use all those hours of increased

20  availability.  I'll only use those hours that are compatible

21  with the utilization of the generating unit before the

22  project."

23         In other words, just to make it simple, if the

24  generating unit was used 57 percent of the time before the

25  project, Dr. Rosen says "I'm going to assume that it's going

*KOPPE – CROSS/GREEN*                Vol. 5-756

1  to be used 57 percent of the time after the project, and so

2  I'll take 57 percent of the hours you found," and that's what

3  he then kind of feeds into his calculations.  Is that

4  generally correct?

5  A   It's generally correct, but there's a substantial

6  conceptual error there because the number he uses is not the

7  percentage of the time that the generator would be used, but

8  is the percentage of the time when the unit is available that

9  the generator would be used.  That makes a substantial

10 difference in the number.

11 Q   Well, it makes a difference in the calculation, but

12 there's a utilization factor that he uses which he applies

13 against the numbers that you give him, correct?

14 A   Yes.

15 Q   So what's happening here with this particular document is

16 that you and Dr. Rosen and maybe the other lawyers are trying

17 to figure out what's going to be the last word on the

18 utilization factors for outages and deratings.  Is that not

19 right?

20 A   It's partly correct.  And the reason I've been quibbling

21 with "brainstorming," even though I did use it myself, is that

22 with respect to this whole issue, I understood this issue and

23 I understood what needed to be done to address this issue

24 correctly before I ever talked to the Department of Justice or

25 any of the other experts.

*KOPPE - CROSS/GREEN*                Vol. 5-757

1        So what I was trying to do here is not brainstorm

2   about how to do it but to explain to other people and how they

3   should do it and convince them --

4   Q   Well, let's just work our way through this --

5           MS. HIMMELHOCH:  Your Honor, I don't believe

6   Mr. Koppe was done with his answer.  Could he be permitted to

7   finish?

8           THE COURT:  Were you finished?

9   A   Well, I was in mid sentence --

10  Q   I'm sorry, sir.

11  A   -- to explain to the other witnesses and the lawyers how I

12  thought this should be done, and to explain to them why I

13  thought it should be done that way.

14  Q   Basically, you gentlemen are talking about two different

15  methods; is that right?

16  A   Yes.

17  Q   So Method 1 is -- and I'm reading under Method 1 now --

18  "Utilization factor is calculated as CF."  That's capacity

19  factor?

20  A   Yes.

21  Q   "Over SF," service factor; is that right?

22  A   That's correct.

23  Q   Now, putting aside whether I understand that -- and I'll

24  tell you that I'm not sure I do, but let's keep going in the

25  memo.  You say "It's easy.  It is exact given the following

*KOPPE – CROSS/GREEN*                Vol. 5–758

1  assumptions."

2         So now what you are brainstorming about is some

3  assumptions that you have to use in your kind of combination

4  methodology; isn't that right?

5  A    No.

6  Q    Sir, I think –– would you like a copy of the document?  I

7  think I gave you a copy.  It might be easier to read off of.

8  A    It might be.  That might help.

9  Q    I think I gave you one, did I not?

10 A    Yes, but it doesn't have the highlights but it is easier

11 to read.

12        MS. HIMMELHOCH:  I think he answered the question,

13 Your Honor.  He said "No."

14        MR. GREEN:  I can't hear you.

15        MS. HIMMELHOCH:  I believe he answered the question

16 by saying "No," Your Honor.

17 BY MR. GREEN:

18 Q    Is that right, Mr. Koppe?  You're not talking about some

19 assumptions that must be present with respect to Method 1?  Am

20 I misreading that?

21 A    No.  I can't remember what your original question was; but

22 the –– let me take a look at this for a moment.

23 Q    Take your time, sir.  Take your time.

24 A    In calculating a utilization factor, you have to make some

25 assumptions about how the unit will be operated during the

*KOPPE – CROSS/GREEN*                    Vol. 5-759

1  additional time it becomes available.

2  Q   So now let's look at what you gentlemen said about those

3  assumptions.  I'll just pick up where I left off.  "It is

4  exact given the following assumptions."  Then there's a little

5  circle, a bullet point kind of thing.

6       "During the outage time that is recovered, there will

7  be no chance of new planned or unplanned outages;" is that

8  right?  Am I reading that right?

9  A   Yes.

10  Q   And then there's another circle, and it says "During the

11  outage time that is recovered, the rate of occurrence of load

12  following and deratings will be the same as it was in the

13  historical period from which the data were derived."  Did I

14  read that correctly?

15  A   Yes.

16  Q   Then you say "I think it's defensible."  Do you see that?

17  A   Yes.

18  Q   Did you have doubts whether those assumptions were

19  appropriate?

20  A   No.

21  Q   Well, what did you mean when you said, "I think it's

22  defensible"?

23  A   What we're doing here is –– Method 1 is what I had done

24  for 25 years before this case.  Some people on the team who

25  didn't have nearly as much experience in availability as I did

*KOPPE - CROSS/GREEN*                Vol. 5-760

1  had suggested alternative methods; and I was laying out here

2  the reasons why I believe Method 1, which is the method I had

3  always used, was the correct method.

4  Q   You think that Method 1 is the method that you had used

5  historically for 30 years and had all this validity and

6  validation, and now you're in a brainstorming meeting and you

7  say "I think it's defensible"?

8  A   Yes.

9  Q   All right.  Let's keep going.

10       Then it says "We have agreed that there will be no new

11  outages and that reserve shutdowns and load following will

12  occur at historical rates."

13       Now, did you have trouble getting agreement on that

14  assumption?

15  A   At this point, I don't recall what other people were

16  disagreeing with.

17  Q   Let's go to the next little zero, bullet, there.  "I think

18  the technical arguments favor some probability" -- I'm sorry.

19  I missed a line.  In between my little highlighting.  "What we

20  really haven't agreed on is deratings."

21       Then you say "I think the technical arguments favor

22  some probability of additional deratings during the recover

23  time.  Industry averages show units losing only about three

24  percentage points of EAF" -- is that just another abbreviation

25  essentially for "availability"?

KOPPE — CROSS/GREEN          Vol. 5-761

1  A    Yes.

2  Q    "Losing only about three percentage points of availability

3  to deratings.  So we are not hurting our case significantly --

4  we are not hurting our case significantly, and we are taking

5  away a possible criticism of our analysis."

