```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF INDIANA
                INDIANAPOLIS DIVISION


UNITED STATES OF AMERICA,           )
        Plaintiff,                  )
                                    )
STATE OF NEW YORK, STATE OF         )1:99-cv-1693-LJM-JMS
NEW JERSEY, STATE OF CONNECTICUT,   )
HOOSIER ENVIRONMENTAL COUNCIL       )
and OHIO ENVIRONMENTAL              )
COUNCIL,                            )
        Plaintiff-Intervenors,      )Indianapolis, Indiana
                                    )May 22, 2008
        -vs-                        )9:30 a.m.
CINERGY CORP., PSI ENERGY, INC.,    )Volume 11
and THE CINCINNATI GAS &            )
ELECTRIC COMPANY,                   )
        Defendants.                 )
```

**BEFORE THE
HONORABLE LARRY J. McKINNEY**

OFFICIAL REPORTER'S TRANSCRIPT OF

TRIAL PROCEEDINGS

Court Reporter:    Cathy Easley Jones, RPR, FCRR
                   Official Court Reporter
                   46 East Ohio Street, Room 291
                   Indianapolis, IN  46204

PROCEEDINGS TAKEN BY MACHINE SHORTHAND
COMPUTER-AIDED TRANSCRIPTION

```
                                                           Vol. 11-1581

 1                    A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:           Mr. Thomas Andrew Benson
                                  Mr. James A. Lofton
 4                                Ms. Sarah Dale Himmelhoch
                                  Mr. Phillip Brooks
 5                                Mr. Ignacio Arrazola
                                  Ms. Danielle Rosengarten
 6                                U.S. DEPARTMENT OF JUSTICE
                                  P.O. Box 7611
 7                                Ben Franklin Station
                                  Washington, DC  20044
 8
 9   FOR PLAINTIFF-               Mr. R. Keith Guthrie
     INTERVENORS:                 ATTORNEY AT LAW
10                                13242 South 600 East
                                  Elizabethtown, IN  47232
11
12   FOR THE DEFENDANTS:          Mr. Mark D. Hopson
                                  Mr. Thomas Charles Green
13                                Ms. Kathryn B. Thomson
                                  Ms. Meghan Delaney
14                                Mr. Samuel B. Boxerman
                                  Mr. Frank Volpe
15                                SIDLEY AUSTIN LLP
                                  1501 K Street, NW
16                                Washington, DC  20005
17
18
19
20
21
22
23
24
25
```

```
 1                    (In open court)
 2          THE COURT:  All right.  We'll bring the jury down and
 3  send them back up here in a minute as soon as they're here.
 4          Good morning everyone.
 5          Did you have a pleasant evening in Indianapolis last
 6  night?
 7          MR. GREEN:  Yes, sir.
 8          MS. HIMMELHOCH:  Of course.
 9      (A discussion was held off the record.)
10      (Jury in.)
11          THE COURT:  So how is everyone this morning.
12  Everybody got here all right?
13
14          JUROR NO. 5:  I made an unexplained stop.
15          THE COURT:  Did you get a ticket this morning?
16          You did?  Well, the bad news is we give you another
17  ticket for being late.
18          Not to worry.  You'll be all right.  And you get to
19  get to watch me swear in another bailiff this morning.
20          So Mary, would you step up here, please.
21          Raise your right hand, please.
22      (The bailiff was sworn in.)
23          THE COURT:  All right.  Ladies and gentlemen, you can
24  go back upstairs and resume your deliberations.
25          COURT CLERK:  All rise.
```

1     *(Jury out.)*

2           THE COURT:  You may be seated.  I wonder if we should
3  call in that policeman and tell him what he would have cost us
4  to mistry this case.

5           Let us know where you are.

6           COURT CLERK:  All rise.

7           This court stands in recess.

8     (A recess was taken.)

9        (In open court - 12:40 p.m.)

10       (Jury out.)

11          THE COURT:  Good afternoon.  Somebody asked me about
12 contacting the jury here in the Southern District of Indiana.
13 I'll go up and talk to the jury when they're done so that --
14 more than anything else -- to just give them closure on their
15 experience so they don't get traumatized; and I do not expect
16 to have anybody contact those jurors on the phone at any time,
17 anybody; nobody does that.

