1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
2                 INDIANAPOLIS DIVISION

3
    UNITED STATES OF AMERICA,        )
4          Plaintiff,                )
                                     )
5    STATE OF NEW YORK, STATE OF      )1:99-cv-1693-LJM-JMS
    NEW JERSEY, STATE OF CONNECTICUT,)
6    HOOSIER ENVIRONMENTAL COUNCIL    )
    and OHIO ENVIRONMENTAL           )
7    COUNCIL,                         )
           Plaintiff-Intervenors,    )Indianapolis, Indiana
8                                    )May 12, 2008
           -vs-                      )8:00 a.m.
9    CINERGY CORP., PSI ENERGY, INC., )
    and THE CINCINNATI GAS &         )
10   ELECTRIC COMPANY,                )
           Defendants.               )

11

12

13

14                    **BEFORE THE**
              **HONORABLE LARRY J. McKINNEY**

15

16        OFFICIAL REPORTER'S TRANSCRIPT OF

17             TRIAL PROCEEDINGS

18

19

20  Court Reporter:     Cathy Easley Jones, RPR, FCRR
                       Official Court Reporter
21                     46 East Ohio Street, Room 291
                       Indianapolis, IN  46204

22

23

24
          PROCEEDINGS TAKEN BY MACHINE SHORTHAND
25            COMPUTER-AIDED TRANSCRIPTION

Vol. 6-800

# A P P E A R A N C E S

FOR THE PLAINTIFF:               Mr. Thomas Andrew Benson
                                 Mr. James A. Lofton
                                 Ms. Sarah Dale Himmelhoch
                                 Mr. Phillip Brooks
                                 Mr. Ignacio Arrazola
                                 Ms. Danielle Rosengarten
                                 U.S. DEPARTMENT OF JUSTICE
                                 P.O. Box 7611
                                 Ben Franklin Station
                                 Washington, DC  20044


FOR PLAINTIFF-                   Mr. R. Keith Guthrie
INTERVENORS:                     ATTORNEY AT LAW
                                 13242 South 600 East
                                 Elizabethtown, IN  47232


FOR THE DEFENDANTS:              Mr. Mark D. Hopson
                                 Mr. Thomas Charles Green
                                 Ms. Kathryn B. Thomson
                                 Ms. Meghan Delaney
                                 Mr. Samuel B. Boxerman
                                 Mr. Frank Volpe
                                 SIDLEY AUSTIN LLP
                                 1501 K Street, NW
                                 Washington, DC  20005

Vol. 6-801

1              **INDEX OF WITNESSES**
                                              **PAGE**
2

3  ROBERT KOPPE
   Cross-examination (Resumed) by Mr. Green ......804
4  Redirect examination by Ms. Himmelhoch ........834

5

6  RICHARD A. ROSEN
   Direct Examination by Mr. Brooks ..............857
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Vol. 6-802

1          **I N D E X   O F   E X H I B I T S**

2                                                  **PAGE**

3

4  Defendants' Exhibit No.:

5  2132 ........................................818
   2135 ........................................827
6

7

8

9

10

11

12  Plaintiffs' Exhibit No.

13  1277 ........................................981
    1279 ........................................984
14  1357 ........................................975
    1592 ........................................915
15

16

17

18

19

20

21

22

23

24

25

Vol. 6-803

1                        *(In open court)*

2          THE COURT:  I fear I have made my first huge

3  strategic mistake in this case.  I hope I haven't ruined it,

4  but I've left Mr. Green a whole week in the middle of his

5  cross-examination.  I don't think that was a good idea.

6          MR. GREEN:  You left Ms. Himmelhoch a whole weekend

7  for redirect.

8          THE COURT:  Well, that's because you think I'm trying

9  to be fair, so...

10          MR. GREEN:  Before we start, over the weekend --

11          THE COURT:  See?

12          MR. GREEN:  This is unrelated to the cross.

13  Government filed Plaintiffs' Notice of Filing of Undisputed

14  Facts and Deposition Designations.

15          Has Your Honor seen that?

16          THE COURT:  No.

17          MR. GREEN:  After you take a peek at it, I would like

18  to talk to you about it.

19          THE COURT:  When does this become relevant?

20          MS. HIMMELHOCH:  Not until after Dr. Rosen testifies.

21          THE COURT:  Not until after Dr. Rosen.  We'll have

22  plenty of time.

23          MS. HIMMELHOCH:  Your Honor, I apparently made the

24  mistake and gave the witness the wrong binder.  May I approach

25  and remove --

Vol. 6-804

1          THE COURT:  We can't have him with the wrong binder.

2   When the word gets around that you have handed the witness the

3   wrong binder, her national reputation is shot.  Nothing we can

4   do.

5          Have we got the right binders this time?

6          MS. HIMMELHOCH:  We have the right binders.

7          THE COURT:  Do we have an affidavit to that effect?

8          MS. HIMMELHOCH:  No, but I can be placed under oath.

9          THE COURT:  I think we're ready.

10      (Jury in.)

11          THE COURT:  You may be seated.

12          Good morning, ladies and gentlemen.  I suspect I'm

13   more pleased to see you than you are to see me.  So the let us

14   proceed.

15          MR. GREEN:  If it please, Your Honor, good morning,

16   ladies and gentlemen.

17          **ROBERT KOPPE, PLAINTIFF'S WITNESS, RESUMED**

18                    <u>**CROSS EXAMINATION**</u>

19   Q   Good morning, Mr. Koppe.

20   A   Good morning, sir.

21   Q   I would like to rewind for the weekend and ask you about

22   some of the materials we discussed on Friday.

23          I believe we establish your methodology for predicting

24   an increase in unit availability from the replacement of a

25   component like those that you've been testifying about uses an

*KOPPE — CROSS/GREEN*                Vol. 6-805

1  analysis of GADS data, right?

2  A    That's correct.

3  Q    By the way, do you know whether or not the New Source

4  Review regulations make any mention of using GADS data?

5  A    I do not.

6  Q    You do not know?

7  A    I don't know.

8  Q    What you do when you use your GADS data is you look at the

9  five-year period -- back up -- look at the five-year period

10  before the date of the component replacement, correct?

11  A    That's correct.

12  Q    What you're looking for are outages and derates during

13  that five-year period that relate to the component that's

14  going to be replaced?

15  A    That's essentially true.  What I'm really looking for is

16  outages and deratings that were due to a cause that was

17  addressed by replacing the component.  Usually they're the

18  same thing, but not always.

19  Q    In my effort to kind of simplify the way I think about

20  this, could I say that you're looking for problems relating to

21  that component in the five-year period that resulted in outage

22  time?

23  A    As long as we understand that occasionally, that's not

24  precise; but I think for general discussion, it's close

25  enough.

*KOPPE − CROSS/GREEN*        Vol. 6−806

1  Q   Then you add up all those outage hours, correct?

2  A   I added them up here.  Actually, what I did was simply

3  give a list of all of the outages and deratings to Dr. Rosen.

4  Q   But you've added them up for purposes of your testimony,

5  correct?

6  A   That's true.

7  Q   Then you make several assumptions that's kind of part of

8  the combined methodology that Mr. −− the Mr. Koppe/Dr. Rosen

9  methodology.

10      The first assumption that you make is after the

11  component is replaced, there will be no more outages

12  associated with that component in the, let's say, two years

13  immediately following the replacement; is that right?

14  A   Again, that's usually the case.  It is not the case with

15  the pulverizers because pulverizers have ongoing problems.  So

16  there needs to be an allowance for that.  But for boiler tubes

17  and condenser tubes, the assumption is there will not be any

18  outages or failures for a number of years into the future.

19  Q   Actually, the reference that I made to the two years

20  following the project is important, is it not, because the New

21  Source Review regulations make reference to that same two−year

22  period.

23      Do you know that?

24  A   I have read and seen the regulations at various times.  I

25  don't recall exactly what they say about the post−project

*KOPPE - CROSS/GREEN*          Vol. 6-807

1  period.  It is sometimes true that the months immediately

2  following replacement of a section of tubing are not

3  representative of long-term operation because you get initial

4  failures.  I think I described that on Friday, where sometimes

5  you get a welding defect or two somewhere in the tubes and you

6  may get a leak in the first few weeks or few months and then

7  things settle in for the long term.

8  Q   Let me just follow up on what you just told the jury

9  there.

10       With respect to the assumption that, you know, I just

11 described and I believe you agreed to, the truth is, you

12 really don't know whether that new component is going to have

13 problems or not on start-up of the unit.

14       You don't know, in fact, do you, sir?

15 A   You can't know the future.

16 Q   And you've conceded in your testimony on Friday that in

17 your experience, your long, long experience, you've come

18 across occasions where a replaced component did fail upon

19 start-up; isn't that right?

20 A   Occasionally you get so called break-in failures in the

21 initial weeks, and then very rarely you get a component that

22 has longer term problems.

23 Q   But it has happened?

24 A   It has happened.

25 Q   Then the second assumption that you make is that you

*KOPPE – CROSS/GREEN*          Vol. 6–808

1  assume that whatever other problems the unit had, whatever

2  other problems the unit had that caused outages in that same

3  five-year period that you were looking at, you assume that the

4  rate of occurrence of all other outages will be the same after

5  the component replacement as it was before the replacement;

6  isn't that right?

7  A   No.

8  Q   Okay.  Explain that to me.

9       Don't you hold the rate of all other outages constant?

10  A   I concluded from reviewing the various documents and the

11  history of the whole industry, and all the experience of all

12  the units that have done this kind of thing in the past, that

13  the company should have expected that the impact of everything

14  else -- it's not the rate of occurrence that matters but the

15  overall impact, the amount of outage hours due to everything

16  else should either stay the same or become smaller.  I

17  actually think in most cases that the company should have

18  expected it to become smaller.

19  Q   With respect to that, let me establish, first of all, that

20  again in truth, you don't know whether or not the rate of

21  unrelated outages is going to go up or down following the

22  replacement?

23  A   You can't know the future.  You make the best projection

24  you can.

25  Q   Now, with respect to this general knowledge that you just

*KOPPE - CROSS/GREEN*                Vol. 6-809

1  imputed to the company that things could get better, didn't I

2  hear you testify on Friday that as these units get older --

3  and certainly Cinergy's units weren't getting any younger --

4  that utility engineers should expect the failure rate to

5  increase?

6  A    If you --

7  Q    Did you testify to that on Friday?

8  A    If you don't -- if you wait for major pieces of equipment,

9  especially boiler tubes, to wear out and start failing at an

10 increasing rate and you don't replace them, then the failure

11 rate -- the outage rate of the unit will increase.  But if you

12 replace those major components that are causing problems or

13 are likely to cause problems in the future, you can avoid that

14 occurrence.

15 Q    Your use of that curve and all that time you took to

16 answer those questions about that curve and what

17 Ms. Himmelhoch was proposing to you, that was not stated by

18 you to suggest that the failure rate increases as these units

19 get older?

20       Did I miss that whole point?

21 A    The failure rate increases if you don't replace the major

22 components that would otherwise cause the failure rate to

23 increase.

24 Q    Now, Mr. Koppe, there's one other component to this that I

25 want to talk to you about; and that has to do with the hours

1  of reserve shutdown.  We were talking about hours of reserve

2  shutdown late in the afternoon on Friday.

3          Do you remember that?

4  A   I do.

5  Q   I take it, although I don't know that you have explicitly

6  stated it -- I take it that in your methodology you hold the

7  number of reserve shutdown hours the same from before the

8  project and after the project?

9  A   I don't do anything with the hours of reserve shutdown.

10  Dr. Rosen does that.

11  Q   You don't do anything?

12  A   That's correct.

13  Q   You make no assumptions about reserve shutdown hours?

14  A   I have an expectation as to what is going to happen with

15  reserve shutdown hours, but I don't actually do anything with

16  that.  Dr. Rosen is the one who does that calculation.

17  Q   Let me show you your eureka memo.  Under Method 1 where

18  you're talking about the utilization factor and so forth --

19  and if I'm misreading this, just let me know -- "We have

20  agreed that there will be no new outages and that reserve

21  shutdowns and load following will occur at historical rates."

22          Now, I don't have your expertise, but it seems to me

23  that what you're saying is that you have made an assumption

24  about reserve shutdown hours?

25  A   There are I think three points here.  First, during this

KOPPE — CROSS/GREEN          Vol. 6-811

1  time period, the companies should have expected and I believe

2  did expect that the units would -- that load would grow, so

3  the units would be used more in the future, which would mean

4  less reserve shutdown time in the future.

5         Second, because we -- Dr. Rosen and I are trying to

6  project just the effect of the project on emissions and not

7  take account of the effect of reserve shutdowns, we -- we

8  collectively assume that the reserve shutdowns will be the

9  same in the future as they were in the past.  We actually

10 expect them to decrease.  We expect the unit to operate more,

11 but that would be because of load growth and we don't want to

12 include that.

13        Thirdly, as I said earlier, even though the collective

14 "we," Dr. Rosen and I do that, it is actually Dr. Rosen who

15 makes that calculation.

16 Q   So you did assume that reserve shutdown hours would stay

17 the same from the time before the project to the time after

18 the project, despite that very long answer?

19 A   I'm not trying to quibble but there's a difference, first,

20 between expectations and assumptions; and secondly, the only

21 point I was trying to make at the beginning is it's Dr. Rosen

22 who does that, not me.  I agree with him, but he's the one who

23 does the calculation.

24 Q   It's a fact, is it not, that you don't know whether or not

25 reserve shutdown hours will increase or decrease after the

KOPPE − CROSS/GREEN            Vol. 6−812

1  project?  Same question I asked you before?

2          MS. HIMMELHOCH:  Objection.  We've already

3  established that the question here is whether or not it should

4  have been expected at the time of the project, not what is

5  known about post−project activity.

6          THE COURT:  He can answer this question.  Go ahead.

7  A   You can never know the future.  You don't know that this

8  courtroom won't be hit by a meteorite as we sit here.

9  BY MR. GREEN:

10 Q   Now, you told me on Friday, if I heard you right, that

11 when a unit goes into reserve shutdown, it's not needed to

12 meet the load.  That was the term you used.

13 A   That's correct.

14 Q   Is that the same as saying that it was −− the unit was not

15 needed to meet customer demand or demand?

16 A   As long as it's within customer demand you include

17 off−system sales, yes.

18 Q   One of the reasons that the unit goes into reserve

19 shutdown −− one of the reasons that it may not be needed to

20 meet demand, customer demand, is because there's a lot of

21 excess generating capacity in the Cinergy system; isn't that

22 right; one of the reasons?

23 A   I don't believe −− there certainly isn't a lot of excess

24 generating capacity in the Cinergy system recently.  The

25 more −− the more excess capacity a utility has, the more units

*KOPPE - CROSS/GREEN*                Vol. 6-813

1  will spend time in reserve shutdown.

2  Q   And another reason that a unit could go into reserve

3  shutdown on any particular day is because it's actually

4  cheaper for the utility to buy electricity from some other

5  power station or other utility than for it to generate it

6  itself; isn't that right?

7  A   That's one reason why units go into reserve.

8  Q   Now, if instead of holding these factors constant that

9  we've been talking about here this morning, these assumptions,

10 if the rate of occurrence of all other forced outages

11 increased only slightly, and if the rate of reserve shutdown

12 hours increased only slightly -- this is above their

13 historical average or whatever line you're using -- if both of

14 those factors increased only slightly in the year following

15 the project, that would more than offset Dr. Rosen's predicted

16 generation; isn't that right?

17         MS. HIMMELHOCH:  Objection, beyond the scope of

18 direct.  Mr. Koppe has not testified what Dr. Rosen's

19 testimony was.  Dr. Rosen will provide that testimony.  It is

20 improper to ask Dr. Koppe --

21         MR. GREEN:  Let me back up and ask another question.

22 May I?

23         THE COURT:  Go ahead.

24 BY MR. GREEN:

25 Q   Are you sitting here today completely unfamiliar with the

*KOPPE — CROSS/GREEN*          Vol. 6-814

1  amount of increased generation that Dr. Rosen predicted for

2  these units in this case?

3  A   I certainly don't know the numbers.  I know in general

4  what he found.

5  Q   You don't know the numbers?

6  A   That's correct.

7  Q   You haven't read his report?

8  A   I may have; but if I did, it was several years ago.

9  Q   Now, when you looked at the GADS data for all these

10  various projects relating to the five-year period, you saw

11  information about other maintenance problems that were causing

12  outages but which were not related to the component you were

13  analyzing; is that not right?

14  A   That's true.

15  Q   And the truth is that you didn't stop to analyze what

16  other problems were occurring?

17  A   I looked in general at what kinds of problems were

18  occurring, what the overall trends were, what Cinergy was

19  doing about these problems.  I did not look in detail at each

20  of the other problems; and, in fact, I didn't have the

21  information that would allow me to do that.

22  Q   Didn't you make a judgment call just to choose to ignore

23  it?

24  A   No.

25  Q   Do you have your deposition transcripts there?  If you

*KOPPE − CROSS/GREEN*                Vol. 6−815

1 would turn to the first volume of your deposition and turn to

2 page 149, please.

3          Tell me when you've found it, sir.

4          MS. HIMMELHOCH:  I'm sorry.  What page number?

5          MR. GREEN:  149.  I'm actually going to start at 148

6 in the first deposition.

7 A    Okay.  I have page 149.

8 BY MR. GREEN:

9 Q    Would you turn back to 148?

10 A    I have it.

11 Q    At the very bottom there's a question.

12          First of all, is this your deposition testimony you

13 gave under oath on Wednesday, November 30, 2005?

14 A    Yes.

15 Q    The very bottom of 148 there's a question that begins:  "I

16 want to ask you whether you were asked the following questions

17 and did you give the following answers.

18          "Question:  Wouldn't that be available in GADS data?

19          "Answer:  Yes.  I was thinking of documentary

20 descriptions.  I did not look at GADS data to determine all

21 the things that were causing unavailability of the unit

22 pre−project.

23          "Question:  That would have been available information

24 in GADS though?

25          "Answer:  Indeed.

1          "Question:  But you chose not to look at that?

2          "Answer:  Yes."

3          Is that your testimony?

4  A    Yes.

5  Q    Now, did you not look at all the other problems that were

6  affecting the unit that were reflected in the GADS data

7  because it just would have been too much work to analyze and

8  investigate all those other outages?

9          MS. HIMMELHOCH:  Objection, argumentative.

10          THE COURT:  I'll let him answer.  Go ahead.

11  A    That was one reason, but not the only reason.

12  BY MR. GREEN:

13  Q    Did you just find it more convenient to assume that the

14  forced outage rate would be the same as it was in the past and

15  ignore all the other issues with the unit?

16          MS. HIMMELHOCH:  Objection, misstates prior

17  testimony.

18          MR. GREEN:  Pardon?

19          MS. HIMMELHOCH:  It mischaracterizes prior testimony.

20          MR. GREEN:  May he answer?

21          THE COURT:  He can answer.

22          MR. GREEN:  Thank you.

23  A    I did not conclude that the forced outage rate would stay

24  the same.  I concluded that the overall outage rate of the

25  unit, which includes both forced and maintenance and planned

*KOPPE — CROSS/GREEN*          Vol. 6-817

1  outages and deratings, would either stay the same or get

2  lower.

3  BY MR. GREEN:

4  Q   All right, sir.  Let's look at a couple projects here.

5       MR. GREEN:  If Your Honor, please, may I approach?

6       THE COURT:  Yes.

7  BY MR. GREEN:

8  Q   Mr. Koppe, I'm going to hand you what has been marked as

9  Defendant's Exhibit 2132 for identification.  I have one for

10  the Government here.

11       MS. HIMMELHOCH:  Thank you, sir.

12  BY MR. GREEN:

13  Q   Do you recognize that document?

14  A   It's a listing of GADS events data and --

15       MR. GREEN:  Can we take that down for a minute

16  because it hasn't been admitted.

17  BY MR. GREEN:

18  Q   Do you recognize that document, sir?

19  A   The little title up at the top looks like something I

20  would have written.  I suspect it's a spreadsheet of mine, but

21  I can't be sure.

22  Q   If I represent to you that it's your spreadsheet for

23  Beckjord 6, would that settle easy with you?

24  A   Yes.

25  Q   And Beckjord 6, the project was a condenser retubing, was

*KOPPE – CROSS/GREEN*                Vol. 6-818

1  it not?

2  A   It was.

3  Q   Pardon?

4  A   Yes.

5  Q   What I've done here, if you'll see, if you'll go to the

6  end, I've cut this runoff as of the date of the project --

7          MS. HIMMELHOCH:  Your Honor, may I consult with

8  counsel for a moment?

9          THE COURT:  Yes.

10     *(A discussion was held off the record.)*

11         MR. GREEN:  May I approach the witness?  It's not

12 critical --

13         THE COURT:  You may.

14         MR. GREEN:  Your Honor, may this be admitted?

15         MS. HIMMELHOCH:  No objection, Your Honor.

16         THE COURT:  It's admitted.

17     *(Defendants' Exhibit 2132 was received in evidence.)*

18 BY MR. GREEN:

19 Q   Okay.  Now, Dr. -- I mean, Mr. Koppe, the pre-project

20 hours that you found that related to the condenser amounted to

21 299; is that correct -- 299.2 over the five-year period.

22         Does that sound right?

23 A   I don't remember.  I'll take your word for it.

24         MR. GREEN:  If I may approach, Your Honor?

25         THE COURT:  Yes.

*KOPPE − CROSS/GREEN*          Vol. 6−819

1  BY MR. GREEN:

2  Q    And I'll just show you your worksheet, perhaps that will

3  refresh your recollection.  You can look at Beckjord 6.

4  A    That's correct.

5  Q    So in the five years previous to the project, you counted

6  up 299.2 hours that related to the −− essentially to the

7  condenser.  Now we can bring the first page up here on the

8  screen.  What I would like to do −− let me just go to the

9  second page, if I may.

10        Now, what we have here on the second page highlighted,

11  if you will agree with me, are problems unrelated to the

12  condenser that are reflected in the GADS data; and the first

13  one at the top is a waterwall tube leak of 51 hours; is that

14  right?

15  A    Yes.

16  Q    You see that?

17  A    I do.

18  Q    Then if we move down, there is a reference to installing a

19  stack of some item for 86 hours of outage, correct?

20  A    Yes.

21  Q    Further down, forced outage waterwall.

22        Let's go to the third page, a small one bearing water

23  problem; do you see that?

24  A    Yes.

25  Q    Let's go to the fourth page.  We have a waterwall leak for

*KOPPE - CROSS/GREEN*                Vol. 6-820

1  40 hours of outage.

2  A    Yes.

3  Q    And the fifth page, I've highlighted nothing.  May we go

4  to the 6th page?

5        Got some other problems, correct?

6  A    Yes.

7  Q    Go to the next page.  Here we have a waterwall leak of 34

8  hours.  Further down we've got an economizer tube leak of 47

9  hours and below that a waterwall leak of 28 hours.

10       Let's go to the next page.  We've got two small

11  matters which I've highlighted.

12       Let's got to the next page.  We have another waterwall

13  leak of 71.75 hours.

14       Let's go to the next page.  Down at the bottom we have

15  an exciter field ground trip of 70 hours of outage.

16       Go to the next page.  We've got a waterwall repair of

17  43 hours.  Actually, everything on here -- everything on all

18  these pages, notwithstanding the fact that I'm not

19  highlighting everything -- everything on these pages is an

20  event that impacts availability; isn't that correct?

21  A    That is correct.

22  Q    Let's go to the next page.  We've got some reserve

23  shutdown of 30 hours.

24       If we go to the next page, a lot of events here.  At

25  the top we've got a faulty drum transmitter, 9 hours; 78 hours

 1  of reserve shutdown; 25 hours of reserve shutdown; 18 hours of

 2  reserve shutdown.

 3       Can we go to the next page?  The next page we've got

 4  hydrogen cooler, 39 hours; some reserve shutdown of 29 hours;

 5  valve repair for 54 hours; aerator crack repair for 145 hours.

 6  Got some reserve shutdown hours.  Towards the bottom we've got

 7  a waterwall, a vector waterwall tube leak.

 8       This unit seems to have a lot of tube leaks, doesn't

 9  it?

10  A    It has a number.  It's not necessarily unusual.

11  Q    Okay.  It's got a leak in the penthouse.  There's another

12  54 hours.  More reserve shutdown of 87 hours.

13       Let's got to the next page.  Now we've got the unit

14  manually tripped about a third of the way down, about 25

15  hours.  If we go down a little further, another repair of a

16  tube leak, 4590 -- 45 hours.  We've got a flooded computer

17  room and control room, 35 hours.

18       By the way, there's no real component replacement work

19  going on in what we've been paging through, has there?

20  A    From what we've been looking at, you can't tell.

21  Q    Well, do you think a Cinergy engineer, if he looked at

22  this, he could tell whether there was component replacement

23  work going on or just tube repairs and other random and other

24  unpredictable outages?

25  A    During the forced outages that we're looking out here are

*KOPPE – CROSS/GREEN*          Vol. 6-822

1   actually unplanned outages.  These are all short enough that

2   presumably what was done was just to repair the leak or the

3   problem that caused the outage.  What we haven't looked at is

4   the planned outages which, if they were going to be component

5   replacements, would be going on during did planned outages.

6   Q   I'm focusing on the unpredictable, random forced outages.

7   A   Individual forced outages are unpredictable and random.

8   The overall rating of occurred forced outages is reasonably

9   predictable.

10  Q   Every time there's a U1 code over on the left, third

11  column in from the left, that's a forced outage, right?

12       It's an immediate forced outage, unpredictable forced

13  outage.

14       They had to shut the unit down; isn't that right?

15  A   I don't like to quibble -- yes, the code you want is the

16  code for immediate forced outages; but if I recall correctly,

17  this utility reported all forced outages as U1s and never

18  reported U2s and U3s.  So actually some fraction -- perhaps

19  some substantial fraction of the things that are reported here

20  are U1s are probably U2s -- or certainly U2s and U3s.

21  Q   Now we've got another assumption in your analysis and that

22  is that utility engineers may be misreporting the data?

23  A   It's not -- well, it is -- well, there's no maybe about

24  it.  It's not a question so much of misreporting.  A number of

25  utilities decided years ago that they didn't think the

1  distinction between U1, U2 and U3 was worth worrying about.

2  Q   Do you have any specific information that anyone at

3  Cinergy arrived at that position?

4  A   At this point, I don't remember; but you simply never see

5  a unit that has year after year after year lots of U1s and

6  never has a U2 and U3.  It just does not happen.

7  Q   Did you have anything to do with writing these event

8  codes?

9  A   I -- in fact, I wrote them myself, yes.

10  Q   You wrote them yourself?

11  A   Yes.

12  Q   Let's see what you wrote when you wrote what U1 is.

13  A   I'm sorry, I'm sorry.  When you were talking event codes,

14  I was thinking of the cause codes.

15  Q   How about event identification, Mr. Koppe?

16  A   No.  Ron Niebo at NERC wrote the identification codes.

17  Q   Are you disavowing Ron or is Ron somebody that seems to be

18  a good guy and knows what he's doing?

19  A   No, I wasn't disavowing him.  You asked me if I had

20  written them and I told you he wrote them.

21  Q   Let's see what Ron wrote:  "Unplanned forced outage,

22  immediate.  An outage that requires immediate removal of a

23  unit from service, another outage state or a reserve shutdown

24  state.  This type of outage usually results from immediate

25  mechanical/electrical/hydraulic control system trips and

*KOPPE – CROSS/GREEN*                  Vol. 6-824

1  operator-initiated trips in response to unit alarms."

2          Did I read that right?

3  A    You did.

4  Q    By the way, when you added up all your hours when you went

5  through your exercise, you added up everything that was coded

6  as U1; isn't that right?

7  A    I added up all outage hours, whatever they were coded.

8  Q    So you didn't make any distinction at all.  You added up

9  U1, U2, U3, derates, maintenance outages?

10         You added up everything you could find without any

11  distinction whatsoever; isn't that right?

12  A    That's correct.  Remember how all this started was that

13  you said that all of these events were sudden trips, sudden

14  shutdowns and I simply said no.  Some of them, in fact, were

15  not.  They were all outages.  They all caused the unit to be

16  unavailable and, of course, I added them all up.

17  Q    Can we have the page we were on back up on the screen?

18  Thank you.

19         Let's go to the next page.  All right, we're on the

20  next page.  Again, everything on this page is -- impacts

21  availability, but we're trying to focus on just some.  We've

22  got reserve shutdown on 29 hours.  We've got some turbine

23  issues.  Then we've got -- about a third of the way down,

24  remove stainers, 101.82 hours.

