IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:99-cv-01693-LJM-JMS |
| ) | |
| CINERGY CORP., et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' TRIAL BRIEF**

# Exhibit C

**(Excerpts from Deposition of Roger Harszy, Sept. 16, 2008)**

Page 1

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF INDIANA
                INDIANAPOLIS DIVISION


----------------------------X
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
STATE OF NEW YORK, STATE OF  )
NEW JERSEY, STATE OF         )
CONNECTICUT, HOOSIER         )
ENVIRONMENTAL COUNCIL, and   )
OHIO ENVIRONMENTAL COUNCIL,  )
                             )
   Plaintiff-Intervenors,    )
                             )
            -v-              ) CIVIL ACTION NO.
                             ) 1:99-cv-1693-LJM-JMS
CINERGY CORP., PSI ENERGY,   )
INC., THE CINCINNATI GAS &   )
ELECTRIC COMPANY, and        )
CINERGY SERVICES, INC.,      )
                             )
            Defendants.      )
----------------------------X
```

DEPOSITION OF ROGER C. HARSZY

The deposition upon oral examination of

ROGER C. HARSZY, a witness produced and sworn before

me, Melanie S. Goodes, Notary Public in and for the

County of Hamilton, State of Indiana, taken on behalf

of the Plaintiff at the offices of Midwest ISO 720 City

Center Drive, Carmel, Indiana, on September 16, 2008,

at 1:35 p.m., pursuant to the Federal Rules of Civil

Procedure.

28228fb7-3aed-400c-83c6-0019e6b8c599

```
 1                        APPEARANCES
 2   FOR THE PLAINTIFF:
 3        Phillip Brooks, Esq.
 4        Danielle Rosengarten, Esq.
 5        DEPARTMENT OF JUSTICE
          Environmental & Natural Resources Division
 6        Environmental Enforcement Section, ENRD
          PO Box 7611
 7        Ben Franklin Station
          Washington DC 20044-7611
 8
 9   FOR THE DEFENDANT DUKE ENERGY:
10        Robert R. Clark, Esq.
11        TAFT STETTINIUS & HOLLISTER
          One Indiana Square, Suite 3500
12        Indianapolis, IN 46204
13        Julie L. Ezell, Esq.
14        DUKE ENERGY CORPORATION
          1000 East Main St.
15        Plainfield, IN 46168

16
     FOR MIDWEST ISO:
17
          Ana M. Alfonso Pallikan, Esq.
18
          Corporate Counsel, Midwest ISO
19        PO Box 4202
          Carmel, IN 46082
20
21   ALSO PRESENT:         Matt Kahal (via telephone)
22
23
24
25
```

Page 34

1        one through six?
2   A.   Yes.
3   Q.   And Wabash one is not operated by Duke Energy of
4        Indiana, correct?
5   A.   I believe that's correct.
6   Q.   Do you have any estimate of the reliability
7        requirements from Wabash units two through six in
8        order to avoid any reliability problems during the
9        summer peak?
10  A.   Under summer peak conditions, at this time we do
11       need all the generation available from units two,
12       three and five.
13  Q.   What about from four and six?
14  A.   As well.
15  Q.   Just so I'm clear on Midwest ISO's position, is it
16       Midwest ISO's position that capacity from units
17       two, three, four, five and six is required during
18       summer peak?
19  A.   Yes.
20  Q.   And approximately what is the duration typically of
21       the summer peak in Terre Haute?
22  A.   In what we would consider peak conditions would be
23       temperatures at or about 90 degrees in the Terre
24       Haute area.
25  Q.   Would you expect that an engineering study of

1  Q. Would the engineering study that we've talked
2     about, in terms of a reliability study of the
3     impact of shutting down one or more units at the
4     Wabash River station, would that study also
5     consider additional transmission resources as an
6     option?
7  A. Yes.
8  Q. Other than during summer peak events, what, if any,
9     impact would there be on customers, end users of
10    power, if Wabash River generating station units
11    two, three and five were permanently retired?
12 A. Based on the operating experience that we've had,
13    the customers are at risk during summer peak
14    conditions.
15 Q. And that's the only time?
16 A. At this point in time, yes.
17 Q. Is it the case that the summer peak generation
18    reliability issues could also be addressed by
19    installation of combustion turbines at or near the
20    Wabash station?
21 A. That would be an option.
22 Q. If a member of the Midwest ISO that owned
23    generating assets decided to retire a unit without
24    giving full six-months notice, what is your
25    understanding of the repercussions under the