1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
2                   INDIANAPOLIS DIVISION

3

    UNITED STATES OF AMERICA,        )
4          Plaintiff,                )
                                     )
5   STATE OF NEW YORK, STATE OF      )1:99-cv-1693-LJM-JMS
    NEW JERSEY, STATE OF CONNECTICUT,)
6   HOOSIER ENVIRONMENTAL COUNCIL    )
    and OHIO ENVIRONMENTAL           )
7   COUNCIL,                         )
           Plaintiff-Intervenors,    )Indianapolis, Indiana
8                                    )February 2, 2009
              -vs-                   )8:00 a.m.
9   CINERGY CORP., PSI ENERGY, INC., )
    and THE CINCINNATI GAS &         )Volume 1
10  ELECTRIC COMPANY,                )
           Defendants.               )

11

12

13

14                      **BEFORE THE**
                **HONORABLE LARRY J. McKINNEY**

15

16          OFFICIAL REPORTER'S TRANSCRIPT OF

17               TRIAL PROCEEDINGS

18

19

20  Court Reporter:    Cathy Easley Jones, RPR, FCRR
                       Official Court Reporter
21                     46 East Ohio Street, Room 291
                       Indianapolis, IN  46204

22

23

24

25       PROCEEDINGS TAKEN BY MACHINE SHORTHAND
            COMPUTER-AIDED TRANSCRIPTION

1                    **A P P E A R A N C E S**

2

3    FOR THE PLAINTIFF:            Mr. Justin A. Savage
                                  Mr. Phillip Brooks
4                                 Mr. Jason A. Dunn
                                  Ms. Jennifer A. Lukas-Jackson
5                                 Mr. Myles E. Flint, II
                                  Mr. Thomas A. Benson
6                                 Mr. Brent Marable
                                  U.S. DEPARTMENT OF JUSTICE
7                                 P.O. Box 7611
                                  Ben Franklin Station
8                                 Washington, DC  20530

9

     FOR THE DEFENDANTS:          Mr. Mark D. Hopson
10                                Mr. Frank R. Volpe
                                  Mr. Samuel B. Boxerman
11                                Ms. Kathryn B. Thomson
                                  Ms. Meghan Delaney Berroya
12                                SIDLEY AUSTIN LLP
                                  1501 K Street, NW
13                                Washington, DC  20005

14

15

16

17

18

19

20

21

22

23

24

25

1              I N D E X   O F   W I T N E S S E S

2                                              PAGE
  For Plaintiffs:

3

4  JOEL SCHWARTZ
   Direct Examination by Mr. Brooks ...............38
5  Cross-examination by Mr. Volpe ................96
   Redirect examination by Mr. Brooks ...........107
6

7  LYLE CHINKIN
   Direct Examination by Mr. Savage .............109
8  Cross-examination by Mr. Boxerman ............179
   Recross-examination by Mr. Savage ............209
9  Recross-examination by Mr. Boxerman ..........213
   Redirect examination by Mr. Savage ...........216
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    I N D E X   O F   E X H I B I T S
                                              PAGE
2    Plaintiffs' Exhibit No.:

3    1900 ........................................109
     1906 ........................................46
4    1911 ........................................51

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1     *(In open court)*

2          THE COURT:  You may be seated.  Good morning.  I

3    think we all know why we're here.  I think I said that I would

4    entertain an opening statement.  Somebody talked me into that.

5    I don't know who it was.  I think you did.

6          MR. VOLPE:  I'm sorry, Judge?

7          THE COURT:  I think you talked me into having an

8    opening statement.

9          MR. VOLPE:  I think we all did.

10         THE COURT:  No, I think it was you.

11         MR. HOPSON:  Your Honor, might I raise just one

12   preliminary issue that's going to affect the scheduling?  We

13   got an e-mail from the Plaintiffs at 6:24 on Friday

14   identifying a new witness by the name of Jack van Kuiken who

15   Plaintiffs say is a rebuttal witness, and I'm reading from the

16   e-mail now.  If called, Mr. van Kuiken would respond to the

17   evidence presented by Cinergy about its ability to shut down

18   or minimize a generation from the Wabash River units.

19         It's a little bit out of time.  As I understand it,

20   again, this is the only disclosure I have from last Friday --

21   Mr. van Kuiken is going to be responding to a witness from

22   MISO.  MISO is the Midwest Independent System Transmission

23   Operator that we'll probably call Thursday.  I don't know how

24   this is going to work.

25         Mr. Brooks -- and I accept what Mr. Brooks tells me.

6

1  Mr. Brooks tells me that he doesn't know right now what

2  Mr. van Kuiken is going to say and he can't know until after

3  the witness takes the stand.  That's a little bit problematic

4  in terms of the Court's orders and in terms of the Court's

5  discovery and in terms of the rules, frankly.

6          So for that reason I'm going to move right now to

7  strike Mr. van Kuiken as a late disclosed witness.

8          THE COURT:  I'll tell you what we'll do.  I would

9  like to get some evidence in today.  As soon as the day is

10 over today, we'll take up the argument on Mr. van Kuiken; and

11 we'll have some representation as to a little more specificity

12 of to what Mr. van Kuiken would say and what you anticipate

13 the need for rebuttal would be.

14         Mr. Green is not with us today?

15         MR. HOPSON:  No, sir.  He's in Puerto Rico, as

16 you'll recall.

17         THE COURT:  Basking in the sun?

18         MR. HOPSON:  Picking a jury this morning.

19         THE COURT:  So it goes.  All right.

20         MR. SAVAGE:  Good morning, Your Honor.  Before we

21 begin, the Plaintiffs have one preliminary matter.  We have

22 agreed with Cinergy to waive the rule against witnesses in the

23 courtroom subject to Your Honor's permission.

24         THE COURT:  Sure.  That's fine with me.  Thank you,

25 Your Honor.  My name is Justin Savage and I'm here on behalf

1  of the United States.  I'm here on behalf of the Plaintiffs,

2  United States of America.  With us at counsel table is Brent

3  Marable.  He's the chief for the Air Enforcement and

4  Compliance Assurance Section for Indiana and Illinois at

5  Region 5 of the U.S. Environmental Protection Agency.  Also at

6  counsel table are Phillip Brooks, Tom Benson, Jason Dunn,

7  Myles Flint and Jennifer Lukas-Jackson.

8       We appreciate the opportunity to make a brief

9  opening statement; which I'll make on behalf of the United

10 States and the Plaintiff-Intervenors, the states of New York,

11 Connecticut, New Jersey, Hoosier Environmental Council and the

12 Ohio Environmental Council.

13      Your Honor, Plaintiffs respectfully submit that this

14 remedy trial is about ensuring that Duke begins complying with

15 federal laws that apply to every other company.  It is also

16 about protecting public health and the environment, and is

17 about requiring Duke to mitigate the harm and the hundreds of

18 thousands of tons of emissions resulting from illegal

19 modifications.  Duke's view of the appropriate remedy differs

20 drastically from Plaintiffs.

21      Your Honor has the trial briefs and I won't waste

22 your time going through all of that except to hit upon a few

23 key points.  However, this trial should not be about

24 accommodating Duke's preexisting business plans or strategies,

25 nor is this trial about risking turning the lights off in

1 Terre Haute as Duke will likely argue.  Rather, the evidence

2 will show Duke has no reason why it cannot promptly come into

3 compliance with the law compared to the time that it would

4 prefer based on its current business plan.

5         The proof at this trial will involve four issues in

6 Plaintiffs' view:

7         1.  The violations found by the jury at the Wabash

8 River plant focusing only on what is relevant to the remedy

9 phase.

10         2. The harm to the health.

11         3.  The appropriate remedy for the Wabash River

12 violations; and

13         4.  A separate violations of particulate matter

14 found by this court at the Beckjord plant in Ohio.

15         Briefly, the violations.

16         As the Court knows, the jury found that Cinergy, now

17 operating as Duke Energy, violated the New Source Review

18 requirements of the Clean Air Act in conducting life extension

19 products at units 2, 3 and 5 of the Wabash River generating

20 station.

21         The United States and Plaintiff-Intervenors propose

22 a remedy of promptly controlling or shutting down these units,

23 mitigating their illegal emissions.

24         In contrast, Duke wants the Court to accommodate a

25 schedule years away that hues more closely to its business

1  plan.  In weighing these competing remedies, Plaintiffs

2  respectfully submit that the company's degree of culpability

3  is an important threshold question.  In that regard, consider

4  the company's own sworn testimony in an exhibit that has been

5  stipulated as admissible and that will come offered into

6  evidence.  Let's turn to image 1.

7           Your Honor, this is Plaintiffs' Exhibit 1959.  This

8  is the prefiled testimony that PSI, Cinergy's predecessor,

9  gave under oath to the Indiana Utility Regulatory Commission

10 in a 1989 rate making proceeding.

11          Image 2, please.

12          This is the same exhibit.  This shows the testimony

13 of one of those folks who testified on behalf of PSI,

14 Mr. James Barnes, who was then dean of Indiana University

15 School of Public Environmental Affairs.

16          Mr. Barnes testified in July 1989, while the WEPCo

17 applicability determination was on appeal in the 7th Circuit,

18 as the Court is well aware, EPA concluded in the WEPCo

19 determination that life extension at another coal fired power

20 plant triggered New Source Review.  Mr. Barnes specifically

21 warned that PSI's Life Extension projects such as those at the

22 Wabash River plant that we're talking about today could

23 trigger New Source Review.

24          Referring to the Webco decision, Mr. Barnes

25 testified -- and you'll see this on the bottom here of the

1  screen -- and if we could have a split screen with the next

2  image, please?

3           He says here, if EPA is upheld, a significant

4  question would be raised -- he's referring to the WEPCo

5  determination -- a significant question would be raised as to

6  PSI's ability to repair or replace deteriorated equipment that

7  affects an existing facility's efficiency, availability or

8  liability, or restores operating capacity without having to

9  install additional control equipment, including in some cases

10 scrubbers.

11          In that PSI has plans to refurbish some of its

12 existing stations.  This is a significant concern.

13          Image 3, please.

14          This is part of the same exhibit, Plaintiffs'

15 Exhibit 1959.

16          Right after Mr. Barnes in the prefiled testimony to

17 the Indiana Utility Regulatory Commission, Mr. Gerald Raley

18 provided his testimony.  He was the director of PSI's

19 environmental programs.  Mr. Raley warned that the WEPCo

20 determination -- and I'm reading from the last sentence here,

21 "could result in retirement or scrubber installation in older

22 units which are candidates for refurbishment."

23          Despite this knowledge of the risks, as indicated by

24 the testimony of Mr. Raley and Mr. Barnes, the company took a

25 calculated business risk and went ahead with the Wabash River

1 Life Extension projects that we're here to discuss today.

2          Now, let's briefly turn to the harm that resulted

3 from the violations at the Wabash River plant.

4          These violations harmed public health and

5 environment Plaintiffs respectfully submit.

6          Image 4, please.

7          This is part of Plaintiffs' Exhibit 2133, which will

8 come in through deposition designation testimony of Mr. Carey

9 Secrest.

10          Your Honor, this is a picture of the Wabash River

11 plant, which shows that units 2 through 6 of the plant feed

12 into a common smoke stack, as do the rest of the pictures in

13 Plaintiffs' Exhibit 2133.

14          Dr. Phyllis Fox, an engineer with 30 years of

15 experience in the air pollution control field, will testify

16 about the amount of illegal or excess emissions of sulfur

17 dioxide known as SO2, and nitrogen oxide known as NOX, that

18 left the smoke stack at Wabash River.

19          She will testify that since the time of the

20 violations, there have been about 400,000 tons of illegal SO2

21 emitted from Wabash River units 2, 3 and 5, and about 50,000

22 tons of NOX illegally emitted.  Let's give those figures some

23 context.

24          One year of illegal SO2 emissions from units 2, 3

25 and 5 is equivalent to the yearly emissions of all 324,000

1  heavy-duty diesel trucks registered at Indiana, Kentucky and

2  Ohio combined.

3          Let's talk about the adverse effects of those

4  illegal emissions from the Wabash River plant.  The excess SO2

5  and NOX emissions from the Wabash River plant form other

6  pollutants in the atmosphere, specifically, fine particles.

7  These fine particles are known as PM -- all caps -- 2.5

8  because they are smaller than 2.5 microns in diameter.  As a

9  result, these fine particles lodge deep in the human lung.

10          The excess NOX emissions from Wabash River, also

11  contribute to the formation of what's called ground level

12  ozone, commonly known as smog.

13          You'll hear from Dr. Joel Schwartz, professor at the

14  Harvard school of Public Health, probably the leading

15  authority in the world on the effects of air pollution on

16  health.  He'll testify about the public health effects of

17  PM2.5 in ozone, including the chronic effects from long-term

18  exposure.

19          Dr. Schwartz will explain, for example, that the

20  greater the concentration of PM2.5, the greater the effect on

21  public health.  Conversely, the greater the reduction in

22  PM2.5, the greater the improvements in public health.

23  Dr. Schwartz's conclusions represent the consensus reached

24  among mainstream medical and public health organizations.

25          In addition, the excess emissions from the Wabash

1 River plant contribute to PM2.5 and ozone pollution in Indiana

2 and downward states, including areas where EPA has already

3 determined that the air is unhealthy and, therefore, those

4 areas have been specifically designated as non-attainment

5 areas for the National Ambient Air Quality Standards, or

6 N-A-A-Q-S, pronounced NAAQS.

7          Mr. Lyle Chinkin, an air quality analyst who has

8 served on the National Academy of Sciences panel, provide a

9 reasonable estimate of the contribution of the excess

10 emissions to non-attainment areas, relying on state of the

11 science tools and three decades of experience in the field.

12          Mr. Chinkin will show how the excess emissions

13 impact numerous PM2 non-attainment areas, including the

14 Indianapolis area, Evansville, Gary, Cincinnati, Dayton and

15 other communities further downwind.

16          I mentioned Dayton was affected by the excess

17 emissions.  Mr. John Paul lives and works in the Dayton area.

18 For decades, Mr. Paul has run the Regional Air Planning

19 Control Authority, the local air quality agency for Dayton,

20 Ohio.  He is also a long-time leader in the national

21 association of clean air agencies, national group of state and

22 local air quality agencies.

23          Mr. Paul will explain the practical consequences for

24 community being declared a federal non-attainment area,

25 including economic consequences.  Besides contributing to

1  PM2.5 and ozone, the excess SO2 and NOX emissions contribute

2  to acidic deposition, which is more commonly known as acid

3  rain.

4       Dr. Charles Driscoll, a Syracuse University

5  professor, will discuss how SO2 and NOX emissions contribute

6  to acidic deposition.  This acid rain has cumulative acidic

7  effects on the environment, including soils, trees and

8  waterways.

9       In addition, Dr. Fox, who I previously mentioned,

10  calculated that if the company had installed scrubbers for SO2

11  and top level controls for NOX emissions when the violations

12  occurred and moving forward, mercury emissions from the plant

13  would have also been reduced by about 1,000 pounds since the

14  time of the violations.

15       Dr. Driscoll, in turn, will show that these mercury

16  emissions are primarily deposited locally and regionally,

17  resulting in accumulation of mercury in the environment and in

18  the food chain.  Thousands of miles of streams in Indiana have

19  mercury fish advisories that restrict the amount of fish that

20  people can safely eat.

21       Before turning to another subject, Plaintiffs wish

22  to make clear that this case is not about proving that the

23  emissions from the Wabash River plant caused harm to a

24  specific person or a parcel of land.  This is not a toxic tort

25  case.  Rather, the United States and Plaintiff-Intervenors

1  will show that Duke contributes to ongoing public health

2  problems through the illegal operation of its coal fired power

3  plant.

4          Now, I would like to briefly discuss the appropriate

5  remedy for the NSR violations in this case.

6          First, the harm from the excess emissions justifies

7  mitigation here for past and ongoing illegal air pollution,

8  which should be reduced on a ton-for-ton basis until units 2,

9  3 and 5 are finally shut down.

10          The facts will show that the appropriate way for

11  Duke to make up for two decades of illegal emissions is to use

12  widely available pollution controls to reduce the pollution

13  from units 4 and 6 at Wabash River.

14          Dr. Fox will testify that these controls, known as a

15  scrubber and a selective catalytic reduction or SCR, are

16  technically feasible.  The emissions from units 4 and 6 mix

17  with those from units 2, 3 and 5 and are emitted to the

18  atmosphere from the same smoke stack.  By reducing emissions

19  from that stack in amounts equal to what Duke illegally

20  emitted, Plaintiffs will show that their proposed remedy best

21  ensures that the downwind communities and natural areas harmed

22  by Duke's illegal pollution will have redress.

23          The facts will also show that Duke should surrender

24  allowances for SO2 and NOX emissions to secure the

25  environmental benefit of any mitigation ordered at the Wabash

1  River Power Plant.

2        The particulate matter, or PM violations determined

3  by this Court at the Beckjord power plant in Ohio, should also

4  be remedied.  The parties agree that a PM continuous emission

5  monitor is appropriate, but we dispute how to use that data

6  once collected.  A monitor should be ordered to be installed

7  regardless of this dispute.

8        Plaintiffs also seek a civil penalty for the

9  Beckjord violations, a matter in which Mr. Kevin Vuilleumier,

10 an EPA environmental engineer, will testify.

11       As you saw in our trial brief, Your Honor,

12 Plaintiffs act of compliance with the law through installation

13 of state of the art pollution controls and proper permitting,

14 or the prompt shut down of the illegal operating units, Duke

15 responded by offering to shut down the Wabash River units 2, 3

16 and 5 in September 2012, perhaps later, rather than installing

17 controls.

18       In other words, Plaintiffs respectfully submit, Duke

19 wants at least a 3 1/2 years pass to operate these units.

20 However, we intend to show that:

21       1.  This was largely Duke's business plan before the

22 jury's verdict.

23       2.  That those parts of Duke's business strategy

24 that undermine its proposed remedy have been downplayed or

25 ignored here; and

1          3.   That Duke's proposed remedy currently appears

2   neither necessary nor appropriate.

3          Now, it's not clear whether Duke will claim that it

4   can't pay for the cost of compliance, whatever the remedy may

5   be.  But if needed Mr. Matthew Kahal, an economist who

6   specializes in utility financial issues, will testify that

7   Duke can finance the appropriate remedies, including

8   purchasing power on the energy market to replace the capacity

9   lost through the shutdown of units 2, 3 and 5.

10          Regardless, Mr. Michael Kahal, a Duke treasury

11   official, admitted in his deposition, which we have designated

12   for Your Honor's consideration, that the company could afford

13   the remedies regardless of any rate recovery awarded by the

14   Indiana Utility Regulatory Commission for the remedy in this

15   case.

16          Mr. Kahal will also testify on the issue of the

17   surrender of pollution allowances which, as we've discussed as

18   part of our proposed mitigation plan, argues that the shutdown

19   of Wabash River units 2, 3 and 5 cannot occur any earlier than

20   September 2012 because prior shutdown could undermine

21   reliability of the electric grid.

22          You will see that this reliability concern has not

23   been seriously investigated or studied by Duke, as shown by

24   the testimony by deposition designation of Mr. Anthony

25   Geswein, a Duke Rule 30(b)6 witness on transmission issues.

1      As Mr. Hopson eluded to, Duke is a member of the

2 Midwest Independent Transmission System Operator or MISO, the

3 private corporation that directs grid traffic subject to the

4 oversight of the Federal Energy Regulatory Commission or FERC,

5 and in some instances -- now, as a MISO member, Duke has the

6 right to request that MISO study transmission reliability

7 issues from retiring the Wabash units, which Duke has raised

8 as an issue in two briefs filed with this court.  This is a

9 key fact:  Duke has never requested such a study.  The only

10 "information" that MISO has gathered on reliability issues was

11 provided to the parties on January 19th in response to a

12 letter of inquiry from the United States, not Duke.

13      In providing this information, MISO expressly

14 disclaimed the information's accuracy and completeness.  Nor

15 has Duke, as the proof will show, done anything beyond its

16 preexisting business plan to address the transmission

17 reliability problem itself proposes to create by choosing

18 shutdown over controlling Wabash River units 2, 3 and 5.

19      To resolve this posited reliability concern, Duke

20 proposes to "target" the units emissions to baseline levels of

21 emissions that existed before the Life Extension projects.

22 That baseline level was calculated by our expert in the

23 liability phase, Dr. Richard Rosen, for purposes of showing

24 emission increase.

25      As the evidence will show, however, no connection

1  exists between the so-called the baseline level that Dr. Rosen

2  calculated and an electric general -- and any electric

3  generation needed for transmission reliability.

4         Moreover, Duke's baseline levels target what allows

5  16,000-tons of uncontrolled and unpermitted SO2 into the air

6  each year.

7         In deciding whether Duke's remedy amounts to much

8  more than what it planned to do anyway, consider the

9  designated deposition testimony of Mr. James Turner, the

10  president and CEO of Duke Energy Corporation's franchise gas

11  and electric business.  These designations may be found at

12  page 195, line 21 through page 196, line 1, and page 249, line

13  1 through line 17.  Please play the videotape of this

14  testimony.

15         (Excerpts of the videotaped deposition of James

16  Turner was played.)

17         MR. SAVAGE:  Your Honor, we will be asking you to

18  order this company to change its plans to come into compliance

19  with the law now, not later when it suits its business plan,

20  and to compensate the public for almost two decades of illegal

21  emissions that we will show contribute to persistent and

22  cumulative harm to public health and the environment.  After

23  20 years, the time has finally come for the company to face

24  the consequences of the calculated risk that it took.

25         Thank you, Your Honor.

1           THE COURT:  Thank you.

2           MR. HOPSON:  Good morning, Your Honor.

3           THE COURT:  Good morning.

4           MR. HOPSON:  The issue in this case is the

5    appropriate equitable remedy, and the Court knows the

6    standards from equity.  I know you've encountered them many

7    times.

8           You've heard a lot just now in a brief time about

9    health effects and environmental benefits; but Cinergy is a

10   public utility and, as a public utility, it has to operate in

11   the public interest.  And while it certainly has environmental

12   obligations that it understands and works to comply with, in

13   fact, to exceed the requirements of the law, there's another

14   side of the coin here.  There's the reliability of delivering

15   electricity to people in the State of Indiana, and there's

16   issues of cost.

17          You saw a snippet from Mr. Jim Turner, the chief

18   operating officer for these regulated utilities; and we're

19   going to call him to the stand.  We're going to ask him to

20   discuss the facts that he relied upon, the issues he

21   considered, all the information he had when he made the

22   decision about what remedy we were going to propose to the

23   Court in our opening brief.

24          In that regard, this issue about public utilities

25   and their responsibilities is an important issue to keep in

1  mind throughout this hearing.  Cinergy's not a manufacturing

2  concern, a steel plant, which has its environmental costs come

3  from the bottom line or come out of profits, as I've heard in

4  other courtrooms.  Cinergy is a regulated public utility.  The

5  costs of environmental compliance, including the cost of this

6  order, are going to be recovered in rates.  It would have been

7  recovered in rates in 1989.  It would have been recovered in

8  rates in 1992.  Will be today.

9          And the reason, of course, is that that recovery of

10 these costs is necessary to continue to ensure the reliability

11 and the service that Cinergy provides, which is a very

12 important service.

13         And that is not to say, Your Honor -- and I'm not

14 suggesting for a minute that the remedy that this court

15 imposes, whatever it is, shouldn't impose costs.  Of course it

16 will impose costs; and we're going to show you that the remedy

17 that we are proposing imposes significant costs.

18         But it also obtains significant environmental

19 benefits, and it does that in a way that takes into account

20 the public interests and the local interests that Cinergy, the

21 old PSI company, the new Duke Energy, are absolutely obligated

22 as a matter of law to consider.

23         Now, I would like to just ask the Plaintiffs if they

24 would put back up the exhibit -- the first exhibit they used

25 and the testimony of Mr. Barnes; and I want to make an

1  observation.

2           Will you do that, please?

3           I just want to make an observation about the

4  argument that this is somehow an intentional tort, or that

5  Cinergy did something wrong or knew what it was doing back in

6  1989 and 1992.

7           Can we see the first page that had two pages up at

8  once?

9           If you read the next paragraph, you see that

10  Mr. Barnes talks about whether there's going to be additional

11  guidance in pending revisions to the Clean Air Act.  What he's

12  saying, what a lot of environmental engineers were saying at

13  the time is, well, maybe we'll get some guidance.  Maybe we'll

14  get some further information from the United States Government

15  about how NSR is supposed to apply.  They got that guidance in

16  2002; but again, all it said is make a prediction about

17  whether your project will cause an increase in emissions.

18           The liability verdict in this courtroom, as Your

19  Honor well knows, is based upon a formula or approach to

20  making predictions that didn't exist til 1999.  And the 20

21  years that it took to get this case to liability trial

22  certainly cannot be attributed entirely to Cinergy.  So when

23  we hear about 20 years of excess emissions, or when we read in

24  Plaintiffs' brief that Cinergy flouted the law -- that's a

25  wonderful word, "flout" -- Cinergy didn't know the law it was

1  flouting until Mr. Rosen and Mr. Koppe came up with it in

2  1999; and then it was a litigating position that has never

3  been incorporated in the federal rules.

4          Now, on to what we're proposing.  There's no real

5  dispute, I think, that shutdown is a better remedy than

6  controls.  No utility would install a half billion dollars

7  worth of controls on three small, old units.  The question is

8  timing; and our timing proposal is designed to address two

9  issues which Duke is obligated to consider.  One is cost and

10 the other is reliability.

11         You heard the reference already this morning to

12 MISO.  MISO is the Midwest Independent Transmission System

13 Operator.  It is an entity that actually operates the high

14 voltage transmission system here in the United States.  It

15 operates that system pursuant to federal standards under

16 authority delegated by FERC.  It is essentially deputized to

17 ensure reliability of transmission; and we will call

18 Mr. Harszy to the stand, and Mr. Harszy will tell you that

19 applying those federal standards, MISO has concluded that an

20 immediate shutdown risks reliable delivery of power to the

21 Terre Haute region.

22         Can I see the first slide, please?

23         I won't belabor this, Your Honor, because you'll

24 hear from Mr. Harszy; but it is right there in the first page

25 of the MISO report.  That is a report, as Mr. Savage pointed

1  out, that was not prepared at our request.  It was prepared at

2  Plaintiffs' request.  It's certainly consistent with the

3  engineers at Cinergy's understanding of the implications of

4  the shutdown of these units.  It's not only a loss of

5  transmission.  It's an issue that goes beyond transmission.

6  It goes -- I'm sorry -- beyond generation to transmission.

7          I'm sure Plaintiffs are going to tell you that

8  there's no certainty that this is going to be a problem.  But

9  standards of reliability in delivery of electrical services

10 don't rest on certainty.  They're not based on seeing how

11 close to the line you can get or how close you cut it.

12         I do understand the argument that Duke has not

13 seriously investigated this, although I don't know what a

14 "serious investigation" is.  Duke's position here, as

15 Mr. Savage points out, is not something new.  Duke has been

16 aware of these issues since 2007; and the transmission

17 upgrades that are necessary to address the problem that MISO

18 has identified in its report, have been in the works long

19 before this liability trial.

20         It's also a cost issue, Your Honor.  Perhaps less of

21 a concern to others, but not completely a lack of a concern to

22 Duke.  What we've done is we've done a rough cost comparison,

23 which you will hear, projecting the difference in cost between

24 a 2012 shutdown and a 2009 shutdown.  There's two elements of

25 costs there you will hear, Your Honor.  You will hear there is

1  a cost of replacement power; but there's also a cost of

2  replacement capacity.  Capacity is essentially the right to

3  acquire generation at a particular point in time to meet

4  reserve capacity requirements, which are other requirements

5  that Cinergy is obligated by law to meet.

6          I would submit, and you will hear, that the

7  88 million-dollar cost of this remedy is not insignificant.

8  As common sense tells us, of course, $88 million in cost don't

9  end in 2012.  When you shut a unit down it's gone forever.

10         The reason we hadn't calculated that, and the reason

11 we're not coming in here showing you bigger numbers is,

12 frankly, that it gets hard to calculate costs or predict costs

13 more than two, three, four years out because predictions are

14 based on market costs, information that MISO maintains about

15 the cost of purchasing generation.  And, as you'll hear from

16 Mr. Turner and others, once you get more than a few years out,

17 you can certainly generate a sense of numbers; but your

18 certainty as to what those market costs will be in five or ten

19 years is low.

20         With respect to the benefits -- the environmental

21 benefits of the shutdown remedy, we prepared another brief

22 chart to summarize the testimony.  In the evidence you'll

23 hear, these are the SO2 and NOX reductions that would be

24 obtained through 2012 based on the reduced generation that

25 would be created at these units.

1       The next chart shows you a prediction -- not a

2  prediction, but a projection of the SO2 and NOX reductions

3  over 20 years.

4       I should also say that Cinergy has in the works, and

5  has had in the works for some time, a plan to put a

6  Edwardsport plan on line.  That's an IGCC plant, and I'll let

7  Your Honor hear the testimony about that as it comes in; but

8  it is a very clean coal plant, and to some extent you're going

9  to hear the generation that's creating these emissions is

10  going to be replaced by clean coal technology at Edwardsport.

11       Now, with respect to Plaintiffs' specific arguments,

12  let me briefly address them.  They're asking for a reduction

13  in their brief, in addition to the reduction that's on the

14  screen in front of you.  In addition to that, they want to

15  reduce emissions by 412,000 tons of SO2 and 55,000 tons of NOX

16  over the next 20 years.  They say that that should be done by

17  installing controls.  That is give or take a half billion

18  dollar remedy, whether you get it from controls or whether you

19  get it from shutting down units.  It's based on the theory of

20  illegal emissions.  These are in very simplified form what the

21  excess emissions theories are when we refer to them in the

22  courtroom.

23       Dr. Fox calculates the one on the right.  That's

24  essentially a more traditional "but for" analysis in which he

25  says, but for the violation Cinergy would have installed that.

1  She defines "that" in her own way and then calculates that.

2          The column on the left is every single emission

3  since the time of the projects based on a theory that every

4  single emission from the moment of these projects was

5  "illegal."

6          Let me briefly respond and suggest to you what we're

7  going to show you in response to this.

8          First of all, I've already alluded to the fact that

9  you only get these big numbers because it's been 20 years.

10 Twenty years includes the 10 years it took for Plaintiffs to

11 work with Mr. Koppe and Dr. Rosen to come up with their

12 liability theory and the years they spent litigating dozens of

13 other projects after that.

14          Second, the very idea that the Cinergy system or

15 Duke Energy Indiana system has illegal emissions is legally

16 and factually flawed.

17          It's legally flawed because this is not a continuing

18 violation.  And it's factually flawed for two separate

19 reasons.  With respect to NOX, Cinergy, in fact, installed low

20 NOX burners in Unit 5 in 1990 and in Unit 3 in 1993.  As the

21 evidence will show, low NOX burners were well accepted in that

22 time period as the best available control technology for NOX.

23 In fact, EPA had a proposed regulation in that time period in

24 which it laid out the factual case for why there should be a

25 presumption that low NOX burners are bad.

