**FILED**

MAY 19 2009

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA, )
      Plaintiff, )
      )
STATE OF NEW YORK, )
STATE OF NEW JERSEY, )
STATE OF CONNECTICUT, )
HOOSIER ENVIRONMENTAL COUNCIL,)
and OHIO ENVIRONMENTAL COUNCIL,)
      Plaintiff-Intervenors, )
      )
vs. )   1:99-cv-1693-LJM-JMS
      )
PSI ENERGY, INC. and )
THE CINCINNATI GAS & ELECTRIC)
COMPANY, )
      Defendants. )

## VERDICT FORM

We, the Jury in the above-entitled action, unanimously find in favor of:

____ Plaintiffs    **X** Defendants    on Project #1, the condensor retubing project at Beckjord unit 6 from September 1994 to November 1994;

____ Plaintiffs    **X** Defendants    on Project #2, the condensor retubing project at Beckjord unit 6 from September 1994 to November 1994;

**X** Plaintiffs    ____ Defendants    on Project #3, the pulverizers replacement project at Gallagher unit 1 from April 1998 to July 1998;

____ Plaintiffs    **X** Defendants    on Project #4, the condensor retubing project at Gallagher unit 2 from August 1990 to December 1990;

| | | |
|---|---|---|
| X Plaintiffs | ___ Defendants | on Project #5, the pulverizers replacement project at Gallagher unit 3 from February 1999 to April 1999; |
| ___ Plaintiffs | X Defendants | on Project #6, the reheater tube section replacement project at Gibson unit 2 from February 2001 to May 2001. |

███████████████          5/19/09
FOREPERSON                Date