```
                                              FILED
            UNITED STATES DISTRICT COURT    MAY 19 2009
            SOUTHERN DISTRICT OF INDIANA
               INDIANAPOLIS DIVISION      U.S. DISTRICT COURT
                                          INDIANAPOLIS, INDIANA
```

UNITED STATES OF AMERICA, )
        Plaintiff, )
)
STATE OF NEW YORK, )
STATE OF NEW JERSEY, )
STATE OF CONNECTICUT, )
HOOSIER ENVIRONMENTAL COUNCIL,)
and OHIO ENVIRONMENTAL COUNCIL,)
        Plaintiff-Intervenors, )
)
   vs. )   1:99-cv-1693-LJM-JMS
)
PSI ENERGY, INC. and )
THE CINCINNATI GAS & ELECTRIC)
COMPANY, )
        Defendants. )

## SPECIAL VERDICT FORM

1. Project #1: Condensor retubing at Beckjord unit 5 from January 1991 to February 1991;

    a. After considering any demand growth exclusion that you find Defendants have proven by a preponderance of the evidence for this project, did Plaintiffs prove by a preponderance of the evidence that a reasonable power plant owner or operator would have expected a net increase in sulfur dioxide emissions of 40 tons or more per year as a result of the project?

        \_\_\_\_\_ YES      **X** NO

    b. After considering any demand growth exclusion that you find Defendants have proven by a preponderance of the evidence for this project, did Plaintiffs prove by a preponderance of the evidence that a reasonable power plant owner or operator would have expected a net increase in nitrogen oxides emissions of 40 tons or more per year as a result of the project?

        \_\_\_\_\_ YES      **X** NO

If you answered yes to either question 1.a. or 1.b., return a verdict for Plaintiffs on this project on the Verdict Form and proceed to the next project. If you answered no to both questions 1.a. and 1.b., return a verdict for Defendants on this project on the Verdict Form and proceed to the next project.

2. Project #2: Condensor retubing at Beckjord unit 6 from September 1994 to November 1994;

   a. After considering any demand growth exclusion that you find Defendants have proven by a preponderance of the evidence for this project, did Plaintiffs prove by a preponderance of the evidence that a reasonable power plant owner or operator would have expected a net increase in sulfur dioxide emissions of 40 tons or more per year as a result of the project?

      _____ YES          __X__ NO

   If you answered yes to question 2.a., return a verdict for Plaintiffs on this project on the Verdict Form and proceed to the next project. If you answered no to question 2.a., return a verdict for Defendants on this project on the Verdict Form and proceed to the next project.

3. Project # 3: Replacement of the pulverizers at Gallagher unit 1 from April 1998 to July 1998;

   a. After considering any demand growth exclusion that you find Defendants have proven by a preponderance of the evidence for this project, did Plaintiffs prove by a preponderance of the evidence that a reasonable power plant owner or operator would have expected a net increase in sulfur dioxide emissions of 40 tons or more per year as a result of the project?

      __X__ YES          _____ NO

   If you answered yes to question 3.a., return a verdict for Plaintiffs on this project on the Verdict Form and proceed to the next project. If you answered no to both question 3.a., return a verdict for Defendants on this project on the Verdict Form and proceed to the next project.

4. Project #4: Condensor retubing at Gallagher unit 2 from August 1990 to December 1990;

   a. After considering any demand growth exclusion that you find Defendants have proven by a preponderance of the evidence for this project, did Plaintiffs prove by a preponderance of the evidence that a reasonable power plant owner or operator would have expected a net increase in sulfur dioxide emissions of 40 tons or more per year as a result of the project?

   _____ YES          __X__ NO

   If you answered yes to question 4.a., return a verdict for Plaintiffs on this project on the Verdict Form and proceed to the next project. If you answered no to both question 4.a., return a verdict for Defendants on this project on the Verdict Form and proceed to the next project.

5. Project # 5: Replacement of the pulverizers at Gallagher unit 3 from February 1999 to April 1999;

   a. After considering any demand growth exclusion that you find Defendants have proven by a preponderance of the evidence for this project, did Plaintiffs prove by a preponderance of the evidence that a reasonable power plant owner or operator would have expected a net increase in sulfur dioxide emissions of 40 tons or more per year as a result of the project?

   __X__ YES          _____ NO

   If you answered yes to question 5.a., return a verdict for Plaintiffs on this project on the Verdict Form and proceed to the next project. If you answered no to question 5.a., return a verdict for Defendants on this project on the Verdict Form and proceed to the next project.

6. Project #6: Replacement of the reheater tube section at Gibson unit 2 from February 2001 to May 2001;

   a. After considering any demand growth exclusion that you find Defendants have proven by a preponderance of the evidence for this project, did Plaintiffs prove by a preponderance of the evidence that a reasonable power plant owner or operator would have expected a net increase in sulfur dioxide emissions of 40 tons or more per year as a result of the project?

   _____ YES          __X__ NO

If you answered yes to question 6.a., return a verdict for Plaintiffs on this project on the Verdict Form and proceed to the next project. If you answered no to both question 6.a., return a verdict for Defendants on this project on the Verdict Form.

**Once you have completed all of the questions on this Special Verdict Form and filled out the Verdict Form, sign and date both this Special Verdict Form and the Verdict Form and inform the Bailiff that you have reached a verdict.**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮               5/19/09
FOREPERSON                                    Date