IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:99-cv-01693-LJM-JMS |
| | ) |
| CINERGY CORPORATION, *et al*. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, plaintiff in the above-named

case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the

partial final judgment entered in this action on May 29, 2009, and associated opinions and

orders.


Dated:  September 21, 2009          Respectfully submitted,

                                   JOHN C. CRUDEN
                                   Acting Assistant Attorney General
                                   Environment & Natural Resources Division

                                   /s/  Justin A. Savage

                                   /s/  Jason A. Dunn

                                   PHILLIP A. BROOKS
                                   JUSTIN A. SAVAGE
                                   JAMES A. LOFTON
                                   JASON A. DUNN
                                   THOMAS A. BENSON
                                   LOREN A. REMSBERG
                                   Environmental Enforcement Section
                                   Environment & Natural Resources Division
                                   U.S. Department of Justice
                                   P.O. Box 7611

1

Washington, D.C. 20530
(202) 514-5293
thomas.benson@usdoj.gov

TIMOTHY M. MORRISON
United States Attorney
Southern District of Indiana

THOMAS E. KIEPER
Assistant United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing notice of appeal was served on counsel of record by email on September 21, 2009 through the ECF system.

 /s/ Justin A. Savage
Justin A. Savage