IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:99-cv-01693-LJM-JMS |
| | ) |
| CINERGY CORPORATION, *et al*. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## JOINT NOTICE OF APPEAL

Notice is hereby given that the States of Connecticut, New Jersey and New York,      ,

intervenor-plaintiffs in the above-named case, hereby appeal to the United States Court of

Appeals for the Seventh Circuit from the partial final judgment entered in this action on May 29,

2009, and associated orders.


Dated:  September 21, 2009                    Respectfully submitted,


                                   /s/ Keith Guthrie
                                   Keith Guthrie
                                   13242 South 600 East
                                   Elizabethtown IN 47232
                                   (812)579-5926
                                   Counsel for Intervenor-Plaintiffs
                                   State of Connecticut
                                   State of  New Jersey
                                   State of New York

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served on counsel of record by email on September 21, 2009 through the ECF system.

 /s/ Keith Guthrie
Keith Guthrie