IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| STATE OF NEW YORK, STATE OF NEW JERSEY, STATE OF CONNECTICUT, HOOSIER ENVIRONMENTAL COUNCIL, and OHIO ENVIRONMENTAL COUNCIL, | ) ) ) ) ) |
| | ) Civil Action No. 1:99-cv-1693-LJM-JMS |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) |
| | ) |
| CINERGY CORP., PSI ENERGY, INC., and THE CINCINNATI GAS and ELECTRIC COMPANY, | ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE THAT the above-named defendants hereby appeal to the United States Court of Appeals for the Seventh Circuit from the partial final judgment entered by the United States District Court for the Southern District of Indiana on May 29, 2009, and all rulings, proceedings, orders, findings, and decisions (whether oral or written) underlying the judgment or pertinent or ancillary thereto.  This includes, but is not limited to, the July 24, 2009 Order denying defendants' Renewed Motion for Judgment as a Matter of Law and Motion for New Trial on Plaintiffs' Wabash River Claims.

True and correct copies of the following items are attached hereto:

   i. The district court's May 29, 2009 Order entering partial final judgment (docket number 1747) (Exhibit A);

    ii. The district court's May 29, 2009 Memorandum Opinion & Order (docket number 1746) (Exhibit B);

    iii. The district court's July 24, 2009 Order denying defendants' Renewed Motion for Judgment as a Matter of Law and Motion for New Trial on Plaintiffs' Wabash River Claims (docket entry 1761) (Exhibit C).

DATED:  September 21, 2009

        Respectfully Submitted,

        CINERGY CORP., PSI ENERGY, INC., AND THE CINCINNATI GAS & ELECTRIC COMPANY

        By:  /s/ Mark D. Hopson

        Attorneys for Cinergy Corp., PSI Energy, Inc. and The Cincinnati Gas & Electric Company

        MARK D. HOPSON*
        Sidley Austin LLP
        1501 K Street, NW
        Washington, DC 20005
        (202) 736-8000
        mhopson@sidley.com

        * Counsel of Record for Appeal

        JULIE L. EZELL
        Duke Energy Shared Services, Inc.
        1000 East Main Street
        Plainfield, IN 46168-1782

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on September 21, 2009, using the Court's ECF system and that service was accomplished upon counsel of record by the Court's system.

    /s/ Mark Hopson
    Attorney
    Sidley Austin LLP
    1501 K Street, NW
    Washington, DC 20005
    mhopson@sidley.com