6        Now, this is part of the brainstorming that's going

7  on, isn't it, sir?

8  A    No, this is -- I had concluded 25 years earlier this was

9  the right way to do it.  I'm trying to explain to other people

10  why this is the right way to do it.

11  Q    I am willing to accept that you concluded it was the right

12  way of doing it; but apparently, there are others in the room

13  or on the telephone or wherever that are suggesting that it's

14  not the right way of doing it; and you're trying to brainstorm

15  your way through that to come up with a collective assessment

16  or collective approach, are you not?

17  A    Again, I didn't regard it that way.  We're quibbling about

18  the meaning of brainstorming; but the essential thing was that

19  I understood that this was the right method.  The key thing is

20  that it gets the right answer, and I'm just trying to explain

21  to other people why they -- why their -- the alternative they

22  had suggested was wrong.

23  Q    What do you mean when you said, "So we are not hurting our

24  case significantly, and we are taking away a possible

25  criticism of our analysis"?  Can you explain that to me?

1  A   Yes.  It's a standard thing that I do.  Remember, I talked

2  about this earlier.  If -- I know my client wants a high

3  number, so what I want to do is I want to do things in the

4  analysis that tend to err on the low side so that I can be

5  sure that I am not overstating the results.

6        On the other hand, of course, I don't want to

7  understate the results by huge amounts.  So I want to find a

8  way to come in on the low side by some moderate amount; and

9  that makes it clean.  It makes it so that I can say to people

10 "I know this number isn't high, I know it's a bit on the low

11 side," and I don't have to worry about it anymore.

12 Q   However, here your client is the United States Government.

13 So were they pushing you -- are you telling us they were

14 pushing you to come up with a formula, a methodology that

15 would produce a high number of hours of increased

16 availability?  Is that your testimony?

17 A   No.  The Department of Justice was wonderful.  They never

18 pushed me in the least.  Some of the utilities I worked for

19 over the years pushed me to get higher numbers, but I've never

20 been pushed by the DOJ.  They consistently said "If this

21 number isn't good enough, we'll drop the project."

22 Q   So your statement is that this reference that I've read

23 now a couple of times is actually a reference to all of your

24 historical clients who were pushing you to come up with a high

25 number, even though you're now sitting in a brainstorming

*KOPPE - CROSS/GREEN*              Vol. 5-763

1  session with the Department of Justice and other people

2  working on this case?  Is that your testimony?

3  A    No.

4  Q    Well, let's go to Method No. 2.  "Utilization factor is

5  calculated" -- I don't understand that.  Let me go to what's

6  underneath it.  "This too is easy.  It will give a higher

7  utilization factor."

8         So now you gentlemen are all sitting together, and are

9  you trying to brainstorm about another approach that will

10  produce a bigger number?

11  A    No.  This approach was something that some people thought

12  was correct.  If it was correct and wasn't overstating the

13  case but got a higher number, that would be good because it

14  would be getting closer to the correct number.  So to the

15  extent it's giving a higher number that is still not too high,

16  that's an advantage.

17  Q    Then you say, "However, I see two disadvantages," correct?

18  A    Yes.

19  Q    At the top of the second page, "It effectively assumes

20  that there will be no deratings during the recovered outage

21  times.  I think this is nonconservative side, albeit not by a

22  lot.  Even if one accepts the idea that there will be no

23  deratings during the recovered outage time, the result of this

24  calculation will not be exact and will always be slightly

25  high, nonconservative."

1        Can you tell me what you meant by that?

2  A    Doing the calculation this way would result in projected

3  generation that would be too high.  It would be higher than

4  what you'd really expect.  And that's not the right way to do

5  it.

6  Q    Let's continue here for a minute and go down to the next

7  subject, which is utilization factor for deratings.  I'm not

8  going to take you through all of this analysis unless you care

9  to summarize what's going on here at the bottom of the memo.

10        Well, that's probably a good idea to ask you what is

11  going on here under the categorization of "Utilization factors

12  for deratings"?

13  A    This is a situation I described an hour or two ago where

14  I've had a method that I used to deal with the utilization

15  factor for deratings for many years.  It requires having data

16  from the utility, specifically a load duration curve, but we

17  did not have that data.  So I searched for a method where I

18  could extract that data from other information that we did

19  have.  I finally figured out a way to do that, and --

20  Q    And eureka?

21  A    And I responded with Greek enthusiasm.  Yes, I said

22  "eureka."

23  Q    Here's the eureka part on your memo on the third.  Eureka,

24  Is that a reflection of some delight in finding a way through

25  this mathematical formula that you all were trying to design?

1  A    Yes.  Again, the formula is not something -- some new

2  method.  It's just a way to try to extract data from a set of

3  data that was incomplete.  And yes, this was my jubilation at

4  having figured out a way to do that.

5  Q    But it seems that you were jubilant over something new in

6  contrast to your methodology that you had developed over this

7  30-year history that you've been talking about?

8  A    And again, the methodology is unchanged.  The only thing

9  was that we were missing some data that we had to put into the

10  methodology; and I found a way to deduce that data from other

11  information since we didn't have the data.  The calculations

12  we did with the data were the same as I've always done.

13  Q    But all this is still part of that brainstorming stuff,

14  right?

15  A    Still part of the -- this was after a phone conversation.

16  Call it brainstorming or not, I don't care.

17  Q    Now, this exercise of kind of combining your availability

18  increase with -- methodology with Dr. Rosen's mathematical

19  formulas for predicting increases in emissions, to the best of

20  your knowledge, that had never been published anywhere in any

21  form prior to 1999 or 2000 when you gentlemen got together to

22  have these sessions and work that system up; isn't that right?

23  A    There had been lots of publications about the way I

24  calculated the increased availability.  I just don't know how

25  people have been calculating increases in emissions before

*KOPPE − CROSS/GREEN*          Vol. 5−766

1  that.  It's hard to see how they could have done that without

2  calculating an increase in availability but I don't know how

3  they were doing it or what was published.  You'll have to ask

4  Dr. Rosen about that.

5          MR. GREEN:  Your Honor, may I have a second?

6          THE COURT:  Yes.

7          MR. GREEN:  I'm trying to find a document here to

8  call one up.