18          Now, if you want to stay, I'll chat with you about
19 what their reactions were.  I'm happy to do that.  But be
20 warned that sometimes I lie.

21          You want to go get the jury, please?

22          I'll tell them they were impressed with your
23 civility, and I'll use them to teach all the right techniques
24 that I think are important.

25          If this were a case that the press was around us all

1  the time, of course, the press has the right to talk to jurors
2  if they want to.  I usually have a little chat with them about
3  how they want to do that.  Most of the time they'll just
4  select a spokesperson and that spokesperson talks to the
5  press.  Unless, of course, they're up there writing a book, in
6  which case I have no control over that at all.  I don't think
7  they've been here long enough to write a book.
8              (Jury present.)
9              THE COURT:  You may be seated.  Good afternoon,
10 ladies and gentlemen.
11             Have you reached a verdict?  If you have, would the
12 foreperson please stand and hand the verdict forms to the
13 bailiff; and then the bailiff can hand them to me and I'll
14 read them.  Thank you, sir.
15             Was it the Beech Grove shirts that got you elected
16 foreperson?
17             You can have a seat.  Thank you.
18             All right.  I don't propose to read the special
19 verdict form.  I propose to read the verdict form itself.
20             On the projects for which the defendants assert a
21 routine maintenance, repair, and replacement defense on
22 Project 4, the condenser retubing project at Beckjord unit 5
23 from January '91 to February '91; the jury finds for the
24 defendants.
25             On Project 5, the condenser retubing project at

1  Beckjord unit 6 from September '94 to November '94; the jury
2  finds for the defendants.
3          Project 11, the front wall radiant superheater
4  replacement project at Wabash River unit 2 from June of '89 to
5  July of '89; the jury finds for the plaintiffs.
6          On Project 12, the high temperature finishing
7  superheater tubes and upper reheater tubing assemblies
8  replacement project at Wabash River unit 2 from May of '92 to
9  September '92; the jury finds for plaintiffs.
10          On Project 13, the finishing, intermediate, and
11  radiant superheater tubes and upper reheater tube bundles
12  replacement project at Wabash River unit 3 from June of '89 to
13  October of '89; the jury finds for plaintiffs.
14          On Project 15, the boiler pass and heat recovery
15  actions replacement Project at Wabash River unit 5 from
16  February of '90 to May of '90; the jury finds for the
17  plaintiffs.
18          On the remaining projects, on the issue on Project 1,
19  the life extension project at Beckjord unit 1 from November of
20  '87 to February of 88; the jury finds for the defendants.
21          On Project 2, the life extension project at Beckjord
22  unit 2 from October '87 to January '88; the jury finds for the
23  defendants.
24          On Project 3, the life extension project at Beckjord
25  unit 3 from October '85 to January '86; the jury finds for the

1  defendants.
2          On Project 6, the pulverizers replacement project at
3  Gallagher unit 1 from April '98 to July '98; the jury finds
4  for the defendants.
5          On Project 7, the condenser retubing project at
6  Gallagher 2 unit 2 from August of '90 to December of '90 the
7  jury finds for the defendants.
8          On project 8, the pulverizers replacement project at
9  Gallagher unit 3 from February of '99 to April '99; the jury
10 finds for defendants.
11         On Project 9, the reheater tube section replacement
12 project at Gibson unit 2 from February of 2001 to May 2001;
13 the jury finds for the defendants.
14         On Project 10, the slope tubes and lower headers
15 replacement project at Miami Fort unit 5, January '95 to March
16 '95; the jury finds for the defendant.
17         Let me look at the special verdict form here for just
18 a moment.  Bear with me just a moment, here.
19         Okay.  I'm looking through this to see that the
20 things appear to be ...
21         All the questions appear to be answered.  By gosh,
22 you got them all consistent.
23         When I read the verdict form, then the plaintiffs
24 prevailed on four of these projects and did not prevail on the
25 rest.  That's the verdict of this jury.

```
 1          Is that your verdict, juror number 1?
 2          JUROR 1:  Yes.
 3          THE COURT:  2?
 4          JUROR 2:  Yes.
 5          THE COURT:  3?
 6          JUROR 3:  Yes.
 7          THE COURT:  4?
 8          JUROR 4:  Yes.
 9          THE COURT:  5?
10          JUROR 5:  Yes.
11          THE COURT:  6?
12          JUROR 6:  Yes.
13          THE COURT:  7?
14          JUROR 7:  Yes.
15          THE COURT:  8?
16          JUROR 8:  Yes.
17          THE COURT:  9?
18          JUROR 9:  Yes.
19          THE COURT:  And 10?
20          JUROR 10:  Yes.
21          THE COURT:  All right.  Ladies and gentlemen, I can't
22 tell you how much we appreciate you taking a couple hours of
23 your time and sharing your skills with us.  This takes a lot
24 of listening and a lot of concentration; and, as you've
25 discovered in the last couple days, a lot of cooperation.
```