25  A    I presume that's really strainers.

*KOPPE - CROSS/GREEN*          Vol. 6-825

1  Q   I didn't ask a question.

2        MS. HIMMELHOCH:  Your Honor, he's trying to clarify

3  his question.

4        THE COURT:  There isn't a question pending.

5  BY MR. GREEN:

6  Q   You see the line that says remove stainers, 101 hours?

7  A   Yes.

8  Q   That's coded as M0, a maintenance outage?

9  A   Yes.

10  Q   When you did your adding up of numbers, you added up

11  maintenance outages as well; isn't that right?

12  A   Not this one, but if there was one related to

13  the condenser, yes.

14  Q   Is a boiler tube leak and trip tube leak, 53 hours and 52

15  hours -- let's go to the next page.  I'm not going to belabor

16  this much longer here.

17        The next page, 56 hours, another boiler tube leak.

18  Down later below some stack work for 72 hours.

19        Let's go to the next page.  Fire on the turbine,

20  176.58 hours.

21        Now, I guess you could confirm for me if you just

22  paged through the end of that -- the jury can look at this

23  exhibit, Defendant's Exhibit 2132, if they care to -- but you

24  can confirm for me that I've got other things highlighted in

25  the remainder of the pages, correct?

1  A   Yes.

2  Q   Including on the second to last page a turbine problem

3  with a 233-hour outage.

4       You see that?

5  A   Yes.

6  Q   Now, this is just one unit, Beckjord 6.  I've added up all

7  these lines that I've color coded.  I just want to represent

8  to you that all the yellow lines, the reserve shutdown hours

9  add up to 323 hours -- actually, 323.8 hours; and all of the

10 outages -- just the outages that I highlighted in orange add

11 up to 2,313.06 hours.

12       Are you willing to accept my arithmetic?

13 A   Yes.

14 Q   You seemed a little hesitant?

15 A   No.  I was just doing the arithmetic to see that this is

16 about 500 hours a year, which is pretty typical for the amount

17 of unplanned outages per year at a unit like there.

18 Q   Can you please try to keep your voice up just a little?

19 A   I'm sorry, it's fading.

20 Q   And this compares to the 299.2 hours that you found for

21 the condenser, correct?

22 A   They both cover the same time period.

23 Q   Now, let's do one more and try to be efficient about it,

24 if I can.  I'll ask you to look at Gallagher 6, another of the

25 units that was -- may I just grab the exhibits, Your Honor?

1            MR. GREEN:  May I approach, Your Honor?

2            THE COURT:  Yes.

3  BY MR. GREEN:

4  Q   I'm handing you what has been marked as Defendant's

5  Exhibit 2135, Mr. Koppe.

6            Do you recognize this?

7  A   It looks like another of my spreadsheets, in this case,

8  events for Gallagher 3.

9  Q   This is a spreadsheet of the five-year period before the

10 project, correct?

11           You'll note that I ended it at the date of the

12 project.

13 A   Yes.

14           MR. GREEN:  May this be admitted, Your Honor?

15           MS. HIMMELHOCH:  No objection, Your Honor.

16           THE COURT:  Exhibits admitted.

17   (Defendants' Exhibit 2135 was received in evidence.)

18 BY MR. GREEN:

19 Q   Can we bring this up on the screen, please?

20           Again, this was a pulverizer replacement project at

21 Gallagher 3, was it not?

22           I mean, that's the project that's at issue in this

23 case?

24 A   That's correct.

25 Q   So what I've done, just so you can follow me, is I've gone

*KOPPE - CROSS/GREEN*            Vol. 6-828

1  and simply highlighted availability events -- other

2  availability events in that same five-year period that do not

3  pertain to the pulverizers.

4         Can we just have the first -- the first page is up, I

5  gather.  In the middle we've got a boiler leak for 96 hours.

6         Let's go to the second page.  We'll kind of page

7  through this quickly.  I'll just let the jury kind of look at

8  these pages.  This is again Defendants' Exhibit 2135.  Go to

9  the third page.

10        May I have the third page?  Actually you're on my

11 fourth page, but that's all right.  Let's leave that up for a

12 minute.  Some reserve shutdown hours there, 203, 315.

13        Go to the next page.  Reserve shutdown, 291 hours.

14 There's a failure of 70 hours.

15        Next page.

16        Let's go to the next page.  Here we've got a boiler

17 trip tube leak for 838.67 hours.

18        Now, that's not a component replacement, is it,

19 Dr. Koppe -- Mr. Koppe?  Although Doctor's okay.

20 A   I don't know.  That's extraordinarily long outage for --

21 Q   Well, you can't --

22 A   That's an extraordinarily long outage for just repairing a

23 boiler tube leak.  Something major was done, but I'm just

24 trying to see -- often you can see from the lines underneath.

25 Q   Take your time.

KOPPE - CROSS/GREEN              Vol. 6-829

1  A    I cannot -- I can't tell --

2  Q    You think the Cinergy engineers who tended to the

3  Gallagher 3 unit would know whether or not that's a component

4  replacement?

5         They would probably know, wouldn't they?

6  A    Oh, I don't know.

7  Q    I'm sorry, I can't hear you, sir.

8  A    I do not know.  It is presumably in some document

9  somewhere.

10 Q    Well, it doesn't have to be in a document for someone to

11 know something.

12        Someone can remember something as well, right?

13 A    That's possible, although generally engineers don't

14 remember what was done during specific outages 10 or 12 years

15 later.

16 Q    Let's keep going.  Let's go to the next page.  Yellow is

17 all reserve shutdown.  The orange, unrelated outages.  We'll

18 have that up on the screen for a minute.

19        Let's go to the next page.  Lots of reserve shutdown.

20 There is a rupture in the radiant superheater, 94 hours, right

21 there in the middle.  Tube rupture about a third of the way

22 down, 40 hours.

23        Let's go to the next page.  A number of things going

24 on on this page.  Some more tube leaks, fan repair, all

25 unrelated to the pulverizer, correct?

*KOPPE — CROSS/GREEN*              Vol. 6-830

1  A   The ones you have read out are all unrelated to the

2  pulverizer; that is true.

3  Q   Do you wish to look at this page further?

4  A   No.

5  Q   Next page.  Yellow is reserve shutdown.

6       Can we have the last page?  It's more reserve

7  shutdown.  We've got a burner fire there for 172 hours.

8       Do you see that, sir, right there in the middle kind

9  of, burner fire?

10 A   Yes.

11 Q   And then actually right above it -- it's coded as a burner

12 burned-blank.  I'm not sure I understand that, but it's 52

13 hours of outage.

14      Do you see that?

15 A   Yes.

16 Q   Now, again, I added -- I added that up and your hours, if

17 you have your little sheet that you used yesterday I think,

18 you came up with 579.5 hours -- you can take that down off the

19 screen.

20      You came up with 579 hours of outage related to the

21 pulverizer, correct?

22 A   Yes.

23 Q   Is that the right number?

24      I'm asking you to accept my arithmetic that all the

25 reserve shutdown hours to this unit added up to 4,762.12

*KOPPE - CROSS/GREEN*                Vol. 6-831

1  hours; and just the outages that I selected and highlighted in

2  orange added up to 2,810.76 hours.

3         Does that arithmetic seem sensible to you?

4  A    I believe so.  I believe you highlighted all the unplanned

5  outages; and again, that's something like 5 or 600 hours a

6  year of unplanned outages, which is pretty typical.

7         Sorry, 5 or 600 hours per year.

8  Q    Is it your view, Mr. Koppe, that all of the problems that

9  I identified and highlighted, that they're just never going to

10 continue in the future?

11 A    Quite the contrary.  I expect most of them -- some of them

12 probably will not, but many of them will.

13 Q    And many of the ones that will continue in the future --

14 because there's always continuing outages; and you've

15 acknowledged that many of these outages that we saw, many of

16 these problems that we saw will actually continue into the

17 future and get worse, won't they?

18 A    Many of them will continue into the future.  No, I don't

19 think -- maybe one or two of them will get worse, maybe not;

20 but there's no reason to think most of them will get worse.

21 Q    You think most of them will get better?

22 A    I think overall the unit is going to get better.  Many of

23 these problems are things that happen once every two years or

24 five years, so some will go up, some will go down.  Overall, I

25 think the overall outage rate will get somewhat better.

*KOPPE - CROSS/GREEN*          Vol. 6-832

1  Q   That's your opinion?

2  A   Yes.

3       MR. GREEN:  All right.  If Your Honor, please, would

4  you allow me just to have -- talk to my colleagues for one

5  moment?

6       THE COURT:  Yes.

7    *(A discussion was held off the record.)*

8       MR. GREEN:  Thank you, sir.

9  BY MR. GREEN:

10 Q   Mr. Koppe, let me ask you a couple other questions.  It's

11 this kind of GADS data that we've been looking at that you

12 gave again to Dr. Rosen, right?

13 A   Yes.  I gave him the specific GADS events related to the

14 problem that was addressed by the project.  I didn't give him

15 the whole set, but it's the same kinds of data.

16 Q   What I'm trying to establish -- I think the only point I

17 want to make is that the only thing that Dr. Rosen got from

18 you is GADS data?

19 A   No, that's not true.

20 Q   Okay.  What else did he get?

21 A   He got my conclusions with respect to the capability of

22 each unit.  He got my conclusions with respect to the heat

23 rate of each unit.

24 Q   If I can -- I stand corrected to that degree.  If I can

25 put your conclusions about capability, you've testified about

*KOPPE - CROSS/GREEN*          Vol. 6-833

1  that.  I can put your conclusions about heat rate -- you've

2  testified about that -- aside for a minute.  What Dr. Rosen

3  got was GADS data.

4         MS. HIMMELHOCH:  Your Honor, I'm having difficulty

5  hearing counsel.  Can he get closer to the microphone?

6         THE COURT:  You need to either --

7         MR. GREEN:  I will raise my voice and I will repeat

8  the question.

9  BY MR. GREEN:

10 Q   If you put aside your conclusions about capability, which

11 we've heard you testify to -- put that aside and your

12 conclusions about heat rate, as it impacted a couple of these

13 projects, what you gave to Dr. Rosen was GADS data, right?

14 A   That's correct.

15 Q   But at the same time, while you gave just GADS data to

16 Dr. Rosen, you have conceded, have you not, that GADS data

17 alone can't predict the future availability of a generating

18 unit?

19 A   GADS data alone cannot do that; that is correct.  One

20 needs other knowledge, and one needs judgment; and I guess you

21 have reminded me that I did give him one other thing, which is

22 I gave him my conclusion that the effect of everything else,

23 all these other unplanned outages, all the planned outages,

24 all the other things that affect availability would not -- the

25 company should not have expected those to increase.  There may

*KOPPE − CROSS/GREEN*          Vol. 6-834

1  have been some decrease, may have stayed the same; but they

2  should not have expected them to increase.  So I gave him that

3  judgment.

4  Q   But you have testified earlier in this case in your

5  deposition under oath that you can't use GADS data alone to

6  predict future availability of a generating unit, haven't you?

7  A   Yes.

8          MR. GREEN:  I think that's probably all I have, Your

9  Honor.

10         THE COURT:  All right.  Thank you.  Redirect?

11         MS. HIMMELHOCH:  Yes, Your Honor.  Thank you.

12                    **REDIRECT EXAMINATION**

13  BY MS. HIMMELHOCH:

14  Q   Mr. Koppe, in making your conclusions regarding the −−

15  what Cinergy should have expected regarding availability of

16  these units post−project, did you rely solely on GADS data?

17  A   No.

18  Q   What else did you rely upon?

19  A   I relied on −− well, of course, all my experience; but

20  also on review of many Cinergy documents and on the fact that

21  at −− that each of these projects was happening, that a

22  problem that had caused a substantial fraction of the outage

23  time at the unit in the past was being resolved.

24  Q   Now, Mr. Koppe, counsel has shown you Exhibit D2135 and

25  also D2132.

1              Can you explain the origin of these documents?

2    A    I -- the company gave, I guess to the Department of

3    Justice, a -- a huge Excel spreadsheet that included all of

4    the GADS event data for each of the units that are at issue in

5    this case.  I went through that data and extracted all of the

6    events for the 60 months, the five years before each project,

7    put that in -- each one in a separate spreadsheet and then

8    worked from there.  So these are those separate spreadsheets

9    for two of the projects.

10   Q    So you pulled the data that Mr. Green was pointing out

11   from Cinergy's data?

12   A    Yes.

13   Q    In preparing your estimates of lost availability, did you

14   review these spreadsheets?

15   A    Yes.

16   Q    Did you review every item on these spreadsheets?

17   A    To the extent I needed to determine which items were

18   related to the project at issue, yes.  But I did not review

19   each one -- each of the things that were unrelated to the

20   project in detail.

21   Q    Now, Mr. Green has given at great length an estimate of

22   the everything else at the unit that was going on; and he's

23   pointed out that there were other outages at Gallagher 3

24   amounting to approximately 2800 hours pre-project.

25              Given all those pre-project outages in everything

1   else, why do you conclude that availability of these units

2   should have increased as a result of the projects at issue?

3   A   Because when I looked at the history of Gallagher, when I

4   looked at the documents, when I looked at what was going on in

5   the industry with similar units and similar situations, I

6   concluded that there was no reason to expect some big increase

7   in all of these unplanned outages in the future; and, in fact,

8   the company should have expected some decrease in the amount

9   of outage time.

10          Does that mean one problem will go away or another

11   problem will go away?  There are hundreds and hundreds of

12   different problems and many of them show up only once every

13   five or ten years or once in a hundred years.  So it's just

14   not something anyone can do.  To try to predict for every one

15   of them, you have to look at the aggregate and look at

16   everything you know about the unit and about what has happened

17   at similar units and make a judgment.  I did that and the

18   judgment was the overall effect of all the rest of these

19   things would probably decrease somewhat, but in any case would

20   not increase.

21   Q   Do the Life Extension Studies that you looked at for the

22   majority of these units have any impact on your opinion that

23   overall, everything else would stay the same or get better?

24   A   Yes.  They contribute to that conclusion.  I think I

25   talked on Friday about why those studies —— most of these

*KOPPE — REDIRECT / HIMMELHOCH*     Vol. 6-837

1  problems that happen like flooding of the control room,

2  that's —— I don't know if I've ever seen an outage due to

3  flooding of the control room.  That must happen, but it's a

4  very rare event.

5        Does the likelihood of flooding the control room get

6  worse as the unit gets older?  No.  Does the likelihood of a

7  fire in the turbine get worse or better as the unit gets

8  older?  No.

9        The main thing that happens as units get older that

10  cause their availabilities to go down is the deterioration of

11  these big sections of tubes, whether that's in the boiler or

12  the condenser or there's a higher rate of tube failures.

13        Those are big things that cause more outage time,

14  cause availability to get worse as the unit gets older if

15  something isn't done bit; and these Life Extension Studies

16  looked at all of those pieces of equipment, looked at what

17  their condition was, predicted what would happen in the

18  future, concluded that many of these pieces of equipment were

19  not going to be a problem in the future, identified a few that

20  might be and recommended things to be done to prevent them ——

21  I'm sorry —— to prevent those potential future problems from

22  becoming worse.

23        So the fact that all of that had been done is

24  certainly one factor in my conclusion that the company should

25  not have expected things to get worse in the future.

KOPPE – REDIRECT / HIMMELHOCH     Vol. 6-838

1  Q   Now, Mr. Koppe, Mr. Green read from a portion of your

2  deposition in November of 2005.  Could you open that

3  deposition again?  Mr. Green left off on line 9 of page 148.

4  A   Excuse me just a second.  Even with my glasses, I have to

5  struggle to read this.

6          Should I be on 148 or 149?

7  Q   148.

8  A   Okay.

9  Q   Actually, that's 147 you're looking at.  The top of the

10 next page is 148 –– oh, the numbers are on the bottom.  Then

11 149, please.

12 A   I have it.

13 Q   Mr. Green left off at line 9.  Could you simply read from

14 line 10 to line 22, please?

15         I'm sorry, line 10 to line 15.

16 A   "Question:  Did you look at the other causes of outages or

17 degraders of availability during the 60 month post–project

18 period that you analyzed?"  It says "post–project" here, but

19 given the questions and given my answer, at least I assume

20 that the question really meant "pre–project."

21 Q   Okay.  Can you then go on with your answer?

22 A   My answer:  "Again, where documents describe such things,

23 I looked at them.  I did not do a systematic evaluation of the

24 GADS data to determine that."

25 Q   Now, let's go back to an answer you gave to another

1  question that Mr. Green asked.  You mentioned something called

2  off-system sales in your answers.

3       Can you explain to the jury -- because I don't think

4  that's a term that's come up before -- what "off-system sales"

5  are?

6  A   Utilities sell power -- sell and buy power back and forth

7  to each other.  The question was, if the customer's demand for

8  electricity -- if the utility had more generating capacity

9  than customers wanted to buy, would that cause units to be in

10 reserve?

11      Just to make sure the record was clear, I was saying

12 that it's not just how much the utility's own customers are

13 using that determines how much units get utilized, but it's

14 also how much power they may be selling to other utilities.

15 Q   Now, Mr. Koppe, in Mr. Green's cross-examination on

16 Friday, he pointed to a portion of the Gallagher pulverizer

17 study in which there was a reference to the capability of the

18 unit being 140 megawatts instead of 150 or 157.

19      Do you recall that?

20 A   Yes.

21 Q   You indicated in your answer that there was something

22 called "net capacity" and "gross capacity."

23      Do you recall that?

24 A   Yes.

25 Q   Can you explain the difference between "net capacity" and

KOPPE — REDIRECT / HIMMELHOCH    Vol. 6-840

1  "gross capacity"?

2  A    The difference is how much electricity the unit itself

3  uses.  So, for example, for Gallagher before the project,

4  before the pulverizers were replaced, the unit was limited to

5  150 megawatts.  That was gross.  That's what the generator

6  actually made.  The 140 is net.  So that's the 150 the

7  generator made minus the 10 megawatts that were used to run

8  the fans and pumps and other equipment inside the plant.

9  Q    So that document was using the net figure, not the gross

10  figure?

11  A    That's correct.

12  Q    And you were testifying to the gross figure?

13  A    That's correct.

14  Q    Now, another question that Mr. Green asked you in

15  cross-examination on Friday had to do with the increase from

16  150 to 157-megawatts at Gallaghers 1 and 3.

17        Do you recall that line of questioning?

18  A    Yes.

19  Q    And he handed you Plaintiffs' Exhibit 651, which is the

20  pulverizer study; do you recall that?

21  A    Yes.

22  Q    He asked you whether the pulverizer study gave any

23  indication has to whether Cinergy should have expected a

24  7-megawatt increase; do you recall that?

25  A    I recall discussing the pulverizer study with respect to

*KOPPE — REDIRECT / HIMMELHOCH*    Vol. 6-841

1  the 7 megawatts, yes.

2  Q    Have you had an opportunity since Friday to examine the

3  pulverizer study again?

4  A    Yes.

5  Q    Have you located any language discussing the question of

6  whether Cinergy should have expected a 7-megawatt increase?

7  A    Yes.

8  Q    I'm going to call -- I'm going to ask to call up now

9  Exhibit 651 again.

10        This is the pulverizer study we've been discussing?

11  A    Yes.

12  Q    And if we could now turn to page 4427, which is the next

13  image -- I'm sorry -- the next image after that, please.

14        Mr. Koppe, do you recognize this page of the

15  pulverizer study?

16  A    Yes.

17  Q    There's a portion highlighted there.

18        Is that the portion that you believe goes to this

19  issue?

20  A    Yes.

21  Q    Could you please read that into the record?

22        And if we could make it bigger, please.

23  A    "Hopefully, elimination of heat input limit.  Reported in

24  application a heat input of 1460 --" it's MMBTU.  That's --

25  for some reason that I've never understood -- the way

*KOPPE – REDIRECT / HIMMELHOCH*      Vol. 6-842

1  utilities write millions of BTUs per hour for expected maximum

2  turbine generator output –– "and a coal burn rate of 67–tons

3  per hour to achieve maximum electrical output (157 megawatts).

4  Both numbers reported for each unit and listed as variable

5  depending on fuel and operating factors."

6  Q   Based on your review of this study and your experience, do

7  you have any understanding what they're saying in this

8  paragraph?

9  A   They're saying that their environmental permit had a limit

10 on the amount of heat they could put into the boiler each

11 hour, and they were trying to get that changed and that that

12 would be –– they would need to put more heat into the boiler

13 to achieve the 157 megawatts.

14 Q   Do you have any understanding whether this indicates

15 whether –– based on your experience, does this indicate

16 anything with respect to what Cinergy understood Gallagher

17 Units 1 and 3 were capable of producing?

18         MR. GREEN:  Your Honor, I object.  This is now just

19 pure speculation.  Something has to happen here.  There has to

20 be an elimination of at the heat input limit.  If it's not

21 established that he knows that that happened, then this

22 becomes just shear speculation.

23         MS. HIMMELHOCH:  Your Honor, it's an indication ––

24         THE COURT:  Just a second.  I'll let him answer this.

25 Go ahead.

KOPPE – REDIRECT / HIMMELHOCH      Vol. 6-843

1  BY MS. HIMMELHOCH:

2  Q   Do you need the question again, sir?

3  A   No.  It's another indication that Cinergy understood this

4  unit could make 157 megawatts in the future, as it had done in

5  the distant past but still had done in the past.

6  Q   Now, Mr. Koppe, Mr. Green emphasized in his

7  cross-examination of you that you concluded that each of the

8  projects at issue in this case would result in an increase in

9  availability.

10       Let me ask you:  Are the projects that you've

11  presented in your testimony in this trial the only projects

12  you analyzed for purposes of this case?

13  A   No.

14  Q   How many did you analyze?

15       MR. GREEN:  Your Honor, I don't know where we're

16  going with this.

17       THE COURT:  I'm not sure either.  Why do we need to

18  know this?

19       MS. HIMMELHOCH:  Mr. Green implied and actually

20  stated, I believe in his cross-examination, that Mr. Koppe's

21  analysis was skewed so as to conclude there was always an

22  increase in availability.  The fact that Mr. Koppe reviewed

23  other projects and concluded that they did not is relevant to

24  rebut that contention.

25       MR. GREEN:  That wasn't the precise point I made.

KOPPE - REDIRECT / HIMMELHOCH     Vol. 6-844

1          THE COURT:  And so?

2          MR. GREEN:  I object.

3          THE COURT:  Sustained.

4  BY MS. HIMMELHOCH:

5  Q    Now, Mr. Green also spent some time in his

6  cross-examination of you on Friday with the question of

7  whether or not your methodology had been subjected to peer

8  review; do you recall that?

9  A    Yes.

10  Q    Now, you've acknowledged that it has not been subjected to

11  formal scientific peer review.

12          To your mind, though, has it been subjected to any

13  kind of peer review?

14  A    Oh, yes.

15  Q    Would you please describe what you mean by that?

16  A    Well, the main thing is that in the course -- I developed

17  the methodology.  I had been using it before the work I did

18  for --

19          MR. GREEN:  May I object, Your Honor?  There is no

20  recognized other kind of peer review; and if she's asking the

21  witness now to self-validate his methodology by reference to

22  some other people around that agree with him, I think that

23  that's improper.

24          THE COURT:  I'm going to let him answer.  Go ahead.

25  A    In the course of formalizing the methodology which I did

*KOPPE - REDIRECT / HIMMELHOCH*    Vol. 6-845

1  in preparing reports for the Electric Power Research

2  Institute, the technical people at the Electric Power Research

3  Institute reviewed it.  The Electric Power Research Institute

4  had committees of utility engineers and operators who oversaw

5  its work and they reviewed my work, and then I presented

6  workshops to various utility -- groups of utility engineers on

7  how to use the methodology and they provided comments.

8  Q   Let's turn to one last point and that has to do with

9  Plaintiffs' Exhibit 1650.  This was the document Future

10 Planning for Generating Plants, and if you could call up the

11 cover page, please.

12      Do you recall this Cinergy document that we discussed

13 in your direct and on your cross?

14 A   Yes.

15 Q   Now, Mr. Koppe, Mr. Green had you read into the record the

16 overall goals of the Life Extension program; but I would like

17 to turn to a different page of this document, which is page 3

18 of 4, ends in the Bates numbers 072.  If we could call up that

19 image.

20      I'm sorry, next image.  Next image.

21      Is there a next image?  There is no next image?

22      Well then, never mind.  Let's focus on this page which

23 is up on the screen then, which is 092, which is page 2 of 2.

24 This goes to a different point.

25      Mr. Koppe, when you were discussing what the Life

KOPPE – REDIRECT / HIMMELHOCH     Vol. 6-846

1   Extension Studies had -- how those applied to your conclusions

2   that everything else at the unit would stay the same and

3   better, have you located any language in this document that

4   would relate to that conclusion of yours?

5   A    Yes.

6   Q    And is it on this page?

7   A    Yes.

8   Q    Could you please read that highlighted portion into the

9   record?

10  A    "The in-depth technical inspections provided a unique

11  opportunity to assess the total plant's condition.  The

12  absence of any major findings (conditions indicating major

13  failures and large capital dollars) was very encouraging, and

14  the numbers and types of deficiencies that were found

15  illustrates a very thorough inspection was performed.  In no

16  other manner could a better knowledge of the equipment

17  condition and future needs be gained.  Planning for the

18  maintenance and construction budgets has been greatly

19  simplified since equipment deficiencies and the needs have

20  been documented in great detail."

21  Q    Let's turn now to another page, and I'm going to have to

22  use the ELMO.  I confess I'm quite dangerous on this, so I

23  apologize in advance.  There's a reason they don't let me --

24  oh, turned to the wrong page.

25         We were talking of another page in this Cinergy study

*KOPPE - REDIRECT / HIMMELHOCH*     Vol. 6-847

1  that discussed the economic justification of the projects.

2      Do you recall looking at that page?

3  A   Yes.

4  Q   I'm now turning to page -- sorry for the sea sickness --

5  072, which is page 3 of 4 in Section 2.

6      Mr. Koppe, is this language some of the language you

7  reviewed in concluding that these projects would result in

8  increased availability?

9  A   Yes.

10      MR. GREEN:  Excuse me, counsel.  I'm having trouble

11  finding where you are.

12      MS. HIMMELHOCH:  GI047072.

13      MR. GREEN:  I have it.  Thank you.

14  BY MS. HIMMELHOCH:

15  Q   Okay.  Mr. Koppe, can you point out the language that

16  relates to that point?

17  A   I think so.  The highlighting doesn't show up very well

18  here, but the top paragraph -- or the portion of the paragraph

19  that's at the top certainly is part of that.

20  Q   Where I'm pointing my finger?

21  A   Yes.  That seems to be where the highlighting starts.

22      "Each project will then be evaluated using appropriate

23  economic analyses.  The projects will be divided into two

24  categories, initially:

25      "1.  To extend the life of the unit or required for

*KOPPE - REDIRECT / HIMMELHOCH*    Vol. 6-848

1  safety reasons; and.

2       "2.  Those recommended to be accomplished to improve

3  efficiency, availability, reliability or capacity.

4       "Those projects in Category I will be grouped together

5  and justified as a single project.  Those projects in category

6  II will be justified individually."

7  Q   Thank you.  Mr. Koppe, to your knowledge, were the

8  projects that you discussed at the PSI plants justified

9  individually?

10 A   They all were, yes.

11      MS. HIMMELHOCH:  Thank you.  Nothing further, Your

12 Honor.

13      THE COURT:  Recross?

14      MR. GREEN:  Just for a couple of seconds.

15 Q   Dr. Koppe, would you pick up your deposition again because

16 I want to read everything you said on this subject so that we

17 can make sure we understand exactly what your testimony was

18 about whether you looked at other problems in the GADS data.

19      I'm back now at the bottom of 148 -- bottom of 148

20 because I want to read where the question starts.  I'm going

21 to ask you whether you were asked these questions and whether

22 you gave these answers.

23      "Question:  Wouldn't that be available in GADS data?

24      "Answer:  Yes.  I was thinking of documentary

25 descriptions.  I did not look at GADS data to determine all

*KOPPE – REDIRECT / HIMMELHOCH*    Vol. 6-849

1  the things that were causing unavailability of the unit

2  pre-project.

3        "Question:  That would have been available information

4  in GADS though?

5        "Answer:  Indeed.

6        "Question:  But you chose not to look at that?

7        "Answer:  Yes."

8        Now, that's what I read to you or had you read when we

9  discussed that, right?