1         With respect to SO2, we didn't hear much about

2    allowance emissions this morning; but you will hear that there

3    is a national so-called cap and trade program.  The way that

4    program operates, Your Honor, is that essentially, the EPA has

5    set national limits on the amount of SO2 that can be emitted

6    in tons from stationary sources.  They allocated allowances to

7    Cinergy and all other sources back in 1985 to 1987.

8         Whatever Cinergy had done or could have done or

9    should have done in 1989 or 1992, whether they did these

10   projects or didn't do the projects, whether they installed

11   controls or whether they shut them down would have no effect

12   as a matter of law on the amount of SO2 emissions allowances

13   that Cinergy has.  In fact, Plaintiffs concede that on page 17

14   of their trial brief where they say that shutting down these

15   units or controlling these units will allow Cinergy to

16   reallocate emissions allowances under law.  That's what

17   Congress intended.  Congress intended a cap and trade system

18   where you can buy, you can sell allowances, and where you can

19   allocate them in order to get the most cost effective

20   environmental impact.

21        Plaintiffs do try to bolster the notion of excess

22   emissions with evidence of environmental harm.  You are going

23   to hear from our witness Dr. Valberg specifically addressing

24   that and I'll let Dr. Valberg tell you what he thinks.

25        I want to just say for a moment that we don't

1  contest the notion that burning coal for energy creates SO2

2  and NOX and that those are pollutants that are and should be

3  regulated in the public interest.  But I would ask the Court

4  as it hears this evidence to keep a couple things in mind.

5          There are local standards that go to health effects,

6  and I put them up there.  They're in our brief.  These

7  standards which the EPA is obligated to apply, provide for

8  protecting the public health with an adequate margin of

9  safety.

10          The area in which the Wabash River plant is located,

11  Vigo County, has met those ambient air quality standards

12  throughout the time period here both for SO2 and NOX.

13          In fairness, the EPA didn't get around to

14  designating Vigo County as being an attainment until 1997, but

15  the EPA's data shows that it's below attainment levels.  That

16  means, if you go back to the standards, that the EPA has

17  declared that this county, including all the emissions -- not

18  just excess emissions from 2, 3 and 5, but all the

19  emissions -- are adequate to protect the public health with a

20  margin of safety.

21          I understand that some of the Plaintiffs' experts

22  don't agree with EPA's NAAQS standards and that's fine; but we

23  are operating in a framework of federal law here, and these

24  federal law standards are at least informative I think to the

25  decision the Court has to make.

1          Another final point on health effects.  As

2   Mr. Savage admitted in his opening statement, you won't hear

3   anything that suggests any nexus between this proof of

4   environmental or public health harm and the remedy proposed.

5   It's generic, and it is what it is, but it doesn't help inform

6   the Court's equitable judgment about the correct scope of the

7   remedy.

8          Finally and very briefly, we will show you that the

9   remedy being proposed for excess emissions is

10  disproportionate.  Here, just to remind you, Your Honor, is

11  the Plaintiffs' theory of excess emissions.  You are going to

12  hear that there are alternative ways of calculating excess

13  emissions, if Your Honor thought that excess emissions were

14  any part of this case.

15         The best way to calculate excess emissions, we would

16  submit -- can we see the chart, please -- is to recognize that

17  the back for NOX was already installed and that Cinergy,

18  because it's a public utility and because it has an obligation

19  as a matter of law to choose cost effective compliance, would

20  not have chosen to install scrubbers, and the other very

21  expensive half billion dollars worth of controls recommended

22  by Dr. Fox.

23         Cinergy might have -- I guess we don't know what

24  Cinergy would have done, but Cinergy might have not done the

25  projects, might have not done the projects because the capital

1 analysis, the cost-benefit analysis, didn't make it worth it

2 when you added on the environmental cost.  It might have taken

3 what is called and what you'll hear about is synthetic miner.

4 It might have chosen to do a lot of things, but the historical

5 evidence, the actual evidence about what was happening in 1989

6 and 1992, certainly doesn't support Dr. Fox's view that they

7 would have chosen a half billion dollar remedy.

8         Now, you did hear in the opening that all four of

9 these units, 2, 3, 4 and 5 are all smaller units, and they all

10 go to a common smoke stack.  When Mr. Turner is here, he will

11 also talk to Your Honor about their current plans and

12 considerations for closing unit 4.  It's not part of a remedy

13 we're offering in the case; but Mr. Turner will explain that

14 nor operational, practical reasons that he can articulate

15 better than I can, that may be an appropriate thing to do.

16 If, in fact, unit 4 is shut down, it would yield -- can I see

17 the chart -- it would yield a reduction of 165,000-tons of

18 SO2, which is more than any reasonable calculation of excess

19 emissions in this case.

20         I have to stop here, Your Honor, and make a caveat

21 about these charts I'm showing you, and the caveat is this:

22 It's very difficult, as I told you, to predict dollars in the

23 future because the world is changing and energy markets are

24 changing and costs are changing.  It's also somewhat difficult

25 to predict emissions savings or emissions reductions.  There

1  are a lot of moving pieces in the regulatory system.  One very

2  important moving piece that people at Cinergy, Duke Energy

3  have been analyzing now for some time is the so-called CAIR

4  Rule; C-A-I-R Rule.  That rule would have had dramatic impacts

5  on the way the cap and trade system and other regulation of

6  these coal fired utilities operates.  That was struck down by

7  the DC Circuit.  So was the rule relating to mercury.  So

8  we're in a little bit of a vacuum here in understanding what

9  the future regulatory framework is going to look like; but

10 whatever it looks like, I have to tell you that the likelihood

11 that unit 4 would have operated for 20 years without controls

12 is virtually nil.  Whatever happens in the remedy in this NSR

13 case, a lot of these units, including the units at Wabash

14 River, are going to change.

15         Finally, I want to address briefly another element

16 of Plaintiffs' remedy that's addressed in their brief; and

17 that is the notion of surrender of allowances.

18         They say in their brief that Cinergy should be

19 required to surrender these allowances, which is essentially a

20 form of currency that allows a utility or other source to emit

21 a ton of SO2 or a ton of NOX.

22         In the brief, as opposed to in some other expert

23 analysis, they ask for a reduction that's consistent with

24 their view of excess emissions.  What I mean by that is the

25 brief says you should order a reduction of 412,000 tons of

1  SO2; and you should order 412,000 SO2 allowances to be

2  surrendered.

3          Now, maybe they're not taking this position anymore;

4  but if they do, I just want to mention what that cost would be

5  because Plaintiffs don't calculate it.

6          Mr. Kahal, their cost expert, says that SO2

7  allowances -- and again, he's estimating because he doesn't

8  know what the CAIR Rule will look like.  He doesn't know what

9  the regulatory framework will look like in two years let alone

10  in 20 years, but he estimates a thousand dollars a ton.  In

11  order to surrender 412,000 SO2 allowances would be a

12  412 million-dollar remedy.

13          If you want to think about some rough math on the

14  NOX emissions, 55.000 NOX emissions were valued by Mr. Kahal

15  in his report at the low end at $2500 a ton.  That's about

16  $137 million dollars.

17          Our response to the emissions allowances is as

18  follows, and it will come in through the evidence of testimony

19  of various witnesses:

20          First, the whole notion of surrender of allowances

21  and additional emissions controls, as we submit and as you'll

22  hear and have heard already, based on the notion that there's

23  no real environmental benefit that's going to be received by

24  the people of Indiana or the people who are downwind of Wabash

25  River, unless the Court does something more than bring these

1    units into compliance and that's wrong.

2         You've already seen that the shutdown scenario will

3    eliminate enormous amounts of SO2 and NOX over the next four

4    years and over the next 20 years; and you will see that that

5    generation will largely be replaced with clean coal technology

6    at Edwardsport.  That will deliver, Your Honor, a real

7    substantial and local environmental benefit.

8         Second, while we're on this issue of local

9    environmental benefit, I just want to remind the Court that as

10   you hear the evidence coming in, the remedy here is a remedy

11   for NSR.  That's a local air quality program, as you know,

12   designed to prevent the deterioration in local air quality

13   from new sources.

14        In fact, the very NSR rules depend upon whether the

15   county in question is in attainment or non-attainment.  The

16   cap and trade rules that set up this allowance system are part

17   of a national program, a very different program that's

18   designed to lower these emissions on a national level.  They

19   are not logically or legally related.

20        While I can understand in theory that a theoretical

21   level, that if Cinergy purchases some allowances out of this

22   national market and surrenders them to the EPA without using

23   them, I can understand in theory that the issue means that

24   national SO2 emissions will go down.  But what Plaintiffs

25   can't explain and don't explain is how purchasing allowances

1  from some utility in Mississippi or New Hampshire is an

2  appropriate or equitable remedy for a local NSR violation in

3  Indiana.

4          Third, I do want to say apropos of something I've

5  said before, that they're asking this Court to sit in equity

6  an order of reduction of emissions and surrender of allowances

7  in circumstances in which we don't know and the Court can't

8  know what the cost that have remedy is the.  We don't know

9  because we don't know what the rules are going to be when EPA

10 re-promulgates the CAIR Rule.  We don't know how those rules

11 will change when the EPA or Congress passes new statutes in

12 the next two to five years, but we're talking about a 20 year

13 time frame under the framework Plaintiffs have set up for this

14 case.

15         Finally, and I just want to make this timeline

16 clear, if I can see the timeline -- any allowance surrender

17 or, in fact, discussion of the existing excess emissions, is a

18 little, A, historical in the sense that allowances allocated

19 to Cinergy and everybody else in the country were allocated in

20 1985 to 1997.  That allocation was done by the time of the

21 projects in this case.

22         If units 2, 3 and 5 had been controlled, just as

23 Dr. Fox suggests, back in 1989 to 1992, under the law, that

24 would have not affected Cinergy's allocation of allowances.

25 If they had been shut down, if there had been a synthetic

1  miner permit, whatever they may have done, it wouldn't have

2  affected the number of allowances.

3         Finally, I just want to say that to some extent the

4  excess remediation theory, the demand for additional

5  remediation, the demand for surrender of allowances is either

6  double dipping or triple dipping from an NSR perspective.  It

7  is actually, not to put too fine a point on it, a request for

8  a penalty.

9         When you take that reality into account you have to

10  remember, Your Honor, that all the decisions here, including

11  the decisions about reliability of the system and the costs,

12  are not decisions made by Cinergy that has its hands free to

13  do whatever it wants.  It's made by a public utility who has

14  an obligation to act responsibly and prudently with respect to

15  costs; and that includes environmental costs.  So a half

16  billion dollar equitable order or a billion dollar injunction

17  is going to impose those costs on local ratepayers,

18  indisputable.  But to impose those costs to obtain national

19  environmental benefits does not seem to me to meet the

20  standards that this court I know is going to impose in

21  considering an injunction, the most important of which is the

22  public interest.

23         There is no reason to believe that allowance

24  surrender or anything else being proposed by the Plaintiffs is

25  going to have meaningful impacts commensurate with the costs

1  that are being incurred.

2          I'm about done talking about Wabash River.  Let me

3  take one more minute to mention Beckjord.

4          As the Court knows, that issue involves accedences

5  of particulate matter limits established on four occasions

6  between 1999 and 2000.  There are basically two issues for the

7  Court.  The first issue is how big of a penalty do you want to

8  impose.  The law sets forth standards.  Like a lot of things

9  in the law, it's a balancing test.  You look at the

10  seriousness of the violations.  You look at good faith efforts

11  to comply.

12          We're going to put on very brief testimony in which

13  a witness is going to tell Your Honor exactly what was done at

14  Beckjord in response to these violations; how they responded;

15  what efforts they took to address the violations, to correct

16  the violations, to remediate, to ensure that they didn't occur

17  again; and I think that would inform Your Honor's judgment

18  frankly on the amount of the penalty.

19          There was a prior penalty that we acknowledge for

20  two earlier particulate matter violations in the 1990s, EPA

21  imposed a total penalty of $63,000.  Plaintiffs' witness

22  informs us that if you multiply the maximum statutory amount

23  by the duration, or at least an estimate of the durations of

24  the violations, you get 3.5 million.

25          With respect to injunctive relief, the parties don't

1  disagree, for a change, on the installation of the so-called

2  PM CEMS, the continuous PM emissions monitors.  There is an

3  issue exactly how those will operate and the compliance

4  consequences that will be for Your Honor's decisions.

5          Unless Your Honor has any questions, that's our

6  overview of what the evidence will show.

7          THE COURT:  I don't.  Thank you.

8          I appreciate both opening statements.  I don't think

9  we've wasted an hour.  So let us proceed.

10         MR. BROOKS:  Thank you, Your Honor.  May I approach?

11         THE COURT:  You may.

12         MR. BROOKS:  Phillip Brooks for the United States.

13 I would like to call our first witness, Dr. Joel Schwartz.

14         As we discussed at pretrial, we'll give a very short

15 overview of the witness so that the Court knows what's coming.

16         Dr. Schwartz is one of the leading authorities on

17 the health effects of air pollution.  He will be here to talk

18 to the Court not about the effects of SO2 and NOX but, rather,

19 what those chemicals turn into in the atmosphere, PM or

20 particulate matter, and in particular PM2.5; and also, ozone.

21    *(Witness sworn.)*

22         THE COURT:  You may inquire.

23

24

25

1      **JOEL SCHWARTZ        , PLAINTIFF'S WITNESS, SWORN**

2                    <u>**DIRECT EXAMINATION**</u>

3    BY MR. BROOKS:

4    Q   Good morning, Dr. Schwartz.

5          Could you please state your full name for the record?

6    A   My name is Joel David Schwartz.

7    Q   Dr. Schwartz, where are you currently employed?

8    A   I am employed at Harvard University.

9    Q   What position do you hold at Harvard?

10   A   I am a professor in the Department of Environmental Health

11   and the Department of Epidemiology at the Harvard School of

12   Public Health and an associate professor in the Department of

13   Medicine at Harvard Medical School.

14   Q   Dr. Schwartz, what is "public health"?

15   A   Public health is dealing with the health of the public,

16   and it's dealing with it sort of wholesale rather than retail.

17         So, for example, if you were infected with

18   tuberculosis, you would go to your physician who would give

19   you antibiotics.  That's medical health.

20         Public health is that between 1900, there was a

21   90 percent reduction in tuberculosis in the United States

22   before we had any antibiotics that could treat tuberculosis by

23   doing things that generally affected the public, like

24   requiring more ventilation in tenements, and passing a law

25   against spitting on the street, and doing things that reduce

SCHWARTZ – DIRECT/BROOKS                    40

1  the spread of the disease.  So that's public health.

2  Q    What is "epidemiology"?

3  A    Epidemiology is a branch of the study of public health

4  where we collect a lot of information about people, about

5  things that we think might increase their risk or decrease

6  their risk of disease; and we collect information about their

7  health to try to identify what are the interventions that look

8  like they might --

9  Q    Can you give me an example of a success story in

10 epidemiology?

11 A    Well, after World War II, the Framingham Heart Study was

12 set up to try to figure out why all these people were dying of

13 heart disease.  They identified that increases in blood

14 pressure and increases in cholesterol increased your risk of

15 dying of heart disease.  It didn't mean that everyone with

16 high cholesterol had a heart attack, but it did mean their

17 risk was higher.  As a result, we now have drugs to control

18 that and heart disease mortality has been falling for 30

19 years.

20 Q    What is "environmental epidemiology"?

21 A    Environmental epidemiology is the subset of epidemiology,

22 where you do exactly the same thing but the factors that might

23 increase someone's risk that you're trying to study are

24 environmental ones, which is to say pollutants that we put out

25 into the environment from human activity.

SCHWARTZ – DIRECT/BROOKS                    41

1  Q   Dr. Schwartz, you said you're also a professor in the

2  Department of Environmental Health.

3        How is that different from environmental epidemiology?

4  A   The Department of Epidemiology does epidemiologic research

5  and I study environmental stuff, but also nutrition and things

6  there.  The Department of Environmental Health is focused on

7  environmental health and, therefore, it has a number of

8  different areas it covers.  It looks at epidemiology.  It also

9  has to try to understand what people's exposures are.  So

10  there's a big exposure assessment component.  It has

11  toxicology involved; and it looks at, to some extent,

12  controlled human exposures and, so.  That's the broad range of

13  looking at determinants of environmental health.

14        Then there's a last component.  Which is risk

15  assessment, where we try to put that together to estimate what

16  is the burden on the population.

17  Q   Dr. Schwartz, have you submitted reports in this case

18  describing the health effects expected from the inhalation of

19  particulate matter in ozone?

20  A   Yes, I have.

21  Q   Let me go through your qualifications here fairly quickly.

22        You have a doctorate degree, correct?

23  A   Yes, I do.

24  Q   What is that in?

25  A   Theoretical physics.

SCHWARTZ – DIRECT/BROOKS                    42

1  Q    From where?

2  A    Brandeis University.

3  Q    Are you a tenured professor at Harvard?

4  A    Yes, I am.

5  Q    What does being on the faculty involve?

6  A    Being on the faculty at a research university involves

7  doing a lot of research in your area.  It involves spending a

8  lot of time with graduate students, supervising their research

9  and explaining to them how to do things and it involves

10  teaching classes.

11  Q    How long have you taught classes at Harvard?

12  A    Since 1994.

13  Q    What general areas have you taught?

14  A    I teach classes on statistics.  I have a course on

15  advanced statistical methods for epidemiology.  I teach on air

16  pollution, on lead.  I do some stuff on risk assessment and

17  cost-benefit analysis.  And I teach a class on study design,

18  how to design a research study and how to write a grant

19  application to try to get it funded.

20  Q    Do you hold any other positions that are relevant to the

21  subject matter of your report in this case?

22  A    I am the director of the Harvard Center for Risk Analysis.

23  Q    What is the Harvard Center for Risk Analysis?

24  A    Its goal is to try to improve risk analysis methodology by

25  making advances there and also to do relevant risk analyses,

1  mostly for environmental contaminants.

2  Q    Any other positions?

3  A    I am the director of the Biostatistics Corps for our

4  Children's Environmental Health Research System.  That means I

5  provide statistical advice to people doing projects, both

6  epidemiologic and toxicologic.

7  Q    Are there professional organizations which you belong to

8  that are relevant?

9  A    I'm a member of the International Society for

10 Environmental Epidemiology and, indeed, on their board of

11 counselors.  I'm a member of the American Thoracic Society.

12 Q    What is the American Thoracic Society?

13 A    It's the organization of people who are involved in lung

14 disease, and it's a broad organization, so it includes both

15 the clinical physicians who treat people with lung disease; it

16 includes epidemiologists; it includes toxicologists; it

17 includes people that study the basic biology of cells in the

18 lung, and people --

19 Q    Why is being a member of that society relevant to your

20 report?

21 A    Because, initially, when people started studying air

22 pollution, the assumption was that most of the health effects

23 were going to be respiratory.  So the American Thoracic

24 Society became the principal scientific body at which there

25 were meetings that brought together all of the researchers who

SCHWARTZ – DIRECT/BROOKS                    44

1   worked on air pollution; and even though we've now expanded to

2   cover cardiovascular disease as a result of air pollution,

3   from inertia, it still is the place to go to present your

4   results.  It's a very useful meeting because when we get

5   together we have both the epidemiologists and toxicologists in

6   the same room.  We put up our posters next to each other, and

7   then we have these discussion sessions so we try to integrate

8   the knowledge that's coming from the latest work in both

9   fields.

10  Q   You also mention that you do research.

11      What types of research are you currently involved in?

12  A   Well, the current research studies that I'm the director

13  of are, one, which is trying to understand the mechanisms by

14  which particles are causing all of these adverse effects by

15  looking at how they interact with genetic variations in the

16  population.

17      There's a second one on what's called epigenetics,

18  which is looking at how particular air pollution might be

19  changing the machinery which controls which genes get turned

20  on and off in your body.

21      Then in projects that other people are the director of

22  but I do work on, there are studies looking at the effects of

23  particles on heart disease in sensitive populations and there

24  my role is the analysis of the data.

25  Q   Now, have you conducted research in the health effects of

1  particulate matter or ozone?

2  A    Yes, I have.

3  Q    What types of research have you done?

4  A    The research I've done has been epidemiologic research.

5  Q    What has been your role, basically, in these epidemiologic

6  research projects?

7  A    Well, to design the studies, collect the data, do the

8  analysis in some cases.  In other cases, to collaborate with

9  other people doing the same thing.

10 Q    Has your research been relied upon by any regulatory

11 organizations?

12 A    Yes, it has.

13 Q    Can you name a couple?

14 A    Well, you know, my research has been widely cited by EPA

15 in the criteria document now called The Integrated Science

16 Assessment for Particles and for Ozone.  My studies have been

17 widely cited by the World Health Organization in establishing

18 their standards for particles.  I'm cited by the National

19 Academy of Sciences committees that have given reports to EPA

20 about particular aspects of particulate air pollution or

21 ozone.

22 Q    Have you received any major awards or recognitions for

23 your work?

24 A    Yes.

25 Q    Can you name me a couple?

SCHWARTZ - DIRECT/BROOKS                46

1  A    In 1991 I received a McArthur Fellowship.

2  Q    Is that the Genius Grant?

3  A    Yes, it is.

4  Q    For significant work?

5  A    Yes.

6  Q    Last year I received the John Goldsmith award from the

7  International Society for Environmental Epidemiology.  That's

8  their major award for distinguished career of services.

9  Q    I'm going to ask you to speak up just a little louder so

10 everybody can hear.  We have to bare in mind that someone's

11 trying to take all this down, so speed is also important.

12       Have you published any articles describing the

13 expected health effects of ozone or particulate matter?

14 A    Yes, I have.

15 Q    Have they been published in peer review journals?

16 A    Yes.

17 Q    Approximately, how many peer review articles have you

18 published?

19 A    Three hundred seventy-one, the last I recall.

20 Q    Do you have any way to determine or estimate whether your

21 research has been favorably received within the scientific

22 community?

23 A    Yes.  There are a number of indices that the science

24 citation index computes to look at that.  One is how many

25 times your papers have been cited in papers by others.  My

1  papers have been cited more than 17,000 times.

2  Q   Dr. Schwartz, does your curriculum vitae contain a

3  complete list of your publications as of the time you printed

4  it?

5  A   As of the time I sent it to you.

6          MR. BROOKS:  Your Honor, pursuant to an agreement

7  that I believe we have with counsel for the defense, we will

8  offer into evidence the CV of Dr. Schwartz as Plaintiffs'

9  Exhibit 1906.

10         Hearsay objections have been waived; am I correct?

11         MR. VOLPE:  Yes, that's correct.

12         THE COURT:  The exhibit is admitted.

13     *(Plaintiffs' Exhibit 1906 was received in evidence.)*

14  BY MR. BROOKS:

15  Q   Dr. Schwartz, have you performed any work to assist

16  governmental organizations in setting air pollution standards?

17  A   Yes.

18  Q   Can you give us a couple of examples?

19  A   Well, I was on the -- the Clean Air Act requires that EPA

20  review the science for setting environmental standards and

21  have that summary of the science reviewed by the Clean Air

22  Scientific Advisory Committee.  I was on the Clean Air

23  Scientific Advisory Committee for the setting of the lead

24  standard.

25  Q   Let me just stop you right there.  Clean Air Science

SCHWARTZ - DIRECT/BROOKS                    48

1  Advisory Committee, that's also referred to by its initials,

2  correct?

3  A    CASAC.

4  Q    That's C-A-S-A-C, correct?

5  A    Yes.

6  Q    How are the folks on the CASAC chosen?

7  A    The folks are chosen based on nongovernmental scientists,

8  chosen on the basis of their expertise in the area.

9  Q    Are any other governmental organizations that you

10  participated with on the setting of air pollution standards?

11  A    Well, EPA also has as part of the process of reviewing

12  these standards, you know, invites certain scientists to come

13  in and give them advice on guidance when they're kicking off

14  the process of reviewing the scientific literature and tell

15  them what's going on and where to look for it and things like

16  that.  I've been involved in that for EPA for the PM standard

17  and the ozone standard.

18  Q    Anything else?

19  A    I've been -- specifically for standard setting?  I think

20  that's it for the setting of standards that I recall.

21  Q    Dr. Schwartz, have you ever testified before Congress?

22  A    Yes, I have.

23  Q    How many times have you testified?

24  A    Three.

25  Q    Just generally, what were the subject matters?

1  A    Once was on lead and twice was on particulate air

2  pollution.

3  Q    Other than this case, have you ever testified as an expert

4  in litigation before?

5  A    No, I haven't.

6  Q    How much are you being paid for your participation here

7  today?

8  A    $197 an hour.

9          MR. BROOKS:  Your Honor, at this time we would like

10 to tender Dr. Schwartz as an expert in the field of health

11 effects associated with particulate matter and ground level

12 ozone.

13         THE COURT:  That's fine.

14 BY MR. BROOKS:

15 Q    Dr. Schwartz, do you have an opinion about the expected

16 health effects on humans from inhaling particulate matter?

17 A    Yes, I do.

18 Q    What is that opinion, just generally, please?

19 A    Particulate matter causes a number of different health

20 responses in human beings.  It decreases lung function.  It

21 increases the prevalence of respiratory symptoms.  It worsens

22 respiratory infections, which results in increases in the

23 hospital for respiratory illnesses.  It triggers heart attacks

24 and it increases the risk of early death.

25 Q    Does the likelihood of the health effects have any

SCHWARTZ – DIRECT/BROOKS                    50

1  relationship to the concentration of particles in the air?

2  A    Yes, it does.

3  Q    What is that relationship?

4  A    Basically, what we call a dose response curve, which is to

5  say that as the concentration goes up, the response, whether

6  it increases in coughs or increases in heart attacks, whatever

7  you're looking at, increases as well.

8  Q    Are your opinions on this matter widely accepted in the

9  scientific community?

10  A    Yes, they are.

11  Q    Have you, pursuant to my request, selected a few

12  statements from scientific or medical organizations that

13  illustrate this consensus?

14  A    Yes.

15         MR. BROOKS:  Could we have slide No. 1?

16         Before we bring it up, this is Plaintiffs'

17  Exhibit 1911; and I believe there is a hearsay objection.

18         MR. VOLPE:  Yes, sir, there is.

19         THE COURT:  And this exhibit is what?

20         MR. BROOKS:  This is a letter from the CASAC, the

21  Clean Air Scientific Advisory Committee; and it is –– if the

22  Court would like me to identify it, we can pull it up and lay

23  the foundation.

24         THE COURT:  Let's lay the foundation for it before I

25  entertain the objection.

1        MR. BROOKS:  Could we have image 1, please?

2  BY MR. BROOKS:

3  Q   Dr. Schwartz, could you identify what we have marked here

4  as Plaintiffs' Exhibit 1911?

5  A   Yes.  This is a letter on EPA stationery from the Clean

6  Air Scientific Advisory Committee, which is the statutory

7  committee required to advise the administrator on setting air

8  quality standards; and it's addressed to the administrator;

9  and it's about the setting of the air quality standards for

10 particulate matter.

11 Q   And the date of this letter is September 29, 2006; is that

12 correct --

13       MR. BROOKS:  Your Honor, this letter has been

14 stipulated as authentic.  And I would point the Court to Clean

15 Air Act at 42 USC 7409(d)(2), where Congress established the

16 need for the Clean Air Science Advisory Committee and directed

17 them to, among other things, advise the administrator on

18 matters of science.

19       This letter qualifies for an exception under the

20 hearsay rules, under Federal Rule of Evidence 803(8)(c), and

21 that is for a factual finding resulting from an investigation

22 made pursuant to authority of law unless the sources of

23 information or other circumstances indicate a lack of

24 trustworthiness.

25       On that basis, we would offer this letter into

1  evidence.

2

3          MR. VOLPE:  Yes, Your Honor.  I still think it's

4  hearsay.  It's not a final agency decision.  If you read in

5  here, it talks about that the purpose of this agency is to

6  provide advice to the EPA administrator.  So it doesn't fall

7  within the exception that Mr. Brooks stated.

8          THE COURT:  Thank you.  The objection is overruled.

9  The exhibit is admitted.

10      (Plaintiffs' Exhibit 1911 was received in evidence.)

11 BY MR. BROOKS:

12 Q   Dr. Schwartz, before we go to the substance of this, I

13 would like you to turn to -- do we have the third page of the

14 image -- of the letter?  I'm not going to go through all of

15 this, but there are seven signatories to this letter.

16      Who are these people?

17 A   These are the seven permanent members of the Clean Air

18 Scientific Advisory Committee who are appointed by the

19 administrator.

20 Q   Just briefly, can you point out a few, the disciplines

21 they represent, if you know them?

22 A   Well, Rogene Henderson is a toxicologist.  Ellis Cowling,

23 I believe is an ecologist.  James Crapo is a clinical

24 respiratory physician.  Richard Poirot is an expert in

25 monitoring measurements.  Frank Speizer is an epidemiologist.

SCHWARTZ - DIRECT/BROOKS                    53

1  Fred Miller is a toxicologist.  And I don't know the

2  discipline of Barbara -- I can't quite read.

3  Q   For the folks that you know -- for the people you do

4  recognize, are they nationally recognized in their field?

5  A   Absolutely.

6  Q   Let's go back to the first page of Exhibit 1.  Again,

7  we're on Exhibit 1911.

8       Did you, pursuant to my request, identify a couple

9  pieces of this letter that would demonstrate for the Court

10 your statement that your views on the effects of air pollution

11 are widely held?

12 A   Yes.

13 Q   All right.  Could we go to the first highlight here on the

14 first page?

15      I would ask that you just read that into the record

16 for us.

17 A   Okay.  It says, "The CASAC recommended changes in the

18 annual fine-particle standard because --" and here there's

19 emphasis in the letter "-- there is clear and convincing

20 scientific evidence that significant adverse health effects

21 occur in response to short-term and chronic particulate matter

22 exposures at and below 15 micrograms per cubic meter, the

23 level of the current annual PM2.5 standards"(sic).

24 Q   If we could have the next page, please?  And again, could

25 you read the highlighted portion into the record?

SCHWARTZ – DIRECT/BROOKS                    54

1  A    Yes.  The first sentence starts out with emphasis and it

2  says, "Significantly, we wish to point out that the CASAC's

3  recommendations were consistent with the mainstream scientific

4  advice that EPA received from virtually every major medical

5  association and public health organization that provided their

6  input into the agency."  Emphasis then stops.  "Including the

7  American Medical Association, the American Thoracic Society,

8  the American Lung Association, the American Academy of

9  Pediatrics, the American College of Cardiology, the American

10  Heart Association, the American Cancer Society, the American

11  Public Health Association, and the National Association of

12  Local Boards of Health."  Then the emphasis again.  "Indeed,

13  to our knowledge there is no science, medical or public health

14  group that disagrees with this very important aspect of the

15  CASAC's recommendations."

16        It goes on to say, "EPA's recent expert elicitation

17  study (expanded expert judgment assessment of the

18  concentration-response relationship between PM2.5 exposure and

19  mortality dated September 21, 2006) only lends additional

20  support to our conclusions concerning the adverse human health

21  effects of PM2.5."

22  Q    Thank you, Dr. Schwartz.

23        Dr. Schwartz, do you have an opinion about the

24  expected health effects from inhaling ground level ozone?

25  A    Yes, I do.

1  Q    What is that opinion generally?

2  A    Ground level ozone, which is a very irritant gas, gets

3  into the lungs and it produces acute inflammation in the

4  lungs; it produces reduction in lung function; increases

5  function in respiratory symptoms.  It can trigger asthma

6  attacks.  It increases hospital admissions for respiratory

7  illnesses by exacerbating those infections, and day-to-day

8  changes in ozone concentrations also produce day-to-day

9  changes in the number of people who die.

10  Q    Dr. Schwartz, is that opinion consistent with scientific

11  consensus?