9          If you can't, I'll do it another way.

10          That's all right.

11  BY MR. GREEN:

12  Q   Mr. Koppe, you're aware, are you not, since you've looked

13  at all these projects that they began at the earliest in or

14  about 1985, '86 with the Beckjord 3 project?

15          There it is.  Do you see that?

16  A   Yes, that's correct.

17  Q   It's up on the screen there.

18          Then we've got them in kind of chronological order.

19  Down there in 1999, the lawsuit's filed, and then Gibson 2 is

20  in 2001.

21          Now, I think this is rather obvious, but I just want

22  to make the point that all of these -- almost all of these

23  projects, even through Gallagher 3 in 1999, were over and done

24  with and sometimes over and done with by many, many years by

25  the time you and Dr. Rosen got together in 1999 or 2000 to

1  come up with this collective methodology; isn't that right?

2  A   At the time we combined what I think are two standard

3  methodologies, it was well after many of these projects.

4  Q   Okay, sir.  Now, one of the things I'd like to talk about,

5  if I can here for one second here, there were some questions

6  about one of the Beckjord units.  There was a reference to

7  reserve shutdown status; is that right?

8  A   Yes.

9  Q   And you've told me that reserve shutdown status −− I mean,

10  you've told all of us when you were testifying earlier that

11  reserve shutdown status is when the dispatchers who turned the

12  units on and off, turned the unit off because it's not needed.

13  They put it into reserve shutdown; isn't that right?  Isn't

14  that what you just said a few hours ago?

15  A   That's the basic idea.  There are a few subtleties that

16  you've glossed over, but the basic idea is that the unit is

17  shut down or left shut down because it is not needed to meet

18  the load.

19  Q   There came a time during these sessions −− I don't want to

20  keep overusing that word "brainstorming," so I'll stop and

21  just say there came a time during these sessions when you all

22  were talking with each other that Dr. Rosen had some trouble

23  finding an emissions increase above the 40−ton threshold limit

24  for these −− we're talking about SOX and NOX emissions, are we

25  not, in this case, NOX and SOX?

1  A    Yes.

2  Q    There came a time when Dr. Rosen had some trouble.  He had

3  your data, and then he did his mathematical calculations, and

4  he had some difficulty coming up with a threshold emissions

5  increase where I think maybe as many as 4 of the 14 projects,

6  I think all the Beckjord units and perhaps Miami Fort 5; and

7  when you were told that, you said to him, "That's impossible."

8  Isn't that right?

9  A    Indeed I did.

10  Q    And so even though you gentlemen had worked out your

11  methodology by then, your kind of combined and collective

12  methodology, you figured he better make some changes to it

13  because it wasn't showing an emissions increase, it wasn't

14  showing a big enough emissions increase for a New Source

15  Review violation.  So you had to tinker with it to make some

16  changes.  Isn't that right?

17  A    No.

18  Q    No?

19        Didn't you change the analysis of how you treated the

20  reserve shutdown?

21  A    Yes.

22  Q    And you don't contend that that's a change in the

23  methodology?

24  A    No, because the treatment of reserve shutdown that we

25  used -- or that Dr. Rosen used for those four projects, Wabash

1  River 5 and Beckjord 1, 2 and 3, is the correct methodology to

2  use for every project.  He had been using a somewhat simpler

3  methodology that gave conservative results in the other --

4  conservative, that is to say, understated the expected

5  increase in availability or expected increase in generation

6  for some of the other projects; but it was -- it was a

7  conservative methodology.  It understated the increases for

8  all the projects.

9  Q   Well, if you developed a methodology that you're going to

10 sponsor as a way to make emissions predictions, it ought to be

11 a methodology that applies to each and every generation unit

12 at each and every utility.  If you've got to tinker with that

13 every time you don't find a violation, that's not much of a

14 methodology.  That's not a very scientific methodology, is it?

15 A   I would agree.  And, in fact, I think that what Dr. Rosen

16 should have done is applied the methodology that he ultimately

17 used for Wabash River 5 and Beckjord 1, 2 and 3 to all the

18 projects.

19 Q   So Dr. Rosen has made some mistakes in his methodologies?

20 A   He's made some conservative analyses.  He's understated

21 the effects of the other projects.

22 Q   When we use the delightful term "understated," it means

23 you're just not finding the violations you need to find, isn't

24 that right?

25 A   Not at all.

KOPPE - CROSS/GREEN                Vol. 5-770

1  Q   So your testimony is that the formula wasn't tinkered with

2  so that the two of you could find emissions violations on

3  those four units where the previous formula didn't work?  You

4  disagree with that?

5  A   The previous formula didn't work because in those -- where

6  it was conservative on all projects, it was just outrageously

7  conservative on those four projects.

8  Q   Let's just change the subject here a minute.

9       Now, one of the building blocks in your methodology,

10 this collective, combined methodology, is that first, Cinergy

11 should have expected an increase in availability, right, from

12 these projects?  You've gone through your analysis?

13 A   Yes.

14 Q   Right?

15 A   That's correct.

16 Q   And then kind of the second building block is that Cinergy

17 should have expected that because there was an increase in

18 availability, the units would run more.  Isn't that right?

19 I'm trying to simplify here, but is that basically correct?

20 A   That's basically correct.

21 Q   Now, in theory -- at least in theory, after a repair or

22 replacement project is completed and the boiler's all buttoned

23 up again as we saw in those animations, it could in theory be

24 turned on and run more than it had run in the past, correct?

25 It could run more than it had in the past?

*KOPPE − CROSS/GREEN*                Vol. 5−771

1  A   Are you assuming some improvement project has been made?

2  Q   Yes.  I'm assuming that there's been a project like the

3  projects that you've, you know, discussed.  Then it's all

4  done.  The boiler is buttoned up and they put the screws in

5  and it's done, okay?  It's all over.

6         Maybe this is a better question first:  The gentlemen

7  and women who make those repairs and do that replacement,

8  they're not going to turn the boiler on, are they?  They're

9  not the ones who turn the boiler on, the unit on?

10 A   That's correct.

11 Q   That happens over in the dispatch office; isn't that

12 right?

13 A   It happens in the control room which is different from the

14 dispatch office.

15 Q   So dispatchers are in the control room?

16 A   No.

17 Q   They're not?

18 A   Dispatchers are elsewhere.

19 Q   No dispatcher ever sits in a control room?

20 A   Never say never.  The typical control room has operators

21 in it and not dispatchers.