Vol. 11-1588

1  When you get up there you are total strangers when you start.
2  You go through this extremely important case and you pay
3  attention, listen and take notes.
4         I have to say, I'm awful proud of you that you didn't
5  ask for the transcript of the whole darn case.  In fact, you
6  took those notes, paid attention and your memories served you
7  well; and we really appreciate your time and energy.  With
8  that you are discharged.
9         I'll come upstairs in just a second and answer any
10 questions you might have.  Thank you very much.
11         THE CLERK:  All rise.
12         (Jury not present.)
13         THE COURT:  All right.  The rest of you can be
14 seated.
15         The jury found in each case that these were not
16 routine maintenance, in each case no routine maintenance,
17 which saves me from having to go back and look at this again.
18 But I thought we ought to have that answered and so we did,
19 not routine maintenance.
20         The remaining projects they went right down and
21 checked the boxes that they wanted to check.  They decided
22 that after consideration of any demand growth exclusion that
23 you find the Defendants have proven by a preponderance of the
24 evidence, did the Plaintiffs prove by a preponderance of the
25 evidence that a reasonable power plant owner or operator --

1  never did get that right the whole time I read that -- would
2  have expected a net increase in sulfur dioxide emissions of
3  40-tons or more per year; and that answer's no.  That's on --
4  7 A and B are both no; 8 A and B are both no; 9 A and B are
5  both no; 10 A is no; 11 A is no; 12 A is no; 13 A is no; and
6  14 A is no.  So they followed the directions.  They followed
7  the special verdict form, and it is consistent with the
8  findings.
9       As I first looked at it, I was a little concerned
10 about it; but it does fit, so that's the verdict.
11      Now, that means that on these four projects, Project
12 11, Wabash River 2; Project 12, the Wabash River 2; Project
13 13, Wabash River; and Project 15, Wabash River, those are the
14 ones that they found for the Plaintiff.
15      I must set a damage hearing, which I now set for
16 Monday, December the 8th of this year.  You ought to be able
17 to meet that, I think.
18      MR. GREEN:  Did you say December?
19      THE COURT:  I did.
20      MR. GREEN:  Very well.
21      THE COURT:  So if your retirement, Tom, is before
22 December, you won't have to make that.
23      Anything specifically you want me to ask that jury
24 about when I go up there?
25      MR. HOPSON:  What's the difference with Wabash River?

Vol. 11-1590

1       THE COURT: Well, I might ask that, but then I may
2  never tell you the answer to that.
3       MR. HOPSON: But you'll want to know.
4       THE COURT: So, if you'd like to stay, I'm happy to
5  have you stay.  If not, it's been a pleasure.
6       MR. GREEN: How long do you think you'll be, Your
7  Honor?
8       THE COURT: Depends how verbose.  Sometimes it's a
9  long time just to go through the psychological closure of the
10 thing.  I'd guess 45 minutes.
11      THE CLERK: This court stands adjourned.
12      *(The trial proceedings were adjourned at 12:50 p.m.)*
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    CERTIFICATE OF REPORTER
 2
 3       I, Cathy Jones, certify that the foregoing is a true and
 4   correct transcript of the proceedings in the above-entitled
 5   matter.
 6
 7
 8
 9
     _____           _____
10   CATHY JONES, RPR, FCRR                   Date
     Official Court Reporter
11   Southern District of Indiana
     Indianapolis Division
12
13
14   _____           _____
     FRED PRATT, CSR                          Date
15   Official Court Reporter
     Southern District of Indiana
16   Indianapolis Division
17
18
19
20
21
22
23
24
25
```