10        Do you remember that, sir?

11  A   Yes.

12  Q   And then counsel for the Government continued on right

13  after that to read a little bit more of the dialogue:

14        "Question:  Did you look at the other causes of

15  outages or degraders of availability during the 60-month --

16  I'll say 'pre-project period,' that you analyzed?

17        "Answer:  Again, where documents describe such things,

18  I looked at them.  I did not do a systematic evaluation of the

19  GADS data to determine that."

20        Now, that's what Government counsel brought to your

21  attention, correct?

22  A   Yes.

23  Q   Let's read on:

24        "Question:  So you didn't look at the GADS data for

25  that information?

*KOPPE - REDIRECT / HIMMELHOCH*    Vol. 6-850

1      "Answer:  That is correct.

2      "Question:  It would be available information, but you

3 did not consider it?

4      "Answer:  That is correct.

5      "Question:  Was that a judgment call that you made not

6 to consider the other availability degraders going on at the

7 unit as available in the GADS data?

8      "Answer:  Yes."

9      Was that your testimony at the deposition?

10 A   It was indeed.

11         MR. GREEN:  Okay.  Thank you.  Nothing further.

12         MS. HIMMELHOCH:  No redirect, Your Honor.

13         THE COURT:  You may step down, sir.

14         You may call your next witness.

15         MS. HIMMELHOCH:  We're going to read a few more

16 deposition exhibits, Your Honor.

17         MR. BROOKS:  May I exit the well to make sure I have

18 a witness ready?

19         THE COURT:  You may.

20         MR. BENSON:  Your Honor, may I confer with opposing

21 counsel before we get started?

22         THE COURT:  Yes.

23    *(A discussion was held off the record.)*

24         MR. BENSON:  May I proceed, Your Honor?

25         THE COURT:  You may, sir.

Vol. 6-851

1        MR. BENSON:  Good morning again, ladies and

2   gentlemen.  Again, Tom Benson with the United States, and

3   we're going to read a couple more deposition designations this

4   morning.  Again, just to remind you how these work, this is

5   the sworn testimony of folks who were either at the time or

6   had been previously Cinergy employees.

7        As I said before, we've sort of edited them down as

8   much as we could, so there will be gaps.  You will be hearing

9   about documents not before you.  We apologize for that, but

10  it's just a matter of wanting to go through these as quickly

11  as possible and just get you the information as we need.

12       As we did before, we will include the designations

13  that Cinergy itself had made as well.  So both sides have had

14  input into this reading.

15       The first deposition that we're going to read today

16  is the deposition of Scott Curry, which was taken on

17  December 15th of 2004.  As we did for some of the depositions

18  last week, I will first read a brief synopsis of Mr. Curry's

19  background and then go into the sworn testimony.  So here's

20  the background.

21       This is the deposition of Scott Gregory Curry who is

22  in Kokomo, Indiana.  He was hired by PSI Energy in May of 1992

23  as a staff engineer in a structural engineering group in the

24  Plainfield offices.

25       In approximately 1995, he began to assume duties as

Vol. 6-852

1    the project manager.  In 1997 he became the project manager,

2    first for the Gallagher Unit 1 pulverizer replacement, and

3    then for the Gallagher Unit 3 project.

4            As a project manager for the Unit 1 replacement,

5    Mr. Curry was responsible for making the cost estimate for

6    what was referred to as a budget estimate, together with

7    writing the work order, overseeing the schedule and design,

8    writing the specification, procurement of needed supplies and

9    overseeing the installation of used mills.

10           He was also responsible for closing the project out,

11   doing the field check when it was finished and making sure the

12   project was finished on time and under budget.

13           In January, 2003, Mr. Curry became station manager of

14   a Cinergy solutions plant at the Shreveport General Motors

15   facility.  He left the Cinergy companies in August 2003.  At

16   the time of his deposition, he worked for a company that was

17   providing consulting services for Cinergy.

18           Now we'll go into the sworn testimony of Mr. Curry.

19           (The deposition of Mr. Scott Curry was read into the

20   record.)

21           MR. BENSON:  I'm sorry.  I misread that last

22   sentence.  We're going through the answer.  Mr. Curry stated,

23   I mean, the whole system was designed for 157 megawatts.

24   That's what the permit was but equipment was old.

25           Now we'll switch to the deposition of Mr. Renner, and

Vol. 6-853

1  I believe --

2          MR. VOLPE:  Just a moment, Your Honor.

3          Thanks, Your Honor.

4      (Reading continued of excerpts of the deposition of

5  Mr. Scott Curry.)

6          MR. BENSON:  Now we'll move on to the designation of

7  Mr. Renner.

8          MR. ARRAZOLA:  Good morning, ladies and gentlemen.

9          Good morning, Your Honor.

10          I'm going to read to you from the deposition of David

11  Renner taken on August 24th, 2004.

12          *(Excerpts from the deposition of Mr. David Renner was*

13  *read into the record.)*

14          MR. BENSON:  Ladies and gentlemen, we have one more

15  designation that we're going to read this morning.  This is

16  the deposition of Clifford Barrett, which was taken on

17  September 30th, 2004.  Again, I'll read a brief summary and

18  then go into the testimony.

19          This is the deposition testimony of Mr. Clifford

20  Barrett.  At the time of his deposition, Mr. Barrett was an

21  employee of Cinergy Services, Inc. and senior engineer at the

22  Gibson generating station.

23          Mr. Barrett has held the position of senior engineer

24  since 1995 and in that position was assigned various projects,

25  such as tube replacements in the boilers, pump replacements

Vol. 6-854

1  and large damper replacements out in the scrubber.  For these

2  projects, Mr. Barrett usually budgeted for the project, wrote

3  the work orders and performed the project management duties of

4  the project.

5       The duties of a project engineer include determining

6  that a construction project is complete; keeping an eye on

7  project costs and overruns; and observing the contractors'

8  compliance as the project progresses.

9       As a project engineer, Mr. Barrett wrote the work

10 order for the Unit 2 reheater project -- reheater replacement

11 project at Gibson station and ordered the tube material and

12 arranged for the installation and labor.

13      In addition to his duties as a project engineer, in

14 1991, Mr. Barrett gave a speech at the utility industry trade

15 association, known as the Electric Power Research Institute,

16 related to boiler tube the failure reduction program at Gibson

17 station.

18      Now, into the testimony.

19      (Excerpts from the deposition of Mr. Clifford Barrett

20 were read into the record.)

21      MS. HIMMELHOCH:  Your Honor, this would be an

22 opportune time for the morning break.

23      THE COURT:  All right.  We'll take our morning break

24 at this time.

25      COURT CLERK:  All rise.

Vol. 6-855

1    *(Jury out.)*

2         COURT CLERK:  This court stands aside in brief

3    recess.

4    (A recess was taken.)

5         THE COURT:  The next witness is Dr. Rosen?

6         MR. BROOKS:  Yes.

7         THE COURT:  Do we need to deal with Exhibit 1549 and

8    1644?

9         MR. BROOKS:  We can if that's the Court's pleasure.

10   1549 I plan to lay a foundation for.  These are summaries of

11   the actual calculations.

12        THE COURT:  And 1664?

13        MR. BROOKS:  That's a document that was on our

14   original exhibit list.  The Court instructed the parties to

15   winnow to 300 or less; and in the fury of that winnowing

16   process in the last day, we tossed this one out.  That

17   document had been fully stipulated to as both authentic and

18   not hearsay.

19        MR. HOPSON:  If 1664 was on the original list.  We

20   withdraw our objection.  As to 1549, it's just hearsay.  It's

21   part of the expert's report.

22        As Your Honor knows, expert reports don't usually

23   come into evidence on the motion of the proponent of the

24   hearsay report.  It can certainly be used in the courtroom,

25   reviewed, discussed, deliberated upon, but not moved into

Vol. 6-856

1  evidence.

2          THE COURT:  Well, all right.  I think I'll let you

3  try to authenticate it, but what he says is generally right.

4  We don't put in pages of the report for some very good

5  reasons, unless the parties agree to put them in.  So, you

6  make your attempt and you make your objection and I'll rule on

7  the spot.

8          MR. BROOKS:  Your Honor, I can tell that you the only

9  foundation I will lay is simply that these reflect the actual

10 calculations and all of the elements that went in.

11         THE COURT:  If these are pages out of his report,

12 they're not admissible.

13         MR. BROOKS:  We can go that way.

14         MS. HIMMELHOCH:  Your Honor, may I approach and --

15         THE COURT:  I would be delighted to get another

16 binder.  All right.

17         MR. BROOKS:  Your Honor, these are tabbed in the

18 order.  May I approach?

19         THE COURT:  Yes.

20         MR. BROOKS:  These are tabbed in the order but let me

21 put it this way.  They're tabbed with numbers that correspond.

22 Whether that's the order I'll use or not, we'll see.

23         THE COURT:  I don't know if Robert Koppe is a doctor

24 or not.

25         MR. HOPSON:  We can make him one.

Vol. 6-857

1          MS. HIMMELHOCH:  Mr. Koppe is a doctor only in the

2     honorary sense.

3          THE COURT:  He has an honorary degree from someplace?

4          MS. HIMMELHOCH:  No.  We've just been calling him

5     that.

6          All right.

7       *(Jury in.)*

8          THE COURT:  You may call your next witness, sir.

9          MR. BROOKS:  Dr. Richard Rosen.

10         THE COURT:  Would you raise your right hand, sir?

11      *(The witness was sworn.)*

12         MR. BROOKS:  Good morning, ladies and gentlemen --

13         THE COURT:  Excuse me just a minute, Mr. Brooks.  We

14    need to get the microphone fixed up here first.

15         You may inquire.

16         MR. BROOKS:  My name is Phillip Brooks with the

17    Department of Justice.

18         So the Court and the jury both know, Dr. Rosen will

19    be our last live witness in the case in chief; and I'll move

20    through this examination as quickly as we can.  I'm going to

21    ask for a little indulgence because it is perhaps a little

22    thick.

23         **RICHARD A. ROSEN, PLAINTIFF'S WITNESS, SWORN**

24

25

ROSEN – DIRECT/BROOKS          Vol. 6–858

1                    **DIRECT EXAMINATION**

2  BY MR. BROOKS:

3  Q   Dr. Rosen, would you please state your name and business

4  address for the record?

5  A   Yes.  My name is Dr. Richard A. Rosen, and my business

6  address is Tellus Institute, 11 Arlington Street, Boston

7  02116.

8  Q   Where do you work?

9  A   I work in that building at 11 Arlington Street.

10 Q   Can you tell the jury just a little bit about your

11 educational background?

12 A   Certainly.  Well, I got a bachelor's degree from the

13 Massachusetts Institute of Technology in physics and

14 philosophy, and then I went on to graduate school at Columbia

15 University where I got a Ph.D. in theoretical physics.  Then I

16 moved on to a post doctoral fellowship, at that time the

17 Goddard Institute for Space Studies in New York City.

18 Q   I'm going to ask you to speak up just a little bit so

19 everyone can hear.  The acoustics in the room are a little

20 tough, so we need to project.

21 A   I'll try my best.

22         THE COURT:  The acoustics were designed by people who

23 put on rock and roll shows, so maybe that explains it.

24 A   I come from that era, so I'll give it a try.

25

ROSEN – DIRECT/BROOKS          Vol. 6-859

1  BY MR. BROOKS:

2  Q    Can you tell the jury briefly, what is theoretical

3  physics?

4  A    Theoretical physics is the attempt to explain the physical

5  world in terms of theories and equations and concepts.  The

6  contrast between theoretical physics and experimental physics

7  is that experimental physicists do the laboratory experiment

8  that you've probably seen on television and what have you.

9  They actually put the equipment together and check out the

10  accuracy of the theories that the theoretical physicists come

11  up with.

12  Q    Now, what is the Tellus Institute?

13  A    The Tellus Institute is a nonprofit research and

14  consulting organization that was started in the late 1970s.

15  Some friends of mine and I started it while we were at

16  Columbia University together in the 1970s.

17       We basically wanted to try to do the best research we

18  could in various areas, in particular, energy policy, for the

19  public interest, particularly to provide support for

20  Government institutions at all levels, from that of a city to

21  a state or a country, et cetera.  So we worked mostly on

22  energy and environmental issues.

23  Q    Can you elaborate a little bit on what kind of work Tellus

24  does related to energy?

25  A    Well, Tellus –– as I said –– from the very beginning

ROSEN - DIRECT/BROOKS            Vol. 6-860

1  worked a lot on energy issues.  Starting in the 1970s, we

2  worked on energy plans for the entire United States for

3  various states.  We did a lot of work -- and I particularly

4  did a lot of work on electric utility planning so that

5  ratepayers would be assured that they were getting their

6  electricity at the lowest reasonable cost.

7        We also do a lot of work on long-range projections for

8  energy for the entire world out to 2050.  So we work on very

9  small scales, we work on medium scales like a state energy

10 plan, or we work on large scales like global energy plans.

11 Q   Now, you say that service is provided to some Governmental

12 organizations.

13       Can you give the jury a quick idea of the kind of

14 Governmental organizations Tellus provides service to?

15 A   Yes.  Tellus provides consulting services to a wide range,

16 every where from, again, a city to a state Attorney General's

17 office, or a state public utility commission, or a state

18 consumer protection bureau, or a state Environmental

19 Protection Agency.  We provide services to the United States

20 EPA, the Environmental Protection Administration, and the U.S.

21 Department of Energy.

22       Then we also provide services worldwide to various

23 countries, energy ministries, particularly in Africa and to UN

24 agencies, the UN Environmental Protection Group.

25       So it's a very wide range of Government clients.

ROSEN – DIRECT/BROOKS          Vol. 6-861

1  Q   Now I'm going to focus you down a little bit.  You

2  mentioned public utility commissions.

3        What kind of work does Tellus do in connection with

4  public utility commissions?

5  A   Tellus has provided services to many public utility

6  commissions.  Again, I don't know if it's clear what a public

7  utility commission is; but a public utility commission is the

8  state agency that regulates the electric and gas utilities in

9  the state, such as Cinergy.  So we work for the staffs of

10 utility commissions in several states in the United States.

11 Q   The public utility commissions themselves hire you?

12 A   Yes.  Well, the commissions hire us, yes, as an agency;

13 that's correct.

14 Q   And you mentioned also working for states Attorney

15 Generals.

16        Is there work in connection with public utility

17 commissions that you do for states Attorney Generals?

18 A   Yes.  Most of the time, yes.  Most of the time when we

19 work for Attorney Generals, we are working on cases that are

20 held before public utility commissions dealing with electric

21 or gas utility issues.

22 Q   Why are people called to testify before public utility

23 commissions?

24 A   Well, experts like myself are called to testify before

25 public utility commissions to provide the public with a --

1  kind of a safeguard, with a voice; namely, hopefully, a

2  sophisticated technical voice to defend the interests of the

3  public in the hearings that are held before these public

4  utility commissions.

5  Q   You mentioned a moment ago that you dealt with utility

6  planning issues when Tellus provides support to public utility

7  commissions.

8         What does that mean?

9  A   Well, utility planning issues can range anywhere from what

10  kind of coal or fuel the utility should buy for the next few

11  years that would be, again, best for the ratepayers as well as

12  the environment.  Or, it could range to major cases such as --

13  like in the 1980s, there were many cases for nuclear power

14  plant planning.  The question comes up:  Should a utility

15  invest in a new nuclear power plant or a coal plant or a

16  gas-fired plant to provide the new supplies of electricity to

17  meet the growth in electric demand that might occur in a

18  certain state?  So a planning case is where you look at what

19  kinds of investments would be best for the consumer, for

20  ratepayers to invest in, to keep the price of electricity as

21  low as reasonably possible.

22  Q   Have you testified yourself before public utility

23  commissions?

24  A   Yes.  I've testified dozens of times at commissions all

25  over the United States.

                    ROSEN – DIRECT/BROOKS            Vol. 6–863

1  Q   What issues have you testified about?

2  A   Issues of demand forecasting, fuel adjustment causes,

3  namely what kind of fuel to buy, what the cost is likely to be

4  in the short term.  I've testified again to these long run

5  planning cases, which sometimes deals with periods as long as

6  30 or 40 years.

7       I've testified on demand forecasting issues.  I've

8  testified on energy conservation issues, somewhat on

9  rate-making issues.  So a very wide range of utility issues.

10 Q   Does any of that testimony involve anything generally

11 known as "generation planning"?

12 A   Certainly.  When I talk about long-range utility planning

13 for an electric utility, that is generation planning.

14 Long-rang planning involves either the idea of making the use

15 of electricity more efficient so demand grows slower than it

16 might otherwise, or it involves the issue of, again, what kind

17 of power plants to build that would be least cost for the

18 consumer.  So I've worked on a lot of cases over the years on

19 power plant economics and how power plants perform as part of

20 the utility system.

21 Q   Now, do you personally have any experience in analyzing

22 environmental impacts of electric generation?

23 A   Yes.  Pretty much all through my career an Tellus' history

24 we've dealt with the environmental impacts of energy systems

25 and electric utilities in particular.

ROSEN – DIRECT/BROOKS                Vol. 6–864

1   Q   Have you ever testified in federal court before?

2   A   Yes, I have.

3   Q   Can you tell the jury when that was?

4   A   I've testified in federal court in two prior New Source

5   Review cases such as this case is.

6   Q   Were you explicitly accepted as an expert in any of those

7   cases?

8   A   I was accepted as an expert in both cases, yes.

9   Q   Now, you're being paid for your work here; isn't that

10  right?

11  A   Certainly.

12  Q   How much?

13  A   Well, my daily charge rate has varied over the course of

14  the case, but it's been in the vicinity of about 150 to $170

15  per hour, in that range.

16  Q   Have you ever done any work for a utility?

17  A   Yes, I have.  I've worked for a couple of utilities.  One

18  was a very big gas utility, Consumers Gas Company of Ontario,

19  Canada.  That's the gas company that serves the City of

20  Toronto.  Then I've also worked directly for the Board of

21  Directors for the Tennessee Valley Authority, TVA, which is

22  just south of here, provides a lot of power in the

23  Tennessee/Kentucky region.

24  Q   Dr. Rosen, have you been asked to render an opinion in

25  this case?

ROSEN – DIRECT/BROOKS          Vol. 6–865

1  A   Yes, I have.

2  Q   Just generally, what were you asked to do?

3  A   I was asked to analyze whether or not the major component

4  replacements and repairs that are at issue in this case should

5  have been projected to yield a significant increase in air

6  pollution after they were performed.

7  Q   What did you conclude, just generally?

8  A   Generally, I concluded that some of the projects to

9  analyze some of the major component replacements I did analyze

10 did yield an increase in air pollution greater than the

11 threshold that's specified in the regulations, and in some

12 cases I found that the increase was not significant or there

13 was no increase.

14 Q   Okay.  We'll get to that in a moment.

15     Now, are there industry standard methods for making

16 the kind of determinations that you made?

17 A   Yes, there are.

18 Q   Did you use those?

19 A   Yes, I did.

20 Q   Now, before we get right into your opinions, I would like

21 you just to explain in as brief a manner as possible what

22 creates the pollutant that we're talking about in this case.

23 The jury's heard the word SO2 and they've heard the word NOX,

24 but nobody has really explained to them how those substances

25 are formed.

1         Can you give them just a quick overview?

2              MR. HOPSON:  Your Honor, objection to relevance.

3              THE COURT:  Well, it may be helpful to the jury.  Go

4    ahead.

5    A   Well, let's take sulfur dioxide first.  You may be

6    familiar with the fact that if you overheat some egg yokes on

7    the stove or something you'll smell sulfur dioxide.  It's

8    similar with coal.  When you burn coal in a utility boiler, it

9    typically has a fair amount of sulfur in the coal.  When you

10   burn the coal, you oxidize it -- that's what burning means --

11   and you create SO2, which is the oxide form of sulfur.  You

12   produce a pollutant called -- with the chemical designation of

13   SO2, which is simply sulfur dioxide.  It smells pretty bad.

14         The other major pollutant that I analyzed here was the

15   category called NOX, N-O-X.  The reason it says X rather than

16   a number is because the pollutant could be a range of

17   different chemicals that are emitted by a power plant.  It

18   could be NO2 or NO3 or other varieties that we sort of

19   summarize by saying NOX.  So it's just different oxides of

20   nitrogen.

21         You might sort of wonder where does the nitrogen come

22   from that gets oxidized in a power plant boiler and the answer

23   is from the air.  78 percent of the air is nitrogen.  So when

24   you put air into the boiler so that the coal can burn, you

25   have the air there.  When the air gets heated up, the nitrogen

ROSEN - DIRECT/BROOKS            Vol. 6-867

1  that's in the air combines with some of the oxygen in the air

2  and it forms these nitrogen oxides.

3  Q   What is the relationship between the amount of coal burned

4  and air pollution?

5  A   Well, typically the more coal you burn, the more air

6  pollution you create.

7  Q   Can things be done to prevent that?

8  A   Certainly.

9        MR. HOPSON:  Objection, Your Honor.  This is clearly

10 beyond the scope of this liability trial.

11       THE COURT:  I think it's all right to have a general

12 idea of how these things come about, so I'll let him testify.

13 Go ahead.

14 A   With modern equipment, various pollution control devices

15 can be installed on a power plant.  So in particular, what's

16 called sulfur dioxide scrubbers can be installed on a power

17 plant that can reduce the emissions by up to 95 or more

18 percent, so that only a few percent of the sulfur dioxide

19 that's created in the boiler would actually go up the chimney

20 and get into the air.

21       Similarly for NOX, there are various technologies.

22 Low NOX burners or selective catalytic reduction devices that

23 can reduce the amount of NOX in the air that goes up the smoke

24 stack also.

25

ROSEN – DIRECT/BROOKS          Vol. 6-868

1  BY MR. BROOKS:

2  Q    Anything else affect the relationship between the amount

3  of coal burned and the amount of SO2 emitted?

4  A    Well, one can also buy coal with lower sulfur content.

5  There are lower sulfur coals, medium sulfur coals, higher

6  sulfur coals.  Coals come with different levels of sulfur that

7  can control the sulfur dioxide emissions.

8  Q    Dr. Rosen, have you prepared a chart to help explain to

9  the jury what exactly you determined with respect to emissions

10 after each of these projects?

11 A    Yes.

12       MR. BROOKS:  Your Honor, I believe there's no

13 objection to Demonstrative 1.

14       THE COURT:  All right.

15       MR. BROOKS:  For the record, I will refer to each of

16 these by a number as the Rosen Demonstrative, and this will be

17 Rosen Demonstrative 1.  May we have that, please?

18 BY MR. BROOKS:

19 Q    All right, Dr. Rosen, just generally, what is this

20 demonstrative showing the jury?

21 A    This is a list of the 14 particular major component

22 repairs and replacements that still are part of this case.

23 This gives a list of the name of the generating unit under the

24 column that says "unit."  That's the name of the unit at

25 different power plants.

1        Typically, like at the Gallagher power plant, the

2   units would be labeled, 1, 2, 3.  That's why I've labeled them

3   1, 2, 3 there.  This is actually a designation the utility

4   gives to the units.

5        Under "description," it has a word or phrase that

6   describes the kind of repair or replacement that was done at

7   that generating unit.

8        Then as we move to the right, under the column SO2,

9   that gives the results of my calculation for the number of

10  tons per year.

11        You see in the upper right-hand corner I labeled the

12  chart in "tons per year."  This says, for example for

13  Gallagher 1, the pulverizer repair or replacement produced and

14  increase in emissions of 865-tons per year in my calculations.

15  Then under the NOX column, that says that there was a net

16  decrease -- you see a negative sign there -- a net decrease of

17  317-tons per year after that project was completed.

18  Q   All right.  Now, let me just slow down here for a second

19  to make sure that we're all tracking this.

20        The period of time for which you did a projection is

21  what?

22  A   The period of time I did a projection was from a baseline

23  period --

24  Q   I'm sorry, Doctor.  I just want to know what this number

25  represents.

ROSEN - DIRECT/BROOKS                Vol. 6-870

1     What period of time is the 865-tons, for example, here

2  with Gallagher 1?  What period of time is that for?

3  A   That's for a period of time after the project was

4  completed relative to before the project was done.

5  Q   Now, you projected a negative 317-tons of NOX.

6        What does that mean?

7  A   It means there was a decrease in NOX emissions on a tons

8  per year basis after the project was completed, and that was

9  due to the installation of a pollution control device.

10  Q   So a pollution control device was installed at or about

11  the time of this project; is that right?

12  A   That's right, in the case of Gallagher 1.

13  Q   So that resulted in a decrease in NOX?

14  A   Correct.

15  Q   Now, let's take the next one, Gallagher 2 condenser.

16        What did you project for sulfur after the project?

17  A   For the Gallagher 2 condenser, I projected an increase in

18  sulfur dioxide of 77 tons per year.

19  Q   What about for NOX?

20  A   And for NOX, 19-tons per year.

21  Q   You're aware, are you not, that there is something called

22  a "significance threshold"?

23  A   Yes, I am.

24  Q   What is that threshold?

25  A   The significance threshold is the threshold noted in the

ROSEN - DIRECT/BROOKS          Vol. 6-871

1  NSR regulations that basically says, if there are more

2  emissions than the level of the threshold -- and in this case

3  the threshold is at 40 tons per year for both sulfur dioxide

4  and NOX.  So, if the emissions are calculated at greater than

5  40 tons per year, it has a certain significance.  If it's less

6  than 40 tons per year, it has a separate significance.

7  Q   So 19 here is below the significance threshold for NOX on

8  Gallagher 2; is that right?

9  A   Yes.

10 Q   Let's look at Gallagher 3.  That's the pulverizer

11 replacement on that unit.

12       What was the projection for SO2 after the project?

13 A   For the Gallagher 3 unit, the pulverizer project yielded

14 an increase in emissions in my calculations of 576-tons per

15 year for sulfur dioxide.  And for NOX, there was a netting

16 process allowed by the regulations.  So the netting process

17 yielded a zero increase.  So there was no change in the

18 nitrogen --

19 Q   I don't want evolve deeply down into this, but I want the

20 jury to understand what does it mean when you say "net zero"?

21 What do those words mean?  What can they take away from this?

22 A   The meaning of those words is that under the NSR

23 regulations you're allowed to net out or offset emissions at

24 one generating unit at a station to something that happened to

25 change NOX emissions at another generating unit at the same

ROSEN – DIRECT/BROOKS          Vol. 6–872

1  station.  So there's a process by which you can offset any

2  increase at one unit by a decrease at another unit.

3  Q    So when you say net 0 in your result, what does it mean?

4  A    It means that I used that netting process, and the result

5  was that there was no net increase.

6  Q    For Gibson 2, the upper reheater, what was your projection

7  for SO2 emissions after the project?

8  A    For SO2 emissions after the project, I calculated an

9  increase of 593 tons per year.

10  Q    And for NOX?

11  A    For nitrogen oxides, there was a decrease again of

12  1,773–tons per year.

13  Q    Again, what was that attributable to?

14  A    That was attributable, as with Gallagher 1, to the

15  installation of a low NOX burner at the boiler.  So the NOX

16  emissions actually went down.

17  Q    And for Wabash 2, the finishing superheater and reheater

18  project, what were the projections for SO2 after the project?

19  A    My projection after that project for SO2 was an increase

20  of 232 tons per year.

21  Q    For nitrogen oxides?

22  A    For NOX there was an increase I calculated to be expected

23  of 63 tons per year.

24  Q    Again in Wabash 2, there was a finishing superheater and

25  upper reheat?

ROSEN – DIRECT/BROOKS                Vol. 6-873

1          Did I just do that one?

2   A    I don't believe so.

3   Q    I get confused.  For both of the two Wabash units you

4   projected SO2 increases of 232 tons?

5   A    Correct.

6   Q    And only for the Wabash 2 superheater front wall did you

7   project a positive number for NOX; is that correct?

8   A    That's correct.  For project No. 6 on the list, there was

9   a decrease of NOX emissions that I calculated.

10  Q    Now, Wabash 5, the upper SO2 emissions were what as you

11  calculated them?

12  A    For Wabash 5 it was 332 tons per year and for NOX it was

13  an increase of 90 tons per year.  But perhaps we want to

14  mention the 7th project on this, Wabash 3.

15  Q    Yes, Wabash 3.

16  A    For Wabash 3, for the superheater and reheater, I

17  calculated an increase of SO2 emissions of 982 tons per year

18  and an increase in NOX emissions of 263 tons per year.

19  Q    Okay.  For the Beckjord 1 Life Extension, the whole plant

20  Life Extension, what did you calculate would be the effect of

21  those projects on SO2 following the project?