12  A    Yes, it is.  For example, the National Academy of Sciences

13  recently issued a report on ozone in which they told the EPA

14  that they should do their risk assessments based on there

15  being that mortality relationship that I identified for you

16  for ozone.

17  Q    When you say "recently," how recently did the National

18  Academy of Sciences --

19  A    That was about a year ago.

20  Q    All right.  Before we discuss the specifics of your

21  opinions for particulate matter and ozone, let's briefly

22  discuss how the scientific community examines health effects

23  from pollution.

24        What types of studies are conducted to evaluate health

25  effects?

1  A   Well, there are a range of different studies that we do to

2  evaluate health effects.  We're looking at health effects in

3  humans.  So, ultimately, the main emphasis has to be on

4  studies of humans because other species don't necessarily

5  respond in the same way.  So we do epidemiology studies.

6        In addition, we do toxicology studies to try to help

7  understand what the mechanism might be for the things that

8  we're seeing from the epidemiology studies and to establish

9  some biological plausibility.

10        Then there are studies of cell cultures.  There are

11  studies from putting usually healthy people in exposure

12  chambers and looking at more modest changes in health that

13  again tend to help provide sort of a picture of whether

14  there's some consistent signal going on or not.

15  Q   What is a "signal"?

16  A   Sorry.  I mean -- so, for example, suppose that we see

17  that when particle levels go up, more people have heart

18  attacks.  So the question is:  How can we get sort of support

19  for that from other studies?  So we might do a study where we

20  take animals and expose them to particles, and take animals

21  that tend to get a lot of atherosclerosis, expose them to

22  particles and see if it looks like the plaques in their

23  arteries are getting less stable, which would suggest they're

24  at a higher risk of having a heart attack.  That would be a

25  consistent kind of information.

SCHWARTZ — DIRECT/BROOKS                    57

1          Or, we might put people in an exposure chamber and ask

2    whether their blood pressure goes up, which would also, you

3    know, suggest that what you're seeing when you see more heart

4    attacks is consistent with the other information.  So we try

5    to sort of put together the whole picture and assess that.

6    And that's what the CASAC was saying, that in recent years,

7    that picture has been put together; and that's why people are

8    convinced that something is going on because they see

9    consistent information in all these different kinds of

10   studies.

11   Q   Let's talk first then about these epidemiology studies.

12          Are there different types of epidemiology studies?

13   A   Oh, absolutely.

14   Q   What are they?

15   A   Well, for looking at the effects of air pollution, for

16   example, there are quite a number.  One kind that's very

17   common is to look at day-to-day changes in how many people

18   die, or in how many people have heart attacks, or in how many

19   people came into the hospital with pneumonia, whatever you're

20   particularly studying.  You look at how that goes up and down

21   from day to day, and is that related to how the air pollutant,

22   particles or ozone goes up and down from day-to-day?

23          The idea there is you remove all the long-term

24   patterns and seasonal patterns and you just look at the

25   short-term Monday to Tuesday, Tuesday to Thursday kind of

1  changes and on average, do more people tend to die when the

2  pollution levels went up.

3  Q    Is there a label for that type of study?

4  A    Yes.  Those are called time series studies.

5  Q    Are there relative strengths or weaknesses of this?

6  A    The relative strength is because you're just focusing on

7  short-term changes, the number of things that might be

8  alternative explanations for the association that you see is

9  very limited because, you know, when I think about, well, what

10  puts people at risk for having a heart attack, well -- you

11  know, obesity, right, diabetes, your cholesterol levels --

12  well, that doesn't change much from Monday to Tuesday, right?

13  So that you've squeezed down the range of things that might

14  alternatively explain and, therefore, need to be controlled

15  for to a relatively small number.  So that's the advantage.

16        The disadvantage is, you may know by looking at these

17  studies, that yes, there's convincing evidence that when

18  particle levels go up, more people die, but you don't know how

19  much life expectancy they've lost.  You just know more people

20  died on Tuesday.

21        Now, the cohort study, for example, tries to get at

22  that question.  So in a cohort study, instead of looking at

23  differences in air pollution from day to day, we look at

24  differences in air pollution from place to place.  We recruit

25  people in a number of different locations and collect a lot of

1 information on their -- how much do they weigh?  Do they have

2 high blood pressure?  How much do they smoke?

3          Then we ask the question, okay, controlling for these

4 other individual risk factors, does the long-term average

5 difference in air pollution across these different locations

6 predict long-term average differences in mortality rates or

7 life expectancy?  So there you can get an idea of how much of

8 an impact you're having on mortality.

9 Q   Any other large group of epidemiological studies that you

10 use?

11 A   Yes.  So there is a variant of those cohort studies that

12 I've developed where we only look within one place.  So we

13 have the advantage that we don't have to worry about there

14 being other differences from place to place; and we look at

15 changes over time.  But now instead of day-to-day, we look

16 year to year and say, well, if this was a worse year than

17 average or a better year than average, did the people in our

18 cohort die at a faster rate that year and a slower rate the

19 next year, et cetera.  We've done those studies too.

20          There's another study called a panel study.  That's

21 where we recruit some people and we have them come in.  For

22 example, in one of our studies these people came in once a

23 week for 12 weeks.  They would come in the same day of the

24 week, the same time every day; and we took -- obviously, we

25 weren't looking at whether they died.  We took measurements --

1  in that case we were looking at electrocardiogram changes.

2  They do these electrocardiogram measurements on them each of

3  these 12 visits.  Now we can look within a person, right.  So

4  differences between people again can't matter because I'm

5  looking within each person, their own control and say well,

6  you came in 12 times.  On average, of those 12 days, some of

7  them had higher air pollution by chance.  Some had lower.

8  Were there differences in the electrocardiograms between the

9  high air pollution days and the low air pollution days, you

10 know, within person?  And that's what we do in a panel study.

11 Q   You also mentioned chamber studies and toxicology studies.

12         In the courses of your professional work, do you

13 regularly consider chamber study results and toxicology

14 results?

15 A   Yes.  I both review them and also I help people who are

16 doing them.

17 Q   What do you mean you help people who are doing them?

18 A   Well, for example, we are working with people at the

19 University of Toronto who have a human exposure chamber.  So

20 I've been providing advice to them on how to design the

21 experiment and then how to analyze the data that comes out of

22 the experiment.

23 Q   Why do you consider the toxicology studies and the chamber

24 studies in your work?

25 A   Well, on the one hand, in a chamber study you can't,

SCHWARTZ – DIRECT/BROOKS                    61

1  obviously, either put very vulnerable people in a chamber.  It

2  would be unethical, right?  Nor are you, therefore, looking at

3  really serious health outcomes.  But you can ask the question

4  here in a nice carefully controlled scenario:  Can I produce

5  some kind of response, obviously less serious because they're

6  healthy people?  That seems qualitatively consistent with what

7  I saw in the epidemiology studies.  So, for example, in those

8  Toronto exposure chambers, they've exposed people to particles

9  and they found that their arteries constricted.  They measured

10 the arterial diameter with ultrasound.  Sometimes they were

11 given particle exposures and sometimes it was a sham exposure.

12 They really filtered out the particles and put them in the

13 exposure chamber.  The arteries were narrower when they were

14 getting the particle exposures.

15      So, that obviously didn't produce any heart attacks,

16 but that's consistent with yes, that demonstrates that in

17 human beings particle exposures can produce cardiovascular

18 changes that obviously are the kinds of things that increase

19 your risk of having a heart attack.  So that then helps you

20 draw the conclusion that the study is showing increases in

21 heart attacks have a goodbye logical basis.

22      Similarly, the toxicology studies, you know, you're

23 looking at mice or rats.  They're very different species and

24 they use high doses; but they can slice them and dice them and

25 do things that we can't do to people.  So they can get in and

SCHWARTZ - DIRECT/BROOKS                    62

1  they can say, ah, we can see that there's activation of

2  NF-KappaB we expose these animals.  We can say those are

3  things we know tend to produce changes that could be

4  consistent with cardiovascular effects, or in some cases we do

5  look at electrocardiogram changes in the animals and we can

6  demonstrate that the issue happens as well.

7  Q    Thank you.  Let's talk about particulate matter just a

8  little more generally so we're all on the same page here.

9         Have you selected a slide that would assist you in

10 describing the type of particulate matter that's at issue in

11 this case?

12 A    Yes.

13        MR. BROOKS:  Can we have image 5, please?

14 BY MR. BROOKS:

15 Q    Dr. Schwartz, what does this slide demonstrate?

16 A    This slide is an attempt to illustrate the scale of the

17 particles that we're looking at.  So, first of all, going

18 diagonally across the slide, you see a drawing of the human

19 hair, and that's just to provide a perspective on what this

20 means size wise.

21        Then to the left of that, you see some very fine beach

22 sand, which is of a roughly similar diameter.  It's about 90

23 microns, 90 millionths of a meter in diameter, those sand

24 particles.

25        Then you see down in the lower right these blue

SCHWARTZ − DIRECT/BROOKS                    63

1  spheres.  I should point out this is a cartoon.  Particles are

2  not spherical, real particles in the air.  That's a particle

3  that's about 10 micrometers in diameter.

4        The importance that is that's small enough to get down

5  your throat.  The upper respiratory system is good at

6  filtering out big particles.  Those sand particles aren't

7  going to get into your lung.  But these things are small

8  enough they're going to get down your throat.

9        One of them is circled and you can see next to it,

10 again, for a size comparison these little red spheres, and

11 again PM2.5 isn't really spherical.  Then up here in the

12 blowup you can see that.

13       The PM2.5 particles get down into the little air sacs

14 at the bottom of your lung where you're really doing your

15 breathing.  The bigger particles that get into the lung mostly

16 deposit in the airways and it's the little particles that get

17 down into the air sacs, the sacs, not the tubes.  They're

18 predominantly combustion particles.

19       MR. BROOKS:  Just so the record is clear, I'll

20 designate the slide that was just described as JS Demo 1, if

21 that suits the Court.

22       THE COURT:  That's fine.

23 BY MR. BROOKS:

24 Q   Now, what is this PM2.5 composed of?

25 A   Well, PM2.5 is composed of quite a number of things.  It

SCHWARTZ – DIRECT/BROOKS                    64

1  consists of elemental carbon soot.  It consists of organic

2  carbon particles.  It consists of sulfates, nitrates, metals,

3  and there's a little bit of -- sort of finely ground road dust

4  that gets down to that size as well.

5  Q    How does PM2.5 form?

6  A    Well, PM2.5 as I said is overwhelmingly combustion

7  particles, so it forms by combustion processes.  There are

8  sort of two ways that happens.  One is right away.  So if you

9  look at a candle name, you see little black stuff coming off

10 of it.  Those are little soot particles, so they form directly

11 off of the flame.  But the majority of the particles in the

12 air in urban areas of the United States and the U.S. in

13 general are, in fact, what we call secondary particles.  They

14 originally got emitted from the combustion as gases, and then

15 they reacted in the atmosphere with themselves and with other

16 things emitted from other sources and with sunlight and formed

17 particles.

18 Q    In particular, what gases tend to form these secondary

19 particulates?

20 A    So the most common gases that form secondary particulates

21 are sulfate, that's SO2; nitrogen dioxide, NO2; and volatile

22 organic hydrocarbons.

23 Q    Now, does the size of the particle when it gets to PM2.5,

24 is that a significant designation?

25 A    Yes.  PM2.5 is a significant designation because, as I

1  said, it's more likely to get deeper down into the lung and

2  because the studies that we've done have by and large

3  indicated that those smaller particles have greater toxic

4  effects on humans.

5  Q   Now, a few minutes ago you stated there were various

6  health effects that were caused by or associated with airborne

7  particulate matter; and I want to now investigate those a

8  little more.

9       When you say that airborne particulate matter or PM

10 causes premature mortality, what does that mean exactly?

11 A   Well, it means that -- you know, everyone's going to die.

12 So we can't say there was excess mortality, right?  So if

13 there's premature mortality, people die sooner than they would

14 have otherwise.

15 Q   Have you prepared a graph to assist you in explaining

16 this?

17 A   Yes, I have.

18      MR. BROOKS:  Could we have slide No. 6, please?  And

19 I'll identify this as JS Demonstrative 2.

20 BY MR. BROOKS:

21 Q   Dr. Schwartz, can you tell us what we see here in this

22 picture?

23 A   Yes.  This is a slide that was constructed using data from

24 the Harvard Six Cities Study.

25 Q   Before we get into the slide, can you explain to the Court

SCHWARTZ - DIRECT/BROOKS                    66

1  where this information came from?  What is the Harvard Six

2  Cities Study?

3  A   In the '70's, when EPA first started regulating air

4  pollution, there was a lot of controversy about what the

5  health effects were.  So the National Institute of Health

6  funded a study at Harvard to try to specifically look at the

7  health effects of particles, particularly sulfate particles

8  actually.  That had something to do with the choice of the

9  locations.

10       So the investigators went into six different cities

11 and actually picked local sort of compact communities within

12 each city.  They recruited a random sample of people in each

13 of those neighborhoods; and they put a monitor in the middle

14 of those neighborhoods that measured air pollution, including

15 PM2.5.

16       In the people who were recruited, a lot of information

17 was collected on their medical history, their smoking history.

18 They were brought in.  They were weighed.  They did lung

19 function measurements.  You know, there was an extensive exam;

20 and that happened periodically.

21       So these people were followed up in this data for

22 about 15 years.  They were adults who were recruited.  Over

23 the course of that 15 years some of them had died.  So what

24 this slide depicts is controlling for their smoking and their

25 hypertension and their diabetes and all of those other things,

SCHWARTZ – DIRECT/BROOKS                    67

1  what was the life expectancy in each of those six communities

2  and plotting that against the average PM2.5 concentration in

3  each of those communities.

4        What you can see is that the difference between the

5  most polluted community and the least polluted communities is

6  on the order of years of life expectancy -- several years of

7  life expectancy.  It's not just that people are dying a few

8  days earlier than they would have anyway.  We're having a

9  noticeable -- and this is not the change in life expectancy

10  for "the people who died because of air pollution" because

11  nobody knows who they were.  We're looking at population

12  statistics.  This is the average life expectancy in the entire

13  community.

14  Q   Is there any way that you could give the Court some

15  comparison as to whether or not this kind of impact on life

16  expectancy is significant?

17        Is there something you can compare that to?

18  A   Yes.  I can think of two things to compare it to.  One is

19  that, since World War II, life expectancy of adults in the

20  United States has gone up by about one to two years per

21  decade.  So what we're looking at here is between a clean

22  community and a dirty community, the difference of one to two

23  decades of medical progress in the United States.

24        Another comparison is that if you look at the National

25  Cancer Institute's website and look at how many people die of

1  cancer, what's the average loss of life expectancy, et cetera,

2  and just calculate, what would happen to the life expectancy

3  in America if we cured all cancer?  The answer is it would go

4  up by three and a half years.

5  Q    Thank you.

6  A    So we spend a lot of money trying to treat cancer, and we

7  think it's a very serious disease; and this suggests that air

8  pollution is, you know -- particulate air pollution is almost,

9  you know, almost on the same scale.

10  Q    Dr. Schwartz, what are the respiratory effects associated

11  with airborne particulate matter?

12  A    Airborne particulate matter is associated with increases

13  in asthma attacks.  It also exacerbates respiratory

14  infections, and that results in more people's infections

15  getting bad enough that they wind up having to go to the

16  hospital.  So we see more hospital admissions for pneumonia,

17  hospital admissions for chronic bronchitis or emphysema; and,

18  of course, we see some of those people die.

19        So when air particle levels go up, there are more

20  deaths from pneumonia.

21  Q    What about cardiovascular effects, can you briefly

22  describe those?

23  A    Yes.  Particulate air pollution increases both acutely and

24  chronically heart attacks.  So what I mean by acutely is that,

25  again, you know, if the air pollution goes up today, on

SCHWARTZ – DIRECT/BROOKS                    69

1  average you tend to get more heart attacks tomorrow.

2         That suggests that what particles are doing is causing

3  a sudden change in something that increases your risk of

4  having a heart attack; and as I said, what we see in the

5  animal studies is that the atherosclerotic plaques on the

6  arteries -- and as we get older, we get more of this stuff on

7  our arteries.  They're basically sort of like scabs.  Just

8  like sometimes scabs are a little loose and stuff like that,

9  if they get inflamed in there, they get a little less stable,

10 and then the sheer flow of blood rushing across the top can

11 rip the top off.  Then that little piece floats down until it

12 gets to a smaller blood vessel and blocks it and that cuts off

13 the supply of blood to the heart.  That's typically the most

14 common way that a heart attack occurs.

15        So particles in the short run can decrease the

16 stability of those plaques and, therefore, increase the risk

17 that heart attacks occur.

18        In the long run, long-term exposure to particles seems

19 to increase how much of those plaques you have, so you get

20 more atherosclerosis.

21 Q   Dr. Schwartz, who suffers these adverse health effects?

22 Is it everybody?

23 A   Well, no.  Obviously, you know, healthy people who

24 exercise all the time and have low-fat diet have a lot less

25 atherosclerotic plaque, so they're not going to suffer these

1  things.

2       What we see when we look at susceptibles for

3  particles, we see people with diabetes are more susceptible.

4  We see obese people are more susceptible.  Obviously, most of

5  these things are occurring in people who are over 50.  They're

6  not occurring in, you know, healthier young people.

7  Q   I believe you've touched on this, but I just want to make

8  sure it's clear.

9       Are the health effects from PM2.5 that you identified,

10 are they acute or chronic?

11 A   They're both.  So, that's what I was saying in the case of

12 the heart attacks.  And we see the same thing when we look at

13 death.  We see, as I said, that particle levels go up, more

14 people tend to die in the next few days.  But if I look at

15 sort of longer term average exposures, if I say well, particle

16 levels went up this year, the whole year on average was

17 higher, then we also see that when that's higher versus lower

18 that there are changes in life expectancy; and this study that

19 you see in this slide is looking at multiple year averages.

20 These are long-term averages and the effects are bigger than

21 they are in the time series studies.

22      So that suggests that there is -- it's not just the

23 sum of all the time series effects.  There are some additional

24 chronic things that are going on, and we see that consistently

25 in the cohort studies.

SCHWARTZ - DIRECT/BROOKS                    71

1  Q    Dr. Schwartz, have you heard the term "confounding" in

2  epidemiological studies?

3  A    Certainly.

4  Q    Could you explain to us what that concept is?

5  A    Confounding is the possibility that I'm looking at some

6  health effect, let's say deaths.  I see that as some exposure

7  goes up and down, deaths are going up and down.

8       Now the question is maybe there's some other factor

9  that really explains that relationship.  For that other factor

10 to be a confounder, two things need to be true.  First of all,

11 it has to actually be causally connected to mortality in this

12 example, right, because if it doesn't affect mortality

13 obviously that's not a plausible alternate explanation.

14      Additionally, it has to go up and down with the

15 exposure, the air pollution in this case.  So a confounder is

16 something that causally produces the health effect you're

17 studying and is correlated with, goes up and down together

18 with the exposure you're studying.

19 Q    All right.  Now, I don't want to go through every

20 experiment that you've participated in, but can you just

21 illustrate how it is that -- in your work -- you have

22 addressed an issue of confounding just to sort of illustrate

23 how it's done?

24 A    So, as I said before, in the time series studies, the

25 things that you worry about are things that also change short

1   term day-to-day.  The obvious ones in that case are other air

2   pollutants.  Maybe it's not particles, maybe it's NO2, or

3   weather.  Maybe it's very cold or very hot on high particle

4   days and it's really the temperature.

5          So one thing I did is I did the study in a different

6   way where I took each person who died and I looked at the day

7   they died, and then I took a nearby day when they didn't die.

8   If you do that for every death that occurred in the city,

9   right, then you basically are turning it into a case control

10  study where each person is their own control because I'm

11  comparing the person who died on Tuesday to that person on

12  another day when they didn't die.  It's the same person, same

13  smoking history, same weight, same all of these other risk

14  factors.  So they can't be confounding by those.

15         You ask on whole, was pollution higher on the day they

16  died as opposed to when they didn't die?  You keep it close

17  together so it's in the same season and everything.  That

18  controls for those confounders.

19         Then you can say what if I took the day that was close

20  by and chose it to also be a close-by day that had the same

21  temperature as the day they died.  And that temperature can't

22  possibly be the alternative explanation for the effect of air

23  pollution because the temperature's the same on both days.  So

24  it doesn't explain anything different between the two days.

25         And then I did the same thing where I chose the two

SCHWARTZ - DIRECT/BROOKS                    73

1    days to have exactly the same sulfur dioxide levels, or the

2    same carbon monoxide levels, or the same ozone levels, or

3    nitrogen dioxide levels.  I matched them on all the different

4    air pollutants; and then in all of those cases, I still saw

5    the association with particles.

6           So clearly, that couldn't be because of any of those

7    either individual factors like smoking or those other

8    environmental factors like weather or other air pollutants.

9    Q    Dr. Schwartz, in your opinion, is there any reason to

10   believe that the results that you see in your studies are

11   attributable to some as yet unidentified factor or confounder?

12   A    That's something you always want to worry about in

13   epidemiology.  That's one reason why we do lots of different

14   types of epidemiology studies because, as I said, they have

15   different confounding.

16          So the time series study, the things that can confound

17   that, have to change from day-to-day short term because that's

18   all we're looking at is short term changes.

19          Now, in the cohort studies, in day-to-day changes in

20   things don't really matter.  You're looking at multi year

21   average air pollution levels in these six different cities and

22   multi year survival in those cities.

23          So the things that could confound this are completely

24   different; and yet, we see the association in both kinds of

25   studies.

1          Then in the studies where I looked at the year-to-year

2    changes, to be a confounder, you have to be correlated with

3    the exposure.  So you have to be something that changes from

4    year to year around the average.

5          There are some things that might do that, but they

6    tend to be different than the things that change from day to

7    day or the things that change from city to city.  So there

8    just really isn't anything that could wind up on all those

9    different lists.

10          Then we look at these studies where the outcome isn't

11    death but it's maybe electrocardiograms or blood pressure and

12    stuff.  Then we have these panel studies where each person is

13    their own control; and, you know, it's really random whether

14    today's air pollution is higher or lower than a week ago.

15    Weather patterns change enough in a week, and that's what

16    determines basically differences in air pollution

17    concentration is that it's really random.  So it's almost an

18    experimental setup.  You're randomly assigning people these

19    exposures and their electrocardiograms are changing and what

20    are the potential confounders.

21    Q    So based on the body of epidemiological evidence,

22    toxicological evidence and everything else that you've seen,

23    is there any reason to believe now that there is some unknown

24    confounder that is actually responsible for all of the health

25    effects that you've identified rather than PM2.5?

1  A    No, I don't think so.  All the other relevant scientific

2  organizations share that view.  You know, the World Health

3  Organization, CASAC, the various medical societies that

4  commented on these pollution standards, they've all looked at

5  the data and said, you know, it's now pretty convincing.

6  Q    Let me focus then a little tighter.  Up until now we've

7  talked about PM as if it's just one thing.  But that's not

8  right, is it?

9  A    No.

10  Q    Isn't it true that it varies in chemical composition?

11  A    Yes.

12  Q    It varies in chemical composition based on where it came

13  from?

14  A    It varies in chemical composition based on the source and

15  based on the meteorology and various other things.

16  Q    Isn't it at least theoretically possible that some types

17  of particles have more significant health effects that others?

18         MR. VOLPE:  I would ask that he stop crossing his

19  own witness.

20         THE COURT:  I can understand why you're doing it

21  like this, but let's give him the usual direct questions.

22         MR. BROOKS:  I'm sorry, Your Honor.  I was trying to

23  speed up a little.

24  BY MR. BROOKS:

25  Q    Dr. Schwartz, you're aware that Defendants' expert asserts

1 in his expert report that particulates from coal-burning power

2 plants are not likely to have significant health impacts,

3 right?

4 A   Yes.

5 Q   Is he correct?

6 A   No, I don't think so.  Those arguments were made in

7 submissions to EPA that were reviewed by CASAC; and the reason

8 that nobody's convinced by those articles are several fold.

9 First of all, people have been working for a number of years

10 trying to tease out whether there are certain kinds of

11 particles that are more toxic than others.  That's one of the

12 major things I'm doing now.  I've published a bunch of papers

13 trying to address that issue.

14       Thus far, the results remain ambiguous.  That is to

15 say, there's no scientific consensus that has emerged saying

16 yes, these things are much more toxic, these things are much

17 less toxic than average, despite the fact there's been a lot

18 of work done.

19       That doesn't mean that ultimately we're not going to

20 find out that some things are more toxic and some things are

21 less toxic.  What it does mean is there's enough work that's

22 been done that if it was clear that if most of the toxicity

23 was from this thing here, we would have found that out by now.

24 And if it was clear that this thing had no toxicity

25 whatsoever, that would have been clear by now.

SCHWARTZ - DIRECT/BROOKS                    77

1      So I think the reason why CASAC told EPA that they had

2  to stick to PM2.5 as the standard and couldn't regulate

3  different kinds of particles is it still isn't clear.  That

4  indicates that when it does become clear, some things are

5  likely to be more toxic than others; but all of these

6  combustion particles clearly have some toxicity.  I think that

7  is clear.  So power plant particles might be more toxic or

8  less toxic than average when all the research is done; but

9  they're not going to be the sole source of toxicity and

10 they're not going to be completely nontoxic.

11 Q   You're aware of some studies that Dr. Valberg points to in

12 his report that are epidemiological studies of people who live

13 near coal fired power plants; and he says they give you little

14 support.

15      Do you have a response to that?

16 A   Well, these are fairly old studies, first of all; and

17 they're not really relevant for the sulfate particles we're

18 talking about because as I said, sulfates are secondary

19 particles.  So the sulfur dioxide goes up the stack; and it

20 goes through these chemical reactions in the atmosphere to

21 convert to sulfate particles.  Those proceed at a rate

22 around -- depends on the weather and things like that; but

23 typically 1 to 2 percent per hour.  So by the time you have a

24 noticeable number of sulfate particles produced, hours have

25 gone by and the air is almost never stationary.  The air

SCHWARTZ – DIRECT/BROOKS                    78

1  moves.  Five hours later that air is miles away.  By the time

2  most of the sulfur dioxide is converted into sulfate, it's

3  hundreds and hundreds of miles away.

4          So, you know, the people living under the stack, you

5  know, aren't particularly the ones that are being influenced

6  by these sulfate particles.  You've got to go father downwind

7  to find these people.  We have a lot of much more modern, more

8  reliable studies that demonstrate that there are effects of

9  sulfates.

10         So, for example, in the Harvard Six Cities Study, we

11  had those monitors that I told you about one of the things

12  that they measured were sulfates.  We looked and we saw ––

13  when we looked at day–to–day changes –– that there was a

14  significant association with sulfate particles.

15         More recently I published a paper where we looked at

16  25 cities across the United States and used data from EPA's

17  speciation network where they measured lots of different

18  attributes about particles including the sulfurate content.

19         What we found was that on average, in the cities where

20  a larger fraction of the particle mass was sulfate, we saw

21  steeper relationships between percent increase in deaths

22  versus particle mass, which suggested that, in fact, the

23  sulfates were a major issue.

24  Q   Let's talk for just a moment about toxicology if we could.

25         You're aware that Defendants' expert also cites some

1  toxicology studies that he says demonstrate that sulfate

2  particles have no toxicological effects.

3          Does that suggest to you that emissions of SO2 which

4  form sulfates, as you told us, would be expected to have no

5  health effect?

6  A    No, it doesn't.  The studies that he's citing are studies

7  that used laboratory generated particles that are simple

8  ammonium sulfate particles and that's not what the sulfate

9  particles in the atmosphere look like.  There is ammonium in

10 that, but as those reactions take place, they take place in an

11 atmosphere where there's also metals and where there's also

12 organic chemicals, volatile organic hydrocarbons that are

13 present; and the transformation results in the sulfate

14 particles that have some hydrocarbons attached to them; that

15 they have metals attached to them; and those metals have been

16 changed in form.

17 Q    What's significant about that?

18 A    Well, metals get emitted into the air by lots of sources;

19 but typically they're metal oxides.  In metal oxides, the

20 metal is tightly bound to the oxygen.  That can deposit into

21 your lung.  It's like a little boulder and can irritate your

22 lung and stuff.

23         What's really toxic, for example, iron.  The iron atom

24 actually gets free and becomes free iron sitting on the inside

25 in your lung in the epithelial lining fluid of the lung.  It

1  can catalyze the production of chemicals that are very

2  oxidated and cause a lot of damage in the lung and it's

3  catalytic.  That is to say, the iron doesn't get used up.  It

4  just goes through a series of reactions making this stuff.

5      What makes metals particularly toxic is if they can

6  get free of this oxide form and become more bioavailable.

7  What happens when the sulfates are forming in an atmosphere

8  where there are metals present that, in fact, that happens and

9  you wind up with metal sulfates instead of metal oxides, and

10 that is soluble where you wind up with sort of partially bound

11 iron or nickel or other kinds of metals on the outside of the

12 sulfate particles.

13      When they get in the lung, then you do get a lot of

14 toxicity from those metals that you wouldn't have gotten in

15 the absence of the sulfate.

16      So it's not just ammonium sulfate.  In fact, there was

17 a paper published last year looking at zinc sulfate particles

18 in animals and showing cardiovascular toxicity, a toxicology

19 study.

20 Q   Dr. Schwartz, are you aware of any specific toxicology

21 studies, other than the one that you just mentioned, that

22 support your view of a connection between PM2.5 from coal

23 fired power plants and adverse effects on human health?

24 A   Well, as people realize that synthetic laboratory

25 generated particles didn't look a lot like real particles,

1  toxicology changed; and most of the toxicology studies, you

2  know, in the last 10 years for particles, have tended to use

3  what's called concentrated air particles.

4  Q    What are those?

5  A    Basically you have a pipe and you suck in air from the

6  outside.

7        Now, remember in toxicology studies, because they only

8  have a small number of animals, they tend to expose them to

9  very high doses to make sure they see something if something's

10 going up.  They concentrate up the density of the particles in

11 the air to a higher concentration than it is outside; and they

12 expose the animals.

13       When they started doing that, they started finding

14 lots of responses to particles.  When they coupled that to

15 looking at animals who instead of being healthy young animals

16 on a low fat rat chow were sick, older animals getting a high

17 fat diet, they started to see much more responses to these

18 concentrated air particles.

19       Now the down side of doing that study is you're

20 concentrating all the particles and not just the sulfate

21 particles.  Some of the studies have been done in places where

22 the sulfates were a disproportionate share of the particles.

23 Q    For example?

24 A    There was a, for example, study done by people at NYU; and

25 their research laboratories is not in New York City but up

1  north of New York City in Sterling Forest, which is basically

2  a state park.  There's no traffic or industry or other stuff

3  there.  So I -- basically, all the particles in the air up

4  there are secondary particles.  All of them aren't sulfates,

5  but sulfates are certainly a very large fraction of that.  And

6  they exposed those animals for six months and they saw

7  increases in atherosclerosis and other cardiovascular

8  responses.  Somebody else sent them animals that they exposed

9  and published a paper recently showing diabetic type changes.

10         So again, by picking an area where the sulfates are a

11 disproportionately large fraction, you start to get some

12 indication that there's got to be some signal going on here

13 that --

14 Q  Dr. Valberg also points out that there are at least some

15 ongoing studies where someone is trying to use particles

16 actually from power plants for toxicological studies.