22 Q   Okay.  I'll check my terminology.  But, after the repair

23 project is done and the unit is buttoned up, that generating

24 unit could, in theory, run more than it ran in the past,

25 right?

1  A    That's what you would expect.

2  Q    But it also could, in theory, run the same?  In theory, it

3  could run the same?

4  A    That's much less likely, but possible.

5  Q    But in theory it could run the same, correct?

6  A    Yes.

7  Q    And in theory, it could run less.  Isn't that right?

8  A    That's possible.

9  Q    And in theory, it might not run at all if the control room

10  didn't dispatch it?  In theory, it might not run at all?

11  A    That's extremely unlikely.  It is theoretically possible.

12  Q    I'm just asking for possible.

13  A    The dispatchers aren't in the control room.  They're in

14  the dispatch center, but yes.

15  Q    I'm just asking for possibilities.

16  A    It's possible.

17  Q    Now, when a component is replaced in a boiler -- I think

18  you answered this, but I just want to make sure.  When a

19  component -- a new component is put into a boiler and they

20  button up the boiler, the boiler does not turn on

21  automatically just because there's been a replacement, does

22  it?

23  A    No.  The control room operators have to turn it on.

24  Q    So the replacement itself, that replacement activity can't

25  cause the emissions of SOX or NOX to go up the stack, the

*KOPPE — CROSS/GREEN*                    Vol. 5-773

1  replacement itself?

2  A    That seems like incredibly fine quibbling to me, but the

3  new tubes won't turn themselves on and spew out smoke.

4  Someone has to turn it on.

5  Q    Someone's got to turn on the unit, right?  I know that's a

6  simple question, but just indulge me.  Someone's got to turn

7  it on?

8  A    I just said that.  An operator has to turn --

9          MS. HIMMELHOCH:  Your Honor, can the witness finish

10 his answer.

11         MR. GREEN:  I'm sorry.

12 A    Units are always turned on by operators.

13 Q    And you would expect that Cinergy's engineers know all of

14 that that we've just discussed, that replacing a component,

15 just taking out an old component, even though it's a big job,

16 and putting in a new component, will not in itself cause

17 emissions of SOX or NOX to leave the unit?  Cinergy's

18 engineers have to know that, too.  If you know it, they have

19 to know it?

20         MS. HIMMELHOCH:  Your Honor, I have an objection.

21 Mr. Green continues to refer to SOX.  The pollution in this

22 case is not SOX, it's SO2, sulfur dioxide.  It's a different

23 issue, and I would prefer he use the correct name.

24         MR. GREEN:  I would be happy to.  Sorry for

25 confusing.

*KOPPE - CROSS/GREEN*                    Vol. 5-774

1  BY MR. GREEN:

2  Q   The question stands with SO2, NOX and SO2.  Cinergy

3  engineers -- since you know it, the Cinergy engineer would be

4  expected to know and understand that a replacement of a

5  component in a boiler can't cause SO2 and NOX to go up the

6  stack, right?

7  A   It can but only if the unit is turned on.  If the unit is

8  left off, it cannot.

9  Q   But I'm just talking about the replacement, though.  The

10 replacement can't cause that by itself, can it?

11 A   If the unit is running, the replacement will cause

12 increased emissions.  If the unit isn't running, it won't.

13 Q   But my question is before it's turned on.  I want to

14 isolate on the replacement itself.

15      MS. HIMMELHOCH:  Objection, Your Honor, it's been

16 asked and answered several times now.

17      THE COURT:  He can make his point.  Go ahead.

18 BY MR. GREEN:

19 Q   It's just a simple point.  I'll rephrase this.  Both you

20 and Cinergy engineers must understand that the replacement of

21 the component in the boiler by itself will not cause SOX --

22 excuse me -- SO2 or NOX to go up the stack?

23 A   If nothing else happens, including not even turning the

24 unit on, it will not cause an increase.

25 Q   Thank you.

1      Now, another part of your methodology is that -- the

2  combined and collective methodology is that if the -- if the

3  boiler is turned on, you believe that it will run more, and

4  because it runs more, there will be more emissions.  Is that a

5  fair kind of simple statement?

6  A   Yes.

7      MS. HIMMELHOCH:  Objection, Your Honor.  He was

8  prevented on direct from speaking about emissions.  I believe

9  it's improper --

10      MR. GREEN:  I'm not talking about amounts, I'm

11  just --

12      THE COURT:  He can answer the question.

13  Q   I think you did answer the question?

14  A   I did, I said yes.

15  Q   Do you understand, sir, that Cinergy's engineers believe

16  that after one of these units gets turned on following a

17  replacement project, that because of several reasons, it

18  really will not run anymore in the next two years following

19  that replacement than it did in the years before?  Do you

20  understand that to be Cinergy's contention?

21  A   I don't --

22      MS. HIMMELHOCH:  Objection, Your Honor, it assumes

23  facts not in evidence.

24      MR. GREEN:  I'm sorry?

25      MS. HIMMELHOCH:  It assumes facts not in evidence.

*KOPPE – CROSS/GREEN*                    Vol. 5-776

1          MR. GREEN:  I'm asking him if he understands that.

2          THE COURT:  What difference does it make if he

3  understands that?

4          MR. GREEN:  Well, because I want to talk about it a

5  little bit.

6          THE COURT:  I'm going to sustain this objection.

7          MR. GREEN:  All right, sir.

8  BY MR. GREEN:

9  Q    I think what I would like to do now then is talk about the

10 way you do your methodology and how you do your analysis.

11         Basically, when you kind of cut through a lot of the

12 testimony and so forth that you've provided about your

13 methodology, what you're basically doing is looking at GADS

14 data that pertains to the units where these projects were

15 undertaken.  Isn't that right?

16 A    That's part of what I do, yes.

17 Q    And the GADS data is this collection -- you were one of

18 the architects of the whole system, correct?

19 A    Yes.

20 Q    And it's the system where utilities report and record all

21 of the events that impact the availability of the unit.  Is

22 that not right?