22  A    On SO2 I calculated an increase of emissions of 86 tons

23  per year and for NOX, an increase of 32-tons per year.

24  Q    What about the Life Extension project for Beckjord 2?

25  A    For Beckjord 2, I calculated an increase of 47-tons per

ROSEN - DIRECT/BROOKS          Vol. 6-874

1  year and an increase of 22 tons per year for the NOX.

2  Q   Same question for Beckjord 3.

3  A   I calculated an increase of 142 tons per year for sulfur

4  dioxide and 88 tons per year for nitrogen oxides.

5  Q   And for Beckjord 5?

6  A   For Beckjord 5 I calculated an increase of 484-tons per

7  year for NOX -- I'm sorry, for sulfur dioxide, and 74-tons per

8  year as an increase in NOX emissions.

9  Q   For Beckjord 6?

10 A   For Beckjord 6 I calculated an increase of 200-tons per

11 year for SO2 and a decrease of 3,786-tons per year for NOX.

12 Q   Again, what would be the cause of that?

13 A   That again was installation of a low NOX burner.

14 Q   And, finally, Miami Fort 5?

15 A   Miami Fort 5, for the furnace slope and inlet header

16 project, I calculated an increase of SO2 emissions of 87-tons

17 per year and an increase in NOX emissions by 19-tons per year.

18 Q   Okay.  A moment ago we touched on the fact that there is a

19 significance threshold and that it's 40 tons a year for both

20 SO2 and NOX?

21 A   Correct.

22 Q   Did you make a slide that lists only those projects that

23 actually crossed the threshold?

24 A   Yes.  I made a slide for the projects that yielded

25 increase in emissions greater than the threshold.

ROSEN - DIRECT/BROOKS          Vol. 6-875

1        MR. BROOKS:  Your Honor, have a demonstrative that
2   has not been objected to.  May I publish it?
3      (No response.)
4   BY MR. BROOKS:
5   Q   These are the exact same data but for those projects
6   removed that didn't cross the significant threshold for NOX;
7   is that right?
8   A   That's right.  As I said earlier, some of my calculations
9   led to results above the threshold and some led to results
10  below.
11  Q   Just so I'm clear here, the projects that you have listed
12  here on Rosen Demonstrative No. 2, the numbers that you have
13  there, are those calculations that you say are increases
14  attributable to what?
15  A   These are increases attributable solely to the major
16  component repair or replacement that is listed here for each
17  of the generating units that should have been expected to
18  occur at the time that the repairs were undertaken.
19  Q   Now I want to have you explain to the jury how you arrived
20  at these conclusions.  Let's start with the most basic
21  question.
22        What does it mean when you say that there was an
23  expected increase in emissions caused by a physical change to
24  a major stationary source?  What's being compared?
25  A   What's being compared is how the power plant behaved in

ROSEN – DIRECT/BROOKS          Vol. 6-876

1  what we're calling a baseline period or a period just before

2  the project was undertaken.  We're comparing that to how the

3  power plants or generating unit performed after the project.

4  Q   Did you make a slide just to help illustrate this?

5  A   Yes, I did.

6        MR. BROOKS:  This is Rosen Demonstrative 3.  There

7  has been no objection.  May I publish?

8        THE COURT:  You may.

9  BY MR. BROOKS:

10  Q   Using this demonstrative, can you just tell the jury

11  exactly what it is you did in this process?

12  A   Yes.  This is sort of like a conceptual figure to help

13  understand the basics of what's going on in these

14  calculations.  So you see somewhat arbitrarily, but I started

15  the -- the lower axis, the horizontal axis at the bottom of

16  the chart is years in time.  So it's time marked by years.  So

17  you see we have a project period, which is the green bar in

18  the middle.  That's when the project would have been done,

19  during that time period.  So going across horizontally means

20  time is elapsing.

21        So what I did is put on the chart five years prior to

22  the project, which is the years marked minus.  So we start at

23  year minus 5 before the project, minus, 4, 3, 2, 1, et cetera.

24  That's on the left side, of course, of the green bar.

25        On the right side of the green bar that's later.

ROSEN – DIRECT/BROOKS               Vol. 6-877

 1  That's after the project was completed.  So that's when you go

 2  a year after the project was completed, two years after the

 3  project, et cetera, up to five.

 4        The reason I used five is because five years is

 5  discussed in the regulations.

 6  Q    Five years for the baseline?

 7  A    Five years for the baseline, yes.

 8  Q    And the projection itself, just generally, is for what

 9  period of time?

10  A    Typically, the projection in all of my cases is for the --

11  what I'm calling the post-project forecast period.  It's for

12  the two years immediately after the project.  So if we look at

13  the blue arrows, the point of putting the blue arrows in the

14  side was to illustrate that there's a period of two years that

15  you're supposed to look at for a baseline period.  So here I

16  illustrated it by saying there could be a representative

17  baseline period going through -- from two years before the

18  project and three years before the project.

19        Then there's a post-project period, which I'm calling

20  the post-project forecast period -- that you have to make a

21  forecast for -- based on data that's only available to you

22  before the project actually occurs.  So it's a forecast of

23  what's likely to happen after that component replacement or

24  repair was done; and typically, that's the first two years

25  right after the project was completed.

ROSEN – DIRECT/BROOKS          Vol. 6-878

1  Q   Now, you're aware that the Court has said that for your

2  baseline period there are actually two different time periods

3  that we have to take into account, right?

4  A   Yes, I'm aware that have.

5  Q   You understand that the rule before July of 1992 was 24

6  consecutive months before the project; is that right?

7  A   Yes.  That's the thrust of the earlier ruling.

8  Q   You understand that the Court has said that the rule after

9  July 21st, 1992, is any 24 consecutive months out of the five

10 years before the project so long as they are "representative

11 of normal operation of the unit during those five years"?

12 A   Yes, that's how I interpreted the rule.

13 Q   Did you follow this rule?

14 A   Yes, I did.

15 Q   Now, did you make any slides to help just illustrate the

16 difference between these two?

17 A   Yes, I did.

18        MR. BROOKS:  All right.  Rosen Demonstrative 4 is not

19 objected to.  May I publish it?

20        THE COURT:  You may.

21 BY MR. BROOKS:

22 Q   What do we see here?

23 A   Here we see an example for the Wabash River 2 generating

24 unit.  This is for a repair or replacement project that was

25 done in 1989.  In fact, if you look at the far right of this

ROSEN - DIRECT/BROOKS          Vol. 6-879

1  figure, you see at the bottom it says there "1989 project,

2  July '89 --" I'm sorry -- "June '89 to July '89." That means

3  the project was undertaken in that two-month period.

4       Then we have to the left of that, just as in the prior

5  chart, the years prior to the project being worked on. So we

6  have here five years, and you see they don't correspond to the

7  calendar years because the project began in June. So all the

8  prior five years have to start from June and end in May.

9       So this says for Wabash River 2, because this is a

10 project that began in 1989, which is before the 1992 change in

11 the interpretation of the regulation, we use the baseline

12 period being the two years immediately prior to the onset of

13 the project.

14 Q   What do those gray bars represent?

15 A   The gray bars represent the amount of generation from the

16 Wabash River 2 generating unit. So if you see the axis -- the

17 vertical axis on the far left, it says "annual generation" in

18 megawatt hours. Megawatt hours is a typical unit that I use

19 to measure generation.

20      You may know on your bill that you get from the

21 electric utility at home, it's typically -- your consumption

22 is measured in kilowatt hours. How many times have we heard

23 that term? There are a thousand kilowatt hours, so it's a

24 million watt hours. These are bigger units and there are a

25 lot of zeros here, but...

ROSEN – DIRECT/BROOKS                Vol. 6–880

1           The height of the bar corresponds to the generation in

2   each of those years prior to the project that that unit put

3   out.

4   Q   Now, the company's not disputing any of the generation

5   information as far as you know?

6   A   Not as far as I know, no.

7   Q   How did you determine the amount of emissions during a

8   baseline period?

9   A   Well, I prepared a visual to go through that but,

10  basically, I looked at the amount of coal and fuel that was

11  burned in the power plant to generate that much electricity

12  during the baseline period.

13  Q   Where did you get the information on the amount of fuel

14  burned?

15  A   Well, all the information I used, particularly the amount

16  of fuel in the generation, came from filings that the utility

17  made with different agencies, in particular, the U.S.

18  government.

19  Q   Did you use industry standard methods to determine the

20  amount of emissions that were related to the burning of that

21  coal?

22  A   Yes, I did.

23  Q   Has Cinergy, to your knowledge, questioned anything that

24  you have done in terms of calculating the amount of emissions

25  during the baseline periods that you selected?

ROSEN - DIRECT/BROOKS          Vol. 6-881

1  A   Not as far as I know.

2  Q   Just to be clear, these -- this graph doesn't show

3  anything about the actual emissions; is that right?

4  A   No, there's no actual emissions data listed on this

5  figure.

6       MR. BROOKS:  If we may have Rosen Exhibit 5, which is

7  the companion piece?  May I publish that?  It's unobjected to,

8  Your Honor?

9       THE COURT:  You may.

10 BY MR. BROOKS:

11 Q   Can you tell the jury quickly what this slide depicts?

12 A   This slide illustrates how I chose the baseline period for

13 the Gibson 2, 2001 project, for the regulations as interpreted

14 after 1992.  So after 1992, I had to choose a representative

15 baseline period of 24 sequential months.  In other words, not

16 calendar years but any 24 month period.

17      What I illustrate here is that the baseline period I

18 chose was from roughly the middle of this fourth year before

19 the project through to the middle of the second year before

20 the project.

21      The line at the top -- you see this dashed line that

22 goes across near the top of the bars.  It's not intended to be

23 at the top of any particular bar in case you might wonder.

24 The dashed line, as it says, represents the five-year average,

25 the five-year annual average of the generation for the

1  five-year period preceding the project.  So you see that

2  dotted line as the average of the height of all five bars.

3  Q   What is the significance of that?

4  A   Well, the criteria I used for selecting a representative

5  baseline period was to use the 24 months sequentially, the

6  two-year period, that most closely match in generation the

7  average generation for the five years.  So again, let me just

8  repeat that because it's a little tricky.  I looked at the

9  average generation for the five years.  That was that dashed

10 line.  I looked for the period of 24 months in a row during

11 the five-year period.  I looked at the two-year period during

12 the five years during which, that two-year period, the amount

13 of generation most clearly matched the average.

14 Q   Now, why is it that you're making a connection here

15 between average and representative?

16 A   Well, because I think --

17       MR. HOPSON:  Objection.  That calls for a legal

18 conclusion whether "average" means "representative" as the

19 word "representative" is used in the regulations.

20       THE COURT:  I want his understanding of it and we'll

21 talk about the rest of it later I suspect.

22       Go ahead.  You can answer this question.

23 A   Again, as the analyst, I had to come up with a

24 quantitative approach to interpreting the regulations; and I

25 had to come up with a way of choosing an appropriate baseline

ROSEN - DIRECT/BROOKS          Vol. 6-883

1  period based on the concept of a representative period of

2  normal operation.  To me the logical way of doing that, in

3  terms of simple arithmetic, was to choose the average which

4  seems most representative in my opinion.

5  BY MR. BROOKS:

6  Q   Can you give the jury some real world example that they

7  might be aware of as to what that connection is between -- in

8  your mind between average and representative?

9  A   Well, one example I thought of is, say, you were going to

10 Arizona on a vacation and you ask a friend that's been there,

11 so what's the representative weather that I can expect?  I

12 mean, you know, the period I'm going there.  Your friend might

13 say, well, when I was there, the weather was 110 degrees.

14       So you might pack your baggage and only bring clothes

15 for very hot weather.  But, of course, what your friend might

16 not have told you is that was representative of when he was

17 there, but that wasn't representative of that month typically;

18 and typically in that month it's only 80-degrees and sometimes

19 gets down to 50.  So I think you would have wanted your friend

20 to tell you what the average temperature was in the time

21 period that you were going to Arizona and not what the extreme

22 hot day was or the extreme cold day was.

23       So I think representative is a way -- average is a way

24 of interpreting representative in a way that's sort of fair

25 and unbiased.

ROSEN - DIRECT/BROOKS            Vol. 6-884

1  Q   Dr. Rosen, you've participated in a number of public

2  utility commission proceedings, correct?

3  A   I've participated in dozens of commission proceedings.

4  Q   Does the utility industry ever use averages when it talks

5  about projections?

6  A   Well, of course.  Generally, when one is making forecasts,

7  one focuses on averages as a basis for projecting because, why

8  would you project based on particularly high numbers or low

9  numbers, depending on what you're trying to forecast?

10 Q   Now, just to make sure that we understand this, what did

11 you do first?

12       Did you come up with the theory of how you were going

13 to select your data in the baseline period where you had to

14 get something that was representative, or did you look at the

15 data first?  Which came first, looking at the data or the

16 theory?

17 A   No.  First I came up with the criteria of how to select a

18 representative period of normal operations and then the data

19 just falls out.  Whatever that implies, you know, the chips

20 fall where they may, as they say.

21 Q   Have you considered whether this use of an average as

22 representative is, in fact, fair?

23 A   Again, it seems to me very fair because it's a very

24 mid-range concept.  By definition, average is mid range.  It

25 doesn't look at the periods of highest generation or the

ROSEN – DIRECT/BROOKS          Vol. 6-885

1  periods of lowest.

2  Q   Let's move on to post-project emissions.  You said you

3  compared the emissions before the project to what the company

4  should have reasonably expected after the project.  Now I want

5  to focus on what the company should have expected after the

6  project.

7       Have you prepared a slide that would assist you in

8  explaining to the jury your basic analytical approach?

9  A   Yes.

10      MR. BROOKS:  Your Honor, we have Rosen Demonstrative

11  6.  It has not been objected to.

12      May I publish that to the jury?

13      THE COURT:  Yes.

14      MR. BROOKS:  All right.

15  BY MR. BROOKS:

16  Q   Can you explain to the jury just generally what this is?

17  A   Yes.  It looks complicated, but it's actually fairly

18  simple.  For one thing, the last box on the right side of any

19  given row is the same as the box on the bottom of the left

20  side of the next row, so there's some repetition here.

21      Basically, this tells one, as the title says, how

22  you -- how I calculated the effect of a change in unit

23  availability on emissions.

24      So you see the upper left-hand corner box in yellow

25  says "change in annual availability."  This gives you sort of

ROSEN – DIRECT/BROOKS              Vol. 6-886

1  a flow diagram of the simple calculations going from left to

2  the right, down to the lower right-hand corner where you end

3  up with a change in pollution per year in tons per year.

4  Q   Now, before we walk through this step by step, how did you

5  develop this methodology?

6  A   Well, I didn't really develop the methodology.  This is a

7  standard methodology.  In fact, a lot of the relationships

8  here between these little boxes are actually definitions.

9  They're actually definitional relationships.  I didn't develop

10 the definitions or the concepts.  These are standard concepts

11 and definitions used in the utility industry routinely.

12 Q   Let's walk through it.

13     First of all, why are some of these boxes in yellow?

14 A   Some of the boxes are in yellow because these are the

15 boxes that my analysis was focused on in terms of estimating

16 the actual numerical values from the particular generating

17 units and projects involved in this case.  So I highlighted

18 those boxes.  They are also the boxes who Mr. Koppe -- who

19 just previously testified -- gave me inputs on.

20 Q   All right.  Step 1, what is a change in annual

21 availability?

22     What does that mean?

23 A   Okay.  Well, that means simply -- and I think that word

24 has been used already in the trial I gather.  That refers to

25 the availability of a particular generating unit of a power

ROSEN – DIRECT/BROOKS          Vol. 6-887

1  plant to run, to produce electricity.  Sometimes it's called

2  equivalent availability factor.  I mean, to be more technical,

3  it's called –– the equivalent availability factor is the

4  number between 1 and 100 –– or zero and 100 percent.  That's

5  why I put the letters EAF under this yellow box.

6  Q   Is that a standard utility term?

7  A   Oh, yes.

8  Q   When it says "equivalent," what does that mean?

9  Equivalent to what?

10 A   It means equivalent measured relative to the entire

11 capacity of the generating unit.  So, for example, if you had

12 an outage of 10 hours but it only affected half the power

13 plant's capacity, the equivalent outage hours would be only 5

14 because it's 10, but it affects only half the plant.  So you

15 multiply half by 10 and you get 5 equivalent outage hours.

16 Q   It says "change in annual availability."

17      Is that the information you got from Mr. Koppe?

18 A   Well, I calculated that precise number based precisely on

19 the information I got from Mr. Koppe, yes.

20 Q   Just so the jury understands, we're talking about a change

21 in the annual availability of whatever unit you were

22 investigating, correct?

23 A   That's correct, based on Mr. Koppe's analysis.

24 Q   "Utilization factor," what is that, UF?

25 A   UF, which stands for utilization factor, is a concept ––

ROSEN - DIRECT/BROOKS          Vol. 6-888

1  it's defined as the relationship between the capacity factor,

2  which you see farther to the right, and the equivalent

3  availability factor.  So it's purely a -- I would call it a

4  term that has a precise definition that's defined by step 1,

5  that top row.

6  Q    That precise definition, is it accepted by the utility

7  industry?

8  A    Certainly.

9  Q    Now, without getting into a whole lot of detail, just at

10 the 20,000-foot level, tell the jury how it is that you came

11 up with utilization factors for each of the projects?

12 A    For each of the projects I came up with utilization

13 factors by analyzing how that generating unit performed in the

14 utility system in the relevant baseline period.

15 Q    Just so we're clear here, you're saying that for

16 utilization factor, you looked to the baseline period, right?

17 A    That's right, subject to any reason to believe there would

18 be a change in the utilization factor relevant to the purposes

19 of calculating emissions under the NSR regulations.

20 Q    Okay.  We'll get to a little more on that later.

21       What is "capacity factor" or CF?

22 A    Capacity factor is simply the percentage of time in a year

23 that the plant actually generated electricity.  So if the

24 plant actually was operating at, say, full power output for

25 half the year, the capacity factor would be 50 percent.  If

ROSEN - DIRECT/BROOKS          Vol. 6-889

1  the plant operated only a quarter of the year, the capacity

2  factor would be 25 percent, one-quarter of the year.

3  Q   Is capacity factor a term that is commonly accepted in the

4  industry?

5  A   Certainly.

6  Q   Is there any question in the industry about the

7  mathematical relationship between EAF, UF and CF?

8  A   Not that I'm aware of.  I think it's as I say a very

9  familiar, agreed-on definition.

10 Q   Now, when you say "capacity factor," is that another way

11 to talk about generation?

12 A   Yes.  I think, as I said, capacity factor measures the

13 fraction of the year that the plant operates at full output,

14 which means producing generation.  The capacity factor

15 directly measures the amount of generation the plan produces.

16 Q   If the capacity factor goes up, what happens with

17 generation?  What does that mean for generation?

18 A   If the capacity factor goes up and the plant remains at

19 the same capacity of power, then the amount of generation goes

20 up.

21 Q   Let's look at step 2.  We'll try to move a little quicker.

22      Now, as you've pointed out, you've got the change in

23 the capacity factor that was related to the change in the

24 annual availability.  You've brought it down here to step 2

25 and you've started over with that.

ROSEN - DIRECT/BROOKS          Vol. 6-890

1          What are you multiplying that capacity factor or that
2    change in capacity factor by?
3    A    Well, basically step 2, that entire row just replicates in
4    simple mathematical terms what I just said in English, which
5    is that you multiply the capacity factor times the capacity of
6    the plant.  That translates a fraction into megawatts, the
7    power of the plant to produce power, times the number of hours
8    in a year that it's running at that capacity factor, which is
9    in all my calculations 8,760 hours a year, which is 365 days.
10   And that gives you the total output of generation in megawatt
11   hours, the unit we were talking about previously.
12   Q    Any disagreement in the utility industry about the
13   correctness of step 2?
14   A    No.  It's just a simple formula.
15   Q    Can you sum up in plain English what step 2 says?
16   A    Step 2 says, if there's a change in capacity factor,
17   everything else being equal with the unit capacity of the
18   plant, you have a change in annual output.
19   Q    A change in what?
20   A    In generation on an annual basis.
21   Q    Now, step 3, you brought down your change in annual output
22   in megawatt hours.
23          What did you do with it then?
24   A    Well, then step 3 is to convert the output of a power
25   plant measured in megawatt hours or kilowatt hours into an

ROSEN – DIRECT/BROOKS          Vol. 6–891

1  amount of heat needed to produce that much electricity.  BTUs,

2  what it says in the far right near that box, containing an

3  annual BTU consumption, BTUs is a measure of heat.  So to make

4  electricity you need heat.  So you have to multiply the annual

5  output by what's called the heat rate, BTUs per megawatt hour

6  to find out how much heat you need.

7  Q  All right.  Any disagreement in the industry about whether

8  step 3 is correct?

9        MR. HOPSON:  Your Honor, I object to the form of the

10  question.  I don't mind if the question is are these

11  definitions generally accepted but, as Mr. Brooks well knows,

12  there's a lot of objection to these definitions in this order.

13  So referring to list as objections to these steps is really a

14  misleading question.

15        MR. BROOKS:  I'll correct my question.  We won't have

16  to argue about that.

17  BY MR. BROOKS:

18  Q  Is there any argument in the industry about the

19  definitional relationships that we see here in step 3?

20  A  No, there isn't.  Basically, step 3 is the definition of

21  heat rate.

22  Q  Let's look at step 4, the change in annual BTU

23  consumption.

24        What did you do with it once you had it converted into

25  heat?

ROSEN - DIRECT/BROOKS          Vol. 6-892

1  A    Step 4 says, well, once you know how much heat you need to

2  make the amount of electricity that you want, then you have to

3  divide by the heat content of the fuel.  So -- you're getting

4  the heat from the fuel.  That's why you're burning it.

5       In this case you divide the BTU consumption by the

6  fuel heat content on the BTUs per tons of fuel basis and that

7  gives you how many tons of fuel you need to burn to get that

8  much heat.  That's the also a simple definition of heat

9  content.

10 Q    Where did you get your information from for fuel heat

11 content?

12 A    Again, all that information is provided by Cinergy to the

13 U.S. government.

14 Q    Do utilities generally track the fuel heat content of the

15 fuel that they burn?

16 A    Yes.  They always track it very carefully because that's

17 what they have to depend on for collecting their money from

18 consumers, from the ratepayers.  They need to know exactly how

19 much they burned, what it cost, when they burned it.  So they

20 keep very accurate data in that regard.

21 Q    And you consulted that data?

22 A    Primarily, I consulted the data that they filed with the

23 federal government.

24 Q    Are you aware of any controversy within the industry about

25 the relationship between the annual BTU consumption, the fuel

ROSEN – DIRECT/BROOKS                Vol. 6–893

1 heat content and the tons of fuel burned?

2 A   No.  Again, that's a simple definition.

3 Q   All right.  So our change in annual availability now has

4 been converted into fuel burned per year.

5       Take us through step 5.  What happens there?

6 A   Well, step 5, again, is -- just says, if you have a

7 certain change in the amount of tons of fuel burned per year,

8 and if you multiply that by the appropriate emissions factor

9 in terms of pollution emitted per ton of fuel burned, you get

10 the total tons of the pollutant emitted in the year, or in

11 this case it's a change in the tons of pollutant emitted per

12 year.

13 Q   What is an "emission factor"?

14 A   An emission factor is simply, again, a ratio of amount of

15 pollutions per ton emitted.  These are factors that are again

16 widespread in the industry.

17 Q   Did you use industry accepted emission factors?

18 A   Yes, I did.

19 Q   So I'm aware, are you saying that each one of these steps

20 is derived from an accepted definition in the electric utility

21 industry?

22 A   Yes, I am.

23 Q   So if there's something wrong with your process, with your

24 calculations, it has to be in your assumptions, not in your

25 definitions; is that right?

ROSEN - DIRECT/BROOKS          Vol. 6-894

1        MR. HOPSON:  Object to the form of the question.

2        THE COURT:  Sustained.

3        MR. BROOKS:  I think we'll get to it later, so I'll

4  just move on.

5  BY MR. BROOKS:

6  Q   All right.  Is it fair to say then that the heart of your

7  analysis is really found here in step 1?

8  A   Step 1 is a critical part of my analysis, yes.

9  Q   If that's wrong, you're wrong; isn't that right?

10 A   Again, the conceptual relationships are standard and

11 accepted.  So it's the application of step 1 and the other

12 steps to each particular power plant and project that might be

13 disputed certainly.  So when I say "application," I mean the

14 numerical values that I attributed to these yellow boxes in

15 particular, but to any of the boxes, that certainly could be

16 subject to dispute.

17 Q   And we're going to get to that in just a moment.

18        I would like you to explain to the jury, though, why

19 the relationship between equivalent availability factor,

20 utilization factor and capacity factor is correct?

21        Have you prepared a slide to help you do that?

22 A   Yes.

23        MR. BROOKS:  Your Honor, go to Rosen Demonstrative 7.

24 It has not been objected to.  May I publish?

25        THE COURT:  Yes.

 1  BY MR. BROOKS:

 2  Q    What does this image tell the jury?

 3  A    This chart provides a numerical example of the

 4  relationship in step 1, the set of boxes at the top of the

 5  previous chart.  So it says it's the relationship between

 6  equivalent availability, utilization factor and capacity

 7  factor.  So what I did to simplify the arithmetic was just

 8  say, let's look at the far left bar, that red bar that goes up

 9  to 100 percent.  So there I said all right, let's keep it

10  simple.  So we'll just use –– assume that that bar is the

11  capacity of the plant.  So it's 100 percent, whatever the

12  megawatt rating is, its full rating, 100 percent.

13       Then the next bar going to the right, which is marked

14  EAF, which is again the equivalent availability factor.

15       Then the next bar to the right of that have –– and I'm

16  assuming by the way, this numerical example, the equivalent

17  availability factor is 80 percent, which means again when the

18  plant was –– the plant actually was available to run

19  80 percent of the hours in the year.  So it could run

20  80 percent of the hours.  If it was called on, it would be

21  able to run 80 percent of the hours in the year.

22       Then we move to the right to the bar marked UF,

23  utilization factor.  I said arbitrarily for this example,

24  let's assume the utilization factor was 70 percent.  That

25  means that the plant would actually generate 70 percent of the

ROSEN - DIRECT/BROOKS          Vol. 6-896

1  time, okay, when it was available.  That's the basic concept

2  of utility factor in words.  I probably didn't make that too

3  clear earlier.  But the basic idea -- and this is critical --

4  is that UF means that the plant is actually generating, it's

5  utilized to generate power a certain fraction of the time when

6  it's available.  Of course, when it's not available it can't

7  generate power.

8          So again, then this chart says, if you multiply the

9  three bars on the left, it's equal to the capacity factor,

10 which is the bar on the far right.  So it just says, if the

11 plant's running at 100 percent, and it's available 80 percent

12 of the time and it's utilized -- you want to try to utilize it

13 70 percent of the time when it's available, you just multiply

14 those three numbers to get 100 percent, times 80 percent,

15 times 70 percent, that's 56 percent of the year it will

16 actually the produce power at full output and that's what the

17 capacity factor is.

18 Q   Again, is this relationship definitional?

19 A   This is purely definitional, but I realize it's a little

20 tricky for newcomers.

21 Q   Is it universally accepted within the industry?

22 A   Yes.

23 Q   So if a major component replacement is expected to reduce

24 forced outages and improve unit availability, is this the

25 basic formula?

ROSEN − DIRECT/BROOKS          Vol. 6−897

1  A    Yes.  This is the basic formula that can be used to show

2  how, if a plant has an improved availability, that will lead

3  to a change in generation.

4  Q   Did you prepare a slide to show the jury how that works?

5  A    Yes.  I prepared a slide to sort of perturb this slide, so

6  you can see how a change in availability would yield a change

7  in generation based to this formula.

8          MR. BROOKS:  Your Honor, I've got Rosen Demonstrative

9  8.  It has not been objected to.  I would like to publish it

10 to the jury.

11         THE COURT:  You may.

12 BY MR. BROOKS:

13 Q   Okay.  Can you show the jury what you've done here, and

14 explain how a change in availability affects generation?

15 A    Yes.  Now, this is a very important slide because this is

16 really at the heart of my whole analysis.  So what this says

17 again is we're assuming that the capacity of the plant is

18 staying the same.  It's 100 percent before the project is

19 undertaken.  It's 100 percent after the project is undertaken.

20 That's not always the case, but in this example it is the

21 case.  We just left the bar at 100 percent for maximum

22 capacity.