17         Are you aware of those studies?

18 A  Yes.  There's a study called TERESA.  The TERESA Study,

19 they took air from the stacks of three different power plants

20 that had three different characteristics.  So they tried to

21 partially mimic what goes on in the atmosphere in different

22 stages.  So the first stage was they simply added some

23 ammonia, I think, and got some ammonium sulfate.  Then they

24 did toxicological studies.

25         Then they, you know, changed the atmosphere, and they

1   let it cook longer with some UV light and stuff like that.

2   Then finally, they added in some pining, which is a

3   hydrocarbon given off by pine trees.  It's one of the many

4   hydrocarbons floating in the air.  Others come from motor

5   vehicles and stuff.  They took this one.

6         They sort of repeated these toxicology studies on the

7   animals as they were getting closer and closer to what really

8   happens in the atmosphere.  At that last stage –– well, first

9   of all, there's no published paper from this study in the peer

10  review literature; but the people who do this study are part

11  of the Department of Environmental Health.  We have regular

12  meetings.  We talk about our work ––

13  Q   At Harvard?

14  A   At Harvard.  What they have told me is that, you know, in

15  this last stage in these more realistic but still not fully

16  realistic particles, they are definitely seeing some

17  respiratory toxicity.  So they are seeing toxicological

18  responses.

19  Q   Dr. Schwartz, based on all of the research that you've

20  done or reviewed, in your opinion, as compared to all other

21  sources, is the particulate matter from coal burning power

22  plants more or less responsible for the adverse human health

23  effects you've described as attributable to PM?

24  A   My judgment –– and I think this is again the consensus of

25  the scientific community –– is that –– even though I have that

SCHWARTZ – DIRECT/BROOKS                    84

1  study I told you where it looked worse than average –– that

2  it's not clear, that basically all combustion particles are

3  toxic, and we have not yet gotten enough research to resolve

4  what the relative toxicity of the sulfates are.  So I can't

5  say with any assurance that they're more toxic than average or

6  that they're less toxic than average; but I think it's quite

7  clear that their toxicity is not zero.

8  Q   You said earlier that there is a relationship between the

9  concentration of PM2.5 in the air we breathe and adverse

10  health effects.

11        What is that relationship?

12  A   I don't quite understand your question.

13  Q   Well, is there a way to describe what the relationship

14  between concentration and health effects is?

15  A   Well, so, typically what we try to do is to fit a dose

16  response curve, which says that as the concentration goes up,

17  what is the health response that we see?  And that could be a

18  straight line, it could be a curve.  What we do is we try to

19  use advanced statistical techniques to figure out what the

20  shape of that line is.

21  Q   Are you talking about a line on a graph?

22  A   A line on a graph, where we have how many people die, or

23  how much your lung function goes down, or whatever health

24  thing you're studying.  Going vertically and horizontally you

25  have the different concentrations and you try to fit a line

SCHWARTZ – DIRECT/BROOKS                    85

1  that shows what that relationship looks like.

2  Q   And that relationship is called a dose response curve?

3  A   Yes.

4  Q   Do you have an opinion about the shape of the dose

5  response curve for PM2.5 and mortality?

6  A   Yes, I do.

7  Q   What is that opinion, sir?

8  A   There's been extensive examination of this in the

9  scientific literature, and the dose response curve is linear

10  between PM2.5 and mortality.  That's my opinion, but there was

11  recently a national Academy of Sciences report on risk

12  assessment; and they said the same thing.  In fact, they said

13  they used PM2.5 as the example of a dose response curve for

14  something that wasn't a carcinogen that was linear with no

15  evidence of a threshold.

16  Q   We're going to talk about that a little bit more in a

17  second.

18  A   Could I trouble you for one of those little bottles of

19  water?

20        THE COURT:  We'll take a 15–minute break.  We'll

21  reconvene at 10:30.

22        COURT CLERK:  All rise.

23        Court will be in recess for 15 minutes.

24    (A recess was taken.)

25        THE COURT:  I probably never mentioned this to you,

SCHWARTZ - DIRECT/BROOKS                          86

1  but no Baby Ruths in the well of the Court, in case anyone had

2  a candy bar and was eating it.

3          MR. BROOKS:  Well, it's the one mistake I didn't

4  make today.

5  BY MR. BROOKS:

6  Q   Dr. Schwartz, just before the break we were talking about

7  something called a dose response curve.  I want to go into

8  this just a little bit more with you.

9          What, approximately, is the range of ambient PM2.5 in

10  the United States?

11  A   Well, if you think what an annual average is it goes down

12  to about, in real clean areas -- in places where people live

13  and we have monitors -- maybe 7 or 8 micrograms per cubic

14  meter on the low end and up to about 25 micrograms per cubic

15  meter.  Maybe some bad years get up to 30 micrograms per cubic

16  meter on the high end.  For daily data there's a bigger range.

17  We get days down as low as two and up, oh, well over a

18  hundred.

19  Q   In terms of the annual averages first, is the dose

20  response relationship the same over that entire range?

21  A   Yes.  The dose response relationship is linear across that

22  range.

23  Q   I'm sorry, I missed what you said.

24  A   I said yes, the dose response relationship is linear

25  across that range.  It's a straight line.

1  Q   What does it mean if the dose response relationship is

2  linear?

3  A   What that means is that any incremental exposure produces

4  an incremental increase in the risk of dying and that the

5  issue -- incremental increase in the risk of dying is the same

6  no matter where you start it because a straight line has a

7  constant slope.

8       So if you go from 8 to 8 1/2, or 10 to 10 1/2, or 15

9  to 15 1/2, you get the same increase in risk.

10 Q   Generally in risk assessment, how does one then translate

11 that into numbers, if one were to do that?

12 A   Basically, the impact to the population is going to be the

13 is incremental increase in risk for a given dose times what

14 that dose was times the population affected.

15       So if this is a linear relationship then, you know,

16 essentially, you multiply those things together.  The impact

17 of that, I think, is twofold.  One is since it's linear down

18 to as low as we actually see, that means that it doesn't

19 matter whether an area is in attainment or not.  You're

20 getting the same health benefit from reductions if they

21 occurred there or if they occurred at a higher level.

22       The second thing is that, you know, if I expose twice

23 as many people to half as much an increase in pollution, the

24 increase in risk is the same.

25 Q   Why is that?

1  A    Because it's just a linear relationship.  Then you're

2  multiplying these numbers together.  So if one goes up by 2

3  and one goes down by two, the product is the same.

4  Q    What about the relationship between the other health

5  effects other than premature mortality; is that similarly

6  linear?

7  A    We've looked at hospital admissions and we also see linear

8  associations there; and I should mention that's obviously my

9  opinion; but that opinion is widely shared.  So again, the

10  National Academy of Sciences endorsed that linear dose

11  response relationship.

12       In the comments of the American Thoracic Society and

13  the American College of Cardiology, to EPA on the standard,

14  they said, you know, the relationship is linear.  This is a

15  consensus view.

16  Q    I probably need you to raise your voice just a little if

17  you would.

18  A    I'm sorry.

19  Q    About how far down in concentration does this linear

20  relationship hold true?

21  A    As far as we can see.  We've looked down.  I had this

22  paper that we published in 2008 where we looked at an

23  additional 10 years of follow-up in the Harvard Six Cities

24  Study.  We looked at what the dose response relationship was

25  and we used two methods.  One is a method called splines, and

1  I think I won't try to tell you what that is, but it's a

2  method of flexibly fitting curves and the curve that came out

3  looked linear.

4         The other is called model averaging where what we did

5  is we said, you know, some people have a hypothesis that the

6  relationship has to go away at low doses or change slope or

7  something.  Why don't we give all of these hypotheses a

8  chance?  So we fitted 32 different models where we allowed the

9  slope to change, get steeper or less steep at 5 different

10 places, between 10 micrograms per cubic meter and I think

11 30 micrograms per cubic meter.  Went up by 5-microgram

12 increments.  You know, only that it changed at one place, two

13 places, or three, or four, or five.  We've got 32 different

14 curves that we fit.  Then we calculated the weighted average

15 curve with the weight given to each curve proportional to how

16 well it fit the data.

17        So, you know, if people believed in thresholds, they

18 had a chance for that to come up at 15.  That was one of the

19 things that was fit.  We did the weighted average -- and

20 that's in my report -- it looks perfectly linear across the

21 entire range from 8 micrograms to about 35 micrograms per

22 cubic meter.

23        The American Cancer Society also fit a smooth curve, a

24 different kind of flexible curve, and their low dose response

25 relationship in that cohort study also looked linear.  So this

1  has been looked at and there's a scientific consensus that

2  that's what's going on.

3  Q    Is there a threshold concentration below which there are

4  no adverse health effects?

5  A    There doesn't appear to be any threshold within the range

6  of exposures that we see in the United States, whether if we

7  went down below that something would turn up, no one could

8  say.  But across the range of exposures, it looks perfectly

9  linear without a threshold.

10  Q    You're aware that Defendants' expert asserts that any

11  incremental addition to ambient concentrations below the level

12  of the NAAQS, would have no health effects; is that right?

13  A    Well, no.  Obviously, if we have a linear dose response

14  relationship, then any incremental change in exposure will

15  have an effect; and it's the same effect whether it starts

16  from above or below the NAAQS; and as I said, that is a

17  consensus scientific view, including by the National Academy

18  of Sciences.

19  Q    Any other organizations that agree with that?

20  A    Well, as I told you, the American Thoracic Society,

21  American College of Cardiology, the World Health Organization

22  in setting their standards recommended people use a no

23  threshold dose response relationship in doing their risk

24  assessments and deciding what they're going to do.

25  Q    Thank you, Dr. Schwartz.  Let me talk for just a moment

1  here about ozone.

2        What is ground level ozone?

3  A   Well, air is predominantly nitrogen and oxygen molecules.

4  A standard oxygen molecule is two oxygen atoms stuck together.

5  Ozone is three oxygen atoms stuck together.  That's a very

6  unstable molecule.  It wants like crazy for that extra oxygen

7  to take off and react with something and oxidize it.  That

8  produces profound effects.  In fact, it --

9  Q   Let me get to that in a moment.

10        How does it form?

11  A   It is also a secondary pollutant; and it forms with

12  nitrogen oxides being emitted into the air and hydrocarbons,

13  which are emitted by both manmade sources and natural sources,

14  reacting in the presence of sunlight and heat, which provide

15  the energy to provide the chemical reaction; and you get a

16  chemical reaction which produces ozone.

17  Q   Have health effects of ozone been studied?

18  A   Yes, they have.

19  Q   Are there any?

20  A   Yes, there are.

21  Q   Can you give us a quick rundown?

22  A   Ozone, as I said, produces lung inflammation.  It's easy

23  to understand that when you realize that the colorfast bleach

24  that you buy for your clothing is an ozone bleach.  In fact,

25  the way that they're disinfecting drinking water supplies now

1  to avoid using chlorine and getting chlorination byproducts is

2  with ozone.  It kills the bacteria.  It's a very irritating

3  agent that produces inflammation and can damage cells in the

4  lung.  That can result in reductions in lung function and

5  increases in respiratory symptoms.  It can also change the

6  ability of the lung to defend itself against infectious

7  agents.

8          If your defenses are reduced, you're more like to

9  develop an infection; and indeed we see that higher ozone

10  levels produce more respiratory infections.  Higher ozone

11  levels produce more hospital admissions for respiratory

12  illness, including asthma attacks; and as I said, day-to-day

13  changes in ozone levels in the air produce changes in how many

14  people die from day-to-day in cities.

15  Q   Are the effects of ozone worse for some people than

16  others?

17  A   Yes.

18  Q   For example?

19  A   For example, obviously, only asthmatics get asthma

20  attacks.  So they're a susceptible population.

21          We tend to see bigger effects in children and the

22  elderly, and there is some evidence that women, particularly

23  over the age of 60, are more susceptible in terms of mortality

24  and increases of ozone.

25  Q   Is there evidence of a threshold for ozone effects?

1  A   There was a large multi–city study, looked at 90 cities

2  across the United States, essentially every city in the United

3  States; and the association between ozone and mortality done

4  by Dr. Bell, and again fitting one of these flexible dose

5  response curves and the relationship is linear down to about

6  20 parts per billion, then it starts to flatten out.

7        So between 20 parts per billion and up the

8  relationship looks linear.  But then at extremely low levels,

9  it's flattening out.  However, 20 parts per billion is

10 basically –– you might see it today in the wintertime, but

11 that's not a common occurrence.

12 Q   Thank you.  Now, Dr. Schwartz, in your opinion, does an

13 increase in concentration of airborne PM lead to an increase

14 in mortality?

15 A   Yes, it does.

16 Q   What about heart attacks?

17 A   Yes.

18 Q   What about respiratory problems?

19 A   Yes.

20 Q   How much of an increase is needed to have an adverse

21 impact on the public health?

22 A   Well, again, the dose response relationship is linear and

23 continuous.  Any increase produces an increase in risk; and if

24 there's a noticeable population exposed, then you're going to

25 see increases in those events.

1  Q   How much of a decrease is needed then to see a positive

2  impact on public health?

3  A   Again, any decrease will produce an improvement in public

4  health.

5  Q   Dr. Schwartz, how long would it take to see a benefit in

6  public health from a decline in PM, say, from closure of the

7  Wabash units 2, 3 and 5?

8  A   Well, some of the effects will occur right away; and some

9  of the effects will occur over longer periods of time.

10      So, in the time series studies we see effects on

11 mortality occurring within days.  But then when you look at

12 sort of longer-term changes in exposure, for example, there

13 was the study of Poirot where they looked at a copper smelter

14 strike in the southwest.  These smelters shut down.  They were

15 major sources of SO2 emission, and much of the sulfate in the

16 Southwest and Western U.S. was coming from those smelters at

17 the time.

18      So there was a drop in sulfate particle levels during

19 the strike; and mortality rates fell in the five-state area

20 surrounding those smelters.  Then when the strike was ended --

21 that was over a period of about eight months, I think.  The

22 strike ended, and the mortality rates went back up again.  So

23 a fairly rapid response to the changes in sulfate particles.

24      When I looked at the analysis that I did -- well, we

25 did it in two stages.  One, we compared the first follow-up

1  period we had done in the six-city study and then the second

2  10 years.  What we saw was that in cities where the air

3  pollution had dropped a lot between the first period and the

4  second period, it was a big drop in the mortality rate in that

5  cohort.

6        In the cities where there was a medium reduction in

7  air pollution between the first period and second period,

8  there was a medium reduction in mortality rates.  In the

9  cities where the particle levels didn't change very much,

10  there wasn't much of an improvement in mortality rates.

11        So certainly within 10 years, you're getting big

12  changes in mortality rates.  Then we did a more detailed

13  analysis to say, well, does it really take 10 years?  We

14  looked at year-to-year differences in PM2.5 levels.  It looked

15  like the effect was basically all within the first couple of

16  years of exposure so that by the time you increased the

17  exposure, you saw all the excess deaths occurring within two

18  years.  And similarly with a decrease, you would see the

19  health benefits would arrive within two, three years of the

20  reduction in exposure, the full benefits, which as I said,

21  from these long-term changes, you see bigger health benefits

22  than you see like in the next couple of days.  But it only

23  takes about a few years to get to all of them.

24  Q   Dr. Schwartz, you're familiar that in this case the

25  Plaintiffs have asserted that Cinergy has illegally emitted

SCHWARTZ – DIRECT/BROOKS                    96

1   something in excess of 300,000 tons of SO2 since the time of

2   the projects.  In your opinion, did that have any effect on

3   public health?

4            MR. VOLPE:  Objection, Your Honor.  It's beyond the

5   scope of his expert report.

6            THE COURT:  He can answer.  Go ahead.

7   A   300,000 tons, sure.  In my opinion, that did have an

8   impact on public health.

9   Q   What if it were only 100,000 tons?

10  A   No.  There would still be an impact on public health.

11  You're talking about changing exposures, you know, in a large,

12  multi-state area; and the evidence is clear that changing

13  exposure changes life expectancy.

14  Q   Is that true for all of the health end points that you

15  identified?

16  A   Yes, as far as we know.

17           MR. BROOKS:  I have no further questions, Your

18  Honor.

19           THE COURT:  Thank you.

20           Cross-examine.

21           MR. VOLPE:  I've handed the witness a copy of his

22  deposition from this case.

23           Mr. Brooks, do you need a copy?

24           MR. BROOKS:  Yes.

25

1           **CROSS EXAMINATION**

2  BY MR. VOLPE:

3  Q    Good morning, Dr. Schwartz.

4  A    Excuse me.  Good morning.

5  Q    That's okay.  Take your time.  I'm Frank Volpe.  I'm one

6  of the attorneys for Cinergy, Duke.

7        Dr. Schwartz, as I understand your testimony, you're

8  offering opinions about the health effects from certain types

9  of emissions; is that right?

10 A    Yes.

11 Q    You would agree with me, Dr. Schwartz, that your opinions

12 are sort of generic as to these emissions; isn't that correct?

13 A    Can you explain a little better what you mean by generic?

14 Q    Well, you're not offering any opinions in this case

15 specific to Wabash River's emissions; isn't that true?

16 A    Yes.  There's nothing particular about their emissions.

17 Q    Right.  The emissions could come from Wabash River,

18 someplace in Chicago, someplace in Montana, correct?

19 A    Correct.  It appears that, as I said, all particles are

20 toxic; and there doesn't seem to be a lot distinguishing the

21 toxicity that we've been able to discover so far.

22 Q    Now, Mr. Brooks at the very end mentioned this concept

23 called illegal emissions.  Do you remember him saying that?

24 A    Yes.

25 Q    I think Plaintiffs have also used the concept of excess

1  emissions.  Are you familiar with that term as well?

2  A    Yes.

3  Q    But that's a phrase that the Plaintiffs' lawyer suggested

4  to you, isn't it?

5  A    Yes.

6  Q    You didn't have a concept of excess emissions until you

7  sat down with Ms. Vanderhook and discussed this case, correct?

8  A    Well, I think I have a concept in my head of what excess

9  emissions might mean.  It was when I sat down with the

10 Plaintiffs and talked to them, they said that there had been a

11 finding that there were increases in emissions above what was

12 allowable that had occurred in this case.

13 Q    Okay.  I understand what you're saying.  But as I listened

14 to your opinions in this case, you're not distinguishing

15 between excess emissions, not excess emissions or any type of

16 emissions.  Your opinion is focused on emissions, correct?

17 A    Well, my opinion -- indirectly.  My opinion actually is

18 focused on what is the concentration of air pollutions that

19 people are breathing; and they, of course, derive from

20 emissions.

21 Q    So the answer to my question is yes?

22 A    Yes.

23 Q    I'm going to put PR1911 on the screen, I hope.  Is that in

24 focus on your screen, Mr. Schwartz?

25 A    It's too small to read on my screen.  If you could blow up

1  the part you want me to look at.

2  Q    How is that?

3  A    Good.

4         MR. VOLPE:  Judge, is that okay with you?

5         THE COURT:  It's good.

6  BY MR. VOLPE:

7  Q    I take it from this letter, Dr. Schwartz and your

8  testimony about this letter, that you're familiar with the

9  National Ambient Air Quality Standards?

10 A    Yes, I am.

11 Q    We can colloquially refer to those as NAAQS, right?

12 A    Yes.

13 Q    It's the U.S. EPA that sets the NAAQS standards, correct?

14 A    Yes, it does.

15 Q    I assume you know that the U.S. EPA by statute is required

16 to set the NAAQS at levels which are required to protect

17 public health with an adequate margin of safety, correct?

18 A    Yes.  That's what the law says.

19 Q    That's what it says here in this letter too, right?

20 A    Yes.

21 Q    And there are two standards that EPA applies.  There's the

22 primary standard and the secondary standard, correct?

23 A    Yes.

24 Q    And the primary standard sets limits to protect public

25 health, including the health of sensitive populations such as

SCHWARTZ – CROSS/VOLPE                                    100

1   asthmatics, children and the elderly, correct?

2   A    Correct.

3   Q    And there are secondary standards as well, which you said

4   you agreed with me.  Those set limits to protect public

5   welfare, including protection against decreased visibility,

6   damage to animals, crops, vegetation and buildings; is that

7   correct?

8   A    Yes.

9   Q    And the U.S. EPA has set NAAQS levels for PM2.5, right?

10  A    That's right.

11  Q    And the current level for the annual average for PM2.5 is

12  15 micrograms per cubic meter; is that right?

13  A    Yes, it is.

14  Q    When EPA set the NAAQS level, that meant that in EPA's

15  view, those PM2.5 levels protect public health and public

16  welfare with an adequate margin of safety, correct?

17  A    Well, in setting that standard in 1997, EPA actually said

18  that it did not -- that language did not mean that the ambient

19  air quality standard was set at a level of zero risk.

20  Q    That wasn't my question, Dr. Schwartz.  My question was

21  when they set the levels, their statutory duty is to set them

22  at levels that protect public health with an adequate margin

23  of safety, correct?

24  A    Correct.

25  Q    The U.S. EPA has also set the average annual ozone level

SCHWARTZ – CROSS/VOLPE                101

1  at 75 parts per billion, correct?

2  A   Yes.

3  Q   Again, in EPA's view, those ozone levels protect public

4  health and welfare, and with regard to public health, with an

5  adequate margin of safety, correct?

6  A   Correct.

7  Q   I take it from your testimony today and I take it from

8  your reliance in this letter that you disagree with the EPA?

9  A   Well, that's what I tried to say before.  In the risk

10 assessment for setting the 15 microgram per cubic meter PM2.5

11 standard, EPA explicitly stated that it did not mean that 15

12 micrograms per cubic meter was a level at which the risk to

13 the population was zero and there were no health effects above

14 that.

15      They interpreted protecting public health with an

16 adequate margin of safety to mean something different than

17 what I think you're trying to elicit from me, which is that

18 there were no health effects below the standard.  That's not

19 what they said.

20 Q   Dr. Schwartz, that's not what I'm asking you.  I'm just

21 asking you when they set the levels, they did so at a level

22 that protects public health with an adequate margin of safety.

23 That's all I'm asking.

24 A   You're asking whether I think they set it at a level that

25 protects s --

*SCHWARTZ – CROSS/VOLPE*                         102

1  Q    I'm asking you did the EPA use that as their benchmark?

2  A    They used that as their benchmark.

3  Q    Okay.  Thank you.  In this letter, as I understand it, is

4  the CASAC -- is that it, CASAC?

5  A    Yes.

6  Q    They're recommending a different standard for annual

7  PM2.5, correct?

8  A    Yes, they are.

9  Q    I think it's fair to say, Dr. Schwartz, that the EPA

10  disagreed with the recommendation from CASAC.  Is that true?

11  A    Actually, I believe the rule that went to the White House

12  did conform to this, and it was changed in the White House.

13  So I don't know if that officially counts as an EPA

14  disagreement.

15  Q    What's the standard today?  Is it the standard that

16  CASAC's recommending here?

17  A    No.

18  Q    Thank you.  You understand the emissions that we're

19  talking about here in this case are sulfur dioxide, correct?

20  A    Sulfur dioxide and nitrogen oxides.

21  Q    Nitrogen oxides, thank you.  Are you familiar with the

22  term "attainment" under the Clean Air Act?

23  A    Yes.

24  Q    And you understand that attainment is measured on the

25  local level, correct?

1  A    Yes.

2  Q    And you also understand, Dr. Schwartz, don't you, that an

3  area is deemed to be in attainment if it has been monitored to

4  be in compliance with the NAAQS over a certain period of time;

5  correct?

6  A    Yes.

7  Q    And you're aware, aren't you, Dr. Schwartz, that Wabash

8  River is located in Vigo County?

9  A    Yes.

10  Q    And you were aware when you formed your opinions in this

11  case that Vigo County has been in attainment for SO2 since at

12  least 1997, correct?

13  A    My opinions in this case had nothing to do with the health

14  effects of SO2.  I offered no opinions on the health effects

15  of SO2.

16  Q    Have you offered opinions on the health effects of NOX?

17  A    No.

18  Q    So it's not relevant to your opinion that Vigo County has

19  been in attainment for NOX since before this case began?

20  A    Not relevant to my opinions.

21  Q    All right, Dr. Schwartz.  I heard you discussing various

22  studies that measure the impacts of emissions.  Am I right?

23  A    Yes.

24  Q    I heard you discussing dose responses and linear

25  relationships between data points.  Am I getting that right?

1  A    Roughly, yes.

2  Q    I was an English major; but I think that's right, correct?

3  A    Yes.

4  Q    What I didn't hear you discuss or I didn't hear you refer

5  to any study that measures Wabash River's contributions to any

6  health impacts; is that right?

7  A    That's correct.

8  Q    Are you familiar with the term "quantitative risk

9  assessment"?

10  A    Yes, I am.

11  Q    In fact, you've used quantitative risk assessments before,

12  correct?

13  A    Absolutely.

14  Q    One thing that a quantitative risk assessment can do is

15  evaluate or estimate Wabash River -- the Wabash River plant's

16  contribution, if any, to health effects as opposed to the

17  contributions from all other potential sources, right?

18  A    Yes, it can.

19  Q    But you didn't do a quantitative risk assessment in

20  evaluating human health risks in this case; is that right?

21  A    I didn't do one for the Department of Justice.  I have

22  done some quantitative risk assessments for coal-burning power

23  plants, including --

24  Q    I'm sorry.  I didn't mean to interrupt you?

25  A    Including Wabash River, because we looked at all

SCHWARTZ - CROSS/VOLPE                    105

1  coal-burning power plants.

2  Q    You did a very broad quantitative risk assessment?  You're

3  not relying on that for your opinions in this case, correct?

4  A    Correct.

5  Q    As I understand it you had all the data necessary to do a

6  quantitative risk assessment, correct?

7  A    Yes.

8  Q    Isn't it the case you were told not to do a quantitative

9  risk assessment?

10 A    Well, I think that puts it -- I was not asked to do a

11 quantitative risk assessment.

12 Q    Thank you.  Are you aware that the Beckjord plant is also

13 at issue in this case?

14 A    No.

15 Q    So you have no opinions about the Beckjord plant?

16 A    No.

17 Q    There's another tool that's used for the quantitate --

18 quantification of risks, but it looks more toward the benefit

19 side and that's called the environmental benefits and mapping

20 analysis model; is that right?

21 A    There's a tool called cost-benefit analysis, and BenMAPs

22 is a particular program that lets you do that.  There are

23 other ways of doing it.

24 Q    The U.S. EPA uses that tool?

25 A    Yes.

SCHWARTZ – CROSS/VOLPE                    106

1  Q    The U.S. EPA has developed a model that quantifies the

2  human health benefits from producing pollutants in the ambient

3  air?

4  A    Yes, it has.

5  Q    And they've used that tool?

6  A    They have used that tool, certainly.

7  Q    In fact, Dr. Schwartz, you're aware that U.S. EPA has used

8  BenMAP to quantify the human health benefits for a number of

9  Clean Air Act rule-makings in the last few years?

10 A    Yes.

11 Q    For example, you know, don't you, Dr. Schwartz, that U.S.

12 EPA has used BenMAP to quantify the human health benefits that

13 would result from lowering ozone, the ozone NAAQS standards?

14 A    They've used it to quantify some of the benefits.  I don't

15 think they did a national analysis.  I think they did analyses

16 in specific locations, yes.

17 Q    They've used it to assess the benefits?

18 A    That's right.

19 Q    From lowering emissions?

20 A    Yes.

21 Q    U.S. EPA has also used BenMAP to quantify the benefits

22 that would result from achieving reductions in emissions

23 through the Clean Air Interstate Rule; is that correct?

24 A    Yes, they have.

25 Q    That's the CAIR Rule?

*SCHWARTZ – CROSS/VOLPE*                           107

1  A    Yes.

2  Q    One thing the EPA can do with BenMAP is determine the

3  monetary benefits from lowering emissions, correct?

4  A    Yes, they can.

5  Q    They can do a cost-benefit analysis?

6  A    Right.

7  Q    You didn't use that model in this case, right?

8  A    No, I didn't.

9  Q    To your knowledge, Dr. Schwartz, did any of the other

10 Plaintiffs' experts use BenMAP to quantify the health benefits

11 from reducing emissions from the Wabash River?

12 A    Not to my knowledge.

13 Q    So is it fair to say that even though there are models

14 available that would allow Plaintiffs to quantify the human

15 health risks that may be caused by the Wabash River emissions,

16 you didn't employ those models?

17 A    No, I did not.

18 Q    So even though there are models that would allow you to

19 quantify the benefits that may result from elimination of

20 those emissions, you did not employ any of those models?

21 A    Not for the Department of Justice.

22 Q    Not in this case; is that right?

23 A    Yes.

24         MR. VOLPE:  I have nothing further.

25         THE COURT:  Mr. Brooks?

1    **REDIRECT EXAMINATION**

2    BY MR. BROOKS:

3    Q    Dr. Schwartz, is there any reason to believe that the SO2

4    emissions from Wabash Power Plant are any different from the

5    SO2 emissions from any other power plant?

6    A    No.  Particles may differ, but sulfur dioxide is the same.

7    Q    You were just asked about something called BenMAP.  What's

8    the first step in doing a risk assessment with that model?

9    What would you first have to know?

10   A    Well, you need to have your changes in emissions.

11   Q    How do you get that?

12   A    Well, it depends on the analysis that you're doing.  I

13   mean, if you wanted to get -- figure out what was happening

14   from the Clean Air Interstate Rule, you would look at what the

15   regulatory requirements are.  If you wanted to, you know, in

16   this case estimate what were the increases in health risks

17   from the emissions that were the excess emissions of this

18   plant, you would have to estimate what those excess emissions

19   were.

20   Q    Let me just ask you, based upon your experience in running

21   these models, between the between the time the jury returned a

22   verdict on I believe it was May 22nd of 2008 and the date that

23   expert reports were due August 22nd of 2008, in your opinion,

24   was there enough time to run a CMAQ model and then do a

25   quantitative risk assessment?

SCHWARTZ – REDIRECT/BROOKS                    109

1  A   CMAQ is a very time-intensive model.  It takes a long time

2  to set it up, and it takes a very long time to run it.

3        So to actually go through and estimate with CMAQ all

4  of the changes that would occur so you have the changes in

5  concentration that you could put into a cost-benefit analysis,

6  there wouldn't have been time to do that.

7        MR. BROOKS:  No further questions.  Thank you, Your

8  Honor.

9        THE COURT:  Mr. Volpe?

10        MR. VOLPE:  Nothing further, Your Honor.

11        THE COURT:  You may step down, sir.

12        MR. BROOKS:  May I exit the well and return and

13  leave with the witness?

14        THE COURT:  Yes.

15    (Witness excused.)

16        MR. SAVAGE:  Your Honor, may I approach.

17        THE COURT:  Yes.  Your next witness, sir?

18        MR. SAVAGE:  Your Honor, Plaintiffs call Mr. Lyle

19  Chinkin.  With Your Honor's permission, we would like to

20  briefly describe his testimony as he approaches.

21        Mr. Chinkin will testify that the SO2 and NOX

22  emissions from the Wabash River plant have substantial impacts

23  on ozone and PM2.5 air quality in Indiana, Ohio, Illinois and

24  other downwind states.  The impacted areas include several

25  areas that have been designated as non-attainment for PM2.5

1  and ozone.