23 A    That's correct.

24         MR. GREEN:  May I, Your Honor?

25         THE COURT:  Yes.

KOPPE – CROSS/GREEN                Vol. 5–777

1  BY MR. GREEN:

2  Q   Mr. Koppe, let me show you what's been marked as

3  Defendant's Exhibit 2155 for identification.  Would you take a

4  look at that, please.  Do you recognize that?

5  A   I do.

6  Q   Where does this come from, sir?

7  A   This is part of the manual that tells utility people how

8  to report data to GADS.

9  Q   This is the section that specifies the cause codes that

10  you were talking about when you testified I think it was

11  probably yesterday on this; is that right?

12  A   That's correct.

13         MR. GREEN:  Your Honor, may this be admitted into

14  evidence?

15         MS. HIMMELHOCH:  No objection, Your Honor.

16         THE COURT:  It's admitted.

17     (Defendants' Exhibit 2155 was received in evidence.)

18  BY MR. GREEN:

19  Q   This exhibit consists of multiple pages, actually 35

20  pages.  Is it correct -- I mean, have I -- again, to someone

21  who is not steeped in this, it looks to me like there's 35

22  pages of cause codes; is that right?

23  A   Sounds about right.

24  Q   So -- I mean, if we just look at a couple of these

25  things -- oops.  How do we go to the next -- how do I go back?

1          So "Fossil Steam Units Index to System/Component Cause

2   Codes."  Then it starts –– so there's the boiler, and then the

3   balance of the plant, and then there's cause codes for the

4   steam turbine.

5          It's actually on both sides of the page.  This is kind

6   of like the index here.  There's the generator, pollution

7   control equipment, external.  This is kind of the index, but

8   then you go into the detailed cause codes.

9          This is the boiler and here is the code starting at

10  0010.  It's page after page of codes, cyclone, oil and gas.

11  There's cyclone, oil and gas systems, main steam, cold and hot

12  reheat steam.  How many cause codes do you think are in these

13  35 pages?  I mean, hundreds and –– hundreds?

14  A   Certainly hundreds.

15  Q   And so this is basically –– in one sense, this is a

16  collection of all the things that could go wrong in the

17  generating unit; isn't that right?

18  A   All the things that could cause outages or deratings.  It

19  manages to cover every possibility because there are a few

20  miscellaneous codes to pick up whatever it doesn't.

21  Q   It's kind of everything that could cause a problem in that

22  unit is right in there with a cause code; isn't that right?

23  A   That was what we tried to do when we made the list.

24  Q   So what you did is –– the way you went about this is that

25  you backed up five years before the project and you then

1  looked at all those pages comprising that five-year period

2  before that project; and you looked to find outages that were

3  related to the project -- correction -- that were related to

4  the -- yeah, to the project where the component was replaced.

5  In other words, if it was a superheater that was replaced, you

6  went and looked at the five-year history of that unit before

7  the replacement of the superheater, and you went and tried to

8  find every outage event relevant to that superheater.  Isn't

9  that right?

10 A    That's basically correct.  There were a couple of

11 subtleties at times but that's the basic idea.

12 Q    I'm not good on the subtleties.

13       Then you took a pencil and a piece of paper or a

14 calculator and you added them all up, every one that you

15 found; isn't that right?

16 A    Yes.  It isn't things that you find on these pages.

17 There's a list of events such as what we saw earlier.  For

18 example, if we're looking at a superheater, you go to this

19 list of cause codes.  You find out the superheater cause code

20 is 1040 or 1050.  Then you go to the list of events.  You find

21 the events that were due to cause code 1040 or 1050.  Then

22 that's what you add up.  So this is just the key.  This isn't

23 the actual --

24 Q    I understand.  This just tells you kind of what numbers to

25 look for in the GADS, right?

*KOPPE - CROSS/GREEN*          Vol. 5-780

1  A    That's correct.

2  Q    But then you would go into the GADS data and you would

3  find all the things that relate to that number in that

4  five-year period, and then you'd add them up, and you came up

5  with a total number of hours and that's what you've been

6  discussing with Ms. Himmelhoch, correct?

7  A    That's correct.

8  Q    And as a matter of fact, just so that we kind of pin this

9  down, what you gave Dr. Rosen were just those raw numbers?

10 That was your contribution to Dr. Rosen, correct?

11 A    For each project, the raw GADS numbers, that's correct.

12 Q    You gave him the numbers, in addition to the -- helping

13 with the methodology, but you just gave him GADS numbers.

14 That's what you did, correct?

15 A    Yes.  I also gave him information about heat rate and

16 capability; but in terms of availability, I gave him a list of

17 GADS events.

18 Q    Just to kind of, you know, nail it down, all the

19 information that he got from you was GADS data information?

20 A    That's correct.

21        MS. HIMMELHOCH:  Objection.  Misstates his prior

22 testimony.

23        MR. GREEN:  Sorry.

24        MS. HIMMELHOCH:  Then I object to the question as

25 vague.

KOPPE - CROSS/GREEN               Vol. 5-781

1           THE COURT:  He answered the question.  Let's go.  You
2    can clear this up on redirect, if you like.
3    BY MR. GREEN:
4    Q    Now, the part of the -- part of the collective methodology
5    that you gentlemen worked out had a couple of other
6    assumptions after you gave, kind of, Dr. Rosen the GADS data.
7    Those assumptions were that the replacement part that you put
8    into the boiler, the new one, was not going to have any
9    outages whatsoever and wouldn't cause any downtime after the
10   repair project was completed; is that right?
11   A    That's correct.
12   Q    But you know, do you not, sir, and you have conceded that
13   this assumption which I've just described is not always
14   correct, and that it's not what utilities always assume; isn't
15   that right?
16   A    It is not always correct.  There are some times when you
17   do get outages due to the new equipment.  Utilities almost
18   always make the assumption.  There are a couple of situations,
19   such as for a pulverizer replacement, where it isn't just a
20   set of static boiler tubes that you expect to do well for
21   decades, but it's this assembly of mechanical equipment that's
22   subject to breakdown.
23          So there's just no question that you're going to get
24   pulverizer failures even in new pulverizers.  Utilities
25   usually account for that expectation of future outage time due

1  to pulverizers and, in fact, Cinergy did and, in fact, I did.

2  Q    Without specifically addressing your remarks to

3  pulverizers, have you not conceded on a prior occasion that

4  the assumption that I just described is not what utilities

5  always assume?