23         The key part is here with equivalent availability

24 factor.  Here we have a situation where the availability

25 factor is assumed to be 80 percent.  That's the same height of

ROSEN - DIRECT/BROOKS          Vol. 6-898

1  the same red bar you saw before for EAF, the same 80 percent.

2  That's for the baseline period before the project.

3        Now, we're assuming for this example that that little

4  light blue amount of equivalent availability, 10 percentage

5  points of availability, is added on top of the 80 percent that

6  was there before the project was done.  So the project, in

7  other words, causes the blue pieces to appear on the bars of

8  this chart.  So the project causes the blue parts to occur.

9        Again, here the project causes 10 percentage points

10 increase in EAF to go from 80 percent up to 90 percent total.

11       Now, in my calculations for various technical reasons,

12 I assume that the utilization factor in the baseline period

13 before the project was undertaken would stay the same at

14 70 percent as after the project was completed for forecast

15 purposes.

16       So if we multiply now the new figure of 90 percent for

17 EAF times the old figure -- the constant figure of 70 percent

18 for the utilization factor, 90 percent times 70 percent is now

19 63 percent.  So you see that the capacity factor now will

20 change from 56 percent, the red being the baseline period

21 prior to the project, the capacity factor on the right-hand

22 side will increase by that little blue piece on top, which is

23 7 percentage points, which is the difference between 63 an 56.

24 The project which causes the improvement in EAF, equivalent

25 availability, will cause an increase in generation, or a

ROSEN – DIRECT/BROOKS              Vol. 6–899

1  capacity factor of 7 percentage points.

2  Q   Now, first of all, I just want to make sure that this

3  capacity factor, that's the same capacity factor that you then

4  translated into tons of emissions per year, correct?

5  A   Right.  First, I translated the red piece from the

6  baseline into emissions; and then the little blue piece, the 7

7  percentage points, into a change in emissions.

8  Q   So this all deals with your step 1, correct?

9  A   That is correct.

10 Q   And you said that you kept the utilization factor

11 constant.

12       We're going to return to this, but in a very concise

13 way, can you tell the jury why you did that?

14 A   Yes.  The reason I did it is kind of twofold.  Under the

15 regulations dealing with this part of the Clean Air Act and

16 New Source Review regulations, one is not supposed to count an

17 increase in utilization factor that might result from demand

18 growth in the electric system or other factors that are not

19 related to this specific project, this specific major

20 component replacement.

21       Typically, if you exclude those other factors,

22 especially demand growth, a utility system will behave in the

23 following way:  If you add some, like I did -- 10 percentage

24 points to the equivalent availability -- you allow the unit to

25 be available to run more of the time.

ROSEN – DIRECT/BROOKS          Vol. 6-900

1       Typically, the way a utility system operates, that

2  will increase the capacity factor in the same proportion as

3  previously; namely, the utilization factor stays the same and

4  you just scale up the increase in the availability into

5  generation by the same 70 percent number.  That's typically

6  the way systems operate.

7  Q   Just to be clear here, although you show a 10 percent

8  improvement in availability in this hypothetical example, you

9  don't get a 10 percent change in generation; isn't that right?

10 A   That's right.  For generation and therefore emissions, you

11 only get a 7 percentage point change.

12 Q   Why is it that you don't get the full 10 percent?

13 A   Again, because part of the time -- again, it goes back to

14 the utilization factor, the 70 percent -- because part of the

15 time you're not calling on the plant to operate.  The plant

16 may be available more, but you're not asking it to generate

17 power for many possible reasons.

18 Q   Now, we've talked a little about theory.  Let's talk about

19 the real world; and let's start with one of the projects at

20 issue in this case.  You can take this one down if you like.

21 I want to go to the Wabash Unit 2 radiant superheater

22 replacement that was done in 1989.

23      Do you have some slides that would help you explain

24 how you determined the expected change in equivalent

25 availability factor for that particular project?

ROSEN – DIRECT/BROOKS                Vol. 6-901

1  A   Yes, I do.

2         MR. BROOKS:  Your Honor, I have Rosen Demonstrative

3  9.  It has not been objected to and would like to publish.

4         THE COURT:  You may.

5  BY MR. BROOKS:

6  Q   All right, Dr. Rosen, can you explain quickly to the jury

7  what this slide helps you depict?

8  A   Yes.  This slide again is for the Wabash 2 1989 project.

9  I had projected a similar slide earlier you may remember, but

10 the earlier slide on the vertical axis was, remember, bars,

11 the height of which indicated the amount of generation this

12 unit put out in the different years.  This again is the 5 year

13 period before the project was undertaken and shows again the

14 baseline period being the two years immediately prior to the

15 project being done in 1989.

16        And here, instead of the amount of generation in each

17 year, we're showing the equivalent availability factor losses.

18 So the total height of the bar is all the outages basically.

19 It represents all the outages that prevented the plant from

20 running in these years.  So let's look at year five -- minus

21 five, for example.

22        You see the total height of the bar on year minus five

23 is about 40, 42 percent, in that range.  So that means about

24 42 percent of the unit year this plant was not available to

25 run.

ROSEN – DIRECT/BROOKS          Vol. 6-902

1          Now, the red part of that total is the amount of

2    unavailability due to the project or the component replacement

3    that we're talking about in this case.  So there were many

4    reasons why the plant wasn't available that comprise the

5    42 percent.

6          If you look at it, it looks like only about 7 or

7    8 percent, that red piece was the unavailability due to the

8    components that started to fail that were repaired later in

9    1989.

10   Q   Where did you get the data for the outages attributable

11   for the radiant superheater outages at Wabash River 2 prior to

12   the 1989 project?

13   A   Well, that data we got from Mr. Koppe.

14   Q   So that was from the GADS data, the actual outages

15   attributable to that component; is that right?

16   A   Yes, that's correct.

17   Q   So once you had -- well, let me ask one last question.

18        Why did you select this baseline period?

19   A   Again, this baseline period was the two years immediately

20   prior to the project because it was a project that occurred

21   prior to 1992.  That was consistent with the regulations.

22   Q   Did you prepare a slide to help explain what the next step

23   was?

24   A   Yes, I did.

25        MR. BROOKS:  Your Honor, we have Rosen Demonstrative

ROSEN - DIRECT/BROOKS            Vol. 6-903

1  10, which has not been objected to.  May I publish it?

2          THE COURT:  You may.

3  BY MR. BROOKS:

4  Q   Using this image, can you explain how you decided how many

5  more hours of availability the unit would have as a result of

6  the project; that is, after the project?

7  A   Yes.  This slide is divided you see with a vertical line

8  in the middle.  So basically the portion of the graph on the

9  left side of the vertical again is the period prior to the

10  project being undertaken, the baseline years.  Then again, on

11  the right-hand side, as it says, it's the post-project

12  projection period, the period for which you're forecasting.

13          So what this does is it takes the data from the prior

14  slide.  It says in the baseline period there are 176 hours of

15  component related losses.  So that's the sum of the red pieces

16  in the two years that comprised the baseline period.

17          The two red pieces from the last side equal this

18  little red piece down here on the left portion of this slide.

19          So, as the writing says, the average annual output

20  lost during the baseline period because of the failing

21  components, that's what the red piece is in full power hours.

22  It's in full power hours, which is the equivalent of the full

23  output of the plant.

24          Now, then you do the project.  You're moving to the

25  right side here.  Then you have to forecast the amount of full

ROSEN – DIRECT/BROOKS              Vol. 6-904

1  power hours that the plant will be operational in the

2  post-project projection period.  This is what you're trying to

3  forecast.  So what we do is you assume the other amount of

4  outages, the part that's in the white bar, the 3,221 hours, we

5  assume that stays the same.  The rest of the plant -- other

6  components of the plant are going to behave the same way after

7  the project is undertaken as they did before.  So that's the

8  321 part of the white bar on the right-hand side.

9        Then on top of that 321 hours, we say that the

10 component outages -- outages due to the component repair that

11 were 176 hours will now go away.  Those outages won't occur

12 anymore.  So we just adjust that and they're recovered.  So

13 that adds to the number of full power hours.  That's why we

14 put it on top.  We put the new little red sliver on top of the

15 white bar.  That totals now the 3,354.

16        Now, just to explain, you don't add the full amount of

17 176 to the 3,221.  You only add 133 hours of replaced

18 availability.

19 Q   Why is that?

20 A   Because you have to adjust the amount of replacement for

21 the scheduled outages that are planned.  So you won't get as

22 much full power out potentially in the post-project period as

23 if there was a situation where there was no scheduled outage.

24 Q   Now, let me -- we haven't really talked with the jury

25 before about scheduled outages.

ROSEN – DIRECT/BROOKS          Vol. 6-905

1        So just briefly, what do you mean by "scheduled

2   outage"?

3   A    Okay.  A scheduled outage is an outage for maintenance,

4   for fixing the plant when the company knows ahead of time that

5   it needs to make a repair, so it can schedule it.  That's what

6   the schedule part means.

7        It's like you're going to the dentist.  Your teeth

8   need repair.  You can schedule it.  If it was an emergency

9   toothache, you would have to run to the dentist and hope he

10  could take you.  But this is a situation where you plan ahead

11  for the repair.  So this means that, if you're planning to

12  have the plant out, of course, the plant can't generate if

13  it's called on during the plant outage because you won't call

14  on it.  So you have to adjust for that.

15  Q    Just so the jury understands, where did you get

16  information about scheduled outages?

17  A    Again, that information is typically found or projected by

18  the company.

19  Q    So that was something that they would have known before

20  the project, and you used that?

21  A    Yes.

22  Q    All right.  Dr. Rosen, is there some way to just sort of

23  sum up what we've just been through in terms of what your

24  calculations of annual availability mean?

25  A    Well, I guess the simplest way I think about it is we

ROSEN – DIRECT/BROOKS          Vol. 6-906

 1  just –– I tried to show –– what I tried to show graphically is

 2  when Mr. Koppe does his analysis of power plant availability,

 3  and he says that a certain amount of outage hours will be

 4  eliminated when a piece of the plant is repaired or replaced,

 5  I take that data.  Then I show that based on that improvement

 6  in availability, better availability, higher availability,

 7  that there will be an increase in generation and take ––

 8  that's a simple translation from an improvement in

 9  availability of each generating unit that's being repaired to

10  more generation.

11  Q    Let me switch gears a little bit here.

12        Based on your nearly 30 years in the industry, do you

13  have any reason to believe that a utility company such as

14  Cinergy would have a hard time projecting the amount of

15  pollution each generating unit will emit in the future?

16  A    No, not at all.

17  Q    Why not?

18        MR. HOPSON:  Objection, Your Honor.  We object to him

19  testifying as to what Cinergy understood or what Cinergy

20  intended.  He can talk about Cinergy standards, but he can't

21  talk about our intent.

22        THE COURT:  That's true, if he can generalize that.

23  BY MR. BROOKS:

24  Q    I hope I didn't imply that.

25        Any competent utility out there in the world –– making

ROSEN - DIRECT/BROOKS            Vol. 6-907

1  a general statement -- based on your experience, would any

2  competent utility have any difficulty in projecting the amount

3  of pollution expected from each of its generating units?

4  A    No, I don't think that would pose any problem at all.

5  Q    Why not?

6  A    Because projections of emissions, just like projections of

7  generation, are very standard in the industry.  Even if you

8  had a situation where a utility was forecasting generation and

9  fuel use for the future, and for some reason didn't happen to

10 make the calculation or translate those numbers into

11 emissions, they easily could by just multiplying their results

12 by the appropriate emissions factor which is well known to

13 them.

14 Q    Can you give the jury some examples of how and when

15 utilities make projections that would be relevant to what

16 we're talking about here, which is the expected performance of

17 a unit, the expected amount of fuel burned, the expected

18 emissions?

19 A    Yes.  Well, there are many such instances where a utility

20 has to make projections about each of its generating units and

21 how they will perform in the future.  It runs anywhere from

22 when a utility just has to justify the amount of fuel

23 purchases it makes both through its internal management, in

24 terms of going out to buy fuel.

25          It needs to know how much and when to ask for

ROSEN - DIRECT/BROOKS            Vol. 6-908

1  delivery, to asking for recovery of those fuel costs in its

2  electric rates.  When it has to go to the public utility

3  commission it has to present the data on how each of its power

4  plants is likely to perform in the future.  It needs to make

5  calculations of how generating units will behave and how much

6  they will operate and generate.  In doing generation planning,

7  they make kind of the long range planning we talked about

8  earlier.

9       Almost anything an electric utility does centers

10 around various kinds of forecasts on how its generating units

11 will perform in the future.

12 Q   What tools or methods do utilities use to make these kinds

13 of projections?

14 A   Well, there are two basic kinds of approaches or

15 methodologies used.  Sometimes utilities just use what I'll

16 call hand calculations, engineering based hand calculations.

17 Other times they will use computer based tools.  So a typical

18 name for a computer based tool to show how a utility system is

19 likely to operate under various conditions is called a

20 dispatch model.  It's a name for a computer-based model.

21 Q   We'll come back to these engineering based estimates in a

22 minute; but first, what is a "dispatch model" exactly?

23 A   A dispatch model basically says, if I have a certain group

24 of power plants in my system, and I have to meet a certain

25 amount of demand for electricity -- and you may know demand

ROSEN – DIRECT/BROOKS          Vol. 6-909

1  for electricity actually varies quite a bit from hour to hour

2  during the course of the day, right?  We use a lot of power

3  during the day and at night when we're all sleeping, we don't

4  use as much power.  So demand varies.

5        What you need a dispatch model for is to say, as the

6  demand varies for power in the utility system, what power

7  plants am I going to turn on and off.  So it literally tells

8  you how many power plants to turn on and off and when.

9        What it does is it uses criteria of least cost.  So

10 obviously, if demand doesn't require all of your plants to be

11 turned on at once, you only want to turn on the cheapest

12 first.  That's only common sense.  Turn on the cheapest first

13 and then, as demand grows, you turn on the next more expensive

14 one and then the next more expensive one, et cetera.  That's

15 what a dispatch model does.  It shows you how the power plants

16 will be turned on and off during the day, month, or year, as

17 election demands vary.

18 Q    Can these dispatch models predict the future?  Can they be

19 used for predicting the future?

20 A    They're always used to predict the future.  If they were

21 past, you would know the actual performance of your system.

22 It's primarily used for predicting the future.

23 Q    Does it predict future generation?

24 A    Yes, that's exactly what I said.  It predicts the

25 generation needed to match supply and demand.

ROSEN – DIRECT/BROOKS                Vol. 6-910

1  Q    What about fuel?  Does it predict the fuel?

2  A    Yes.  And then part of the point of the model is how does

3  it determine the cost, which is the lowest cost unit versus

4  the highest cost unit.  It has all the data for the fuel in

5  the computer model so it knows what kind of fuel is being

6  burned and how much that fuel cost per ton, and what kind of

7  fuel it is, and what the sulfur content is typically.  It has

8  all that information.

9  Q    Do these dispatch models project emissions?

10  A    Yes, they do.  They project emissions.

11  Q    When they project emissions, do they use formulas

12  different than those you showed us in the five steps?

13  A    No.  The conceptual approach is exactly the same as in my

14  five steps.  It's just put into a computer model.

15  Q    Just so I'm clear on this, when it does a projection, when

16  you run a dispatch model, do you get results for each

17  individual unit?

18  A    Yes.  Typically, dispatch models are set up for each

19  individual generating unit.  In fact, units are often divided

20  into parts, so that a typical generating unit might be divided

21  into three or five subparts and you look at how much each of

22  those parts operates; and you can potentially put in different

23  data for each of those portions of a generating unit.

24  Q    Let me follow up on that.

25          Models have both inputs and outputs, correct?

ROSEN – DIRECT/BROOKS                Vol. 6-911

1  A    That's right.

2  Q    The output is the result?

3  A    The output is the result of all these numerical

4  calculations.

5  Q    And on the inputs, are there decisions that are made about

6  the functioning of each of these units before the model is

7  run?

8  A    I wouldn't say decisions are made about the functioning.

9  Decisions are made about the constraints that affect the

10 functioning.  So, for example, the availability of each

11 generating unit is input on the model or any other constraints

12 that would affect its operations are input on the model.

13 Q    Are you saying that they have to tell the model what the

14 availability of a unit will be in order to get the right

15 answer?

16 A    Absolutely.  The model can't know that.  That's what the

17 plant engineers tell the model.

18 Q    Can a dispatch model be used then to illuminate the effect

19 of a change in availability?

20 A    Absolutely.  It's very simple to take a dispatch model and

21 run it for a baseline situation prior to an availability

22 change and then rerun the model with a change in availability

23 and you'll get your new result.

24 Q    Are you aware of whether Cinergy actually has and uses a

25 dispatch model?

ROSEN - DIRECT/BROOKS                Vol. 6-912

1  A   Yes, I believe they have used a PROMOD dispatch model for

2  many years.  It's a very well-known industry model.

3  Q   That's the first time that word's been used.

4       What is "PROMOD"?

5  A   PROMOD is the sort of the brand name, trademark name for a

6  model that's marketed by a certain software consulting firm

7  that is licensed or purchased by many utilities throughout the

8  United States.

9  Q   It's your understanding that Cinergy had such a model

10 during the time of these projects?

11 A   During most if not all the time, yes, that's my

12 understanding.

13 Q   Could they have done runs to try to show that the way

14 you've calculated the effect of these changes in availability

15 wouldn't really be expected?

16      MR. HOPSON:  Objection, calls for speculation.  Could

17 they do runs?

18      MR. BROOKS:  Your Honor --

19      THE COURT:  I think the question is, if they had such

20 a model, could they have done this.  I think he can answer

21 that.

22 A   With the PROMOD model, which I understand Cinergy used,

23 you could easily do such runs to look at the emissions changes

24 due to changes in availability of various generating units.

25

ROSEN – DIRECT/BROOKS              Vol. 6-913

 1  BY MR. BROOKS:

 2  Q    Did you ever see any runs like that that the company did?

 3  A    No.  I'm not aware that the company did any such runs in

 4  the format I'm talking about.

 5  Q    Are you familiar with some economic evaluation tools that

 6  are used by utilities?

 7  A    Utilities have many kinds of economic analysis tools,

 8  anywhere from simple cost benefit spreadsheets to more complex

 9  economic planning models.

10  Q    Do these involve models of future unit operations?

11  A    Yes, because they rely on a dispatch model to produce that

12  data for them.

13  Q    Generally, how do these models work?

14  A    Well, generally, models that look at the cost benefit of

15  various utility investments or projects or replacements like

16  we're talking about in this case, they look at first the cost

17  of doing the project or the cost of building a new power

18  plant, all the costs, the capital costs, maintenance costs,

19  operating costs, et cetera, just like you would do if you were

20  thinking of buying a new car, refrigerator or something.  Then

21  they look at the benefits of making this investment.  So

22  they'll look at how the new power plant or how the new

23  component replacement will improve the system and how much

24  money will it save if you do it.  If you make an investment,

25  what are the benefits?  What do you save?  So it compares

ROSEN – DIRECT/BROOKS            Vol. 6–914

1  streams of costs and benefits of different kinds of options or

2  scenarios often for investment.

3  Q   Dr. Rosen, I'm going to ask you to slow down just a little

4  bit because you're wearing somebody out here.  So be mindful

5  that all this has to be typed up and I'll try to do the same

6  thing.

7       Did Cinergy have any of these economic models or

8  economic evaluation tools at its disposal during the time of

9  these projects?

10 A   Yes.  I'm aware of at least four different models that

11 they utilized during this period which I've reviewed.

12 Q   Can you tell the jury just quickly what the names of those

13 models are?

14 A   Frankly, they're sets of initials.  I think one is named

15 Proval, but there are three other models designated just by

16 initials, so the names don't precisely stick in my memory.

17 Q   Do they function essentially in the same way?

18 A   Essentially.  Again, they all develop streams of costs and

19 benefits scenarios, similar kinds of scenarios.

20 Q   You've got to keep it slow, okay?

21 A   I apologize to the jury.

22 Q   That's all right.

23       Have you selected a document that would assist you in

24 explaining to the jury how one of these economic models works?

25 A   Yes.  Well, one document in particular was one of the

ROSEN - DIRECT/BROOKS          Vol. 6-915

1  evaluation guides that is the company utilized which provided

2  a discussion of how these models should be used.

3        MR. BROOKS:  Your Honor, if I could get the witness

4  to turn to Plaintiffs' Exhibit 1592.  This document has been

5  stipulated to.  It should be in the binder there, Your Honor.

6  It's as authentic and not hearsay, and at this time I would

7  like to move it into evidence.

8        MR. HOPSON:  No objection.

9        THE COURT:  It's admitted.

10    (Plaintiff's Exhibit 1592 was received in evidence.)

11        MR. BROOKS:  Thank you.  May I please publish this

12 document to the jury?

13        THE COURT:  Yes.

14        MR. BROOKS:  May I have image 11, please?

15 BY MR. BROOKS:

16 Q   Okay.  On the front of this it says "Instruction Project

17 Evaluation Guide, date, March 1, 1999, PSI Energy."

18        What generally is this document?

19 A   Well, first I've explained -- if it's unclear -- that PSI

20 Energy is one of the Cinergy utilities at this point.

21 Q   I think the jury probably knows that by now.

22 A   Sorry.  The construction project evaluation guide again

23 was a set of -- series of similar guides which my

24 understanding is that it provided instructions to Cinergy

25 staff as to how to again evaluate projects, evaluate in cost

ROSEN – DIRECT/BROOKS          Vol. 6-916

1  benefit terms.

2  Q    Could we have image 11.2, please.  Can you blow that up so

3  everyone can see it?

4         Dr. Rosen, can you just read from where it says

5  "introduction" through .4?

6         THE COURT:  I know you said this is image 11.2, but

7  is there a page on this ––

8         MR. BROOKS:  I'm sorry, Your Honor.  It's page 1-1 of

9  Exhibit 1592.  I apologize.

10         THE COURT:  Thank you.

11  A    What was the request?

12  BY MR. BROOKS:

13  Q    My request was, sir, if you could –– just not too fast ––

14  read through from "introduction through point 4.

15  A    Yes.  "Introduction.  The purpose of this guide is to:

16         "1.  Introduce the new Proval model, which is the

17  preferred tool for project justification studies at PSI

18  Energy;

19         "2.  Document and review economic methods that can be

20  used for performing project justification studies;

21         "3.  Document the generally accepted criteria used by

22  PSI in evaluating construction budget projects; and

23         "4.  Provide a convenient source of data for

24  evaluating project economics that can be updated annually."

25         MR. BROOKS:  Thank you.  Could I have image 11.3,

ROSEN - DIRECT/BROOKS          Vol. 6-917

1  which is page 3-2 of Plaintiffs' Exhibit 1592?

2  BY MR. BROOKS:

3  Q   At the top it says, Dr. Rosen, "the time value of money."

4  I'm sure the jury can read this better than I can.  There's a

5  little discussion here about what the time value of money is,

6  but I would like to direct your attention to the last

7  paragraph and see if we can get you to read that into the

8  record.

9  A   Yes.  "In engineering economy studies, we are often forced

10 to choose between plans which have differing cash flows

11 throughout the life of the project.  In order to choose the

12 most economical plan, we must have some method by which we can

13 compare the plans and take the time value of money into

14 account."

15       MR. BROOKS:  If I could have image 11.4, please.  For

16 the record, this is page 3-20 of Plaintiffs' Exhibit 1592.

17 BY MR. BROOKS:

18 Q   Okay.  Top of this page says "utilization factors and

19 replacement power costs."

20       I would like for you to read that first paragraph for

21 us.

22 A   "When performing cost justifications for power plant

23 availability improvement, the utilization factor is used to

24 compute the savings in replacement energy costs resulting from

25 an improvement in availability at Gibson and Cayuga stations.

ROSEN – DIRECT/BROOKS          Vol. 6-918

1  The capacity factor is used for this type of calculation at

2  Gallagher, Wabash River, Edwardsport and Noblesville

3  stations."

4  Q   Let me stop you right there.

5       What's the difference here between utilization factor

6  and capacity factor in this context?

7  A   Again, utilization factor relates the capacity factor to

8  the equivalent availability, as is stated below on this very

9  page.

10 Q   All right.  Next paragraph, please.

11 A   "The random nature of forced outages causes the

12 replacement energy costs to be independent of the forced

13 outage rate for a unit.  Although the amount of displaced

14 power increases with an increase in forced outages, the

15 relative mix of units and fuel types replacing the unavailable

16 unit remains unchanged.  Section 6.3.4 contains the

17 projections for replacement energy costs."

18 Q   Okay.  This is a concept we have not introduced before.

19 So if you could, briefly explain to the jury what are we

20 talking about here when we talk about replacement energy costs

21 and displaced power?

22 A   What this says -- and I certainly agree that the

23 terminology is being used correctly -- is that if you have a

24 plant that has a lot of outages so it can't operate as much as

25 you want it to, you have to replace the output from that plant

ROSEN - DIRECT/BROOKS          Vol. 6-919

1  with something else.  Otherwise, you won't meet your demand on

2  your system.  So when they say "replacement energy cost" or

3  "replacement power," they're talking about the power or cost

4  to replace the power that you're not producing at your other

5  generating unit because of an outage.

6        Note that they talk about the replacement energy cost

7  being independent of the forced outage rate.  That's a subtle

8  way of saying that the utilization factor should stay

9  constant.

10 Q   Why is that?

11 A   Because it's saying that the -- it says the amount of

12 displaced power increases with increase in forced outages, but

13 the proportion between them stays the same, and that

14 proportion is by definition the utilization factor.  They give

15 the exact same equation that I used for the utilization factor

16 at the bottom of the page --

17 Q   We'll get there.  Let's warm up for the jury, if you don't

18 mind.

19        Could you read the next paragraph, "utilization"?

20 A   "Utilization is useful for computing the change in the

21 unit's generation resulting from improved availability.  It

22 can also be thought of as the capacity factor of the unit

23 based only on the time that the unit is available."

24 Q   What exactly does that mean?

25 A   The last sentence means that, again by definition, the

ROSEN – DIRECT/BROOKS          Vol. 6-920

1  utilization factor is the capacity factor of the unit if it

2  were available 100 percent of the time; and whenever it is

3  available, the utilization factor represents the capacity of

4  the factor, namely the amount the unit can run when it's

5  actually available.  It's just a way in English of saying the

6  equation that's below on the page.

7  Q   Let's get down there to that.  It says "if."

8       Can you walk us through for what we get to see all the

9  way down to the equation?

10 A   CF equals projected unit capacity factor.

11 Q   So "projected," do you know that to be after the project?

12 A   Yes.  The purpose of the evaluation guide as a whole is

13 for projecting the future so you can make an estimate of the

14 cost and benefits of a project in the future.

15 Q   Okay.

16 A   EAF equals projected unit equivalent availability factor.

17 UF equals the utilization factor from Section 6.3.3.  MWH

18 equals equivalent MWH's unavailable (GADS) --

19 Q   Let me stop you there and ask you to translate into

20 English.

21 A   Right.  Frankly, I wouldn't have written the English like

22 this myself.  MWH is a standard term for megawatt hours, but

23 they're using it in a special way here it appears by saying

24 it's the equivalent megawatt hours that a plant is

25 unavailable.  So we should -- it's like MWH should have a

ROSEN – DIRECT/BROOKS                Vol. 6-921

1  subindex or something that says unavailable.

2  Q    What's this "(GADS)"?

3  A    That's the GADS database that the utility files with NERC

4  and which Mr. Koppe –– GADS stands for the database that

5  Cinergy provides data for to –– at NERC and it's the database

6  that Mr. Koppe relied on extensively for his analysis.

7  Q    Keep going, please.

8  A    RE equals replacement energy cost from Section 6.3.4.

9  Q    What is replacement energy?

10 A    Replacement energy again is the energy that you need to

11 buy or generate from some other unit to replace losses at a

12 unit that's having outage problems.

13 Q    Finally RES?

14 A    RES equals replacement energy savings, savings in terms of

15 dollars.

16 Q    All right.  What does this equation mean?

17 A    Okay.  So, that just says that RES equals MWH times UF

18 times RE.  We'll say all this in English in a minute.  Where

19 UF equals CF divided by EAF.

20      Let me focus first on the UF because –– CF divided by

21 EAF because that's exactly my step 1 on the graphic we spent

22 time on a little earlier turned around another way.