2      *(Witness sworn.)*

3          THE COURT:  You may inquire.

4          **LYLE CHINKIN, PLAINTIFF'S WITNESS, SWORN**

5                  <u>**DIRECT EXAMINATION**</u>

6  BY MR. SAVAGE:

7  Q   Mr. Chinkin, please introduce yourself.

8  A   My name is Lyle Richard Chinkin.

9          MR. SAVAGE:  If we could have Image 1, please,

10 Plaintiffs' Exhibit 1900.

11 BY MR. SAVAGE:

12 Q   Mr. Chinkin, what is this?

13 A   This is my resumé.

14         MR. SAVAGE:  Your Honor, pursuant to the party's

15 stipulation on the admissibility of testifying experts' CV, we

16 now move Plaintiffs' Exhibit 1900 into evidence.

17         MR. VOLPE:  No objection.

18         THE COURT:  Exhibit's admitted.

19     *(Plaintiff Exhibit 1900 was received in evidence.)*

20 BY MR. SAVAGE:

21 Q   Mr. Chinkin, your CV mentions you're the president of

22 Sonoma Technologies.  What are your technical

23 responsibilities, if any, as president.

24 A   As president of Sonoma Technology, I am responsible for

25 overseeing, which include emission inventory studies, air

1  quality modeling studies and air quality measurement or

2  monitoring studies.

3  Q   We'll come back to each of those in a moment briefly, but

4  please give us an overall sense of how many years you've done

5  air quality analysis?

6  A   I've been in this field for almost 30 years.

7  Q   What, generally, is air quality analysis?

8  A   Air quality analysis is the science of combining the

9  understanding of meteorology, chemistry and emissions and how

10 those interact in the atmosphere.

11 Q   You mentioned earlier something called emissions

12 inventories.  Give us a sense of what that means.

13 A   Emissions inventory is like an accounting system, except

14 instead of for money, it's for accounting where are all the

15 sources, how much are they emitting and when are they emitting

16 it and where they're emitting it.

17 Q   You also mentioned that air quality analysis includes air

18 quality modeling.  What generally is air quality modeling?

19 A   Air quality modeling is a mathematical representation of

20 the atmosphere.  It allows planners to estimate and determine

21 what air quality changes would occur if you were to change the

22 emissions inventory.

23 Q   What factors generally go into air quality modeling other

24 than what you mentioned?

25 A   Air quality models include emissions inventory changes,

CHINKIN – DIRECT/SAVAGE                    112

1  meteorology, chemistry and the physics of the atmosphere.

2  Q    In your 29-year career, how many air quality modeling

3  projects have you been involved in?

4  A    Hundreds of projects.

5  Q    Have those projects required you to weigh the reliability

6  of modeling results?

7  A    Yes, they have.

8  Q    How do you do that generally?

9  A    Generally the reliability is determined by comparing the

10  model results in a technique we call the weight of evidence,

11  by comparing it to other knowledge you have of similar

12  situations.

13  Q    We'll come back to that in a moment; but generally, how

14  many papers have you written that have analyzed the results of

15  air quality modeling?

16  A    I've prepared probably dozens of peer-reviewed papers but

17  hundreds of technical reports on modeling.

18  Q    Can you give us a sense of how many presentations you've

19  given on air quality modeling?

20  A    Over my career, I've given hundreds of presentations.

21  Q    Do you have an air quality modeling project that you're

22  involved with now?

23  A    Yes, we do.

24  Q    Tell us about that, if we could call up image 2.

25        I'm sorry.  Please continue.

CHINKIN – DIRECT/SAVAGE                    113

1  A   Currently, we have a project that is funded by NASA and

2  the U.S. Forest Service that involves air quality modeling.

3  We run a project called CMAQ, C-M-A-Q.  That's a comprehensive

4  model for the entire United States.  We run this model every

5  day, twice a day; and as you can see in this image, it's

6  depicting the air quality all across America.

7          And in particular, what we're doing is providing this

8  information to the U.S. Forest Service to help them manage

9  their resources in firefighting for wild fires.

10 Q   Is that CMAQ that you mentioned the CMAQ that Mr. Brooks

11 and Mr. Volpe and Dr. Schwartz were talking about earlier?

12 A   Yes.

13 Q   What does that acronym stand for again, just to remind us?

14 A   CMAQ stands for the Community Multi-Scale Air Quality

15 Model.

16 Q   Can you give us a sense of how the Forest Service uses

17 CMAQ modeling you do for this project?

18 A   Probably everybody in the room knows that last year was a

19 very bad year in California for wildlifes.  In particular,

20 northern California had almost 3,000 wildlifes going at one

21 time.

22         The Forest Service asked us to run this model every

23 day and zoom in on northern California so they could make

24 decisions about which fire they could fight because there

25 weren't enough firefighters to fight them all.  They used our

CHINKIN - DIRECT/SAVAGE                    114

1  tool on a daily basis to determine where to deploy their
2  resources to protect the public health the best possible from
3  the smoke from those wildlifes.  That was one of their
4  criteria for which fires to fight.
5  Q   We'll come back on how to use these CMAQ pictures when we
6  get into the substance of your testimony.  Let's move on to
7  the final category you mentioned as part of air quality
8  analysis.  That was measuring or monitoring data.  What
9  generally is this monitoring data?
10 A   In response to the U.S. EPA establishing the National
11 Ambient Air Quality Standards, that includes measurement
12 requirements for communities around the country.  So there are
13 devices that are deployed throughout the country to try to
14 measure what the air quality is for certain parameters; and
15 that's one of the key elements you look at when you do an air
16 quality analysis.
17 Q   How many times over your 29-year career have you analyzed
18 this monitoring data?
19 A   I've done that hundreds of times.
20 Q   Does that require you to assess the reliability of the
21 monitoring data?
22 A   Yes, it does.
23 Q   How do you do that, generally?
24 A   Generally, you look at the monitoring data by assessing
25 where it's located.  You look at the data values themselves

CHINKIN – DIRECT/SAVAGE                    115

1  and look at their representativeness.

2  Q   We'll come back a little bit to that later in the

3  substance of your testimony, but give us a sense of how many

4  papers you've written that have included monitoring data for

5  pollutants.

6  A   Again, I've probably published dozens of papers but

7  written hundreds of reports that have included monitoring

8  data.

9  Q   If we could call up I think it's image 2 –– pardon me.  If

10  we could call up image 3.

11        Can you give us an example of a project you're working

12  on that involves monitoring data?

13  A   Yes.  This image in front of us here is from an EPA

14  website called the Airnow website, A–I–R–N–O–W.  That is a

15  project we are doing for the U.S. EPA at my company.  That

16  project involves compiling all of the available monitoring

17  data for the entire U.S., every hour of every day, 365 days a

18  year.

19        We compile that at our offices in Petaluma,

20  California.  We put it together and create movies and images

21  like this one we're showing you here.  These are then sent

22  back to the U.S. EPA for their website.  They're also

23  disseminated to the public in other ways, such as the Weather

24  Channel and the *USA Today* newspaper.  So when you see the AQI

25  index that's shown on the bottom right of this image, that is

CHINKIN - DIRECT/SAVAGE                    116

1  provided to the public by our office in California.

2  Q    What pollutants does the AQI index cover?

3  A    The AQI is a means by which the EPA communicates to the

4  public the concern they should have about the air they're

5  breathing; and it covers two primary pollutants, PM2.5 and

6  ozone.

7  Q    Can you just for background purposes give us a sense of

8  what the colors on the map we're looking at mean?

9  A    This particular image is from the EPA site, and this was

10 downloaded on Friday just a few days ago.

11        The yellow areas are showing the PM2.5 areas of

12 concern, one of which is right over Indiana, on Friday and the

13 forecast for Saturday.  The yellow is considered moderate in

14 the AQI scale.  That means some particularly sensitive people

15 should be concerned about the air quality if you're in one of

16 those yellow areas.

17 Q    Do you have a sense of what the yellow area means in terms

18 of the concentrations monitoring?

19 A    The way the AQI is set is that 100, which is the standard

20 for NAAQS, is set between yellow and orange.  In here that's

21 defined as moderate.  Then the orange is unhealthy for

22 sensitive groups.

23        So in the case of PM2.5, the daily standard is 35.  So

24 100 or the orange would equal 35.  So the yellow, the

25 moderate, means that the PM2.5 is somewhat less than 35.

CHINKIN - DIRECT/SAVAGE                    117

1  Q   Let's talk very briefly about where you worked before you

2  went to Sonoma Technologies.  Tell us about that.

3  A   I've been at Sonoma Technology for 17 years, the last

4  three as president.

5       Prior to that, I worked at another consulting firm for

6  nine years as manager of the emissions modeling group.

7       Prior to that, I worked five years at the California

8  Air Resources Board, which is the leading agency for air

9  regulations in California.

10 Q   Let's just very briefly touch upon your educational

11 background.  Image 1, please.  Again, for purposes of the

12 record, this is Plaintiffs' Exhibit 1900.

13      I note up on the top here it says you have a master's

14 degree in atmospheric sciences.  How, if at all, does that

15 degree in atmospheric sciences inform your air quality

16 analysis?

17 A   Atmospheric sciences is a combination of meteorology,

18 weather and chemistry of the environment, both of which are

19 key to understanding air pollution, formation and transport.

20 Q   I see from your CV also that you were on a National

21 Academy of Sciences panel tell us very briefly about that?

22 A   I served on a National Academy's panel to assess the

23 impact of changes to the New Source Review rule in about 2002.

24      MR. SAVAGE:  Your Honor, Plaintiffs tender at this

25 time Mr. Chinkin as an expert witness in air quality analysis.

1        THE COURT:  All right.  Go ahead, sir.

2   BY MR. SAVAGE:

3   Q    Now that we have your background, let's talk about this

4   case.

5        Before we get into the details of what may appear to

6   be a technical area, can you provide us just a summary of your

7   conclusions so we can see where you're going?

8   A    Well, I was asked at the outset of this case could we

9   assess the air quality impacts from the excess emissions from

10  the Wabash Power Plant.  We set forth a data analysis approach

11  to do that, and the conclusions of that analysis were that the

12  impacts were substantial and impacted within Indiana and

13  beyond to the states all the way to the East Coast.

14  Q    What pollutants did we ask you to take a look at that come

15  out of the Wabash River stack?

16  A    The emissions specifically were SO2 and NOX, which forms

17  sulfate and nitrate and ozone as secondary formation.

18  Q    Are sulfate and nitrate part of PM2.5?

19  A    That is correct.

20  Q    What air quality impacts did you specifically focus on in

21  your analysis?

22  A    The air quality impacts specifically were PM2.5 and ozone.

23  Q    You mentioned that you concluded there were impacts on

24  non-attainment areas.  Are you familiar with the location of

25  those non-attainment areas for PM2.5?

1  A    Yes, I am.

2            MR. SAVAGE:  Image 4, please.

3  BY MR. SAVAGE:

4  Q    Mr. Chinkin, what does this show?

5  A    This is an image that is showing the non-attainment

6  counties in the eastern U.S. surrounding the Cinergy Wabash

7  River plant in western Indiana, and you can see there are

8  shades of different colors here.

9            These are all PM2.5 non-attainment areas.  Some of

10  them are in non-attainment for the daily standard, the

11  35-microgram level.  Others are in non-attainment for the

12  annual standard, the 15-microgram level; and some are in

13  non-attainment for both of those standards.

14            If you zoom in on where the Wabash plant is, you can

15  see there are numbers of non-attainment areas surrounding the

16  plant at about 50 to 70 to 100 miles.  Then there's numerous

17  non-attainment areas in other states:  Indianapolis,

18  Evansville, Lafayette; Gary, Indiana, for example; Louisville,

19  Cincinnati, Dayton and Columbus in Ohio; the Chicago area,

20  St. Louis.  There's quite a few non-attainment areas around

21  the plant.

22  Q    And if we could go to image 5, please.

23            Can you just give us -- first of all, what does this

24  show?

25  A    This is an image similar to the previous image.  This one

1  is for ozone non-attainment areas.  There aren't as many ozone

2  non-attainment areas in Indiana; but again, it is surrounded

3  by non-attainment areas, that is, the Wabash River plant is.

4        There are areas in Cincinnati; Gary, Indiana; Chicago

5  area, St. Louis and then many areas going further east,

6  Columbus, Ohio; Pittsburgh and all the way to the East Coast.

7  Q   Can you give us a general sense before you get into the

8  details of your opinion of the ozone non-attainment areas

9  impacted by the Wabash River plant in your view?

10 A   Well, our conclusions were that while the ozone impacts

11 were less than the PM2.5 impacts, there were impacts in these

12 non-attainment areas.

13 Q   Now that we have an overview of your opinions, if we could

14 talk about the tools that you use as an air quality analyst.

15 How, if at all, does an air quality analyst consider

16 atmospheric chemistry?

17 A   Atmospheric chemistry is very important to an analyst in

18 this situation.  I think we all think of pollutants being

19 emitted from a facility in that we can stand outside at the

20 fence line of the property and watch the pollution and see

21 that impact.

22       In this case, it's more complicated because the

23 emissions themselves are transforming in the environment to

24 another pollutant that is the problem pollutant.  So the

25 chemistry, the relationship of how those emissions transform

CHINKIN – DIRECT/SAVAGE                    121

1  in the environment to a different chemical, from gases to

2  particles, is really important.  So chemistry is key here.

3  Q    Just generally, how is chemistry important to ozone?

4  A    In ozone, the NOX emissions that are released from the

5  power plant react in the presence of sunlight and other

6  chemicals in the environment to form ozone molecules.

7  Q    How generally is atmospheric chemistry relevant to PM2.5,

8  just generally?

9  A    In PM2.5, we generally speak of SO2 emissions that are

10 emitted from the power plant.  They can -- as a gas, they can

11 convert to particles when they combine with ammonia that's

12 floating around in the environment and other chemical

13 reactions that occur.  They form particles called sulfate.

14 Q    Let's talk about another scientific principle.  Does an

15 air quality analyst consider physics?

16 A    Yes, we do.

17 Q    Explain briefly.

18 A    It's important to recognize that the environment is not

19 static.  It's moving, and there are many things that make the

20 air move.  You watch on TV in the news, and you hear about low

21 pressures and high pressures and wind speeds and wind

22 direction.  So the atmosphere has physical, dynamic changes to

23 it that you need to understand for this.

24 Q    Are you familiar with the term law of conservation and

25 mass?

CHINKIN − DIRECT/SAVAGE                    122

1   A    Yes, I am.

2   Q    What generally does that mean?

3   A    The law of conservation of mass is stating that those

4   molecules that are emitted through the stack, for example, of

5   a power plant can't be destroyed.  Those molecules can be

6   moved around.  They can be transformed, but they cannot be

7   destroyed.  They're going to end up somewhere.

8   Q    Does an air quality analyst consider meteorology?

9   A    Yes.

10  Q    Can you briefly explain how, focusing on PM2.5 and ozone?

11  A    The meteorology that's most important for ozone and PM2.5

12  is understanding temperature, wind direction, wind speed and

13  humidity are particularly important parameters for those

14  pollutants.

15  Q    Let's talk about the monitoring data you briefly described

16  in your qualifications.  How is PM2.5 monitored?

17  A    PM2.5 is a particle.  So it has weight.  So it has mass.

18  In this country, there are federal−referenced methods that the

19  U.S. EPA says you can measure particles with.  So there are

20  numerous devices deployed throughout the country, but they're

21  very expensive devices.  So there are not instruments deployed

22  every mile, every state, every county.  They're limited

23  primarily to the major metropolitan areas and a few rural

24  areas, national parks, things like that.

25  Q    What scale are PM2.5 particles measured at in these

CHINKIN – DIRECT/SAVAGE                    123

1   monitors?  What's the scientific way to express that?

2   A    The units of measurement of these kind of particles are

3   called micrograms per cubic meter.  So it's sort of a measure

4   of how much weight or dust is floating in the air, so to

5   speak, in a meter of air.

6   Q    Let's talk about ozone monitoring.  How is ground level

7   ozone monitored in this country?

8   A    Similar to PM2.5, ozone is a gas.  So it's measured using

9   a different instrument; but similarly, in most major

10  metropolitan areas, there are instruments deployed to measure

11  the ozone gas.  Since it's a gas, it's measured in units that

12  are called parts per billion.  Again, it's a measure of how

13  many molecules of ozone there are in a volume of air.

14  Q    Why are these ozone monitors out there?

15  A    Similar to PM2.5, the U.S. EPA has established National

16  Ambient Air Quality Standards that establish levels of concern

17  if you're breathing those levels of concentration; and

18  therefore, areas are required to monitor it to protect public

19  health.

20  Q    Does it require judgment as an air quality analyst to

21  interpret monitoring data?

22  A    Yes, it does.

23  Q    Why?

24  A    Monitors are what we refer to as point source

25  measurements.  Monitors are located on a street corner in a

CHINKIN - DIRECT/SAVAGE                    124

1  community.  So you want to know what sources are around that

2  street corner that might be influencing that monitor.  So we

3  say how representative is that monitoring data?  So it's

4  critical to evaluate that every time.

5  Q   Let's talk about another tool that you mentioned earlier,

6  air quality models.  Why do air quality analysts rely on --

7  let me make it even more basic.  Why do air quality analysts

8  use air quality modeling and results?

9  A   Air quality models were developed as a tool to assist air

10 quality planners to assess what the changes in air quality

11 would be if you made changes in emission inventories and to

12 assess what the air quality is currently in areas that you

13 don't have monitoring devices because you can't afford to put

14 them everywhere.  So it's a really valuable tool and technique

15 for filling in the gaps of information on air quality.

16 Q   Are you familiar with the term "screening model"?

17 A   Yes, I am.

18 Q   What does that mean?

19 A   Well, not all models are created equal.  Some models are

20 simpler, and some models are more complicated or

21 comprehensive.  The screening models are the simplest tools

22 the more comprehensive, of course, are the more complicated

23 tools.

24 Q   Can you give us an example of a screening model?

25 A   A simple screening model would be one that, for example,

1  if you wanted to know where the pollution from a power plant

2  was going, you might release weather balloons from the top of

3  the stack and see where they go.  We have a model that does

4  that called HYSPLIT.  So it's just a trajectory model.  It

5  just says where is the air traveling; but it doesn't tell you

6  anything about the chemistry of that air, just where did it

7  go.

8  Q    Can you think of any other examples?

9  A    Another on the scale of screening models, next step up, is

10  a model called CALPUFF, which is a trajectory model with

11  simplified chemistry but not the full chemistry that would

12  give you the full answer of what is happening to the chemistry

13  in the environment.

14  Q    Let's talk about another type of model that we've already

15  touched upon.  Photochemical models, including CMAQ.  Are you

16  familiar with photochemical models such as CMAQ?

17  A    Yes, I am.

18  Q    What generally are they?  And please pull up image 8.

19  A    The CMAQ model is what is considered a state of the

20  science model.  It's a full three-dimensional model.  In this

21  image, what we're depicting is a series of grid cells, boxes;

22  and it's shown over a community.  You can see in this

23  particular image that the grid cells are two wide, three high

24  and four deep.  So it's breaking up the air over that city

25  into these little cubes.

CHINKIN - DIRECT/SAVAGE                126

1        What the model does is it accounts for the emission

2   inventory, the atmospheric physics and the chemistry; and then

3   it mathematically calculates every few minutes what's

4   happening in every one of those grid squares and then reports

5   out what the air quality concentrations are for ozone and

6   PM2.5 and other pollutants as well in every one of those grid

7   squares.

8   Q   Let's talk first about chemistry just generally.  Are you

9   familiar with how the chemistry in CMAQ was developed?

10  A   Yes, I am.

11  Q   Please tell us about that.

12  A   The state of the science air quality models like CMAQ rely

13  on chemical reaction equations in mathematical form to

14  simulate the environment.  Those equations are based on

15  experiments conducted at national laboratories and

16  universities throughout the country in what are called smog

17  chambers where professors and laboratory specialists inject

18  SO2 or NOX into a chamber and then measure the reactions that

19  occur in that chamber.  Then they make mathematical equations

20  out of those reactions and put those in the model.  It's

21  updated quite frequently with new information from the

22  laboratories.

23  Q   Does the history of chemistry used in CMAQ affect your

24  view of its reliability?

25  A   Yes, it does.

CHINKIN – DIRECT/SAVAGE                127

1  Q    How?

2  A    Because over the years, these tools have been refined with

3  better chemistry and better equations that have been evaluated

4  against the real world measurements; and these experiments in

5  laboratories gives you a great degree of confidence that it's

6  representing the atmosphere well.

7  Q    You also mentioned emissions.  How are emissions accounted

8  for in CMAQ?

9  A    The emissions inventory is a very comprehensive effort in

10 CMAQ or state of the science models.  In fact, they have their

11 own modeling system to put their emissions into the CMAQ

12 model.  It actually divides up the emissions into the precise

13 locations where the power plant's located.

14        In the case of power plants, it tells you which level

15 of box to put it in, because the power plant stack might be in

16 the third box.  It knows where factories are, where houses

17 are.  It's very detailed input into the CMAQ model.

18 Q    Does the CMAQ model take account of actual emissions?

19 A    The emissions inventory has actual emissions for some

20 sources such as the power plants that use what are called

21 continuous emissions monitors, CEMs.

22        For other categories such as cars and trucks, the U.S.

23 EPA has emissions modeling tools that estimate emissions from

24 those categories.

25 Q    You mentioned a couple of times emissions inventories.

CHINKIN - DIRECT/SAVAGE                    128

1   Can you give us a sense of who develops those inventories?

2   A    The U.S. EPA has established a requirement that every

3   three years, there's a national emissions inventory developed;

4   and in order to do that, they go out to the states and the

5   local agencies and require them in turn to compile information

6   that goes into the national inventory.  So it's a grass roots

7   level collection of data that goes into the national emissions

8   inventory.

9   Q    Is there a name for some of these groups that go out there

10  and collect the inventory data?

11  A    The local air pollution control agencies, state pollution

12  control agencies; and then U.S. EPA does it itself as well.

13  Q    You mentioned physics as part -- or physics of air

14  pollution as part of your work as an air quality analyst.  Are

15  the principles of physics incorporated at all into CMAQ?

16  A    All of the principles I mentioned before of physics, the

17  meteorology, the temperatures, the humidities in the

18  atmosphere are incorporated into a model, including the

19  conservation of mass.  That's one of the key physical

20  requirements of a model such as CMAQ.

21  Q    You mentioned meteorology.  How does CMAQ take account of

22  the weather?

23  A    Weather data, as we all know, is not collected in every

24  one of those grid cells I referred to in the model.  It is

25  often collected at the community airport.  Maybe there's a few

1  more weather stations in a town.

2        But what we have are models that allow us to gather

3  all the weather data that's available and then develop,

4  interpolate it, between the weather stations what the weather

5  might be every hour in every one of those grid cells.  So

6  there's also a weather model.

7  Q    What weather factors are taken account of in CMAQ?

8  A    The more important factors are wind, temperature, humidity

9  and cloud cover.

10 Q    Has CMAQ been formally peer reviewed?

11 A    Yes, it has.

12 Q    Tell us about that.

13 A    It is one of the most peer-reviewed, state-of-the-science

14 models.  The U.S. EPA has established an oversight committee

15 that meets annually, and they discuss what research should be

16 done to improve the model; and they publish papers on the

17 status of that research and has undergone several forms of

18 peer reviews.

19 Q    Is CMAQ discussed in the peer review literature?

20 A    Yes, it is.

21 Q    Give us a sense of that.  Can you give us an approximate

22 sense of how many papers it's been discussed in?

23 A    It's one of the most heavily-used comprehensive models

24 today.  It's used by the U.S. EPA, university researchers,

25 throughout the world.  It's used in other countries.  It's

CHINKIN – DIRECT/SAVAGE                    130

1  published in –– hundreds of papers rely on CMAQ.

2  Q    Now that we have a better sense of how CMAQ works and

3  what's been done, at the end of the day, what does CMAQ

4  produce once you've run it and you think it's reliable.  What

5  does it produce at the end of the day?

6  A    At the end of the day, so to speak, the output of a

7  comprehensive model like CMAQ is a three-dimensional air

8  quality concentration field.

9        So if you're doing an impact assessment, you can make

10 two runs of the CMAQ model; one, the original run, one with a

11 change to your emissions inventory and you subtract the two.

12 Then the difference between the two is the impact from your

13 source.  So it's a very valuable tool for looking at impact

14 analysis.

15 Q    How often is –– do you have a rough sense of how often

16 CMAQ is used to predict changes in PM2.5 emissions due to SO2

17 reductions?

18 A    CMAQ was one of the critical tools used by the U.S. EPA,

19 for example, in developing the CAIR Rule, C-A-I-R.  A

20 predecessor to CMAQ was used when they developed the acid rain

21 rules a few years ago.  It's a very useful tool when doing

22 these regional assessments.

23 Q    Does interpreting the results of a CMAQ modeling run

24 require judgment?

25 A    Yes.

CHINKIN – DIRECT/SAVAGE                    131

1    Q    Why?

2    A    The use of a comprehensive tool such as CMAQ really

3    should -- the results demand that someone be familiar with how

4    to interpret these results because as I said earlier, not all

5    models are created equal.

6         The outputs of models -- it's really important that

7    one understands the accuracy of the inputs that went into the

8    model and understand how to interpret the performance of the

9    model to determine that it's reliable.

10   Q    Are you familiar with any other air photochemical models

11   other than CMAQ?

12   A    Yes, I am.

13   Q    Tell us about that.

14   A    There's another similar structured comprehensive state of

15   the science model called CAMx, C-A-M, little x, which stands

16   for comprehensive air quality model with extensions.

17   Q    Do you know who invented that model?

18   A    That was invented by the ENVIRON Corporation.

19   Q    Do you know whether ENVIRON is involved at all in this

20   case?

21   A    I understand they are the expert on quality modelers for

22   the Defendants.

23   Q    Do you have a sense as to whether CAMx has been peer

24   reviewed?

25   A    It has been peer reviewed.  It hasn't been as peer

1 reviewed as CMAQ, the CMAQ model; but they have been peer

2 reviewed.

3 Q    Are their papers that discuss CAMx modeling results?

4 A    Yes, there are.

5 Q    Does CAMx model PM2.5?

6 A    Yes.

7 Q    Does it also model ozone effects?

8 A    Yes.

9 Q    Just to save time, generally, does CAMx work similarly to

10 CMAQ?

11 A    Yes.

12 Q    Could you just explain what you mean by that?

13 A    Briefly, the same emissions inventory, physics,

14 meteorology and chemistry that's in CMAQ, there's a similar

15 version of that in the CAMx tool.

16 Q    Let's talk about another point that we went over in your

17 qualifications.  That's air quality monitoring data.

18         Actually, let's move on.  Now that we have a sense of

19 your background and some of the tools you use, let's talk

20 about the question that you were asked to look at in this

21 case.

22         MR. SAVAGE:  If we could have image 10, please.

23 BY MR. SAVAGE:

24 Q    What did we ask you to take a look at?

25 A    Specifically, I was asked to look at the air quality

CHINKIN – DIRECT/SAVAGE                          133

1   impacts of the excess emissions.  In this case, we were

2   supplied the data that's in this table here from Dr. Fox; and

3   these are the excess emissions for year 2002; and for NOX,

4   they sum to 1,831 tons.  And for SO2, it was 21,790 tons.

5   Q    Did you independently calculate the excess emissions?

6   A    We did not.

7   Q    Did you have an understanding as to whether Dr. Fox

8   changed her calculation?

9   A    My understanding is subsequent to us receiving this

10  information and using it as our inputs, she, in fact,

11  recalculated the numbers; and these were a little bit low.  So

12  we would consider these are conservative in terms of our

13  impact assessment based on these numbers being low.

14  Q    Before we go over the details of how you analyzed the air

15  quality of the excess emissions, can you provide us a general

16  sense of the tools you used to look at those emissions?

17  A    We used a number of analytical tools, including emissions

18  inventory assessments and air quality models in particular,

19  CMAQ and CAMx.

20  Q    Let's talk first about CMAQ.  We've generally gone over

21  it.

22          Let's have image 9.

23          Where did you get the CMAQ modeling that you used in

24  this case?

25  A    Setting up CMAQ is a major undertaking.  So in this case,

CHINKIN – DIRECT/SAVAGE                    134

1   given the time constraints, we relied on a CMAQ model that had

2   already been set up by an organization called VISTAS,

3   V-I-S-T-A-S.  VISTAS is one of the five planning organizations

4   that was established by the U.S. EPA to help address regional

5   air pollution problems around the country.

6   Q    I forgot to mention this, but what does image 9 show?

7   A    Image 9 is showing the five regional planning

8   organizations throughout the country that were established

9   specifically for the regional haze rule, but they've gone on

10  now to deal with other regional pollution issues.

11  Q    Does the VISTAS modeling include SO2?

12  A    Yes.

13  Q    Does it include NOX?

14  A    Yes, it did.

15  Q    Can you just give us a general sense of what VISTAS

16  modeled?

17  A    The VISTAS modeled using the CMAQ tool the particles that

18  were formed from SO2 and NOX from all the sources in the

19  southeastern part of the country to assess regional haze,

20  which is visibility impacts which are from particles in the

21  air.

22       They basically used the CMAQ tool to estimate

23  concentrations of particles and their impact on visibility.

24  Q    Were the emissions from the Wabash River plant already in

25  the VISTAS modeling?

CHINKIN – DIRECT/SAVAGE                    135

1  A    Yes, they are.

2  Q    What meteorology did VISTAS use in developing the –– this

3  best case model –– pardon me –– this model?

4  A    The regional planning organizations all agreed to use

5  common data to be shared among all the organizations for their

6  modeling exercises.  They all agreed to use 2002.  There was a

7  national database of meteorology developed for that year.

8  Q    You may have already shared this somewhat, but can you

9  give us more of a sense of why VISTAS did this modeling?

10  A    Again, they were under the mandate of the U.S. EPA to

11  assess regional control strategies for improving regional haze

12  or visibility due to particles.  So they spent several years

13  and millions of dollars of effort to develop this CMAQ

14  application.

15  Q    Can you generally describe what VISTAS did?

16  A    Well, VISTAS was –– overall was a very large group.  It

17  included many stakeholders, which were Government and private

18  industry.  They employed contractors to help assemble the data

19  and actually do the modeling for them.

20  Q    Do you have a sense of how much VISTAS spent to get this

21  modeling right?

22  A    My understanding is that it was several millions of

23  dollars.

24  Q    Do you know who, if anyone –– any outside consultants

25  assisted VISTAS in this work?

CHINKIN - DIRECT/SAVAGE                          136

1  A   My understanding is the lead consultant who did this work

2  was ENVIRON Corporation.

3  Q   Are you aware of any peer-reviewed papers finding the

4  VISTAS modeling to be reliable?

5  A   Yes, I am.

6  Q   Just generally tell us about that.

7  A   One of the key elements in determining whether to use this

8  VISTAS model was whether it was reliable, and there were

9  published papers by ENVIRON Corporation on the reliability of

10 this tool.  And we looked at those papers as well as looking

11 at the reports and the website that VISTAS had to discuss its

12 reliability.  Those were independently assessed, and we

13 concurred with that.  It was a reliable tool.

14 Q   Now, did VISTAS use something -- let me back up.

15      Are you familiar with just on a general level the term

16 "plume and grid"?

17 A   Yes, I am.

18 Q   What generally is that?

19 A   The term is actually "plume in grid," PIG for short.  What

20 that's referring to is a model, as I showed in that previous

21 figure, that are like little cubes over the community or over

22 a state.  If you're trying to assess the impact of a source

23 such as a power plant -- very nearby the power plant, it's

24 considered one option to use this thing called plume in grid,

25 which is to isolate the plume of the power plant from all the

CHINKIN - DIRECT/SAVAGE                     137

1  other sources nearby the plume until the plume gets big enough

2  to mix with the other sources.  That's referred to as plume in

3  grid.