6  A    I don't remember.  I can think of one or two other

7  specific situations, if we're talking just boiler tubes, where

8  utilities assumed some occurrence of tube leaks in a new

9  section of tubing.  That is certainly not what most utilities

10  do.

11  Q    Do you still have your deposition there, sir, from the

12  first day -- the first part of your deposition, the first

13  session?  If you have it, would you please open it to

14  page 172.

15  A    I'm sorry.  Were you still in the first deposition?

16  Q    The first deposition is dated Wednesday, November 30,

17  2005, Mr. Koppe.

18  A    And we're looking at what page, 172?

19  Q    Page 172, sir.

20  A    I have it.

21  Q    At line 19 towards the bottom of 172 were you asked the

22  following question and did you give the following answer:

23            "Question:  Okay.  Well, the second bullet point

24  is 'The problem was expected to cause no outages

25  post-project.'  What was the basis for the development of that

1  assumption into your conceptual model as created or applied in

2  the NSR litigation?

3          "Answer:  In this example, it's just an

4  illustrative assumption.  It's what utilities generally assume

5  about many projects.  It's not always the correct assumption.

6  It's not always what utilities actually do assume, but this

7  is -- this is -- this is an illustrative example.  It's not --

8  it's not intended to cover every possibility."

9      Was that your testimony?

10 A   Yes.

11 Q   Now, you know from all the years that you have been doing

12 availability studies and looking at projects among a large

13 number of utilities, even before you arrived to assist the

14 Department of Justice, you know that a component, even -- you

15 know, even a component -- a new component that is put into a

16 boiler can develop problems within a very short period of time

17 after it's installed.  You know that that's possible, don't

18 you?

19 A   That is possible; and I described that earlier, that

20 occasionally you get manufacturing defects, and you get a few

21 leaks in a new section of tubing within the weeks immediately

22 preceding start-up after the project.

23 Q   And if you know that something like that can happen, then

24 Cinergy's engineers probably knew it also, 'isn't that right?

25 A   Yes.

1  Q   Now, you have in your methodology -- in this collective

2  methodology that you gentlemen have created, you've got

3  another kind of core or basic assumption; and that assumption

4  is that you assume that the rate of all other outages will

5  remain constant after the -- after a new component is put in

6  the boiler and there's a replacement.  Isn't that right?

7  A   That the overall rate of outages due to all other

8  components will remain constant.

9  Q   All the outages that get recorded, for instance, in the

10 GADS data, what you're saying is that for purposes of this

11 methodology that you are putting together, you're just going

12 to assume that the historical rate of outages for all other

13 stuff is going to be the same both before the replacement and

14 after the replacement; is that right?

15 A   That's correct.

16 Q   But certainly it would be fair to say that outages are a

17 fact of life at a coal-fired generating unit, isn't that

18 right?

19 A   It is.

20 Q   You would concede, Mr. Koppe, that there is considerable

21 uncertainty in trying to predict the time in the future when

22 other components are going to fail?

23 A   There is.

24 Q   Would you expect that a Cinergy engineer would also know

25 that what we've just discussed, that there's considerable

1  uncertainty in trying to predict the time in the future when

2  other components will fail?

3  A    You would hope so, and I think many engineers do

4  understand some of these things.  I'm sometimes surprised at

5  how little some of them do understand, but you would hope they

6  would.

7  Q    Well, as a generalization, do you feel that you know more

8  about Cinergy's units than the engineers who have tended to

9  those units for over 30 years?

10  A    Oh, no.  I don't know nearly as much about the technology,

11  the details, the design and operation of those units.  I know

12  a lot more about availability calculations than any of them,

13  but --

14  Q    How about the general operation of the units, do you know

15  more than those engineers that have tended to those units for

16  30 years?

17  A    No.

18  Q    I think you've also stated on a prior occasion that there

19  are typically 10, 20 or more outages per year in every

20  coal-fired generation unit?

21  A    That is typical.

22  Q    And I think you've also said that there are a lot of units

23  that can't even run a month without an outage?

24  A    That is true.

25  Q    So that -- are we able to agree that in real life, not in

1  the world of assumptions, but in real life, that the rate of

2  outages at a coal-fired utility plant is going to vary from

3  year to year?

4  A   Yes.

5  Q   So not withstanding that the rate of outages you've just

6  conceded and told me is going to vary from year to year, in

7  your methodology, you assumed that there would be no variance,

8  that the historical rate would just be the future rate; isn't

9  that right?

10 A   For the outages due to everything other than the equipment

11 being replaced, that is correct.

12 Q   And you've never made any industry-wide study, have you,

13 sir, of the variability of outage rates in coal-fired boilers

14 from year to year?

15 A   I've looked at that for many individual units.  I have

16 never looked at it for the industry as a whole.

17 Q   Another way to talk about outages would be to say that

18 they're random and unpredictable, are they not?

19 A   They're certainly random.  You know that if you have a

20 particular problem, you know that if you have a bad

21 economizer, that it's pretty likely you're going to have some

22 more economizer tube leaks.  So at that level, they're

23 predictable, but in terms of predicting the exact timing or

24 the exact magnitude of any given outage, that's something that

25 you cannot do.

*KOPPE – CROSS/GREEN*                Vol. 5-787

1  Q    All right.  Let me move to an exhibit here.

2         Now, this is something that you were shown yesterday.

3         MR. GREEN:  May I have a moment?

4         May I give the witness a copy?

5         THE COURT:  You may.

6  BY MR. GREEN:

7  Q    This may be more helpful, sir.

8  A    Thank you.

9  Q    This is a copy of the page from GADS that you testified to

10  about yesterday.  Do you remember that?

11  A    Yes.

12  Q    And just so I can kind of set the scene here for a minute,

13  this is -- we see up at the top, as you told us, this is

14  Wabash River 5, correct?

15  A    That's right.

16  Q    And this is a short -- reasonably short period of time.

17  May 18, 1987 is up on the top -- I apologize for not --

18  May 18, 1987 is up on the top, and the bottom date on this one

19  page is 8-3-1987.  So it's about -- you know, it's a little

20  short of three months, correct?

21  A    Yes.

22  Q    And what you did here, this is kind of indicative of what

23  you did.  You went down and drew a line or found all of the

24  cause codes for an economizer, right?