23 Q    How is that turned around?

24 A    My graph it said UF times the EAF equals the CG.  You may

25 know that if you divide two sides of an equation by the same

ROSEN - DIRECT/BROOKS              Vol. 6-922

1  number it's equal.  This just says divide my step 1 by EAF,

2  and you move the EAF from the numerator on one side to the

3  denominator on the other side.  You get UF equals CF divided

4  by EAF -- I'm very sorry.  My step 1, it says EAF times UF

5  equals CF.  You just divide both sides of my step one by EAF,

6  you get their equation, namely, UF equals CF divided by EAF.

7  Q    And those are equivalent in mathematical terms?

8  A    In mathematical terms they're exactly equivalent.

9  Q    No controversy about that?

10 A    No controversy possible.

11 Q    All right.  Now --

12 A    Shall I explain RES equals, et cetera?

13 Q    Yes.

14 A    So this just says, to try to put it in simple English

15 terms, if you want to calculate these savings from fixing a

16 loss of availability, in terms of replacement energy savings,

17 that equals -- you have to multiply the unavailability that's

18 now been restored.  So now you have more availability with a

19 fix simply.  So you multiply how much the MWH times the

20 utilization factor, just like I did, times the cost per

21 megawatt hour of the replacement energy.  So it's just a

22 similar equation than I had, but you're adding a cost factor.

23 Q    You say that they're similar and maybe what we'll do is,

24 with the Court's indulgence, we'll take just a quick moment to

25 show why you say this is similar.

ROSEN – DIRECT/BROOKS          Vol. 6-923

1      Or, would you like to take the break now, Your Honor?

2          THE COURT:  No, go ahead.  You can do that.

3          MR. BROOKS:  I'll call up Rosen Demonstrative 34.

4   This has not been objected to; and at this time I would like

5   to publish it to the jury.

6          THE COURT:  All right.

7   BY MR. BROOKS:

8   Q   Okay.  With an economy of words, Dr. Rosen, and slowly,

9   can you explain the relationship between what we just went

10  through in Cinergy's manual and your five-step calculation?

11  A   Yes.  This chart shows the basic pattern of my earlier

12  five-step methodology if you just slightly change the names of

13  some of the terms to correspond to the terminology Cinergy

14  uses.

15      So for example, that first yellow box in the upper

16  left-hand corner, instead of calling it EAF, equivalent

17  availability factor the way I had it initially, they call it

18  MWH, the unavailability restored which is the same as the

19  change in equivalent availability factor.  Then we have the

20  same old utilization factor in the same spot here.  Then that

21  produces a change in generation in megawatt hours.  That's the

22  units.

23      Then again, you would go through all the same steps if

24  you wanted to compute -- okay, I'm sorry, correction.  You can

25  skip the remaining steps and go down to my step 5.

ROSEN - DIRECT/BROOKS          Vol. 6-924

1          If you put the change in annual output down there and

2    put in replacement energy cost, which they labeled RE, you can

3    multiply those two to get a change in replacement energy

4    savings.

5          So this is a reformatting of my original five step

6    process to give you sort of two steps to calculate what the

7    company did in this project evaluation guide.

8    Q   Is it fair to say that the Cinergy methodology outlined

9    here --

10          MR. HOPSON:  Objection, Your Honor, leading?

11          THE COURT:  You started with "if it's fair to say."

12          MR. BROOKS:  That is a fair objection and I'll

13   rephrase, Your Honor.  Thank you.

14   BY MR. BROOKS:

15   Q   In your calculation, you calculated to generation and from

16   generation to emissions?

17          MR. HOPSON:  Same objection.

18          THE COURT:  He can give him some background on the

19   question; if that's what you're doing?

20          MR. BROOKS:  Yes, Your Honor.

21          THE COURT:  Okay.

22   BY MR. BENSON:

23   Q   Just generally, when you went through the five steps, you

24   calculated the generation, did you not?

25   A   Yes, and then I went from generation to emissions.

ROSEN – DIRECT/BROOKS          Vol. 6-925

1  Q    What did Cinergy calculate to?

2  A    In the evaluation guide, Cinergy went to generation and

3  then from generation to cost, to dollars.

4  Q    But you both calculated to generation the same way?

5          MR. HOPSON:  Objection, leading.

6  BY MR. BROOKS:

7  Q    Did you both calculate generation in the same basic way?

8  A    Yes.

9  Q    And did you both calculate -- and when I say "both," both

10  you and the author of this manual from Cinergy -- did you both

11  calculate changes in generation the same way?

12  A    Yes.  Both were dependent on changes in availability, yes.

13  Q    And is it correct that if you know generation, it's just

14  arithmetic to know pollution?

15  A    Yes.

16          MR. BROOKS:  Your Honor, if this is a good stopping

17  point.

18          THE COURT:  It is a good stopping point.  When you

19  start out with "is it correct," that gets somebody up on the

20  other side too.

21          MR. BROOKS:  Just wanted him to have a little

22  exercise, Your Honor.

23          THE COURT:  All right.  Let's take our noon break.

24          COURT CLERK:  All rise.

25          This court stands aside in brief recess.

ROSEN – DIRECT/BROOKS            Vol. 6–926

1     *(Jury out.)*

2     (A recess was taken.)

3     *(Jury in.)*

4         THE COURT:  You may be seated.  You may proceed, sir.

5         MR. BROOKS:  Thank you, Your Honor.

6  BY MR. BROOKS:

7  Q   Dr. Rosen, at the break we had gone through your slide in

8  which you discussed similarities between the method that you

9  used to project emissions in this case and the methodology

10  employed by Cinergy that we saw for economic evaluations in

11  Plaintiffs' Exhibit –– was it 1592?  I want to go back to

12  Exhibit 1592, slide 11.5, if we could.

13         THE COURT:  And that was page?

14         MR. BROOKS:  I'm sorry, Your Honor, that was at page

15  4-1, Bates ending 015.

16  BY MR. BROOKS:

17  Q   Okay.  On this page, Dr. Rosen, it says "4.0 project

18  evaluation procedures."  I want to direct your attention down

19  to where it says, "The following sample problem illustrates

20  the above method."  Can we highlight that portion through the

21  rest of the page, please?

22         Now, "sample problem."  Can you read the sample

23  problem from the manual?

24  A   Certainly.  "Sample problem.  A piece of equipment at

25  Gibson Unit 1 has had a history of recurring maintenance

ROSEN – DIRECT/BROOKS          Vol. 6-927

1  problems.  This problem, which causes a partial outage

2  (derate), can usually be scheduled for repair on a weekend.

3  Two proposals have been made to replace the equipment in 1991

4  with a new and improved design that will yield lower

5  maintenance costs, less auxiliary power usage and improved

6  availability.  The following projections are made for the

7  project."

8  Q   If we could have the next page, 4-2, image 11.6?

9       All right.  Just quickly, what do we see here on page

10 4-2?

11 A   Well, what I believe we see is two different proposed

12 repairs, proposal A and proposal B.  We have various input

13 assumptions and results for the two possibilities.

14 Q   What is the very first line item of information under the

15 proposals?

16 A   The very first item is improved availability, megawatts

17 per year.  So for example, for proposal A, 25,000 is megawatts

18 per year.

19 Q   Is it megawatts or megawatt hours?

20 A   Sorry, megawatt hours.  I misspoke.

21 Q   Now, that's a measure of actual generation, is it not?

22 A   It's a measure -- no.  It's a measure of improved

23 availability.  It doesn't necessarily deal with generation.

24 It may or may not.

25 Q   Can you take us through the rest?

ROSEN – DIRECT/BROOKS          Vol. 6-928

1  A   Yes.  For example, for proposal A, then we have reduced

2  maintenance costs.  That could be a benefit of this repair.  I

3  should say a second benefit because clearly improved

4  availability is the first benefit.  Then we have auxiliary

5  power decrease.  So that's presumably assumed to be a hundred

6  megawatt per year decrease in auxiliary power usage because of

7  this repair.

8       Then we have estimated costs in 1990 dollars.  That

9  means, if you did the project in 1990, that's how many dollars

10 it would cost.  In another year it might cost somewhat

11 different because of inflation.  That's half a million

12 dollars, $500,000.

13      Then we have project life in years.  That's 20 years.

14 So the project repairs are supposed to last for a long time,

15 20 years.

16      Then we have escalation rate percent per year.  That's

17 typically an inflation rate or other kind of inflation rate.

18 It's a little unclear here whether it's just inflation or

19 other cost escalations, but it refers typically to cost.

20      Then it refers to discount rate in percent.  They're

21 using a 10 percent discount rate.  Discount rate is typically

22 what's used to value -- the time value of money.  It was

23 explained in a very quick reference we had earlier.

24 Q   All right.  If we could have the next page, please, page

25 4-3.  This says at the top "present value of revenue

 1  requirements using levelized fixed charge rates."

 2          I would like to focus your attention, if I could, on

 3  paragraphs 3 and 4; and can you just run through those so the

 4  jury understands what it is we're going to see next?

 5  A    "The following pages demonstrate the applicability of this

 6  method for the example problem of Section 4.0.  The savings

 7  for the example problem are shown on page 4-5 for proposal A

 8  and on page 4-6 for proposal B.  Improved availability,

 9  (column A), auxiliary power savings (column E), and the annual

10  O&M savings (column H), are from the problem definition.  The

11  O&M savings are increased 5 percent per year per the

12  escalation rate noted in the problem definition on page 4-2.

13  The capacity factors (column B) are from Section 6.3.2, the

14  replacement energy costs (column C) are from Section 6.3.4 and

15  the station energy costs are from Section 6.3.6.

16          "The annual availability savings (column D) are

17  computed from columns A, B and C, and the annual auxiliary

18  power savings (column G) are calculated from columns E and F.

19          "The total annual savings (column I) are the sum of

20  columns D, G and H, and the present values of the annual

21  savings are shown in column J."

22  Q    All right.  That's probably good enough there I would

23  hope, Dr. Rosen.  If we could now jump to page 4-5 that was

24  just referenced here, again in 1592, and that would be image

25  11.9.

ROSEN - DIRECT/BROOKS          Vol. 6-930

1          If you would, please, Jeff, would you highlight the
2    left-hand side of this?  Right there.  Thank you.
3          Now, Dr. Rosen, what is this that we see here?
4    A   Well, this is the implementation of what I just read on
5    the prior page for one of the proposals -- I think probably
6    proposal A.
7    Q   Can you just walk us through fairly quickly what you see
8    here?
9    A   Sure.  I believe what this says is that for this project,
10   this project is assumed to occur by the beginning of 1991.
11   Let's say January 1st, 1991.  So for the whole year of 1991
12   and sequential years, subsequent years, there's an improved
13   availability in megawatt hours of 25,000.  That's in column A.
14   So that goes all the way through the 20 years of the project.
15   Q   What does that mean?
16   A   That means that for all 20 years, after this project has
17   performed this repair, proposal A, the utility Cinergy assumed
18   that availability would improve by the same amount in every
19   year.
20   Q   Okay.  What's the next column?
21   A   The next column is column B, utilization factor, our
22   friendly utilization factor that they say we should use
23   80 percent for the value for the first 10 years and then
24   83 percent in subsequent years.  That's to convert the
25   availability improvement into capacity factor or actual energy

ROSEN – DIRECT/BROOKS          Vol. 6-931

1  generated -- increase in energy generated, which is not on

2  this table; but that's a hidden column they forgot to put on.

3  Q    All right.  What about under heading C?

4  A    Heading C is the replacement energy costs on a unit basis.

5   So it's dollars per megawatt hour.  You see what happens

6  there, it starts at $5 a megawatt hour, which is about half a

7  penny of kilowatt hour, just to translate that into bills that

8  we pay.  So it's $5 for the first five years.  Then $7 for the

9  next five years, then $9 for the subsequent five years, and

10 then finally $11 for the last five years of the 20 year

11 period.

12 Q    Again, what is replacement energy cost?

13 A    That is the cost that you don't have to pay because your

14 power plant is now running better because you improved its

15 reliability, its availability.

16 Q    And what's the next column?

17 A    The next column is the product of columns A, B and C to

18 give you the total of the replacement energy that no longer

19 has to be paid for.  You see starting at about $100,000 a year

20 in replacement energy savings, this project saves you up to

21 $228,250 per year just from this availability improvement at

22 the end of the 20 year period.

23 Q    Does the annual savings calculated for column D depend

24 upon calculation of generation attributable to this improved

25 availability?

ROSEN – DIRECT/BROOKS          Vol. 6–932

1  A   Yes, that's what I said.  Generation is sort of the

2  missing ingredient that would be in columns –– sort of between

3  B and C here, if you were designing the sheet a little more

4  clearly.

5  Q   Let's now –– so the jury can see the whole sheet, can we

6  just show that?

7        And the rest of these columns then get into the costs

8  that are saved, right?  The next three columns just says

9  auxiliary power savings, annual savings for operation and

10 maintenance, et cetera?

11 A   Yes, that's correct.  It's all the other savings besides

12 the replacement energy savings.

13 Q   Then we get over to total savings, right?

14 A   That's right.

15 Q   Just wanted to make sure no one had questions about that.

16       All right.  Let's move on.  Let's turn to the

17 calculations you performed in this case.

18       Dr. Rosen, can you tell us, just briefly, how did you

19 go about doing your projections of emissions post–project?

20 A   The way I calculated emissions in the forecast period or

21 the post–project period was to, again, take information, data

22 from Mr. Koppe on the availability improvement that the

23 project would entail or cause.  I again multiplied that by a

24 utilization factor, in this case the same utilization factor

25 as during the base period.  Then I used the same sulfur

ROSEN - DIRECT/BROOKS          Vol. 6-933

1  content, the same fuel-heat content, et cetera, as during the

2  baseline period; and I multiplied everything out times the

3  appropriate emissions coefficient and got the emissions change

4  for the post-project period.

5  Q   Okay.  Now, Dr. Rosen, I'm going to -- I want to walk you

6  through some of these calculations.  I understand you

7  understand it well.  I want you to bear in mind that we've got

8  a jury here that needs to follow along.

9        MR. BROOKS:  I'm going to try not to be too tedious,

10 Your Honor, but if I could, I would like to publish to the

11 jury what was marked as Plaintiffs' Exhibit 1549 but we are

12 offering it here only as a demonstrative.  So I will refer to

13 it as Rosen Demonstrative 12 and then subsequent numbers after

14 that.

15        THE COURT:  Any problem with that?

16        MR. HOPSON:  I don't have an objection, Your Honor.

17        MR. BROOKS:  May I publish the first page of

18 demonstrative 12?

19        THE COURT:  Yes.

20 BY MR. BROOKS:

21 Q   Okay, Dr. Rosen.  Let's see if we can blow this up a

22 little bit so we can see it.  We won't go in full detail for

23 all of these, but we need to do a couple of them.

24        Tell us what we see starting at the top?

25 A   Yes.  Well, this is a copy of one of my work papers.  This

ROSEN – DIRECT/BROOKS          Vol. 6-934

1  is how our computer printed out the results of my calculations

2  in this format.  So we tried to label all the important data

3  and numbers for a quick overview.

4       This is the case of the generating unit Gallagher

5  No. 1.  This is activity No. 3, the pulverizer repair and

6  replacement that occurred under work order, designated in the

7  upper right-hand corner there.  This is my primary projection.

8  It's called actual to projected, future.  Actually that's the

9  technical term used for forecasting from an actual baseline

10 period to the future.

11      This is the calculation for sulfur dioxide.  This

12 calculation was actually performed by the computer on

13 November 2005.  It then gives you the start date of the

14 baseline period -- the two-year baseline period, the activity

15 period when the repair was actually made at the plant and then

16 the post-activity period is the two years immediately

17 following the end of the repair on July 1998.

18 Q    Before we go on, let me just make sure we're clear on a

19 couple of things.  When you say the actual to projected GADS

20 average generation, is that back to the baseline selection

21 process that we talked about a little earlier?

22 A    Yes.  That's all -- I've explained all that before, yes.

23 Q    So average generation then indicates that this was used

24 for a project after July of 1992, right?

25 A    Right.  That's how the baseline period was determined.

ROSEN - DIRECT/BROOKS          Vol. 6-935

1  Q   Okay.  All right.  Before we get into it here, let's

2  take -- starting with equivalent annual availability factor,

3  EAF, explain what the jury sees here.

4  A   We have the two basic columns, baseline period before the

5  project was done and the post-activity period.  What this says

6  is that the actual equivalent availability factor from utility

7  data for the baseline period was 82.38 percent.

8       Now, the 84.59 in the post-activity period is a

9  derived number; and that's derived in the following way.  You

10  see the numbers actually right below it.

11      From Mr. Koppe I was told that the improvement in the

12  availability factor for this unit would be 2.21 percent.  You

13  see that under the post-activity period, a couple of lines

14  below, 2.21 percent.  So out of all the hours in the year, the

15  availability on a full capacity basis would improve by

16  2.2 percent or that's roughly about 20 hours a year.

17      So that's then added to the baseline EAF to get the

18  84.59 above it.  So that shows you how much things improved

19  due to this project, this repair and replacement.

20      Then it says the baseline utilization factor is

21  68.20 percent.  I kept that constant as I explained earlier in

22  the post-activity period.  That then -- you can multiply the

23  EAF by the UF on both sides to get the capacity factor.  In

24  the baseline period, that's 56.18 percent.  In the

25  post-activity period, it's 57.69 percent.

ROSEN — DIRECT/BROOKS          Vol. 6-936

1          Okay.  Now, in this case, there was also a change in

2   the capacity of the unit.  I hadn't talked about that before;

3   but it's possible that when you make a repair, not only can

4   the unit run more often.  It can actually put out more power

5   at any given time.  It's like if the engine on your car had

6   more horsepower suddenly from the repair.

7          So it had —— unit full capacity went up from

8   140 megawatts in the baseline period to 147 in the

9   post-activity period.  So an improvement of 7 megawatts, which

10  is about 5 percent.

11  Q   Now, let me ask you right here are you talking about gross

12  or net capacity?

13  A   This is net demonstrated capacity which is a technical

14  term in the industry, but it means the power that actually

15  comes out of the power plant.

16  Q   You mean out to the consumers?

17  A   Well, after the transmission system.  It doesn't all get

18  to the consumers.

19         Now, proceeding down, we see annual generation.  Well,

20  that's just a translation of the capacity factor times the

21  unit full capacity into actual generation or energy which

22  is —— I won't read all those long numbers; but you see there's

23  something like 689,000 baseline period, more than 742,000 in

24  the post-activity period.

25         Then we have the heat rate.  Again, that was I think

ROSEN – DIRECT/BROOKS              Vol. 6-937

1  step 3 on my list.  We assume the heat rate stays the same.

2  Q   Why did you assume that?

3  A   Because that's what Dr. Koppe instructed me to assume.  So

4  from the heat rate, we can get the amount of heat needed.

5  That's the two numbers in the 7 million range you see,

6  7.3 million in the baseline period and 7.9 million in the

7  post-activity period.

8       Then we have to multiply the total -- or divide the

9  total amount of heat needed by the heat content of the fuel.

10  Again, that was assumed to be the same kind of fuel burn in

11  the baseline period and in the future which had a heat content

12  of 12,072 BTUs per pound of coal, which then got converted

13  into tons.

14       Okay.  Then we see that the annual fuel consumption

15  converted to tons, became something like 302,000 in the

16  baseline period and about 23,000 more tons of coal, 325,000

17  tons of coal in the post-activity period.

18       Then we have the sulfur content of the fuel.  Then I

19  assumed that the sulfur content of the fuel also remained the

20  same in the future as in the past during the baseline.

21       Then we have the emissions factor here which is a

22  standard emissions factor, 38.  That means -- 38 means you

23  multiply the percent of sulfur by weight in the fuel, and that

24  gives you how many pounds of emissions there are per ton of

25  fuel.

ROSEN - DIRECT/BROOKS              Vol. 6-938

1  Q    Dr. Rosen, were these the emission factors you mentioned

2  back when we went through your chart?

3  A    Yes.  This is a standard factor from the Environmental

4  Protection Agency's publications.

5         So then you directly derive annual emissions and tons

6  of pollutant -- again, pollutants being sulfur dioxide during

7  this calculation.  So in the baseline period we see there

8  generating unit would be forecast to produce 11,062 tons of

9  sulfur dioxide per year averaged over the two-year period in

10 the baseline, and that would then compare to a forecast of

11 11,927 tons of pollutants in the future, yielding that number

12 at the very bottom.  The change would be an increase in sulfur

13 dioxide emissions, tons per year, of 865 tons per year.  If

14 you have a really good memory, you'll remember that number

15 from the very first chart we put up.

16 Q    Now 865 tons per year is approximately how many times the

17 legal limit that we've talked about of 40 tons a year?

18 A    The significance threshold of 40 tons a year, this number

19 is over 21 times the threshold.

20 Q    All right.  Let me ask you a couple other things here.

21         You said that you used a constant coal sulfur number.

22 Why is that?

23 A    The reason is that there was no firm indication that I was

24 aware of in studying Cinergy documents that the coal sulfur

25 content would change or that we would be assured that the coal

ROSEN - DIRECT/BROOKS            Vol. 6-939

1  sulfur content would change in the post-project period from

2  the baseline.

3  Q   It fluctuates a little bit, doesn't it, over a course of a

4  year?

5  A   Yes.  The sulfur content of coal does change.  It

6  fluctuates based on exactly, you know, where you're getting

7  the coal from, how it's being mixed in the coal pile.  It's

8  like baking a cake.  If you don't mix the ingredients well, it

9  might vary somewhat from one part of the cake to the other.

10 So there is some change.

11       But again, unless there is clear evidence of a

12 long-running contract or something that would indicate a

13 definitive change in the sulfur content of the coal, I assumed

14 it would stay the same on average.

15 Q   Your baseline period sulfur number, that's an average of

16 how many years?

17 A   That's an average of two years, 24 months.

18 Q   What effect would averaging have on these fluctuations?

19 A   Averaging always decreases fluctuations because typically,

20 the data is reported by month; and if I average over 24

21 months, you're going to see a decrease in the amount of

22 fluctuation.

23 Q   Now, Dr. Rosen, you have in this calculation accepted from

24 Dr. Koppe -- I'm sorry -- Mr. Koppe.  I'm doing it now --

25 Mr. Koppe, you've accepted his engineering judgment that this

 1  unit would increase its capacity by 7 megawatts; isn't that

 2  right?

 3  A    That is correct.

 4  Q    Do you recall in some of the documents that you saw

 5  previously about this project there was some discussion that

 6  the company thought it might get a heat rate improvement from

 7  the project as well of about 1.5 percent?

 8  A    That's correct, yes.  I've seen that.

 9  Q    But you didn't take into account any heat rate

10  improvement, did you?

11  A    No, I didn't, because Mr. Koppe instructed me not to.

12  Q    So based on his judgment on the effect of the project, you

13  didn't take into account any heat rate improvement?

14  A    That's true.

15  Q    But heat rate improvement would make the unit more

16  efficient, wouldn't it?

17  A    Yes, it would.  It would mean less coal was burned.

18  That's correct.

19  Q    Now, just looking at this table, are you able to tell this

20  jury what effect it would have if you took the 1.5 percent

21  heat rate improvement into account?

22  A    Yes.  It's pretty easy to see it because if the heat rate

23  improvement was 1.5 percent and that caused you to burn

24  1.5 percent less coal per unit of generation after the repair

25  but if the plant capacity went up by 7-megawatts as I just

ROSEN - DIRECT/BROOKS          Vol. 6-941

1  described, which is about a 5 percent increase, so you have a

2  5 percent increase in generation but 1 1/2 percent less coal,

3  that would be about a 3 1/2 percent -- subtract 1 1/2 from

4  5 percent.  That would be about a 3 1/2 percent increase in

5  the amount of coal burned even if you took the heat rate

6  improvement into account.

7  Q    What does that mean in terms of numbers and what you've

8  calculated?

9  A    Well, that means you would still be left with about 3 1/2

10  percentage points relative to 5.  So if you divide 3 1/2 by 5,

11  that would be about 70 percent of the increase in emissions

12  would still remain.  So 70 percent of the 865 tons or about

13  600 tons of emissions would still remain as a change due to

14  the project.

15  Q    So even if Mr. Koppe hadn't suggested or told you that he

16  didn't believe there would be a recognizable heat rate

17  improvement and you had taken that number, you would still

18  have projected something over 600,000 -- I'm sorry -- 600 tons

19  per year?

20  A    That's correct.

21  Q    The last thing I want to ask on this one is your

22  assumption here again, you kept your utilization factor

23  constant.  You went through this at length earlier; but is it

24  the case that by doing that, you're telling this jury that you

25  have done your calculation on a basis that says that

ROSEN – DIRECT/BROOKS          Vol. 6-942

1  68.20 percent of the improved availability that was calculated

2  would actually be used?

3          MR. HOPSON:  Objection, leading.

4  BY MR. BROOKS:

5  Q   What does it mean when you have 68.2 percent here in the

6  post-activity period for utilization factor as that relates to

7  your calculation of improved availability attributable to the

8  project?

9  A   Well, again, what it means is that I am assuming based on

10 that value of the utilization factor that 68.2 percent of the

11 improvement and availability measured in megawatt hours gets

12 translated into generation, real energy, in terms of megawatt

13 hours.

14 Q   Is that realistic?

15 A   That's extremely realistic because often utilization

16 factor, you know, might go up, in fact.  And I'm just keeping

17 it constant relative to the utilization factor in the baseline

18 period.  So I believe it's an extremely realistic and

19 reasonable assumption.

20 Q   Dr. Rosen, did you prepare a slide to assist you in

21 showing the jury how you used the outage information that you

22 received from Mr. Koppe?

23 A   Yes.

24          MR. BROOKS:  Your Honor, I would like to publish to

25 the jury -- it has not been objected to -- Rosen Demonstrative

ROSEN - DIRECT/BROOKS              Vol. 6-943

1  13.

2        THE COURT:  All right.  You may.

3        MR. BROOKS:  Thank you.  Can we bring up image 13,

4  please?

5  BY MR. BROOKS:

6  Q   Dr. Rosen, can you just summarize for us what is depicted

7  in this image?

8  A   Yes.  This image shows the pattern of outages that

9  occurred at Gallagher 1, for illustrative sake, due to the

10  pulverizer project, and the -- well, in fact -- in fact, you

11  see that the pattern of outages is quite varied over time.

12  This is the outages for the lost availability in the five

13  years prior to the project.

14  Q   Now, you got that information from Mr. Koppe, correct?

15  A   Yes.  So we just put it on this graph.  So from roughly

16  April '93 to April '98, that five-year period, that's what's

17  illustrated here.

18        Then what's also illustrated is the result of my

19  applying my criteria for determining the baseline period that

20  shows what baseline period was designated by that criteria.

21  That's the period from roughly June '93 to June '95.  That's

22  the blue arrow where we see the baseline period.

23        Then by comparison, I just point out that this is very

24  close, in fact, to the period measured by the green arrow that

25  goes across.  It's very close to the same period if one had

ROSEN – DIRECT/BROOKS              Vol. 6-944

1  wanted to use the period of fewest outage hours, for whatever

2  reason you might want to use the fewest outage hours.  It only

3  varies by one hour, in fact, 581 hours to 580.

4        So in this case the period of fewest outage hours and

5  the baseline period I chose based on my neutral criteria was

6  the same; but I didn't know when I chose -- the important

7  thing here is that I didn't know when I chose the baseline

8  period that this would correspond to the rate of lowest outage

9  hours, medium number of outage hours or highest.  I had no

10 idea what the result was because I didn't look at the outage

11 data before choosing the baseline period.

12 Q   Are there 24-month periods with higher number of outage

13 hours?

14 A   Certainly.  If I had chosen the baseline period that sort

15 of span, that bump around April of 1996, the increase in

16 outage hours, then possibly I would have gotten a much higher

17 number for outage hours in the baseline period.

18 Q   All right.  Thank you.  If we could have image 12-12.  I

19 want to move on now to the Gallagher 2 project.

20       Before we move on, I just want to -- since it all has

21 to go by what the jury hears here, just to be clear, for

22 Gallagher 1, you did not project a significant increase in NOX

23 as attributable to that project, correct?

24 A   That is correct.

25 Q   All right.  Let's look at image 12-2, please, which is

ROSEN - DIRECT/BROOKS            Vol. 6-945

1  related to the Gallagher 2 project.

2           THE COURT:  It comes from where?

3           MR. BROOKS:  I'm sorry, Your Honor.  That is the

4  Rosen Demonstrative 12.2.

5           THE COURT:  Okay.

6  BY MR. BROOKS:

7  Q   Okay.  In this project -- now, this project was before

8  1992, correct?