4  Q   Why didn't you use it -- or do you have an understanding

5  as to -- let me rephrase it.

6          Did you simply take VISTAS modeling without any

7  alteration as to plume in grid?

8  A   That's correct.

9  Q   Why did you conclude that was appropriate and reliable to

10 do?

11 A   Well, in the VISTAS application, they chose not to use

12 plume in grid because they were looking at regional impacts on

13 regional particle formation.  We were asked to do a similar

14 analysis.  We were looking at the regional impacts from the

15 excess emissions from the power plant.  So we also chose not

16 to employ the plume in grid option.

17 Q   Do you have a general sense as an air quality analyst as

18 to the radius over which plume in grid might make a difference

19 if you were using it?

20 A   Well, in our study, as in the VISTAS case, the grid cells

21 are what are called 12-kilometer grid cells.  That's about a

22 4-mile radius.  If you think about standing at the power plant

23 and the plume spreading out over 4 miles in width, it's our

24 view that once you're beyond a few grid squares, it doesn't

25 make any difference.  So when you're looking at regional

CHINKIN – DIRECT/SAVAGE                    138

1  impact, you don't need to use plume in grid.

2  Q    Let's talk about the specifics of the VISTAS modeling that

3  you relied upon.  What time period did you use in this study

4  we asked you to do?

5  A    The VISTAS modeling was done for the entire year of 2002

6  because they were looking at a visibility rule that required

7  them to look at a whole year.

8          For our study, we analyzed the air quality data in the

9  Indianapolis area specifically and identified that PM2.5 is

10  generally highest during the summer months.  So we focused in

11  on specifically in the year 2002 when air quality was highest,

12  which was the month of June.  So we modeled the one month of

13  June 2002.

14  Q    Did you reach any conclusions as to whether using

15  June 2002 was representative of PM2.5 impacts?

16  A    Yes, we did.

17  Q    Explain.

18  A    PM2.5 as I think we've heard earlier today has two

19  standards.  There's a daily standard and an annual standard.

20  The highest days were occurring in June.  So by modeling June,

21  we were assessing the impacts on the daily standard.

22          We subsequently did analyses using another tool, CAMx,

23  which was run for a whole year; and the analysis corroborated

24  that the annual numbers from CAMx were similar to the monthly

25  average of June.  So it was a very representative month.

CHINKIN – DIRECT/SAVAGE                    139

1  Q    Do you have a sense as to how common it is to use a month

2  or less in the air quality modeling field to assess and

3  analyze impacts?

4  A    It's actually very common.  The EPA guidance requires for

5  assessing the daily standard that you model a few days, maybe

6  even a week.  But to do a period of a month is actually

7  considered a good data set to work from.

8  Q    How does the modeling that was done in this case with CMAQ

9  differ at all from the VISTAS modeling?

10  A    In general, it didn't differ at all.  The only change we

11  made to the VISTAS modeling was to do the one sensitivity run

12  of removing the excess emissions from the Wabash River

13  station.  Everything else was the same.

14  Q    I'm sorry.  Let me stop you.  What did you mean by

15  sensitivity run?

16  A    The way an analyst uses these models is you make what is

17  called a best case run, which is your best estimate of all the

18  sources; and you run the model and see what the air quality

19  concentrations are predicted to be.

20        Then you go into the model, and you make a change.  In

21  this case, we reduced the emissions from the Wabash River

22  station by the excess amount, and then you rerun the model.

23  We call that a sensitivity run.  You subtract the two, and

24  that difference is the impact of those excess emissions.

25  Q    What impacts did you specifically focus on in your study

CHINKIN − DIRECT/SAVAGE                    140

1  with the VISTAS modeling?

2  A    We specifically focused on the impacts of PM2.5 and ozone.

3  Q    Let's talk about the results of the modeling.  Do you have

4  an animation that would be helpful in explaining that?

5  A    Yes, we do.

6  Q    If we could run the CMAQ video, please.

7        Mr. Chinkin, if you could please walk us through this

8  video as it fires up.

9  A    The image that will show up in a second is a movie we have

10 put together that will represent just a few days of the

11 modeling episode during the month of June.  So this is a

12 visualization for June 21st to June 24th, 2002.

13       The animation here will depict the three−dimensional

14 nature of air quality.  This is meant to be illustrative of

15 that air quality pattern.

16 Q    Just to be clear before this starts −− or let me rephrase

17 that.  Are you saying that this animation will show the exact

18 concentrations that come from the Wabash River plume?

19 A    The purpose of this animation is to show how the air

20 quality moves.  Now, these are accurate air quality

21 concentrations, but that's not the purpose of this video.

22 This is just to demonstrate how air quality is

23 three−dimensional.

24 Q    Why don't you walk us through this.

25 A    This first image is a still image, as if we're looking

CHINKIN - DIRECT/SAVAGE                    141

1   down at the earth from a satellite.  This image is showing --

2   if we can pause or go back to that one.  If not, we can just

3   keep going.

4          So this first image is just showing where the power

5   plant is located in western Indiana, and you see sort of a

6   yellowish, light-colored area.  That's the fresh SO2 emissions

7   being emitted by the power plant.

8   Q   Let me stop you right there.  Is this the total emissions

9   from the plant or just the excess?

10  A   This is just the excess impact calculations shown here.

11  Q   Please continue and explain what we see on the plume.

12  A   What we're seeing is -- well, the fresh SO2 emissions were

13  in yellow, and then they convert to the sulfate particles

14  shown in sort of a darkish greenish-brown color.  In this

15  case, you can see how that brownish plume extends all the way

16  across Pennsylvania, New Jersey, up towards New York and

17  Connecticut and out to the Atlantic.  So these particles are

18  very long-lived particles.

19         Once they form, they travel hundreds, if not

20  thousands, of miles.  That's what this model will enable us to

21  show.  If we continue, it will show it in three dimensions.

22  Q   Let's go through and look at the movie.  Please walk us

23  through as we see it.

24  A   What we're doing now is we're tilting the earth.  Pretend

25  the satellite's come down lower.  What you're seeing here are

CHINKIN – DIRECT/SAVAGE                          142

1  three-dimensional views of that same plume.  Again, you can

2  see at the beginning here before it starts moving -- you'll

3  see the SO2 in the lighter yellowish colors.  It converts to

4  the brownish-greenish color of sulfate.

5        When the plume is not touching the states, not

6  touching the background map, the plume is actually elevated.

7  You know, it's above your head.  It's not down on the ground.

8  Q    Let me stop you there.  How does it get elevated?

9  A    Well, the physics of the atmosphere are really important

10 here.  A plume, to begin with, is starting at the top of a

11 stack which is already elevated to begin with.  The emissions

12 are often hot, and they have velocity with them.  So that

13 injects it even higher into the atmosphere.

14       So coming out of the stack, it's actually quite high,

15 maybe 250 or higher meters.  So it's in an elevated layer to

16 begin with, and it has to be mixed down to the ground for us

17 to be breathing it.  So the model accounts for that physics.

18 Q    Let's continue, please.

19 A    So when you see the plume and you can see how it's

20 separated from the map below, at that instant, the plume is

21 elevated.  It's not actually down at the ground.  I will show

22 you there are times when it's at the ground, and there are

23 times when it is elevated.  So we can go ahead and continue.

24       So now we're going to go through the movie, the

25 animation section.  So as you see at the very beginning here,

1  you can see the yellow, fresh emissions going almost straight

2  up into this -- then it turns horizontal when it starts

3  turning the brownish color.  That's when the plume is

4  elevated.  It's not actually impacting the ground at this

5  time.

6         This is in the middle of the night on the early

7  morning hours of June 21st, so to speak.  At night, that's

8  when the plume is above what we call the inversion layer.  You

9  may have heard that mentioned on the evening news.  It's up

10 above that inversion layer at night.

11        Then we'll let the movie run.

12        If we just let it go through the time steps, you'll

13 see there will be times that if we -- we can pause here any

14 time in this area.  You can see now the brownish plume has

15 gone all the way down to the ground, and it's flat with the

16 map that's underneath.  That's telling us that in the

17 afternoon that day, the sun heated the ground, caused the air

18 to become warm and turbulent.

19        We all recognize when we fly in the summer, the

20 flights are bumpier than they are in the winter.  That's

21 because the atmosphere is more turbulent.  It mixes that plume

22 down to the ground.  So there's times when that plume impacts

23 nearby Indiana, but the elevated portions can travel great

24 distances before they mix down to the ground.  So we'll

25 continue, and we'll see that.

CHINKIN – DIRECT/SAVAGE                    144

1  Q    Please do.

2  A    Again, you can see more fresh emissions are being injected

3  all the time in western Indiana in the yellow there.  You

4  begin to see this narrow, thin ribbon moving east.  You can

5  see at some times the plume is again impacting the ground.

6  Now, it's in Ohio impacting the ground as well as in Indiana.

7  Q    What time period is this over again?

8  A    This is over a four-day period, beginning June 21st

9  through June 24th of 2002.  So this is a real historical

10 event.  Again, we see on this particular day the fresh

11 emissions; and you can see the plume again is elevated.  And

12 if you look at the clock on the top, you can see again we're

13 at nighttime or early morning hours, which is why it's above

14 that inversion layer.

15      So a number of things comes from this tool.  It helps

16 the modeler and the data analyst, myself, get more reliability

17 and results when you see that the model is representing the

18 physics one would expect in the atmosphere.

19      So we just let it run a little bit further.  We'll see

20 it mixing down to the ground again.

21 Q    What does it mean when it gets lifted up?  I see the plume

22 is getting higher.  What is that doing?

23 A    What that's doing is saying it's not depositing on the

24 ground.  It's staying in a cohesive plume.

25      In this case, that plume traveled all the way over to

1  New Jersey.  If we pause it here, you can actually see that --

2  if I can circle that, you can actually see it dropping down to

3  the ground and mixing in western Pennsylvania.

4          If we continue that animation, the mixing down to the

5  ground occurs over New Jersey, New York, Connecticut, the

6  whole area.  That plume mixed down to the ground several days

7  later from the emissions in western Indiana.

8  Q   Can you get a sense from this of other states that might

9  be impacted by the excess emissions?

10 A   Certainly as it traveled through Indiana to Ohio, to

11 Pennsylvania, Maryland, Rhode Island, Connecticut, most of

12 those states in that area on this particular date were being

13 impacted by that plume.

14 Q   Do you have anything further on this animation?

15 A   No.  I think that's it.

16 Q   We talked about how the plume goes up and it goes down.

17 Do you have some images that show the concentration impact at

18 ground level?

19 A   Yes, we do.

20 Q   Let's go to image 11, please.  If we could make that just

21 a tad bit bigger, if you can.

22          Mr. Chinkin, what does image 11 show?

23 A   Image 11 is a -- if you recall, I said the CMAQ model was

24 a three-dimensional model.  Well, this is showing you the

25 lowest layer of that third dimension.  So this is the air that

CHINKIN - DIRECT/SAVAGE                    146

1  we're breathing.  It's that lowest box.

2         In this case, it's showing in the color scale here is

3  the darker redder colors are the higher concentrations.  The

4  yellowish are the lower concentration and then all the way to

5  the white where the concentrations are not zero but they're

6  smaller.  These are the impacts of that plume as it's coming

7  down on the ground over the course of a day.

8  Q   One question on that, and then I think we should zoom it.

9         When you say the impacts of the plume, is that the

10  total plume from Wabash River or the excess emissions?

11  A   These CMAQ simulations are the excess emissions impacts.

12  Q   Can we get rid of the zoom and just go to the full

13  picture, please?

14  A   So on these images, you can see there's a scale on the

15  left-hand side.  That scale is in micrograms per cubic meter.

16  That's the measure of particles when we do particle pollution.

17  This day is actually June 12th.  It's a specific day that we

18  studied over the course of the month of June.

19         You can see the concentration scale on the left, and

20  it runs from relatively low levels to about half a microgram

21  near the top of the scale; and we've zoomed in on the bottom

22  of the map showing over Indianapolis specifically, and you can

23  see that Indianapolis is in the center of the darker, redder

24  area.  And the maximum impact this day is .49 or about a half

25  a microgram.

CHINKIN – DIRECT/SAVAGE                    147

1  Q   Where was that maximum impact?

2  A   The maximum impact is approximately in Marion County.

3  Q   You see on here there's also some yellow?  Can you give us

4  a sense of the impacts that were shown on that part of the

5  image?

6  A   So if you look at the totality of that plume, you'll see

7  that it's leaving the power plant in western Indiana; and as

8  we've heard earlier today, the conversion of the SO2 to

9  sulfate takes time.  It's not instantaneous.  That conversion

10 takes hours, many hours.

11        So the peak impact is actually sort of in the Marion

12 County area, but the plume continues to travel during that 24

13 hours over the non-attainment area in Ohio as well.  So it's

14 impacting just north of Dayton, into Columbus.  So there are

15 other areas impacted during this day.

16 Q   Can you give us the sense of the scale of the impacts some

17 of the other non-attainment areas from the excess emissions?

18 A   The scale is suggesting that the impacts in Ohio are on

19 the order of a 10th to maybe two-tenths of a microgram.

20 Q   And if we could have image 12, please.

21        Mr. Chinkin, what does image 12 show?

22 A   Image 12 is showing the impact of the excess emissions

23 from the Wabash plant on eight-hour average ozone.  The

24 standard for ozone is 75 parts per billion averaged over eight

25 hours.  So that's the metric we use.  The scale on the left is

CHINKIN – DIRECT/SAVAGE                    148

1 showing in parts per billion similar color scheme.  White is

2 the cleanest to the yellow to the darkest color of red.

3        On this particular day –- this is June 21st of 2002 –-

4 the maximum impact is shown as 0.91 or just about 1 part per

5 billion; and that's near the power plant in western Indiana.

6 But you can see the plume of impact extends eastward through

7 Indianapolis, all the way to Ohio; and it's on the order of

8 tenths of parts per billion.

9 Q   Just to be clear for the record, are these the impacts

10 from the entire plant or just the excess emissions?

11 A   These are just the excess emissions impacts.

12 Q   Can you explain to us why on image 12 it appears that

13 there's a yellow blotch of ozone farther up in Ohio?  What

14 accounts for that, if you can explain it?

15 A   The physics of the atmosphere is pretty complicated; and

16 so what's happened here is that because the plume is

17 continuous, the plant is emitting 24 hours a day, every day.

18 Some of these images will show the impact of yesterday's

19 plume, and then you'll see the impact of today's fresh plume.

20 So we're actually seeing a residual leftover of some impacts

21 from June 20th impacts while we're looking at the average on

22 June 21st.

23 Q   Let's have image 13, please.

24        What is image 13?

25 A   Image 13 is a representation using the same color scheme;

1   but it is in this case the excess emissions impact averaged

2   over the entire month of June for PM2.5.  And we can see the

3   darkest color again in the reds is centered in western Indiana

4   and central and northern Indiana; but the impacts cover a

5   multistate area, including Illinois, Kentucky, Ohio, Michigan

6   and Wisconsin and all the way to Pennsylvania and New York on

7   this image.

8   Q   To be clear again, is image 12 –– or pardon me –– is image

9   13 showing the impact from the total emissions or just the

10  excess?

11  A   These are just the excess emissions.

12  Q   Can you just briefly walk us through what the different

13  color scales mean on this image?

14  A   So on this image, the maximum impact is the darkest area

15  in western Indiana; and the calculated value was

16  0.17 micrograms; but the color scale is telling you that

17  throughout most of northern Indiana, the impact is on the

18  order of a 10th or so of a microgram.  The farther away from

19  the power plant, the average impact is on the order of maybe a

20  half or .05 micrograms.  And further away, it gets even lower;

21  but that's the scale of micrograms.

22  Q   As we looked at image 11, which is the other plot of the

23  daily average, in image 13, they appear to be different.  How

24  do you explain the daily versus the monthly average impact

25  from excess emissions?

CHINKIN – DIRECT/SAVAGE                    150

1  A    It's important to remember that for PM2.5 there's two

2  standards.  There's a daily standard, which is 35 micrograms;

3  and there's the annual standard, which is 15 micrograms.  So

4  when we're looking at the daily plots, we're assessing the

5  impact against the daily standard.  So you would expect a

6  larger value on that number.

7        When we look at the average, you're looking at the

8  annual average of 15.  The average of any location is going to

9  have clean days and dirty days.  So you would expect the

10 average to be a lower number.

11       So to put it into context, the average here -- the

12 average or maximum impact here is .17 micrograms.  There are

13 many locations in the country, for example, where the annual

14 standard is violated by just a few tenths of a microgram.  The

15 annual average might be 19.2 or 15.1.  So an average impact of

16 .17 should be compared in that context.

17 Q    Let's also talk about -- you mentioned something called

18 the CAMx model that you used in this case.  Where did you get

19 the CAMx modeling that you used in this case?

20 A    Near the end of when the expert reports were due, we

21 became aware that the U.S. EPA had used the CAMx model for

22 some analyses they were doing unrelated to our case but made

23 it available to us to look at the results.

24 Q    What pollutants did U.S. EPA take a look at?

25 A    They were specifically looking at the CAMx results for

1  PM2.5 24-hour designation purposes.

2  Q   When you say that EPA was using the CAMx model for 24-hour

3  designation purposes, do you know whether they ultimately

4  ended up using that modeling?

5  A   Well, in the end, they didn't use it.  The motivation was

6  that's why they ran the model; but it took them so long for

7  them to run the model, the results weren't available for the

8  redesignation process.

9  Q   What sources did U.S. EPA model with CAMx for 2005?

10  A   EPA, as part of that process it was going through, was

11  trying to understand the impact of sources throughout the U.S.

12  and east.  So they identified the top 200 point sources or

13  individual facilities in the eastern U.S.; and they

14  specifically modeled the top 5 percent of all sources in the

15  eastern U.S.

16  Q   Now, you say that EPA modeled the entire year with CAMx.

17  Does that mean the model only spit out a PM2.5 impact for the

18  entire year?

19  A   The way EPA ran the model was to run the model for every

20  day for an entire year.  So there are daily results for every

21  day of an entire year.

22  Q   Now, was the Wabash River Power Plant included within

23  EPA's CAMx model?

24         COURT CLERK:  Counsel, please speak up.

25

CHINKIN – DIRECT/SAVAGE                    152

1          MR. SAVAGE:  I'm sorry.

2    BY MR. SAVAGE:

3    Q    Was the Wabash River Power Plant included within EPA's

4    CAMx model exercise?

5    A    Yes, it was.

6    Q    Do you know whether EPA did that as part of this

7    litigation?

8    A    It was not part of this case to my understanding.

9    Q    What emissions did EPA take a look at with this CAMx

10   modeling from the Wabash River Power Plant?

11   A    The CAMx simulation that EPA performed, it considered all

12   of the emissions from the Wabash plant, not just the excess

13   emissions; and they specifically did it for year 2005.

14   Q    Is there any way to draw a conclusion from EPA's modeling

15   about the air quality from the excess emissions?

16   A    Yes.

17   Q    What is that conclusion?

18   A    The approach one would take is to compare the emissions --

19   the excess emissions to the total emissions and make a

20   proportionality assumption.  In this case, that's about

21   one-third.  So 130 of the impacts they assessed would be due

22   to the excess emissions.

23   Q    You mentioned the emissions.  What specific emissions are

24   you talking about?

25   A    In this case, we're referring to the SO2 emissions from

CHINKIN – DIRECT/SAVAGE                          153

1  the power plant.

2  Q    Are you familiar with the term PSAT, P-S-A-T?

3  A    Yes, I am.

4  Q    I should rephrase that.  Are you familiar with it in the

5  air quality modeling context?

6  A    The PSAT that we're referring to here stands for -- it's a

7  tool that's an attachment to the CAMx model; and that tool is

8  called PM Source Apportionment Tool, PSAT.  That tool allows

9  you to mathematically track the contributions of each source

10  in your modeling study to every location in the model so you

11  can figure out what the source's contributions were to anybody

12  in the study area.

13  Q    This PSAT or PSAT, was that used with the CAMx modeling?

14  A    Yes.

15  Q    Was it used for the Wabash River Power Plant?

16  A    Yes, it was.

17  Q    One clarification.  Are you aware of any way to -- any way

18  to run what's called plume in grid with this PSAT?

19  A    The PSAT tool does allow you to run with plume in grid;

20  but at the advice of the model developers and their guidance

21  document, they recommend against that because it requires you

22  to degrade the chemistry packet to the point where you're

23  running a screening version rather than full chemistry.  So

24  it's not really done because you want the full chemistry.  So

25  you generally don't run it with plume and grid.

CHINKIN – DIRECT/SAVAGE                      154

1   Q    Do you know who developed PSAT for use in CAMx modeling

2   that EPA used?

3   A    It was developed by ENVIRON.

4   Q    Let's have image 21.

5        What does image 21 show?

6   A    Image 21 is depicting the CAMx PSAT modeling domain.

7   Q    Let me stop you there.  What do you mean by "domain"?

8   A    Domain is the air quality analyst term for the study area.

9   It's where the model was placed over the earth, so to speak.

10  In this case, the domain covers -- it's centered on the

11  Midwest.  So it covers Wisconsin, Michigan, all the way down

12  to Kentucky.

13  Q    What other states are shown on there, image 21?

14  A    It's centered on Indiana; and obviously, it includes

15  Illinois and Ohio and the bordering states are partially

16  covered.

17  Q    Did you reach a conclusion in this case as to whether the

18  CAMx modeling that EPA had developed was reliable?

19  A    Yes, we did.

20  Q    What was the conclusion?

21  A    By examining the report that the U.S. EPA had put together

22  of its model performance evaluation, we concurred with their

23  finding that it was well within the zone of reliability; and

24  so we believed it was a very reliable tool.

25  Q    You mentioned that there was a model performance

CHINKIN – DIRECT/SAVAGE                    155

1  evaluation.  What does that mean?

2  A    The U.S. EPA has established over the years guidelines or

3  guidance for how to determine whether an air quality model is

4  reliable.  One of those techniques is to compare the model's

5  predictions of a historical event to what really happened on

6  that historical event.  If it predicts it well, the model is

7  considered reliable.

8        So you go through a test to see how well it predicted;

9  and when it's predicting adequately, the model is considered

10 reliable.

11 Q    Do you have a demonstrative exhibit to explain the CAMx

12 modeling results that you used in this case?

13 A    I do.

14 Q    If we could play the CAMx movie, which is just a

15 compilation of the slides.  Please walk us through this as it

16 comes up.  Set the stage for us.  What are these slides going

17 to show?

18 A    Similar to the impact maps I was showing earlier from the

19 CMAQ runs we did for June, these are now EPA's runs for the

20 Midwest area.  So these are their estimate of the total impact

21 of the power plant's emissions, not just the excess but the

22 total.  These are going to be the PM2.5 daily average impact.

23 Similar color concentration scale.  Darker colors mean higher

24 concentrations.  Lighter colors mean lesser concentration.

25 Q    Let me stop you there.  What is the scale going to be on

1  this animation?

2  A    The scale is in the units of micrograms per cubic meter.

3  It starts off at a fairly small concentration of .02 and .05

4  in the lightest colors.  The median colors are .1 or a 10th of

5  a microgram.  The darker colors are greater than half of a

6  microgram.

7         On the very bottom of each chart it gives you the

8  date, and the calculated maximum impact amount in this

9  particular day we're looking at --

10  Q    Where is the maximum impact on this slide?

11  A    On this particular day, the maximum impact is fairly close

12  to the Wabash power station in that darker color.  The value

13  is 1.2 -- I can't quite see that -- 26 micrograms per cubic

14  meter on that day.

15  Q    What does that mean the impact would be for the excess

16  emissions?

17  A    If we assume the proportionality of one-third, that is,

18  saying that approximately .4 or four-tenths or just shy of a

19  half a microgram of impact on that day.

20  Q    If we could run the animation, and just walk us through

21  this.

22  A    What we see from these animations is that there's impacts

23  every day.  The difference is the colors vary from day-to-day,

24  and the direction of the wind blows different from day-to-day.

25  So the areas of impact varies from day-to-day.

CHINKIN - DIRECT/SAVAGE                    157

1          So the impacts are far reaching.  They're not just in

2     Vigo County or just in Indianapolis.  The concentrations vary

3     because the wind speed varies.  The inversion height varies.

4     The formation rate, the chemistry changes from day to day.

5     The temperature changes.  The atmospheric physics change.

6          We've paused here for a moment on February 4th.  This

7     is showing a day in the wintertime -- this is a whole year of

8     simulations.  We'll show a few examples.

9          On this day, February 4th, the maximum impact is

10    0.82 micrograms; so just a little shy of a whole microgram.

11    That is in Indiana in the center of the map here, and you can

12    see to on day that the impact area goes through Indianapolis

13    down into Kentucky right through Louisville, which is another

14    non-attainment area.  The overall impact area goes all the way

15    to Ohio where there are several non-attainment areas, Dayton,

16    Cincinnati.  It includes a non-attainment area in Evansville,

17    Indiana, quite a large swath, if you will, of greater than a

18    half a microgram impact to this plot.

19    Q    If we could continue and look at some other pictures.

20    A    This is just showing the very next day, February 5th; and

21    the impact has increased now to 1.34 micrograms on this day.

22          What's interesting to note is that because the

23    conversion of SO2 to sulfate takes time, that the maximum

24    impact is far removed in this case from the power plant

25    itself.  The maximum area of impact is all the way up in

1  northern Indiana, southern Michigan.  And that's because in

2  the wintertime, the temperature is colder; and the conversion

3  of SO2 to sulfate takes longer.

4  Q   Let's continue, please.  This animation is just showing

5  one day of impact as we go through each of the slides?

6  A   That's correct.  Each of these is a 24-hour average

7  impact.

8  Q   What are we seeing now?

9  A   So as the animation continues, we're going to be entering

10  into the spring; and because the effect of converting SO2 to

11  sulfate is more -- happens more quickly, as the temperature

12  gets warmer, as we get into the spring and summer months, the

13  impacts will become greater.  You will see larger and darker

14  colors as we go from the spring to the summer.

15  Q   Why does the pattern move around again from day to day?

16  A   Again, as we see, the patterns are varying because the

17  wind direction is varying.  So where the wind carries the SO2

18  and sulfate particles determines these patterns.

19  Q   And by "pattern," we're talking about the impact from the

20  Wabash River plant?

21  A   That's correct.  These are just the impacts of the Wabash

22  plant.

23  Q   As we continue forward, in your review of these slides,

24  when were the impacts greatest?

25  A   The greatest impacts in this part of the country were

CHINKIN - DIRECT/SAVAGE                    159

1  during the summer months.  I think we have an example coming

2  up in June.

3  Q    Then if we could pause it just there for a moment.

4         Why on this day -- we're looking at the day -- the

5  CAMx results for May 29th, 2005.  Why are the impacts less on

6  that day?  Do you have a sense of that?

7  A    The physics of the atmosphere that affect the

8  concentrations, the primary issues are temperature and wind

9  speed and mixing height.

10         So on this day, the wind speeds were probably fairly

11  high and the SO2 that was emitted from the power station was

12  dispersed rapidly enough that any sulfate that formed didn't

13  form large concentrations near the facility.

14  Q    Where did they go then?

15  A    There's conservation of mass.  So it had to go somewhere.

16  Rather than it being in a concentrated plume, it was dispersed

17  over a large area.  You can see even in this image there's

18  some yellow areas in Ohio and off to Pennsylvania.  It was

19  dispersed to a larger area this day.  That's why the

20  concentrations are lower.

21  Q    Can we continue please?  As we move through this, what

22  does this show?  Please continue explaining it.

23  A    What we're seeing as we get into June now -- this is

24  June 6th -- this particular day, the wind speeds weren't that

25  high.  So the concentration's built up more.

CHINKIN - DIRECT/SAVAGE                    160

1        And on this day, the maximum impact is

2   2.04 micrograms; and that is centered right over the

3   Indianapolis area, as you can see in the darker-shaded colors

4   right in the center; but the areas of impact extend all the

5   way south to Louisville and east to the Cincinnati-Dayton

6   area, as well as up north to the Lafayette non-attainment

7   area.

8   Q    Can you give us a sense of whether the -- what that impact

9   would be just for the excess emissions?

10  A    Again, using the proportionality assumption of one-third,

11  the excess emissions here would be about .65 or about .7 or

12  almost two-thirds of a microgram at the peak location.

13  Q    Let's continue.  What are we seeing as we watch this?

14  A    What we're seeing is as often happens with air quality in

15  the Midwest, you develop multi-day episodes.

16  Q    Let me stop you.  What do you mean by a multi-day episode?

17  A    What happens in the Midwest is large, high-pressure

18  systems set up over the country; and the air is relatively

19  stagnant, humid, hot, not very much wind.  The pollution is

20  allowed to build up day after day, and we call that a

21  multi-day episode.

22        You can see on the second day of this episode that

23  yesterday's pollution has now moved from Indianapolis and is

24  moving into Ohio.  At the same time you can see a darker

25  shaded area near the power plant, which is today's fresh

1  emissions starting.

2        So you sort of see two phenomena happening in that

3  image.  You see that sulfate carrying over from yesterday, a

4  very long-life pollutant, and new emissions causing more

5  pollutants today.

6  Q   If you can, just give us some more examples just to give

7  you a general sense without going through the remainder of the

8  days, are there any particular days you would like to focus

9  on?

10  A    There's one I would like to -- if we can jump to

11  August 26th.

12  Q   Let's do that.  We're starting off looks like August 11th

13  and it's running through.  Please narrate this for us and tell

14  us what it's saying.

15  A   Again, as I mentioned earlier, the summer months are when

16  they're at their highest for sulfate because of the chemistry

17  and meteorology.  I want to point out on this particular

18  day --

19  Q   We need to identify what day we're looking at for the CAMx

20  results.

21  A   Again, this is the 24-hour average CAMx results for

22  August 26th, 2005; and the maximum impact on this day is shown

23  centered on the power plant going into both Indiana side

24  toward Indianapolis but also moving toward Illinois and up

25  towards Michigan.  On this day, the maximum impact was

CHINKIN - DIRECT/SAVAGE                    162

1  6.4 micrograms.

2  Q   Can you give us a sense of other areas that were impacted

3  as shown on this --

4  A   On this particular image, the non-attainment areas of

5  Gary, Indiana, and Chicago area were impacted.  There are

6  considerable impacts going north through Illinois all the way

7  up into Wisconsin.

8  Q   When we talk about these impacts, are those the impacts

9  that were -- measured?  You go out and you know that?  Can you

10 explain?

11 A   Well, as part of looking at model results, it's important

12 when you're looking at historical episodes to confirm that, in

13 fact, the model was predicting reliably and we did that.

14      On many of these days, we went back and examined the

15 actual measured air quality; and, in fact, there were high air

16 quality events occurring when this model was saying the impact

17 was --

18 Q   What do you mean by high air quality events?

19 A   I think a good example is if we went to another example,

20 September 7th.

21 Q   All right.  Let's move forward to that.  Tell us what

22 we're looking at as this animation continues.

23 A   We're just going through multi-days throughout the summer

24 here of impact analyses.

25      On September 7th -- we just went by it there.  You'll

1  see that on September 7th, that was a day where the monitored

2  data in the Indianapolis area violated the daily standard.