25  A    That's correct.

*KOPPE - CROSS/GREEN*                    Vol. 5-788

1  Q   Were you using this for just purposes of illustration

2  about how you went about kind of collecting the GADS data for

3  one of these repair products, replacement projects?

4  A   That's correct.

5  Q   Now, because there's a lot of things happening in a

6  boiler, there's -- just on this little sheet alone, there's a

7  number of things that you didn't take into account.  I mean,

8  it wasn't interesting to you or you didn't want to focus on

9  it; isn't that right?

10 A   I was just highlighting the economizer and the superheater

11 tubes.  All the other things here are things that were not the

12 economizer or the superheater tubes.

13 Q   But of course the availability of a generating unit is

14 going to be impacted by everything that's happening at the

15 generating unit; and it's not going to be affected solely and

16 exclusively by one component in the boiler, is it?

17 A   That's true.  In the case of this boiler, half of all the

18 unplanned outage time was due to this one component; but the

19 other half was due to a lot of other things.

20 Q   But certainly you wouldn't fault a Cinergy engineer for

21 assessing the entire condition of the entire generating unit

22 when he's trying to decide whether or not there is going to be

23 an increase in availability?

24 A   I would not.

25 Q   In fact, it would be kind of senseless in attempting to

1  figure out whether a generating unit is going to have an

2  increase in availability -- it would be kind of senseless to

3  focus on just one component out of a thousand components in a

4  boiler; isn't that right?

5  A   It may not be.  In a situation like this where the one

6  component was causing such a huge amount of outage time, it's

7  just a no brainer that you're going to get an improvement.

8  Q   Let's talk about the no brainer.  This Wabash River 5

9  project is a project where you said that when you counted up

10  all the hours and this is not -- this is not five years' worth

11  of pages certainly, correct?

12  A   That's correct.

13  Q   If you had five years' worth of pages for a full five

14  years before this project, you would have a lot of pages,

15  right?

16  A   Yes.

17  Q   So you said, if I remember right, that when you got done

18  with your adding all the hours up, you had 25 hours of outage

19  over five years.  Does that sound about right?

20  A   2,500 hours of outage.

21  Q   I thought that's what I said.  I'm sorry if I misspoke.

22  2,500 hours total over five years.  Am I right?

23  A   That's correct.

24  Q   Then I think you were asked for an average number per

25  year.  Five into 2,500 is 500 hours a year.  Right?

KOPPE - CROSS/GREEN                    Vol. 5-790

1  A    That's correct.

2  Q    So now, if we start up a trail here just on this page and

3  we start to look at other things that are going on at this

4  unit apart from the economizer -- and I'm not going to stop on

5  every single one -- but if we work our way up, we have -- up

6  about here we have the unit on reserve shutdown, 113 hours.

7  Do you see that?

8  A    Yes.

9  Q    In fact, right below it, there's another entry, the unit

10 on reserve shutdown is 11.217 hours.  And if we work our way

11 up, we're going to find other entries that the unit is on

12 reserve shutdown.  Here's one halfway up, 211 hours on reserve

13 shutdown.  Right above your yellow line, boiler tube leak

14 economizer, 29.817.  We've got a boiler tube leak in the

15 reheater, shut down 39 hours.  Am I reading that right?

16 A    Yes.

17 Q    That's totally unrelated to the economizer, right?

18 A    That is correct.

19 Q    We work our way up.  We've got another reserve shutdown of

20 15 hours.  It appears that the control room is -- and we'll

21 have some more reserve shutdown as we work our way up; but it

22 appears that the control room -- operators in the control room

23 have decided that they don't need to use this unit to generate

24 electricity.  So they're putting it into reserve shutdown.

25 Isn't that right?

*KOPPE – CROSS/GREEN*                  Vol. 5-791

1   A    It's the system dispatchers who make that decision, but it

2   is true that the reserve shutdown means the unit is

3   theoretically capable of operating but is being shut down

4   because it is not needed.

5   Q    So if it's shut down, it is not generating any emissions,

6   is it?

7   A    That's correct.

8   Q    So let's keep looking at what's going on at this unit.  If

9   we go up, up to here, we've got another unrelated tube leak,

10  looks like for another 33 hours, a boiler tube leak high temp

11  superheater.  That's an unrelated leak, correct?

12  A    No.  That's a leak in the -- remember, it was not just the

13  economizer tubes that were damaged here.

14  Q    I'm sorry?

15  A    It was not just the economizer tubes that were damaged.

16  There were damaged superheater tubes as well and they too were

17  leaking.

18  Q    Did you just -- oh, I'm sorry.  Forgive me.  That is

19  yellow.  I didn't mean to stop you there.

20        Let's go up a little further.  We've got the unit back

21  on reserve shutdown for 186 hours.  Do you see that?

22  A    Yes.

23  Q    We work our way up here just on this one little exhibit.

24  Got some derates.  We'll pass over the derates.  Now, we've

25  got another unrelated leak right there, boiler tube leak

*KOPPE — CROSS/GREEN*          Vol. 5-792

1  waterwall, 56 hours?  Am I reading that right?

2  A    That's correct.

3  Q    Pardon?

4  A    Yes.  That's correct.

5  Q    Is that an unrelated leak?

6  A    Unrelated to the problem with the economizer and the

7  superheater, yes.

8  Q    So that's just another problem in the boiler, right, that

9  you passed over?

10        Then we go up.  We keep going up, up, up, up.  Let's

11  go all the way here at the top.  We've got another 108 hours

12  of reserve shutdown.  Now, Mr. Koppe, would you allow me to

13  represent to you that I, like you, added up hours; but I added

14  up reserve shutdown hours and that I got 721.55 hours of

15  reserve shutdown in this three-month period, just in the three

16  months.  Would you accept my representation that I added those

17  numbers correctly?

18  A    Yes.

19  Q    So while you're telling the jury that there is a 500-hour

20  per year increase in availability for this Wabash River 5 for

21  the year, for the year, which under your theory is going to

22  mean that Cinergy is going to run this unit more, because

23  that's part of your theory -- while you're telling His Honor

24  and the ladies and gentlemen all of that, in this just

25  three-month period, the unit is shut down and not even

1 operating 721 years —— 721 hours?  Have I got that correct?

2 A    Assuming you did the arithmetic, yes.

3 Q    So any increase in availability that you predicted for

4 this year is being offset by the 721 hours of reserve shutdown

5 time?