9  A   That's correct.  This project occurred in 1990.

10 Q   And this project is the condenser replacement at

11 Gallagher 2, correct?

12 A   That's correct.

13 Q   Up here it says, "Actual-to-projected (GADS preceding

14 24)," what does that mean?

15 A   That means this baseline is the 24 months preceding the

16 onset of the project.

17 Q   Did you do this calculation based on information you got

18 from Mr. Koppe?

19 A   Yes, I did.

20 Q   Did you do it the same way that we just went through a

21 moment ago?

22 A   Yes, I did.  The information from Mr. Koppe appears under

23 the delta EAF lines.

24 Q   And there was no expected change in unit capacity for this

25 project, correct?

ROSEN – DIRECT/BROOKS          Vol. 6-946

1  A    That's correct, not in this case.

2  Q    What about heat rate?

3  A    In this case, as before, I assumed the same heat rate.

4  Q    All right.  What was your projected increase for SO2

5  related to this project?

6  A    In the case of this project, it was 77 tons per year on

7  average.

8  Q    If I could, please, can we call up image 13.1?  That's

9  Rosen Demonstrative 13.1.  I'm going to limit the number of

10  times we do this, but we'll do it a couple of times.  Again,

11  tell the jury what we see here.

12  A    Here we see the same exact kind of graph as I showed

13  earlier for Gallagher 1, which illustrates the way I chose my

14  baseline period, not knowing the pattern of averages over time

15  prior to the project, compared to what would happen if you

16  wanted for some reason to choose a baseline period of fewest

17  outage hours.

18  Q    Why did you pick the baseline period that you did here?

19  A    Again, the baseline period here was chosen because the --

20  my interpretation of the regulations in 1990 was that you

21  should use the prior two-year period before the project.

22          MR. BROOKS:  Can I have image 12.3, please?

23  BY MR. BROOKS:

24  Q    This is Gallagher 3, activity 1.  This is the pulverizer

25  replacement at Gallagher 3, is it not, Dr. Rosen?

ROSEN – DIRECT/BROOKS            Vol. 6–947

1  A    Yes.  Again, this is my work paper that illustrates the

2  calculation for that unit.

3  Q    You got all your information from Mr. Koppe about any

4  changes in unit performance?

5  A    That's correct.  That appears under the little delta EAF

6  line.

7  Q    Again, did you accept Mr. Koppe's opinion that unit

8  capacity for this unit would increase by 7 megawatts?

9  A    Yes, I did.

10 Q    And you did not take into account any heat rate

11 improvement, did you?

12 A    Not in this case, no.

13 Q    Again, had you taken into account the heat rate

14 improvement that shows up in some of those Cinergy documents

15 that we saw sometime in the last few days, would your number

16 be reduced below 40?

17 A    No.  As I said before, it would be roughly the same

18 70 percent we calculated earlier of the 576.  So it would

19 still be substantially above 40 tons per year.

20 Q    And your projection for SO2 increases related to this

21 pulverizer replacement is about how many times the legal

22 threshold?

23 A    My estimate is approximately 14 times the threshold.

24 Q    Let's show the jury, if we could, please, image 13.2.

25        Can you tell us quickly what this is?

ROSEN – DIRECT/BROOKS          Vol. 6-948

1  A   Yes.  This would be then the third example for Gallagher 3

2  of the pattern of outages due to the component that was

3  repaired on this project.

4  Q   Again, your baseline was based on what for this project?

5  A   For this project, because it's after 1992, the baseline is

6  based on the criteria that the generation during that baseline

7  best matches the average for the entire five-year period.

8  Q   And this time, you didn't get -- you weren't right on the

9  fewest hours, were you?

10  A   No; but, of course, I had no desire or knowledge of when

11  the fewest hours occurred in choosing that criteria.  So it's

12  just coincidental that I didn't overlap a period of fewer

13  hours.

14  Q   Move to exhibit -- I'm sorry, Demonstrative -- Rosen

15  Demonstrative 12.5.

16        Again, now, this is your calculation for the Gibson 2

17  upper reheat project; is that right?

18  A   That's right.

19  Q   And this project occurred when, sir?

20  A   This occurred from February 2001 to May 2001?

21  Q   And your methodology for selecting the baseline for this

22  project was what?

23  A   The baseline period generation for 24 sequential months

24  that most nearly corresponds to the average generation the

25  entire five-year period prior to the project.

ROSEN - DIRECT/BROOKS          Vol. 6-949

1  Q   Sir, did -- can you just tell the jury again what your

2  projection was for the effect of this reheater project?

3  A   Yes.  The effect of this reheater project according to

4  Mr. Koppe was a 1.41 percent improvement in EAF due to fewer

5  forced outages.  You'll see that on the delta EAF-outages line

6  for the post-activity period.  That's an improvement.

7       Then that leads to an improvement in capacity factor,

8  more generation, et cetera, more coal burned.  The net result

9  is an increase in generation due to this project of -- I'm

10  sorry.  The net result is an increase in SO2 emissions due to

11  this project of 593 tons per year.

12  Q   I apologize to everyone for this, but I skipped over one.

13  So I have to ask you to bring up Rosen Demonstrative 12.4.

14       Dr. Rosen, this goes along with your calculation that

15  you did just a moment ago on SO2.  Were all the numbers in

16  this table above where you get down to emission factor -- is

17  that the same basic information you use to calculate the SO2

18  impact?

19  A   Yes.  Just to be clear, this is my work paper to calculate

20  the NOX emissions from Gallagher 3.

21  Q   Right.  But all the unit-specific information, that all

22  stays the same?

23  A   That's correct, yes.

24  Q   What did you calculate the effect of the Gallagher 3

25  pulverizer replacement to be on emissions of NOX?

ROSEN - DIRECT/BROOKS          Vol. 6-950

1  A   I projected or forecasted that in the post-activity

2  period, emissions of NOX would be about 97 tons per year

3  greater than in the baseline period.

4  Q   I'm going to try in the interest of time to make this a

5  little bit faster.  May we see Demonstrative 12.6, please?

6       Dr. Rosen, can you just tell the jury here what your

7  conclusion was about the effects of the radiant superheat

8  front wall project at Wabash River 2 on SO2 emissions?

9  A   Yes.  The bottom line in my calculations was I forecasted

10 that SO2 emissions would increase by 232 tons per year due to

11 this project.

12 Q   And if we could take a quick look at 12.7.  What did you

13 conclude for the effect of this project on emissions of NOX?

14 A   For emissions of NOX, I projected that this very same

15 project would cause an increase in 63 tons per year in the

16 post-project period.

17 Q   Could we see Rosen Demonstrative 13.4?  Again, your choice

18 of baselines was dictated by what, sir?

19 A   In this case, my choice of baseline was dictated by the

20 regulations so that I chose the two years prior to the

21 project.

22 Q   All right.  I'm going to try to move through this faster

23 by not going through all those auxiliary slides.

24      Can I have image 13 point -- I'm sorry.

25 Unfortunately -- Rosen Demonstrative 12.6, did we just do this

1  one?

2  A   Yes.

3  Q   I'm sorry.  Then in that case, let's move to Demonstrative

4  12.8.  I'm trying to get this done.  All right.  In 12.8 --

5  Demonstrative 12.8 is Wabash River 2; and that's the finishing

6  superheat and upper reheater.  Again, what was your baseline

7  period for that?

8  A   Baseline period was March 1990 to February 1992.

9  Q   Selected why?

10  A   Selected because it was the prior 24 months before the

11  project began.

12  Q   And what was your projection for the effect of this

13  project on the emissions of SO2?

14  A   My projection was that SO2 emissions would increase by 232

15  tons per year due to this project.

16  Q   You didn't project any increase in NOX as a result of this

17  project, did you?

18  A   No, I don't believe so.

19  Q   You either didn't project it or it was netted out?

20  A   That's correct.

21  Q   Can we look at Rosen Demonstrative 12.9?  Again, it says

22  preceding 24.  Does that mean that you used a baseline of the

23  24 months immediately before the project?

24  A   Yes, it does.

25  Q   What did you project the effect of the superheater and

ROSEN - DIRECT/BROOKS                Vol. 6-952

1  reheater replacement at Wabash 3 to be on emissions of SO2

2  from this unit?

3  A    I projected that this project would cause an increase in

4  SO2 emissions of 982 tons per year after completion of this

5  project.

6  Q    May I have the next image, please?  Same question about

7  NOX?

8  A    For NOX, I projected an increase of 263 tons per year due

9  to this project.

10 Q    Let's talk about Wabash River 4 and the economizer and

11 superheat outlet.  Could we see Rosen Demonstrative 12.11,

12 please?  Again, what was your baseline period?

13 A    Baseline period was the 24 months immediately prior to the

14 project.

15 Q    Why was that?

16 A    Because this was a project that was initiated prior to

17 1992.

18 Q    What effect did you project that the economizer and

19 reheater outlet replacement would have on SO2 emissions for

20 Wabash River Unit 5?

21 A    I projected an increase in SO2 emissions of 332 tons per

22 year.

23 Q    You didn't project any increase in NOX, did you?

24 A    No.

25 Q    Now, Wabash River Unit 6, that was a replacement of an

ROSEN – DIRECT/BROOKS          Vol. 6-953

1  economizer and superheat outlet; and if we could see Rosen

2  Demonstrative 12.12, please.  Again, your baseline period was

3  what, sir?

4  A    February 1988 to January 1990.

5  Q    And you chose that baseline because?

6  A    Again, because it was the immediate 24 months prior to the

7  outset of the project.

8  Q    What effect did you project that this project would have

9  on the emissions?

10  A    For NOX emissions, I projected this project would increase

11  90 tons per year.

12  Q    Which directly contradicts what I think what I said just a

13  moment ago.

14          Did we look at 12.11?  Yes.

15          All right.  All right.  For the Beckjord 1 Life

16  Extension project, could I please see Demonstrative -- Rosen

17  Demonstrative 12.13, please?

18          Dr. Rosen, what baseline period did you use for this

19  Life Extension project?

20  A    The baseline period was November 1985 to October 1987.

21  Q    Let's focus in on this one for just a moment.  Under

22  utilization factor, is it correct that here we see something

23  that we haven't seen in the other projects?

24  A    Yes.  That's correct.

25  Q    Can you explain to the jury what's different about

ROSEN – DIRECT/BROOKS          Vol. 6–954

1  utilization factor here in your analysis of the Life Extension

2  project at Beckjord Unit 1?

3  A    Yes.  Well, here you see we have a line that says

4  utilization factor for the baseline period 6.39 percent.  Then

5  under that, there's a new line which says UF for improved

6  availability only.

7         Now, what this means is the following –- and that's

8  47.7 percent, a lot higher than 6 percent.  So the reason for

9  that is that this unit and a couple of the others often were

10  on reserve shutdown.  They weren't really in service.  So a

11  lot of the time in the year if the utility wanted to get power

12  from these units, it couldn't because they weren't attached to

13  the system.  They were on reserve.

14         So what we found is that when the unit was available

15  to run, the utilization factor was 6.4 percent; but it was

16  available so little that once you made the repair and once the

17  unit became available to run pretty much all year in a little

18  more normal way, net of planned outages or what have you, then

19  you really –- in all fairness if you want to calculate how

20  much generation would result when the project is completed and

21  the availability is improved, you have to increase the

22  utilization factor to take into account the fact that in the

23  baseline period, the plant was rarely available.

24         So that's why we modified the utilization factor to

25  bring it up to 47.71 percent from 6.39 percent because there

ROSEN - DIRECT/BROOKS                    Vol. 6-955

1  were so many more hours now in the year that the plant was

2  available, now you could get a lot more generation out of it

3  from the part of the improved availability that this project

4  itself caused.

5  Q   Well, how did you come up with a number like

6  47.71 percent?  What did you base that on?

7  A   That was based on Mr. Koppe's analysis of the relative

8  number of reserve hours before the project was completed

9  relative to what was likely to happen after.  So that came

10 from Mr. Koppe.

11 Q   Why is it reasonable to do that?

12 A   Well, in my view -- and I'm sure Mr. Koppe would have his

13 own opinions.  Again, it's reasonable to do it because if the

14 plant is not available to run very often, you can't compare

15 the way it generates just in the few hours when it is

16 available to run -- you can't translate that precise number

17 into how it will translate improvements in availability to

18 generation when it's available to run much more.  So clearly,

19 utilization factor should be much higher when it's available

20 to run much more.

21 Q   Have you prepared a slide that would help the jury

22 understand the logic of what you're saying?

23 A   Yes.

24      MR. BROOKS:  Your Honor, I would like to request

25 permission to publish Rosen Demonstrative 15.  There's been no

ROSEN – DIRECT/BROOKS          Vol. 6-956

1  objection to it.

2       THE COURT:  All right.

3  BY MR. BROOKS:

4  Q   Dr. Rosen, what, if anything, does this say -- this graph

5  say about what you were just telling the jury?

6  A   Okay.  It's a little complicated; but what I was saying a

7  moment ago is you have to adjust the utilization factor to

8  deal with the fact that before the project was done, the plant

9  was almost never available to be run.  And after the project,

10 it was available to be run generally.

11      So in English, that's -- you want to adjust the

12 utilization factor calculated from the baseline period in a

13 way that preserves the proportions involved, the relative

14 relationship between generation and availability.

15      Now, what I did to see if you should adjust the

16 utilization factor and if so, how, what I did was make this

17 little graph.  What this graph does is it's a graph simply of

18 the capacity factor, which is the generation on the vertical

19 axis, okay, with a new parameter which we haven't come across

20 yet which is called the service factor on the horizontal axis

21 at the bottom.

22 Q   Can you tell the jury what service factor is?

23 A   Yes.  The service factor is basically the proportion of

24 hours of the year that the unit was in service, available to

25 be run.  So it would be appropriate to adjust the utilization

ROSEN – DIRECT/BROOKS            Vol. 6-957

1  factor the way I did on the prior worksheet to go from 6

2  something percent to 47 something percent if there's a very

3  linear, simple, clear relationship between the capacity factor

4  and the service factor.  So that's why I made this graph, to

5  see if there was a good relationship between those two

6  parameters, that as one increased, the other increased in the

7  same proportion over time.

8         So what I did was take the data.  Each of these blue

9  points represents a month of data.  So I plotted this data on

10 this graph; and lo and behold, you see it's a very nice fit to

11 a straight line.  I wish I could always get fits this good.

12 Shows a nice, simple, linear relationship between –- as

13 service factor goes up, then capacity factor tends to go up;

14 and that's the basis for adjusting the utilization factor.

15 Q   What's the major difference, if any, between service

16 factor and availability factor?

17 A   Okay.  Service factor is one aspect of when a plant is or

18 is not available.  So if a plant is on reserve, it's not in

19 service, okay –- if it's on reserve, it's not in service.

20 Then it's also not available.  So it's part of the

21 availability calculation, part of what goes into the

22 availability data.

23 Q   And based on your calculations here, what did you project

24 the effect of the Beckjord Life Extension project to be on

25 emissions of SO2?

ROSEN – DIRECT/BROOKS                Vol. 6–958

1  A   Okay.  I don't have that right in front of me here.

2  Q   I'm sorry.

3  A   Could you go back to that demonstrative?

4  Q   That would be Rosen Demonstrative 12.13.

5  A   Based on adjusting the utilization factor for the reasons

6  I just specified based on this very nice fit on this graph, I

7  projected that sulfur dioxide emissions at Beckjord 1 should

8  go up by 86 tons per year in the post-project period.

9  Q   You did not calculate a significant net increase for NOX,

10 did you?

11 A   No, I did not.

12 Q   Okay.  Thank you.  Now, before we move on to the next,

13 because these are similar, I did want to clear up one thing.

14       Now, the reserve shutdown, how is that -- is that

15 usually reported as part of availability?

16 A   Usually, yes.

17 Q   Because I thought earlier just a moment ago you suggested

18 that maybe it wasn't.

19 A   No.  I didn't mean to convey that impression.  That's my

20 understanding from Mr. Koppe.

21 Q   So you used service factor instead of availability factor

22 why?

23 A   No, I didn't use it instead of availability.  I just

24 wanted to look at the relationship, in fact, what the evidence

25 was to see as service factor went up, did generation or

ROSEN – DIRECT/BROOKS          Vol. 6-959

1  capacity factor go up in a similar or proportional manner; and

2  the answer was yes, it did.

3  Q    Okay.  I'm sorry.  I misspoke.

4         May I have Rosen Demonstrative 12.14, please?

5         Again, this project used the 24 months before the

6  project as the baseline; is that right?

7  A    That's correct.

8  Q    And this is relating to the Life Extension project at

9  Beckjord 2, correct?

10 A    That's correct.

11 Q    Again, did you modify your utilization factor for the

12 post-project period?

13 A    Yes, I did.  This modified utilization factor of

14 52 percent was applied to the change in equivalent

15 availability due to the project.

16 Q    Did you do it the same way you did it for Beckjord 1?

17 A    Yes, I did.

18 Q    And again, was it similar circumstances?

19 A    Yes.  The Beckjord 2 unit was also on reserve shutdown for

20 most of several years.

21 Q    Did you analyze the relationship between capacity factor

22 and service factor?

23 A    Yes, I did.

24 Q    Did you make a slide of that?

25 A    Yes, I did.  I made another slide, yes.

ROSEN – DIRECT/BROOKS          Vol. 6-960

1  Q    Could we have --

2        MR. BROOKS:  Your Honor, may I publish Rosen

3  Demonstrative 16?  It's not objected to.

4        THE COURT:  Yes.

5  BY MR. BROOKS:

6  Q    I promise I'll stop with these graphs.

7        Again, what does this show the jury?

8  A    This shows the same thing as the prior.  There is a very

9  nice relationship -- proportional relationship between the

10 service factor and the capacity factor for Beckjord 2.

11 Q    You say that there's a nice relationship.  Over on the

12 right-hand side I see something called "correlation

13 coefficient, 0.982."  What does that mean?

14 A    Well, correlation coefficient is a technical statistical

15 term which basically says for every unit of change in one of

16 the parameters, how well does the change in the other

17 parameter match to it.  And the answer in this case is very

18 well because 98 percent is close to 100 percent, which would

19 be a perfect match in changes between one parameter and the

20 second parameter.

21 Q    Flipping back to Rosen Demonstrative 12.14, I'll just pick

22 up this point here.  What was your projection for the impact

23 of the Life Extension project at Beckjord 2 on emissions of

24 SO2?

25 A    I projected that SO2 emissions would increase by 47 tons

ROSEN - DIRECT/BROOKS          Vol. 6-961

1  per year due to this Life Extension project.

2  Q    And if we could have, please, Rosen Demonstrative 12.15.

3  Again, Dr. Rosen, you appear to have used the 24 months before

4  the project; is that right, as your baseline?

5  A    That's correct.

6  Q    What did you conclude -- let me just make sure the jury

7  sees this.  You did the same thing with the utilization that

8  you did for Beckjord 1 and 2, did you not?

9  A    Yes.  It was the same circumstance, a lot of hours on

10 reserve shutdown there.  The utilization factor had to be

11 modified.

12 Q    Did you check the relationship between service factor and

13 the utilization factor for this project also?

14 A    Service factor and capacity factor, yes.

15 Q    I'm sorry.

16 A    Yes, I did.

17 Q    Get about the same correlation as before?

18 A    Yes, excellent correlation.

19 Q    What was the total amount of SO2 that you projected -- of

20 increased SO2 emissions you projected for Beckjord 2?

21 A    I projected an increase in SO2 emissions of 142 tons per

22 year.

23 Q    If we could quickly show Demonstrative Exhibit 12.16,

24 Dr. Rosen, you can tell the jury what you concluded for NOX on

25 that project.

ROSEN - DIRECT/BROOKS          Vol. 6-962

1  A   For NOX for Beckjord 3 on the Life Extension program, I

2  calculated a forecasted emissions increase of 88 tons per

3  year.

4  Q   Could we have Rosen Demonstrative 12.17?

5       Dr. Rosen, this is your analysis for Beckjord 5, is it

6  not?

7  A   Yes, it is.

8  Q   And you used what baseline?

9  A   Again, the baseline period, the two years immediately

10  prior to the project activity.

11  Q   Now, we're back to the prior usage of the utilization

12  factor being the same in the pre-project period and

13  post-project period, right?

14  A   That's right.  There was no modification needed for this

15  utilization factor.

16  Q   And what was your projected impact on SO2 emissions from

17  the Beckjord 5 condenser tube replacement?

18  A   I projected that SO2 emissions would increase due to this

19  project by 484 tons per year.

20  Q   Could we have Rosen Demonstrative 12.18?

21       Is this your projection for NOX for the same project?

22  A   Yes, it is; and I projected that NOX would increase by 74

23  tons per year.

24  Q   Can I have 12.19, please?  Now, this is for the Beckjord 6

25  condenser tube replacement.  The jury's heard about that.  Did

ROSEN – DIRECT/BROOKS          Vol. 6-963

1  you use the same methodology that you used for Beckjord 5,

2  constant utilization?

3  A    Yes.

4  Q    What estimate did you get as a projected increase for SO2

5  emissions from that project?

6  A    From this project, I forecasted an increase of 200 tons

7  per year.

8  Q    You didn't project a net increase of NOX for that project;

9  is that right?

10  A    That's right.

11  Q    Again, just in case it's been lost in the shuffle, the

12  primary reason for reductions or not seeing more NOX was what?

13  A    Either netting of NOX at the same power station or the

14  installation of NOX burners.

15  Q    Last but not least, if I could have Rosen Demonstrative

16  1220, please.

17        Now, you only projected an increase related to the

18  Miami Fort 5 furnace slope tube and inlet header replacement

19  project -- you only projected an increase for SO2; is that

20  right?

21  A    That's correct.

22  Q    What was that amount?

23  A    That amount was forecasted to be 87 tons per year.

24  Q    Just so we can point it out to the jury here, this

25  project, Miami Fort 5 you handled in the same way that you

ROSEN – DIRECT/BROOKS          Vol. 6-964

1  handled Beckjord 1, 2 and 3 in terms of utilization factor; is

2  that right?

3  A   Yes.  I also modified this utilization factor

4  appropriately.

5  Q   Why would it be appropriate for Miami Fort 5?

6  A   Again, for the same reason, that it was frequently on

7  reserve shutdown.

8  Q   And did you check the relationship between service factor

9  and capacity factor?

10 A   Yes, I did.

11 Q   Again, did you find a correlation?

12 A   Yes, a very excellent correlation.

13 Q   All right.  Thank you.

14     Dr. Rosen, we've been at this for awhile.  I really

15 don't want to wear out my welcome with the court or the jury,

16 but there are a couple of things I want to take you through.

17     Based on your 30 years in the utility industry and

18 specifically, based on your decades of experience with

19 generation planning and reviewing of electric utility

20 projections and reports to public utility commissions about

21 the expected future performance, would knowing that a major

22 component replacement project had the possibility of

23 increasing unit availability suggest the possibility of

24 increased generation?

25     MR. HOPSON:  Objection.  Calls for speculation.

ROSEN - DIRECT/BROOKS          Vol. 6-965

1        MR. BROOKS:  May I respond?

2        THE COURT:  You can rephrase that I think.  You have

3   "possibility" here.  Is that the way you want to leave it?

4        MR. BROOKS:  I used that word, Your Honor; but I'm

5   just asking based on his experience would the -- I'll just

6   rephrase it and make it simpler.

7   BY MR. BROOKS:

8   Q   Based on your experience in this industry, sir, would

9   knowing that unit availability is going to increase tell a

10  reasonable power plant operator anything about what to expect

11  vis-a-vis generation?

12       MR. HOPSON:  Objection.  Assumes facts not in

13  evidence with regard to availability increase.  There is no

14  evidence that a reasonable power plant owner would know about

15  any availability increases.

16       MR. BROOKS:  I would beg to differ, sir, if I might.

17       THE COURT:  Yes.

18       MR. BROOKS:  I believe we've put on extensive

19  testimony that, in fact, a reasonable power plant operator

20  would project increases in availability.

21       MR. HOPSON:  Mr. Koppe projects increases in

22  availability.

23       MR. BROOKS:  I think it will be for the jury --

24       THE COURT:  The question for this witness is how does

25  he know what a reasonable -- in his experience, does he know

ROSEN – DIRECT/BROOKS            Vol. 6–966

1  what a reasonable power operator would think?  Is that the

2  question?

3          MR. BROOKS:  Yes, and I think --

4          THE COURT:  That's what I would like for him to tell

5  us, if he knows and how does he know that.

6          MR. BROOKS:  All right.  Yes, Your Honor.

7  A  I think we dealt with this question actually somewhat

8  earlier when we were discussing --

9          MR. HOPSON:  I'm sorry.  Is the witness answering the

10  previous question where the objection was sustained?

11          THE COURT:  I don't think so.  I would like to have

12  the next question.  I would like to have the question how does

13  he know what a reasonable power plant operator or engineer

14  would respond to these things?  How does he know that.

15          MR. BROOKS:  Yes, Your Honor.

16  BY MR. BROOKS:

17  Q  Dr. Rosen, do you have any basis to tell this jury what a

18  reasonable power plant operator would expect if that power

19  plant operator expected that a repair project or a replacement

20  project at one of its units would, in fact, increase

21  availability?

22          MR. HOPSON:  Same objection.

23          THE COURT:  I think I'll let him answer this

24  question.  Go ahead.

25  A  Well, the way I would know what typical power plant owners

ROSEN – DIRECT/BROOKS          Vol. 6-967

1  or operators would expect is because I've been involved in

2  dozens of utility hearings of a wide variety, as I indicated

3  earlier, throughout the United States.  There are just

4  numerous instances of this issue coming up.  So it's not

5  unusual.  I mean, it's not --

6  Q   I'm sorry.  Would your experience with dispatch modeling

7  at all be relevant to your answer?

8  A   Well, of course.  I said that earlier, that in a dispatch

9  model, if you run the model in a way such that you change the

10 availability, for example, increase the availability of one

11 generating unit, that unit will produce more power.  I mean,

12 that's just the mathematical logic of a dispatch model.  So

13 that's done routinely in the utility industry.

14         MR. BROOKS:  Your Honor, I would now pose my

15 question.

16 BY MR. BROOKS:

17 Q   Dr. Rosen, based on your experience in this industry and

18 your knowledge of dispatch modeling, if a reasonable power

19 plant operator understood that a component replacement project

20 would increase the availability of a coal-fired unit, what

21 should that power plant operator expect to happen to

22 generation?

23         MR. HOPSON:  Objection.  Assumes facts not in

24 evidence, hypothetical.  It's also undisclosed, Your Honor.

25 There's nothing in his opinion about him expressing the views

ROSEN - DIRECT/BROOKS          Vol. 6-968

1  of what a reasonable power plant operator would have thought.

2  His opinion is about what he thinks.

3          THE COURT:  Do you want to respond to that last

4  objection?

5          MR. BROOKS:  Sure, Your Honor.  Yes, Your Honor.  I

6  don't want to belabor this.  It's late.  But the point is that

7  the witness has three decades of experience in the utility

8  industry.

9          THE COURT:  The objection was not that.  The

10 objection was there's nothing in his opinion -- in the opinion

11 that he's already expressed.  In other words, this is

12 something new; that in the give and take with this witness,

13 this is new for the Defendant.  That's what he says.

14         MR. BROOKS:  I guess my response to that, Your Honor,

15 is that I think what this witness has testified to so far is

16 that anybody who understands how power plants works would

17 understand that increasing the unit availability will lead to

18 increased generation.

19         And the only spin I've put on that -- that's from his

20 report, and it's true.  I've added the gloss, assuming that

21 reasonable power plant operators know the same thing that the

22 witness knows.  But if I can't ask the question, I can move

23 on.

24         THE COURT:  I think you can move on.

25         MR. BROOKS:  All right.  Yes, sir.

ROSEN – DIRECT/BROOKS          Vol. 6-969

1  BY MR. BROOKS:

2  Q    Did you in the course of your review of documents produced

3  by Cinergy come across any documents that in your opinion

4  indicate that the company actually expected increases in

5  availability or generation?

6  A    Yes, many.  We just discussed many of them earlier.  There

7  were many documents that indicated that the company expected

8  increases in availability to do –– to various plant Life

9  Extension programs and repairs, and that would lead to

10 increased generation.  That's why they led to lower levels of

11 replacement power.

12 Q    Let me walk through just a couple.

13        Your Honor, I would like to go to Plaintiffs'

14 Exhibit 841.  This document was admitted into evidence

15 previously during the testimony of Mr. Robert Koppe.

16        THE COURT:  Okay.

17        MR. BROOKS:  May I publish it to the jury?

18        THE COURT:  You may.

19        MR. BROOKS:  May I have image 19, please?

20        Okay.  Can we take just the text from the top of this

21 down to the bottom of the text so that people have a chance at

22 being able to read this?