3  They were in violation of the 35 microgram per day standard.

4        On this day, you can see a very dark-colored area

5  extending over Indianapolis, all the way north to Gary,

6  Indiana, and Chicago non-attainment area, to the Lafayette

7  non-attainment area.  On this day, the contribution from the

8  Wabash Power Plant was 2.79.

9  Q   Where was that impact?

10 A   That impact is in that darkest-colored area, probably in

11 the Marion County non-attainment area.

12 Q   Can you give us a sense of the impacts in what appear to

13 be the yellower area from this diagram further out from the

14 plant?

15 A   In this case, the lighter shades extend through much of

16 Illinois, all the way north through Indiana up into Michigan,

17 all the way into Lake Michigan area.  So other non-attainment

18 areas further north are being impacted as well.

19 Q   Now that we've talked about some of the daily impacts

20 predicted by CAMx, let's talk about some longer-term averages.

21        THE COURT:  Let's take our next break.  We'll come

22 back in 15 minutes.

23        COURT CLERK:  All rise.

24        This court is in recess for 15 minutes.

25    (A recess was taken.)

CHINKIN – DIRECT/SAVAGE                    164

1          THE COURT:  You may be seated.  We've looked at a

2     lot of these slides.  I don't know if the record is sufficient

3     on exactly what they are.  Whoever reviews this, they need to

4     know exactly what the witness was looking at.

5          MR. SAVAGE:  I'll try to clarify.

6     BY MR. SAVAGE:

7     Q    Before the break, we were looking at an animation of CAMx

8     modeling results.

9     A    That's right.

10    Q    Where did you obtain those modeling results again.

11    A    These are the daily images of modeling results we obtained

12    from the U.S. EPA.

13    Q    What specific impacts have we been looking at on those

14    slides in the CAMx animation?

15    A    These were the total emissions impacts from the Wabash

16    River power station for the year 2005.

17    Q    If we could have -- perhaps this will clarify things

18    further.  Let's have table 16, please.

19          And while table 16 is pulling up, when you say the

20    impacts from the Wabash River Power Plant, what pollutant were

21    we specifically looking at in the CAMx animation?

22    A    They were the 24-hour average PM2.5 impacts.

23    Q    What --

24          THE COURT:  Excuse me.  I'm interested in whether

25    those are Demonstrative Exhibit 1, Demonstrative Exhibit 9?

CHINKIN – DIRECT/SAVAGE                    165

1  What are they?

2          MR. SAVAGE:  Your Honor, that animation is just a

3  series of slides we put together as one demonstrative.

4          THE COURT:  And it's demonstrative what number and

5  in how many parts?

6          MR. SAVAGE:  We can add that as Demonstrative

7  Exhibit 24.  We can give Your Honor a CD, and it will move

8  through.  We can do that.

9          THE COURT:  Thank you.

10 BY MR. SAVAGE:

11 Q   Mr. Chinkin, if we can take a look at the images that are

12 up.  We've talked about the images that show the PM2.5 impacts

13 from Wabash River emissions.  Let's look at image 16.  What

14 does this show?

15 A   This table is a summary of the estimated impacts from the

16 Wabash River Power Station at various non-attainment areas in

17 the Midwest.  It is showing the specific calculated values by

18 the U.S. EPA in the far right column.  So it's PM25

19 contributions in micrograms per cubic meter, and it's various

20 county and receptor areas is what we call that and proposed

21 non-attainment areas.

22 Q   Let's make this clear.  This image 16, does this reflect

23 the CAMx modeling we've been talking about in the CAMx movie?

24 A   It does.  The U.S. EPA didn't look at every day the way we

25 just showed you in that movie.  They did a statistical

1  analysis of the highest days during the year to make these

2  estimates.

3  Q   Okay.  Let's look at image 16 and give us some

4  illustrative examples for, say, the top 10 impacted areas, the

5  area and then the impact predicted by the CAMx model at least

6  as represented on this image 16.

7  A   So if we look at the first line as an example, the EPA

8  estimated that in the Evansville, Indiana, Kentucky

9  non-attainment area, the impact from the Wabash River power

10 station was 0.65 micrograms per cubic meter.

11 Q   Now, is that the impact predicted by the model or was

12 there another step?

13 A   The purpose of this chart was EPA's estimate of the

14 typical impact on a high day.  So they did some statistical

15 analysis of many days from the modeling results.  So it's not

16 a specific day.  It's sort of an average of the high days.

17 Q   What do you mean by "high days"?

18 A   EPA used a -- sort of a comprehensive approach to look at

19 days that violated the standard in the summertime and days

20 that it violated in the wintertime; and they used a weighted

21 average of measured data to weigh the predicted impact from

22 their modeling study.

23 Q   Why don't you go through and for maybe the next five or

24 six, just let us know what the impacts are so the record is

25 clear, at least as to image 16.

CHINKIN – DIRECT/SAVAGE                    167

1          THE COURT:  Excuse me just a second.  Is image 16 a

2    part of the demonstrative number you just made?

3          MR. SAVAGE:  Image 16 is what we're seeing on the

4    screen.

5          THE COURT:  It's a part of Demonstrative Exhibit

6    No. --

7          MR. SAVAGE:  It is part of demonstrative Exhibit 16.

8    It should be in the notebook for you.

9    BY MR. SAVAGE:

10   Q   Mr. Chinkin, if you could go through image 16, the

11   demonstrative charge, the PM2.5 impacts, can you tell us the

12   other things predicted by CAMx?

13   A   If you look at the table, by EPA's estimate there are

14   three areas in Indiana which were the top three impacted

15   areas.  Knox County is the No. 2 impacted area.  That was

16   0.06 micrograms.  The next one is Dubois, Indiana, receptor

17   metro area was Jasper.

18   Q   Let me stop you there.  What do you mean when you say

19   "receptor area"?

20   A   For the purpose of what EPA was doing, they were trying to

21   understand the relationship between the emissions coming from

22   the Wabash plant and impact areas.  They refer to that as

23   receptors of that impact.  So receptor areas were

24   non-attainment areas.  They were assessing the impact of the

25   power plant emissions on those areas.

1      If we continue, the next one is in Louisville,

2  Kentucky.  It had 0.51 micrograms.  Continuing on, Marion,

3  Indianapolis area had 0.43 micrograms per cubic meter.  Next

4  is Cook, Illinois, the Chicago area.  It had 0.35 micrograms.

5  Next was Ohio, the Cincinnati area.  It had 0.34 micrograms.

6  Tippecanoe County, just north of the river station, had 0.25.

7  That's Lafayette, Indiana.

8      Do you want me to continue?

9  Q   Continue just a few more.  That's fine.

10  A   Impacts were shown as far north as Michigan.  There's

11  Kent, Michigan, the Grand Rapids area, 0.24 micrograms.

12  Another area in Kentucky, 0.23, McKracken, Kentucky.  Madison,

13  Illinois; the St. Louis area, 0.23; Montgomery, Ohio, the

14  Dayton area, 0.19 micrograms per cubic meter.

15  Q   Without going through the specific concentrations, what

16  other areas are listed in this demonstrative exhibit as being

17  impacted?

18      MR. BOXERMAN:  Objection, this is a demonstrative

19  exhibit.

20      THE COURT:  Sustained.  We need to move on.

21      MR. SAVAGE:  Yes, Your Honor.

22  BY MR. SAVAGE:

23  Q   Mr. Chinkin, besides looking at the daily impacts, did you

24  look at some longer term impacts for the Wabash River plan

25  over a longer period of time?

CHINKIN – DIRECT/SAVAGE                        169

1   A    Yes, we did.

2   Q    Again, the impacts we're talking about are for what

3   pollutant?

4   A    These are for PM2.5.

5   Q    From what type of emissions from Wabash River?

6   A    These were looking at the impact from the SO2 emissions

7   that converted from sulfate for the PM2.5 for the total

8   emissions.

9   Q    Let's look at image 17, please.

10        What does this show?

11  A    Image 17 is showing two of these colored maps we've been

12  looking at.  On the far right is the image from the EPA's CAMx

13  PSAT simulations.  In this case it's for the entire year.

14  It's the annual average impact for emissions from the power

15  station.

16        On the left is the monthly impact that we looked at

17  earlier from the modeling we did with CMAQ.  It is a monthly

18  impact from the power station; similar color scales.

19  Q    Why did you put both of these up on this image?

20  A    The individual maps we've been looking at were showing the

21  daily impacts; but as we've mentioned, there's an annual

22  standard as well.  So we wanted to have a way to look at the

23  annual impact from the power station and the results of CMAQ.

24  We only had one month, so we wanted to look at what that one

25  month average was compared to the one year average we got from

CHINKIN – DIRECT/SAVAGE                    170

1  the U.S. EPA model runs.

2  Q   I think this is discussed a little bit more in image 18,

3  and perhaps we can pull it up and make that crystal clear,

4  image 18.

5         MR. SAVAGE:  I believe this is demonstrative 18 for

6  Your Honor's consideration.

7  BY MR. SAVAGE:

8  Q   Let's start first with the one on the left here where it

9  says CMAQ estimated impact.

10        What does that show, the picture on the left?

11  A   So the picture on the left is -- that zoomed in box from

12  that image we were just looking at because the U.S. EPA's

13  modeling domain, their study area, was just the Midwest where

14  our original work provided by VISTAS covered a much greater

15  part of the U.S.  So we're zooming in to make the areas

16  comparable in space.  So the fact that it's white across the

17  top, that just means we didn't estimate concentrations up

18  there.  I'm just trying to make them look similar in size.

19  Q   Are the CMAQ impacts that are predicted on there, are

20  these the same ones we have previously discussed for a monthly

21  impact for June?

22        MR. BOXERMAN:  Your Honor, I'm going to object to

23  the leading nature.

24        MR. SAVAGE:  I'm just trying to move it along, Your

25  Honor.

CHINKIN - DIRECT/SAVAGE                        171

1          THE COURT:  It's still leading.

2          MR. SAVAGE:  Yes, Your Honor.

3  BY MR. SAVAGE:

4  Q   What is shown on this picture of CMAQ?

5          THE COURT:  We've already been led to that answer,

6  so you can give us the effects question.

7  BY MR. SAVAGE:

8  Q   What do these two pictures tell you as an air quality

9  analyst, the one of CMAQ and the one of CAMx?

10  A   It's important to understand that annual averages are

11  typically dominated by the high days during a year.  So we

12  wanted to gain confidence in that our one month simulation,

13  June 2002, was representative of the whole year.  So to the

14  right, we have year 2005, the whole year average; and the

15  maximum concentrations are predicted in the center --

16  Q   Let me stop you.

17          When you say you "predicted an annual concentration,"

18  what model are you referring to that you predicted that with?

19  A   On the right, we have the annual predictions from CAMx

20  from the U.S. EPA work where we extracted the Wabash impacts.

21  Those impacts for the total plant are 0.46 micrograms, about a

22  half a microgram per cubic meter.  One-third of that would be

23  the excess emissions.  So about .15, .16.

24  Q   Let me stop you there.

25          What impact areas are shown on this CAMx?

CHINKIN - DIRECT/SAVAGE                         172

1  A   Well, on the right on the CAMx, the maximum impact area is

2  centered on the power plant, but it extends into Indianapolis

3  to the east and it goes south towards the non-attainment area

4  of Knox County, and it goes north towards the non-attainment

5  area of Lafayette County.  The impact zone itself covers most

6  of the states in the Midwest, including Illinois, Wisconsin,

7  Michigan, Ohio, Kentucky.  They all have impacts over the

8  course of a year.

9        We did the one on the left from our work for one

10 month; and that showed an impact for one month of 0.16.  So a

11 very comparable number to the annual estimate from the CAMx

12 model.

13 Q   Can you explain what the CAMx results are similar to the

14 CMAQ estimate, since we've got two models?

15 A   The CMAQ work we did predicted a maximum average impact

16 concentration of 0.15 or 16; and that was the monthly average

17 for our CMAQ run for June of 2002 from the excess emissions.

18       From the CAMx from the U.S. EPA, they had run the

19 total emissions from the facility; and they came up with

20 0.46 micrograms per cubic meter.  About one-third of that we

21 considered excess emissions in our calculations.  So one-third

22 of the .46 is about .15.  So their -- the annual estimate

23 based on their work --

24 Q   What do you mean "the annual estimate"?  Based on whose

25 work?

1  A    The annual estimate based on the CAMx modeling of the U.S.

2  EPA is almost the exact same estimate we got using CMAQ for

3  June 2002 as representative of an annual impact from the

4  facility's excess emissions.

5  Q    Did you coordinate with EPA on the CAMx modeling that you

6  did and that you're relying on in this case?

7  A    It was all done independently.

8  Q    We've talked about in these modeling results of a 10th of

9  a microgram.

10          Can you give us a sense, as an air quality analyst,

11  what that really means?

12  A    The 10th of a microgram sounds like a small number, but

13  it's important to put it into context.  Many areas of the

14  country are only a few tenths of a microgram above the

15  standard.  The standard is 15.0 micrograms.  Many areas of the

16  country are 15.2, 15.1, 15.3, and I've worked with numerous

17  agencies around the country.  It's very difficult to come up

18  with control measures to reduce even a few tenths of a

19  microgram, so it needs to be considered in that context.

20  Point 1 is considered a large increment towards attaining the

21  standard by planning agencies.

22  Q    Let's very briefly just talk about one more model and

23  we're going to be very, very brief.  We talked about CAMx by

24  EPA that used CMAQ.

25          Any other data that you considered?

1 A    Well, the —-

2 Q    Or any other air quality modeling data that you considered

3 besides CAMx and CMAQ?

4        Was there any other data that you considered?

5 A    Well, we considered emissions inventories and air quality

6 monitoring data.

7 Q    Were you provided any other data by any other agencies

8 that you considered air quality modeling data?

9          MR. BOXERMAN:  Objection, leading.

10          THE COURT:  He can answer that.

11 A    As I mentioned much earlier today, we had used a screening

12 modeling that Indiana Department of Environmental Management,

13 IDEM, had developed.

14 BY MR. SAVAGE:

15 Q    What screening model was that?

16 A    That was CALPUFF.

17 Q    What did IDEM, Indiana Department of Environmental

18 Management, model with CALPUFF?

19 A    They modeled 2003.

20 Q    Why did you carry this CALPUFF data in your analysis?

21 A    At this time we were doing our one month simulation with

22 CMAQ.  We were trying to obtain additional information to look

23 at the spatial extent over the course of a year of where the

24 impacts might be occurring.  And the CALPUFF runs were

25 available because IDEM had already made those runs for other

1  purposes.

2  Q    What did the CALPUFF modeling results tell you as an air

3  quality analyst?

4  A    The CALPUFF results showed that there were very widespread

5  impacts over all of the Midwest, all the way to the East

6  Coast, New York, New Jersey, Connecticut.  All the way to the

7  East Coast there were impacts based on the CALPUFF work.

8  Q    How did the CALPUFF, the modeling, differ from the other

9  modeling you did?

10  A    The CALPUFF spatial patterns looked very similar.  The

11  highest concentrations were in the summer.

12  Q    What do you call spatial?

13  A    When we talk about air quality concentrations, the pattern

14  of space, we mean what times of year and where the

15  concentrations are high.  Sort of a map, if you will, of the

16  patterns.  The map of the patterns, the gradients in the

17  concentration, where the high areas were, where the low areas

18  were.  When they happened and when they didn't happen was very

19  similar between the CAMx run that U.S. EPA and the CALPUFF

20  runs that IDEM had performed.  The difference is the

21  concentrations themselves because CALPUFF was a limited

22  screening tool.  It didn't produce the same absolute values;

23  but the patterns were very similar.

24  Q    What do you mean when you say it was a "limited screening

25  tool"?

CHINKIN – DIRECT/SAVAGE                    176

1  A    The CALPUFF doesn't include the full chemistry, so it

2  doesn't produce all the real sulfate that forms in the

3  atmosphere.

4  Q    Let's talk very briefly about whether you can form any

5  opinions about future year impacts.

6         As an air quality analyst, can you draw any

7  conclusions based on your work in this case about future

8  impacts from excess emissions from the Wabash River plant?

9  A    Yes, we can.

10  Q    What conclusions did you draw?

11  A    Well, we examined the weather patterns that were occurring

12  in all three years of modeling that we looked at, 2002, 2003

13  and 2005; and we compared that to 50 years worth of weather

14  data available from the National Weather Service.  We found

15  that those years' weather patterns were very typical.  So you

16  would expect that if the emissions don't change, the weather's

17  not going to change, you're going to see the same kind of

18  impacts in the future.

19  Q    Let's just talk briefly about another unit of Wabash

20  River.  We've talked about units 2, 3 and 5 and excess

21  emissions.

22         Do you have any conclusions in this case about the air

23  quality benefit of controlling Unit 6 at Wabash River?

24  A    Yes, I do.

25         MR. BOXERMAN:  Objection, Your Honor.  I profess, I

1  don't recall seeing this in any of the expert reports.

2          MR. SAVAGE:  It's on page 112 of his expert report.

3          MR. BOXERMAN:  Thank you.

4          THE COURT:  All right.

5  BY MR. SAVAGE:

6  Q   Mr. Chinkin, what was the conclusion that you drew about

7  the air quality impact of controlling the emissions at Unit 6

8  of Wabash River?

9  A   I concluded that, if those emissions were controlled, it

10 would approximately double the benefit of the maps we've been

11 showing for controlling Unit 2, 3 and 5.

12 Q   And by the maps you've been showing, is that the CAMx and

13 CMAQ modeling we've been talking about?

14 A   That's correct.

15 Q   What is the basis of your conclusion that controlling Unit

16 6 would double the air quality benefit produced -- or

17 predicted by CAMx and CMAQ?

18 A   That's an admissions proportion although, based on the

19 amount of excess emissions that we did show impact and

20 proportional and how many more it would be.

21 Q   What do you mean by "proportional"?  What does that have

22 to do with the impact?

23 A   The conversion of SO2 to sulfate is fairly linear.  So if

24 the admissions that were going to be controlled are doubled,

25 you would expect double the benefit, that much more reduced

CHINKIN – DIRECT/SAVAGE                178

1  SO4 or sulfate.

2  Q    Let's wrap up with the last topic.  We've talked a lot

3  about air quality factors.  What other factors did you use?

4        What other facts, if any, did you consider in reaching

5  your conclusion about air quality impacts on downwind areas,

6  including non-attainment areas?

7  A    Well, the -- as an analyst, the things I look at to make

8  my determinations on impacts are assessing where the source is

9  relative to the receptors, whether they're attainment areas,

10 non-attainment areas, national parks, the sensitive areas.

11 And I also compare the magnitude of the source to other

12 sources that are commonly controlled in other communities to

13 try to attain air quality standards.

14 Q    Let's have image 19.

15        MR. SAVAGE:  I believe this is Demonstrative 19 in

16 Your Honor's notebook.  If we can pull that up.

17 BY MR. SAVAGE:

18 Q    What does Exhibit 19 show, Mr. Chinkin?

19 A    This image is depicting the Wabash River power plant.

20 It's equating the emissions from the power station -- the

21 excess emissions, which are approximately 22,000-tons per

22 year, and the emissions from an equivalent amount of emissions

23 from heavy duty trucks.  By doing the calculation, you come up

24 with that equivalent emissions is equal to the emissions from

25 324,000 heavy duty trucks, which is all of the trucks

CHINKIN – DIRECT/SAVAGE                        179

1  registered in Indiana, Kentucky and Ohio combined.

2  Q   Now, is that the emissions from the trucks over their

3  entire lifetime?

4  A   The emissions are just per year that we're referring to

5  here.

6  Q   We've talked about the impacts predicted by models.

7      Did you analyze whether the models such as CMAQ and

8  CAMx predicted PM2.5 impacts when the measured air quality

9  exceeded the NAAQS?

10 A   Yes, we did.

11 Q   Let's pull up image 20.

12      What is image 20?

13 A   This is a bar graph that is showing the average number of

14 days that these particular three non-attainment areas,

15 Indianapolis, Gary and Evansville, violate the air quality

16 index greater than 100, meaning they're violating the ambient

17 air quality standards.

18      So on average, Indianapolis is violating about 31 days

19 every year.  Gary, Indiana is violating about 26 or 27 days

20 every year.  And Evansville is violating about 24 days every

21 year.

22 Q   Let's look at image 14, please.

23      How –– what does this show?

24 A   Image 14 is the results from the CAMx PSAT simulation.

25 This particular day is showing ––

CHINKIN – DIRECT/SAVAGE                    180

1  Q    Let me stop you there.

2         Just briefly, what is this image?

3  A    This is an air quality impact image from the model –– from

4  the air quality model.  Again, it's using that same color

5  scale where darker means greater impacts.  This particular day

6  is a day that Indianapolis was violating the ambient air

7  quality standards; and it shows on this day the maximum impact

8  from the power plant was 2.79 micrograms.  That area of

9  maximum impact extends into the Indianapolis non–attainment

10 area.

11         MR. SAVAGE:  Nothing further.  Thank you, Your

12 Honor.

13         THE COURT:  Thank you.

14         MR. BOXERMAN:  May I approach, Your Honor?

15         THE COURT:  You may.

16         MR. SAVAGE:  I apologize, Mr. Boxerman.  What have

17 you handed the witness?

18         MR. BOXERMAN:  I have handed him a copy of his

19 deposition.

20         MR. SAVAGE:  Which one?

21         MR. BOXERMAN:  His personal deposition.  I

22 apologize.

23                    **CROSS EXAMINATION**

24 BY MR. BOXERMAN:

25 Q    Good afternoon, Mr. Chinkin.

1  A    Good afternoon.

2  Q    I'm Sam Boxerman, and I represent Cinergy in this case.

3        You have testified about various air quality models,

4  and I just want to ask you some questions about that.  In

5  particular, let's talk first about the CMAQ, the CMAQ model;

6  you remember that one?

7  A    Okay.

8  Q    As I understand your testimony, you looked at the model

9  impacts of PM2.5 and ozone during one month, June of 2002,

10 right?

11 A    That's correct.

12 Q    In that case you looked at excess emissions, as you've

13 described it, right?

14 A    That's correct.

15 Q    That's the emissions from units 2, 3 and 5 of the Wabash

16 River station that were provided to you by Dr. Fox?

17 A    That is correct.

18 Q    So you did not do your own calculations of excess

19 emissions?

20 A    That's correct.

21 Q    So if the Court were to find, based on the historical

22 calculations that Dr. Fox's calculations were overstated, that

23 would translate into an impact on your results, correct?

24 A    That's correct.

25 Q    As I understand it, you used the data from one month, and

*CHINKIN – CROSS/BOXERMAN*                        182

1  if I heard your testimony correctly, you tried to pick the

2  highest month, give or take, in 2002; is that right?

3  A    We picked the highest measured data in 2002 to model that

4  month.  In fact, it wasn't the highest necessarily impact from

5  the power station.  As we said in our expert report, there

6  were other months when the emissions were higher.  So it was

7  the highest ambient air quality month, not necessarily the

8  highest impact month.

9  Q    You would agree likewise that there were other months that

10  had lower emissions, right?

11  A    Yes.

12  Q    And there were other years when emissions were lower;

13  isn't that right?

14  A    In our report we showed, I believe, about 15 years of

15  data.  There were -- in the early period the emissions were

16  lower; but actually year 2002 was fairly representative of

17  about a decade's worth of emissions.

18  Q    But you did not evaluate using the CMAQ analysis a year's

19  worth of data; isn't that right?

20  A    That's correct.

21  Q    And more data -- a year's worth of data would have

22  provided you a more complete picture of these data using the

23  CMAQ model; isn't that right?

24  A    The CAMx modeling was done for a year.

25  Q    But we're focusing on the CMAQ model for the evaluation

1  that you did using CMAQ, which was in your report, a year's

2  worth of data would have provided you a more complete picture;

3  isn't that right?

4  A    I think we have to ask what we're evaluating.  If we're

5  trying to evaluate a daily contribution, you want to look at

6  the highest contributions possible for the daily impact.  If

7  you're asking about annual average, having other months would

8  give more illustration of an annual average but not a daily.

9  Q    So you would agree with regard to an annual number, having

10  a more complete data set would provide a more representative

11  view of the annual average for that particular year that you

12  studied, 2002, with the CMAQ or CMAQ model?

13  A    I'm uncomfortable saying it's more representative.  I

14  would say it's additional data I would consider in my

15  analysis.

16  Q    You decided to not use that model in your data?

17  A    There wasn't time to do that.

18  Q    CMAQ can also model mercury emissions, correct?

19  A    I believe the newest one can.

20  Q    We heard in Mr. Savage's opening Dr. Fox modeled mercury

21  emissions, right?

22  A    We didn't model mercury emissions.

23  Q    That was my next question.  You did not model mercury

24  emissions, right?

25  A    Right.

CHINKIN - CROSS/BOXERMAN                          184

1  Q    You were asked mercury admissions, right?

2  A    The way you phrased it I wouldn't agree with.  We weren't

3  asked to do it.  We were not asked not to do it.

4  Q    You had in your report and some information in your

5  testimony about a model called CALPUFF.

6         In your testimony today you described it as a

7  screening model; is that right?

8  A    That's the term I used.

9  Q    This was an air quality model that was run by the Indiana

10 Department of Environmental Management, right?

11 A    That's correct.

12 Q    And it was run for calendar year 2003?

13 A    That's correct.

14 Q    CALPUFF you would agree, Mr. Chinkin, is a peer review

15 model?

16 A    Yes.

17 Q    And it's a -- maybe you'll recognize these words, a peer

18 reviewed multi layer...

19        Can you see that, Mr. Chinkin?

20 A    Yes.

21 Q    That's an excerpt from page 22 of your expert report?

22 A    Yes.

23 Q    That's a description in the expert report you gave as to

24 what CALPUFF is?

25 A    That's right.

*CHINKIN – CROSS/BOXERMAN*                    185

1  Q    You described it as peer reviewed, multi layer, multi

2  species --

3           LAW CLERK:  Please step closer to the microphone,

4  Mr. Boxerman.

5           MR. BOXERMAN:  I'm sorry.

6  A    Yes.

7  BY MR. BOXERMAN:

8  Q    Which can simulate the effects of time and varying

9  meteorological conditions on pollutant transport,

10 transformation and removal; is that right?

11 A    Yes.  If you continue to the next sentence it says it has

12 very simple chemical transformations in it.

13 Q    Am I correct, Mr. Chinkin, that nowhere in your expert

14 report do you describe CALPUFF as a screening tool?

15 A    I don't recall if we used that in the report, but we

16 definitely said in the report that it had limitations that led

17 us to rely on its concentration absolutely, but looked at its

18 pattern and spatial extent.

19 Q    But you found it sufficiently reliable to include in your

20 expert report?

21 A    For the purposes stated.

22 Q    And you believed it corroborated the analysis you did with

23 CMAQ; isn't that right?

24 A    That's correct.

25 Q    In fact, the maximum model, 24 hour average for your CMAQ

CHINKIN – CROSS/BOXERMAN                    186

1  work for CM2.5, was exactly the same as the maximum model 24

2  hour average for PM2.5 for CALPUFF; isn't that right?

3  A    I actually think there was a typo, but they were

4  approximately the same.  I think we had to correct that in a

5  subsequent.  They were close.  It wasn't exact.  I think one

6  was 1.34 and one was 1.23.  We had to do a connection in our

7  supplemental.

8  Q    You would agree they were approximately the same?

9  A    Yes.

10  Q    Now, you also rely –– and we heard quite a bit of

11  testimony about the CAMx modeling, right?

12  A    Yes.

13  Q    And that was done by U.S. EPA in 2005?

14  A    The work was just done last year using 2005 data.  The

15  work was just done last year.

16  Q    I apologize for jumping around.  I just want to confirm

17  one thing about CALPUFF and then we'll move on to CAMx.

18        In the CALPUFF analysis, again you looked at excess

19  emissions from units 2, 3 and 5, right?

20  A    That's correct.

21  Q    It was not looking at the total emissions from the

22  station?

23  A    Right, correct.

24  Q    Now, with regard to the CAMx modeling, that modeling

25  looked at 100 percent of the emissions from the entire Wabash

CHINKIN – CROSS/BOXERMAN                    187

1  River power plant, right?

2  A    That's correct.

3  Q    So you did not analyze the data to assess the excess

4  emissions alone, right?

5  A    We reported the data as the total impact from the total

6  facility in the figures we were showing.

7  Q    It modeled all of the emissions, units 2, 3, 4, 5 and 6;

8  they all were included?

9  A    That's correct.

10 Q    So to get to excess emissions, you would have to reduce

11 the volume of inputs to the modeling or make some other

12 adjustments to the data in order to evaluate and observe the

13 excess emissions only; is that right?

14 A    If you're going to use the model; but as I said, you can

15 make an assumption of proportionality by ratio munitions and

16 get an estimate.

17 Q    And you did this sort of back of the envelope one-third

18 adjustment in your testimony, right?

19 A    That's correct.

20 Q    But you did not make any attempt to evaluate the data and

21 actually run the model using the excess emissions only; is

22 that correct?

23 A    That's correct.

24 Q    And it is something you didn't have time to do?

25 A    In the time frame, no, that was not possible to do.  These

*CHINKIN - CROSS/BOXERMAN*                    188

1  had months to run.

2  Q    So the graphics that we were looking at in the animation

3  of CAMx, those graphics do not depict the excess emissions

4  from the Wabash River station?

5  A    As I stated, they depicted the total impact.

6  Approximately one-third of each of those is the excess.

7  Q    So the answer to my question is yes, the animation

8  graphics do not depict the excess emissions of the Wabash

9  River station?

10 A    I can't answer yes to that because they include the

11 excess.  They include more than the excess.

12 Q    Fair point.  The graphics do not depict only the excess

13 emissions from the Wabash River power plant; isn't that right?

14 A    That's correct.

15 Q    I want to take a look at one of the graphics.  I think

16 this is one you showed.  This is one of the ones that you

17 showed us.  I believe it was -- I don't know what image number

18 it was.

19         It's the September 7th, 2005 image.

20 A    Okay.

21 Q    You recognize that?

22 A    Yes, I do.

23 Q    This is from the CAMx PSAT simulation?

24 A    Yes, it is.

25 Q    And it's from September 7th, 2005?

1  A   Yes.

2  Q   Now, the scale that you have set up for us here goes up

3  to -- it starts at .01 and .05, then .10, then .25 and then --

4  do you see that?

5  A   I can only see up to .25, but I remember that.

6  Q   Is that better?

7  A   Okay.

8  Q   So that means all the yellow around the outside is

9  somewhere between .01 and .05 micrograms per liter on this

10  September 7th document, September 7th, 2005?

11  A   You're talking about the lightest yellow color?  It's

12  between .01 and .05 per cubic meter.

13  Q   Then there's another concentric circle around that.  That

14  reflects .05 to .1; is that right?

15  A   That's correct.

16  Q   Only when you get to the darkest area do you get to .5 or

17  above?

18  A   That's correct.

19  Q   We don't know where in .5 and above on this image that

20  dark area falls, do we?

21  A   I'm not sure I understand the question.

22  Q   Well, did you think about breaking up your scale,

23  Mr. Chinkin, so that we could evaluate the range of numbers

24  between .5 and I believe it's 10 at the very top?