6 A    That's absolutely not true.

7 Q    Not right?

8 A    That is totally wrong.

9 Q    Why is that wrong?

10 A    The reserve shutdowns happened during times when the unit

11 wasn't needed.  When the unit was needed —— and generally

12 speaking, you don't get outages.  You don't get tube leaks

13 when you have the unit shut down and you don't need it.  These

14 outages occurred during times when the company needed the

15 unit, tried to run the unit and then couldn't because of a

16 tube leak.

17       If the tube leak hadn't occurred, the company would

18 still have needed the unit during that time period.  Even

19 though it didn't need it last week, it needed it this week.

20 And if it hadn't had that outage, it would have run that week;

21 and it would have run for all these additional hours.

22       It's the same thing as the graph I showed with summer

23 and winter and fall.  The fact that the company doesn't need

24 the units spring, fall, winter is irrelevant.  The thing is

25 that when it tries to run it in the summer, when it does need

1  it, it has all these outages and can't make power.  You

2  resolve the problems that's causing those outages, and it will

3  make more power during the summer.  The spring, the fall and

4  the winter will be unchanged.  They will still have thousands

5  in reserve shutdown hours.

6  Q   All right, sir.  So your contention is that the 721 hours

7  of reserve shutdown does not impact the emissions from that

8  unit?

9  A   The emissions -- it impacts them in that if the unit had

10 operated during those reserve shutdown hours, it would have

11 emitted even more; but it doesn't impact the increase in

12 emissions that will occur as a result of resolving the

13 problems with the economizer and the superheater.

14 Q   And just so we can wind this up, because we're almost at

15 the bewitching hour here on Mother's Day weekend, all of your

16 analysis, the analysis that you just gave us right there about

17 the 500 hours isolates only on that economizer and

18 superheater, okay, without any regard to what else is

19 happening at the boiler?  I mean, we've already gone through

20 just in three months several tube leaks that are not part of

21 your analysis; isn't that correct?

22 A   No, that's not correct.

23 Q   Wasn't the boiler shut down for other tube leaks that you

24 don't take into account in your analysis?

25 A   It was shut down for other boiler tube leaks and those

1  are –– remember the graph I showed showed 500 hours a year of

2  outage time due to the economizer and the superheater and

3  showed about 600 hours a year of outage time due to everything

4  else.  That "everything else" included the reheater and the

5  waterwall and whatever other equipment problems existed.

6         The projection for the future is that all that 500

7  hours a year of outage time due to the economizer and the

8  superheater will not happen in the future and that the other

9  problems, the reheater, the waterwall tubes, those other

10 problems, will continue into the future having –– not that

11 every one of them will have the exactly the same failure rate;

12 but the aggregate of all of them will have the same failure

13 rate as pre–project.

14 Q   And we've just agreed a few minutes ago that that

15 assumption that the failure rate is going to stay steady into

16 the future, is not compatible with real life experience, is

17 it?

18 A   Well, it isn't entirely.  For one thing –– you actually

19 expect that some of these other problems would be reduced

20 also.  So I actually expect that the overall impact of

21 everything else would decrease.  So by assuming that it will

22 stay constant, I'm being conservative.  That is to say, I'm

23 underestimating the increase in emissions.

24        And then you do have to recognize that after some

25 projects, the availability may go up more than what is being

*KOPPE − CROSS/GREEN*                Vol. 5−796

1  projected; and there are other projects after which it will go

2  up less or even go down.

3       This project −− this projection is an expected value.

4  It's the best estimate you can make, not knowing the future.

5  The actual future may be higher or lower.

6  Q   All right.  Final question.  You think that your

7  assessment of the future problems and outages at Wabash

8  River 5 would be better than the assessment of a Cinergy

9  engineer who tended to that unit for 30 years?

10 A   It depends on whether the engineer was doing this

11 assessment at the time of the project or whether he was doing

12 it in the context of this case.

13 Q   I'm talking about doing the assessment at the time of the

14 project.

15 A   I'm sorry?

16 Q   I am talking about doing the assessment at the time of the

17 project.

18 A   Then I don't know.  I don't know.

19       MR. GREEN:  Did I make it to the bell?

20       THE COURT:  Yes.  But we do have an opportunity for

21 redirect.

22       MR. GREEN:  I'm not done.  You want me to keep going?

23       THE COURT:  No.  I thought you were finished.

24       MR. GREEN:  Is it two o'clock?

25       THE COURT:  It is two o'clock.  I thought you were

1  finished with the witness.  I thought you were celebrating

2  Mother's Day by being finished with this witness.  Maybe you

3  haven't done this as long as I thought you have.

4          THE WITNESS:  While you all discuss this, can I

5  possibly take a quick bathroom break?

6          THE COURT:  Well, we're going to quit for the day.

7          MS. HIMMELHOCH:  Your Honor, how much more does

8  Mr. Green have?

9          THE COURT:  I don't know.

10          MR. GREEN:  I don't know.

11          THE COURT:  You got an hour?

12          You quit laughing over there.

13          If you had 10 minutes, we would stay.

14          MR. GREEN:  No, I don't think I have 10 minutes.  I

15  don't have 10 minutes.

16          THE COURT:  You don't have 10 minutes more?  Or you

17  have more than 10 minutes.

18          MR. GREEN:  I have more than 10 minutes.

19          THE COURT:  That's it.  We don't have more than 10

20  minutes.  So we're going to go home.

21          So, ladies and gentlemen, as you remember, we have

22  two days next week; five days the week after that; four days

23  the week after that; and two days the week after that.  We're

24  on schedule.  We're on schedule.

25          All right.  While you're out, don't discuss the case

Vol. 5-798

1  among yourselves or anybody else and don't form or express an

2  opinion on it until I give it to you for your final analysis.

3  So I'll see you on Monday at eight o'clock.  Thank you.

4          COURT CLERK:  All rise.

5          This court stands in recess until 8 a.m. May 12,

6  2008.

7          *(The proceedings concluded at 2:00 p.m.)*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3       I, Cathy Jones, certify that the foregoing is a true and

4   correct transcript of the proceedings in the above-entitled

5   matter.

6

7

8

9                        _____

10                       CATHY JONES, RPR, FCRR
                         OFFICIAL COURT REPORTER
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25