23 BY MR. BROOKS:

24 Q    All right, Dr. Rosen, this document was previously

25 identified and put into evidence and says at the top, "Cinergy

ROSEN - DIRECT/BROOKS          Vol. 6-970

1  Power, Operation Department, Capital Expenditure

2  Authorization."

3          If you'll look down here, it says, "Plan Year" and as

4  you come down, you see the location is Gibson station.  The

5  unit is 2, and the description is, "Replace Unit 2 boiler

6  upper reheat."  Is that one of the projects that you analyzed

7  in this case?

8  A   Yes, it is.

9  Q   Could you read to the jury what the reason for the budget

10 request was?

11         MR. HOPSON:  Objection, Your Honor, cumulative.

12 Mr. Koppe already read to the jury the reason for the budget

13 request?

14         THE COURT:  He did do that.

15         MR. BROOKS:  He did.

16         THE COURT:  Your point for doing this --

17         MR. BROOKS:  Just to refresh the jury's recollection.

18 There's another different point, Your Honor.  I do not intend

19 to replow the ground.

20         THE COURT:  Or as we say in southern Indiana, you

21 don't intend to lick the calf over again?

22         MR. BROOKS:  That would not be my objective, Your

23 Honor.

24         THE COURT:  Let's not do that.

25         MR. HOPSON:  The ground is trampled.

1          THE COURT:  The ground is trampled, and the calf is

2   drowning.

3   BY MR. BROOKS:

4   Q   All right.  I'll move this along then.

5          This is about the upper reheater.  Let's focus then on

6   "economic considerations."

7          Can we blow that up, please?

8          All right.  Dr. Rosen, can you read, "Economic

9   considerations followed in making the budget request" for us?

10  A   "It is predicted that 6 tube leaks per year of four days

11  duration each would be avoided starting in 2002.  Based on the

12  maintenance history, it was estimated that $150,000 in

13  maintenance costs for repairing tube leaks would be avoided in

14  replacing the reheat section.  Based on these predictions, the

15  NPV calculates at $20,607,204, the IRR at 44 percent, and the

16  B/C ratio at 5."

17  Q   What is NPV?

18  A   NPV is net present value.

19  Q   Let's do a little quick arithmetic here, if we could,

20  Doctor.  Six tube leaks per year, four days duration each.

21  How many hours of outage is that?

22  A   That's about 24 days times 24 hours per day.  So you

23  square 24.  It's about 600 hours, about 576 maybe.

24  Q   Why don't we go with 576.  Would you take my

25  representation on that?

ROSEN - DIRECT/BROOKS          Vol. 6-972

1  A    I would indeed.  That sounds like 24 squared.

2  Q    576 hours a year is the expected benefit?

3  A    Yes.  That would be fewer outages.  That's right.  That's

4  one of the benefits of doing this project according to this

5  company document.

6  Q    Gibson's a big station, isn't it?

7  A    Fairly big, yes.

8  Q    It's got absolutely no control over the SO2 emissions?

9  A    Not that I'm aware of.

10 Q    Did you pursuant to my request take a look at your

11 pre-project data --

12        MR. HOPSON:  Your Honor, could I approach the bench

13 before we go forward.

14        THE COURT:  Sure.

15    (A bench conference was held on the record.)

16        MR. HOPSON:  I may be mistaken but I thought Your

17 Honor made a ruling about how pollution evidence was going to

18 come in.

19        THE COURT:  I did I think.

20        MR. HOPSON:  The word pollution was used 38 times in

21 the opening, including phrases like "spew pollution."  Every

22 witness uses "pollution," and we just had a question of

23 whether the SO2 emissions are controlled in this unit.  It's

24 completely contrary --

25        THE COURT:  Where are you going now?

ROSEN - DIRECT/BROOKS          Vol. 6-973

1       MR. BROOKS:  Where I'm going here is that based on

2   the baseline data and the rate of emissions from this, all of

3   which are in the work papers and in the papers we just showed

4   the jury, that any reasonable power plant operator would have

5   known that given the fact that this unit emits at least 4 tons

6   of emissions per hour, you're talking about a massive

7   increase; and they should have been on alert that they've got

8   an emissions increase.

9       THE COURT:  You don't have to give us all those

10  pollution numbers.  You can ask him what the -- if he

11  otherwise qualifies to answer, what the reasonable person or

12  reasonable plant operator would do when faced with that

13  information.  You can do that without embellishing all the

14  rest of it.

15      The whole point of this is so the jury doesn't just

16  get so caught up with indignation that they miss what their

17  task is.

18      MR. BROOKS:  May I respond?

19      THE COURT:  No.  Thank you.

20  *(End of bench conference.)*

21                  *(In open court)*

22  BY MR. BROOKS:

23  Q   Dr. Rosen, what was the total number of hours of operation

24  that we just calculated were expected here in Plaintiffs'

25  Exhibit 841?

ROSEN - DIRECT/BROOKS          Vol. 6-974

1  A   We translated the six tube leaks a year, four days

2  duration into 576 hours of improved availability.

3  Q   Based on all the calculations you've done to date in this

4  case, if you're looking at something on the order of 576 hours

5  of increased operation at a unit like Gibson 2, would you

6  expect that you might cross the significance threshold of 40

7  tons per year?

8  A   Typically, you would, yes.  That would be my expectation.

9  Q   You think that's what a reasonable power plant operator

10  would expect?

11      MR. HOPSON:  Objection, same one.  It's

12  undisclosed -- he didn't disclose --

13      THE COURT:  I've held that -- I've sustained that

14  objection and will again.  Go ahead.

15      MR. BROOKS:  If I may --

16      THE COURT:  Yes.

17      MR. BROOKS:  I would like to turn to Plaintiffs'

18  Exhibit 1357.  This document has been stipulated as authentic

19  and nonhearsay; and I would like to move for its admission,

20  Your Honor.

21      MR. BOXERMAN:  I'm sorry, counsel.  I couldn't hear

22  you.

23      MR. BROOKS:  1357.  I think we have them all in order

24  in the books.

25      MR. BOXERMAN:  Thank you.

ROSEN - DIRECT/BROOKS          Vol. 6-975

1          THE COURT:  Is there an objection?

2          MR. HOPSON:  One second, Your Honor.

3          No, Your Honor.  I don't believe there's a pending

4   objection to this.

5          MR. BROOKS:  May I proceed?

6          THE COURT:  It's admitted.

7     (Plaintiffs' Exhibit 1357 was received in evidence.)

8          MR. BROOKS:  May I publish?

9          THE COURT:  You may.

10          MR. BROOKS:  May we have image 21, please,

11   Plaintiffs' Exhibit 1357?

12   BY MR. BROOKS:

13   Q   Dr. Rosen at the top -- and I'm going to move this as

14   quickly as we can here -- it says, "PSI Energy."  The date is

15   August 5, 1991, "Subject:  Wabash River Unit 2 superheat and

16   reheat tube replacement."  Do you see that?

17   A   Yes, I do.

18   Q   This purports to be from an S.E. Wodtke to a D.M. Zupan.

19   Do you see that?

20   A   Yes, I do.

21          MR. BROOKS:  If I could ask that you highlight the

22   text part, the four paragraphs.

23   BY MR. BROOKS:

24   Q   Let me start with just paragraph 1.  Your voice may be

25   tired, so I'll just read it.

ROSEN - DIRECT/BROOKS          Vol. 6-976

1        "Attached for your approval is the above-referenced

2   work order.  I recommend approval of this work in order to

3   allow for tube replacement that is budgeted as 1992 work."

4        Now, I would like to direct your attention down to the

5   third paragraph.  Can you please read that to the jury, and

6   then I'm going to ask you to explain what you understand it

7   means.

8   A   "Examination of the finishing superheater showed o.d. tube

9   exfoliation, hanger and brace damage as well as significant

10  creep swelling and cracking of the stainless steel tubing.

11  Replacement of this section is predicted from the assessment

12  report to increase the meantime between failures from 1987

13  value of 1,094 hours to a minimum of 18,000 hours.  The

14  economic analysis within the report stated a benefit/cost

15  ratio of 7.1 with a discounted payback period of six years."

16

17  **

18  Q   Let me focus you in here.  It says, "Replacement of this

19  section is predicted from the assessment report to increase

20  the mean time between failures from 1987 value of 1,094 hours

21  to a minimum of 18,000 hours."

22       What does that mean?

23  A   Well, mean time -- another word for "mean" is average.  It

24  means that the failure of the plant for these reasons will get

25  less frequent if you make this repair.  It's only logical that

ROSEN - DIRECT/BROOKS          Vol. 6-977

1  if you make a repair, the plant is likely to breakdown less

2  often.  So it says that the mean time between failures,

3  namely, the time between one failure and the next failure,

4  would go from 1,094 hours, which is about one-eighth of a year

5  to about something over two years.  So it would break down

6  much less often.

7  Q    And in terms of an improvement, is there any improvement

8  that is expected in this operation here, the operation of this

9  unit?

10 A    Yes.  It says that there's an improvement in the economics

11 of the unit with a cost -- or, I'm sorry -- with a

12 benefit/cost ratio of 7.1 to 1, which means the benefits

13 exceed the cost of doing this project by 7 times.

14 Q    And in relationship between the mean time to failure of

15 1,094 hours and 18,000 hours, roughly what kind of an

16 improvement is that?

17 A    That's an improvement of about a factor of 17.

18 Q    So it would be 17 times better than it was before the

19 project?

20 A    Yes.

21 Q    Now, based on just this assessment that the outage is

22 attributable to the superheat and reheat tube replacements

23 would decrease some 17 fold, what would you expect to happen

24 to generation?

25          MR. HOPSON:  Objection, Your Honor.  That question

ROSEN – DIRECT/BROOKS          Vol. 6-978

1  mischaracterizes the document.

2          THE COURT:  I'm going to let him answer.  Go ahead.

3  A   If the availability improves as indicated by this sentence

4  so that there's many fewer outages, then I would expect that

5  generating unit would increase its generation.

6  BY MR. BROOKS:

7  Q   I want to make sure we haven't said anything that's

8  misleading.

9          You're not saying that the whole unit will improve by

10  17 fold, are you?

11  A   Not by 17 fold, no.  You have to do the exact calculation;

12  but whatever the numbers imply in terms of the increment of

13  availability times the utilization factor, that would give you

14  increased generation.

15  Q   So we're talking about a component -- this component --

16  just component-related outages improving?

17  A   Yes.  That would cause a change in the overall equivalent

18  availability factor for the unit, which would cause an

19  increase in generation.

20          MR. BROOKS:  Your Honor, I would like to now turn to

21  Plaintiffs' Exhibit 1319, which was previously admitted in the

22  testimony of Mr. Mike Hekking.

23          THE COURT:  All right.

24          MR. BROOKS:  May I publish it?

25          THE COURT:  Yes.

ROSEN – DIRECT/BROOKS          Vol. 6-979

1          MR. BROOKS:  Image 22.

2    BY MR. BROOKS:

3    Q   Dr. Rosen, the jury's already heard about this.  This is a

4    document labeled "Public Service Indiana Wabash River 2 Plant

5    Life Extension and Assessment Evaluation."  It says, "Volumes

6    1 and 2, executive summary, summary recommendations and

7    economic analysis."

8          I would like to direct your attention to what is

9    marked as page 2.1-151, but it's our image 22.2.

10          Can we blow that up, here?

11          MR. BOXERMAN:  What's the Bates number?

12          MR. BROOKS:  Yes, may I respond?

13          THE COURT:  Yes.

14          MR. BROOKS:  What I've got is WR000768.

15          Do you have those Bates numbers --

16          MR. HOPSON:  Yes, we have those.

17          MR. BROOKS:  Let's give counsel a moment to find the

18   page.  It's a big doubt.

19          MR. BOXERMAN:  Thank you.  We've got it.

20   BY MR. BROOKS:

21   Q   All right.  Under "benefits," what does it say, bullet

22   No. 1?

23   A   It says, "For the benefits of this project 1, availability

24   gain due to improvement of MTBF from current value of 1,367

25   hrs," which is hours, "to 12,000 hrs," which is also hours,

ROSEN – DIRECT/BROOKS            Vol. 6-980

1  "for the next eight years."

2          MR. HOPSON:  We would object again, Your Honor, on

3  the grounds of cumulative.  We've also heard this from

4  Mr. Koppe.

5          THE COURT:  I think we did, but I'm going to let this

6  witness go ahead with his point.

7          Go ahead, sir.

8  BY MR. BROOKS:

9  Q   Just quickly, what does "MTBF" stand for?

10 A   Mean time between failures; what we were just talking

11 about earlier.

12 Q   What's the import of this sentence here?

13 A   This sentence says that the company clearly expected the

14 availability to improve due to this project by a significant

15 amount.

16 Q   And to get a present value, which is the term that's

17 directly under where you just read, a present value of

18 $6,241,000, would somebody have to calculate the generation

19 attributable to the project?

20 A   Yes.  In order to calculate the cost and benefits in

21 dollars, the availability gain had to be translated into a

22 change in generation.

23 Q   And if you know the change in generation, is it difficult

24 to calculate the change in emissions?

25 A   No, it's very easy.

ROSEN – DIRECT/BROOKS          Vol. 6-981

1  Q   If I could, I would like to turn to Plaintiffs'

2  Exhibit 1277.  This document was ruled as admissible.

3         THE COURT:  Go ahead.

4         MR. BROOKS:  May I have permission to publish?

5         THE COURT:  You may.

6         MR. BROOKS:  I would like to move it into evidence,

7  please, Your Honor.

8         THE COURT:  There were no objections to this one, you

9  say?

10        MR. HOPSON:  No objection.

11        THE COURT:  It's admitted.

12    *(Plaintiffs' Exhibit 1277 was received in evidence.)*

13        MR. BROOKS:  It should be image 25, Your Honor.  I'm

14  sorry.

15  BY MR. BROOKS:

16  Q   This is a memo dated April 4, 1989.  It says Wabash River

17  Unit 3.  It is a boiler retube.

18        Is this one of the projects you analyzed, Dr. Rosen?

19  A   Yes, it is.

20  Q   Again, this is from an S.E. Wodtke to a B.R. Orender; do

21  you see that?

22  A   Yes.

23  Q   What is the basic nature of this memo?

24  A   This memo also summarizes the cost and benefits of

25  carrying out this project.

ROSEN – DIRECT/BROOKS          Vol. 6-982

1  Q   I would like to turn to page 2 of that document, please,

2  just the next image.  We see up here that there are some

3  estimated costs and down below that, what we see is some text.

4  I would like to highlight the text.

5       Could you just read that for the jury, please, the

6  first little paragraph there?

7  A   "The following justification is based on available GADS

8  data for tube failures and lost generation.  The 1989 economic

9  evaluation guide was used for replacement power costs,

10 escalation rates, discount rates and levelized fixed charge

11 rates."

12 Q   Now, is that 1989 economic evaluation guide similar to the

13 one we went through, the 1991 economic evaluation guide?

14 A   I believe it is.  I believe it's very similar.

15 Q   All right.  Could you read the next paragraph for the

16 jury, please?

17 A   "Tube failure rates are assumed to be a linear 10 percent

18 escalation as opposed to a square function in the assessment

19 economic analysis.  Lost generation is assumed to increase

20 7.5 percent as reflected in the following formula."

21 Q   Before you get to the formula, can you put that into

22 English for everybody?

23 A   Well, I'll try.  The lost generation they're talking about

24 is generation lost because of the problem, the component

25 related outages and failures in the pre-project period, of

ROSEN – DIRECT/BROOKS          Vol. 6-983

1  course.  This is talking about what happened before the

2  project was done because it hadn't been done yet.

3       So they are projecting that lost generation –– if the

4  project wasn't done –– would continue to increase and, in

5  fact, grow at this 7 1/2 percent, I believe it's per year is

6  what they mean, that things would get worse and worse and

7  worse if the repair wasn't done at 7 1/2 percent a year.

8  Q  Dr. Rosen, for reasons I cannot explain, this document was

9  broken up into three different pieces in our exhibit list.  So

10 I'm going to ask to be able to show the jury Plaintiffs'

11 Exhibit 1279, which I will represent to the Court is one of

12 the attachments to Plaintiffs' Exhibit 1277.  It is referred

13 to in there, and let's see, where are we?

14      I believe this document –– the stipulation status on

15 this, Your Honor, is that it was agreed to be both authentic

16 and not hearsay.

17          MR. HOPSON:  Can I see the document?

18          MR. BROOKS:  Yes.  It's 1279.  I'm sorry.

19          MR. HOPSON:  Is counsel representing that this is

20 attached to the prior memo in some fashion?

21          MR. BROOKS:  Yes, Your Honor.  This document –– I

22 wouldn't expect the Court to recall this; but in the

23 objection –– the initial objection to 1277, the Defendants'

24 objection was that it wasn't a complete document.  Plaintiffs'

25 Exhibits 1277, 1278 and 1279 are part and parcel of the same

ROSEN - DIRECT/BROOKS          Vol. 6-984

1  document.

2        Again, I don't know why we managed to give them each

3  their own exhibit number; but 12 --

4        MR. HOPSON:  I wish I had heard about this before,

5  but you're moving 1279?

6        MR. BROOKS:  Yes.  If you would like, I could move

7  1278; and we could have a complete document.  Or I could move

8  it for conditional admission, Your Honor.  And if there turns

9  out to be a problem with the document, then, of course, we

10 would withdraw it.

11       MR. HOPSON:  The problem I have here, Your Honor, is

12 this wasn't on the contested exhibit list.  So I'm a little

13 bit taken aback here; but 1279 does appear to be a Cinergy

14 document.

15       We'll go ahead.  We'll withdraw our objection.

16       THE COURT:  1279 is admitted.

17       MR. BROOKS:  Thank you, Your Honor.

18       *(Plaintiffs' Exhibit 1279 was received in evidence.)*

19       Can we publish Exhibit 1279, which is your image

20 No. 27?

21 BY MR. BROOKS:

22 Q   Dr. Rosen, I would like to just draw your attention if I

23 could to the upper left-hand corner -- yeah, right there and

24 then down.  Keep going.  There.  That's good.

25       I apologize for the quality of this.

ROSEN – DIRECT/BROOKS                    Vol. 6–985

1        What is this box?

2   A   Well, this little box is entitled "Replacement Power

3   Cost," and it says "superheat period," and then it has

4   megawatt hours –– if I can read it correctly –– per year.  It

5   says 15,604.

6        Then it says, looks like "reheat megawatt hours per

7   year, 12,727;" and total hours, 28,331 if I got that correct.

8   Q   What does that relate to?

9   A   I assume this relates to ––

10        MR. HOPSON:  Objection, Your Honor, speculation.  He

11   assumes it relates to something.

12   BY MR. BROOKS:

13   Q   Do you have a basis to opine on what this relates to?

14   A   Well, it's in the corner of this spreadsheet.  My

15   assumption is that it's an input to the spreadsheet.

16        MR. HOPSON:  Same objection.  It's all assumptions.

17        THE COURT:  I'm going to let him testify to that.

18        Go ahead.

19   BY MR. BROOKS:

20   Q   Dr. Rosen, based on your review of Plaintiffs'

21   Exhibit 1277, can you tell the jury what you understand this

22   number to be?

23        Maybe we should put it in the context of the whole

24   spreadsheet and you can just explain it.

25   A   Well, as I said, I think it's an input to the spreadsheet

ROSEN – DIRECT/BROOKS                Vol. 6-986

1  that calculates the cost and benefits of this project.  The

2  assumption is that there would be over 28,000-megawatt hours

3  of replacement power needed if the project were not carried

4  out.  So with the project carried out, you wouldn't have to

5  replace that much power.

6  Q   Now, the memo that we looked at a moment ago was dated

7  1989.

8        What's the first year addressed on this spreadsheet?

9  A   1989 is the first year of the spreadsheet that looks at

10  the costs and benefits.

11  Q   You understand -- are you able to determine whether the

12  first year then is using a historic number; that is, outages

13  that have already occurred?

14  A   I can't be sure.  I assume it does, but I can't be sure.

15        MR. HOPSON:  Again, Your Honor, he's assuming.

16        THE COURT:  And he didn't testify either.  I think

17  we'll quit for the day.

18        MR. BROOKS:  Yes, Your Honor.

19        THE COURT:  I'll see you at 8:00 o'clock in the

20  morning, ladies and gentlemen.  I want to chat with these

21  lawyers and I'll just stay in here and chat for awhile.

22        COURT CLERK:  All rise.

23    (Jury out.)

24        THE COURT:  You can step down, Dr. Rosen.

25                    (Witness excused.)

Vol. 6-987

1          THE COURT:  You can be seated.

2          I just want to mention a couple things.  Yesterday --

3    or this morning I guess, I heard somebody say this was your

4    last live witness?

5          MR. BROOKS:  Yes, Your Honor.

6          MS. HIMMELHOCH:  Yes, Your Honor.

7          THE COURT:  So we're going to be doing depositions

8    for awhile; is that it?

9          MS. HIMMELHOCH:  Yes.  That's what remains of

10   Plaintiffs' evidence.

11         THE COURT:  In terms of your time, how are we doing

12   in terms of your time?

13         MS. HIMMELHOCH:  We said 10 days.  We think we'll be

14   done the end of tomorrow or the next day.

15         MR. GREEN:  We didn't know exactly the timing.  Can I

16   release any witness that I was going to have ready tomorrow on

17   this representation that we won't --

18         THE COURT:  Looks like we've got plenty to do

19   tomorrow.

20         MS. HIMMELHOCH:  There is a possibility we'll end

21   early, but not dramatically early.

22         MR. GREEN:  I wouldn't want to put someone on and

23   start his direct and then have five days --

24         THE COURT:  I agree.  So I guess it won't be

25   dramatically early when we go home.  He hasn't cross-examined

Vol. 6-988

1 the witness yet, and you've got a bunch of things to read.  I

2 expect we'll be closing dramatically early at five of two, I

3 guess.

4        I'll look over the stuff you gave me today and I'll

5 make an attempt to rule on all that.  If I need any

6 conversation about it, we can take it up five minutes or so

7 before the --

8        MR. GREEN:  You're talking about the notice of filing

9 much undisputed facts?

10        THE COURT:  Yes.

11        MR. GREEN:  If you're in the mood to entertain

12 conversation --

13        THE COURT:  You're not suggesting the Court is moody,

14 are you?  Surely not.

15        MR. GREEN:  Surely not.

16        THE COURT:  Do you want to do that now?  We can do

17 that now.

18        MR. GREEN:  I'm happy to.

19        THE COURT:  Okay.

20        You're ready, aren't you?

21        MS. HIMMELHOCH:  Yes, Your Honor.

22        MR. GREEN:  A couple of quick points about this if

23 you look at it.  You know, this came out of a ruling that you

24 made on certain projects with respect to whether or not they

25 qualified as RMRR.  This notice of filing of undisputed facts

Vol. 6-989

1  and deposition designations -- let me get to the attachment

2  here.

3        Once you start beyond numbers 1, 2 and 3, everything

4  else here has just been testified to I would say repeatedly;

5  and we're in trial in the liability phase.  There's not one

6  fact here from numbers 4 through 57 that the Government has

7  not elicited testimony on.  If this was going to be

8  undisputed, I don't know why we've been here for over a week

9  listening to these witnesses; but this is not only redundant,

10  cumulative; but I don't think the Court should be putting

11  its -- respectfully, sir -- be putting its imprimatur to this

12  after it's all been presented in the Government's case and the

13  defense case hasn't even started.

14        Furthermore, in your order itself, you said that the

15  Court finds that it is probably necessary to convey to the

16  jury some of the background information.  In other words,

17  jurors need some context about a project size, purpose, et

18  cetera, in order to determine for themselves whether a

19  reasonable owner or operator should have anticipated that the

20  project would result in significant net emissions increases.

21        I would say that that -- that your intention has been

22  eclipsed by all of the evidence in the case; through the

23  mouths of the Government's witnesses, they have been given a

24  great deal of information about this -- what is described in

25  your order, sir, as background information.  I think -- I

Vol. 6-990

1   think basically we've moved beyond this in so many words.

2          Now, as to numbers 1, 2 and 3, I think that that

3   really starts to invade the province of the jury.  Certainly

4   the entire defense of Cinergy is predicated on the fact that

5   we did not indeed make a prediction.

6          I said in my opening statement that we didn't make a

7   calculation, an arithmetic calculation.  Our witnesses will

8   testify how they made their prediction; why they didn't make

9   an arithmetic calculation; and that whole subject matter is

10  going to be before the jury for their assessment and their

11  ultimate decision.

12         No. 3 is particularly offensive, I believe.  Cinergy,

13  while aware of the tests that the EPA was using -- I mean, the

14  evidence is that these projects were over and done with by

15  14 -- or 15 years on the long side until kind of right before

16  these gentlemen who we've heard testimony from devised their

17  formula in brainstorming sessions.  So it's' inconceivable how

18  the Government can say that Cinergy was aware of the test and

19  want you to put your imprimatur on that and treat that as an

20  undisputed fact.  That's very much in contention; and it will

21  be clearly one of the issues that the jury is asked to discuss

22  and deliberate on.

23         So I think that it would be inappropriate and

24  unnecessary to have any undisputed facts read to the jury that

25  emanate out of your consideration of certain RMRR projects.

Vol. 6-991

1          THE COURT:  Thank you.

2          MS. HIMMELHOCH:  Respectfully, Your Honor, we are not

3  requesting that the Court place its imprimatur on these facts.

4  We have gone to lengths to confine ourselves to your order.

5  However, you did find that these are undisputed facts; and

6  Mr. Green and his colleagues have spent a great deal of time

7  trying to challenge our witnesses' testimony regarding these

8  facts; and as they are the law of the case, we feel we are

9  entitled to have them identified as undisputed facts for

10  purposes of this action.

11          These were litigated and decided.  The day has passed

12  for them to dispute these facts, and we respectfully request

13  that given their continued intention to challenge these

14  established facts we be permitted to read them as undisputed

15  facts.

16          We will make no reference to the summary judgment

17  ruling.  We will simply read them as undisputed facts.  We had

18  intended not to read the facts, but simply rely upon witness

19  testimony so as to avoid their concern about singling these

20  facts out.  However, they had indicated an intent to dispute

21  what are by law undisputed facts.

22          MR. GREEN:  These undisputed facts go --

23          THE COURT:  Excuse me a second...

24          MR. GREEN:  These so-called undisputed facts, for

25  purposes of your ruling, all go to when you were considering

Vol. 6-992

1  whether these projects qualified --

2         THE COURT:  No offense, Mr. Green; but I think I've

3  heard enough on this, and I'll let you know -- well,

4  ordinarily there's only a couple of ways to get the Court to

5  read -- or to have the Court allow undisputed facts.  One is

6  admissions, and there are a couple others.

7         Frankly, I don't think I've ever heard of anybody

8  saying that when I make findings in the course of the case in

9  a summary judgment that those can be read to the jury as

10  undisputed facts.  And I'm not going to do that.  So...

11         MS. HIMMELHOCH:  Thank you, Your Honor.

12         THE COURT:  I'll go over the -- yes?

13         MR. HOPSON:  In short, Your Honor, I promise you 10

14  seconds.  I'm just going to make a request to protect my

15  record for the reasons I said at the bench.

16         There have been repeated references to pollution,

17  spewing pollution, et cetera.  I would like the Court to

18  consider giving a corrective instruction tomorrow morning.

19         MS. HIMMELHOCH:  Your Honor, this is a pollution

20  control case.

21         THE COURT:  It is, but I would still consider it.

22         MS. HIMMELHOCH:  Thank you, Your Honor.

23         THE COURT:  All right.  I'm trying to think if

24  there's anything else I needed from you.

25         If their case is over tomorrow, when is your case

Vol. 6-993

1  over?

2          MR. GREEN:  Quickly.

3          THE COURT:  Next week?

4          MR. GREEN:  Yes.

5          THE COURT:  All right.  Thank you very much.

6          COURT CLERK:  This court stands in recess until 8:00

7  o'clock tomorrow morning.

8          *(The proceedings concluded at 2:15 p.m.)*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   CERTIFICATE OF REPORTER

2

3     I, Cathy Jones, certify that the foregoing is a true and

4 correct transcript of the proceedings in the above-entitled

5 matter.

6

7

8

9

10                       _____

                       CATHY JONES, RPR, FCRR

11                       OFFICIAL COURT REPORTER

12

13

14

15

16

17

18

19

20

21

22

23

24

25