25  A   The way we do these scales is we're trying to set the same

CHINKIN − CROSS/BOXERMAN                    190

1  scale for many, many days.  I mean, it's theoretically

2  possible to adjust the scale for every day, but that's not the

3  common practice.  If you look at the bottom of this figure we

4  point precisely to where the maximum is occurring.  If you

5  want, we can look at that.  We do identify precisely where the

6  maximum is.  And you can look at the concentric circles, as

7  you call them, the gradient patterns, and make an estimate of

8  what the concentration is.  All the data is available.  This

9  is all gridded information.  So each cell has a value in it.

10 Q   As depicted on the image, we cannot tell whether the

11 darkest red is .5 or some number higher than that; isn't that

12 right?

13 A   Well, you can know where the highest value is in the

14 center of that dark red by looking at the bottom of the plot.

15 Q   When you did your modeling of CAMx, you were looking at

16 PM2.5 only; is that right, your review of the CAMx data?

17 A   I think that's correct.

18 Q   I apologize.  But that did not address ozone?

19 A   That's correct.  U.S. EPA did not address ozone.

20 Q   And it does not address mercury?

21 A   That's correct.

22 Q   Now, you've given us a lot of graphics.  I would like to

23 see if we could highlight a little bit about the annual data,

24 if we could.

25         And the annual averages, those would be modeled

1  results for an entire year; is that right?

2  A   That's correct.

3  Q   I've put together a small chart for us; and do you have a

4  CMAQ annual average that you calculated, Mr. Chinkin?

5  A   We did not calculate one using CMAQ.

6  Q   Do you have a CALPUFF annual average?

7  A   The model did produce an annual average.

8  Q   And that number is found in your report?

9  A   Yes, it is.

10  Q   Is it 0.022 micrograms per cubic meter?

11  A   I don't remember it because we didn't use that value; but

12  we can look it up.

13  Q   Do you want to look at your report at page 52?

14  A   Okay.

15  Q   Am I correct that the annual PM2.5 average concentrations

16  predicted by the model is 0.022 micrograms per cubic meter?

17  A   That's correct.

18  Q   So I'm going to write in 0.022.  And those are the data

19  that is reported from CALPUFF?

20  A   In our first expert report, that's correct.

21  Q   Now, from CAMx have you reported an annual -- a modeled

22  annual average PM2.5 concentration using that model for the

23  excess emissions?

24  A   We have shown net figures.  That wasn't available at the

25  time we did our supplemental report.  It's not in the report

CHINKIN – CROSS/BOXERMAN                    192

1  per se.  Data was included with that report, but not the

2  calculated annual average.

3  Q    Do you know what you believe the calculated annual average

4  is using the CAMx model for excess emissions?

5  A    Approximately, 0.15.

6  Q    And you base that on the -- I believe you showed us the

7  graphic with the maximum being .46; is that right?

8  A    That's correct.

9  Q    And then you took approximately one-third of that to

10 calculate the modeled annual average for excess emissions

11 only?

12 A    That's correct.

13 Q    That's this image?

14 A    Yes, it is.

15 Q    And the maximum is denoted by the red closest to the

16 plant, correct?

17 A    That's correct.

18 Q    And then we have largely a -- we have an orange -- larger

19 orange area surrounding in the range of .05 to .10 micrograms

20 on an annual average; is that right?

21 A    That's correct.  I can't see the scale the way you have it

22 set up.

23 Q    I apologize.  It's a little bit larger than the set up.

24 Maybe I need to zoom this differently, but I'm afraid to

25 change the focus.

1        Then the largest yellow area around on an annual

2   average, that's between .01 and .05 on this image, right?

3   A    That's correct.

4   Q    That's what the CAMx model predicts?

5   A    That's correct.

6   Q    And, of course, those data are for the entire plant.  So

7   the actual for excess emissions, that large area, it's

8   one-third of somewhere between .01 and .05, right?

9   A    That's correct.

10  Q    I probably should give this a number so I don't keep

11  saying "this."

12       We've marked for identification as DRDEM22.  That is

13  the average annual PM2.5 apportionment, Wabash power plant,

14  the entire plant you were just testifying to, correct?

15  A    That's correct.

16  Q    Now, if we go back to my chart, which I'm going to mark as

17  a demonstrative before I forget, as DR Demonstrative 23; and

18  I'm going to fill in -- up here I'm going to put -- and that

19  NAAQS refers to the national ambient air quality standards?

20  That's the NAAQS?  That's the common abbreviation?

21  A    That's correct.

22  Q    Tell me, sir, what is the NAAQS for the PM2.5 annual

23  average?

24  A    As I said, there are two standards.  The annual is 15.0

25  and the daily is 35.

CHINKIN – CROSS/BOXERMAN                194

1  Q    So the NAAQS for PM2.5 annual average is –- if I'm doing

2  my math right –- about 700 times higher than the maximum

3  modeled impacts of excess emissions using the CALPUFF model,

4  right?

5  A    If your math is correct.

6  Q    Does that look about right to you?

7  A    Seven times 2 is about 14, so that's probably about right.

8  Q    And it is about 100 times greater than the annual average

9  that was estimated –- that you estimated from the data that

10 you were given in the CAMx modeling; is that right?

11 A    That's correct.

12 Q    The NAAQS are set to protect human health with an adequate

13 margin of safety, correct?

14 A    That is the legal definition.

15 Q    You sound suspicious.

16        Do you disagree that the NAAQS are set at the right

17 level?

18 A    Well, if you look at the U.S. EPA AHI index, it says there

19 are health effects below the NAAQS.

20 Q    So you think that EPA has somehow fouled in its duty to

21 properly set the NAAQS to be protective of human health within

22 an adequate margin of safety?

23 A    I'm not a health expert.  We all heard this morning CASAC

24 suggested a lower standard than was needed.

25 Q    You would agree, Mr. Chinkin, that one way that you

1  decide –– that you decide whether something is having a

2  substantial impact or not is by comparing modeled information

3  to the national ambient air quality standard; isn't that

4  right?

5  A    That's correct.

6  Q    So you think it would be a fair comparison to compare the

7  .15 or the .002 to the 15, so that we are comparing annual

8  numbers to annual numbers in evaluating the potential impact

9  of the contribution of excess emissions; isn't that right?

10  A    I disagree with that statement.  That's not how I made the

11  comparison.

12  Q    Mr. Chinkin, you've testified before in cases such as

13  this, haven't you?

14  A    One time before, yes.

15  Q    And that was in the case involving North Carolina and the

16  Tennessee Valley Authority?

17  A    That's correct.

18  Q    And you provided very similar testimony where you

19  evaluated modeling data and then gave testimony similar to

20  what you gave today, correct?

21  A    In concept, that's correct.

22  Q    In general terms, right?

23       As part of that testimony, you had measured or modeled

24  the contribution of ozone from the power plants, right?

25  A    That's one of the pollutants, that's correct.

*CHINKIN - CROSS/BOXERMAN* 196

1  Q   Then you took that contribution of ozone that you modeled

2  and compared it to the total capacity of -- that was left

3  under the NAAQS as part of your analysis; isn't that right?

4  A   That's correct.

5  Q   And you then said, did you not, that's one way I decide

6  whether something is having substantial impact or not; isn't

7  that right?

8  A   I said how much is it contributing to the violation or the

9  allowable amounts, but that's not the comparison you're

10  making.

11  Q   Didn't you just compare the number that you modeled to the

12  national ambient air quality standard itself and say it was a

13  percentage of that total?  Isn't that right?

14  A   What I did in that case was to build it up from zero, and

15  I said what was natural background; how much was left that man

16  can contribute without violating and how much was TVA's

17  contribution to that difference.  If we do that in this case,

18  the standard is 15.

19       We heard this morning that in clean areas of this

20  country the natural background is maybe 2, 3, 4, 5.  So

21  communities are allowed to contribute maybe 10.  So I would

22  say what fraction of that 10 is controllable, how much of it

23  is blowing in from upwind communities that's outside that

24  community's control?  Then you asked if my design value, my

25  non-attainment level is 15.1 or 15.15, that's how I would

*CHINKIN − CROSS/BOXERMAN*                    197

1  assess whether the .15 is a substantial contribution or not.

2  Q   Let's assume that you're right and the contribution of

3  natural is 5, just for the sake of testimony.  That means

4  there's 10 that's remaining.

5       Would you agree that it's appropriate to compare the

6  10 to the modeled annual average concentration that you've

7  presented in CALPUFF and CAMx?

8       Wouldn't you agree that that would be a valid

9  comparison similar to the ones that you've done in the past in

10 other testimony?

11 A   As long as you can include other contributing sources and

12 how much this is of that source.  No one single source is

13 going to be violating the PM2.5 air quality standards all by

14 itself.

15 Q   But you agree that it would be valid to make that

16 comparison in order to determine whether or not there is an

17 impact from that source or not; is that right?

18 A   Correct.  I'm just not saying it has to be 100 percent of

19 the value.  It might contribute 1 or 2 percent.

20 Q   Now, during your direct testimony, I think you used the

21 words that you thought the impacts were substantial; is that

22 correct?

23 A   I think I used those words, yes.

24 Q   Now, you have not offered in your direct testimony any

25 numeric objective standard that you believe is the appropriate

1  metric to address the importance of that particular impact;

2  isn't that right?

3  A   That's correct.

4  Q   And you have not point us to, for example, any standard by

5  the Indiana Department of Environmental Management that

6  suggests that the issue particular impact is considered

7  significant or important; isn't that right?

8  A   Right.  I base that judgment on my experience, not

9  Indiana.

10 Q   You used your experience, but you haven't pointed us to

11 any published metric that you have used in your analysis; is

12 that right?

13 A   That's correct.

14         MR. BOXERMAN:  I should have had these numbered.  I

15 apologize.

16 BY MR. BOXERMAN:

17 Q   This is one of the exhibits that you used today.  This I

18 have marked as -- for identification as DR Demonstrative 24,

19 okay?

20 A   Okay.

21 Q   I believe this is your graphic showing the non-attainment

22 areas for ozone?

23 A   I can't see the legend, but I believe that is correct.

24 Q   I apologize.  There we go.

25 A   Okay.

CHINKIN – CROSS/BOXERMAN                    199

1  Q   Is that right?

2  A   That's correct.

3  Q   Isn't it true, sir, that the majority –– as we look at

4  this –– of the ozone non–attainment areas are areas of high

5  population density, Chicago, St. Louis, Pittsburgh, New York?

6           MR. VOLPE:  Judge, may I approach the attorney?

7           THE COURT:  As long as he's one of your partners.

8           MR. VOLPE:  How is that?

9           MR. BOXERMAN:  That's much better.  Thank you,

10  counsel.

11  BY MR. BOXERMAN:

12  Q   Are those in high density population areas; is that right?

13  A   That's correct.

14  Q   Isn't it true that the primary reason for that is the

15  number of automobiles that are actually located right in those

16  high density population areas; isn't that right?

17  A   I'm not sure I would draw that conclusion is why they're

18  the only non–attainment areas.

19  Q   I believe, Mr. Chinkin, that you on direct made a

20  comparison between the total quantity of emissions –– I should

21  say the excess emissions, as you were provided them from

22  Wabash River power plant, to a number of trucks; is that

23  right?

24  A   That's correct.

25  Q   And the emissions from those trucks, right?

1  A    Right.

2  Q    It's fair to say though, Mr. Chinkin, that you have not

3  used any kind of modeling tools for this comparison that you

4  made between the emissions from the station and the trucks; is

5  that right?

6  A    That's correct.

7  Q    For example, you did not model the effect on air quality

8  using the CMAQ or the CAMx or CALPUFF or any of those models

9  to come up with a modeled contribution to air quality from the

10  trucks, correct?

11  A    Correct.  That was meant as an example to show how

12  planning agencies, other source categories that planning

13  agencies often control, how much of those source categories

14  would have to be controlled to be equivalent emissions.

15  Q    You could have modeled those other sources, though,

16  couldn't you?

17  A    They were included in our -- in the emissions inventory

18  that we modeled, but there was insufficient time to extract

19  and do separate runs for those various different sources that

20  we compared against.

21  Q    If you had been able to model those emissions, you would

22  have then been able to get a comparable metric, a micrograms

23  per cubic meter as I've been hearing it, from the contribution

24  of the trucks, correct?

25  A    That's correct.

CHINKIN – CROSS/BOXERMAN                    201

1  Q    And you then could have compared the actual modeled

2  contribution that you had from your modeling of the Wabash

3  River power station and compared the contributions to air

4  quality of those two sets of emissions; isn't that right?

5  A    That's correct.

6  Q    But you did not do that analysis, correct?

7  A    Well, the problem is even if we had done that analysis,

8  they wouldn't be comparable from an air quality purely

9  perspective because it took three states of emissions to equal

10  one point source.  So the concentrated nature of the plume

11  would actually have greater impacts than the spread out nature

12  of 23,000 trucks over four states.

13  Q    The point is you didn't do that analysis in order to

14  document any data to show that analysis; is that right?

15  A    We didn't do any modeling of it, that's correct.

16  Q    I have identified here DR demonstrative 25.

17       That is one of the images that you presented on your

18  direct; is that right?

19  A    That's correct.

20  Q    That was table 3-1 of your expert report, right?

21  A    That's correct.

22  Q    And none of the data that we're looking at on table 3-1

23  are annual averages, correct?

24  A    That's correct.

25  Q    And none of the data that we're looking at on table 3-1

CHINKIN – CROSS/BOXERMAN                           202

1  are monthly averages, correct?

2  A    That's correct.

3  Q    Instead what these are are a compilation of the top

4  5 percent of the model estimated 24 hour average PM2.5 days;

5  is that correct?

6  A    That's correct.

7  Q    And again, these are CAMx data that we're looking at,

8  right?

9  A    That's correct.

10 Q    So, therefore, these represent the entire plant, Wabash

11 River units 2, 3, 4, 5 and 6, not just the excess emissions?

12 A    That's correct.

13 Q    And it does not seek to establish sort of a representative

14 from zero to 100 of the days of a particular year, I guess

15 2005, but again, it's the top 5 percent of those days; is that

16 right?

17 A    Right.  The attempt was to look at the 24 hour standard,

18 which is not 0 through 100 as you defined it.  It's only the

19 98th percentile, if you want to be precise, the very top days.

20 Q    It was a terrible question.  I appreciate your answer.

21      The idea that EPA took the highest 5 percent days and

22 then calculated with some statistical method, I believe you

23 said this particular number that we're looking at on DR

24 demonstrative 25, right?

25 A    That's correct.

1  Q    So there's another 95 percent of the days that had lower

2  data that is represented on DR demonstrative 25, correct?

3  A    That's correct.

4  Q    And they're not reflected in those data, correct?

5  A    That's correct.

6  Q    Now, as I understand your testimony −− well, let me start

7  again.

8        When determining whether an area is in attainment or

9  non−attainment, EPA does not use only one day of data; is that

10  right?

11  A    I'm not sure what you're referring to when you say that

12  question.  I'm sorry.

13  Q    It probably was opaque, so I'll try it again.

14        EPA makes a determination as to whether or not a

15  particular area is or is not in attainment with the national

16  ambient air quality standards, correct?

17  A    Correct.

18  Q    In doing so, they gather data in order to make a

19  determination of what the level is in a particular area,

20  correct?

21  A    That's correct.

22  Q    And the data that they check for that analysis is data

23  that spans a three−year period; isn't that right?

24  A    You're talking about measurement data?  That's correct.

25  Q    They don't make a determination as to whether or not an

CHINKIN – CROSS/BOXERMAN                    204

1  area is or is not in attaintment based on an individual day,

2  correct?

3  A    That's correct.

4  Q    They don't base it even on a month's worth of data, do

5  they?

6  A    That is correct.

7  Q    But control strategy planning is developed with data less

8  than a month?  I think you referred to that in my direct.

9         Now I want to bring up one more image that I think

10 that you referenced.  Hopefully I've got it set aside.  Let's

11 see if that fits.

12        Can you see that?

13 A    Yes, I can.

14 Q    I have presented what's been marked for identification as

15 DR demonstrative 26; and I believe –– and counsel will correct

16 me if I'm wrong –– that that was image 12 of your testimony.

17        Now, my understanding is that this is from the CMAQ or

18 CMAQ data set that you prepared with your colleague

19 Mr. Wheeler; is that right?

20 A    That's correct.

21 Q    And this is from June 12th, 2002; is that right?

22 A    That's correct.

23 Q    Is it your testimony that this particular day which shows

24 .49 is representative of the month of June and its

25 contribution –– the contribution of the plant to the City of

1  Indianapolis?

2  A    I didn't say that.  I said this was this day.

3  Q    So this was just one day?

4  A    That's correct.

5  Q    So there were, at least in the month of June of 2002,

6  there were 29 more days?

7  A    Correct.

8  Q    So we would look to -- need to look at the data from all

9  29 other days in order to evaluate on a more representative

10  basis a contribution during that month, that summer month, of

11  Wabash River station to Indianapolis, wouldn't we?

12  A    For what purpose are you saying "representative"?  If

13  you're looking at the highest days, you only need to look at a

14  few high days.

15  Q    But if you want to know what overall the contribution is,

16  the contribution is of Wabash River station to Indianapolis

17  during that month, you would want to look at all the days in

18  the month, wouldn't you?

19  A    I'm just troubled with the term "overall."  There are two

20  standards.  There's an annual standard and a daily standard.

21  The daily standard is the 98th percentile.  That's the very

22  highest days.  So you don't need to look at the clean days.

23  You need to look at the dirty days.

24  Q    What is the daily standard?

25  A    35 micrograms per cubic meter.

CHINKIN – CROSS/BOXERMAN                    206

1   Q   And you have identified a day with a maximum contribution

2   to Indianapolis as .49; is that right?

3   A   That's correct.

4   Q   That's the one day that you've picked out of all the days

5   to show us the contribution that you know of of excess

6   emissions in Indianapolis?

7   A   We included all the days in the expert report.  This is

8   one day for illustrative purposes here.

9   Q   I would like to show you what's been marked for

10  identification as DR demonstrative 27.

11      Do you recognize this particular table?

12  A   Yes, I've seen this.

13  Q   And you were asked about this at your deposition?  Do you

14  remember that?

15  A   Yes.

16  Q   This is a table that was prepared by Mr. Morris, taking

17  your data and putting together a table of all of your data

18  from the month of June, 2002; isn't that right?

19  A   That's correct.

20  Q   Doesn't this table illustrate that the average

21  contribution of excess emissions to Indianapolis is .05 for

22  that month of June that you modeled, June of 2002; isn't that

23  right?

24  A   That's what this table shows.  But I also said in my

25  deposition that it's important to recognize he picked one grid

1  square and averaged that one grid square for the month.  One

2  grid square over you could have a different value.  As an

3  analyst, you have to stand back and look at the total picture

4  of what's going on in the Marion County metropolitan

5  non-attainment area.  It's not just one grid square.

6  Q    But in the context of this grid square, which is the one

7  that you used for the .49; isn't that right?

8  A    For that one day, that's correct.  But on the next day,

9  one grid square over in the same non-attainment over could

10  have a different value.  This is a very isolated way to look

11  at the data.

12  Q    Right.  Because if you only pick one data point, it's a

13  very isolated point in time, isn't it?

14  A    I'm saying he picked one location for the whole month.  I

15  don't feel that's representative.

16  Q    But if we look at this, you would agree with me that in

17  the location you were focused on in your testimony, there were

18  13 days where the plan had zero contribution; is that right?

19  A    I didn't count them up.  I'll take your word for it.

20  Q    And there were 26 days when the contribution was less than

21  .1.

22          Would you agree with that?

23  A    It's nonzero.  I haven't added them up.

24  Q    You take my representation on that?

25  A    Okay.

CHINKIN – CROSS/BOXERMAN                     208

1  Q   So the only day when the contribution was more than .2 is

2  the one that you picked, right?

3  A   In our expert report we listed statistics for the whole

4  month.  What I recall was that on, approximately, half of the

5  days the impacts were greater than .1.  I believe it was on a

6  third day they were greater than .5; and I believe on

7  10 percent of the days it was greater than 1 microgram, if I

8  deduct it from memory.  But that's in the report, not at the

9  exact same grid square where he produced that table.

10 Q   Now, Mr. Chinkin, while you've provided us much data, I

11 take it it's fair to say that you have not developed a

12 specific number that you believe is the annual -- modeled

13 annual impact beyond Indianapolis, in such places as New

14 Jersey, New York or Connecticut; is that right?

15 A   Not from the CMAQ simulations, but from the CAMx we were

16 able to do that.  We produced a plot as far as the data

17 showed.  I think it went through Ohio.  It didn't get all the

18 way through New York and Connecticut.

19 Q   But I did not hear anywhere in your testimony what you

20 believe the modeled annual average of excess emissions were

21 for New York, Connecticut or New Jersey?

22        MR. SAVAGE:  Your Honor.  The parties stipulated --

23 we can go through there and I can have him walk through the

24 impact scenarios further down wind; but, frankly, we reached a

25 stipulation on standing as long as we're involved in the case.

*CHINKIN - CROSS/BOXERMAN*                    209

1  To save time, I just don't want --

2          THE COURT:  Where are you going?

3          MR. BOXERMAN:  I think it's relevant since he

4  presented that map showing the plume going far east and made

5  quite a big show of it in his direct that I can ask two

6  questions about this topic.

7          THE COURT:  You wouldn't even have to ask him and it

8  would be obvious that he hasn't done that.

9          MR. BOXERMAN:  If he hasn't done it, I won't ask.

10 I'll move on.

11 BY MR. BOXERMAN:

12 Q   Mr. Chinkin, you have not offered any opinions on the cost

13 of the impacts that you believe are shown by your analysis; is

14 that right?

15 A   That's correct.

16 Q   You have not evaluated the costs associated -- you have

17 not offered any evaluation whether the impacts that you

18 believe are shown warrant the investment that the plaintiffs

19 are seeking in this case; isn't that right?

20 A   That's not my expertise.  That's correct.

21         MR. BOXERMAN:  Thank you.

22         MR. SAVAGE:  Brief redirect?

23         THE COURT:  Redirect?

24         MR. SAVAGE:  Can you leave up DR27?

25         Your Honor, may I approach?

CHINKIN – CROSS/BOXERMAN                 210

1          THE COURT:  Yes.

2      *(A discussion was held off the record.)*

3                  **RECROSS-EXAMINATION**

4  BY MR. SAVAGE:

5  Q   Mr. Chinkin, briefly, let's talk about DR27.

6          Do you see there for some days it has zeros on there?

7          Do you see that for an impact?

8  A   Yes.

9  Q   Other days does there seem like there is an impact?

10 A   Yes, I do.

11 Q   On the days where there were zero impact, did the

12 pollution disappear?

13 A    No.  Conservation of masses that sulfur -- sulfur

14 converted to sulfate went somewhere.

15 Q   Is it scientifically possible for a reduction in SO2 to

16 lead to an increase in PM2.5?

17 A   No.

18 Q   Why not?

19 A   Conservation of mass of the molecules of sulfur in the

20 coal when they're burned are going to come out as SO2.

21 Burning means combining with oxygen.  That's going to convert

22 to sulfate.  So if you reduce the sulfur, you're going to

23 reduce the sulfate.  It's not a negative relationship.  It's a

24 positive correlation.

25 Q   Mr. Chinkin, are you aware of a power plant that impacts

1   the same non-attainment area day after day?

2   A   Other power plants, yeah, sure.

3   Q   Why do power plants impact different areas on different

4   days?

5   A   Because the weather patterns vary from day-to-day and the

6   wind changes directions.

7   Q   Are you -- in your career, are you aware of any single,

8   single source of SO2 that would -- by reducing emissions would

9   bring an area into attainment for PM2.5?

10  A   I'm not aware of any.

11  Q   Why is that, if you know?

12  A   The contributions from most major point sources while

13  important isn't the only reason that a community is violating

14  the standard.  There are lots of other contributing sources.

15  Q   The same question for ozone.  Are you aware of any single

16  source of NOX that is solely probable for non-attainment of

17  ozone?

18  A   Not aware of any single source.

19  Q   Why is that?

20  A   The regional pollutants collect from regional sources.

21  They all contribute in a proportional amount.  No single

22  source is the cause of non-attainment.

23  Q   You testified briefly about using approximately a ratio of

24  one-third of proportionality to interpret CAMx results for

25  PM2.5.

1          You previously in your work used a ratio of SO2 to

2    estimate PM2.5 impacts?

3    A    I've done that, and it was in the North Carolina versus

4    TVA.  They had done that in that case as well.

5    Q    What is the basis, if at all, for ratioing SO2 emissions

6    to determine PM2.5 impact from a model?

7    A    The basis is the law of conservation of mass.  There's a

8    certain amount of sulfur in the coal.  That's going to form

9    the SO2, which is going to form the sulfate.  So if you've

10   misestimated how much sulfur was being emitted, if you want to

11   double it, you're going to double your impact or half it,

12   you're going to half your impact.  It's very similar that way.

13   Q    Have you been questioned previously by Cinergy's counsel

14   with regard to the proportionality of the impact from the CAMx

15   model?

16   A    That was my deposition --

17             MR. BOXERMAN:  Objection, it's leading.

18             THE COURT:  He answered.  Go ahead.

19   BY MR. SAVAGE:

20   Q    Why do you say that the contribution of PM2.5 of Wabash

21   River 2, 3 and 5 due to excess emissions is substantial?

22   A    Well, there's -- the measures are both from the emissions

23   side where we compared it to, for example, the 324,000 trucks.

24   I also compared it to other metrics.  For example, it's one of

25   the largest 5 percent sources in the eastern United States.

1  It's the equivalent –– the excess emissions are equivalent to

2  the 11th largest source in the State of Indiana.  The air

3  quality impacts from those excess emissions can be compared to

4  the control program we heard about this morning called CAIR,

5  CAIR, which was controlling hundreds of power plants and

6  obtained an average benefit of about 7 micrograms per cubic

7  meter.  There facility gets us about .5.

8  Q    That care impact was over –– of .7 micrograms was over

9  what area?

10  A    Over most of the eastern U.S. average.

11  Q    You were asked how the contribution of Wabash River excess

12  emissions compared to the NAAQS and you said you do not

13  believe that was a proper comparison.

14        Why?

15  A    Well, I think the way to frame the question of comparisons

16  is to look at how much an area has violated the NAAQS and how

17  much you're contributing toward that violation.  So if an area

18  is 15.1 and you're contributing .05, you're contributing half

19  the problem.  Once they get below 15, they're in attainment of

20  the national air quality standard.  That's why I didn't think

21  that was a fair comparison.

22        MR. SAVAGE:  No further questions.  Thank you, Your

23  Honor.

24        MR. BOXERMAN:  Your Honor, may I?

25        THE COURT:  Recross?

*CHINKIN — RECROSS / BOXERMAN*                    214

1                    **RECROSS—EXAMINATION**

2  BY MR. BOXERMAN:

3  Q   Mr. Chinkin, you were asked about comparing the data to

4  the clean air interstate rule or CAIR?

5  A   That's correct.

6  Q   That's the rule that would have applied to electric

7  generating units in the east?

8  A   Yes.

9  Q   You talked about the movement of winds from west to east?

10 A   Yes.

11 Q   In the CAIR Rule, EPA was trying to address emissions from

12 upwind states to downwind states?

13 A   That's correct.

14 Q   The averages that you just testified to, that was the

15 average for half of the country, approximately, this .7 or .8?

16 A   That's correct.

17 Q   But they don't tell you anything about what they

18 considered, in the context of CAIR, to be a significant

19 contribution from any state or source going from west to east,

20 do they?  They just tell you the overall improvement that EPA

21 may have predicted; isn't that right?

22 A   That's right.

23 Q   I mean, you've read the CAIR Rule, right?

24 A   I've read the supporting documentation, yes.

25 Q   This is your area.  I'm sure that you've read it and

1 understand it much better than I do.

2        Isn't it true that EPA excluded from the CAIR Rule

3 those states that contributed less than .2 micrograms per

4 cubic meter to the average of PM2.5 of downwind states?

5 A   That was one of the considerations they did; that's

6 correct.

7 Q   Isn't it true that EPA used a rule of thumb of 1 percent

8 of the NAAQS in order to exclude all sources in a state; is

9 that right?

10 A   That was for other purposes, but that is what they did.

11 Q   Are you saying that the CAIR Rule is good for the purposes

12 that you're using it for, but when we make a suggestion about

13 how EPA, in fact, excluded sources, that that's not a valid

14 comparison?

15 A   But why were they excluding it for other purposes?  It

16 didn't have to do with the impact within state.  You just

17 asked me they concluded for downwind states.  So that impact

18 within Indiana is still important, even by that definition.

19 Q   But EPA decided that a contribution of 1 percent or less

20 of the natural ambient air quality standard, the national

21 ambient air quality standard of 19 micrograms per liter of

22 PM2.5 was not considered to be a significant contribution;

23 isn't that right?

24 A   For the purposes for which that was being analyzed.

25 Q   Now, you also -- you also testified that if a source

*CHINKIN – RECROSS / BOXERMAN*                              216

1   contributes a certain portion of the attainment -- the actual

2   attainment design number, that that was another factor that

3   you took into account; is that right?

4   A    That's correct.

5   Q    Now, it would not be appropriate, I take it, to take these

6   daily numbers that you've used and use those in evaluating

7   whether a source is a significant contributor to the

8   attainment status in a particular state or a county for the

9   national ambient air quality standard on an annual average,

10  right?

11  A    Not for the annual, that's correct.

12  Q    But you think it may be appropriate for the daily number?

13  A    Absolutely.

14  Q    So if a state was at some number close to the daily, you

15  think that would be -- one day would be sufficient to provide

16  an indication of the impact of that source to the compliance

17  with the daily number; is that right?

18  A    I didn't say one day.  We have many days.  We have a whole

19  year's worth of days; but all it takes is a 98th percentile,

20  so just a handful of days.

21  Q    So you would agree you would not be comparing all of those

22  individual daily numbers to the 15 annual average PM2.5

23  national ambient air quality standard, right?

24  A    That's right.

25           MR. BOXERMAN:  Thank you.

CHINKIN – RECROSS / BOXERMAN                   217

1          MR. SAVAGE:  One question.

2          THE COURT:  Nobody can ask just one question.

3          MR. SAVAGE:  I will try.

4                    **REDIRECT EXAMINATION**

5  BY MR. SAVAGE:

6  Q   Mr. Chinkin, Mr. Boxerman asked you about comparing the

7  impacts in this case to the CAIR thresholds for an entire

8  state's emissions.

9          Are you aware of any coal fired power plant in the

10  United States that has an air quality impact equivalent to an

11  entire state's emissions?

12  A   I'm not personally aware of anyone that large.

13          MR. SAVAGE:  Thank you.

14          THE COURT:  That was still two questions.

15          MR. BOXERMAN:  Nothing further, Your Honor.

16          THE COURT:  You can step down.

17      *(Witness excused.)*

18          THE COURT:  All right.  That'll be it for today,

19  ladies and gentlemen.

20          How are we going?  How is our schedule going?  Are

21  we on schedule?

22          MR. SAVAGE:  Yes, Your Honor.  The.

23          COURT CLERK:  All rise.

24          The court is adjourned until 8:00 a.m. tomorrow.

25          *(The proceedings were adjourned at 2:00 p.m.)*

1    CERTIFICATE OF COURT REPORTER

2

3    I, Cathy Jones, hereby certify that the foregoing is a

4    true and correct transcript from reported proceedings in the

5    above-entitled matter.

6

7

8    /s/ Cathy Jones                    February 2, 2009
     _____
9    CATHY JONES, RPR, FCRR
     Official Court Reporter
10   Southern District of Indiana
     Indianapolis Division
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25